UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO
CONVENTIONALLY FILE EXHIBITS TO RESPONSE TO COMPLAINT**

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), by and through its undersigned counsel, hereby moves this Court for leave to hand-deliver to the clerk for filing DVDs or flash drives containing video recordings as well as a paperback book entitled *Defending the Constitution: Alan Dershowitz's Senate Argument Against Impeachment* by Plaintiff, Alan Dershowitz ("Dershowitz") in support of CNN's Motion to Dismiss the Complaint, and in support states, as follows:

    1.    The data contained on the flash drives and within the paperback book is essential to support CNN's Motion to Dismiss the Complaint. The flash drives contain video recordings of CNN's coverage of President Donald Trump's impeachment trial, including videos of the statements referenced in paragraph 13 of Dershowitz's Complaint. The paperback book includes a full transcript of his argument before the United States Senate, an Op-Ed written by Dershowitz and published on TheHill.com on January 30, 2020 entitled "Dershowitz: I never Said President Could Do Anything to Get Reelected," and an epilogue in which Dershowitz addresses the issues underlying this litigation.

2. The Southern District of Florida's CM/ECF Administrative Procedure Rules do not permit filings on "CD, DVD, cassette or VHS tape (or other multi-media format)" unless filed with a Court order.  See CM/ECF Administrative Procedures of the United States District Court for the Southern District of Florida, Section 3H. (7).

3. CM/ECF only allows uploads for file extensions ending in ".pdf." The video recordings that CNN seeks to file have extensions ending in .mp4.  In addition, a paperback book cannot be e-filed.

4. Under the CM/ECF Administrative Procedures of the United States District Court for the Southern District of Florida, Section 4A., "[a]n attorney who is a registered User may apply to the Judge for permission to file documents in the conventional manner in a specific case upon a showing of good cause."

5. Here, good cause exists where the video records as well as paperback book cannot be uploaded electronically to CM/ECF and the records are necessary to support CNN's Motion to Dismiss the Complaint.

6. Pursuant to S.D. Fla. L.R. 7.1(3), the undersigned hereby certifies that counsel for the movant has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents to the Court that the relief sought in this motion is unopposed.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 4th day of November, 2020 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff,* 400 N. Federal Highway, Hallandale, Florida 33009.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ Eric C. Edison, Esq.
    George S. LeMieux, Esq.
    Florida Bar No. 16403
    Email: glemieux@gunster.com
    Eric C. Edison, Esq.
    Florida Bar No. 010379
    Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*admitted pro hac vice*)
Email: katebolger@dwt.com
Amanda B. Levine, Esq.
(*admitted pro hac vice*)
Email: amandalevine@dwt.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*