# EXHIBIT 2



**253**
BIDEN

PRESIDENT >
270

**214**
TRUMP

MADDOWBLOG
## Dershowitz shocks with argument about Trump, political interests

According to Trump's lawyer, he can use foreign policy to advance his campaign interests, so long as he believes the public would benefit from his re-election.



— In this image from video, Alan Dershowitz, an attorney for President Donald Trump answers a question during the impeachment trial against Trump in the Senate at the U.S. Capitol in Washington, Wednesday, Jan. 29, 2020. Senate Television via AP

Jan. 29, 2020, 4:22 PM -05 / Updated Jan. 30, 2020, 8:48 AM -05
By Steve Benen

I naively thought Alan Dershowitz had gone about as far as he could go in Donald Trump's impeachment trial when he argued that Donald Trump can't be convicted, even if he's guilty, because presidential abuses of power are permissible. Little did I know the argument he'd present on the Senate floor today.

> " Alan Dershowitz argued that a quid pro quo involving a president's political benefit was fine because all presidents believe their elections are in the public's interest.

> Essentially, if Trump withheld nearly $400 million in aid to pressure Ukraine into announcing investigations of Democrats to help his campaign, that's fine because Trump thinks his election is to the country's benefit.
>
> "If a president does something which he believes will help him get elected in the public interest, that cannot be the kind of quid pro quo that results in impeachment," he said.

Let's pause to follow the logic. As Dershowitz sees it, a president can't be impeached if he or she is acting in the public interest. A president also has the authority to pursue a foreign policy in the public interest. And finally, a president also believes his or her re-election is in the public interest.

Ergo, Donald Trump has the authority to use foreign policy to advance his re-election prospects -- and that should be seen as entirely permissible in our system of government. It's not corrupt, Dershowitz asserted, so long as the Republican believes the country would be better off with him in office.

It's an argument rooted in the belief that Trump may very well have tried to coerce a vulnerable ally into helping his campaign, though Dershowitz believes there's nothing wrong with that because Trump also believe his re-election would benefit the public.

The problem, beyond the apparent fact that this is crazypants bonkers, is how such a position could be applied in the real world.

Evidently, for example, a president could use this perspective to ignore Congress and federal law, endanger a foreign ally, and undermine U.S. national security interests. But what else? Could a president order the FBI to harass those who stand in his way? Could he arrest his opponent under the auspices that it's "in the public interest"?

Could he or she dish out pardons in exchange for campaign contributions? Could he or she launch a war for made-up reasons? Could he or she transfer public funds from the Treasury to his or her re-election coffers?

By Dershowitz's reasoning, the answer to each of these questions appears to be, "Yes."

The next question is whether Senate Republicans, en masse, are prepared to go along with such a proposition, or whether they'll say this is a bridge too far. I have a hunch they'll choose the former over the latter.

Indeed, several GOP senators have already effectively answered the question, insisting yesterday that they're indifferent to presidential abuses of power.

MORE: Today's Maddowblog

Recommended                                by Taboola

CAPITAL ONE SHOPPING
Before you renew Amazon Prime, read this

YAHOO SEARCH
Research COPD Prescription Inhalers

SPONSORED / CAPITAL ONE SHOPPING
**Before you renew Amazon Prime, read this**

SPONSORED / YAHOO SEARCH
**Research COPD Prescription Inhalers**

SPONSORED / SMART LIFESTYLE TRENDS
**Washington Launches New Policy For Cars Used Less Than 50 Miles/Day**

SPONSORED / KORETRAK
**Every Senior Urged To Wear This $49 Smartwatch**

SPONSORED / HERO WARS
**Many failed before. Will you complete the trial?**

SPONSORED / LIFE INDIGO
**Rachael Ray Down Sized Her Bikini (Photos)**

SPONSORED / THE EASY BLOG BY EASYBREATHE.COM
**Skip the Doctor - Upgrade to AirSense 10 Auto CPAP Today**

SPONSORED / TOMMY CHONG'S CBD
**Tommy Chong: Throw Out Your CBD**

SPONSORED / POWERLIFE BY TONY HORTON: FOUNDATION FOUR SUPPLEMENTS
**Celebrity Trainer: "I Feel Better At 60 Than I Did At 40, Thanks To These 4 Foods"**

SPONSORED / 2021 VOLKSWAGEN ATLAS | SEARCH ADS
**Introducing The Head Turning 2021 Volkswagen Atlas**

SPONSORED / THE MOTLEY FOOL
**Tesla CEO Is Contributing to a $1 Billion Investment In This New Technology**

SPONSORED / FORGE OF EMPIRES
**Challenge Your Brain With This Must-Play Strategy Game. No Install.**

SPONSORED / SENIOR LIVING | SEARCH ADS
**New Senior Apartments in Seattle (May Leave You Speechless)**

SPONSORED / MONEYWISE.COM
**US States Americans Are Leaving, Fast (Plus The States They're Moving To)**

**More From MSNBC**

06:03

MSNBC / STEPHANIE RUHLE

### James Carville: 'This is not going to be a particularly close election'

MSNBC / RACHEL MADDOW SHOW

As vote counts continue, Team Trump can't keep its story straight

MSNBC / RACHEL MADDOW SHOW

McConnell reportedly eyes constraints on possible Biden cabinet picks

SPONSORED / BLAUX HEATER

### Why Everyone Is Snapping Up This $89 Portable Heater

SPONSORED / MAGELLAN TIMES

### A US Submarine Vanished With 80 Sailors And Now Experts Know Why

SPONSORED / BEST AFFORDABLE CARS

### Affordable Cars That Are Unbelievably Luxurious!

SPONSORED / US AUTO INSURANCE NOW QUOTES

### Seattle, Washington Drivers Are Stunned By This Little Known Rule

04:36

MSNBC / THE BEAT WITH ARI
**'Beaten like a dog': As Trump trails in Electoral College, Dem James Carville drops**

MSNBC / MSNBC
**What happened with the polling?**

MSNBC / MSNBC
**With a few states outstanding, Kornacki breaks down a path to 270 for Biden**



| | |
|---|---|
| ABOUT | CA NOTICE |
| HELP | TERMS OF SERVICE |
| CAREERS | CLOSED CAPTIONING |
| MSNBC STORE | TRANSCRIPTS |
| PRIVACY POLICY | ADVERTISE |
| DO NOT SELL MY PERSONAL INFORMATION | AD CHOICES |

© 2020 NBC UNIVERSAL

NEWS    MSNBC    TODAY