UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

### ORDER SETTING ZOOM HEARING

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss Complaint (DE [17]). The Court having considered the Motion, it is hereby

**ORDERED** that a Zoom hearing on Defendant's Motion to Dismiss (DE [17]) is scheduled for **May 11, 2021, at 2:00 p.m. The hearing may be accessed at the link:**

https://www.zoomgov.com/j/1611780103?pwd=UGZobCt3ODcwNmkrcStPdnFmTlc3Zz09.

Meeting ID: 161 178 0103; Passcode: 4343. One hour has been reserved for this hearing. The hearing will not be accessible by telephone.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of April 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF