UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ

    Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF COMPLAINCE WITH RULE 26(a)(1)**

Plaintiff hereby gives notice that he has complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure, by serving his initial disclosures on Defendant via email on 7/12/21.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF portal this 12th day of July 2021 to George LeMieux, Esq., glemieux@gunster.com Gunster, Yoakley & Stewart, P.A. and Katherine M. Bolger, Esq., katebolger@dwt.com Davis Wright Tremaine LLP.

RODIER & RODIER, P.A.
Attorneys at Law
400 North Federal Highway
Hallandale, FL 33009
Tel: (954) 455-9300
Fax: (954) 457-0499

By: ____/s/ *Brian M. Rodier*_____

BRIAN M. RODIER, ESQ.
Fla Bar #: 42250