UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

### **DEFENDANT'S NOTICE OF COMPLIANCE WITH FED.R.CIV.P. 26(a)(1)**

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), by and through its undersigned counsel, hereby provides notice of its compliance of this Court's Order dated June 22, 2021 in that it has served on July 12, 2021, Plaintiff, ALAN DERSHOWITZ with its initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1).

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 12th day of July, 2021 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff,* 400 N. Federal Highway, Hallandale, Florida 33009.

        **GUNSTER, YOAKLEY & STEWART, P.A.**
        450 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, Florida 33301
        Telephone: (954) 462-2000

        By: /s/ Eric C. Edison, Esq.
            George S. LeMieux, Esq.
            Florida Bar No. 16403
            Email: glemieux@gunster.com
            Eric C. Edison, Esq.
            Florida Bar No. 010379
            Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*pro hac vice admitted*)
Email:  katebolger@dwt.com
Amanda B. Levine, Esq.
(*pro hac vice admitted*)
Email: amandalevine@dwt.com
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-489-8230
*Counsel for Defendant, Cable News Network, Inc.*