UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/VALLE

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER TO FILE MEDIATION REPORT

**THIS CAUSE** has come before the Court *sua sponte* upon review of the docket. On September 2, 2021, this Court entered an Order Re-Scheduling Mediation (DE [40]) for November 30, 2021, before the Honorable John W. Thornton. The Order required a mediation report to be filed by December 3, 2021. To date no mediation report has been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that a mediation report shall be filed by **December 17, 2021**. Alternatively, if the mediation did not occur, the parties shall show cause why mediation did not occur.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of December 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF