UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ

       Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

       Defendant.

_____/

## PLAINTIFF'S AND DEFENDANT'S RESPONSE SHOWING GOOD CAUSE REGARDING MEDIATION

Plaintiff, Alan Dershowitz ("Plaintiff") and Defendant, Cable News Network, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to this Court's Order dated December 10, 2021 [DE 54], hereby jointly submit their Response Showing of Good Cause as to why mediation in this matter has not yet occurred, and more specifically state as follows.

1. Pursuant to this Court's Order Re-Scheduling Mediation [DE 40], the parties were required to mediate with the Honorable John W. Thornton on November 20, 2021

2. However, prior to mediation, there were several outstanding discovery issues which precluded the parties from exchanging discovery and engaging in a meaningful mediation.

3. As set forth in Defendant's Motion for Protective Order [D.E. 45] and Plaintiff's Response in Opposition to CNN"s Motion for Protective Order [D.E. 46], the parties could not agree to the form and substance of a Confidentiality and Protective Order. The Court ultimately entered a Confidentiality and Protective Order on November 17, 2021 [D.E. 48].

4. In addition, following several good faith meetings following the parties' exchange of responses to discovery, multiple areas of disagreement remained - - which delayed production of documents and necessitated the parties to request a briefing schedule for the prompt filing of competing motions to compel. See Joint Motion to Set a Briefing Schedule on the Parties Anticipated Motions to Compel [D.E. 49]. The Court entered a Scheduling Order on November 22, 2021 [D.E. 50].

5. Under the November 22, 2021 Scheduling Order, the Parties filed their competing motions to compel on December 3rd and oppositions on December 15th and will be filing replies on December 22nd, respectively. A Joint Status Report (after a subsequent meet and confer by and between the parties) must be filed by December 29th.

6. The parties believe that mediation would prove more beneficial once the parties had a fair opportunity to analyze the materials disclosed and some material depositions occurred. Thus, to ensure a more meaningful mediation and to avoid wasting the time of the Hon. John Thornton's, the parties agreed to reschedule their mediation so that a more meaningful and beneficial mediation could occur.

7. Based upon the foregoing, the Parties have rescheduled the mediation with Judge Thornton for March 31, 2022. A proposed order rescheduling same is attached as **Exhibit "A"**.

Filed on this 16th day of December, 2021.

| | |
|---|---|
| RODIER & RODIER, P.A.<br>Attorney for Plaintiff<br>400 North Federal Highway<br>Hallandale, FL  33009 | DAVIS WRIGHT TREMAINE LLP<br>Attorney for Defendant<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020 |
| /s/ Brian M. Rodier, Esq.<br>BRIAN M. RODIER, ESQ.<br>Florida Bar No.:  42250 | **/s/** Katherine M. Bolger, Esq.<br>Katherine M. Bolger, Esq<br>(admitted pro hac vice) |

GUNSTER, YOAKLEY & STEWART, P.A.
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 462-2000
George S. LeMieux
glemieux@gunster.com
Florida Bar No. 16403
Eric C. Edison
Florida Bar No. 010379
eedison@gunster.com

*Attorneys for Defendant Cable News Network, Inc.*