UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

### DEFENDANT, CABLE NEWS NETWORK, INC.'S MOTION FOR LEAVE TO FILE A BRIEF SUPPLEMENTAL MEMORANDUM TO ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES [D.E. 52]

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), by and through its undersigned counsel, respectfully requests leave to file a brief supplemental memorandum to its Motion to Compel Production of Documents and Interrogatory Responses [D.E. 52] and states as follows:

1. On November 22, 2021, this Court entered an Order granting the Parties Joint Motion to Set a Briefing Schedule of the Parties Anticipated Motions to Compel [D.E. 50]. In accordance with that Order, the Parties filed their Motions to Compel on December 3, 2021 [51, 52, 53] their Responses to the Motions to Compel on December 15, 2021 [D.E. 55, 56, 57]; their Replies to the Motions to Compel on December 22, 2021 [D.E. 59, 60, 61]; and a Joint Status Report on December 29, 2021 [D.E 64]. The Court has not yet ruled on the pending Motions.

2. On December 29, 2021, Plaintiff, ALAN DERSHOWITZ ("Dershowitz") appeared on BBC News to discuss the conviction of Ghislaine Maxwell on sex trafficking charges. As set forth in the attached supplement, Mr. Dershowitz was introduced as a "constitutional lawyer," and proceeded to attack Virginia Giuffre's allegations that she was sexually abused by Mr. Dershowitz

and others. The BBC's actions in interviewing Mr. Dershowitz about the Maxwell trial, despite the allegations against him, were met with public outrage. These developments demonstrate, as CNN argued in its Motion to Compel, that Ms. Giuffre's allegations against Mr. Dershowitz are absolutely relevant to evaluating his reputation, specifically including his professional reputation as a constitutional lawyer. At a minimum, CNN is entitled to defend itself by discovering the extent to which Mr. Dershowitz's claimed damages are due to other factors such as Ms. Giuffre's allegations, and not the allegedly defamatory statements by CNN. A true and correct copy of CNN's Supplement to its Motion to Compel is attached as **Exhibit "A"**.

    3.    CNN's request for leave is made timely, in good faith, for good cause and not for any improper purpose or undue delay. CNN's proposed supplement will clarify the issues and properly frame the facts for the Court so that a full and fair adjudication of the Motions to Compel can be presented. CNN seeks to supplement its Motion to Compel solely based on information (i) not available to it when the Motions, Responses and Replies (referenced above) were filed with the Court; and (ii) relevant to the matters in dispute before the Court.

    4.    In accordance with *S.D. Fla. L.R.* 7.1(a)(3), the undersigned certifies that counsel for CNN has attempted to confer with counsel for the Plaintiff but understands that Plaintiff's counsel is out of the country until January 10. As such, counsel has yet not responded to CNN's request.

    WHEREFORE, Defendant, CABLE NEWS NETWORK, INC. respectfully requests that this Court enter an Order granting it leave to file a Supplement its Motion to Compel as set forth in Exhibit "A", and grant any additional relief as is just, equitable and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 5th day of January, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff,* 400 N. Federal Highway, Hallandale, Florida 33009.

      **GUNSTER, YOAKLEY & STEWART, P.A.**
      450 East Las Olas Boulevard, Suite 1400
      Fort Lauderdale, Florida 33301
      Telephone: (954) 462-2000

      By: /s/ Eric C. Edison, Esq.
           George S. LeMieux, Esq.
           Florida Bar No. 16403
           Email: glemieux@gunster.com
           Eric C. Edison, Esq.
           Florida Bar No. 010379
           Email: eedison@gunster.com

      **DAVIS WRIGHT TREMAINE LLP**
      Katherine M. Bolger, Esq.
      (*pro hac vice admitted*)
      Email: katebolger@dwt.com
      1251 Avenue of the Americas
      New York, NY 10020
      Telephone: 212-489-8230

      *Counsel for Defendant, Cable News Network, Inc.*

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**DEFENDANT, CABLE NEWS NETWORK, INC.'S SUPPLEMENTAL MEMORANDUM TO ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES [D.E. 52]**

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), by and through its undersigned counsel, hereby Supplements its Motion to Compel Production of Documents and Interrogatory Responses [D.E. 52] and states as follows:

On December 29, Plaintiff, ALAN DERSHOWITZ ("Dershowitz") appeared on BBC News to discuss the conviction of Ghislaine Maxwell on sex trafficking charges. Mr. Dershowitz was introduced as a "constitutional lawyer," and he proceeded to attack Virginia Giuffre's allegations that she was sexually abused by Mr. Dershowitz and others. That the BBC chose to interview Mr. Dershowitz about the trial, despite the allegations against him, was met with public outrage. Commentators pointed out that simply searching Mr. Dershowitz's name on Google would reveal that he was not an appropriate guest. Indeed, one Member of Parliament said of Mr. Dershowitz, "I can't believe this needs to be said but the BBC should not give a platform to people accused of child sexual abuse." *See, e.g.*, Helen Pidd, BBC Says Interview with Epstein Lawyer

4

Did Not Meet Its Standards, GUARDIAN (Dec. 30, 2021, 7:18 a.m.), https://www.theguardian.com/media/2021/dec/30/bbc-says-interview-with-epstein-lawyer-alan-dershowitz-did-not-meet-its-standards.

These developments demonstrate that Ms. Giuffre's allegations against Mr. Dershowitz are absolutely relevant to evaluating his reputation, specifically including his professional reputation as a constitutional lawyer, as CNN argued in its motion, D.E. 52 at 6.  While Mr. Dershowitz argues that Ms. Giuffre's allegations merely affected his "moral" reputation and not his professional reputation, D.E. 57 at 5, the above facts demonstrate that this is a false distinction.  There is no question that Ms. Giuffre's allegations have damaged Mr. Dershowitz's whole reputation so much so that the BBC giving him a platform as a "constitutional lawyer" has prompted public outrage.  Moreover, Mr. Dershowitz himself has inextricably intertwined his professional reputation with Ms. Giuffre's allegations by leveraging his legal expertise to publicly attack her allegations.

As explained in CNN's motion, D.E. 52 at 4, 6, CNN is entitled to discovery on Ms. Giuffre's allegations because it goes directly to mitigation of damages.  As is plain from a Google search of Dershowitz's name, Ms. Giuffre's allegations have significantly damaged his reputation.  CNN is entitled to defend itself by discovering the extent to which Mr. Dershowitz's claimed damages are due to other factors such as Ms. Giuffre's allegations, and not the allegedly defamatory statements by CNN.

WHEREFORE, Defendant, CABLE NEWS NETWORK, INC. respectfully requests that this Court enter an Order granting its Motion to Compel, and grant any additional relief as is just, equitable and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 5th day of January, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff,* 400 N. Federal Highway, Hallandale, Florida 33009.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ Eric C. Edison, Esq.
George S. LeMieux, Esq.
Florida Bar No. 16403
Email: glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email: eedison@gunster.com


**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*pro hac vice admitted*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*