UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0-20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT,
CABLE NEWS NETWORK, INC., TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, Cable News Network, Inc. ("Defendant" or "CNN"), by and through its undersigned counsel, hereby files its Answer and Affirmative Defenses to Plaintiff, Alan Dershowitz's ("Plaintiff" or "Dershowitz") First Amended Complaint (the "Amended Complaint") and states as follows, using the same headings and paragraph numbering employed by Plaintiff:

    1.    Paragraph 1 of the Amended Complaint contains legal conclusions that require no response. To the extent any response is required, Defendant admits that this purports to be an action for defamation. Defendant lacks information sufficient to form a belief as to the truth or falsity of Plaintiff's citizenship and, on that basis, Defendant denies each and every remaining allegation in Paragraph 1 and demands strict proof of Plaintiff's citizenship.

    2.    CNN lacks information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 2 of the Amended Complaint and, on that basis, CNN denies each and every allegation in Paragraph 2.

    3.    CNN admits that it is a corporation with its headquarters and operating in the State

of Georgia. CNN lacks information sufficient to form a belief as to the truth or falsity of Plaintiff's citizenship and, on that basis, CNN denies each and every remaining allegation in Paragraph 3 and requests strict proof of Plaintiff's citizenship.

4. Paragraph 4 of the Amended Complaint contains legal conclusions that require no response. To the extent a response is required, CNN admits that Plaintiff purports to seek $50,000,000 in compensatory damages and $250,000,000 in punitive damages, which meets the amount-in-controversy requirement of 28 U.S.C. § 1332.

5. The preliminary paragraph of Paragraph 5 of the Amended Complaint contains legal conclusions that require no response. To the extent a response is required, at this time, and for purposes of this case only, CNN does not contest that venue is proper in the Southern District of Florida.

   a. Paragraph 5(a) of the Amended Complaint contains legal conclusions that require no response. To the extent a response is required, CNN denies that a tort was committed. CNN lacks information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 5(a) and, on that basis, CNN denies each and every remaining allegation in Paragraph 5(a).

   b. CNN lacks information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 5(b) of the Amended Complaint and, on that basis, CNN denies each and every allegation in Paragraph 5(b).

   c. CNN admits that it is qualified to do business in South Florida, has registered in Florida as a foreign corporation, has a registered agent in Broward County, and the Southern District of Florida includes Broward County. Except as so admitted, CNN denies each and every remaining allegation in Paragraph 5(c).

**RESPONSE TO**
**COUNT ONE – DEFAMATION**
**(SLANDER AND LIBEL)**

6. CNN admits that on January 27, 2020, Plaintiff represented former President of the United States, Donald Trump, in his first impeachment trial before the United States Senate. CNN further admits that on January 29, 2020, Senator Ted Cruz posed a question to Plaintiff, to which Plaintiff purported to respond. Except as so admitted, CNN denies each and every remaining allegation in Paragraph 6.

7. Paragraph 7 of the Amended Complaint purports to contain a quotation of a portion of Plaintiff's argument in response to Senator Cruz's question during President Trump's first impeachment hearing. CNN respectfully refers the Court to the Congressional Record, which speaks for itself. Except as so referred, CNN denies each and every remaining allegation in Paragraph 7.

8. Paragraph 8 of the Amended Complaint purports to characterize various CNN programs that aired a clip of Plaintiff's argument during President Trump's first impeachment trial. CNN respectfully refers the Court to the transcripts and telecasts of these programs, which speak for themselves. Except as so referred, CNN denies each and every remaining allegation in Paragraph 8.

9. Paragraph 9 of the Amended Complaint purports to characterize various CNN programs that aired a clip of Plaintiff's argument during President Trump's first impeachment trial. CNN respectfully refers the Court to the transcripts and telecasts of these programs, which speak for themselves. Except as so referred, CNN denies each and every remaining allegation in Paragraph 9.

10. Paragraph 10 of the Amended Complaint contains legal conclusions that require no

response. To the extent any response is required, CNN denies each and every allegation in Paragraph 10.

11. Paragraph 11 of the Amended Complaint contains legal conclusions that require no response. To the extent any response is required, CNN denies each and every allegation in Paragraph 11.

12. Paragraph 12 of the Amended Complaint purports to characterize third-party news programs that discussed Plaintiff's argument during President Trump's first impeachment trial. CNN respectfully refers the Court to these programs, which speak for themselves. Except as so referred, CNN denies each and every remaining allegation in Paragraph 12.

13. Paragraph 13 of the Amended Complaint purports to characterize statements made by Joe Lockhart and John Berman during telecasts, a statement made by Paul Begala in an article on CNN.com, and statements by Anne Milgram and Anderson Cooper on the program Anderson Cooper Full Circle. CNN respectfully refers the Court to the telecasts, article, and program, which speak for themselves. Except as so referred, CNN denies each and every remaining allegation in Paragraph 13.

14. CNN denies each and every allegation in Paragraph 14 of the Amended Complaint.

15. CNN denies each and every allegation in Paragraph 15 of the Amended Complaint.

16. CNN denies each and every allegation in Paragraph 16 of the Amended Complaint.

17. Paragraph 17 of the Amended Complaint contains legal conclusions that require no response. To the extent any response is required, CNN denies each and every allegation in Paragraph 17.

