UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0-20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**CNN'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF PRE-JANUARY 29, 2020 DOCUMENTS**

Defendant, Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby submits this Reply to respond to a single but critical point raised in Plaintiff's Opposition to Defendant's Motion to Compel Production of Pre-January 29, 2020 Documents (Dkt. No. 75) (the "Opposition") – namely, its new representation regarding the existence of documents sought by the CNN's Motion. CNN's Reply is as follows:

In the Opposition, Plaintiff admits that he agreed to produce several categories of documents dating back to 2016 and earlier, *see, e.g.*, Opposition at p. 2, yet argues that CNN's Motion constitutes "another bite at the apple" because it should have been *understood* that his production would not include any documents before January 29, 2020. *Id.* The Court should disregard Plaintiff's insistence on an ever-narrowing, convenience-driven definition of "relevance," and CNN will not belabor the point here. One point raised by Plaintiff in his Opposition, however, merits specific response, because it contradicts factual representations made by Plaintiff's counsel during the parties' meet-and-confers.

Specifically, in the Opposition, Plaintiff admits that he agreed to produce documents

responsive to CNN's First RFP No. 29, which asked for documents and communications "relating to [Plaintiff's] statements [in a 2018 Washington Post article] that [he was] 'shunned' as a result of [his] defense of former President Donald Trump" (ECF No. 52-2 at 26-27 [Ex. B at 8-9]). These documents are highly relevant to rebutting Plaintiff's damages claims and establishing that Plaintiff's asserted reputational and emotional damages long predated CNN's Challenged Statements and were the consequence of Plaintiff's own choices.

In the Opposition, Plaintiff now claims for the first time that "there are no documents" responsive to First RFP No. 29 (Opposition at p. 3). Yet, in the parties' meet-and-confers, Plaintiff's counsel admitted without reservation that he did not search for or review a single email predating January 29, 2020. An email filed as Exhibit "C" to CNN's Motion (Dkt. No. 72 at 15) memorializes this exchange ("We asked if you searched for emails from before [January 29, 2020]. You indicated you had not.") and makes clear that Plaintiff's failure to perform this search would be the subject of a motion to compel. Plaintiff's counsel never corrected CNN's understanding. Indeed, the fact that Plaintiff did not produce a *single* email from before January 29, 2020 is itself evidence that no search was performed on emails from before this date. This court need not, therefore, take Plaintiff's newfound representations regarding this one category of documents at face value.

Plaintiff has not produced any emails dated before January 29, 2020 and has made it clear (during the parties' meet and confer) that – in spite of his agreement to produce earlier documents – he has no intention of searching for documents created or received before that date. For the reasons set forth in CNN's Motion, this Court should compel Plaintiff to search and produce documents dated before January 29, 2020. Plaintiff chose to commence this action – he should be required to take part in it.

WHEREFORE, CNN respectfully requests that the Court grant Defendant's Motion to Compel Production of Pre-January 29, 2020 Documents, its attorneys' fees and costs pursuant to Fed.R.Civ.P. 37(a)(5) and any additional relief as is just, equitable and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 14th day of February, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff,* 400 N. Federal Highway, Hallandale, Florida 33009.

>DAVIS WRIGHT TREMAINE LLP
>
>By: /s/ *Katherine M. Bolger*
>    Katherine M. Bolger
>    *(pro hac vice admitted)*
>    Amanda B. Levine
>    *(pro hac vice admitted)*
>    Abigail B. Everdell
>    *(pro hac vice admitted)*
>1251 Avenue of the Americas, 21st Floor
>New York, NY 10020-1104
>(212) 489-8230 Phone
>(212) 489-8340 Fax
>katebolger@dwt.com
>amandalevine@dwt.com
>abigaileverdell@dwt.com
>
>GUNSTER, YOAKLEY & STEWART, P.A.
>450 East Las Olas Boulevard, Suite 1400
>Fort Lauderdale, FL 33301
>Telephone: (954) 462-2000
>George S. LeMieux
>glemieux@gunster.com
>Florida Bar No. 16403
>Eric C. Edison
>Florida Bar No. 010379
>eedison@gunster.com
>
>*Attorneys for Defendant Cable News Network, Inc.*