UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/VALLE

ALAN DERSHOWITZ,

    Plaintiff,
v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER RESCHEDULING TRIAL

**THIS CAUSE** has come before the Court on the Joint Motion of The Parties to Extend Remaining Deadlines by 90 Days and to Continue the Trial. (DE [80]).  The Court having considered the Motion, and the agreement of counsel for the respective parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [80]) is **GRANTED.** Trial is set during the Court's two-week trial calendar beginning **Monday, December 5, 2022,** at **9:00 a.m.** Calendar call will be held at **10:00 a.m.** on **Friday, December 2, 2022**.  The parties shall adhere to the following pre-trial schedule:

| | |
|---|---|
| **06/06/2022** | Parties disclose experts and exchange expert witness summaries or reports. |
| **07/06/2022** | Parties exchange rebuttal expert witness summaries or reports. |
| **08/05/2022** | All discovery, including expert discovery, is completed. |
| **09/01/2022** | All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed.  **This deadline includes all dispositive motions**. |
| **10/10/2022** | Motions in limine are filed. |

| | |
|---|---|
| **11/22/2022** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of March 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF