UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## RE-NOTICE OF MEDIATION

PLEASE TAKE NOTICE that a mediation conference has been rescheduled with mediator, Honorable John W. Thornton, Esq., in the above-captioned matter for **Monday, April 25, 2022** commencing at 10:00 a.m.  The mediation conference will be held at: JAMS, 600 Brickell Avenue, Suite 2600, Miami, Florida 33131 and via Zoom.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 30th day of March, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff,* 400 N. Federal Highway, Hallandale, Florida 33009.

          **GUNSTER, YOAKLEY & STEWART, P.A.**
          450 East Las Olas Boulevard, Suite 1400
          Fort Lauderdale, Florida 33301
          Telephone: (954) 462-2000

          By: /s/ Eric C. Edison, Esq.
              George S. LeMieux, Esq.
              Florida Bar No. 16403
              Email:  glemieux@gunster.com
              Eric C. Edison, Esq.
              Florida Bar No. 010379
              Email:  eedison@gunster.com

          **DAVIS WRIGHT TREMAINE LLP**
          Katherine M. Bolger, Esq.
          (*pro hac vice admitted*)
          Email:  katebolger@dwt.com

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*