UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

_____/

## RESPONSE TO DEFENDANT CNN'S MOTION TO AMEND HEARING ORDER

CNN's motion exceeds the bounds of what is proper and contains a representation lacking in candor. For that reason, plaintiff must file this response.

CNN has chosen to second guess this court's decision and seeks to convert the hearing to an in-person proceeding. CNN goes beyond limiting its motion to that purpose and instead uses it to once again argue the merits of its opposition to plaintiff's motion to compel and to argue the merits of its motion to compel. This is very improper.

CNN also tells this court that the undersigned counsel is in Hallandale, Florida when its counsel knows full well that plaintiff's counsel is based across the country in Los Angeles, California. All calls made to the undersigned have been to the 310 area code, and all meet and confers have been scheduled to accommodate the Pacific time zone, in addition to the countless conversations about it. Making a notation that Brian M. Rodier is a "local practitioner that maintains an office (according to his Notice of Appearance and The Florida Bar)", while

1

technically true, is solely designed to make this court incorrectly conclude that there is no burden on the plaintiff in travelling to this hearing when CNN's counsel knows the reality.



Plaintiff chose not to join CNN in challenging this court's decision to hold a telephone hearing, secure in the knowledge that this court has reviewed the extensive briefing and the 50+

page JSR and understood, at the time it issued the hearing order, that the issues were numerous and yet chose the telephone path nonetheless. Plaintiff is also aware that hearings in general are rare in U.S. District Court and assumes that this court is likely conducting the hearing to answer some questions it may have from the extensive briefing but would not require extensive advocacy from the parties.

Plaintiff is not opposed to traveling for this litigation and will travel for certain key depositions and certainly for motions that this court believes necessitate an in-person appearance, but in this instance, for the reasons already stated, plaintiff is content with the court's chosen method. If this court does allow CNN to appear in person for the hearing, plaintiff would then have to travel to also attend in person.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the email this 4th Day of April, 2022 George LeMieux, Esq., glemieux@gunster.com and Eric Edison, eedison@gunster.com, Gunster, Yoakley & Stewart, P.A. and Katherine M. Bolger, Esq., katebolger@dwt.com Davis Wright Tremaine LLP.

                                        RODIER & RODIER, P.A.
                                        Attorneys at Law
                                        400 North Federal Highway
                                        Hallandale, FL 33009
                                        Tel: (954) 455-9300
                                        Fax: (954) 457-0499

                                        By: ____/s/ *Brian M. Rodier*_____

                                        BRIAN M. RODIER, ESQ.
                                        Fla Bar #: 42250