UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0-20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF STRIKING [DE 90][1]**

Defendant, Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby gives notice of striking [DE 90] CNN's Memorandum of Law in Opposition to Plaintiff's Motion to Compel Responses to Second Request to Produce, filed on April 7, 2022.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 13th day of April, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff,* 400 N. Federal Highway, Hallandale, Florida 33009.

                GUNSTER, YOAKLEY & STEWART, P.A.

                By: */s/ Eric C. Edison*
                    450 East Las Olas Boulevard, Suite 1400
                    Fort Lauderdale, FL 33301
                    Telephone: (954) 462-2000
                    George S. LeMieux
                    Florida Bar No. 16403
                    glemieux@gunster.com

---

[1] Pursuant to D.E. 91, the Clerk has requested a corrective action, including filing a Notice of Striking D.E. 90 and refiling same.

> Eric C. Edison
> Florida Bar No. 010379
> eedison@gunster.com
>
> DAVIS WRIGHT TREMAINE LLP
> Katherine M. Bolger
> *(pro hac vice admitted)*
> Amanda B. Levine
> *(pro hac vice admitted)*
> Abigail B. Everdell
> *(pro hac vice admitted)*
> 1251 Avenue of the Americas, 21st Floor
> New York, NY 10020-1104
> (212) 489-8230 Phone
> (212) 489-8340 Fax
> katebolger@dwt.com
> amandalevine@dwt.com
> abigaileverdell@dwt.com
>
> *Attorneys for Defendant Cable News Network, Inc.*