UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

## MEDIATOR'S REPORT

The Parties and their attorneys met with the undersigned mediator on April 25, 2022 in good faith to attempt to mediate this matter to resolution. All parties and counsel were present. The parties were unable to reach an agreement and the case is at an impasse.

**I HEREBY CERTIFY** that on April 25, 2022, the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties.

Respectfully submitted,

John Thornton
JAMS Mediator/Neutral

## SERVICE LIST

Brian M. Rodier, Esq.
RODIER & RODIER
400 N. Federal Highway
Hallandale, FL 33009
T: 954-455-9300
E: bmrodier@rodierlegal.com

*Counsel for Plaintiff*

George S. LeMieux, Esq., Esq.
Eric C. Edison, Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
450 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, Florida 33301
P: 973- 462-2000
E: glemieux@gunster.com
   eedison@gunster.com

*Counsel for Defendant*

Katherine M. Bolger, Esq.
Amanda B. Levine, Esq.
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-489-8230
E: katebolger@dwt.com
   amandalevine@dwt.com

*Counsel for Defendant*