UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0-20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## JOINT MOTION TO SEAL HEARING TRANSCRIPT (ECF 105) PENDING REDACTIONS

    Plaintiff, ALAN DERSHOWITZ ("Plaintiff" or "Dershowitz") and Defendant CABLE NEWS NETWORK, INC.'s ("CNN" or "Defendant") jointly move this court for an order sealing the transcript from the April 21, 2022 hearing that took place before this court pending redactions. The parties further move the court for leave to file a motion (under seal) to redact that will identify the specific portions to be redacted and or sealed, thereafter allowing the remainder of the transcript to be publicly available.

Date:  April 29, 2020.

| | |
|---|---|
| RODIER & RODIER, P.A. | DAVIS WRIGHT TREMAINE LLP |
| By: **/s/ Brian M. Rodier** | By: **/s/ Katherine M. Bolger** |
| Brian M. Rodier | Katherine M. Bolger |
| 400 N. Federal Highway | Amanda B. Levine |
| Hallandale Beach, FL 33009 | Abigail B. Everdell |
| (954) 455-9300 | 1251 Avenue of the Americas, 21st Floor |
| bmrodier@rodierlegal.com | New York, NY  10020-1104 |
| FL Bar # 42250 | (212) 489-8230 Phone |
| | (212) 489-8340 Fax |
| *Attorney for Plaintiff Alan Dershowitz* | |

1

katebolger@dwt.com
amandalevine@dwt.com
abigaileverdell@dwt.com

-and-

George S. LeMieux
(Florida Bar No. 16403)
Eric C. Edison
(Florida Bar No. 010379)
GUNSTER, YOAKLEY & STEWART, P.A.
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 462-2000
glemieux@gunster.com
eedison@gunster.com

*Attorneys for Defendant Cable News Network, Inc.*