UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**UNOPPOSED MOTION FOR ENTRY OF ORDER SEALING**
**DEFENDANT'S MOTION FOR CLARIFICATION &**
**REQUEST FOR EXPEDITED BRIEFING SCHEDULE**

Defendant, CABLE NEWS NETWORK, INC., pursuant to Local Rule 5.4. respectfully files its Unopposed Motion for Entry of an Order Sealing Defendant's Motion for Clarification and Request for Expedited Briefing Schedule and states as follows:

**Procedural History & Request to Seal**

Following the parties' hearing on competing Motions to Compel on April 21, 2022, the parties requested [D.E. 106] and the Court granted [D.E. 107], a joint request to seal the transcript from such hearing, pending redactions from the parties.

CNN plans to file a Motion requesting that the Court clarify a portion the Court's Order provided during the April 21, 2022 hearing ("Motion for Clarification"), and such request includes portions and citations to the transcript which has been sealed because it is subject to pending redactions from the parties. Based upon the Court's prior ruling, Plaintiff, ALAN DERSHOWITZ, has no objection to CNN's request that the Court seal CNN's Motion for Clarification upon its filing.

## Legal Standard for Sealing Court Records

The Parties are mindful of the general policy favoring open and public viewing of court records as provided in Local Rule 5.4. *See also Romero v. Drummond Company, Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Notwithstanding, the public's right of access to judicial records may be overcome, however, by a showing of good cause by the party seeking protection. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F. 3d 1304, 1313 (11th Cir. 2001). Good cause "generally signifies a sound basis or legitimate need to take judicial action, (*See In re Alexander Grant & Co.*, *Litig.*, 820 F. 2d 352, 355 (11th Cir. 1987), and if good cause is shown, the Court must then balance the interest in obtaining access to the information against the interest in keeping the information confidential. *Chicago Tribune Co.*, 263 F. 3d at 1313. In balancing these interests:

> courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree and likelihood of injury if made public, and reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Id.* at 1246.

Good cause is established, as here, by the moving parties when disclosure may cause a clearly defined and serious injury. *NXP B.V. v. Research in Motion, Ltd.*, 2013 WL 4402833, *2 (M.D. Fla. August 15, 2013) (joint motion by the parties to seal documents granted because allowing public access could violate a party's and non-party's legitimate and private interests).

## Request for Expedited Briefing Schedule

The deadline to file an objection to the Magistrate's Report and Recommendation following the April 21, 2022 hearing as well as the Court's deadline for compliance with the Magistrate's Report and Recommendation is May 9, 2022. Accordingly, CNN respectfully

requests that should the Court grant this motion, it also provide for an expedited briefing schedule for CNN"'s Motion for Clarification or immediately rule upon same.

WHEREFORE, Defendant Cable News Network, Inc. hereby requests that this Court grant the relief requested herein and grant any further relief as is just, equitable, and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 4th day of May, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff*, 400 N. Federal Highway, Hallandale, Florida 33009.

> **GUNSTER, YOAKLEY & STEWART, P.A.**
> 450 East Las Olas Boulevard, Suite 1400
> Fort Lauderdale, Florida 33301
> Telephone: (954) 462-2000
>
> By: /s/ Eric C. Edison, Esq.
>     George S. LeMieux, Esq.
>     Florida Bar No. 16403
>     Email: glemieux@gunster.com
>     Eric C. Edison, Esq.
>     Florida Bar No. 010379
>     Email: eedison@gunster.com
>
> **DAVIS WRIGHT TREMAINE LLP**
> Katherine M. Bolger, Esq.
> (*pro hac vice admitted*)
> Email: katebolger@dwt.com
> 1251 Avenue of the Americas
> New York, NY 10020
> Telephone: 212-489-8230
>
> *Counsel for Defendant Cable News Network, Inc.*