UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

_____/

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**

**MOTION TO SEAL DEFENDANT'S MOTION FOR CLARIFICATION**

      CNN has represented to this court that plaintiff does not oppose its motion to file a motion it intends to file under seal.  <u>This is incorrect</u>.

      CNN intends to file a motion to seek clarification of this court's very clear ruling pertaining to this court ordering production of documents pursuant to plaintiff's first request to produce, item #8.

      CNN will need the transcript on file for the court's reference and plaintiff will also need the transcript on file to remedy CNN's counsel's improper disclosure in open court of information that was designated as confidential by the umbrella protective order.  In fact, a joint motion to seal was filed to seal the transcript (granted) pending redactions being ordered by the court in order to cure the damage caused by the improper disclosure.

      As such, plaintiff did agree and does fully support a motion and order of this court to file <u>a copy of the hearing transcript under seal</u> so that the court will have a copy to reference in

deciding on a motion to redact and then the rest of the transcript will be public, just as was requested by both parties in the joint motion.

Plaintiff did not agree to that defendant's motion to clarify should be under seal. No part of the defendant's proposed motion pertaining to RTP #8 qualifies for sealing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the email this 4th day of May, 2022 to George LeMieux, Esq., glemieux@gunster.com Gunster, Yoakley & Stewart, P.A. Eric Edison, Esq. EEdison@gunster.com and Katherine M. Bolger, Esq., katebolger@dwt.com Davis Wright Tremaine LLP.

RODIER & RODIER, P.A.
Attorneys at Law
400 North Federal Highway
Hallandale, FL 33009
Tel: (954) 455-9300
Fax: (954) 457-0499

By: ____/s/ *Brian M. Rodier*_____

BRIAN M. RODIER, ESQ.
Fla Bar #: 42250