UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**REPLY TO MOTION FOR ENTRY OF ORDER SEALING
DEFENDANT'S MOTION FOR CLARIFICATION**

    Defendant, CABLE NEWS NETWORK, INC., ("CNN" or "Defendant") files its Reply to its Motion for Entry of an Order Sealing Defendant's Motion for Clarification and Request for Expedited Briefing Schedule and states as follows:

    As CNN's counsel explicitly told Plaintiff's counsel during a telephone call *yesterday*, CNN's Motion for Clarification quotes portions of the transcript of the hearing on April 21, 2022, which was sealed by this Court by order dated May 2, 2022 [D.E. 107]. For that reason, and that reason only, CNN seeks to seal the motion for clarification. Plaintiff's counsel appeared to agree to the request to seal the motion for clarification on the phone yesterday, on this basis.

    In any event, the sole basis for CNN's motion to seal the motion for clarification is that the transcript quoted therein is already under seal.

    WHEREFORE, Defendant Cable News Network, Inc. hereby requests that this Court grant its Motion for Entry of an Order Sealing Defendant's Motion for Clarification and Request for Expedited Briefing Schedule and grant any further relief as is just, equitable, and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 4th day of May, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff*, 400 N. Federal Highway, Hallandale, Florida 33009.

      **GUNSTER, YOAKLEY & STEWART, P.A.**
      450 East Las Olas Boulevard, Suite 1400
      Fort Lauderdale, Florida 33301
      Telephone: (954) 462-2000

      By: /s/ Eric C. Edison, Esq.
          George S. LeMieux, Esq.
          Florida Bar No. 16403
          Email: glemieux@gunster.com
          Eric C. Edison, Esq.
          Florida Bar No. 010379
          Email: eedison@gunster.com

      **DAVIS WRIGHT TREMAINE LLP**
      Katherine M. Bolger, Esq.
      (*pro hac vice admitted*)
      Email: katebolger@dwt.com
      1251 Avenue of the Americas
      New York, NY 10020
      Telephone: 212-489-8230

      *Counsel for Defendant Cable News Network, Inc.*