UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/VALLE

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte* upon review of the docket. The Court's CM/ECF procedures require that all exhibits attached to a document be described on the docket as follows:

> **2) Describing an Attachment to a Docket**
>
> A party filing an attachment to a document shall select one of the prescribed attachment categories from the drop-down menu (e.g., affidavit, transcript), provide an alphabetical or numerical designation (e.g., Exhibit A, Exhibit 1), **and descriptively name each attachment (e.g., Exhibit 1 - Affidavit of Boo Radley**) in a manner that enables the Court to easily locate and distinguish attachments. (Emphasis added.)

Accordingly, it is hereby

**ORDERED** all future filings shall be docketed with a descriptive name included for each exhibit. The Court will strike any filing that does not comply with this Order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of May 2022.

*[signature]*
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF