UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

_____/

## REPLY TO CNN'S OPPOSITION TO MOTION TO ADD

## "ATTORNEY EYES ONLY" DESIGNATION

## TO UMBRELLA PROTECTIVE ORDER

CNN's opposition to this motion distorts key facts and misleads this Court into believing that plaintiff wants the AEO designation that he seeks in this case to mirror the one in the case plaintiff cited in his motion. Johnson v. Soo Line Railroad. 2019 WL 4037963 (U.S. District Court ND Illinois, Eastern Division). Nothing could be less accurate.

But first, CNN claims reliance on the existing protective order as a reason to preclude the designation but completely skips over paragraph 23, which CNN wrote, that tells all parties essentially this: AT ANY TIME, THIS ORDER CAN BE CHANGED TO ADD MORE PROTECTION. So, CNN is basically arguing that they want to rely only on the parts that help their argument in this instance and not the part that does not – which again – is the part CNN's

1

counsel drafted.  CNN sent plaintiff the proposed umbrella protective order with that language, not the other way around.  The proof is below:



By drafting paragraph 23 (which was originally par 18 in CNN's first draft),  CNN clearly wanted to have an avenue to do exactly what plaintiff is doing now, except CNN must have

2

thought that would be a one-way street for its benefit and now regrets that its own language is being used for plaintiff's benefit.

The additional terms that the court ordered in Johnson v Soo Line Railroad, Co., No. 1:17-cv-07828, ECF No. 91, ¶ 6(c) (N.D. Ill. Sept. 30, 2019) that CNN cites is meaningless to this analysis because it was the product of agreed terms amongst the parties.  CNN failed to be candid with this Court and did not point out that important fact. Instead, it wants this Court to draw the erroneous inference that the court changed its mind somehow regarding the tax returns. In the order plaintiff cited, Johnson v. Soo Line Railroad, 2019 WL 4037963 (U.S. District Court ND Illinois, Eastern Division), the court specifically and only dealt with tax returns when it designated the returns attorney eyes only, realizing the need for that type of protection for these highest of sensitive documents. But the court left the door open for the parties to still negotiate their own terms, and apparently, the parties did just that.  The fact that the parties in Johnson, one month later, negotiated a protective order with an AEO designation that contains broader disclosure permissions has no bearing on Professor Dershowitz.  Alan Dershowitz's tax returns cannot be subjected to broadened categories of disclosure just because the lawyers in Johnson were okay with it and submitted an agreed order to the judge.  As such, CNN trying to use the AEO order in that case as if it is the gold standard to govern all litigants in the nation is just absurd.

Finally, CNN continues to ignore that this Court recognized that there is no economic damages claim for any income, past, present or future and denied all other forms of income discovery.  As such, the idea that Professor Dershowitz's tax returns need to be passed around to

non-lawyers is outrageous. If CNN can come up with a theory why it needs to share the sensitive returns with non-lawyers, it is free to move this Court for relief from the designation through the procedure that is in the protective order. It is doubtful that a convincing need could arise given the lack of a lost income claim, but at least that way copies of Professor Dershowitz's return aren't floating around in the digital world amongst many who are not regulated by a bar and have licenses to lose for violations. In fact, we recently all witnessed a leak of a document from our nation's highest court, thus proving that the more people that have access, the more potential exists for disclosure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the email this 24th day of May, 2022 to George LeMieux, Esq., glemieux@gunster.com Gunster, Yoakley & Stewart, P.A. Eric Edison, Esq. EEdison@gunster.com and Katherine M. Bolger, Esq., katebolger@dwt.com Davis Wright Tremaine LLP.

>RODIER & RODIER, P.A.
>Attorneys at Law
>400 North Federal Highway
>Hallandale, FL 33009
>Tel: (954) 455-9300
>Fax: (954) 457-0499
>
>By: ____/s/ *Brian M. Rodier*_____
>
>BRIAN M. RODIER, ESQ.
>Fla Bar #: 42250