UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/VALLE

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** has come before the Court upon two objections by CNN (DE [113] and [114]) to the Magistrate Judge's April 21, 2022, Order (DE [101]) on discovery motions. Being untimely filed, the objections are overruled.

Rule 72(a), Federal Rules of Civil Procedure, allows parties to file objections to a magistrate judge's non-dispositive orders with the district court. Fed. R. Civ. P. 72(a). Rule 4(a)(1) of the local Magistrate Judge Rules classifies review of a magistrate judge's discovery order as an appeal. Whether styled as an appeal or an objection, a party has a right to seek review of a magistrate judge's order by a district judge "within 14 days of being served with the order." Fed. R. Civ. P. 72(a). "The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.*

The magistrate judge held a hearing and ruled on several discovery motions on April 21, 2022. (DE [101]). CNN intended to seek clarification of the magistrate judge's

order and, on May 4, 2022, filed an Unopposed Motion to Seal Defendant's Motion for Clarification. (DE [109]). The magistrate judge held a telephonic conference on May 6, 2022 (DE [117]) and, according to CNN, advised CNN that the way to challenge her ruling was to file objections under Fed. R. Civ. P. 72(a). *See CNN's Reply* (DE [125]). CNN filed its objections on May 9, 2022. There is no indication that the magistrate judge offered any clarification of her April 21, 2022, order.

Rule 72(a) states flatly that "[a] party may not assign as error a defect in the order that is not timely objected to." CNN's objections to the April 21, 2022, order were filed outside the 14-day window provided by the rules. The mere filing of a motion for clarification or a motion for reconsideration does not toll the time to file objections to the magistrate judge's order. *See LSC Group LLC v. Shire Development,* 2022 WL 1217961 at *6 (2nd Cir. Apr. 26, 2022); *Rouviere v. Depuy Orthopaedics, Inc.,* 560 F. Supp. 3d 774, 787-790 (S.D.N.Y. 2021). Even if it did, the magistrate judge did not enter any clarifying order on May 6, 2022, that this Court could review. For these reasons, it is hereby

**ORDERED AND ADJUDGED** that CNN's Objections (DE [113] and [114]) to the Magistrate Judge's Order (DE [101]) are **OVERRULED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of June 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF