UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**CNN'S MOTION FOR RECONSIDERATION OF ORDER DENYING OBJECTIONS TO MAGISTRATE'S ORDER & MEMORANDUM OF LAW**

    Defendant, CABLE NEWS NETWORK, INC. ("CNN"), by and through its undersigned counsel, pursuant to Rule 60 of the Federal Rules of Civil Procedure, respectfully moves for this Court to reconsider its Order dated June 2, 2022 [D.E. 127], overruling CNN's Objections [D.E. 113 and D.E. 114] based on their untimeliness and states as follows:

**Introduction**

    1.    On June 2, 2022, this Court entered an Order [D.E. 127] overruling CNN's objections [D.E. 113 and D.E. 114] to the Magistrate's Judge's April 21, 2022 Order [D.E. 101] because the Court believes such objections to be untimely. As set forth below, CNN's objections were *timely* as the Magistrate stayed her discovery order [D.E. 127] until *after* the parties' mediation on April 25, 2022, which resulted in an impasse [D.E. 102]. Accordingly, as discussed below, the Court should withdraw its Order overruling CNN's objections based on untimeliness and rule upon merits of CNN's objections.

    2.    As set forth in the portions of the April 21, 2022 transcript, below, the Magistrate's Order was stayed until after the parties' April 25, 2022 mediation. Accordingly, under Rule 72,

Objections to the Magistrate's Order were not due until 14 days later or May 9, 2022 - - which is when they were filed. As ordered by the Magistrate:

> Last, I guess the last matter of business is timing. The extended discovery deadline is fast approaching. As I noted in the beginning of this hearing, it is August 5th. I am also aware that the parties will be appearing at mediation next week. So in an effort to focus everyone on preparing for mediation, **I'm willing to stay my rulings until after the mediation and then the parties will have, I am going to give you 14 days from the mediation date, which is May 9th, to amend your responses and produce responsive documents as ordered by the court.**
>
> *See Transcript Page 170, Lines 6-15, attached as Exhibit "A".*
>
> **So the due date for amended responses and production will be May 9th**, which is, as I said, **14 days from your mediation date.** Again, you may contact the court reporter's office and the clerk's office if you need a copy of the transcript, just because you can't put yourself to sleep at night and you need something to read or **because you may want to appeal or whatever you like.**
>
> *See Transcript Page 171, Lines 9-15*, attached as Exhibit "A".
>
> [Emphasis Added].

To avoid any confusion, the undersigned confirmed the deadline of May 9, 2022 to file objections to the Magistrate's Order with the Magistrate's Office.

### **Legal Standard**

3. The "purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." See *Burger King Corp. v. Ashland Equities, Inc.*, 181 F. Supp. 2d 1366, 1369 (S.D. Fla. 2002) quoting *Z.K. Marine, Inc. v. M?V Archigetis*, 808 F.Supp. 1561, 1563 (S.D. Fla. 1992). Generally, there are three situations under which a court should reconsider a prior ruling: (1) an intervening change in controlling law; (2) new evidence; and (3) the need to correct clear error or prevent manifest injustice. *Id. see also Offices Togolais Des Phosphates v. Mulberry Phosphates, Inc.*, 62 F. Supp. 2d 1316, 1331 (M.D. Fla. 1999). Of

course, "there must be a reason why the court should reconsider its prior decision, and the moving party must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision." *See Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994). A motion for reconsideration is appropriate where the "Court has patently misunderstood a party, or has made a decision outside of the adversarial issues presented to the Court by the parties, or has made an error not of reasoning, but of apprehension." *Burger King Corp*, 181 F. Supp. 2d at 1369 citing *Z.K. Marine, Inc.*, 808 F.Supp. at 1563.

4.  CNN is aware that because these issues rarely arise, they are rarely brought and rarely granted. *Id.* Notwithstanding, the Court's Order [D.E. 127] appears to have been made without the knowledge that the Magistrate stayed Her discovery Order until after the April 25th mediation, as set forth above. It was clear error and (based upon the Magistrate's Stay) a misapplication of the federal rules of civil procedure to overrule CNN's objections as untimely, as such objections were timely filed 14 days from April 25, 2022 - - or May 9, 2022. Holding otherwise, would be clear error and result in manifest injustice.

5.  On June 3, 2022, the undersigned counsel, pursuant to Local Rule 7.1(a)(3), made a reasonable effort to confer in writing with counsel for the Plaintiff to resolve by agreement the issues raised in this motion. In response to such efforts, Plaintiff's counsel, on June 3, 2022, advised in writing that he had not yet heard back from his client. As such, despite such good faith efforts to resolve the issues raised in the motion, the parties have been unable to do so.

WHEREFORE, Cable News Network respectfully requests that the Court reconsider its Order overruling CNN's Objections for being untimely, and instead grant this motion for reconsideration and rule upon the merits of CNN's objections, and grant any additional relief as is just, equitable and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 6th day of June, 2022 to Brian M. Rodier, Esq., bmrodier@rodierlegal.com; Rodier & Rodier, P.A., *Counsel for Plaintiff*, 400 N. Federal Highway, Hallandale, Florida 33009.

                                               **GUNSTER, YOAKLEY & STEWART, P.A.**
                                               450 East Las Olas Boulevard, Suite 1400
                                               Fort Lauderdale, Florida 33301
                                               Telephone: (954) 462-2000

                                               By:  /s/ Eric C. Edison, Esq.
                                                         George S. LeMieux, Esq.
                                                         Florida Bar No. 16403
                                                         Email:  glemieux@gunster.com
                                                         Eric C. Edison, Esq.
                                                         Florida Bar No. 010379
                                                         Email:  eedison@gunster.com

                                               **DAVIS WRIGHT TREMAINE LLP**
                                               Katherine M. Bolger, Esq.
                                               (*pro hac vice admitted*)
                                               Email:  katebolger@dwt.com
                                               1251 Avenue of the Americas
                                               New York, NY  10020
                                               Telephone:  212-489-8230

                                               *Counsel for Defendant Cable News Network, Inc.*