# EXHIBIT "A"

| | |
|---|---|
| **From:** | Bolger, Kate |
| **To:** | Brian Rodier |
| **Cc:** | Edison, Eric; Holoszyc-Pimentel, Raphael; Edison, Eric; LeMieux, George |
| **Subject:** | Dershowitz - motion to unseal the May 6 transcript |
| **Date:** | Wednesday, June 8, 2022 9:18:19 AM |

Brian

This morning, CNN is planning to make an application to Magistrate Judge Valle to unseal the May 6 transcript, during which, to the best of my memory, the Court confirmed that our objections to her order were due on May 9 (two weeks from the mediation).   We are requesting that the transcript be unsealed so the parties can review it and then that CNN file a redacted copy on the public docket within 5 days.

Do you consent? Please let me know as soon as possible this morning.
Thanks
Kate Bolger

**Katherine M. Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 489-8340
Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.