UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0-20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## DECLARATION OF KATHERINE M. BOLGER
## IN SUPPORT OF DEFENDANT'S MOTION TO UNSEAL

I, KATHERINE M. BOLGER, declare:

1. I am a partner at Davis Wright Tremaine LLP, counsel to Defendant Cable News Network, Inc. ("CNN") in this action. I submit this declaration in support of CNN's Motion to Unseal the transcript of the May 6, 2022 hearing. (the "Motion").

2. On May 2, 2022, I sent an email to Brian Rodier, counsel for Plaintiff, Alan Dershowitz ("Dershowitz") advising that CNN had confirmed with the Magistrate's Office that any objection to her April 21, 2022 Order was due 14 days from the mediation date - - rather than the hearing date.

3. Attached hereto as **Exhibit "A"** is a true and correct copy of such email.

4. Mr. Rodier, on behalf of Mr. Dershowitz, did not correct, object or provide any response whatsoever to my May 2, 2022 correspondence.

5. On May 9, 2022, Mr. Rodier served responses to CNN's discovery responses as requred by Magistrate Valle's ruling. In the email, he informed CNN "[w]e are appealing none of the rulings."

6. Attached hereto as **Exhibit "B"** is the email without the attachments.

I declare under the penalties of perjury that the foregoing is true and correct.

Dated: June 9, 2022                                            */s/ Katherine M. Bolger*

                                                               Katherine M. Bolger

# EXHIBIT "A"

| | |
|---|---|
| **From:** | Bolger, Kate |
| **To:** | Brian Rodier |
| **Cc:** | Feder, Eric; Holoszyc-Pimentel, Raphael; Edison, Eric; LeMieux, George |
| **Subject:** | Two things |
| **Date:** | Monday, May 2, 2022 1:56:15 PM |

1.      We confirmed with Magistrate Valle's chambers that any objection to her order is due 14 days from the mediation date (rather than the hearing date).

2.      I am wondering if you have reached any decision regarding my offer related to the employment agreements.  Will you please let me know one way or the other  by Wednesday as I will have to raise that issue with the Court if we cannot agree?

Thanks
Kate Bolger

**Katherine M. Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 489-8340
Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

# EXHIBIT "B"

| | |
|---|---|
| **From:** | Brian Rodier |
| **To:** | Bolger, Kate; Edison, Eric; LeMieux, George |
| **Cc:** | Holoszyc-Pimentel, Raphael; Feder, Eric |
| **Subject:** | Dershowitz v CNN |
| **Date:** | Monday, May 9, 2022 11:10:10 PM |
| **Attachments:** | POST RULING Plaintiff"s Responses to CNN"s Second RTP.pdf |
| | POST RULING Plaintiff"s Responses to CNN"s First RTP.pdf |
| | POST RULING Responses to CNN"s First Set of Interrogatories .pdf |

**[EXTERNAL]**

Counsels:

Attached are updates responses pursuant to the court's rulings from the April 21, 2022 hearing. Documents will be sent under separate cover. The password for access remains the same. If you do not still have it, please let me know.

We are appealing none of the rulings.

Brian M. Rodier, Esq.
Rodier & Rodier, P.A.
400 N. Federal Hwy.
Hallandale Beach, Florida 33009
Phone: (954) 455-9300
Fax: (954) 457-0499

THIS TRANSMISSION IS TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION OR MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR PRIVILEGED. IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE IMMEDIATELY DELETE IT OR CALL (954) 455-9300 FOR INSTRUCTIONS ON ITS RETURN OR DESTRUCTION.