UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

_____/

## MOTION TO STRIKE CNN'S OPPOSTION (ECF 137) TO PLAINTIFF'S MOTION FOR CLARIFICATION (ECF123)

Pursuant to the rules of this court, all oppositions to motions dealing with discovery matters (matters before Magistrate Judge Valle) are due no later than seven (7) days from the date of the motion. Accordingly, if CNN desired to file an opposition, it was due on June 1, 2022. Consequently, its opposition should be stricken.

In the event that this court does not strike it for untimeliness, it should be stricken nonetheless for actually being an opposition memorandum to a motion for reconsideration that does not exist and, quite frankly, makes little sense. Plaintiff did not ask this court to reconsider its decision. Plaintiff only asked this court to clarify what it meant to rule. This court does not need CNN's thirteen-page memorandum, in which it reargues the merits of its objection to plaintiff's interrogatory 4, to tell us what it meant to rule. Simply put, CNN thinks this court meant to rule and did rule that it does not have to produce incriminating emails post tort and only incriminating emails made the day after the defamatory broadcasts. Plaintiff believes this court meant to compel CNN to produce the incriminating emails. At no point did plaintiff suggest that the Court revisit the

merits. All plaintiff sought in his motion was clarification of what this court really meant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 9, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Katherine M. Bolger, Esq, at katebolger@dwt.com, Oran, Hilary <HilaryOran@dwt.com>; Feder, Eric <EricFeder@dwt.com>; Holoszyc-Pimentel, Raphael <rhp@dwt.com>; George D. LeMieux, Esq, at glemieux@gunster.com, and Eric C. Edison, Esq, at eedison@gunster.com.

<div style="margin-left: 3em;">
RODIER & RODIER<br>
Attorneys at Law<br>
400 North Federal Highway<br>
Hallandale, FL  33009<br>
Tel: (954) 455-9300<br>
Fax: (954) 457-0499<br>
Pleadings: serviceofpleadings@rodierlegal.com<br>
<br>
By:____/s/ *Brian M. Rodier*_____<br>
    BRIAN M. RODIER, ESQ.<br>
    Fla Bar #:  42250
</div>