UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/VALLE

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon Defendant's Motion for Reconsideration (DE [128]) of the Court's Order (DE [127]) overruling Defendant's objections to the Magistrate Judge's April 21, 2022, Order (DE [101]). The Court overruled the objections as untimely. *See* Fed. R. Civ. P. 72(a).

Defendant filed its objections on May 9, 2022, and asserts they were timely filed because the Magistrate Judge orally stayed her order until the parties completed mediation. (DE [105]). Although the Magistrate Judge referred to staying production of documents and said nothing about tolling the deadline to file objections, the Court finds that a reasonable person could conclude that the stay of the order included a stay of the deadline to file objections and that the interest of justice would best be served by a decision on the merits of Defendant's objections.

The parties also filed several related motions which are now moot, due to the resolution of the pending motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion for Reconsideration (DE [128]) is **GRANTED.** The Court's June 2, 2022, Order (DE [127]) is **VACATED.** Defendant's Motion to Unseal May 6, 2022, Transcript (DE [138]) and Plaintiff's Motion to Strike Defendant's Motion to Unseal Transcript (DE [140]) are

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of May 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF