UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61872-SINGHAL/VALLE

ALAN DERSHOWTIZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER ON MOTION TO CLARIFY COURT'S RULING
## REGARDING ITEM # 4 OF PLAINTIFF'S FIRST SET OF INTERROGATORIES

THIS CAUSE is before the Court upon Plaintiff's Motion to Clarify the Court's Ruling Pertaining to Plaintiff's Motion to Compel Regarding First Set of Interrogatories, Item #4 (ECF No. 123) (the "Motion"). Having reviewed the record, the Motion, Defendant's Response (ECF No. 137), and being otherwise duly advised in the matter, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as set forth below.

The parties disagree on whether the Court's order of April 21, 2022, required Defendant to produce responsive documents dated from January 29, 2020, to the present (Plaintiff's interpretation) or only for January 29, 30, and 31, 2020 (Defendant's interpretation). The transcript of the April 21, 2022, hearing (ECF No. 105 (Hr'g Tr.")) reflects the Court's ruling to permit discovery for Interrogatory 4 "through January 31." Hr'g Tr. 165:23-24. The phrase "through January 31" does not extend to the present. Accordingly, Plaintiff's request to clarify the timeframe for Interrogatory 4 is **GRANTED**.

However, Plaintiff's separate request within the Motion for an extension of the 14-day deadline to file objections to the Court's April 21, 2022 ruling is **DENIED**.  Although Plaintiff received Defendant's amended responses to Interrogatory 4 on May 9, 2022, *see* (ECF Nos. 123 at 1 n.1, 137 at 4, 137-1 at 2), Plaintiff filed the Motion more than two-weeks later (on May 25, 2022).  Although the Court is sympathetic to counsel's explanation that the delay was partly due to handling other matters and litigating other disputes in this case, that is insufficient good cause for the delayed request for clarification.  Moreover, a misunderstanding of the Court's Order is not a basis for an extension of more than 30 days (from April 21, 2022) on a deadline to object to a Court's ruling.

Lastly, Plaintiff's Motion to Strike CNN's Opposition to the Motion (ECF No. 139) is **DENIED**.  Because the undersigned is fully advised in the premises, a response to this motion is unnecessary.  Plaintiff's Motion sought clarification of the undersigned's ruling, and is thus governed by the 14-day response time set forth in the Local Rule 7.1(c), not the undersigned's expedited deadline for discovery matters.  Here, CNN filed its response to the Motion on June 8th, which was the last day the response could be timely filed.  Relatedly, the undersigned considered only the issues relevant to the Motion and not CNN's re-argument of prior matters.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on June 10, 2022.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. District Judge Raag Singhal
     All counsel of record