UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61872-SINGHAL/VALLE

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned Magistrate Judge, to whom the above-styled case has been assigned, hereby recuses herself pursuant to 28 U.S.C. § 455 and the Code of Judicial Conduct, and refers the case to the Clerk of Court for reassignment.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on June 13, 2022.

_/s/ Alicia O. Valle_
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States Magistrate Judge **Patrick M. Hunt**.

All documents for filing in this case shall carry the following case number and designation: 20-CV-61872-SINGHAL/**Hunt**.

By Order of Court this **13th** day of June.

ANGELA E. NOBLE
Clerk of Court
By:

/s/ Bryan J. McGuinness
    Deputy Clerk

Copies furnished to:
Raag Singhal, U.S. District Judge
Alicia O. Valle, U.S. Magistrate Judge
All Counsel of Record