**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 20-61872-CIV-SINGHAL/HUNT**

ALAN DERSHOWITZ,

        Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

        Defendant.

_____/

## ORDER MODIFYING DISCOVERY PROCEEDINGS

THIS CAUSE comes before the Court *sua sponte*. In light of a breakdown in the discovery process and an apparent inability on the part of the Parties to work out their issues in the manner expected of professionals, this Court finds it necessary to modify its discovery practices. Accordingly, the Parties in this Matter shall henceforth file no further discovery motions. Instead, the Parties shall appear for a weekly hearing to manage discovery issues. Prior to the hearing, the Parties shall meet and confer in an earnest attempt to work out their discovery issues. Should some narrow discovery issues remain, the Parties shall jointly submit a memorandum of **no more than three** (3) pages outlining the issues and the Parties' respective positions. This memorandum shall be submitted to Chambers via email at hunt@flsd.uscourts.gov on or before noon on the business day prior to the hearing.

The first hearing shall take place at 3:00 p.m. on August 1, 2022, and hearings shall continue every Friday at 3 p.m. until close of discovery or unless otherwise agreed. Counsel shall appear in person, though they may request an appearance by Zoom should an in-person appearance cause undue burden.

The Court reminds the Parties of the Introduction to the Local Rules of this Court, which states that "it is a fundamental tenet of this Court that attorneys in this District be governed at all times by a spirit of cooperation, professionalism, and civility. . . . [I]t remains the Court's expectation that counsel will seek to accommodate their fellow practitioners . . . whenever reasonably possible and that counsel will work to eliminate disputes by reasonable agreement to the fullest extent permitted by the bounds of zealous representation and ethical practice."  This Court, having reminded the Parties of their obligations, notes that failure to live up to these expectations may result in sanctions to either—or both—Parties.

**DONE and SUBMITTED** at Fort Lauderdale, Florida, this 24th day of July 2022.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Anuraag H. Singhal
All counsel of record