**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:20-CV-61872-AHS**

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**CNN'S UNOPPOSED MOTION TO APPEAR BY ZOOM VIDEO CONFERENCE OR TELEPHONICALLY FOR AUGUST 1, 2022 HEARING**

    Defendant, Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby requests that the Magistrate allow CNN's legal counsel to appear for the scheduled hearing at 3:00 p.m. on August 1, 2022 by Zoom video conference or telephonically, and states as follows:

    1.    On July 24, 2022, the Court ordered that the Parties were to file no further discovery motions [D.E. 177]. Rather, the Court ordered the Parties to appear for a weekly hearing to manage discovery issues with the first hearing to take place at 3:00 p.m. on August 1, 2022. *Id.*

    2.    CNN's lead counsel in this matter is Kate Bolger, Esq. of Davis Wright Tremaine LLP. Ms. Bolger resides and practices in New York, New York and has been admitted pro hac vice by the Court [D.E. 11]. Senator George L. LeMieux, Esq. and Eric C. Edison, Esq. of Gunster, Yoakley & Stewart, P.A. are local counsel for CNN in this matter.

    3.    On August 1, 2022, Ms. Bolger and Mr. Edison will be outside of the United States of America due to pre-planned vacations and will not be able to appear on behalf of CNN in person for the Court's scheduled hearing. In addition, Senator LeMieux is currently scheduled to return

1

to the Southern District of Florida on August 1, 2022 and may not be available to attend the scheduled hearing before the Court, in person, as well.

4. Conducting the August 1, 2022 hearing by Zoom video conference or telephonically provides the Parties and the Court the best and most efficient opportunity to address pending discovery issues since travel will not have to be a factor in scheduling. During a hearing on pending discovery motions on July 22, 2022, the Court advised that it would entertain a motion by CNN to attend the August 1, 2022 remotely.

5. Pursuant to S.D. Fla. L.R. 7.1(a)(3), the undersigned hereby certifies that counsel for CNN has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in this motion. Specifically, on July 27, 2022, counsel for CNN and counsel for Plaintiff discussed this issue on a telephone call, and Plaintiff's counsel advised that Plaintiff did not oppose this request.

WHEREFORE, CNN respectfully requests that the Court allow its counsel to appear for the August 1, 2022 hearing via zoom or telephonically and grant any additional relief as is just, equitable and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 27$^h$ day of July, 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, *Counsel for Plaintiff*, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ Eric C. Edison, Esq.

>George S. LeMieux, Esq.
>Florida Bar No. 16403
>Email:  glemieux@gunster.com
>Eric C. Edison, Esq.
>Florida Bar No. 010379
>Email:  eedison@gunster.com
>
>**DAVIS WRIGHT TREMAINE LLP**
>Katherine M. Bolger, Esq.
>(*pro hac vice admitted*)
>Email:  katebolger@dwt.com
>1251 Avenue of the Americas
>New York, NY  10020
>Telephone:  212-489-8230
>
>*Counsel for Defendant Cable News Network, Inc.*