# EXHIBIT B

| | |
|---|---|
| **Subject:** | Dershowitz v. CNN - response to your request to adjourn Dershowitz's deposition. |
| **Date:** | Wednesday, August 31, 2022 at 3:30:28 PM Eastern Daylight Time |
| **From:** | Bolger, Kate <KateBolger@dwt.com> |
| **To:** | John B. Williams <jbwilliams@williamslopatto.com>, Mark Schweikert <mark@schweikertlaw.com> |
| **CC:** | Feder, Eric <EricFeder@dwt.com>, Holoszyc-Pimentel, Raphael <rhp@dwt.com>, Oran, Hilary <HilaryOran@dwt.com>, Edison, Eric <EEdison@gunster.com>, LeMieux, George <GLeMieux@gunster.com> |

**Attachments:** Alan Dershowitz Notice of Deposition (September 13).pdf

Hi John and Mark

I am following up on my call with John earlier this week.

First, CNN does not agree to extend any deadlines in this matter, including the deadline for Mr. Dershowitz's deposition, which the Court has ordered to be taken on or before September 13. We note that when Mark joined the case we offered to extend the deadlines and Plaintiff declined.  CNN was forced to produce 11 witness in a matter of weeks for that reason, including CNN's on-air talent, Anderson Cooper, John Berman and Erin Burnett, its former president, Jeff Zucker, several important producers, including Izzy Povich, Susie Xu, and Chuck Hadad, an editor, Brett Herman, two contributors outside of CNN, Joe Lockhart and Paul Begala, and its former employee, Pat Wiedenkeller.  We also note that this is Mr. Dershowitz's third request to reschedule his deposition in a case he himself chose to file in the Southern District of Florida and that for a number of months he refused to be deposed except in Martha's Vineyard, necessitating court intervention. And finally we note that just a few weeks ago, Mr. Dershowitz agreed to attend his deposition on September 12 and 13 and we jointly petitioned the Court to move the deposition to one of those dates.  We understand you are travelling and, as a courtesy, agree to move the deposition to September 8  or  9.  We can also do September 12.  But we will not agree to move it to after September 13.  Finally, I note that I will be out of the country from September 17-23, so a September 19 date does not work for CNN.

Second,  CNN opposes any effort to re-open the deposition of Anne  Milgram.  Discovery is closed.  It should not be reopened.

Finally, CNN will oppose any post-discovery amendment to the Rule 26 Disclosures for the same reason.

Please let me know by Friday whether you plan to go forward on September 8, 9, 12 or 13.  In the meantime, here is a notice of deposition setting Mr. Dershowitz's deposition for September 13.
Regards,
Kate Bolger

**Katherine M. Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 489-8340
Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.