UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

**JOINT MOTION TO ADJUST BRIEFING SCHEDULE FOR
PRE-TRIAL MOTIONS AND *DAUBERT* MOTIONS**

Plaintiff, ALAN DERSHOWITZ ("Dershowitz") and Defendant, CABLE NEWS NETWORK, INC. ("CNN"), by and through their undersigned counsel, hereby respectfully request that the Court enter an Order modifying the briefing schedule for pretrial motions as provided for in the order entered on August 3, 2022 (ECF No. 185) ("Scheduling Order"), and the Local Rules for the Southern District of Florida, to very briefly adjourn the due date for all pre-trial motions and *Daubert* motions to October 11, 2022; set the due date for any responses to those motions as November 11, 2022; and set the due date for any replies in further support of those motions as December 2, 2022, and in support thereof, state as follows:

    1.    Pursuant to the Scheduling Order, pre-trial motions and *Daubert* motions are due on October 4, 2022. Under Rule 7.1(c)(1), S.D. Fla. L. R., opposing memoranda of law are due no later than 14 days after service of the motion(s), and reply memoranda in further support are due 7 days after service of the opposing memoranda.

    2.    On September 20, 2022, during a phone conversation between counsel for the parties regarding the parties' respective positions on the Motion for Leave to File Excess Pages

for Summary Judgment Motions (ECF No. 197), Plaintiff's counsel raised the issue of adjusting the briefing schedule for the parties' Summary Judgment and *Daubert* motions, and stated that he also anticipated that Plaintiff would seek leave to extend the deadline for filing Plaintiff's opposition to CNN's anticipated motion for summary judgment from the 14 days provided for under the Local Rules for the Southern District of Florida.

3. Thereafter, the parties met and conferred and agreed that, in the interest of judicial economy and professional courtesy as well as to reduce further extensions and motion practice, a slight modification of the briefing schedule for the *Daubert* and Summary Judgment motions would be appropriate, in light of their scope and the need to fully address the issues raised therein. *See Compere v. Nusret Miami, LLC*, 2020 WL 2844888, *1 (S.D. Fla. May 7, 2020) (unopposed motion to extend the dispositive motion deadline by thirty days was granted by the Court).

4. Specifically, the parties agreed to the following schedule:

Pre-trial motions and *Daubert* motions due:  October 11, 2022

Memoranda in opposition to such motions due:  November 11, 2022

Reply memoranda in further support of such motions due:  December 2, 2022.

5. Accordingly, the parties respectfully request that the briefing schedule for pre-trial motions and *Daubert* motions be slightly modified, as set forth above.

WHEREFORE, ALAN DERSHOWITZ & CABLE NEWS NETWORK request that the Court enter an order modifying the briefing schedule for pre-trial motions and *Daubert* motions as set forth herein, and grant any additional relief as is just, equitable and proper.

Dated: September 27, 2022

| | |
|---|---|
| **GUNSTER, YOAKLEY & STEWART, P.A.**<br>450 East Las Olas Boulevard, Suite 1400<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 462-2000<br><br>By:   /s/ Eric C. Edison, Esq.<br>      George S. LeMieux, Esq.<br>      Florida Bar No. 16403<br>      Email: glemieux@gunster.com<br>      Eric C. Edison, Esq.<br>      Florida Bar No. 010379<br>      Email: eedison@gunster.com<br><br>**DAVIS WRIGHT TREMAINE LLP**<br>      Katherine M. Bolger, Esq.<br>      (*pro hac vice admitted*)<br>      Email: katebolger@dwt.com<br>      1251 Avenue of the Americas<br>      New York, NY 10020<br>      Telephone: 212-489-8230<br><br>*Counsel for Defendant Cable News Network, Inc.* | **SCHWEIKERT LAW**<br>1111 Brickell Avenue, Suite 1550<br>Miami, Florida 33131<br>Telephone: 305-999-1906<br><br>By:      /s/ Mark A. Schweikert, Esq.<br>      Mark A. Schweikert, Esq.<br>      Florida Bar No. 70555<br>      Email: mark@schweikertlaw.com<br><br>**WILLIAMS LOPATTO PLLC**<br>John B. Williams, Esq.<br>(*pro hac vice admitted*)<br>629 K Street, NW, Suite 300<br>Washington, D.C. 20006<br>Telephone: (202) 296-1665<br>Email: jbilliams@williamslopatto.com<br><br>*Counsel for Alan Dershowitz* |