UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

### ORDER ON JOINT MOTION TO ADJUST BRIEFING SCHEDULE FOR PRE-TRIAL MOTIONS AND *DAUBERT* MOTIONS

**THIS CAUSE** has come before the Court on the parties' Joint Motion to Adjust Briefing Schedule for Pre-Trial Motions and *Daubert* Motions ("Joint Motion") (DE [202]). The Court, having considered the Joint Motion, the agreement of the parties and being otherwise duly advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Joint Motion (DE [202]) is **GRANTED**. The Parties are permitted to file pre-trial motions and *Daubert* motions on or before **October 11, 2022**; memoranda in opposition to such motions shall be filed on or before **November 11, 2022**; and reply memoranda in further support of such motions shall be filed on or before **December 2, 2022**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of September 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies Furnished Counsel via CM/ECF