**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:20-CV-61872-AHS**

ALAN DERSHOWITZ,

     Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

     Defendant.

_____/

**JOINT MOTION TO FILE MOTIONS AND EXHIBITS**
**IN SUPPORT OF OR IN RESPONSE TO MOTIONS FOR**
**SUMMARY JUDGMENT / DAUBERT MOTIONS UNDER SEAL**

Plaintiff, ALAN DERSHOWITZ ("Dershowitz") and Defendant, CABLE NEWS NETWORK, INC. ("CNN"), by and through their undersigned counsel, pursuant to Local Rule 5.4(b) and Section 9B of the Court's CM/ECF Administrative Procedures, and the Court's Confidentiality and Protective Order (ECF No. 153) hereby respectfully request that the Court enter an Order allowing the parties to file their Motions for Summary Judgment and Daubert Motions as well as the related Statements of Fact (and supporting evidence), Responses and Replies under seal, and in support thereof, state as follows:

1.     Pursuant to the Scheduling Order, pre-trial motions and *Daubert* motions are due on October 11, 2022 (ECF No. 202).  This Court has further ordered that "each exhibit referenced in [a] motion for summary judgment and/or in the statement of facts must be filed on the docket…If a deposition transcript is referenced, a complete copy must be filed which includes all exhibits." (ECF No. 34).

2.     The Court's Confidentiality and Protective Order provides in part that all "motion papers, . . . exhibits, transcripts, and other papers that consist of or contain Confidential, Highly

Confidential or Highly Confidential–Restricted Information shall, if filed with the Court, be filed under seal in . . . ." (ECF No. 153 at ¶15).

3.      The parties' Motions for Summary Judgment and Daubert Motions as well as the related Statements of Fact (and supporting evidence), Responses and Replies contain information designated as confidential or highly confidential under the Court's Order.

4.      The parties anticipate removing the Confidentiality designation on the vast majority of the information on which they seek to rely in the relevant papers, but some of the transcripts and testimony contain Confidential or Highly Confidential materials that would need to be redacted at filing. Given the volume of information to be filed, this is a time-consuming task.

5.      So that the parties may timely comply with the Court's deadlines (which it graciously extended), the parties request that they be permitted to file their Motions for Summary Judgment and Daubert Motions as well as the related Statements of Fact (and supporting evidence), Responses and Replies under seal.  In compliance with the Court's Order, the parties will publicly file redacted versions of such materials in compliance with the Court's Order (ECF No. 34) within 60 days of filing.

6.      The Parties are mindful of the general policy favoring open and public viewing of court records as provided in Local Rule 5.4. See also *Romero v. Drummond Company, Inc*., 480 F.3d 1234, 1246 (11th Cir. 2007). Notwithstanding, the public's right of access to judicial records may be overcome, however, by a showing of good cause by the party seeking protection. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc*., 263 F. 3d 1304, 1313 (11th Cir. 2001). Good cause "generally signifies a sound basis or legitimate need to take judicial action, (See *In re Alexander Grant & Co., Litig*., 820 F. 2d 352, 355 (11th Cir. 1987), and if good cause is shown, the Court must then balance the interest in obtaining access to the information against the interest in keeping

the information confidential. *Chicago Tribune Co*., 263 F. 3d at 1313. In balancing these interests: courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree and likelihood of injury if made public, and reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Id*. at 1246. Good cause is established, as here, by the moving parties when disclosure may cause a clearly defined and serious injury. *NXP B.V. v. Research in Motion, Ltd*., 2013 WL 4402833, *2 (M.D. Fla. August 15, 2013) (joint motion by the parties to seal documents granted because allowing public access could violate a party's and non-party's legitimate and private interests).

7.      The Parties submit that good cause exists to file under seal their Motions for Summary Motions for Summary Judgment and Daubert Motions as well as the related Statements of Fact (and supporting evidence), Responses and Replies under seal due to such motions and filings containing confidential and highly confidential material.

WHEREFORE, ALAN DERSHOWITZ & CABLE NEWS NETWORK request that the Court enter an order permitting the parties to file their Motions for Summary Judgment and Daubert Motions as well as the related Statements of Fact (and supporting evidence), Responses and Replies under seal as well as publicly file redacted versions of such materials in compliance with the Court's Order (ECF No. 34) within 60 days of such filings, and grant any additional relief as is just, equitable and proper.

Dated:  October 6, 2022

<table>
<tr><td>

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By:     /s/ Eric C. Edison, Esq.
        George S. LeMieux, Esq.
        Florida Bar No. 16403
        Email: glemieux@gunster.com
        Eric C. Edison, Esq.
        Florida Bar No. 010379
        Email: eedison@gunster.com

        **DAVIS WRIGHT TREMAINE LLP**
        Katherine M. Bolger, Esq.
        (*pro hac vice admitted*)
        Email: katebolger@dwt.com
        1251 Avenue of the Americas
        New York, NY 10020
        Telephone: 212-489-8230

*Counsel for Defendant Cable News Network, Inc.*

</td><td>

**SCHWEIKERT LAW**
1111 Brickell Avenue, Suite 1550
Miami, Florida  33131
Telephone:  305-999-1906

By:_____/s/ Mark A. Schweikert, Esq.
        Mark A. Schweikert, Esq.
        Florida Bar No. 70555
        Email:  mark@schweikertlaw.com

**WILLIAMS LOPATTO PLLC**
John B. Williams, Esq.
(*pro hac vice admitted*)
629 K Street, NW, Suite 300
Washington, D.C. 20006
Telephone:  (202) 296-1665
Email: jbilliams@williamslopatto.com

*Counsel for Alan Dershowitz*

</td></tr>
</table>