UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

### ORDER ON JOINT MOTION TO SEAL

**THIS CAUSE** has come before the Court on the parties' Joint Motion to File Motions and Exhibits in Support of or in Response to Motions for Summary Judgment / Daubert Motions Under Seal ("Joint Motion") (DE [207]). The Court, having considered the Joint Motion, the agreement of the parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion (DE [207]) is **GRANTED IN PART**. The Parties are permitted to file their Motions for Summary Judgment and Daubert Motions as well as the related Statements of Fact (and supporting evidence), Responses and Replies under seal. The parties shall publicly file redacted versions of the Motions, Statements of Fact, Responses and Replies within 14 days of the sealed filings. Redacted copies of the supporting evidence shall be filed within 60 days of the sealed filings.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of October 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF