United States District Court
Southern District of Florida

Case Number: 20-CV-6187a-AHS

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

_✓_ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 10/13/2022

Revised: 2/20/2019



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS



ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## DEFENDANT CABLE NEWS NETWORK, INC.'S
## NOTICE OF CONVENTIONAL FILING

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), pursuant to this Court's Order dated October 11, 2022 [D.E. 210] hereby provides notice that the foregoing is being filed conventionally with a copy to Chambers because it cannot be converted to an electronic format:

    1.    A Scan Disk Thumb Drive containing the Exhibits to CNN's Motion for Summary Judgment, including:

        a.    2:00 p.m. Impeachment Trial Video

        b.    6:00 a.m. New Day Video

        c.    7:00 a.m. New Day Video

        d.    6:30 p.m. Anderson Cooper Full Circle Video

        e.    3:00 p.m. Special Coverage Video

        f.    CNN.com Clip

        g.    7:00 p.m. Erin Burnett OutFront Video

        h.    6:46 p.m. Wolf Blitzer / Dershowitz Interview

        i.    12:00 a.m. Cuomo Prime Time Video Pt. 1

j.        1:00 a.m. Cuomo Prime Time Video Pt. 2

k.        Giddens Report – Appendix B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 11th day of October 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131, and John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006, Counsel for Plaintiff.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ George S. LeMieux, Esq.
       George S. LeMieux, Esq.
       Florida Bar No. 16403
       Email: glemieux@gunster.com
       Eric C. Edison, Esq.
       Florida Bar No. 010379
       Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*admitted pro hac vice*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*

10/11/22, 4:11 PM       FedEx Ship Manager - Print Your Label(s)



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO CONVENTIONALLY FILE EXHIBITS IN SUPPORT OF <u>SUMMARY JUDGMENT MOTION</u>

**THIS CAUSE** has come before the Court on Defendant, CABLE NEWS NETWORK ("CNN") Unopposed Motion for Leave to Conventionally File Exhibits in Support of Summary Judgment Motion ("Motion") (DE [208]). The Court, having considered the Motion, the agreement of the parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [208]) is **GRANTED**. CNN is permitted to conventionally file with the Clerk of Court a flash drive containing audio and/or video recordings in support of CNN's Motion for Summary Judgment.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, on this 11th day of October 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF