# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-SINGHAL/HUNT

ALAN DERSHOWITZ

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

_____/

**PLAINTIFF'S SUPPLEMENTAL ANSWER TO**
**DEFENDANT'S INTERROGATORY NO. 7**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Alan Dershowitz hereby supplements his answer to the following interrogatory:

**INTERROGATORY NO. 7:** Identify any non-party Person or entity that has provided or is providing financial support for this Action (including but not limited to payment of attorneys' fees and costs) and/or that has a financial interest in the outcome of this Action.

**ANSWER:** The Alan Dershowitz Legal Defense Trust has provided financial support for this action.

Respectfully submitted,

By: */s/ Mark A. Schweikert*
Mark A. Schweikert (FBN 70555)
mark@schweikertlaw.com
**SCHWEIKERT LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office (305) 999-1906  Cell (305) 926-9452

and

John B. Williams (*pro hac vice*)
jbwilliams@williamslopatto.com
**WILLIAMS LOPATTO PLLC**
1629 K Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 277-8435

*Counsel for Plaintiff Alan Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 19, 2022, I served the foregoing upon counsel of record for Defendant by email.

*/s/ Mark A. Schweikert*