# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0-20-CV-61872-AHS

ALAN DERSHOWITZ,

       Plaintiff,

v.

CABLE NEWS NETWORK, INC.

       Defendant.

## PLAINTIFF'S POST MEET & CONFER RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff, Alan Dershowitz, by and through his undersigned counsel, responds and objects to Defendant's First Request for Production as follows:

1. For each element of damage that You claim in this Action, including but not limited to the injuries claimed at paragraphs 4, 13, 15, and 19 of the Complaint, describe with particularity all evidence you have to demonstrate or prove those damages, identify all documents describing or otherwise relating to those damages, and provide the names, addresses, and telephone numbers of any persons with knowledge of those damages. **ANSWER: People within my social community regarded me as having lost my mind and as a traitor to my beliefs because they believed that I sold out my professionalism and intellect by claiming that a president can commit crimes and still escape impeachment. This extended to countless people that I met while out and about. mediaite.com, realclearpolitics.com, washingtonexaminer.com, quora.com, Breitbart and the Washington Post, and many others that carried the**

**defamation. All the viewers of those shows and the CNN broadcasts. The documentation of this is in the viewer comments of those online videos of each broadcast and the live audiences that attended.**

[Joe Lockhart Slams Argument That Trump Can't Be Impeached (mediaite.com)](#)

[CNN's Joe Lockhart calls Dershowitz's Trump defense 'un-American': 'This is what you hear from Stalin, Mussolini, Hitler' | Fox News](#)

[CNN's Lockhart: Dershowitz's Argument What You Hear from Stalin, Mussolini, Hitler (breitbart.com)](#)

[CNN's Lockhart Likens Dershowitz To Hitler: "Public Interest" Argument Similar To Rationalizing Genocide | Video | RealClearPolitics](#)

2.   For each element of damage that You claim in this Action, including but not limited to the injuries claimed at paragraphs 4, 13, 15, and 19 of the Complaint, identify separately and with specificity the complete nature of such injury, the amount of damage, and the method used to compute that amount. **ANSWER: The method of damage is the damage the law allows for to compensate me for the damaged CNN has done. The jury will assess the amount of economic and noneconomic damages and assess the amount of punitive damages in relation to CNN's financials.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **(The underlined part of this response is designated as confidential per protective order).**

3.   State each action that you have taken in order to mitigate any damage you allege in this Action and, for each such action, the amount of money expended. **ANSWER: I have written articles and appeared on broadcasts to explain to audiences that CNN lied. I have spent**

**money on this lawsuit to prove that CNN defamed me and knowingly lied. I have lost time that could have otherwise been spent being productive in order to set the record straight.**

4. Identify all medical and/or mental health appointments, treatments or consultations you have received during the relevant time period for any injury that you allege you have suffered as the result of conduct by the CNN alleged in this Action, and identify all documents relating thereto. ███████████████████████████████████████████████████████████████████ **This response is designated as confidential per protective order.**

5. List the names and business addresses of all physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated in the past 10 years; and state as to each the dates of examination or treatment and the condition or injury for which you were treated and identify all medications proscribed to you in connection with such examination or treatment, the dosages and the frequency with which you took or take such medication.

███████████████████████████████████████████ **Objection to any medical information regarding physical ailments as this has no probative value and cannot lead to evidence pertaining to any issue in this case. (The underlined part of this response is designated as confidential per protective order).**

6. Identify all Persons or entities that have provided You with public relations or communications services, including but not limited to publicists, bookers, agents, managers, or representatives, from 2014 to the present. **ANSWER: Judah S. Engelmayer, President,**

3

**HeraldPR, www.heraldpr.com,** ▓▓▓▓▓▓▓▓. **Don Walker, Harry Walker Agency, 355 Lexington, New York, NY 10017.** ▓▓▓▓▓▓▓▓; **Karen Gantz, Book Agent. https://karengantzliterarymanagement.com/about-1** ▓▓▓▓▓▓▓▓

7. Identify any non-party Person or entity that has provided or is providing financial support for this Action (including but not limited to payment of attorneys' fees and costs) and/or that has a financial interest in the outcome of this Action. **ANSWER: None.**

8. Identify each and every instance of the alleged "ripple effect" of the Challenged Statements "throughout the entire media industry" as alleged in Paragraph 12 of the Complaint. **ANSWER: The answer to this is set forth in answer #1.**

9. Identify every non-privileged communication relating to any of the Challenged Statements between you and any other person. **ANSWER: There are emails and television appearances as well as lectures to groups. I addressed a large group at The Four Seasons in Beverly Hills on February 18, 2020 sponsored by the David Horowitz Freedom Center regarding this as an addition to the main purpose of the engagement. This query was answered/shall be answered through production.**

