**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:20-CV-61872-AHS**

ALAN DERSHOWITZ,

     Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

     Defendant.

_____/

**DEFENDANT CABLE NEWS NETWORK, INC.'S NOTICE OF**
**FILING REDACTED MOTION FOR SUMMARY JUDGMENT**

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), pursuant to this Court's Order dated October 10, 2022 [D.E. 209] hereby provides notice of filing its *Redacted* Motion for Summary Judgment filed under seal on October 11, 2022.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 25th day of October 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131, and John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006, Counsel for Plaintiff.

          **GUNSTER, YOAKLEY & STEWART, P.A.**
          450 East Las Olas Boulevard, Suite 1400
          Fort Lauderdale, Florida 33301
          Telephone: (954) 462-2000

          By: /s/ George S. LeMieux, Esq.
             George S. LeMieux, Esq.
             Florida Bar No. 16403
             Email: glemieux@gunster.com

Eric C. Edison, Esq.
Florida Bar No. 010379
Email:  eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*admitted pro hac vice*)
Email:  katebolger@dwt.com
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*