UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 0:20-CV-61872-AHS**

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

**DEFENDANT CABLE NEWS NETWORK, INC.'S NOTICE OF
FILING UNREDACTED MOTION TO PRECLUDE EXPERT TESTIMONY OF ALAN
DERSHOWITZ AND INCORPORATED MEMORANDUM OF LAW**

    Defendant, CABLE NEWS NETWORK, INC. ("CNN"), pursuant to this Court's Order dated October 10, 2022 [D.E. 209] hereby provides notice of filing its *Unredacted* Motion to Preclude Expert Testimony of Alan Dershowitz and Incorporated Memorandum of Law filed under seal on October 11, 2022.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 25th day of October 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131, and John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006, Counsel for Plaintiff.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ George S. LeMieux, Esq.
    George S. LeMieux, Esq.
    Florida Bar No. 16403
    Email: glemieux@gunster.com
    Eric C. Edison, Esq.
    Florida Bar No. 010379
    Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*admitted pro hac vice*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*