UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0-20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

### CNN'S NOTICE OF STRIKING [DE 233]

Defendant, Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby gives notice of striking [DE 233] CNN's Notice of Filing Redacted Motion for Summary Judgment due to Login/Signature Block mismatch. A corrected filing has been submitted as D.E. 234.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 25th day of October 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131, and John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006, *Counsel for Plaintiff*.

    GUNSTER, YOAKLEY & STEWART, P.A.

    By: */s/ Eric C. Edison*
        450 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, FL 33301
        Telephone: (954) 462-2000
        George S. LeMieux

>Florida Bar No. 16403
>Email: glemieux@gunster.com
>Eric C. Edison
>Florida Bar No. 010379
>Email: eedison@gunster.com
>
>DAVIS WRIGHT TREMAINE LLP
>Katherine M. Bolger
>*(pro hac vice admitted)*
>Amanda B. Levine
>*(pro hac vice admitted)*
>Abigail B. Everdell
>*(pro hac vice admitted)*
>1251 Avenue of the Americas, 21st Floor
>New York, NY 10020-1104
>(212) 489-8230 Phone
>(212) 489-8340 Fax
>katebolger@dwt.com
>amandalevine@dwt.com
>abigaileverdell@dwt.com
>
>*Attorneys for Defendant Cable News Network, Inc.*