UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte.* To assist the parties in preparing for trial and to ensure an efficient trial schedule, it is **ORDERED AND ADJUDGED** as follows:

    1.    A hearing on Defendant's Motion for Summary Judgment (DE [213]) will be held on **Friday, December 16, 2022, at 1:30 p.m.** A total of 2 hours is reserved.

    2.    By **January 6, 2023,** the parties shall file all depositions to be used at trial and advise of the deposition portions to be used at trial by designating the page and line of each deposition. If both parties plan to use the deposition of a particular witness, the parties shall confer and file only one copy of the transcript. Any objections or counter-designations shall be filed by **January 13, 2023.**

    3.    By **January 13, 2023,** the parties shall file a <u>joint</u> concise, neutral statement of the case that can be read to the venire panel prior to voir dire to apprise the panel of the subject matter of the case. The joint concise statement shall address the positions of each party to this litigation in a succinct and neutral manner. "Concise" presumes a length of not more than 500 words.

4. By **January 13, 2023,** the parties shall file a <u>joint</u> list of all witnesses who will be called at trial, including impeachment witnesses. This list shall include the estimated time for direct and cross-examination of each of the witnesses.

5. All exhibits shall be pre-marked. Plaintiff's exhibits will be marked 1-99 and Defendant's exhibits marked 1001-1099. By **January 13, 2023,** the parties shall file a typewritten joint exhibit list setting forth the exhibit number and description of each exhibit. Prior to filing the exhibit list, the parties shall meet and confer to resolve as many issues as possible regarding the other's exhibits. Any remaining objections shall be reflected on the exhibit list identifying the legal basis for the objection. The parties are instructed to have each exhibit objected to with them at calendar call for review and ruling.

6. By **January 13, 2023,** the parties shall discuss all items not in dispute and file a list of stipulated facts.

7. If the parties desire to use demonstrative exhibits during trial (including photos, diagrams, charts, etc.), each such item must be disclosed to the opposing party. No demonstrative exhibit may be displayed absent prior written agreement between parties or, absent such agreement, prior approval by the Court.

8. The courtroom is equipped with computer cables, screens, and an Elmo. Parties desiring to utilize laptop computers or other electronic equipment in the courtroom shall file a motion and submit a proposed order granting such use. The motion and proposed order shall be filed by **January 20, 2023,** and should describe with specificity (1) the equipment, (2) the make and model of the equipment, and (3) the identity of the person who will bring the proposed equipment. Counsel shall contact the courtroom deputy **at least one week prior to calendar call** to discuss any special equipment that may require special arrangements.

9. All exhibits marked into evidence can be broadcast to the jury, the witness, and the Court electronically. Counsel shall bring to trial at least four (4) marked hard copies of each exhibit for use by opposing counsel and the Court. Any video clips to be introduced into evidence shall be marked and submitted on a flash drive. Each exhibit offered or introduced in evidence at trial will be retained by the Court, who shall keep the exhibit in the Clerk of the Court's custody, until the exhibit is electronically filed in CM/ECF. At the close of the evidence, the parties shall submit to the courtroom deputy an index reflecting the admitted evidence.

10. The parties shall advise the Court at calendar call how long they each will need for their opening and closing statements.

11. The parties must notify the Court no later than **2:00 p.m.** the day before trial is scheduled to start if the parties settle the matter.

12. **On the morning of the first day of trial**, the parties shall provide to the Official Court reporter copies of the final witness and exhibit lists and a list of all names and other proper nouns material to the disposition of the case that are likely to be raised at trial.

13. **No later than ten (10) days following the conclusion of trial** the parties shall electronically file all exhibits admitted into evidence in their original or, if altered during trial, in their altered state, in accordance with the procedures set forth in Local Rule 5.3(b)(2).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of October 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF