UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-AHS

ALAN DERSHOWITZ

       Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

       Defendant.

_____/

**PLAINTIFF'S RESPONSE TO CNN'S MOTION TO PRECLUDE**
**EXPERT TESTIMONY OF ALAN DERSHOWITZ**

    While Plaintiff and his counsel disagree with a number of CNN's statements about the relative experience and expertise of Frank Bowman and Mr. Dershowitz, Plaintiff agrees to withdraw its designation of Mr. Dershowitz as an expert witness and does not otherwise contest CNN's motion.

Dated: November 9, 2022                  Respectfully submitted,

                                             */s/ Mark A. Schweikert*
                                             Mark A. Schweiker (FNN 70555)
                                             SCHWEIKERT LAW PLLC
                                             1111 Brickell Avenue, Suite 1550
                                             Miami, FL 33131
                                             Tel. (305) 999-1906
                                             mark@schweikertlaw.com

                                             */s/ John B. Williams*
                                             John B. Williams (*pro hac vice*)
                                             WILLIAMS LOPATTO PLLC
                                             1629 K Street, N.W., Suite 300
                                             Washington D.C. 20006
                                             Tel: (202) 296-1665

jbwilliams@williamslopatto.com
fnkitton@williamslopatto.com

*Counsel for Plaintiff Alan Dershowitz*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 9, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Mark A. Schweikert*