# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:20-CV-61872-AHS

### Judge Raag Singhal

ALAN DERSHOWITZ,

          Plaintiff,

vs.

CABLE NEWS NETWORK,

          Defendant

_____/

### <u>DECLARATION OF JOHN B. WILLIAMS, ESQ.</u>

Pursuant to 28 U.S.C. §1746, I, JOHN B. WILLIAMS, ESQ. hereby declare as follows:

1.      My name is John B. Williams.  I have been asked by Alan Dershowitz to represent him in this case as his lead trial lawyer.  I make this affidavit in support of the accompanying motion to extend the trial date in this matter and in compliance with Local Rules 7.6 (Continuances) and Local Rule 7.1(c) (Applications Previously Refused).

2.      I am a member of the Bar of the District of Columbia and have been admitted *pro hac vice* in this case.  I was retained by Mr. Dershowitz due to my experience in trying defamation cases.  I have personal knowledge of the facts sworn to herein.

3.      When I was initially contacted by Mr. Dershowitz, the trial was scheduled for December 2022, which made it possible for me to participate in the case.  I agreed to the representation and began to prepare.  Due to scheduling disputes, the parties asked the court to extend the trial date until January 16, 2022.  That date would have been inconvenient because I am scheduled to appear in another defamation case scheduled for January 30, 2022 in the District

of Columbia, but it would still have allowed me to participate in the case.  The Court, however, set the trial date for January 30, 2022.

     4.    After entering my appearance and being permitted to appear *pro hac* we filed a motion to extend the trial date due to my inability to appear if the trial remained scheduled for January 30, 2022.  That motion also requested a rescheduling of the deposition of Mr. Dershowitz, to which the defendant strongly objected.  The Court denied the motion in full, although its decision did not appear to address my trial scheduling dilemma.

     5.    I have since attempted to address this scheduling conflict with CNN's counsel, and CNN is agreeable to an extension of the trial date to permit me to appear as counsel for Mr. Dershowitz.

     6.    I submit that there is good cause to extend the trial date.  As set forth in the accompanying motion, Mr. Dershowitz has a right to select counsel of his choice.  Also, CNN is represented by an experienced defamation lawyer, and if would be unfair to deprive Mr. Dershowitz of similar representation.  Finally, the present January 30 trial date was apparently set without reference to the trial scheduling issues.  I do not believe that these last two factors were considered by the Court in establishing the present trial date of January 30, 2022.

     7.    I submit that we have established good cause under Rule 7.6 and that we have presented different facts that were not shown or considered in the earlier application under Rule 7.1(c).

**THIS CONCLUDES MY STATEMENT.**

DATED: November 9, 2022.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                     */s/ John B. Williams*
                                     JOHN B. WILLIAMS, ESQ.