UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

### DEFENDANT'S *UNOPPOSED* MOTION FOR LEAVE TO EXTEND PAGE LIMITATION FOR MOTIONS *IN LIMINE*

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), by and through its undersigned counsel, hereby seeks leave of Court to exceed the page limitations set forth in Local Rule 7.1(c)(2) and this Court's Trial Order, as amended, for its Motions *in Limine*, and, in support thereof, states as follows:

1. On or before November 11, 2022, CNN intends to file its Motions *in Limine* in this matter. See Order Rescheduling Trial [D.E. 185], as amending Order Setting Trial and Pre-Trial Scheduling [D.E. 34]. Pursuant to this Court's Order:

> Each party is limited to filing one motion in limine. **If all evidentiary issues cannot be addressed in a 20-page memorandum, the parties may seek leave to exceed the page limit.** [D.E. 34], Emphasis Added.

2. Because of the number of issues presented in such motion, CNN expects that its Motions *in Limine* will need to exceed the limitation of 20 pages as set forth in Rule 7.1(c)(2), S.D. Fla. L. R. and Order Setting Trial [D.E. 34], as further modified by this Court's Notice of Court Practice (ECF No. 4), which requires that legal memoranda use double spacing.

3. Specifically, in this action, Plaintiff, ALAN DERSHOWITZ ("Plaintiff" or "Dershowitz") has alleged that CNN defamed him by commenting on and airing excerpts of statements he made on the floor of the Senate in response to a question from Senator Ted Cruz during the impeachment trial of President Donald Trump in January 2020.

4. Because this is a defamation action, CNN intends to address numerous issues in its Motion *in Limine*, including but not limited to (i) how and when the jury will be instructed on the law of defamation; (ii) how and when the jury watches the three television segments and reviews the full opinion article that contain the alleged defamatory statements; (iii) references to other unrelated lawsuits against and/or controversies regarding CNN (iv) the admissibility of third party journalistic standards; (v) the meaning of the alleged defamatory statements; and (vi) evidence of Plaintiff's alleged damages.

5. In addition, because Plaintiff is an admitted public figure, CNN will also likely address in its Motions *in Limine* issues regarding the Plaintiff that are prejudicial to CNN and/or immaterial to this matter.

6. The parties have met and conferred on CNN's proposed Motions *in Limine*, and, while it seems likely they will be able to agree on some of these issues before trial, they were not able to reach agreement on the issues at this time.

7. Accordingly, it is in the interest of judicial economy to allow CNN to exceed the page limitations set forth in Local Rule 7.1 and this Court's Trial Order, and that the Court permit CNN to file its Motions *in Limine* **not to exceed 25 pages in length.**

8. Pursuant to S.D. Fla. L.R. 7.1(a)(3), the undersigned hereby certifies that counsel for CNN has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in

this motion. Plaintiff's counsel advised on November 9, 2022 that he consents to the relief requested herein.

WHEREFORE, CABLE NEWS NETWORK requests that the Court extend the page limitations for its Motion *in Limine*, as requested herein and grant any additional relief as is just, equitable and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 9th day of November 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131, and John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006, *Counsel for Plaintiff*.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ Eric C. Edison, Esq.
    George S. LeMieux, Esq.
    Florida Bar No. 16403
    Email: glemieux@gunster.com
    Eric C. Edison, Esq.
    Florida Bar No. 010379
    Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*pro hac vice admitted*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-489-8230

*Counsel for Defendant Cable News Network, Inc.*