UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER ON CNN'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITATION FOR MOTIONS *IN LIMINE*

THIS CAUSE came before the Court on CNN Unopposed Motion for Leave to Extend Page Limitation for Motions *in Limine* ("Motion"). The Court, having considered the Motion, the agreement of the parties' and being otherwise duly advised in the premises, it is hereupon

ORDERED and ADJUDGED that the Motion is GRANTED. CNN may file its Motions *in Limine*, and it shall not exceed 25 pages in length.

DONE and ORDERED in Chambers at Fort Lauderdale, Florida, on this _____ day of November, 2022.

_____
HONORABLE RAAG SINGHAL
United States District Judge

Copies Furnished to: All Counsel of Record via CM/ECF