UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-AHS

ALAN DERSHOWITZ

       Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

       Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING *CORRECTED* DECLARATION OF JOHN B. WILLIAMS, ESQ. IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO STAY TRIAL DATE AND DEADLINES, PENDING RULING ON DEFENDANT'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

PLEASE TAKE NOTICE that Plaintiff Alan Dershowitz hereby files the attached *corrected* Declaration of John B. Williams, Esq. as a substitute for his earlier declaration filed at ECF No. 242-1 in support of Plaintiff's Unopposed Motion to Stay Trial Date and Deadlines, Pending Ruling on Defendant's Motion for Summary Judgment (ECF No. 242). Specifically, Mr. Williams has corrected paragraph 5 of his Declaration to now read:[1]

> 5.    I have since attempted to address this scheduling conflict with CNN's counsel, and CNN is agreeable to an extension of the trial date to permit me to appear as counsel for Mr. Dershowitz as long as the pre-trial deadlines are stayed pending a ruling on CNN's motion for summary judgment and no other discovery is taken.

Dated: November 9, 2022           Respectfully submitted,

                                          */s/ Mark A. Schweikert*
                                          Mark A. Schweiker (FNN 70555)
                                          SCHWEIKERT LAW PLLC
                                          1111 Brickell Avenue, Suite 1550

---

[1] Mr. Williams has also corrected the date of January 30, 202<u>2</u> by changing it to January 30, 202<u>3</u>.

Miami, FL 33131
Tel. (305) 999-1906
mark@schweikertlaw.com


*/s/ John B. Williams*
John B. Williams (*pro hac vice*)
WILLIAMS LOPATTO PLLC
1629 K Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 296-1665
jbwilliams@williamslopatto.com
fnkitton@williamslopatto.com

*Counsel for Plaintiff Alan Dershowitz*


## CERTIFICATE OF SERVICE

I hereby certify that, on November 9, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Mark A. Schweikert*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-AHS

Judge Raag Singhal

ALAN DERSHOWITZ,

        Plaintiff,

vs.

CABLE NEWS NETWORK,

        Defendant
_____/

**DECLARATION OF JOHN B. WILLIAMS, ESQ.**

Pursuant to 28 U.S.C. §1746, I, JOHN B. WILLIAMS, ESQ. hereby declare as follows:

1. My name is John B. Williams. I have been asked by Alan Dershowitz to represent him in this case as his lead trial lawyer. I make this affidavit in support of the accompanying motion to extend the trial date in this matter and in compliance with Local Rules 7.6 (Continuances) and Local Rule 7.1(c) (Applications Previously Refused).

2. I am a member of the Bar of the District of Columbia and have been admitted *pro hac vice* in this case. I was retained by Mr. Dershowitz due to my experience in trying defamation cases. I have personal knowledge of the facts sworn to herein.

3. When I was initially contacted by Mr. Dershowitz, the trial was scheduled for December 2022, which made it possible for me to participate in the case. I agreed to the representation and began to prepare. Due to scheduling disputes, the parties asked the court to extend the trial date until January 16, 2023. That date would have been inconvenient because I am scheduled to appear in another defamation case scheduled for January 30, 2023 in the District

of Columbia, but it would still have allowed me to participate in the case. The Court, however, set the trial date for January 30, 2023.

4. After entering my appearance and being permitted to appear *pro hac* we filed a motion to extend the trial date due to my inability to appear if the trial remained scheduled for January 30, 2023. That motion also requested a rescheduling of the deposition of Mr. Dershowitz, to which the defendant strongly objected. The Court denied the motion in full, although its decision did not appear to address my trial scheduling dilemma.

5. I have since attempted to address this scheduling conflict with CNN's counsel, and CNN is agreeable to an extension of the trial date to permit me to appear as counsel for Mr. Dershowitz as long as the pre-trial deadlines are stayed pending a ruling on CNN's motion for summary judgment and no other discovery is taken.

6. I submit that there is good cause to extend the trial date. As set forth in the accompanying motion, Mr. Dershowitz has a right to select counsel of his choice. Also, CNN is represented by an experienced defamation lawyer, and if would be unfair to deprive Mr. Dershowitz of similar representation. Finally, the present January 30 trial date was apparently set without reference to the trial scheduling issues. I do not believe that these last two factors were considered by the Court in establishing the present trial date of January 30, 2023.

7. I submit that we have established good cause under Rule 7.6 and that we have presented different facts that were not shown or considered in the earlier application under Rule 7.1(c).

**THIS CONCLUDES MY STATEMENT.**

DATED: November 9, 2022. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ John B. Williams*
JOHN B. WILLIAMS, ESQ.