UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-SINGHAL/HUNT

ALAN DERSHOWITZ

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

_____/

**PLAINTIFF'S *UNOPPOSED* MOTION TO RESCHEDULE HEARING DUE TO COUNSEL'S PRE-PLANNED SURGERY AND OTHER SCHEDULING CONFLICTS**

      This Court recently set a Zoom hearing on Plaintiff's Unopposed Motion to Stay Trial Date and Deadlines, Pending Ruling on Defendant's Motion for Summary Judgment for November 28, 2022, at 4:00 p.m. (ECF No. 247). Unfortunately, Plaintiff's lead counsel, John Williams, has a long-standing appointment for a surgical procedure scheduled for that same day, with a medical directive to rest for at least two days afterwards. Plaintiff's local counsel, Mark Schweikert, also has a conflict with the November 28th hearing, because he has a special set summary judgment hearing scheduled for that same time in another case, *Washington, et al. v. Garza*, No. 2017-015918-CA-01 (Fla. 11th Cir. Ct.). Due to these scheduling conflicts, Plaintiff's counsel has conferred about rescheduling the hearing with Defendant's counsel, who does not oppose this request for relief. **Specifically, Plaintiff, with Defendant's consent, respectfully requests that the Court reschedule the Zoom hearing for any time on November 22nd or December 5th or 6th.**

1

WHEREFORE, Plaintiff respectfully requests that the Court reschedule the subject Zoom hearing for any time on November 22nd or December 5th or 6th, if possible, and for any other relief that justice requires.

Respectfully submitted,

By: */s/ Mark A. Schweikert*
Mark A. Schweikert (FBN 70555)
mark@schweikertlaw.com
help@schweikertlaw.com (secondary email for service)
**SCHWEIKERT LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452

*and*

John B. Williams (*pro hac vice*)
**WILLIAMS LOPATTO PLLC**
1629 K Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 296-1665
jbwilliams@williamslopatto.com
fnkitton@williamslopatto.com

*Counsel for Plaintiff Alan Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Mark A. Schweikert*