UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

vs.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**NOTICE OF FILING INDEX OF EXHIBITS IN PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED FACTS**

Pursuant to the Court's Order (ECF No. 34 at 4-5), Plaintiff files the following index of the exhibits cited in his Response and Counter Statement to Defendant's Statement of Undisputed Material Facts (ECF No. 253):

| Plaintiff's Exhibit | Description of Exhibit | Docket Entry |
|---|---|---|
| A | 1/29/20 Email from Sam Fossum to CNN Political Plus | 253-1 |
| B | Declaration of Alan Dershowitz | 253-2 |
| C | 1/29/20 Email from Meredith Richards regarding 4:30 p.m. meeting with Jeff Zucker | 253-3 |
| D | 1/29/20 Emails between Jeff Zucker and Gloria Borger regarding Dershowitz | 253-4 |
| E | 1/29/20 Email from Amanda Wills regarding 4:30 p.m. meeting with Jeff Zucker | 253-5 |
| F | 1/29/20 Email from Pat Wiedenkeller to Paul Begala | 253-6 |
| G | 1/29/20 Email from Jennifer Griffiths regarding "Full Circle Research / Impeachment trial latest" | 253-7 |
| H | 1/29/20 Email from Paulina Gigante regarding "ANCHOR ASSIGNMENTS AND LATEST ANGLES" | 253-8 |
| I | Screenshots from CNN's CMS system | 253-9 |
| J | 1/29/20 Slack messages channel regarding video programming | 253-10 |
| K | Contributor Agreement between CNN and Paul Begala | 253-11 |
| L | 1/29/20 Email from Paul Begala to Pat Wiedenkeller with draft commentary | 253-12 |

1

| | | |
|---|---|---|
| M | 1/29/20 Email chain regarding Paul Begala's draft commentary | 253-13 |
| N | 1/29/20 Email from Pat Wiedenkeller to Paul Begala | 253-14 |
| O | 1/29/20 Email chain regarding Paul Begala's draft commentary | 253-15 |
| P | 1/29/20 Email from Pat Wiedenkeller to Paul Begala | 253-16 |
| Q | 1/29/20 Slack messages between Brett Harman and Maryam Mohamed | 253-17 |
| R | Contributor's Agreement between CNN and Joe Lockhart | 253-18 |
| S | 1/29/20 Email from Katie Carver regarding Joe Lockhart's tweets | 253-19 |
| T | Employment Agreement between CNN and Anderson Cooper | 253-20 |
| U | 1/29/20 Email chain with Chuck Hadad regarding Full Circle | 253-21 |
| V | 1/29/20 Email from John Berman to Melanie Moffitt regarding "Dersh-o-nuts" | 253-22 |
| W | Online professional biography of Katherine M. Bolger, Esq. | 253-23 |
| X | Employment Agreement between CNN and John Berman | 253-24 |
| Y | 2/3/20 Emails to Dershowitz regarding CNN | 253-25 |
| Z | Compilation of press regarding Dershowitz with hyperlinks to pieces | 253-26 |
| AA | Compilation of Twitter tweets regarding Dershowitz | 253-27 |
| BB | Society of Professional Journalists Code of Ethics | 253-28 |
| CC | Contributor's Agreement between CNN and Anne Milgram | 253-29 |
| DD | 1/29/20 3:00 p.m. Article by Nikki Carvajal regarding Dershowitz | 253-30 |

Respectfully submitted,

By: /s/ Mark A. Schweikert
Mark A. Schweikert (FBN 70555)
mark@schweikertlaw.com
help@schweikertlaw.com (secondary email for service)
**SCHWEIKERT LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452

and

John B. Williams (D.C. Bar No. 257667), *pro hac vice*
jbwilliams@williamslopatto.com
**WILLIAMS LOPATTO PLLC**
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Office: (202) 296-1665

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 13, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Mark A. Schweikert*