UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:20-CV-61872-AHS**

ALAN DERSHOWITZ

      Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

      Defendant.

_____/

## NOTICE OF COMPLIANCE

Pursuant to this Court's Order dated October 10, 2022 (ECF No. 209), Plaintiff Alan Dershowitz hereby provides notice of filing *redacted* versions of his responses to Defendant Cable News Network, Inc.'s motion for summary judgment, which he previously filed under seal on November 11, 2022 (*see* ECF Nos. 252 and 253).

      Respectfully submitted,

      */s/ Mark A. Schweikert*
      Mark A. Schweiker (FNN 70555)
      SCHWEIKERT LAW PLLC
      1111 Brickell Avenue, Suite 1550
      Miami, FL 33131
      Tel. (305) 999-1906
      mark@schweikertlaw.com

      */s/ John B. Williams*
      John B. Williams (*pro hac vice*)
      WILLIAMS LOPATTO PLLC
      1629 K Street, N.W., Suite 300
      Washington D.C. 20006
      Tel: (202) 296-1665
      jbwilliams@williamslopatto.com

<fnkitton@williamslopatto.com>

*Counsel for Plaintiff Alan Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 25, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Mark A. Schweikert*