UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion for Leave to Bring Electronic Equipment into the Courthouse (DE [267]). The Court having considered the Motion and being otherwise informed, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion for Leave to Bring Electronic Equipment into the Courthouse (DE [267]) is **GRANTED**. Counsel for CNN and employees of Gunster, Yoakley & Stewart, P.A. are permitted to bring the following electronic equipment to the Court on December 16, 2022:

> **Frederick Owens**: Apple iPhone 13, Dell Precision 7740 computer, and Dell Precision 7760 Computer.
> **Katherine Bolger, Esq.:** Apple iPhone 13 and Thinkpad X1 Carbon Gen 9 Computer
> **George S. LeMieux, Esq.**: Apple iPhone 14 and Microsoft Surface Laptop Computer

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of December 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
U.S. Marshal