UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**CABLE NEWS NETWORK, INC.'S NOTICE OF FILING
REDACTED COPIES OF SUPPORTING EVIDENCE TO ITS
MOTION TO PRECLUDE EXPERT TESTIMONY OF ALAN DERSHOWTIZ**

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), pursuant to this Court's Order [D.E. 209] hereby files reacted copies of supporting evidence to its Motion to Preclude Expert Testimony of Alan Dershowitz [D.E. 211].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 12th day of December 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131; John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006; and Neil H. Koslowe, Esq., nkoslowe@potomaclaw.com, Potomac Law Group, PLLC, 1300 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004, , Counsel for Plaintiff.

          **GUNSTER, YOAKLEY & STEWART, P.A.**
          450 East Las Olas Boulevard, Suite 1400
          Fort Lauderdale, Florida 33301
          Telephone: (954) 462-2000

By: <u>/s/ Eric C. Edison, Esq.</u>
George S. LeMieux, Esq.
Florida Bar No. 16403
Email: glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*admitted pro hac vice*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*
