# EXHIBIT B

**Frank Bowman**   *University of Missouri Curators' Distinguished Professor & Floyd R. Gibson Missouri Endowed Professor of Law*

*Home Address*:                         *Business Address*:
48 Needle Creek Ct.                    Univ. of Missouri School of Law
Durango, CO 81301                    310 Hulston Hall
573-823-5687                            Columbia, MO 65211
                                              573-882-2749

---

## EDUCATION

| | | |
|---|---|---|
| 1976-79 | **Harvard Law School**<br>J.D., June 1979 | **Cambridge, Massachusetts** |
| 1972-76 | **The Colorado College**<br>B.A., *cum laude* | **Colorado Springs, Colorado** |

## TEACHING

2005 – present   **Univ. of Missouri – Columbia School of Law       Columbia, MO**
*University of Missouri Curators' Distinguished Professor*
*Floyd R. Gibson Missouri Endowed Professor of Law*

Subjects: Criminal Law; Criminal Procedure; Evidence; Law & Religion; White Collar Crime; Law of Criminal Sentencing; Law of Impeachment

Teaching, Scholarship & Service Awards:
- Loyd E. Roberts Memorial Prize in Administration of Justice 2022
- University of Missouri Faculty/Alumni Award 2020
- Shook, Hardy & Bacon Excellence in Research Award 2019-2020
- MU Law Bd. of Advocates, Faculty Achievement Award 2019-20
- Gold Chalk Award, MU Graduate Professional Council 2017
- 21st Century Corps of Discovery Lecture 2013
- Husch Blackwell Distinguished Faculty (Teaching) Award 2012
- Shook, Hardy & Bacon Excellence in Research Award 2010
- Shook, Hardy & Bacon Excellence in Research Award 2006

2019 - Present   **Georgetown University Law Center       Washington, D.C.**
*Visiting Researcher (Jan. 2022 – present)*
*Dean's Visiting Scholar (2020 – 2021)*
*Visiting Professor of Law – Summer & Fall 2019*

1999 – 2005   **Indiana Univ. School of Law-Indianapolis       Indianapolis, IN**
M. Dale Palmer Professor of Law, 2003-2005.
Professor of Law, 2002-2003
Associate Professor of Law, 1999-2002.

Subjects: Criminal Law, Criminal Procedure I and II, Evidence, Law & Literature.

Teaching Recognitions & Awards:
- Selected by IU Class of 2004 to "Hood" the Graduates
- Indiana Univ. Trustees' Award for Excellence in Teaching, 2002-2003
- Voted *Best New Professor* by Student Bar Association, 2001-2002.

| | | |
|---|---|---|
| Fall 2003 | **Wake Forest University School of Law** | **Winston-Salem, NC** |

Visiting Professor of Law.  Subjects: Evidence and Criminal Procedure.

| | | |
|---|---|---|
| 1996-99 | **Gonzaga Univ. School of Law** | **Spokane, WA** |

Visiting Professor of Law.
Subjects: Criminal Law, Criminal Procedure I and II, UCC-2, Law & Literature.
Teaching Awards:
- Voted *Professor of the Year* by Student Bar Association, 1996-1997.

| | | |
|---|---|---|
| 1994-95 | **Washington & Lee Univ. Law School** | **Lexington, VA** |

Visiting Professor of Law.  On sabbatical from Department of Justice.  Subjects: Criminal Law, Criminal Procedure ("bail to jail"), Trial Advocacy, and Introduction to the Lawyer's Role.

| | | |
|---|---|---|
| Sept. 1985 to June 1989 | **University of Denver College of Law** | **Denver, CO** |

Adjunct Professor of Law.  Subjects: Trial Tactics and Criminal Law.

## PRACTICE EXPERIENCE

| | | |
|---|---|---|
| Sept. 1995 to April 1996 | **United States Sentencing Commission** | **Washington, D.C.** |

Special Counsel to United States Sentencing Commission.  On loan from U.S. Department of Justice.

| | | |
|---|---|---|
| Sept. 1989 to May 1996 | **United States Attorney's Office, Southern District of Florida** | **Miami, FL** |

Assignments included: Deputy Chief, Southern Criminal Division, as well as line AUSA in the Major Crimes Section and the Economic Crimes Division.  Specialty: complex white collar crime.  Approx. 25 jury trials.

| January 1987 to Sept. 1989 | **Anderson, Campbell & Laugesen, P.C.** | **Denver, CO** |

Mid-sized firm specializing in tort litigation and workers compensation law.

| August 1983 to Dec. 1986 | **Denver District Attorney's Office** | **Denver, CO** |

Felony prosecutions in District Court. 42 jury trials.  Also, head of criminal prosecutions in Consumer Fraud Division, 14 months; Juvenile Div., 6 mos.

| Sept. 1982 to Aug. 1983 | **Yates & Crane, P.C.** | **Durango, CO** |

Civil (torts and general business) and criminal litigation.

| Oct. 1979 to Sept. 1982 | **U.S. Department of Justice** | **Washington, D.C.** |

Entered the Department as part of the Honor Graduate Program.  During three years as a Trial Attorney for the Criminal Division, assignments included:

| Feb. 1980 to Sept. 1982 | **General Litigation & Legal Advice Section** | **Washington, D.C.** |

Trial and appellate litigation, including criminal regulatory enforcement (NRC, MSHA, OSHA), immigration, prison/parole matters, crimes against the public and against government operations.

| Sept. 1981 to Jan. 1982 | **Special Assistant U.S. Attorney** | **Philadelphia, PA** |

Detailed as AUSA trying criminal cases in Eastern Dist. of Pennsylvania.

| Oct. 1979 to Jan. 1980 | **Office of Enforcement Operations** | **Washington, D.C.** |

Federal witness protection program and electronic surveillance requests.

| June 1978 to Aug. 1978 | **Paul, Hastings, Janofsky & Walker** | **Los Angeles, CA** |

Summer associate.

# PUBLICATIONS

| **Treatises & Books** | HIGH CRIMES & MISDEMEANORS: A HISTORY OF IMPEACHMENT FOR THE AGE OF TRUMP (Cambridge University Press 2019). |

Roger W. Haines, Jr., Frank O. Bowman, III and J. Douglas Wilson, FEDERAL SENTENCING GUIDELINES HANDBOOK (ThomsonReuters 2021) (2000-page treatise; revised, and republished annually since 1997).

Frank O. Bowman, III and Roger W. Haines, Jr., FEDERAL FORFEITURE GUIDE (James Publishing) (annual book and monthly newsletters, 1996-2000).

**Journal Articles**

*Are Blanket Pardons Constitutional?,* 33 FEDERAL SENTENCING REPORTER 301 (2021).

*Presidential Pardons and the Problem of Impunity*, 23 N.Y.U. JOURNAL OF LEGISLATION AND PUBLIC POLICY 425 (2021)

*The Federal Sentencing Guidelines: Some Valedictory Reflections Fifteen Years After Booker*, 99 NORTH CAROLINA L. REV. 1341 (2021)

*Some Linear Thoughts on a Cyclical Vision*, (in symposium on Jack Balkin's "The Cycles of Constitutional Time"), 86 MISSOURI L. REV. 483 (2021).