18. CNN denies each and every allegation in Paragraph 18 of the Amended Complaint.

19. CNN denies each and every allegation in Paragraph 19 of the Amended Complaint.

20. CNN denies each and every allegation in Paragraph 20 of the Amended Complaint.

21. CNN admits the allegation of Paragraph 21 of the Amended Complaint.

### RESPONSE TO PRAYER FOR RELIEF

With respect to the WHEREFORE clauses in the Amended Complaint, CNN denies that Plaintiff is entitled to any relief, including a judgment against CNN in the amount of $50,000,000 as compensatory damages, $250,000,000 in punitive damages, or all taxable litigation costs, pre-judgment interest, and post-judgment interest. CNN demands a jury on all triable issues.

### GENERAL DENIAL

Each numbered paragraph in this answer responds to the identically numbered paragraph in the Amended Complaint. CNN denies all allegations, declarations, claims, or assertions in the Amended Complaint that are not specifically admitted in this Answer. To the extent the headings contained in the Amended Complaint constitute allegations, such allegations are denied.

### AFFIRMATIVE DEFENSES

Further responding to the Amended Complaint, CNN asserts the following defenses. CNN does not admit to having the burden of proof and/or the burden of persuasion with respect to any of these defenses. By designating the following as defenses, CNN does not in any way waive or limit any defenses that are or may be raised by their denials, allegations, and averments set forth herein. These defenses are pleaded in the alternative, are raised to preserve CNN's right to assert such defenses and are raised without prejudice to CNN's ability to raise other and further defenses. CNN reserves the right to amend, supplement, and/or otherwise modify this Answer, including without limitation the right to assert additional defenses that become known to CNN through discovery or otherwise.

### First Defense

Plaintiff's claim for relief against CNN is barred because the statements about which Plaintiff complains are privileged and protected by the First Amendment to the United States Constitution and Article 1, Section 4 of the Florida Constitution.

### Second Defense

Plaintiff's claim is barred because the statements about which Plaintiff complains are privileged and protected under Florida's fair report privilege.

### Third Defense

Plaintiff's claim is barred because the statements about which Plaintiff complains are privileged and protected under Florida's common law privileges, including the fair comment privilege and neutral report privilege.

### Fourth Defense

Plaintiff's claim is barred because the statements about which Plaintiff complains are substantially true and thus cannot be the basis for a defamation action.

### Fifth Defense

Plaintiff's claim is barred because the statements about which Plaintiff complains constitute statements of opinion, statements that cannot demonstrably be proven true or false, statements that characterize disclosed facts, and/or rhetorical hyperbole.

### Sixth Defense

Plaintiff's claim is barred because Plaintiff has admitted that he is a public figure. *See* ECF No. 21 at 2. Plaintiff will, therefore, be required to prove by clear and convincing evidence that CNN acted with actual malice in publishing the statements about which Plaintiff complains. He will be unable to do so. The Court already rejected Plaintiff's allegations that purported political

bias can be evidence of actual malice, *see* ECF No. 28 at 21-22, and has, instead, instructed that actual malice requires that "defendant intended to avoid the truth," *id.* at 16. Here, Plaintiff will be unable to demonstrate that CNN "intended to avoid the truth" because Plaintiff's argument during President Trump's impeachment trial was extravagantly ambiguous and can be reasonably interpreted in numerous ways. As a result, no CNN commentator made the statements about which Plaintiff complains with a subjective awareness of probably falsity.

### Seventh Defense

Plaintiff's claim is barred because the statements about which Plaintiff complains did not defame Plaintiff. Plaintiff actually made the statements as reported by CNN in the telecasts, article, and program.

### Eighth Defense

Plaintiff's claim is barred because the statements about which Plaintiff complains did not cause him to suffer actual injuries and/or damages for which CNN is liable, and any damages suffered were mitigated.

### Ninth Defense

Plaintiff's claim is barred because he has suffered no reputational harm as any statements complained of or inferences derived therefrom are consistent with his reputation in the community and he is libel proof.

### Tenth Defense

Plaintiff's claim for punitive damages is barred because the statements about which Plaintiff complains were not made with common law malice, and CNN did not commit any outrageous conduct that was malicious, wanton, reckless, or in willful disregard of Plaintiff's rights.

### Eleventh Defense

Plaintiff's claim for punitive damages is barred because it would violate CNN's right to procedural and substantive due process under the Fifth and Fourteenth Amendments to the United States Constitution because, among other things, the alleged conduct here is not sufficiently reprehensible to warrant any punitive damages recovery.

CNN reserves the right to assert additional affirmative defenses as they may become apparent or available.

**WHEREFORE**, CNN respectfully requests that:

1. Judgment be entered in its favor, and the Amended Complaint against it be dismissed with prejudice;

2. CNN be awarded its costs, disbursements, and attorneys' fees; and

3. The Court grant CNN such further and other relief as is just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 11th day of January, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff,* 400 N. Federal Highway, Hallandale, Florida 33009.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ *Eric C. Edison, Esq.*
George S. LeMieux, Esq.
Florida Bar No. 16403
Email: glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
Admitted pro hac vice
Email:  katebolger@dwt.com
Amanda B. Levine, Esq.
Admitted pro hac vice
Email:  amandalevine@dwt.com
Abigail B. Everdell, Esq.
Admitted pro hac vice
Email:  abigaileverdell@dwt.com
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*