10. Identify every person who you know – directly or indirectly – to have viewed or read any of the Challenged Statements. **ANSWER: Every viewer of the CNN broadcasts and every reader of the Begala article. The number of viewers is published by companies that track viewership. Though production, related to #9, the identity of specific people will be revealed.**

11. Identify all lawsuits, investigations or other proceedings, whether criminal, civil, administrative, or otherwise, that you have participated as a party, non-party, intervenor, witness or any other role in the last ten years, and include the case number and court in which the case

was brought or name of entity conducting the investigation.  **Answer: Per our meet and confer, we agreed to a list of proceedings in which Mr. Dershowitz was a party.**

**Giuffre v Dershowitz/Dershowitz v. Giuffre, United States District Court SDNY, 1:19-cv-3377 (LAP)**

**Dershowitz v. Netflix, United States District Court SDFL, 1:21-cv-21961**

**Edwards and Cassell v. Dershowitz, Broward County Circuit Court, Florida, Case# CACE 15-00072**

**David H. Brooks v. Alan Dershowitz**
**Miami-Dade County, Florida (State Case)**
**Case #: 2015-002890-CA-01**
**Dershowitz v. Non Stop Radio LTD, et. al., Bat Yam, Israel Civil Court 42329-09-20**
**Boies v. Dershowitz/Dershowitz v. Boies, Supreme Court of New York Index# 160874/2019.**

12. Identify, specifying the relevant proceeding, every amount of damages you have claimed as a plaintiff in a legal proceeding. **Answer: Objection, overbroad and not likely to lead to any admissible evidence.**

13. Identify, specifying the relevant proceeding and the nature of its resolution, every amount of damages you have been awarded in judgment, and/or the amount of every monetary settlement you have received, in any legal proceeding. **Answer: Objection, overbroad and not likely to lead to any admissible evidence.**

5

14. Identify all "friends" you have "lost" or who have otherwise "shunned" you as a result of your defense of former President Trump (as you stated in the article "Larry David 'screamed' at Alan Dershowitz at grocery store over Trump ties," published by *The New York Post* on August 18, 2021). **ANSWER: Some include,**

**Jay Theise:** ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

Sir Evelyn de Rothchild & Lynn de Rothchild
▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮

**Gary Foster:** ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

**Larry David:**
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

**Nina Fialko:** ▮▮▮▮▮▮▮▮▮
**Debby Porter:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Walter Teller:** ▮▮▮▮▮▮▮
**Seth Myers:** ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Nick Negroponte:** ▮▮▮▮▮▮▮▮

15. List each book, article, or other publication authored by You for which you have eared income from 2014 to the present, specifying the total amount of income you earned from each such book, article, or other publication. Answer: **OBJECTION, overly broad and overly**

**burdensome. Plaintiff has had hundreds of appearances and the time frame sought is not reasonable. Additionally, since the first response to these interrogatories, plaintiff has voluntarily withdrawn any claim for lost income or work opportunities, making this interrogatory have no probative value to any issue in the cause of action.**

16. List each appearance You have been invited to make, including but not limited to appearances in person, on Zoom or other video communication platforms, on television shows, radio shows, or podcasts from 2014 to the present, specifying the total amount you were paid for each appearance. **OBJECTION, overly broad and overly burdensome. Plaintiff has had hundreds of appearances and the time frame sought is not reasonable. Additionally, since the first response to these interrogatories, plaintiff has voluntarily withdrawn any claim for lost income or work opportunities, making this interrogatory have no probative value to any issue in the cause of action.**

17. List each award or honorary degree you have been awarded or offered from 2014 to the present. **ANSWER: Gratz College, Philadelphia 2014. Technion University, Haifa, Israel, 2014.**

18. To the extent not identified in response to the preceding interrogatories, please list the names and addresses of all persons who are believed or known by you to have any knowledge concerning any issues in this Action; and specify the subject matter about which the witness has knowledge. **ANSWER: In addition to the responses already provided through these interrogatories and production, my wife, my children, all the people who worked on the John Berman and Erin Burnett Show, anyone listed in the initial disclosures, Anderson Cooper,**

7

**Wolf Blitzer and Jake Tapper, all people that worked on the Paul Begala publication, Jeff Zucker, and many other still investigating.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the email this 9th day of December, 2021 to George LeMieux, Esq., glemieux@gunster.com and Eric Edison,   eedison@gunster.com, Gunster, Yoakley & Stewart, P.A. and Katherine M. Bolger, Esq., katebolger@dwt.com Davis Wright Tremaine LLP.

                                                  RODIER & RODIER, P.A.
Attorneys at Law
400 North Federal Highway
Hallandale, FL 33009
Tel: (954) 455-9300
Fax: (954) 457-0499

By: _____/s/ *Brian M. Rodier*_____

BRIAN M. RODIER, ESQ.
Fla Bar #: 42250