*British Impeachments (1376–1787) and the Present American Constitutional Crisis*, 46 HASTINGS CONSTITUTIONAL LAW QTRLY 745 (2019).

*Recalibrating the Federal Economic Crime Guideline: An Admiring Rejoinder to Judge Bennett and Friends*, 102 IOWA L. REV. ONLINE 205 (2017).

*"Loss" Revisited: A Guarded Defense of the Centerpiece of the Federal Economic Crime Sentencing Guideline*, 82 MISSOURI L. REV. 1 (2017).

*Good Enough to Be Getting On With? The State of Federal Sentencing Legislation, December 2015,* 28 FEDERAL SENT REPORTER 105 (Dec. 2015).

*Vox Populi: Robert McCulloch, Ferguson, and the Roles of Prosecutors and Grand Juries in High-Profile Cases*, 80 MISSOURI L. REV. 1111 (2015).

*Damp Squib: The Disappointing Denouement of the Sentencing Commission's Economic Crime Project (and What They Should Do Now)*, 27 FEDERAL SENTENCING REPORTER 270 (June 2015).

*Dead Law Walking: The Surprising Tenacity of the Federal Sentencing Guidelines,* 51 HOUSTON LAW REVIEW 1228 (2014)

*Freeing Morgan Freeman: An Argument for the Revitalization of Parole Release*, 4 WAKE FOREST JOURNAL OF LAW & POLICY 7 (2014).

*Juvenile Lifers and Judicial Overreach: A Curmudgeonly Meditation on* Miller v. Alabama, 78 MISSOURI LAW REVIEW 1015 (2014).

*Nothing Is Not Enough: Fix the Absurd Post-*Booker *Federal Sentencing System,* 24 FEDERAL SENTENCING REPORTER 356 (2012)

*Getting Away With Murder (Most of the Time): Civil War-Era Homicide Cases in Boone County, Missouri*, 76 MISSOURI LAW REVIEW 323 (2012).

*Debacle: How the Supreme Court Has Mangled American Sentencing Law and How It Might Yet Be Mended*, 77 UNIVERSITY OF CHICAGO LAW REVIEW 367 (2010).

*Stories of Crimes, Trials, and Appeals in Civil War Era Missouri*, 93 MARQUETTE LAW REVIEW 349 (2009) (in symposium on criminal appeals).

*Sentencing High-Loss Corporate Insider Frauds Post-Booker*, 20 FEDERAL SENTENCING REPORTER 167 (2008).

*American Buffalo: Vanishing Acquittals and the Gradual Extinction of the Federal Criminal Trial Lawyer*, 156 UNIVERSITY OF PENNSYLVANIA L. REV. PENNUMBRA 226 (2007), available at http://www.pennumbra.com.

*The Year of Jubilee … or Maybe Not: Some Preliminary Observations About the Operation of the Federal Sentencing System After Booker*, 43 HOUSTON L. REV. 279 (2006) (in symposium titled "The Booker Project").

*Mr. Madison Meets a Time Machine: The Political Science of Federal Sentencing Reform*, 58 STANFORD LAW REVIEW 235 (2005).

*The Failure of the Federal Sentencing Guidelines: A Structural Analysis*, 105 COLUMBIA LAW REVIEW 1315 (2005).

*Beyond BandAids: A Proposal for Reconfiguring Federal Sentencing After Booker*, 2005 UNIVERSITY OF CHICAGO LEGAL FORUM 149 (2005).

*Murder, Meth, Mammon & Moral Values: The Political Landscape of American Sentencing Reform*, 44 WASHBURN LAW REVIEW 601 (2005) (solicited).

*Train Wreck? Or Can the Federal Sentencing System Be Saved? A Plea for Rapid Reversal of* Blakely v. Washington, 41 AMERICAN CRIMINAL LAW REVIEW 217 (2004) (forward to Nineteenth Survey of White Collar Crime).

*Drifting Down the Dnieper With Prince Potemkin: Some Skeptical Reflections About the Place of Compliance Programs in Federal Criminal Sentencing*, 39 WAKE FOREST LAW REVIEW 101 (Spring 2004).

*Pour Encourager les Autres? The Curious History and Distressing Implications of the Criminal Provisions of the Sarbanes-Oxley Act and the Sentencing Guidelines Amendments That Followed*, 1 OHIO ST. J. CRIM. LAW 373 (2004).

5

*Quiet Rebellion II: An Empirical Analysis of Declining Federal Drug Sentences Including Data from the District Level*, 87 IOWA L. R. 477 (2002) (with Michael Heise).

*The 2001 Federal Economic Crime Sentencing Reforms: An Analysis and Legislative History*, 35 INDIANA L.R. 5 (2001).

*Quiet Rebellion? Explaining Nearly a Decade of Declining Federal Drug Sentences*, 86 IOWA L. R. 1043 (May 2001) (with Michael Heise).

*Falling Out of Love With America: The Clinton Impeachment and the Madisonian Constitution*, 59 MARYLAND L. REV. 5 (2001) (in symposium on the Clinton scandals and the future of the Presidency).

*A Judicious Proposal: The Criminal Law Committee Draft Redefinition of the "Loss" Concept in Economic Crime Sentencing*, 9 GEORGE MASON L. REV. 451 (2000) (U.S. Sentencing Commission Third Symposium on Crime and Punishment in America: Federal Sentencing Policy for Economic Crimes and New Technology Offenses).

*Fear of Law: Thoughts on 'Fear of Judging' and the State of the Federal Sentencing Guidelines*, 44 ST. LOUIS U. L. REV. 299 (2000) (in symposium "Sentencing Guidelines: Coherent, Fair, Effective?" Jan. 13-14, 2000, St. Louis University School of Law) (solicited).

*High Crimes & Misdemeanors -- The Constitutional Limits on Presidential Impeachment*, 72 SOUTHERN CALIFORNIA L. REV. 1517 (Sept. 1999) (with Stephen L. Sepinuck). [Originally submitted as testimony to House Judiciary Committee in Clinton impeachment inquiry on behalf of Nat'l Assoc. of Criminal Defense Attorneys (NACDL), *see, Background and History of Impeachment*, Hearing before the Subcommittee on the Constitution, House Judiciary Committee, 105th Cong., 2d Sess., Nov. 9, 1998, at 342-372.]

*Departing Is Such Sweet Sorrow: A Year of Judicial Revolt on "Substantial Assistance" Departures Follows a Decade of Prosecutorial Indiscipline*, 29 STETSON L. R. 7 (1999) (in symposium on "Prosecution Law") (solicited).

*Coping With "Loss": A Re-Examination of Sentencing Federal Economic Crimes Under the Guidelines*, 51 VANDERBILT L. REV. 461 (April 1998).

*The Quality of Mercy Must Be Restrained, and Other Lessons in Learning to Love the Federal Sentencing Guidelines*, 1996 WISCONSIN L. R. 679 (1996).

*A Bludgeon By Any Other Name: The Misuse of "Ethical" Rules Against Prosecutors to Control the Law of the State*, 9 GEORGETOWN JOURNAL OF LEGAL ETHICS 665 (1996).

*Playing "21" With Narcotics Enforcement: A Response to Professor Carrington*, 52 WASHINGTON & LEE LAW REVIEW 937 (1995).

**Reports**          The Constitution Project Sentencing Initiative, *Recommendations for Federal Criminal Sentencing in a Post-*Booker *World* (available at 18 FED. SENT'G RPTR. 310 (June 2006)) [principal draftsman of report recommending reform of federal sentencing adopted by bipartisan panel co-chaired by former Atty. Gen. Edwin Meese, III and former Deputy Attorney General Philip Heymann].

The Constitution Project Sentencing Initiative, *Principles for the Design and Reform of Sentencing Systems: A Background Report* (available at http://www.constitutionproject.org/sentencing/article.cfm?messageID=148 &categoryId=7) [co-reporter with David Yellen and principal draftsman of report explaining sentencing principles adopted by bipartisan panel of criminal justice experts].

**Legal Essays &**   *First Principles and Practical Politics: Thoughts on Judge Pryor's Proposal*
**Shorter Works**    *to Revive Presumptive Federal Sentencing Guidelines,* 29 FEDERAL SENTENCING REPORTER 126 (2017).

*Encounters With An Inconstant Cerberus: A Response to Mr. Schmitt*, 28 FEDERAL SENTENCING REPORTER 353 (2016).

*Editor's Observations: Dispatches from Two Fronts of the Battle for Sentencing Reform: Parole and Federal Sentencing Legislation,* 28 FEDERAL SENTENCING REPORTER 77 (December 2015).

*Observations on the Mandatory Minimum Sentencing Provisions of Sentencing Reform and Corrections Act of 2015,* 28 FEDERAL SENTENCING REPORTER 140 (December 2015).

*Editor's Observations: It's Alive! The Federal* Booker-*Fix Debate Stirs,* 24 FEDERAL SENTENCING REPORTER 335 (2012).

*Prolegomenon on the Status of the Hopey, Changey Thing in American Criminal Justice,* 23 FEDERAL SENTENCING REPORTER 93 (2010)

*The Sounds of Silence: American Criminal Justice Policy in Election Year 2008,* 21 FEDERAL SENTENCING REPORTER 289 (2008)

*Gall and Kimbrough from Three Perspectives*, SCOTUSblog (Dec. 11, 2007), https://www.scotusblog.com/2007/12/commentary-gall-andkimbrough-from-three-perspectives/

*"The Question Is Which Is to Be Master – That's All": Cunningham, Claiborne, Rita, and the Sixth Amendment Muddle*, 19 FEDERAL SENTENCING REPORTER 155 (2007)

*A Tribute to Roger Groot,* 64 WASHINGTON & LEE LAW REVIEW 3 (2007)

*'Tis a Gift to Be Simple: A Model Reform of the Federal Sentencing Guidelines,* 18 FEDERAL SENTENCING REPORTER 301 (June 2006).

*A Simplified Sentencing Grid, Model Sentencing Guidelines §1.1*, 18 FEDERAL SENTENCING REPORTER 320 (June 2006).

*Determining the Sentencing Range and the Sentence Within Range, Model Sentencing Guidelines §§1.2-1.8,* 18 FEDERAL SENTENCING REPORTER 323 (June 2006).

*Economic Crimes, Model Sentencing Guidelines §2B1,* 18 FEDERAL SENTENCING REPORTER 330 (June 2006).

*Sentencing Factors Applicable to All Offense Types, Model Sentencing Guidelines §§3.1-3.6,* 18 FEDERAL SENTENCING REPORTER 364 (June 2006).

*Adjustments for Guilty Pleas and Cooperation With the Government*, *Model Sentencing Guidelines §§3.7-3.8,* 18 FEDERAL SENTENCING REPORTER 370 (June 2006).

*Departures*, *Model Sentencing Guidelines §5.1,* 18 FEDERAL SENTENCING REPORTER 380 (June 2006).

*Function Over Formalism: A Provisional Theory of the Constitutional Law of Crime and Punishment*, 17 FEDERAL SENTENCING REPORTER 1 (October 2004).

*A Proposal for Bringing the Federal Sentencing Guidelines Into Conformity with Blakely v. Washington*, 16 FEDERAL SENTENCING REPORTER 364 (June 2004).

*The Case for Rapid Congressional Action in Response to Blakely v. Washington*, 16 FEDERAL SENTENCING REPORTER 369 (June 2004).

*Editor's Observations: The Sarbanes-Oxley Act and What Came After*, 15 FEDERAL SENTENCING REPORTER 231 (April 2003).

*A Challenge to the Rationale for General Economic Crime Sentence Increases Following Sarbanes-Oxley*, 15 FED SENT REPTR 284 (April 2003).

*Ewing v. California: The Supreme Court Takes a Walk on "Three Strikes" Laws … and That's Fine*, JURIST, http://jurist.law.pitt.edu/forum (March 21, 2003).

*Editor's Observations: The Geology of Drug Policy in 2002*, 14 FEDERAL SENTENCING REPORTER 123 (Feb. 2002).

*Editor's Observations: The 2001 Economic Crime Package: A Legislative History,* 13 FEDERAL SENTENCING REPORTER 3 (Feb. 2001).

*Briefing Paper on Problems In Redefining "Loss,"* 13 FEDERAL SENTENCING REPORTER 22 (Feb. 2001).

*Editor's Observations: Completing the Sentencing Revolution: Reconsidering Sentencing Procedure In the Guidelines Era*, 12 FEDERAL SENTENCING REPORTER 187 (Jan./Feb. 2000).

*Practical Magic: A Few Down-to-Earth Suggestions for the New Sentencing Commission*, 12 FEDERAL SENTENCING REPORTER 101 (Sept./Oct. 1999).

*Defending Substantial Assistance: An Old Prosecutor's Meditation on Singleton, Sealed Case, and the Maxfield-Kramer Report*, 12 FEDERAL SENTENCING REPORTER 45 (July/August 1999).

Ronald J. Allen, Frank O. Bowman, III, et al., *Forward: Reflections on the Limits of Legislative Imagination and Judicial Authority,* 87 J. CRIM. LAW & CRIMINOLOGY 633, 684-691 (1997) (an article by Prof. Allen followed by an on-line symposium about *Egelhoff*).

*Guest Editor's Observations: Back to Basics: Helping the Commission Solve the "Loss" Mess With Old Familiar Tools*, 10 FEDERAL SENTENCING REPORTER 115 (Nov/Dec 1997).

*Places in the Heartland: Departure Jurisprudence After Koon*, 9 FEDERAL SENTENCING REPORTER 19 (July/August 1996).

*To Tell the Truth: The Problem of Prosecutorial 'Manipulation' of Sentencing Facts,* 8 FEDERAL SENTENCING REPORTER 324 (May/June 1996).

**Occasional Writings**

REGULAR CONTRIBUTOR TO SLATE MAGAZINE. *See* Author Page https://slate.com/author/frank-bowman  (35 articles as of Feb. 2022).

*The Constitutionality of Trying a Former President Impeached While in Office*, LAWFARE (Feb. 3, 2021), https://www.lawfareblog.com/constitutionality-trying-former-president-impeached-while-office.

*What the Founders Would Have Done With Trump*, WASHINGTON MONTHLY (Jan. 18, 2021), https://washingtonmonthly.com/2021/01/18/what-the-founders-would-have-done-with-trump/.

*Congress can impeach Trump now and convict him when he's gone*, WASHINGTON POST (Jan. 11, 2021) (with Brian Kalt), https://www.washingtonpost.com/outlook/2021/01/11/trump-impeachment-senate-trial/.

*The Constitutional Case for Impeaching Donald Trump (Again)*, JUST SECURITY (Jan. 8, 2021), https://www.justsecurity.org/74127/the-constitutional-case-for-impeaching-donald-trump-again/.

*Purpose, Not Specificity, Limits the Pardon Power: A Rejoinder to Rappaport,* JUST SECURITY (Dec. 28, 2020), https://www.justsecurity.org/74010/purpose-not-specificity-limits-the-pardon-power-a-rejoinder-to-rappaport/.

*The Constitutionality of Non-Specific Pardons*, JUST SECURITY (Dec. 14, 2020), https://www.justsecurity.org/73851/the-constitutionality-of-non-specific-pardons/.

*Why a Self-Pardon Is Not Constitutional,* JUST SECURITY (Nov. 24, 2020), https://www.justsecurity.org/73539/why-a-self-pardon-is-not-constitutional/.

*Trump's Defense Against Subpoenas Makes No Legal Sense,* THE ATLANTIC (Jan. 28, 2020), https://www.theatlantic.com/ideas/archive/2020/01/trumps-defense-against-subpoenas/605635/

*Constitutional Crabgrass: President Trump's Defenders Distort the Impeachment Clause*, JUST SECURITY (Jan. 24, 2020), https://www.justsecurity.org/68240/constitutional-crabgrass-president-trump-defenders-distort-the-impeachment-clauses-frank-bowman-high-crimes-misdemeanors/

*How executive privilege would throw a wrench into Senate impeachment proceedings*, WASHINGTON POST (Jan. 16, 2020), https://www.washingtonpost.com/opinions/how-executive-privilege-would-throw-a-wrench-into-senate-impeachment-

proceedings/2020/01/15/b2c244b0-3718-11ea-bf30-ad313e4ec754_story.html

*The Role of the Chief Justice in an Impeachment Trial*, SCOTUSBLOG (Jan. 10, 2020), https://www.scotusblog.com/2020/01/the-role-of-the-chief-justice-in-an-impeachment-trial/

*The Democrats Should Transmit the Articles of Impeachment to the Senate Without Delay*, THE ATLANTIC (Dec. 20, 2019), https://www.theatlantic.com/ideas/archive/2019/12/house-dems-cannot-force-senate-fair-trial/603928/

*Impeachment: What's the Verdict of History?*, POLITICO MAGAZINE (Dec. 19, 2019), *https://www.politico.com/news/magazine/2019/12/19/impeachment-house-vote-history-roundup-087502*

*How to Fix Impeachment: One cannot expect impeachment to work as designed if Congress does not work at all. But it still serves a useful function*, POLITICO MAGAZINE (Dec. 6, 2019) https://www.politico.com/news/magazine/2019/12/06/impeachment-trump-constitution-expert-analysis-076433

*Foreign Policy Has Always Been at the Heart of Impeachment*, FOREIGN AFFAIRS (Nov. 25, 2019)  https://www.foreignaffairs.com/articles/2019-11-25/foreign-affairs-has-always-been-heart-impeachment .

*What Was Truly Unprecedented in This Week's Impeachment Hearings? Republicans on the House Intel Committee are not Trump's defense lawyers*, POLITICO MAGAZINE (Nov. 16, 2019) https://www.politico.com/news/magazine/2019/11/16/public-impeachment-hearing-historian-roundup-071249

*An Impeached and Convicted Trump Could Still Run In 2020*, WASHINGTON POST (Nov. 6, 2019) https://www.washingtonpost.com/opinions/2019/11/06/an-impeached-convicted-trump-could-still-run-heres-how-stop-him/

*The Common Misconception About 'High Crimes and Misdemeanors,"* THE ATLANTIC, https://www.theatlantic.com/ideas/archive/2019/10/what-does-high-crimes-and-misdemeanors-actually-mean/600343/ (Oct. 22, 2019).

*White House Letter Distorts Both Law and History on Impeachment,* JUST SECURITY (Oct. 10, 2019), https://www.justsecurity.org/66534/white-house-letter-distorts-both-law-and-history-on-impeachment/

*Trump's Extortion of Ukraine Is an Impeachable Abuse of Power*, JUST SECURITY (Oct. 3, 2019) https://www.justsecurity.org/66407/trumps-extortion-of-ukraine-is-an-impeachable-abuse-of-power/

*If Trump's Ukraine Call Isn't Impeachable, Nothing Is*, CNN OPINION (Sept. 25, 2019) https://www.cnn.com/2019/09/25/opinions/trump-ukraine-call-if-this-isnt-impeachable-nothing-is-bowman/index.html

*Kelly v. United States: There is no political exception to fraud*, SCOTUSBLOG (Sept. 24, 2019), https://www.scotusblog.com/2019/09/kelly-v-united-states-there-is-no-political-exception-to-fraud/

*Yes, the Governor Can Be Impeached Right Now*, ST. LOUIS POST-DISPATCH (April 23, 2018) http://www.stltoday.com/opinion/columnists/yes-the-governor-can-be-impeached-right-now/article_e44bd8e6-1802-57ab-a47d-8a04dbc7970e.html

*Trump shouldn't relax to hear he isn't a "target" in Mueller investigation*, KANSAS CITY STAR (April 7, 2018) http://www.kansascity.com/opinion/readers-opinion/guest-commentary/article208209184.html

*No, A Zombie Grand Jury Won't Save the Russia Probe*, POLITICO (Feb. 15, 2018) https://www.politico.com/magazine/story/2018/02/15/trump-grand-jury-fire-mueller-217002

*Filling the Vacuum: As the government's regulatory power has faded, federal prosecutors have stepped to the plate.* THE AMERICAN LAWYER 138 (Aug. 2008).  Also published as *Somebody Has to Cry Foul*, THE NATIONAL LAW JOURNAL (Aug. 18, 2008).

*He's Impeachable, You Know*, NEW YORK TIMES p. A25 (May 3, 2007).

*Sacrificial Felon*, THE AMERICAN LAWYER 63 (Jan. 2007).

Debate Club: *What's the Future of Federal Sentencing?* (written debate with Professor Doug Berman in LEGAL AFFAIRS MAGAZINE, at http://legalaffairs.org/webexclusive/debateclub_sentencing0106.msp)   (Jan. 16-20, 2006).

*Ensuring the Punishment Fits the Crime*, WASHINGTON TIMES p. B5 (Aug. 31, 2003).

*When Sentences Don't Make Sense*, WASHINGTON POST (Aug. 15, 2003)

*No Time for Judges*, LEGAL TIMES, Vol. 26, No. 16, p. 69 (April 21, 2003).

*Changing the Guidelines: New Commission Members Must Choose Between Incrementalism and Renovation*, LEGAL TIMES, Vol. 23, No. 43, p. 44 (October  30, 2000).

*Against Impeachment: An Imagined Argument in the House Judiciary Committee*, 22 THE CHAMPION 49 (December 1998).

*A Federal Prosecutor Returns to School*, 44 VIRGINIA LAWYER 22 (1996).

**Websites & Blogs**    IMPEACHABLE OFFENSES? EXAMINING THE CASE FOR REMOVAL OF THE 45TH PRESIDENT OF THE UNITED STATES, https://impeachableoffenses.net/

WAR & RECONCILIATION: THE MID-MISSOURI CIVIL WAR PROJECT, www.warandreconciliation.com.

## OTHER ACTIVITIES

Co-Editor, FEDERAL SENTENCING REPORTER, a journal of federal sentencing law published five times annually by the University of California Press for the Vera Institute of Justice (1998 - present).

Reporter, Sentencing Initiative, The Constitution Project, co-chaired by Edwin Meese and Philip Heymann.

Member of Editorial Board of CRIMINAL JUSTICE REVIEW, a peer-reviewed social science journal published by Georgia State University (1996 - 2008).

Reporter, ABA Justice Kennedy Commission (Sept. 2003-April 2004).

Academic Advisor to Sentencing Guidelines Subcommittee of Criminal Law Committee of the Federal Judicial Conference (1998 - 2001).

Member, Committee on Corrections and Sentencing, ABA Criminal Justice Section (2002-2017).

Member, Practitioners Advisory Group, United States Sentencing Commission (1997- 2001).

**TESTIMONY**    Witness, Public Hearing on Proposed 2015 Amendments to the Federal Sentencing Guidelines (Economic Crime Guidelines), U.S. Sentencing Commission, March 12, 2015 (Washington, D.C.).

13

Witness, Hearing on HB 215 (a bill to significantly alter the Missouri indigent public defense system), Missouri Senate Judiciary Committee, April 24, 2013 (Jefferson City, MO).

Witness, "Restoring Mandatory Guidelines," Hearing on federal sentencing options after *Booker v. United States*, U.S. Sentencing Commission, Feb. 16, 2012 (Washington, D.C.).

Witness, "Implications of the *Booker/Fanfan* Decision for the Federal Sentencing Guidelines," Subcommittee on Crime, Terrorism, and Homeland Security, Committee on the Judiciary, U.S. House of Representatives (Feb. 10, 2005) (written testimony available at http://judiciary.house.gov/media/pdfs/Bowman021005.pdf).

Witness, "*Blakely* and the Federal Sentencing Guidelines," U.S. Sentencing Commission, November 17, 2004 (Washington, D.C.) (transcript of testimony available at www.ussc.gov).

Witness, "*Blakely v. Washington* and the Future of the Federal Sentencing Guidelines," Committee on the Judiciary, U.S. Senate (July 13, 2004) (written testimony and webcast of oral testimony available at http://www.judiciary.senate.gov/testimony.cfm).

Witness, Hearing on H. 4547, the "Defending America's Most Vulnerable: Safe Access to Drug Treatment and Child Protection Act of 2004," Subcommittee on Crime, Terrorism, and Homeland Security, Committee on the Judiciary, U.S. House of Representatives (July 6, 2004) (written testimony and webcast of oral testimony available at http://www.house.gov/judiciary/crime.htm and https://www.c-span.org/video/?182568-1/protecting-vulnerable-groups-drugs).

Witness, "Fast track" departures and other implications of the PROTECT Act, U.S. Sentencing Commission, September 23, 2003 (Washington, D.C.) (written statement and transcript of testimony available at www.ussc.gov).

Witness, White Collar Sentencing after the Sarbanes-Oxley Act, U.S. Sentencing Commission, March 25, 2003 (Washington, D.C.) (written statement and transcript available at www.ussc.gov; testimony reprinted at 15 FEDERAL SENTENCING REPORTER 291 (2003)).

Witness, "Are We Tough Enough On White Collar Crime?" Hearing of Subcommittee on Crime and Drugs, U.S. Senate Committee on the Judiciary (June 19, 2002) (video: https://www.c-span.org/video/?170737-1/penalties-white-collar-crime).

Witness, Reform of economic crime sentencing, U.S. Sentencing Commission March 5, 1998 (San Francisco, CA). *Testimony summarized* 8 FED. SENT. GUIDE, No. 24, p.1 (March 30, 1998). *Written statement available* at U.S. Sentencing Commission website: http://www.ussc.gov.

Witness, Reform of economic crime sentencing, U.S. Sentencing Commission, October 15, 1997 (Washington, D.C.). *Summarized* 66 U.S.L.W. 2278 (Nov. 11, 1997); *edited transcript* in 10 FED. SENT. REP.157-66 (Nov.-Dec. 1997); *written statement and full transcript* at http:\\www.ussc.gov.

## PUBLISHED INTERVIEWS

"The surprising history of impeachment and what it means for Trump," CNN Politics (July 14, 2019), https://www.cnn.com/2019/07/14/politics/impeachment-book-frank-bowman-donald-trump/index.html

"Professor Bowman Says It's Either Regulation or Criminal Prosecution, Take Your Pick," 22 CORPORATE CRIME REPORTER 36(12), September 22, 2008.

## ACADEMIC & PROFESSIONAL PRESENTATIONS

Organizer and Moderator, *The Two Impeachments of Donald Trump*, 2022 Missouri Law Review Symposium, University of Missouri (Feb. 17-18, 2022)

Panelist, Presidential Accountability – The problems and uses of impeachment," Conference on Questions of Accountability: Prerogatives, Power and Politics, University of Worcester and University of Sheffield, UK (Nov. 4, 2021) (online).

Panelist, "Donald Trump's Theatre of Pardoning: What Did We Learn?" 2021 Clemency Panel Series, The Future of the President's Pardon Power, Ohio State Univ. Moritz College of Law (Sept. 14, 2021) (online).

Panelist, "The Last Impeachment of Trump," American Constitution Society, Arizona Lawyer Chapter (Feb. 23, 2021) (online).

Panelist, Middleton Center Conversation Series Event: Elections, Demonstrations, and Insurrections," University of Missouri (Jan. 13, 2021).

Speaker, "The Pardon Power and the Problem of Impunity," Villanova Law School Faculty Colloquium (Oct. 14, 2020).

Panelist, "Apprendi at 20," North Carolina Law Review Symposium (Oct. 9, 2020).

Panelist, "Impeachment," American Constitution Society, Arizona Lawyer Chapter, Arizona State University, Phoeniz, AZ (Jan 23, 2020).

Lecture, "High Crimes & Misdemeanors," U.S. District Court, Western District of Missouri Historical Society, Kansas City, MO (Jan. 17, 2020).

Lecture, "On Impeachment," Axelrod Institute of Politics, University of Chicago, Chicago, IL (Nov. 7, 2019).

Panelist, "High Time for Impeachment? Ukraine and Other Misdemeanors," American Constitution Society, Georgetown University Law Center, Washington, D.C. (Oct. 17, 2019).

Lecture, "High Crimes & Misdemeanors: The Constitutional Power of Impeachment," Law Week, University of Wyoming College of Law, Laramie, Wyoming (October 16, 109)

Lecture, "High Crimes & Misdemeanors," Marquette University School of Law, Milwaukee, WI (Sept. 12, 2019).

Panelist, "Important White Collar Crime Developments," 2019 White Collar Crime Seminar, Bar Assoc. of Metropolitan St. Louis / Federal Bar Assoc., St. Louis, MO (April 10, 2019).

Book Talk, *High Crimes & Misdemeanors: A History of Impeachment for the Age of Trump*, Univ of Kansas Law School, Lawrence, KS (April 1, 2019).

Book Talk, *High Crimes & Misdemeanors: A History of Impeachment for the Age of Trump*, St. Louis Univ. Law School, St. Louis, MO (Feb. 21, 2019).

Panelist, "Sentencing Reform from the Bench: The Emerging Role of District Court Judges," New York University Law School, New York City, NY (March 26, 2018).

Lecture, "Why being a dreadful president is an impeachable offense: A (mostly) dispassionate constitutional analysis," Univ. of Missouri School of Law, Columbia, MO (March 14, 2018).

Lecture, "Presidential Impeachment & the American Constitutional Balance," Colorado College, Colorado Springs, CO (Feb. 22, 2018).

Speaker, "Prosecuting Police-on-Citizen Violence in Distrustful Times," Symposium on Police-Citizen Violence, University of the Western Cape, Cape Town, South Africa (June 12, 2017).

Speaker, "American & International Law in the Era of Donald Trump: Behavioral Norms in the Idea and Practice of Law," India Law Society Law College, Pune, India (Jan. 12, 2017).

Panelist, "The Miranda Decision," Constitution Day Program, Missouri Bar Association, St. Louis, MO (Sept. 16, 2016) [Winner: *Mid-America Regional Emmy Award for Outstanding Politics/Government Program or Special*].

Panelist, "Booker After 10 Years - Making Sense of the Shift to Advisory Guidelines," Southeastern Association of Law Schools Annual Conference, Amelia Island, FL (Aug. 3, 2016).

Speaker, "Legal Scholarship for the Next Generation," Symposium: *The Fate of Legal Scholarship in American Law Schools*, University of Baltimore School of Law, Baltimore, MD (April 1, 2016).

Speaker, "Current Trends in Sentencing Research," Introductory & Advanced Guideline Training, U.S. District Courts for Western District of Missouri and District of Kansas, Kansas City, MO (Feb. 25, 2016).

Speaker, "Dormice: The Sentencing Commission Dithers as the Moment for Real Sentencing Reform Slips Away," Symposium: *Discretion Realized? Federal Sentencing Ten Years After United States v. Booker,* University of Toledo School of Law (Oct. 16, 2015).

Scholar in Residence, "Figuring Out the Fourth Amendment," Missouri Bar Association Summer Institute for Secondary School Teachers, Columbia College, Columbia, MO (June 29-30, 2015).

Lecture, "Homicidal History: Shootings, Stabbings, Lynchings, Melees, and Massacres and the Legacy of the Civil War in Modern Missouri," Internat'l Society of Weekly Newspaper Editors, Columbia, MO (June 26, 2015).

Lecture, "Grand Jury Practice and the Michael Brown Case," Law Forum, Missouri Bar Assoc., University of Missouri School of Law (June 22, 2015).

Panelist, "Professor's Corner: Property Law & Marijuana,"  American Bar Association Section on Real Property Trusts, & Estates Law [online] (Dec.

17

10, 2014).

Forum, "The Merits and Flaws of the Hobby Lobby Decision," The Kinder Forum on Constitutional Democracy, University of Missouri, Columbia, MO (with Prof. Joshua Hawley) (Oct. 7, 2014).

Lecture, "*Burwell v. Hobby Lobby Stores, Inc*.: Church, State, Capital, Labor, Men, Women, Republicans, Democrats, the Co-Equal Branches, and Competing Visions of America Collide in the Scrapbooking Aisle," The Colorado College, Colorado Springs, CO (Sept. 12, 2014).

Speaker, "Dead Law Walking," Symposium on the State of the Federal Sentencing Guidelines, University of Houston Law School, Houston, TX (November 15, 2013).

Speaker, "Freeing Morgan Freeman," Symposium on Finality in Sentencing, Wake Forest Journal of Law & Policy, Wake Forest University, Winston-Salem, NC (April 5, 2013).

Speaker, "Some Curmudgeonly Reflections on *Miller v. Alabama*," Missouri Law Review Symposium: *Bombshell or Baby Step*, University of Missouri Law School, Columbia, MO (March 8, 2013).

"Homicidal History: Shootings, Stabbings, Lynchings, Melees, and Massacres and the Legacy of the Civil War in Modern Missouri," 9th Annual 21st Century Corps of Discovery Lecture, University of Missouri (March 12, 2013) (video available at http://chancellor.missouri.edu/discovery/).

Speaker, "Guideline Sentencing," Seminar on Defending a Federal Criminal Case, Federal Public Defender's Office, W.D. Missouri, Kansas City, MO (Oct. 26, 2012).

Moderator, "Federal Sentencing: A View from the Bench," 21st Annual National Seminar on the Federal Sentencing Guidelines, St. Petersburg, Fl (May 24, 2012).

Speaker, "Defense Practice Under Advisory Federal Sentencing Guidelines," Seminar on Defending a Federal Criminal Case, sponsored by West Virginia Federal Defenders Office, Charleston, West Virginia (April 6, 2012).

Respondent, "Objectivity and the Law," Junior Faculty Scholarship Workshop, Indiana University Robert H. McKinney School of Law, Indianapolis, IN (March 23-24, 2012).

Panelist, "Search Warrants, Interrogations, and Arrest Challenges," and "Forensic Evidence Admissibility," at conference, *Communications in Forensics, A Multidisciplinary Approach to Problematic Death Cases*, Branson, MO (October 19, 2011).

Speaker, "Some Advice About Criminal Practice Under Advisory Sentencing Guidelines," Seminar on Defending a Federal Criminal Case, sponsored by Federal Defender's Office, Western District of Missouri (October 14, 2011).

Moderator, "U.S. Sentencing Guidelines Developments and a View from the District Court Bench," 20th Annual National Seminar on the Federal Sentencing Guidelines, St. Petersburg, Fl (May 5, 2011).

Panelist, "United States Sentencing Guidelines: A Year in Review," 19th Annual National Seminar on the Federal Sentencing Guidelines, St. Petersburg, Fl (May 14, 2010).

Moderator, "U.S. Sentencing Guidelines Developments and a View from the District Court Bench," 19th Annual National Seminar on the Federal Sentencing Guidelines, St. Petersburg, Fl (May 13, 2010).

Speaker, White Collar Crime Sentencing, Washington, D.C. Inns of Court (Sept 17, 2009).

Speaker, "Stories of Crime, Trials, and Appeals in Civil War Era Missouri," Criminal Appeals Conference, Marquette University Law School, Milwaukee, WI (June 15, 2009).

Panelist, "Guideline Departures & Variances Outside the Range Under ' 3553(a)," Eighteenth Annual National Seminar on the Federal Sentencing Guidelines, Clearwater Beach, FL (May 21, 2009).

Panelist, "The Federal Sentencing Guidelines Controversy," West Legalworks webcast (Dec. 18, 2008).

Panelist, "A New Look at Federal Sentencing Guidelines: Examining the Impact of Gall and Kimbrough," West Legalworks webcast (Jan. 14, 2008).

Panelist, "United States v. Rita – A Look at How We Got Here," National Sentencing Workshop for Federal Defenders, Redondo Beach, CA (Sept. 18, 2007).

Speaker, "Sentencing Post Blakely/Booker/Fanfan: New Trends, Issues and Strategies," CJA Panel Attorney Seminar, U.S. District Court, Eastern District of Missouri, St. Louis, MO (May 17, 2007).

Speaker, "Recent Developments Including the U.S. Supreme Court Cases of Cunningham v. California; Claiborne v. U.S.; Rita v. U.S.; and Burton v. Waddington," Federal Criminal Practice Institute, Univ. of Missouri – Kansas City School of Law, Kansas City, MO (April 27, 2007).

Panelist, "Post-*Booker* Sentencing in the Fourth Circuit," Workshop for Judges of the U.S Court of Appeals for the Fourth Circuit, Charleston, S.C. (March 19, 2007).

Speaker, "Sentencing in the Post-*Booker* World," Phase II Orientation for Newly Appointed Federal District Judges, Washington, D.C. (Feb. 28, 2007).

Participant, Roundtable on Guidelines Simplification, United States Sentencing Commission, Washington, D.C. (Nov. 2, 2006).

Speaker, "Sentencing After *Booker,*" National Workshop for Federal District Judges, Federal Judicial Center, Denver, CO (August 8, 2006).

Speaker, "Fraud Sentencing" and "Federal Sentencing from a Research Perspective," Fifteenth Annual National Seminar on the Federal Sentencing Guidelines, Miami, FL (June 1-2, 2006).

Speaker, "Sentencing Post- *Booker,*" National Workshop for Federal District Judges, Federal Judicial Center, Washington, D.C. (May 4, 2006).

Panelist, Sentencing in the Post-*Booker* World, Federal Practice Seminar, sponsored by Univ. of Missouri-Kansas City, Kansas City, KS (April 21, 2006).

Speaker, Yale Sentencing Workshop, Yale Law School, New Haven, CT (March 24, 2006).

Panelist, "The Sentencing Revolution After Twenty Years: Its Impact on White Collar Crime," American Bar Association's 20th Annual Institute on White Collar Crime, San Francisco, CA (March 3, 2006).

Speaker, "Free at Last … or Maybe Not: Some Provisional Observations about the Sentencing Behavior of Federal District Judges After *Booker,*" at symposium titled "The Booker Project," University of Houston Criminal Justice Institute, Houston, Texas (Nov. 18, 2005).

Speaker, "A Provisional Analysis of the Increase in Federal Drug Sentences 2001-2005," at symposium on "The Latest Developments in the War on Drugs," sponsored by Cornell Journal of Law & Public Policy, Cornell Law School, Ithaca, NY (Nov. 5, 2005).

Panelist, Sentencing Guidelines and Recent Rulings, 7th Circuit Judicial Conference, Indianapolis, IN (May 23, 2005).

Speaker, "Sentencing," Seminar on Law and the Courts, Knight Center for Specialized Journalism, University of Maryland, College Park, MD (April 18, 2005).

Speaker, "In Prison For 30 Years For Fraud: Sentencing And The Constitution After Sarbanes-Oxley," Symposium sponsored by the Institute of Bill of Rights Law, College of William & Mary Marshall-Wythe School of Law, Williamsburg, VA (March 25, 2005).

Speaker, "Criminal Sentencing at the Crossroads," Symposium sponsored by Harvard Journal on Legislation, Harvard Law School, Cambridge, MA (March 3, 2005).

Speaker, "Sentencing: What's At Stake for the States?" Columbia Law Review Symposium, Columbia Law School, New York, NY (Jan. 22, 2005).

Speaker, "Punishment and Crime," University of Chicago Legal Forum, University of Chicago Law School, Chicago, Illinois (Nov. 12, 2004).

Speaker, "A Constitutional Moment: The Supreme Court Intervenes in the American Project of Sentencing Reform," Grinnell College (Nov. 10, 2004).

Speaker, "What's Hot in White Collar Crime?" Washburn University Law School, Topeka, KS (Oct. 22, 2004).

Panelist, Reforming the Reform, Sentencing in the 21st Century, Oklahoma City University School of Law, Oklahoma City, OK (Oct. 15, 2004).

Speaker, A National Roundtable on *Blakely v. Washington*, Stanford Law School, Palo Alto, CA (Oct. 7-8, 2004) (summary published at 17 FEDERAL SENTENCING REPORTER 121 (Dec. 2004); partial transcript available at 2 OHIO ST. J. OF CRIM LAW. 619 (2005)).

Panelist, Preview of the Supreme Court Argument in *Blakely v. Washington*, Georgetown Law School, Washington, D.C. (Oct. 4, 2004).

Respondent, "For Whom the Court Tolls: Equitable Tolling of the AEDPA Statute of Limitations in Capital Habeas Cases," Washington & Lee University School of Law, Lexington, VA (Sept. 30, 2004).

Speaker, The impact of *Blakely v. Washington* on the Indiana sentencing system, Indiana Sentencing Policy Study Commission, Indianapolis, IN (Aug.

18, 2004).

Speaker, Does *Blakely* Mean the End of the Federal Guidelines?, Vera Institute of Justice, New York, NY (Aug. 12, 2004).

Speaker, The Effect of *Crawford v. Washington* on the Defense of Criminal Cases in Indiana, Presentation for Marion County Public Defenders, Indianapolis, IN (June 17, 2004).

Panelist, "Fraud Sentencing," Thirteenth Annual National Seminar on the Federal Sentencing Guidelines, Miami Beach, FL (May 20, 2004).

Speaker, The Effect of *Crawford v. Washington* on Child Sex Abuse and Domestic Violence Prosecutions, Presentation for Marion County Judges and Commissioners, Indianapolis, IN (May 11, 2004).

Moderator, Symposium on the Federal Organizational Sentencing Guidelines, Wake Forest University, Winston-Salem, NC (April 16, 2004).

Panelist, "Corporate Crime: Sarbanes-Oxley Act," Twelfth Annual National Seminar on the Federal Sentencing Guidelines, Miami Beach, FL (May 30, 2003).

Panelist, "U.S. Sentencing Guidelines: Loss Calculations," Third Circuit Judicial Conference, U.S. Virgin Islands (Nov. 12, 2002).

Panelist, Yale Sentencing Conference, Yale Law School, New Haven, CT (Nov. 8, 2002).  Remarks published at 15 FEDERAL SENTENCING REPORTER 165 (2003).

Lecture, "American Criminal Procedure – the Arrest Process," USAID Democracy in Governance program, Gov Altai, Mongolia (August 2002).

Lecture, "The 'War on Drugs': Reflections on a Misbegotten Metaphor In a World at War In Earnest," The Carol and Lawrence Zicklin Center for Business Ethics Research Seminar Series, The Wharton School, University of Pennsylvania, Philadelphia, PA (April 15, 2002).

Lecture, "We're Winning the 'War on Drugs' ... So Maybe We Should Retreat: Some Moderately Contrarian Reflections on the State of Anti-Drug Efforts in America," Marquette University School of Law, Milwaukee, WI (April 10, 2002).

Speaker, "The 2001 Economic Crimes Reform Package," Presentation to U.S. Attorney's Office and Federal Public Defender's Office, Western District of Kentucky, Louisville, Kentucky (March 27, 2002).

Lecture, "The Life and Times of Sir Thomas More, Saint and One-Time Lord Chancellor of England," Great Lawyers and Judges Series, Indiana University School of Law (March 19, 2002).

Panelist, "The *Apprendi* Aftermath," Criminal Justice Section presentation, American Bar Association Mid-Year Meeting, Philadelphia, PA (Feb. 2, 2002).

Panel Moderator, Descriptive Papers, "Criminology, Justice and Public Policy in the Twenty-First Century," Annual Meeting of American Society of Criminology, Atlanta, GA (Nov. 9, 2001).

Speaker, "A Debate on the Legalization of Drugs,"  Indiana University School of Law - Indianapolis (October 24, 2001).

Presenter, "2001 Amendments to the Federal Sentencing Guidelines," Seminar: Criminal Defense in Federal Court, Indianapolis Bar Association, Indianapolis, IN (Oct. 19, 2001).

Lecture: "The "War on Drugs' and the Federal Sentencing Guidelines: Fifteen Years of an Uneasy Marriage, and the Prospect Ahead," Edward W. Clyde Distinguished Visiting Scholar, University of Utah, Salt Lake City, UT (Oct. 9, 2001).

Moderator, "Terrorism and the Bill of Rights," Discussion Forum at Indiana University School of Law, Indianapolis (Sept. 26, 2001).

Lecture, "The Clash of Fundamentalist Islam and the American Monoculture of Multiculturalism," Randall-Park Faculty Colloquium Series, University of Kentucky School of Law, Lexington, KY (Sept. 20, 2001).

Presenter, "Rebels in Robes? The Effect of Judicial Sentencing Discretion and Other Factors on Declining Federal Drug Sentences," Symposium on Legal Issues and Sociolegal Consequences of the Federal Sentencing Guidelines, University of Iowa, Iowa City, IA (June 1, 2001).

Panelist, "The Future of Federal Sentencing Policy," National Lawyers Convention, The Federalist Society, Washington, D.C. (Nov. 17, 2000).

Panelist, "Major Issues Relating to the Definition of 'Loss,'" United States Sentencing Commission Third Symposium on Crime and Punishment in America: Federal Sentencing Policy for Economic Crimes and New Technology Issues, Arlington, VA (October 12, 2000).  Transcript published at 13 FEDERAL SENTENCING REPORTER 22 (2000).

Panelist, "Sentencing as a Driving Force Changing the Criminal Justice System," AALS Criminal Justice Section, Conference on Criminal Justice, Washington, D.C. (June 12, 2000).

Panelist, "Federal Sentencing Guidelines: Where We Are and How We Got There," Symposium: *Sentencing Guidelines: Coherent, Fair, Effective?* St. Louis University School of Law (Jan. 13, 2000). Remarks published at 44 ST. LOUIS U. L. REV. 405 (2000).

Panel Respondent, "Sentencing Fraud Crimes," 9th Annual National Seminar on the Federal Sentencing Guidelines, Clearwater Beach, FL (May 2000).

Speaker, "Federal Sentencing Issues," Conference Sponsored by Washington State Bar Association, Seattle, WA (May 14, 1999).

Speaker, "Forfeiture and the Constitution: An Update," Spokane County Bar Association, Spokane, WA (February 19, 1999).

Panel Moderator, "Practice and Procedure Under the Guidelines," 7th Annual National Seminar on the Federal Sentencing Guidelines, Clearwater Beach, FL (May 14, 1998).

**MEDIA PRESENTATIONS**

**For media appearances on impeachment from Fall 2019 to Feb. 2021, see https://law.missouri.edu/news/impeachment/**

Panelist, *The Mueller Report, Pt. 2*, THE HEAT, CGTN America (Apr. 18, 2019), https://www.youtube.com/watch?v=2bnanYaWc00.

Commentator, Aspects of Special Counsel investigation of Trump administration, CTV (Canada) (various dates 2018-2019). *E.g.*, https://www.facebook.com/CTVNewsChannel/videos/307396556476127/ https://www.facebook.com/CTVNewsChannel/videos/1594356617292330/

Commentator, "Predictions on the Mueller Report," Legal Talk Network (Jan. 9, 2019), https://legaltalknetwork.com/podcasts/lawyer-2-lawyer/2019/01/predictions-on-the-mueller-report/

Commentator, Sentencing of Gen. Michael Flynn, CHEDDAR (Dec. 5, 2018), https://cheddar.com/videos/special-counsel-mueller-recommends-no-jail-time-for-michael-flynn.

Commentator, White collar sentencing, *Michael Smerconish Show* (July 2018), http://law.missouri.edu/news/2018/07/20/appropriate-sentencing-

24

white-collar-crime-professor-bowman-interview/

Commentator, Aspects of criminal and impeachment cases against Missouri Governor Eric Greitens, KOMU, KY3, KOPN, and other Missouri media outlets (various dates 2018).

Panelist, "Michael Brown's Shooting and the Aftermath in Ferguson, Missouri," *Intersection*, KBIA Radio (August 2014) http://kbia.org/post/intersection-michael-browns-shooting-and-aftermath-ferguson-mo.

Panelist, "Historical Memory of the Civil War and Its Effect on Modern Missouri," *Intersection*, KBIA Radio (April 2014) http://intersectkbia.weebly.com/archive/the-civil-war-and-its-lasting-effects-on-contemporary-politics.

Panelist, "Do expanded self-defense laws go too far?" *Intersection*, KBIA Radio (July 22, 2013) http://intersectkbia.weebly.com/1/post/2013/07/do-expanded-self-defense-laws-go-too-far.html

Panelist, "Skakir Hamoodi and International Sanctions," *Intersection*, KBIA Radio (Sept. 18, 2012) (http://intersectkbia.weebly.com/1/post/2012/09/shakir-hamoodi-and-international-sanctions.html)

Commentator, "Accountability on Wall Street," *On Point*, National Public Radio (March 18, 2009).

Commentator, "Web Site Reveals Government Informants," NBC Today Show (May 24, 2007).

Guest commentator, Impeaching Alberto Gonzales, *Here and Now,* WBUR-Boston (May 11, 2007).

Guest commentator, Impeachment of Alberto Gonzales, *Background Briefing,* KPFK Pacifica Radio (May 6, 2007).

Guest commentator, "White Collar Crime," *Odyssey*, Chicago Public Radio, July 18, 2005.

Guest Commentator, "White Collar Crime Sentencing," *Talk of the Nation*, National Public Radio (Jan. 8, 2003) (available at www.npr.com).

# PERSONAL

Married to Professor Robin J. Bowman, RN, BSN, MPH, University of Missouri School of Health Professions.  Three children, aged 31, 28, and 28.