# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
- - - - - - - - - - - - - - - - - - - - - - - -x
ALAN DERSHOWITZ,

                          Plaintiff,


                          Index No.:
                          0:20-CV-61872-AHS


             -against-


CABLE NEWS NETWORK, INC.,


                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - -x

     VIDEO-RECORDED IN-PERSON REALTIME DEPOSITION

                      OF

              ALAN DERSHOWITZ

     TAKEN ON:  September 13, 2022

- - - - - - - - - - -- - - - - - - - - - - - - -x

```
 1

 2                        I N D E X

 3    WITNESS              EXAMINATION BY        PAGE

 4    ALAN DERSHOWITZ   MS. BOLGER                 26

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1
2                    MARKED FOR IDENTIFICATION
3       EXHIBIT              DESCRIPTION              PAGE
4       Exhibit 1           Dershowitz               58
5                           Deposition in Boies
6                           versus Dershowitz,
7                           January 5, 2022,
8
9       Exhibit 2           Continued Dershowitz     61
10                          Deposition in Boies
11                          versus Dershowitz,
12                          January 7, 2022,
13
14      Exhibit 3           Continued Dershowitz     62
15                          Deposition in Boies
16                          versus Dershowitz,
17                          January 10, 2022,
18
19      Exhibit 4           Dershowitz Email,        69
20                          92nd Street Y,
21                          November 6, 2019,
22
23
24
25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3     EXHIBIT             DESCRIPTION              PAGE
 4     Exhibit 5           Colgate Maroon News,      76
 5                         November 1, 2018,
 6
 7     Exhibit 6           Email Exchange with       80
 8                         Bernard Beck, Bates
 9                         number 3606,
10                         December 4, 2019,
11
12     Exhibit 7           "U.S. News: Epstein       83
13                         Case," The Wall
14                         Street Journal,
15                         July 19, 2019,
16
17     Exhibit 8           "Alan Dershowitz:         89
18                         Devil's Advocate,"
19                         The New Yorker,
20                         July 29, 2019,
21
22
23
24
25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3      EXHIBIT            DESCRIPTION              PAGE
 4      Exhibit 9          Danny Grossman Email      90
 5                         exchange, Bates
 6                         number 54118 ,
 7                         June 5, 2020,
 8
 9      Exhibit 10         Dershowitz emails,        95
10                         Curated Collection
11
12      Exhibit 11         Hal Miller-Jacobs        103
13                         Email exchange with
14                         attachment, Bates
15                         number 59098,
16
17      Exhibit 12         Dershowitz Email         133
18                         Record of Tweets and
19                         Op Eds in Defense of
20                         Donald Trump with
21                         attachments, Bates
22                         number 12704
23
24
25
```

```
 1

 2                 MARKED FOR IDENTIFICATION

 3    EXHIBIT            DESCRIPTION            PAGE

 4    Exhibit 13         Adam Bellow Email to    137

 5                       Dershowitz, Bates

 6                       number 17748

 7

 8    Exhibit 14         "HLS Prof," article,    145

 9                       The Crimson,

10                       January 26, 2018,

11

12    Exhibit 15         "What Happened to       149

13                       Alan?" article,

14                       Politico, May 11,

15                       2018,

16

17    Exhibit 16         "Yet Another Book,"     161

18                       article, The New

19                       York Times, July 8,

20                       2018,

21

22

23

24

25
```

```
 1
 2                 MARKED FOR IDENTIFICATION
 3     EXHIBIT            DESCRIPTION            PAGE
 4     Exhibit 17         "Reversal of          165
 5                        Reputation,"
 6                        article, Justia,
 7                        "Verdict" law blog,
 8
 9     Exhibit 18         Composite Dershowitz  171
10                        emails, Bates number
11                        23383
12
13     Exhibit 19         Emails from           178
14                        acquaintances
15
16     Exhibit 20         "Alan Dershowitz's    191
17                        New Reality"
18                        article, The
19                        Washington Post,
20
21
22
23
24
25
```

```
 1

 2                    MARKED FOR IDENTIFICATION

 3     EXHIBIT              DESCRIPTION              PAGE

 4     Exhibit 21           "Maxine Waters,"          195

 5                          article by Alan

 6                          Dershowitz, The

 7                          Hill, June 27, 2018,

 8

 9     Exhibit 22           "Alan Dershowitz          201

10                          says," article,

11                          July 3, 2018,

12

13     Exhibit 23           "Alan Dershowitz is       203

14                          Enjoying," article

15                          by Jeremy Peters,

16                          the New York Times,

17                          July 7, 2018,

18

19     Exhibit 24           "The Vineyard             207

20                          Gives," article, The

21                          Boston Globe,

22                          July 4, 2018,

23

24

25
```

```
 1

 2                    MARKED FOR IDENTIFICATION

 3     EXHIBIT            DESCRIPTION            PAGE

 4     Exhibit 25         Dershowitz,            214

 5                        Negraponte, Teller

 6                        Email chain, 2018

 7

 8     Exhibit 26         Dershowitz and David   227

 9                        Email chain

10

11     Exhibit 27         Dershowitz and Ashe    233

12                        Email chain

13

14     Exhibit 28         Dershowitz,            256

15                        Patterson

16                        Correspondence

17

18     Exhibit 29         Dershowitz, Beck       278

19                        Email chain

20

21     Exhibit 30         Dershowitz, Theise     282

22                        Email chain,  Bates

23                        number 60639

24

25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3      EXHIBIT              DESCRIPTION              PAGE
 4      Exhibit 31          Dershowitz, Fialkow      286
 5                          Email chain, Bates
 6                          number 58027,
 7                          July 24, 2018,
 8
 9      Exhibit 32          Price of Principle,      297
10                          excerpt, Alan
11                          Dershowitz
12
13      Exhibit 33          "Alan Dershowitz's       303
14                          Martha's," article,
15                          The New Yorker,
16                          Isaac Chotiner,
17                          July 19, 2022,
18
19      Exhibit 34          "The Ugliest Part,"      324
20                          Email, Bloomberg
21                          Opinion, by Jonathan
22                          Bernstein,
23                          January 29, 2020,
24
25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3     EXHIBIT            DESCRIPTION              PAGE
 4     Exhibit 35         "Don't Be Confused,"     332
 5                        article by Nikolas
 6                        Bowie, The New York
 7                        Times, January 27,
 8                        2020,
 9
10     Exhibit 36         "Madison, Hamilton,      336
11                        Dershowitz,"
12                        analysis by Fred
13                        Barbash, The
14                        Washington Post,
15                        January 29, 2020,
16
17     Exhibit 37         "The Senate Should       343
18                        Reject," opinion, by
19                        Jonathan Turley, The
20                        Hill, January 22,
21                        2020,
22
23
24
25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3      EXHIBIT              DESCRIPTION              PAGE
 4      Exhibit 38           Composite of Emails      351
 5                           to Dershowitz
 6                           between Senate
 7                           appearances
 8
 9      Exhibit 39           "21 Hours with,"         361
10                           article by Tom
11                           Chiarella, Esquire,
12                           January 29, 2020,
13
14      Exhibit 40           Dershowitz Emails re     373
15                           Pat on Pompeo's Back
16
17      Exhibit 41           Defending the            394
18                           Constitution, by
19                           Alan Dershowitz
20
21      Exhibit 42           Tweets re Dershowitz     413
22                           Second Impeachment
23                           Appearance
24
25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3      EXHIBIT            DESCRIPTION              PAGE
 4      Exhibit 43        Articles published        425
 5                        before CNN
 6                        commentary
 7
 8      Exhibit 44        Email Exchanges           447
 9                        after Dershowitz's
10                        second impeachment
11                        appearance before
12                        CNN reporting
13
14      Exhibit 45        Legal Expert              449
15                        critiques of
16                        Dershowitz
17                        impeachment argument
18
19      Exhibit 46        an email chain            482
20
21      Exhibit 47        Dershowitz, Blitzer       491
22                        Email chain, Bates
23                        number 1065
24
25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3      EXHIBIT           DESCRIPTION              PAGE
 4      Exhibit 48        Dershowitz, Lamb         497
 5                        Email chain, Bates
 6                        number 60336,
 7                        January 31, 2020,
 8
 9      Exhibit 49        Email re Dershowitz      502
10                        February 12, 2021
11                        CNN appearance,
12                        Bates number 45495
13
14      Exhibit 50        "Dershowitz: I'm         507
15                        Thinking," article,
16                        Newsmax, March 10,
17                        2020,
18
19      Exhibit 51        Dershowitz, Chris        519
20                        Cuomo Email chain
21
22
23
24
25
```

```
 1
 2                  MARKED FOR IDENTIFICATION
 3     EXHIBIT             DESCRIPTION              PAGE
 4     Exhibit 52          Emails to Dershowitz     535
 5                         rejecting his
 6                         criticism of CNN's
 7                         reporting
 8
 9     Exhibit 53          Email to Dershowitz      537
10                         re "Why CNN Misled,"
11                         Op Ed, by
12                         Dershowitz,
13                         January 29, 2020,
14
15     Exhibit 54          2017 Federal Tax         546
16                         Return, Dershowitz
17                         and Cohen
18
19     Exhibit 55          2017 Federal Tax         547
20                         Returns, Alan
21                         Dershowitz
22                         Consulting Company
23
24
25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3      EXHIBIT           DESCRIPTION              PAGE
 4      Exhibit 56        2018 Federal Tax         549
 5                        Return Dershowitz
 6
 7      Exhibit 57        2018 Federal Tax         551
 8                        Returns for Alan
 9                        Dershowitz
10                        Consulting
11
12      Exhibit 58        2019 Federal Tax         554
13                        Return for Alan
14                        Dershowitz and
15                        Carolyn Cohen
16
17      Exhibit 59        2019 Federal Tax         555
18                        Return for Alan
19                        Dershowitz
20                        Consulting
21                        Corporation
22
23
24
25
```

```
1              MARKED FOR IDENTIFICATION
2      EXHIBIT            DESCRIPTION            PAGE
3      Exhibit 60         2020 Federal Tax Return  556
4                         for Alan Dershowitz and
5                         Carolyn Cohen
6      Exhibit 61         2020 Federal Tax Return  556
7                         for Alan Dershowitz
8                         Consulting Corp.
9      Exhibit 62         email bearing the       558
10                        Bates number 58984
11
12     Exhibit 63         Shubauer Email to       566
13                        Dershowitz, Bates
14                        number 60080
15
16     Exhibit 64         Dershowitz, Zweibel     569
17                        Email chain, Bates
18                        number 23384
19
20     Exhibit 65         Carolyn Cohen Email     572
21                        to Dershowitz,
22                        January 17, 2021,
23
24
25
```

```
 1
 2                    MARKED FOR IDENTIFICATION
 3      EXHIBIT              DESCRIPTION              PAGE
 4      Exhibit 66           Carolyn Cohen Email      574
 5                           to Dershowitz, Bates
 6                           number 23994,
 7                           January 17, 2020
 8
 9      Exhibit 67           Cohen Email to           576
10                           Dershowitz, Bates
11                           number 26097,
12                           January 25, 2020
13
14      Exhibit 68           Family Email, Bates      577
15                           number 125040
16
17      Exhibit 69           Jamin Dershowitz         583
18                           Email to Alan
19                           Dershowitz, Bates
20                           number 26564
21
22      Exhibit 70           Police report Miami      587
23                           Beach
24
25
```

1

2                    REQUESTS FOR PRODUCTION

3

    DESCRIPTION                    PAGE
4
    Emails with Mr. Beck..         280
5
    Dershowitz letter...           305
6
    2021 Individual and S corp...  556
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2    ***************************************************

3    VIDEO-RECORDED  IN-PERSON  REALTIME  DEPOSITION    of

4    ALAN DERSHOWITZ, held  on  September  13,  2022,  at

5    9:45 a.m.,  at  Davis,  Wright  and  Tremaine,  LLP,

6    1251 Avenue of the Americas, 21st Floor,  New  York,

7    New York 10019, was reported by  AMBRIA  IANAZZI,  a

8    Registered    Professional    Reporter,    Certified

9    Realtime  Reporter,    and    Certified    Shorthand

10   Reporter.

11   ***************************************************

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S :

 2      SCHWEIKERT LAW PLLC
             Attorneys for Plaintiff
 3           1111 Brickell Avenue, Suite 1550
             Miami, Florida 33131
 4
          BY:  MARK SCHWEIKERT, ESQ.
 5

 6

 7      DAVIS WRIGHT TREMAINE, LLP
             Attorneys for Defendant
 8           1251 Avenue of the Americas
             New York, New York 10019-6708
 9

10       BY:  KATHERINE M. BOLGER, ESQ.

11           HILARY ORAN, ESQ.
             katebolger@dwt.com
12           hilaryoran@dwt.com

13

14

15

16

17  ALSO PRESENT:

18  DEBBIE O'TOOLE, Videographer

19  DANA NOLAN, ESQ., in-house counsel @ CNN

20

21

22

23

24

25
```

1

2                              - o 0 o -

3

4                A L A N   D E R S H O W I T Z,

5          having been first duly sworn by a Notary

6     Public of the State of New York was examined and

7                      testified herein:

8

9                              - o 0 o -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2          THE VIDEOGRAPHER:  We are on

3      the record at 10:01 a.m. on

4      September 13th, 2022.  Audio and video

5      recording will continue to take place

6      until all parties agree go off the

7      record.  Please note that microphones

8      are sensitive and may pick up

9      whispering and private conversations.

10          This is the video-recorded

11      proceeding of Alan Dershowitz taken by

12      Counsel for the Defendant, in the

13      matter of Dershowitz versus Cable News

14      Network, Inc., filed in the U.S.

15      Southern District of Florida, Case

16      Number 020CV61872.  This proceeding is

17      being held at Davis Wright Tremaine,

18      LLP, located at 1251 Sixth Avenue, New

19      York, New York.

20          My name is Debbie O'Toole.

21      I'm the videographer on behalf of U.S.

22      Legal Support, located at

23      16825 North Chase Drive, Suite 900,

24      Houston, Texas 77060.

25          I'm not related to any party

1
2      in this action, nor am I financially
3      interested in the outcome.  The court
4      reporter is Ambria Ianazzi on behalf of
5      U.S. Legal Support.
6              Counsel will state their
7      appearances for the record, after
8      which, the court reporter will swear in
9      the Witness.
10              MR. SCHWEIKERT:  Mark
11      Schweikert for Plaintiff, Alan
12      Dershowitz.
13              MS. BOLGER:  Katherine Bolger
14      from Davis, Wright and Tremain on
15      behalf of CNN.  With me today is
16      Hillary Oran and Dana Nolan from CNN.
17              THE COURT REPORTER:  Can I
18      have your first -- Your first and last
19      name?
20              THE WITNESS:  Alan, A-L-A-N;
21      Dershowitz, D-E-R-S-H-R-O-W-I-T-Z.
22              THE COURT REPORTER:  And your
23      address?
24              MR. SCHWEIKERT:  Can we do
25      that off the record?  Is that all

1

2        right?

3                THE WITNESS:   14th Street in

4        Miami Beach, but I don't have the

5        exact -- Ocean Drive in Miami Beach.

6        I'll give you the exact address.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    A. DERSHOWITZ

2    EXAMINATION BY

3    MS. BOLGER:

4            Q.   Mr. Dershowitz, we've met.

5        My name Kate Bolger, and I'm here to

6        ask you some questions about this

7        litigation.

8            A.   Sure.

9            Q.   You've been deposed before,

10       correct?

11           A.   Yes.

12           Q.   Pretty recently, in fact,

13       right?

14           A.   Yes.

15           Q.   You were recently deposed

16       in the Boies versus Dershowitz matter,

17       right?

18           A.   No.

19           Q.   You have not been deposed

20       in that matter?

21           A.   No.  Recently.

22           Q.   Sorry, have you been

23       deposed in that?

24           A.   I was deposed a long time

25       ago.  I was recently deposed in the
```

```
 1                    A. DERSHOWITZ

 2      Giuffre matter.

 3            Q.    Okay.

 4            A.    Yeah.

 5            Q.    I'll get to that one.

 6      Sorry, I'll ask you again.

 7                  You were deposed in the

 8      Boies versus Dershowitz matter, and

 9      still going, right?  That --

10            A.    That's still going, yeah.

11            Q.    Okay.

12                  You've already been deposed

13      nine times in that case?

14            A.    I don't remember.

15            Q.    Why has that gone on so

16      long?

17            A.    I don't know.

18            Q.    Okay.

19                  And you were recently

20      deposed in the Giuffre case?

21            A.    That's right.

22            Q.    And when was that?

23            A.    I think last week,

24      Wednesday and Thursday.

25            Q.    And is that deposition
```

```
 1                    A. DERSHOWITZ

 2      complete?

 3            A.    Say that again.  I can't

 4      hear you.

 5            Q.    Is that deposition

 6      complete?

 7            A.    It is, subject to recall.

 8            Q.    And you were also deposed

 9      the Edwards case, right?

10            A.    Yeah.  A long time ago,

11      yeah.

12            Q.    And is that deposition

13      complete?

14            A.    That case is been resolved,

15      and that deposition is complete.

16            Q.    Okay.

17                  And you understand, of the

18      course, that a deposition is under

19      oath, right?

20            A.    Of course.

21            Q.    And that you have to

22      testify truthfully, right?

23            A.    I will always testify

24      truthfully.

25            Q.    And you testified
```

```
 1                    A. DERSHOWITZ
 2       truthfully in those depositions, right?
 3            A.    Of course.
 4            Q.    And you'll testify
 5       truthfully today?
 6            A.    I will.
 7            Q.    Okay.
 8                 MR. SCHWEIKERT:  Are you
 9       picking him up?  He's speaking a little
10       softly.
11                 MS. BOLGER:
12            Q.    Did you do anything to
13       prepare for today's deposition?
14            A.    Yes.
15            Q.    What did you do?
16            A.    I read my speech in front
17       of the United States Senate, and my
18       answer to the first question two days
19       later.
20            Q.    Anything else?
21            A.    No -- I spoke to my lawyer.
22            Q.    Okay.
23                 About how long did you
24       speak to your lawyer?
25            A.    Well, we spoke yesterday
```

```
 1                    A. DERSHOWITZ

 2         for maybe 15 minutes and then this

 3         morning maybe 20 minutes or

 4         thereabouts.

 5              Q.    Okay.

 6                    Did you review any

 7         documents other than your speech and

 8         your answer to Mr. Cruz's question?

 9              A.    No.

10              Q.    Okay.

11                    You have attended every

12         deposition in this case, right?

13              A.    Have I attended every

14         deposition in this case?  I've attended

15         parts of them, not all of them.  I had

16         to leave during some of them.  I think

17         I attended parts of every one.  I'm not

18         positive.  I remember the on-camera

19         people and the guests.  I don't think I

20         attended the technical person's

21         deposition, but I'm not sure.  I may

22         have just popped in for a minute, yeah.

23              Q.    Okay.

24                    And I discovered, and your

25         family has testified, that you were a
```

```
 1                   A. DERSHOWITZ
 2        frequent sender of emails, correct?
 3             A.    I only started sending
 4        emails years after it began.  I'm not a
 5        technical person, but now I send emails
 6        and sometimes texts, yeah.
 7             Q.    Okay.  And the emails --
 8                   You use two different email
 9        addresses, right?
10        Dershowitz.law.Harvard.edu is one of
11        your email addresses.
12             A.    That's right.
13             Q.    And your other one is
14        AlanDersh@gmail.com?
15             A.    That's correct.
16             Q.    Do you use that --
17                   And do you have a system
18        between which email you use?
19             A.    I should.  And I do now a
20        little bit, but I didn't back in the
21        day.  I would -- I wouldn't even know
22        which one was being used.  Whichever
23        one popped up, I never noticed that.
24                   And then when my emails got
25        subpoenaed, I was warned by my lawyers:
```

```
 1                    A. DERSHOWITZ
 2        Please, please, please, be careful to
 3        separate the two, so I did.  I try to,
 4        but I don't do it well.
 5             Q.    Okay.
 6                   Is it generally your
 7        practice to be truthful when you write
 8        emails?
 9             MR. SCHWEIKERT:  Form.
10             THE WITNESS:
11             A.    It's generally my practice
12        to be truthful in every aspect of my
13        life.
14             MS. BOLGER:
15             Q.    Including emails?
16             A.    Of course, including
17        emails.
18             Q.    How about your books?
19             A.    Yes.  I mean, I pride
20        myself on being accurate in my books.
21        I've written 50 of them, and I don't
22        recall any reviews pointing out -- I
23        mean, people have disagreed, but I
24        don't think they've pointed out
25        deliberate inaccuracies.
```

```
 1                    A. DERSHOWITZ
 2          Q.    How are you damaged by the
 3     publication of the allegedly defamatory
 4     statements by CNN that we're all here
 5     for today?
 6          A.    Okay.  Now, I have to
 7     answer that quite extensively.  So I
 8     hope you'll --
 9          Q.    I'm hoping you will --
10          A.     -- understand that.  Yeah.
11               I've been a controversial
12     person all my life.  I've always --
13     I've never been in the mainstream of
14     academia.  I've always been highly
15     regarded as a descender and somebody
16     who has -- speaks his own mind.
17               I've been much criticized
18     for my points of view, but never before
19     in my life have I been characterized as
20     somebody who is like Hitler and
21     Mussolini and Stalin.  Never before
22     have I been called essentially insane.
23               Never before has my ability
24     to reason and think been questioned.
25     So more than anything in my life, the
```

```
 1                    A. DERSHOWITZ
 2        CNN defamation has turned me from a
 3        respected, though controversial, figure
 4        into somebody who is no longer
 5        respected and no longer regarded as
 6        somebody who should be interviewed by
 7        mainstream media, should be invited to
 8        speak in academic sessions.  It's
 9        transformed my life dramatically.
10                            ███████████████████
███████████████████████████████████
███████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████
███████████████████████████████████████████
19                        I could go on and on and
20        on.  Maybe it would be better if you
21        asked specific question, but that's the
22        general outline as to how I've been
23        damaged.
24                        I've also been damaged
25        financially.  I have fewer clients than
```

```
 1                      A. DERSHOWITZ
 2        I had before, and they tend to come
 3        from a particular political and
 4        ideological place, a place that I don't
 5        share.  But I've had many fewer cases
 6        offered me and many fewer --
 7                     I've also sold fewer books
 8        as the result of not getting reviewed,
 9        essentially because of the status that
10        CNN put me in, as a -- somebody not to
11        be taken seriously, somebody who should
12        be totally disregarded, because my
13        views are -- are insane.
14                     And the views that were
15        attributed to me by CNN are, in fact,
16        insane.  Everything said about what is
17        claimed I said on CNN is -- is within
18        the limits -- not the Hitler, Stalin,
19        Mussolini -- but -- but within limits,
20        correct.
21                     The only problem, and an
22        enormous big problem, is I said exactly
23        the opposite, and CNN willfully,
24        deliberately, maliciously distorted
25        everything I said to turn it around and
```

```
 1                  A. DERSHOWITZ
 2        make me say exactly the opposite of
 3        what I wrote, said, believed and stated
 4        on the floor of the senate.
 5              Q.    Okay.
 6                    Veered off my question a
 7        little bit at the end, but I understand
 8        that.  I want to talk again about your
 9        damages.
10              A.    How did I veer off?
11              Q.    You talked about what CNN
12        did.  But let's talk about -- You
13        said -- You just said you were damaged
14        financially?
15              A.    Yes.
16              Q.    In this litigation your
17        attorney has repeatedly taken the
18        position that you were not damaged
19        financially and financial damages were
20        not at issue.
21                    And as a consequence, we
22        didn't get a whole bunch of discovery
23        that we otherwise would have gotten.
24              A.    You're mistaken.  My
25        lawyers have never said I wasn't
```

A. DERSHOWITZ

1
2      damaged financially.  They've dropped

3      the claim against CNN of financial

4      damage.  But I don't think my lawyers

5      would know whether I was damaged

6      financially.

7                  I have been damaged

8      financially.  I'm not seeking

9      compensation for that, but I have been

10     damaged financially.

11          Q.    Okay.

12          A.    I've sworn to tell the

13     truth, the whole truth and nothing but

14     the truth, so I have to add things that

15     are not necessarily within the

16     pleadings because you didn't ask me

17     about the pleadings.  You asked me

18     about the damages.  And I took it that

19     you didn't ask it in a technical term.

20     You asked in a broader term.

21          Q.    I want to make sure

22     technically, you are not seeking

23     damages for alleged financial harm in

24     this litigation, correct?

25          A.    That's my understanding

```
 1                    A. DERSHOWITZ
 2          from my lawyers, yeah.
 3               Q.    Okay.
 4               A.    Oh, let me be very clear
 5          about that.  Could you ask the --
 6          repeat the question again.  I think I
 7          may have misheard it.
 8               Q.    Yes.
 9               A.    Okay.
10               Q.    You are not seeking
11          financial damages for CNN's
12          defamation -- alleged defamation?
13                    MR. SCHWEIKERT:  Objection to
14          form.
15                    THE WITNESS:
16               A.    That's a -- That's a legal
17          question.  I am seeking damages, and I
18          am seeking monetary damages, but I'm
19          not -- I'm not seeking damages for loss
20          of earnings or income -- I think is the
21          fairest way to put it.
22                    MS. BOLGER:
23               Q.    I think that's different
24          from what your lawyers have represented
25          to the Court, but I do not think you
```

```
 1                    A. DERSHOWITZ
 2      and I need to fight about that now?
 3              A.    Sure.
 4              Q.    So I will move on.
 5                    Other than the damages
 6      we've just discussed, are there any
 7      other damages that you have suffered as
 8      a result of CNN's alleged defamatory
 9      statements?
10              A.    Yes.  I suffered
11      psychological damages.  Having gone
12      through my whole life as a highly
13      respected person, widely admired,
14      somebody who has been offered
15      incredibly prestigious opportunities,
16      to be called Stalin, Hitler, and
17      Mussolini --
18                    Particularly coming from
19      the Jewish background that I come from,
20      I have fought all my life against
21      Hitler and Mussolini and Stalin.  The
22      three of them were virulent antisemites
23      who were responsible for the murder of
24      millions of Jews.
25                    So to be compared to
```

```
1                      A. DERSHOWITZ
2           Hitler, Mussolini and Stalin affected
3           my psyche deeply, caused me to lose
4           sleep, caused me physical damage.
5                      Now, you can't ever
6           attribute physical harms to -- It's
7           rare that you can attribute physical
8           harms to one specific event, but I
9           believe that the CNN defamation
10          contributed significantly to the health
11          problems that I've experienced since
12          that happened.
13               Q.    Okay.
14                      Anything else?
15               A.    I'm sure there are many
16          more things.  You know, it damaged me
17          in ways that are subtle and hard to
18          talk about.  It changed my life.  The
19          trajectory of my life, from positive to
20          negative, and that incorporates all
21          aspects of my life -- from the most
22          personal, to people walking up to me in
23          the street and spiting at me or saying
24          they won't go into a restaurant that
25          I'm at.  Or my wife working out in a
```

```
 1                    A. DERSHOWITZ

 2       gym, and somebody walking into the gym

 3       and saying, Oh my God, that's Alan

 4       Dershowitz's wife.  I can't be in the

 5       same room she is, and walking out.  To

 6       my children being horribly affected

 7       among their peers and in their job

 8       opportunities and other things.

 9                 So it's -- It's hard to

10       imagine that anything about my life

11       hasn't changed for the worse as the

12       result of the CNN deliberate, malicious

13       defamation and turning around

14       everything I said and making it exactly

15       the opposite of everything I believed

16       in all my life and everything I've said

17       all my life.

18                 Never once in my life --

19       hold my hand up -- Never once in my

20       life did I ever say, suggestion, or

21       imply that a president could commit

22       crimes, and do anything that he

23       wanted -- including criminal conduct --

24       and not be impeached.  I never, ever,

25       said that in my life.  I don't believe
```

1              A. DERSHOWITZ

2    it.  It's wrong.  I've said exactly the

3    opposite.  And by CNN by putting it

4    into my mouth, destroyed my -- my

5    career in many ways.  It hurt me

6    psychologically, emotionally and

7    physically and in every other way.

8              Q.    Okay.

9                    Has anyone over told you

10   that their opinion of you changed

11   because of the CNN statements?

12             A.    Oh, of course.

13             Q.    Who?

14             A.    My wife, initially.  My

15   children.  Many, many, many friends.

16   People on the street.

17             Q.    Who?

18             A.    I don't know -- People come

19   up to me.  People came up to me on the

20   street today, this morning.  People

21   came up to me in the building today,

22   this morning.  People constantly come

23   up to me.  I'm a very recognizable face

24   and --

25             Q.    And they said, My opinion

```
 1                    A. DERSHOWITZ
 2        of you changed because of what CNN
 3        said?
 4              A.    Many times.
 5              Q.    Today.  The people on the
 6        street today?
 7              A.    No.
 8              Q.    Okay.
 9                    Who -- Who has said it to
10        you?
11              A.    People walking with me on
12        the street.  People who -- you know.
13                    The important thing, of
14        course, is that when people have
15        opinions that have changed for the
16        negative, they don't tell you that.
17        They just act that way.  They just
18        don't call you.  They don't hire you.
19        They don't ask you to speak.
20                    It's very rare that
21        somebody will call you on the phone and
22        say, As the result of CNN, I won't have
23        you do this.  But the chronology is
24        clear enough.  People have told me
25        about that.  That it's just so
```

```
 1                    A. DERSHOWITZ

 2        self-evident to me that CNN turned

 3        everything around.

 4                     When I made my speech in

 5        the senate, even people from the

 6        opposing party commended me for the

 7        brilliance of my speech.  I'm extremely

 8        proud of my speech.  I think it will be

 9        remembered historically as a

10        significant piece of scholarship on the

11        issue of -- of impeachment.  There's

12        hardly a word in it I would change.

13        And my life didn't change as a result

14        of that speech in the senate.  It

15        changed as the result of CNN's

16        mischaracterizing my answer to Senator

17        Cruz's question.

18               Q.    Can you name a single

19        person who has told you their opinion

20        of you changed as a result of CNN's

21        reporting?

22                     MR. SCHWEIKERT:  Objection to

23        form.

24                     MS. BOLGER:

25               Q.    By name?
```

A. DERSHOWITZ

1

2      A.    Say it again.

3      Q.    Can you name a single
4  person who has told you that their
5  opinion of you has changed as a result
6  of CNN's reporting?

7          MR. SCHWEIKERT:  Objection to
8  form.

9          THE WITNESS:

10     A.    Well, my wife told me that.
11  And she also told me that many of her
12  friends have told her that.

13          MS. BOLGER:

14     Q.    Who?

15     A.    You would have to ask her.
16  That -- That was the line that people
17  were prepared to accept the fact that I
18  was performing a function similar to
19  James St. Clair who represented Richard
20  Nixon, similar to other people who
21  represented Bill Clinton, people who
22  represented -- People have compared me,
23  in the past, to John Adams for
24  representing the very unpopular
25  soldiers who committed the Boston

```
 1                      A. DERSHOWITZ

 2        Massacre, but that all changed with

 3        CNN.

 4                      It changed from me being

 5        disagreed with, controversial, to me

 6        being regarded as senile,

 7        psychologically disturbed.  That word

 8        has been -- Those words have been

 9        thrown around quite a bit.  And you

10        know, these things get reported back to

11        me.  Just check my tweets.  Check --

12        Check when I -- When I -- I'm on

13        Twitter or when I'm on Rumble, or when

14        I'm on other kinds of things, there're

15        all kinds of criticism among them,

16        particularly after -- right after it

17        happened, was attributing it to the

18        fact that people believe --

19                      People actually believe

20        that I said a president can commit

21        crimes.  They believe it because they

22        saw it on CNN.  They certainly don't

23        believe it because I ever said anything

24        like that.

25                Q.   Did there come a time when
```

```
1                     A. DERSHOWITZ

2          Virginia Giuffre --

3               A.    I didn't hear you.  I

4          didn't hear you.

5               Q.    Did there come a time when

6          Virginia Giuffre made certain

7          allegations against you?

8               A.    False allegations, yes.

9               Q.    What are those allegations?

10              A.    She alleged that when she

11         was 17 years old, I was trafficked --

12         she was trafficked to me by Jeffrey

13         Epstein.  I never met her.  I never

14         heard of her, but she made those

15         allegations.

16                    She alleged ultimately that

17         she had had sex with me on Jeffrey

18         Epstein's island, where I never, ever

19         visited during the relevant

20         time-period; Jeffrey Epstein's ranch,

21         which I never visited during the

22         relevant time-period; in a car, driving

23         near my house in Cambridge --

24         unthinkable, and -- and a number of

25         other places.
```

```
 1                     A. DERSHOWITZ

 2              Her lawyers admitted, of

 3         course, that she was wrong, simply

 4         wrong, in making those allegations.

 5              Q.    And when did she make those

 6         allegations?

 7              A.    In the last day or day --

 8         the last couple of days of 2014.

 9              Q.    And then those allegations

10         were -- sort of resurfaced again when

11         Mr. Epstein was rearrested, correct?

12              A.    Was what?

13              Q.    Was rearrested in 2019?

14              A.    I would say that's not --

15              That's part of what

16         happened.  I mean, it was a -- It was

17         a -- a gradual process.  But for

18         many -- From many people's point of

19         view, the case was over when her

20         lawyers settled with me and agreed that

21         they had been wrong in filing it,

22         agreed to withdraw the complaint.  From

23         the -- from a legal point of view,

24         there was no longer any complaint out

25         there after that settlement occurred.
```

```
 1                    A. DERSHOWITZ
 2                    But then obviously, with
 3          the Me Too Movement, with the Netflix,
 4          with the arrests, suicide -- Every time
 5          Epstein's name is mentioned, there is a
 6          repeat of the story, always with my
 7          firm denials, sometimes with the proof
 8          of my denials as well.
 9                    So that's been -- that's
10          been a process.  That has not, however,
11          in any way affected my academic
12          standing, my academic career and -- or
13          my professional reputation.
14               Q.   But it has led to five
15          lawsuits, right?
16               A.   I can't -- I'm sorry.
17               Q.   It has led to five
18          lawsuits, right?  There's the -- your
19          lawsuit with Edwards and Cassell,
20          right? -- which is a defamation
21          lawsuit?
22               MR. SCHWEIKERT:  Objection to
23          form.
24               THE WITNESS:
25               A.   Actually, six lawsuits.
```

```
 1                    A. DERSHOWITZ
 2              MS. BOLGER:
 3         Q.    You'll have to fill me in.
 4    So there's Edwards and Cassell versus
 5    Dershowitz, which was a defamation
 6    lawsuit, right?
 7         A.    Right.
 8         Q.    Right?
 9         A.    Yes.
10         Q.    Okay.
11              Then there's Giuffre versus
12    Dersh --
13         A.    No, no.  Then there's
14    Dershowitz versus Cassell and
15    Edwards --
16         Q.    Okay.
17         A.    -- for defamation.
18         Q.    Which was a defamation
19    lawsuit.
20         A.    Counter suite, yeah.
21         Q.    Then there's Giuffre versus
22    Dershowitz, which also has a
23    counterclaim --
24         A.    That's right.
25         Q.    -- for you for defamation?
```

```
 1                    A. DERSHOWITZ

 2           A.    Right.

 3           Q.    Then there's Boies versus

 4      Dershowitz, which also has a

 5      counterclaim for you versus for

 6      defamation --

 7           A.    Yeah.

 8           Q.    Right?

 9           A.    There's more.

10           Q.    And then there's Netflix.

11      You sued Netflix for defamation.

12           A.    I sued Netflix, but we

13      agreed to have mutual, but -- I swore

14      to tell the whole truth.  I sued in

15      England and collected for damages for a

16      false statement regarding Giuffre, and

17      I sued in Israel regarding a false

18      statement.  And -- and a settlement

19      offer has been proposed, which I have

20      not yet accepted.

21                So there are actually, I

22      think, eight -- eight lawsuits.  I

23      don't think I ever had a lawsuit in my

24      life prior to 2015.  I'm not a

25      litigious person, but when your
```

```
 1                    A. DERSHOWITZ

 2         reputations have been attacked in this

 3         way, you have to respond.  And I've

 4         always been somebody who tries to bring

 5         out the truth.

 6              Q.    Now as a result of the

 7         allegations made against you by

 8         Virginia Giuffre, your entire legacy

 9         has been destroyed, right?

10              A.    No.

11                  MR. SCHWEIKERT:  Objection to

12         form.

13                  THE WITNESS:

14              A.    I wouldn't say my entire

15         legacy has been destroyed.  I would

16         say -- I would say a part of it has

17         been destroyed.

18                    My legacy as a person of

19         sexual propriety and of -- personal

20         life has been destroyed.  But it didn't

21         really have an impact on my legacy as a

22         scholar or as an intellectual, public

23         intellectual or -- in any way.

24                    Again, it's very much a

25         matter of degree.  But the effect on my
```

```
 1              A. DERSHOWITZ

 2        academic, intellectual, professional

 3        legacy was not nearly as great as the

 4        CNN defamation.

 5              MS. BOLGER:

 6              Q.   As a result of the

 7        allegations made against you by

 8        Virginia Giuffre your entire reputation

 9        was destroyed, correct?

10              A.   My reputation as a person

11        of sexual probity was destroyed.  Had

12        no impact, or little impact -- I mean,

13        some people obviously, combined

14        factors.  But in general, the impact

15        was -- was limited.  Importantly -- It

16        was an important impact, but to my

17        personal life, to my sexual life, to my

18        private life.  And the analogy I would

19        make is to Bill Clinton.

20                    Bill Clinton's legacy as

21        President of the United States was

22        damaged by the allegations against him,

23        because he was -- Obviously, did it in

24        the White House and a public figure.

25        But, you know, he continued to have an
```

```
 1                    A. DERSHOWITZ

 2         excellent reputation as an intellectual

 3         and as a -- as a president even after

 4         he was accused of sexual improprieties

 5         with Monica Lewinsky.

 6                    So in life, legacies tend

 7         to be divided.  The Giuffre thing had

 8         an important impact on aspect of my

 9         legacy in my life.  But the CNN thing

10         had a much greater impact on my

11         professional legacy, my academic

12         legacy, my intellectual legacy.

13            Q.    But nobody takes seriously

14     what you have to say about the

15     Constitution or about the law anymore

16     because of Ms. Giuffre allegations,

17     right?

18     (Simultaneous speaking.)

19            MR. SCHWEIKERT:  Objection to

20     form.

21            THE WITNESS:

22            A.    Is that testimony or is

23     that a question?

24            MS. BOLGER:

25            Q.    It's a question.
```

```
 1                     A. DERSHOWITZ
 2          A.    Okay.  Could you --
 3          Q.    I said "right?"
 4          A.    Okay.  Would --
 5          Q.    I said, "Nobody takes
 6     seriously what you have to say about
 7     the Constitution or about the law any
 8     more because of Ms. Giuffre's
 9     allegations," correct?
10              MR. SCHWEIKERT:  Object to
11     form.
12              THE WITNESS:
13          A.    I would say that people
14     take less seriously what I have to say
15     about the Constitution because they
16     think that I made statements that would
17     compare me to Hitler, Stalin and
18     Mussolini, and that I said that a
19     president can do anything he can,
20     including committing crimes.  As a
21     result of that, people take less
22     seriously my -- my academic statements.
23              Some people --
24          Q.    That's not my question --
25     Mr. Dershowitz, you didn't answer my
```

```
 1                   A. DERSHOWITZ

 2        question.  My question was --

 3                  MR. SCHWEIKERT:  Let him

 4        finish answering, please.

 5        (Simultaneous speaking.)

 6                  MS. BOLGER:

 7            Q.   My question was:  Nobody

 8        takes seriously what you say about the

 9        Constitution or about the law any more

10        because of Mr. Giuffre's allegations.

11                  MR. SCHWEIKERT:  Hold on.

12        Before you answer that question --

13                  THE WITNESS:

14            A.   Because of Ms. Giuffre's

15        allegations?

16                  MS. BOLGER:

17            Q.   Ms. Giuffre's allegations?

18            A.   If I said that, it was

19        probably well before the CNN attack on

20        me, and it would -- would have been an

21        overstatement if I said "nobody."

22        That's not -- That's not true.

23                    There are people who don't.

24        And again, you can look at tweets, and

25        you could look at other things.  I
```

```
 1                    A. DERSHOWITZ
 2         could be talking Thomas Jefferson, and
 3         they'll say, "Giuffre."  I could be
 4         talking about, you know, the Red Sox
 5         and they'll say, "Giuffre."
 6                    So people use the Giuffre
 7         allegation to attack me in every way,
 8         but not serious people.  Those are
 9         trolls, and those are people who oppose
10         me any way, and they use the Giuffre
11         allegation.
12                    But if I said that it
13         totally destroyed my legacy in every
14         way, I was not being accurate.  It was
15         probably just an emotional reaction to
16         having been falsely accused of
17         something as horrible as that,
18         something I would never do.
19              Q.    In fact, the allegations
20         destroyed your life, destroyed your
21         happiness, destroyed your health,
22         destroyed your reputation, destroyed
23         your career as a public speaker,
24         affected your writing, your book sales,
25         the readerships of your books, and no
```

```
 1                     A. DERSHOWITZ

 2        part of your life was not affected,

 3        correct?

 4                    MR. SCHWEIKERT:  Objection to

 5        form.

 6                    THE WITNESS:

 7             A.    Well, again it's a matter

 8        of degree.  It did have affects on all

 9        of those aspects of my life, but not

10        nearly as much as the CNN defamation

11        did on my professional life.

12                    MS. BOLGER:  Okay.  I'm going

13        to ask the court reporter to mark as

14        Exhibit 1, your deposition in the

15        matter of Boies versus Dershowitz taken

16        on January 5th, 2022.

17                    THE WITNESS:  Yup.

18        (Whereupon, Dershowitz Deposition in  Boies

19   versus Dershowitz, January 5, 2022,  was  marked  as

20   Exhibit   1   for   identification,   as      of

21   September 13th, 2022.)

22   BY MS. BOLGER:

23             Q.    So, Mr. Dershowitz, this

24        is, as I said, the transcript of your

25        deposition --
```

```
 1                    A. DERSHOWITZ

 2           A.    Yeah.

 3           Q.    -- taken on January 22nd,

 4     2022, which was eight months ago,

 5     right?

 6           A.    Something like that, yeah.

 7           Q.    And after the alleged

 8     defamation by CNN, right?

 9           A.    Yes.

10           Q.    And it was under oath,

11     right?

12           A.    Yes.

13           Q.    Okay.

14                 So if you turn to Page 347.

15           A.    347, I have it, yeah.

16           Q.    Line 16.

17           A.    I have it, yeah.

18           Q.    You'll see the question

19     is -- I would like -- There's a

20     preface, and then he says (as read).

21                 "Before we conclude for the

22     day, I'd like you to tell the jury how

23     the allegations -- How have the

24     allegations made against you by

25     Virginia Giuffre, Sarah Ransome, by and
```

```
 1                   A. DERSHOWITZ

 2        through her attorneys David Boies,

 3        affected both you and your family?"

 4                   And there's a long

 5        colloquy.

 6             A.    Yeah.

 7             Q.    And then on Page 349, you

 8        say:

 9                   "As a result of the totally

10        false accusations made up by women" --

11             A.    Where do I find that?  I

12        have to find that.

13             Q.    Sorry, 349, Line 11.

14             A.    Eleven, yeah.

15             Q.    "As a result of the totally

16        false accusations made up by a woman I

17        never met, doing something I would

18        never do in a million years, my entire

19        legacy has been destroyed.  My entire

20        reputation has been destroyed."

21                   Do you see that?

22             A.    Mh-hm, yes.

23             Q.    Okay.

24                   MS. BOLGER:  I'm going to ask

25        the court reporter to mark as Exhibit 2
```

```
 1                      A. DERSHOWITZ

 2          the continued deposition in the Boies

 3          versus Dershowitz matter dated

 4          January 7th, 2022.

 5          (Whereupon, Continued Dershowitz  Deposition

 6    in Boies versus Dershowitz,  January  7,  2022,  was

 7    marked  as  Exhibit  2  for  identification,  as  of

 8    September 13th, 2022.)

 9    BY MS. BOLGER:

10              Q.    And if you will turn to

11          Page 442.

12              MS. BOLGER:  Mark, are you

13          with me?  I don't want to leave you

14          behind.

15              MR. SCHWEIKERT:  Yeah.

16              MS. BOLGER:

17              Q.    You will see at Line 19,

18          the line, "before I do" --

19              A.    I got to get there.  19.

20          Okay.  I got it.

21              Q.    "Before I do, you have

22          testified that both those allegations

23          that have been made against you by

24          Virginia Giuffre.  Has that affected

25          you personally in any way?"
```

```
 1                    A. DERSHOWITZ

 2                    And if you turn to the next

 3         page, you'll see:  "It has ruined my

 4         life.  It has destroyed my retirement

 5         and has hurt my family.  I mean, I

 6         could spend hours.  It has resulted in

 7         me being canceled from various venues.

 8         It has resulted in negative effects in

 9         just -- in just every possible way."

10              A.    Yeah.

11              Q.    Do you see that?

12              A.    Yeah.

13              Q.    Great.

14                    MS. BOLGER:  We're going to

15         mark as Exhibit 3 your continued

16         deposition in the Boies versus

17         Dershowitz matter.

18              A.    Yeah.

19              Q.    Dated January 10th.

20         (Whereupon,  Continued  Dershowitz  Deposition

21    in Boies versus Dershowitz, January  10,  2022,  was

22    marked as Exhibit  3   for  identification,  as  of

23    September 13th, 2022.)

24    BY MS. BOLGER:

25              Q.    Okay.  We're going to turn
```

```
 1                    A. DERSHOWITZ
 2        to Page 547.  And you will see --
 3              A.    One second, 547?
 4              Q.    Yes, sir.
 5              A.    Yeah.
 6              Q.    You'll see:  "The question
 7        is, Professor Dershowitz, how have the
 8        public post about" --
 9              A.    What -- What line, please?
10              Q.    Sorry, five.
11              A.    Five, yeah.
12              Q.    Public posts made by
13        Virginia de Giuffre -- It says, "How
14        have the public posts like this had an
15        affect, if any, on your reputation?"
16                    And you responded (as
17        read):  "Well, these, and other posts
18        like it, both reflect the fact that
19        among people who don't know me, my
20        reputation has been seriously damaged,
21        that nobody of these kinds of people
22        take seriously what I have to say about
23        the Constitution, about the law,
24        because of the false accusation
25        about -- against me.  So it has had a
```

```
 1                    A. DERSHOWITZ
 2        devastating effect on my reputation and
 3        you know the people who make these
 4        false accusations had to know it would
 5        have that affect."
 6                    Do you see that?
 7            A.    Can I -- Can I -- am I
 8        allowed to mark this? -- just as an
 9        aid?
10            Q.    Sure.
11            A.    Okay.
12            Q.    Do you see that?
13            A.    Yes.
14            Q.    Great.  You could put that
15        aside.  Oh, no, sorry, one more.
16            A.    Yeah.
17            Q.    If you go to Page 621 --
18            A.    Do I have that?  Oh, this
19        is the same.
20            Q.    Yeah, you had a long day
21        that day.
22            A.    Okay.
23            Q.    621, Line 11?
24            A.    Give me one second, please.
25        621, line -- Yeah.
```

```
 1                    A. DERSHOWITZ
 2          Q.    Okay.
 3                The question is:
 4        "Professor Dershowitz, how, if at all,
 5        generally has the allegations made
 6        against you by Virginia Giuffre
 7        affected you in terms of damages that
 8        you have experienced?"
 9                And then you begin an
10        answer that goes on for some period of
11        time.  You say:
12                    "Well, they've damaged me
13        enormously, they've turned my life
14        around, they've hurt my family, they've
15        hurt me physically, they've affected my
16        health, they've affected my longevity,
17        they have infected -- affected my --
18        affected my happiness, my ability to
19        deal with people.
20                    "It's been the worst thing
21        that's every happened to me other than
22        my son's diagnosis of brain cancer when
23        he was 10 years old.
24                    "It just destroyed
25        everything in my life, all based on a
```

```
 1                    A. DERSHOWITZ
 2         false accusation that somebody just sat
 3         there, in premeditated way, and decided
 4         to falsely accuse me of something that
 5         she knew and her lawyers knew I didn't
 6         do.  It was -- It was like -- It's like
 7         a premeditated murder or premeditated
 8         robbery or premeditated crime of any
 9         other kind.  They just sat there and
10         decided they were going to destroy me
11         and they did.
12                    "They destroyed my life,
13         they destroyed my happiness, they
14         destroyed my health, they destroyed my
15         reputation, they destroyed my career as
16         a public speaker, they affected my
17         writing, my sales of books, the
18         readership of my books.  I don't think
19         any part of my life was not affected by
20         this totally false and made up
21         accusation against me."
22                    Do you see that?
23              A.    Yeah.
24              Q.    Great.  You could put that
25         aside.
```

```
 1                    A. DERSHOWITZ

 2                    In addition, you've

 3          referred to the allegations made by

 4          Ms. Giuffre as "career destroying,"

 5          right?

 6                A.   I don't know, probably not

 7          helpful.

 8                Q.   "Yes" or "no"?

 9                A.   I don't remember, but it

10          seems correct.

11                Q.   Okay.

12                    In fact, you've had several

13          speaking engagements canceled,

14          explicitly because of the allegations

15          made by Virginia Giuffre, right?

16                A.   Yes.

17                Q.   How do you say her last

18          name Mr. Dershowitz?

19                A.   I don't know.

20                Q.   Okay.

21                    I don't either.  I wondered

22          if you had an answer.

23                A.   Never met her, never heard

24          of her, don't know how she says her

25          name.
```

```
 1                        A. DERSHOWITZ

 2              Q.     Okay.

 3                     The 92nd Street Y, for

 4         example, canceled a speech you were

 5         supposed to give, correct?

 6              A.     That's right.

 7              Q.     And that was in 2019?

 8              A.     I don't remember the date,

 9         yeah.

10              Q.     Okay.

11              A.     It was when I published my

12         book Defending Israel.  They didn't

13         cancel it, let me be clear.

14                     So every year the 92nd

15         Street Y invited me.  And every time I

16         had a book, they invited me, starting

17         with my book Chutzpah back in 1990.

18                     When my agent asked them to

19         invite me to speak about Defending

20         Israel, which was obviously within

21         their core, they made excuses and said

22         my application came too late.  And then

23         they I told my agent, not my agent now,

24         my former agent, "We don't want

25         trouble."
```

```
 1                    A. DERSHOWITZ

 2              Q.    Okay.

 3                 MS. BOLGER:   And here's the --

 4         I'm going to ask the court reporter to

 5         mark as Exhibit 4 an email from you to

 6         a group of people with the subject the

 7         "92nd Street Y," dated -- Sorry, Mark

 8         that was a bait and switch --

 9         November 6th, 2019.

10      (Whereupon, Dershowitz Email,  92nd  Street  Y,

11    November 6,  2019,  was  marked  as  Exhibit  4  for

12    identification, as of September 13th, 2022.)

13    BY MS. BOLGER:

14              Q.    Okay.  And do you have it

15         in front of you?

16              A.    Say that again.

17              Q.    Do you have it in front of

18         you?

19              A.    I don't.  I'm just making a

20         note.

21                 MR. SCHWEIKERT:  And I'll just

22         put on the record so John doesn't think

23         I'm a bad lawyer.  Just recall, Alan, I

24         advised you, anything you write on

25         that, she can read it.
```

```
 1                    A. DERSHOWITZ

 2              THE WITNESS:  I know.

 3              MR. SCHWEIKERT:  Okay.

 4              THE WITNESS:

 5         A.    Okay.  I have this in front

 6     of me.

 7              MS. BOLGER:

 8         Q.    Great.

 9              So first of all,

10     Mr. Dershowitz, you sent this email to

11     kind of a group of people.  And of

12     course, you know I've looked at a

13     number of your emails, and I know that

14     this group of people is a group of

15     people you frequently send emails to.

16         A.    That's right.

17         Q.    You can object to my

18     characterization.  I'm not trying to

19     trick you.  I think -- I think I'm

20     right.

21              Why that particular group

22     of people?

23         A.    This is a group that over

24     time my wife and I put together, people

25     who I had been individually sending
```

```
 1                    A. DERSHOWITZ

 2        emails to.  And I think my wife

 3        suggested, why don't we create a group.

 4        So we had one group and then that

 5        became a little contentious, and we

 6        eliminated that group and started

 7        again.

 8                    I have to look at the date

 9        here.  I don't remember if this is the

10        early group or the current group.  You

11        could probably check that.

12             Q.    Okay.

13                    You just have a group of

14        friends that you circulate ideas to?

15             A.    Well, they're not all

16        friends.  They're -- They range from

17        being close friends, relatives, to

18        people I don't know but who have

19        expressed interest in some of my

20        writing.  But they're mostly -- They're

21        mostly ranging from friends to

22        acquaintances.

23             Q.    Okay.

24                    And you're soliciting their

25        opinions on things?
```

```
 1                    A. DERSHOWITZ
 2           A.    Not necessarily.  I'm just
 3      sending it to them.  Sometimes they
 4      give me their opinions, sometimes they
 5      don't.
 6           Q.    Okay.
 7           A.    Mostly they don't.  Mostly
 8      it's just the one-way correspondence --
 9           Q.    What -- From your point of
10      view --
11           A.    I did one today --
12      (Simultaneous speaking.)
13           Q.    What's the purpose of
14      sending it?
15           A.    I want people to know my
16      views.  For example, today I emailed
17      the group about a professor at
18      Pittsburgh who had said that Queen
19      Elizabeth should die a painful death,
20      and that hundreds, maybe thousands of
21      academics that supported her.  And I
22      just --
23                 I've been railing against
24      certain trends in academia, and I just
25      thought it would be interesting to send
```

```
 1                    A. DERSHOWITZ
 2        that notice of academics who praise,
 3        basically, or support the woman who
 4        made such an outrageous statement a day
 5        after the Queen died.
 6                    So that's the kind of thing
 7        I send out.
 8              Q.    Sorry, so you were -- In
 9        that thing you sent out, you were
10        critical of the academics for
11        supporting her?
12              A.    That's right.
13              Q.    Okay.  All right.
14                    If you look at the 92nd
15        Street Y email, you refer to "The 92nd
16        Street Y engages in McCarthyite
17        censorship and lies about it."  Do you
18        see that?
19              A.    That's right, yeah.
20              Q.    Okay.
21                    And you'll see that in the
22        third graph down that begins "but this
23        summer," do you -- are you --
24              A.    Wait.  Yeah, my -- yeah.
25              Q.    Okay.
```

```
 1                    A. DERSHOWITZ

 2                    There's a sentence that

 3          says, "My agent informed me, however,

 4          that the 92nd Street Y would not allow

 5          me to speak this year because I had

 6          been accused of having sex with a woman

 7          named Virginia Giuffre, whom I've never

 8          met."

 9                    Do you see that?

10          A.    (No response.)

11          Q.    You see that?

12          A.    I wrote that, right.

13          Q.    Okay.  You can put that

14          aside.

15                    In addition, the Simon

16          Wiesenthal Center in Toronto canceled

17          an engagement on November 17th, 2019?

18          A.    I don't remember, but it

19          sounds possible.

20          Q.    Okay.

21          A.    At least in one instance --

22          that may be the one, I'm not sure --

23          they canceled, then they uncanceled.

24          But I'm not sure whether that's the one

25          or not.  I know one canceled, and then
```

```
 1                    A. DERSHOWITZ
 2       I sent him a copy of something I wrote,
 3       and then they uncanceled.  I don't
 4       remember whether that was Weisenthal or
 5       not.
 6              Q.   Okay.
 7                   Well, did you ever go to
 8       the Simon Weisenthal Center?
 9    (Simultaneous speaking.)
10              A.   I don't remember.  I've
11       spoken so many times, I don't remember
12       if it went there or not.
13              Q.   Okay.
14              A.   Was it after COVID?
15              Q.   No, it was before COVID.
16              A.   It's -- I just don't
17       remember.
18              Q.   Well, it was November 2019.
19       Okay.
20                   And when you went to speak
21       at Colgate, there were posters all over
22       the campus, calling you "Child Rapist,"
23       right?
24              A.   That's right.
25              Q.   Ask that --
```

```
 1                    A. DERSHOWITZ

 2              A.    Also, had a -- yeah.

 3              MS. BOLGER:  I'm going to ask

 4         the court reporter to mark as

 5         Exhibit 5, The Colgate Maroon-News from

 6         November 1st, 2018.

 7                    THE WITNESS:

 8              A.    It's true.

 9       (Whereupon, Colgate Maroon  News,  November  1,

10   2018, was marked as Exhibit  5  for  identification,

11   as of September 13th, 2022.)

12                    THE WITNESS:  I'm aware of

13         this, yeah.

14                    MS. BOLGER:

15              Q.    Okay.

16                    You'll see it says:

17         "Poster Sparks Debate about Alan

18         Dershowitz Lecture," is the headline.

19              A.    Yeah.

20              Q.    And then there's an image:

21         "Colgate is hiring Alan Dershowitz, an

22         accused child rapist, to speak on

23         November 5th," and then it says --

24              A.    What year -- What year is

25         this?
```

```
1                      A. DERSHOWITZ

2            Q.    If you see the next page,

3      it says November 1st, 2018.

4            A.    2018, okay, yeah.

5            Q.    Yeah.

6                  It says:  "This event is

7      sponsored by the Center for Freedom and

8      Western Civilization"; do you see that?

9            A.    Yeah, I see it.

10           Q.    Do you know what you were

11     speaking about?

12           A.    Usually I speak about

13     similarities, human rights, free

14     speech, Israel.  I don't have any

15     specific memory of what this was about.

16           Q.    Okay.

17                 But you were going there --

18     more --

19           MS. BOLGER:  Mr. Dershowitz,

20     I'm caught in a Hobson's choice:  If I

21     wear my glasses, I can read, but I

22     can't see you.  If I take my classes

23     off my glasses, I can see you, but I

24     can't read.  So forgive me if I'm not

25     looking directly at you.
```

```
 1                    A. DERSHOWITZ

 2               THE WITNESS:

 3          A.    I understand.

 4          Q.    You were not going there to

 5     speak about your personal sexual life,

 6     right?  You were going there to talk

 7     about your --

 8          A.    I did speak about the --

 9     the allegations against me.  I always

10     do, yeah.

11          Q.    Great.

12               But you were -- That's not

13     why you were going there.  That wasn't

14     the topic of your talk, right?  The

15     topic of your talk was civil liberties

16     or free speech rights or Israel?

17          A.    I don't remember.  It could

18     have been also false accusations.  I

19     speak about that a bit.  I'm just not

20     sure what the subject of this

21     particular speech was.

22          Q.    Okay.

23               You weren't hired there to

24     talk about Virginia Giuffre?

25          A.    I don't know.  I mean, I --
```

```
 1                    A. DERSHOWITZ
 2     I did speak about this.
 3             Q.    But you were hired to
 4     talk -- deliver a lecture titled:
 5     "Civil liberties in the age of Trump,"
 6     right?
 7             A.    Yeah.  "Civil liberties in
 8     the age of Trump," yeah.
 9             Q.    Okay.
10             A.    But that would have
11     included false accusations, probably.
12             Q.    Okay.  You can put that
13     aside.
14                   And there's been -- Oh,
15     were you asked -- Were you asked -- Was
16     your invitation to testify at a tri --
17     at a panel --
18             A.    I'm not hearing you.  I'm
19     sorry, I'm not hearing you.
20             Q.    Sorry.
21                   Was your invitation to
22     testify at a panel about impeachment in
23     the Senate withdrawn -- or maybe it was
24     the house -- withdrawn at some point
25     because of the Epstein allegations?
```

```
 1                    A. DERSHOWITZ

 2              A.    I don't remember that.

 3              Q.    Okay.  Let me --

 4              A.    Do you have anything --

 5                    Do you have something to

 6        show me on that?

 7              Q.    I do.

 8              A.    Okay.

 9                    MS. BOLGER:  I'm going to ask

10        the court reporter to mark Exhibit 6,

11        an email produced by you in this

12        litigation, bearing the Bates number

13        3606, dated December 4th, 2019, and

14        it's an email exchange between you and

15        Bernard Beck.

16                    THE WITNESS:  Who?

17                    MS. BOLGER:  Bernard Beck,

18        maybe.

19                    THE WITNESS:  Bernard Beck,

20        yeah, yeah.

21          (Whereupon, Email Exchange with  Bernard  Beck,

22      Bates number 3606, December 4, 2019, was  marked  as

23      Exhibit   6   for   identification,   as    of

24      September 13th, 2022.)

25      BY MS. BOLGER:
```

```
 1                    A. DERSHOWITZ
 2            Q.    I'm just going to --
 3            A.    Let me read it first.
 4            Q.    Yeah.
 5            A.    I don't have any
 6       recollection of this email --
 7            Q.    Okay.
 8                  You'll see at -- If you
 9       look at the bottom, it's --
10                  You're forwarding on a Hill
11       article, about "What are not criteria
12       for impeachment?"
13                  And then Bernard Beck
14       responds, "Were you asked to be on
15       today's panel; and if not, why not?
16       There is someone there from Harvard.  I
17       think you at least should have been
18       asked."
19                  And you responded, "My
20       invitation to testify was withdrawn
21       because of Epstein BS."
22                  Do you see that?
23            A.    I do, yeah.
24            Q.    Okay.
25                  But you don't remember
```

```
 1                      A. DERSHOWITZ
 2        what -- what that panel was?
 3              A.    No.
 4              Q.    Okay.
 5                    Then Mr. Beck responds,
 6        "That totally sucks."
 7                    And you respond, "That's
 8        why I had to write the book.  It's not
 9        going away.  The 92nd Street Y won't
10        even let me speak."
11                    You see that.
12              A.    That's true, yeah.
13              Q.    Okay.
14                    And there's actually quite
15        a lot of newspaper articles about
16        Ms. Giuffre's allegations against you,
17        right?
18              A.    Right.
19              Q.    Okay.
20              A.    Also quite a few newspaper
21        articles presenting my point of view on
22        it.
23              Q.    Sure.
24                    MS. BOLGER:  I'm going to ask
25        the court reporter to mark as Exhibit 7
```

```
 1                 A. DERSHOWITZ
 2        the Wall Street Journal article with
 3        the name "U.S. News:  Epstein Case
 4        Spawns High Profile Feud.  Battle
 5        pitting lawyers Alan Dershowitz and a
 6        David Boies sharpens after financier's
 7        arrest," and it's dated July 19th,
 8        2019.
 9       (Whereupon,  "U.S.  News:  Epstein  Case,"  The
10  Wall Street Journal, July 19, 2019,  was  marked  as
11  Exhibit    7    for    identification,    as    of
12  September 13th, 2022.)
13                 THE WITNESS:
14            A.    Was that after Epstein's
15        arrest?
16                 MS. BOLGER:
17            Q.    Yes.
18            A.    Okay.
19            Q.    You're welcome to read the
20        whole article although I'm not going to
21        ask you about the whole article.  I'm
22        just going to --
23            A.    No, it's okay.
24            Q.    I'm going to ask you about
25        the fourth paragraph down.  It's a
```

```
 1                   A. DERSHOWITZ

 2        quote from you, referencing Mr. Boies.

 3             A.    Yeah.

 4             Q.    "He's now trying to destroy

 5        me, destroy my reputation, destroy my

 6        economic situation, destroy

 7        everything."

 8                   Do you see that?

 9             A.    Yes.

10             Q.    Great.  Put that I side.

11             A.    Well, and you left out the

12        last part:  "I would put my sexual

13        probity against Daves Boies's any day

14        of the week."

15             Q.    I did leave that out.

16             A.    Yeah.

17             Q.    I didn't know that it

18        was -- I don't actually know what it

19        means.  Okay.  Next --

20             A.    You -- You don't know what

21        it means?

22             Q.    I mean, I do.  I just don't

23        know how relevant it is.

24             A.    I can tell you what it

25        means:  I have been faithful to my
```

                        A. DERSHOWITZ

1

2    wife, and he has not, but that's what

3    it means.

4              MS. BOLGER:  All right.

5    Exhibit 8 is an article entitled, "Alan

6    Dershowitz:  Devil's Advocate," which

7    was published in The New Yorker --

8              THE WITNESS:  Yes.

9              MS. BOLGER:  -- on July 29th,

10   2019.

11             THE WITNESS:  What's the

12   question?

13             I'm familiar with the content,

14   you don't have to show it to me.

15             MS. BOLGER:  I know, but I

16   need to mark it.

17             THE WITNESS:  But I'm saying I

18   don't have to look at it.  What do

19   you -- What do you want to ask me about

20   that?

21             MS. BOLGER:

22        Q.    I just want to make sure

23   you saw it.

24             And you were in fact

25   interviewed for it, correct?

```
 1                  A. DERSHOWITZ

 2           A.    Well, here's the story.  I

 3      got a call saying that the article was

 4      about to be published without me being

 5      interviewed, and I demanded an

 6      interview.

 7                 I then learned from Janet

 8      Malcolm, who was a very distinguished

 9      reporter, that David Remnick had put

10      out a hit piece on me and had hired or

11      commissioned Brook to write a

12      devastating attack on me because of my

13      support for Israel and my support for

14      Netanyahu and my support for -- for

15      Trump -- I don't support Trump -- but

16      my support for his legal rights.  So

17      that was a hit piece commissioned by

18      the head of The New Yorker.  And I did

19      interview for it.  I don't think I

20      interviewed in person, I think it was

21      on the phone.

22           Q.    Your whole career people

23      have done hit pieces about you; haven't

24      they, Mr. Dershowitz?

25           A.    Yeah.  And that's okay.  I
```

```
 1                  A. DERSHOWITZ

 2         understand that.  I'm a controversial

 3         person, and people like me or don't

 4         like me.  I've always been a

 5         controversial person, but I've never in

 6         any way been compared to Hitler,

 7         Mussolini, and Stalin or thought of

 8         somebody who is senile or -- or insane.

 9                  So there's a qualitative

10         difference between hit pieces and news

11         pieces.  I do hit pieces myself, so --

12                  MS. BOLGER:  Okay.  We're just

13         going to make sure that we mark this

14         exhibit.

15       (Simultaneous speaking.)

16                  THE WITNESS:

17             A.   I take that back.  I take

18         that back.  I don't do hit pieces.  I

19         do pieces that are sometimes critical

20         of people, but I don't do hit pieces,

21         no.

22                  MS. BOLGER:  Let's just finish

23         marking the exhibit.

24                  THE WITNESS:  Excuse me one

25         second.
```

```
 1                    A. DERSHOWITZ

 2               Mark, do you know if my wife's

 3        on the Zoom?  Because I know she had

 4        trouble getting in before.

 5               MR. SCHWEIKERT:  No, but we

 6        can address that at break.

 7               MS. BOLGER:  Are we -- We're

 8        not off -- We're not off the record.

 9        So let's do the exhibit.

10               THE WITNESS:  Okay.  Okay.

11               MS. BOLGER:

12          Q.   I actually want you to just

13        take one quick look at --

14          A.   Sure.

15          Q.   -- one thing in the

16        article --

17          A.   Yeah.

18          Q.   -- which is --

19          A.   What page?

20          Q.   I don't know because I'm

21        looking at a different version -- the

22        one, two, three, four, five, six,

23        seventh, eighth graph?

24          A.   Wait, what?  Seventh what?

25          Q.   The eighth graph?
```

```
 1                    A. DERSHOWITZ
 2              A.    The eighth paragraph.
 3              Q.    Sorry, 8th, 9th -- No,
 4         that's wrong.  Next to the -- Let me
 5         just look at the version you have.  I
 6         have the one I worked off of.
 7         (Whereupon,    "Alan    Dershowitz:    Devil's
 8    Advocate,"  The  New  Yorker,  July  29,  2019,  was
 9    marked  as  Exhibit  8  for  identification,  as  of
10    September 13th, 2022.)
11    BY MS. BOLGER:
12              Q.    You know what, forget it.
13         You can put it aside.
14              A.    What -- So what do we have?
15              Q.    No.  You could put it
16         aside.
17              A.    Oh, okay.
18              Q.    Okay.
19                    There also seemed to be
20         several articles about it published in
21         Israel; is that right?
22              A.    I'm frequently a subject of
23         articles published in Israel.
24              Q.    Okay.
25                    MS. BOLGER:  I'll ask the
```

```
 1                    A. DERSHOWITZ

 2          court reporter to mark as Exhibit 9, an

 3          article that was published in 2020

 4          which is both English and Hebrew, and

 5          it's called, "The Attorney and The

 6          Devil."

 7          (Whereupon, Danny Grossman Email  exchange,

 8     Bates number 54118 , June 5, 2020,   was  marked  as

 9     Exhibit    9    for    identification,    as    of

10     September 13th, 2022.)

11                    THE WITNESS:  Do you know

12          where it was published or what magazine

13          or? -- because I don't have any

14          distinct memory of anything by that

15          title.

16                    MS. BOLGER:  We'll get it to

17          you right now.  Okay.

18               Q.    While you take a look at it

19          Mr. Dershowitz, for the record,

20          document 54118, which was produced by

21          the plaintiff in this matter.  It's

22          email exchange between Danny

23          Grossman --

24               A.    Yeah.

25               Q.    -- and Mr. Dershowitz and
```

```
1                    A. DERSHOWITZ
2    Ms. Cohen.   Who is Danny Grossman?
3            A.    Danny Grossman is a former
4    student of mine who acts as my kind of
5    representative in Israel.  When I go to
6    Israel, he's the one who --
7                    He's a former Top Gun Air
8    Force pilot, both in the United States
9    Air Force and in the Israeli Air Force.
10   And he was one of those who was
11   involved in the bombing of the Osirak
12   Reactor, and so he's quite a hero in
13   Israel.
14                    And he makes arrangements
15   for me when I'm in Israel.  We're
16   friends and associates, and he was my
17   former student.
18           Q.    Okay.
19                    And you'll see, he says,
20   "I'm sure you're aware of this
21   weekend's horrendous hit piece on you,"
22   and it's dated June 5th, 2020; do you
23   see that?
24           A.    Yeah, yeah.
25           Q.    Okay.  You could -- Do you
```

```
 1                    A. DERSHOWITZ

 2        have --

 3                    Is this the article about

 4        which you sued?

 5             A.    About what?

 6             Q.    About which you sued in

 7        Israel?

 8             A.    About what?

 9             Q.    Is this the article about

10        which you brought the lawsuit in

11        Israel?

12             A.    No.

13             Q.    Okay.  All right.

14                    You could put that one

15        aside.

16             A.    I did not bring a lawsuit

17        about this article.

18             Q.    Great.  You could put that

19        one aside.

20                    As a result of the

21        alleg- -- your belief that you needed

22        to defend yourself from the allegations

23        brought by Ms. Giuffre, you actually

24        published a book called, Guilt by

25        Association, correct?
```

```
 1                   A. DERSHOWITZ

 2            A.    Yeah.

 3            Q.    Correct?

 4            A.    No.

 5            Q.    What's incorrect about that

 6       sentence?

 7            A.    The title of the book.

 8            Q.    What's the title of the

 9       book?

10            A.    Guilt by Accusation.

11            Q.    I'm sorry, Mr. Dershowitz.

12       You're right, I should have read that

13       more carefully, Guilt by Accusation.

14            A.    I hope you read the book.

15            Q.    I did read the book.

16            A.    Great.

17            Q.    And why did you decide to

18       write the book?

19            A.    I decided to write the book

20       because I wanted to set the record

21       straight.  I wanted to make sure my

22       children and grandchildren saw all the

23       evidence.  Because many of the media

24       refused to publish the exculpatory

25       evidence -- my travel records, the tape
```

```
 1                    A. DERSHOWITZ

 2         recording of her lawyer, interviews

 3         with her other lawyer in which he said

 4         she didn't have sex with any prominent

 5         people.  I just wanted the record to be

 6         set straight about every everything.

 7                    I've also done the same

 8         with CNN.  I published a response to

 9         CNN's defamation too.  I tend to

10         publish responses to many things that

11         are critical of me.  I rarely sue, but

12         I almost always respond.

13              Q.    Okay.

14                    MS. BOLGER:  I sent you an

15         email yesterday, Mr. Schweikert, asking

16         if you would stipulate to the

17         authenticity of emails produced by

18         Mr. Dershowitz in this litigation, and

19         I did not get a response; do you

20         stipulate to that?

21                    MR. SCHWEIKERT:  Yeah, I mean

22         as we go, if I can verify that it's

23         complete and everything else, yeah,

24         sure.

25                    MS. BOLGER:  I was actually
```

```
 1                    A. DERSHOWITZ

 2        hoping to avoid that, but okay.  I'm

 3        going to ask the court reporter to mark

 4        as Exhibit 10 a collection of emails

 5        produced by Mr. Dershowitz in the

 6        litigation, which I have curated -- it

 7        is not consecutive.  This is a

 8        collection of emails we have received

 9        from Mr. Dershowitz in this litigation,

10        and I'm going to mark that as

11        Exhibit 10.

12                 MR. SCHWEIKERT:  I will --

13        Yeah, we will stipulate to

14        authenticity, to extent they are

15        identical to what we produced.  If

16        there's anything that is not identical,

17        we would reserve our right to challenge

18        the authenticity.  But I -- I trust

19        Counselor and her team has printed

20        accurate copies of the documents we

21        produced.  And yes, they are authentic.

22        (Whereupon,  Dershowitz  emails,  Curated

23   Collection  was  marked  as   Exhibit   10   for

24   identification, as of September 13th, 2022.)

25
```

```
1                    A. DERSHOWITZ

2    BY MS. BOLGER:

3              Q.    All right.  Mr. Dershowitz,

4         if you'll put down Exhibit 9 and pick

5         up Exhibit 10.

6              A.    Sure.

7              Q.    I'm not going to ask you

8         about all of these, but I'm going to

9         ask you to flip through them.

10             A.    Okay.

11             Q.    For the record, as I said,

12        this is a number of documents that have

13        produced -- that have been produced to

14        us in this litigation, which represent

15        actually just a portion of those emails

16        you have received over the course of

17        time from, it seems, random people who

18        are very upset with you for the

19        allegations related to Virginia

20        Giuffre.

21                   I would characterize this

22        as hate mail.  Would you use that

23        characterization?

24   (Interruption in proceedings.)

25             A.    I used to proudly post my
```

```
1                    A. DERSHOWITZ

2          hate mail on the door of my office

3          Harvard Law School, and it was part of

4          the tour that visitors would always get

5          when they came to Harvard Law School.

6          They would be sent up to my office to

7          read the hate mail that I proudly

8          displayed.

9               Q.    Great.

10              A.    And continued to be as

11         proud of who my enemies are as who my

12         friends are.

13              Q.    And so you'll admit that

14         this collection of material in front of

15         you is a largely 1-inch stack of hate

16         mail about Virginia Giuffre.

17              A.    I haven't read them.  I

18         haven't read them.

19         (Simultaneous speaking.)

20              A.    I could only tell you, I

21         get a lot of hate mail.  I get love

22         mail.  I get intellectual mail.  I

23         get -- I get mail.

24              Q.    Holy cow, do you get mail,

25         Mr. Dershowitz.
```

<pre>
                         A. DERSHOWITZ
 1
 2              A.    Yeah.
 3              Q.    But in -- Specifically, I'd
 4       like you to flip through that packet.
 5              A.    Well, I can't do that, I --
 6       It's --
 7              Q.    You don't --
 8                    You don't have to read
 9       every one, but I'd like you to take a
10       look at them all.
11              A.    I'm going to take your word
12       for the fact that there's a lot of hate
13       mail.
14              Q.    And this is hate mail
15       related to Giuffre's allegations.
16                    (Simultaneous speaking.)
17              A.    (Reading aloud) "How on
18       Earth does a piece of shit like you
19       sleep at night?"
20                    "I pray that something evil
21       happens to you."
22                    "You're a dirty and filthy
23       scummy pedophile."
24                    "I pray to my God that he
25       strikes not only you but your family."
</pre>

```
1                    A. DERSHOWITZ
2                    I mean, "I'd love to
3       torture you for weeks."
4                    "Hope to see you in hell,
5       you rat."
6                    I mean, I probably never
7       even read this.  My wife tells me not
8       to read this stuff.  But, you know,
9       first, as a Jew, I get an enormous
10      amount of antisemitic hate mail.  Some
11      of it disguises its antisemitism, some
12      of it does not.  I get hate mail
13      because I support Democrats.  I get
14      hate mail because I support Trump.  I
15      get hate mail because I support the Red
16      Sox.
17           Q.    You deserve those.
18           A.    I get hate mail from --
19      from so many people.  I'm
20      controversial, and I know that.  But I
21      never previously had been compared by
22      any responsible person to Hitler,
23      Mussolini and Stalin, or -- or been
24      accused -- it's a bad word, accused --
25      of being senile and crazy.
```

```
1                    A. DERSHOWITZ
2           Q.    Actually, if you took --
3      take a look at that very first page,
4      which is Bates numbered 3613, you'll
5      see that the email from the bottom,
6      from Patrick Maroney --
7           A.    From --
8           Q.    Patrick Maroney -- whoever
9      he is -- he says, "From my observations
10     of you, by belief is that you are
11     fully-fledged psycho path."
12               Do you see that?
13          A.    "Fully-fledged psychopath,"
14     yeah, but this is not from -- This is a
15     troll.  I've been called all kinds of
16     names.  You have to admit, there's an
17     enormous difference called -- being
18     called a sociopath by somebody nobody's
19     ever heard of, and being called that by
20     CNN or people who have watched CNN, and
21     now think that they have a basis for
22     diagnosing me.
23          Q.    Sorry.  Is it your
24     testimony that you think someone on CNN
25     called you a sociopath?
```

```
 1                    A. DERSHOWITZ

 2          A.    Well, I think people on CNN

 3     said things that could easily be

 4     interpreted as being a sociopath.  Most

 5     people think Hitler and Mussolini and

 6     Stalin were sociopaths.  And by being

 7     compared to those three sociopaths, I

 8     think, implicitly I've been called a

 9     sociopath, yeah.

10          Q.    Okay.  You could away --

11     put Exhibit 10 aside.

12          A.    I also note that exhibit

13     talks about the dehumanization of

14     Palestinian's human rights.  I mean,

15     very often there's a mixture of

16     Giuffre, beings Jewish, rejecting

17     Jesus, being opposed to Palestinians --

18     which I'm not.  So you know, trolls --

19     People like that will throw anything at

20     you, and they do.

21               There's an enormous

22     difference between that and having a

23     serious network claim that you're like

24     Hitler, Stalin and -- and Mussolini.

25          Q.    Okay.
```

```
1                   A. DERSHOWITZ

2                   You can put that aside.

3          A.    Yeah.

4               MS. BOLGER:  I'm going to ask

5       the court reporter to mark as

6       Exhibit 11.

7               THE WITNESS:  Mh-hm.

8               MS. BOLGER:  An email exchange

9       with Hal Miller-Jacobs and some other

10      people.

11              THE WITNESS:  Right.

12              MS. BOLGER:

13         Q.    Who first of all, who is

14      Hal Miller Jacobs?

15         A.    He's somebody I've known

16      for -- it's now close to 80 years.  We

17      went to kindergarten together and

18      elementary school together.  He's part

19      of a group of eight couples that get

20      together periodically.  One of them

21      tragically died.

22                 But we have seven couples

23      and -- and the widow.  And we Zoom

24      every once every few weeks, and we get

25      together on News Years and correspond
```

```
 1                    A. DERSHOWITZ

 2        with each other, and we're old, old,

 3        old friends.

 4              MS. BOLGER:  Great.  I'm going

 5        to ask that to be 11.

 6        (Whereupon, Hal  Miller-Jacobs  Email  exchange

 7   with attachment, Bates number 59098, was  marked  as

 8   Exhibit   11   for   identification,   as   of

 9   September 13th, 2022.)

10   BY MS. BOLGER:

11              Q.   As I said for the record,

12        this is a document, and it's produced

13        with the Bates number 59098?

14              A.   Yeah.

15              Q.   And it's correspondence

16        between Mr. Dershowitz and

17        Mr. Miller-Jacobs, and it has an

18        attachment.

19              A.   Mh-hm.

20              Q.   The end of the first page,

21        Mr. Dershowitz, you will see --

22              A.   Can we read --

23                   Can we read the top of the

24        first page where it says, "You have

25        already disproved it conclusively.
```

```
 1                      A. DERSHOWITZ

 2          Writing about it again makes it" --

 3                Q.    No, no, wait.

 4                A.    -- "still linger."

 5                Q.    Wait.  I don't think you're

 6          looking at the same thing I'm looking

 7          at.

 8                A.    Yeah, we're looking at Hal

 9          Miller-Jacobs, the top number is

10          059098.

11                Q.    Right.

12                      Can we start at the bottom,

13          please?  So the start -- I want to

14          start at the bottom of the page.

15                      This is an email from you

16          to:  "Dear family and friends, I need

17          your confidential advice about the tone

18          and substance of this introduction to a

19          book I'm writing about the false

20          accusations against me.  Please respond

21          individually and not reply to all."

22                      And you'll see there's an

23          attachment, and I want to talk about

24          the attachment.

25                A.    Yeah.
```

```
1                        A. DERSHOWITZ
2              Q.    Okay.
3              A.    Yeah.
4              Q.    So you'll see on the second
5        page, 59099 is your "Introduction" to
6        Guilt by Accusation; do you see that?
7              A.    Yeah.
8              Q.    Okay.
9              A.    It's a draft.  I have no
10       idea what relationship it bears to what
11       was actually published.  I can't tell
12       you that.
13             Q.    Okay.
14                   But you wrote it, right?
15             A.    Yeah, of course.
16             Q.    Okay.
17                   So at the bottom of the
18       first graph it says (as read), "My
19       reputation has been trashed.  My family
20       has suffered.  My retirement has been
21       ruined."
22             A.    Yeah.
23             Q.    "My health has been
24       affected."  Do you see that?
25             A.    Yeah.
```

```
1                      A. DERSHOWITZ

2            Q.    Okay.

3                  Then on the next page you

4        say, "In order to understand and feel

5        how this false accusation has upended

6        my life, the reader must be put in a

7        position prior to the accusation being

8        made.  I was a 76-year-old retired law

9        professor.  I'm now 81 with a

10       controversial professional history."

11                 Do you see that?

12       (Simultaneous speaking.)

13            A.    Yeah.

14            Q.    Okay.  And you wrote that

15       about, right?

16            A.    Exactly what I have been

17       saying.

18            Q.    And on Page 59101, you say,

19       "Very few people are neutral about me.

20       I had fans and detractors.  People

21       either loved or hated my provocative

22       views and the ways in which I expressed

23       them.  Professionally, I was among the

24       most controversial professors and

25       lawyers in America, and I relished the
```

```
 1                    A. DERSHOWITZ
 2         status."
 3                    Do you see that?
 4         A.    Yes.
 5         Q.    And that's true, right?
 6         A.    Oh, absolutely, yeah.
 7         Q.    And let if you turn two
 8         pages --
 9                    (Simultaneous speaking.)
10         A.    It's true that I'm
11         controversial, but --
12         Q.    You turn two -- Sorry.
13         A.    I wouldn't relish, though,
14         being controversial in the sense of
15         being compared to Hitler, Stalin and
16         Mussolini.  That's not the kind of
17         controversial I -- I meant.
18                    What I meant, controversial
19         in the sense of academic and
20         intellectual issues, whether it be my
21         advocacy of the torture warrant,
22         whether it be my support for changing
23         the law in various directions, my mixed
24         views on the Second Amendment, my views
25         on whether people should have the right
```

```
 1                   A. DERSHOWITZ

 2        to be buried with their organs.  I've

 3        written lots of controversial material,

 4        and I love the fact that it has

 5        stimulated debate.

 6                   I remember once being

 7        called in by the new president of

 8        Harvard, and -- and he said to me that

 9        I was one of the most quoted

10        professors, and he was commending me on

11        it.  And -- in order to say the whole

12        truth -- I said, "Yeah, but a lot of

13        the newspaper and other stories about

14        me are very critical."

15                   And he said, "That doesn't

16        matter.  You've stimulated debate, and

17        we're very proud of that and happy

18        about that."

19                   So my reputation was of

20        somebody who was always stimulating

21        debate, always provoking thought.  That

22        was my reputation as a teacher for

23        50 years.

24                   I remember starting one of

25        my classes saying, "If you expect to
```

```
 1                    A. DERSHOWITZ

 2        come out of this class feeling good

 3        about yourself, feeling happy, feeling

 4        satisfied -- If that's what you want,

 5        there's a spa down the road.  If you

 6        want every one of your views

 7        challenged, if you want to come out of

 8        this class angry and sweating and

 9        not -- and shaken up, this is the class

10        for you."

11                    So, yes, I'm controversial,

12        and I'm proud of it.  But if somebody

13        ever said to me:  You're like Stalin,

14        Hitler, and Mussolini, that wouldn't

15        fit within this description at all, and

16        that's what was said about me.

17             Q.    Why not?  Why can't people

18        think what they want about you?  You

19        get to think what you want about them

20        and say what you want.  You get to

21        court controversy.

22                    Why can't someone court

23        controversy about you?

24                    MR. SCHWEIKERT:  Object to

25        form.
```

```
 1                    A. DERSHOWITZ

 2               THE WITNESS:

 3          A.    There are limits to what

 4     one can say.  And I've always, myself,

 5     never made comparisons to -- to Hitler.

 6     I think they're a form of Holocaust

 7     denial.

 8                    If somebody says, I'm like

 9     Hitler, that's like saying there were

10     no gas Chambers -- because I never had

11     gas Chambers.  There were no killing

12     squads -- I have no killing squads.

13     There were no concentration camps -- I

14     don't have concentration camps.

15                    So comparing me to Hitler

16     is a form of Holocaust denial.

17     Comparing me to Stalin gulag denial.

18     It's form of denial that Stalin had the

19     leading Jewish intellectuals in the

20     Soviet Union arrested one night -- it's

21     called The Night of The Poets -- and

22     all murdered in cold blood.  It's

23     comparing me to the man who started

24     fascism in Italy.  Anybody can say what

25     they want about me, but they can't say
```

```
 1                    A. DERSHOWITZ
 2        it without being held responsible and
 3        without being held accountable and
 4        without --
 5               MS. BOLGER:
 6               Q.   Well, you purpor --
 7               A.    -- being sued for
 8        defamation.
 9               Q.   You purport to be a fan of
10        the First Amendment, right?
11               A.   More than a fan of the
12        First Amendment.  I am a very strong
13        supporter.  I've fought for the First
14        Amendment all of my life.  I probably
15        litigated many, many First amendment
16        cases, and I actually worked on the
17        opinion in The New York Times versus
18        Sullivan.  I was a law clerk for
19        Justice Goldberg when that monumental
20        opinion, which has given you your job,
21        has come down -- came down.
22                    So I'm more that a fan of
23        the First Amendment.
24               Q.   So -- So you say, but in
25        this case, you've -- you're going to
```

```
 1                  A. DERSHOWITZ
 2        challenge Sullivan if you lose, right?
 3             A.    What I'm saying is --
 4                  MR. SCHWEIKERT:  Object to
 5        form.
 6                  THE WITNESS:
 7             A.    -- that within the concept
 8        of Sullivan --
 9             Q.    No.  Answer my question:
10        Are you going to challenge Sullivan if
11        you lose summary judgment in this case?
12             A.    I'm going to argue that
13        this comes within the concept of
14        Sullivan, that the defamation here was
15        willful, deliberate, knowingly false --
16        not only should have known, but
17        actually knew it was false, and that
18        not a single Justice of the Supreme
19        Court, then-sitting or now, including
20        Justice Hugo Black and including the
21        framers of the Constitution, would have
22        said that CNN has a right under the
23        First Amendment to turn what I said
24        into exactly the opposite for purposes
25        of destroying my credibility because of
```

```
 1              A. DERSHOWITZ
 2      my support for Donald Trump's rights
 3      and the rights of others who disagree
 4      with me.
 5           Q.   Do you know what rhetorical
 6      hyperbole is?
 7           A.   What -- Say what?
 8           Q.   Do you know what rhetorical
 9      hyperbole is?
10      (Simultaneous speaking.)
11           A.   I do, yeah --
12           Q.   What's rhetorical
13      hyperbole?
14           A.   You're engaging in it right
15      now, yeah.
16           Q.   No.  As a -- as a legal
17      matter, do you know what rhetorical
18      hyperbole is?
19           A.   Rhetorical hyperbole?
20      Yeah.
21           Q.   What is it?
22           A.   You're allowed to say
23      things that are obviously designed not
24      to be taken seriously.
25           Q.   Okay.
```

```
 1                    A. DERSHOWITZ
 2              A.    Just -- I mean, you could
 3         be a comedian.  You could -- But
 4         rhetorical hyperbole doesn't apply to
 5         serious CNN people sitting in a chair
 6         and comparing me to Hitler, Stalin, and
 7         having said that -- exactly the
 8         opposite from what I said, namely:
 9         That I believe a president can engage
10         in any crime as long as he thinks it
11         will help his election.
12                    Everybody saying that knew
13         it was false.
14              Q.    The identity of the speaker
15         doesn't matter for --
16                    (Simultaneous speaking.)
17              A.    I'm sorry, I --
18              Q.    The identity of the speaker
19         doesn't matter for whether something is
20         rhetorical hyperbole; does it?
21              A.    I think it does.
22              Q.    As a matter of law, it
23         doesn't, though; does it?
24              A.    I think it does.
25              Q.    But it doesn't.  The
```

```
 1                    A. DERSHOWITZ
 2        content of the speech matters, right?
 3                 (Simultaneous speaking.)
 4             A.    No.  I think it does.  I
 5        think the -- the person saying it -- If
 6        the Chief Rabbi, or the Pope, or the
 7        Cardinal says something, it's less
 8        likely to be deemed rhetorical
 9        hyperbole than if it's done by a
10        late-night comedian.
11                 So, no.  The person -- I
12        think you ought to check your law a
13        little better -- The person saying it
14        matters a great deal.
15             Q.    The -- If you --
16                 In this litigation, will
17        you seek to overturn New York Times
18        versus Sullivan?
19             MR. SCHWEIKERT:  Objection to
20        form.
21             THE WITNESS:
22             A.    I don't think I have
23        obligation to disclose my legal
24        strategy.
25             MS. BOLGER:
```

```
 1                    A. DERSHOWITZ

 2            Q.     In this litigation will you

 3       seek to overturn Curtis Publishing

 4       versus Butts?

 5            A.     What?

 6            Q.     Curtis Publishing versus

 7       Butts?

 8            A.     I have -- We've made no --

 9       We've made no decision beyond suing CNN

10       for violating the terms of New York

11       Times versus Sullivan.

12            Q.     Okay.

13                   I want you to turn to the

14       last -- penultimate page of this

15       exhibit, which is --

16            A.     The last -- I'm sorry.

17            Q.     Sorry, the penultimate page

18       of this exhibit, which is 59106?

19            A.     59101, 59102, I got it,

20       yeah.

21            Q.     106?

22            A.     Yeah.

23            Q.     You'll see the bottom says,

24       "So here is my story.  I invite the

25       readers to apply their critical skills
```

```
 1                  A. DERSHOWITZ

 2       to my evidence and arguments."

 3                  And the last -- the

 4       penultimate sentence again is, "I know

 5       for some that will not be enough."

 6                  Do you see that?

 7            A.    Yeah.

 8            Q.    Right.

 9                  So that means you know

10       people can disagree with you, right?

11            A.    No.  It's not what I meant.

12            Q.    What do you mean?

13            A.    There're some people who

14       are so biased that they won't even

15       consider my arguments.  I don't think

16       I -- I don't think anybody could

17       disagree with the arguments that I made

18       in this book.  They are airtight,

19       they're bullet proof, they're

20       absolutely correct.

21                  But some people are so

22       biased and bigoted that if you're

23       Jewish or you're a supporter of Donald

24       Trump's rights, they shut off and won't

25       listen any further.
```

```
 1                    A. DERSHOWITZ

 2                    That's what I meant when I

 3         said:  For some that won't be enough --

 4         that will not be enough.

 5              Q.    Okay.

 6                    Several of your friends

 7         advised you not to --

 8              A.    That's correct.

 9              Q.    -- publish the book,

10         correct?

11              A.    As did my wife, as did

12         my -- some of my children, yeah.

13              Q.    Okay.

14                    In fact, if you see on the

15         first page of that exhibit,

16         Mr. Miller-Jacobs says, "Don't publish

17         a book on this subject," correct?

18              A.    That's correct.  Yeah, they

19         wanted the issue to go away.  I didn't

20         want the issue to go away.  I wanted to

21         disprove the allegations.  I was not

22         satisfied just to make the issue fade

23         away and disappear.

24                    I wanted it to be

25         disproved.  If I had simply said on day
```

```
1                      A. DERSHOWITZ

2        one:  I never met this woman.  I never

3        heard of her.  I will make no further

4        comment on this -- That might have

5        eliminated some of the lawsuits we now

6        have, but that's not who I am.

7                      If people accuse me of

8        being like Stalin, Hitler, and

9        Mussolini, I'm going respond.  I'm not

10       going to let it go away.  And the same

11       thing is true if somebody falsely

12       accuses me of sexual impropriety.

13                      I'm not going to simply let

14       it be dropped.  I'm not satisfied to

15       make it disappear.  I need to respond

16       and disprove, and that's what I've

17       tried to do all my life.

18            Q.    And you've had plenty

19       opportunity to respond and disprove

20       Mr. Giuffre's allegations, correct?

21            A.    Ms. G  --

22            Q.    Ms. Giuffre's allegations?

23            A.    No.  No.  When I've

24       presented my evidence, those in the

25       media that are biased against me have
```

```
 1                    A. DERSHOWITZ
 2           refused to present it.  I have been
 3           able to write a few things.  Like for
 4           example, I wrote a controversial piece
 5           in The Wall Street Journal, demanding
 6           that the FBI investigate me.  Who ever
 7           demands that the FBI investigate him?
 8           I basically said, you know, Indict me.
 9           There's no truth to this, so give me an
10           opportunity to respond, to respond
11           formally.  So I've not had
12           opportunities, really, to rebut except
13           in The Wall Street Journal.  The New
14           York Times hasn't given me that
15           opportunity.  CNN hasn't given me that
16           opportunity.  Others have --
17                    Q.   Did you ask to appear on
18           CNN about the --
19                    A.   Say that again.
20                    Q.   Did you ask to appear on
21           CNN about the Giuffre allegations?
22           (Simultaneous speaking.)
23                    A.   I don't generally ask to
24           appear on television.  They always ask
25           me.  I think, perhaps when my books
```

```
 1                    A. DERSHOWITZ

 2        come out my, my agent asks to be on

 3        CNN.  And perhaps they had me.  I don't

 4        know the answer.  I don't remember.

 5             Q.    Okay.

 6             A.    But CNN had me very

 7        frequently as a guest.  And I was a

 8        very popular guest along with my former

 9        student Jeffrey Toobin, and that was

10        widely-watched.  And once CNN compared

11        me to Hitler, Mussolini, and Stalin,

12        I -- I was no longer permitted to be on

13        CNN.

14                  I was scheduled to be on

15        the Smerconish Show on a Saturday

16        morning after this, and I got a

17        plaintive call from the producer,

18        saying that my appearance had been

19        canceled by the higher-ups.

20             MS. BOLGER:  Yeah, well, we'll

21        talk about that later.  But in a

22        moment, I wouldn't mind taking a

23        five-minute break.

24             THE WITNESS:  Sure.  I could

25        use one, too.
```

```
 1                      A. DERSHOWITZ
 2               THE VIDEOGRAPHER:  We're now
 3        off the record.  The time is 11:20.
 4        (Whereupon, a short recess was taken.)
 5               THE VIDEOGRAPHER:  We are now
 6        back on the record.  The time is 11:35.
 7   BY MS. BOLGER:
 8               Q.   Mr. Dershowitz, in about
 9        2017, you began to speak out in support
10        of what you described as
11        President Trump's civil liberties,
12        right?
13               A.   I can't give you the exact
14        date, but when his civil liberties were
15        being attacked, I spoke out on that
16        behalf.  I'm actually now writing a new
17        book on that whole issue, because it's
18        happening again.
19                    I defend the civil
20        liberties of those people who are
21        attacked, no matter who they are.  So
22        yes, I started to defend his civil
23        liberties after clearly announcing I
24        didn't vote for him.
25               Q.   So I -- I also like
```

```
 1                    A. DERSHOWITZ
 2        people's civil liberties.  So I applaud
 3        civil libertarians.  What were the
 4        civil liberties that you felt were
 5        under attack?
 6             A.    I don't remember back in
 7        19- -- 2017, but there were --
 8                  There were those, like my
 9        former colleague Lawrence Tribe, who I
10        think, announced Trump should be
11        impeached on the day of his
12        inauguration.  There were other members
13        of Congress and leaders of the
14        Democratic Party who were calling for
15        Trump's impeachment literally on the
16        day he got into office.
17                  And I actually,
18        interestingly enough, had started to
19        write a book in 2016 called, The Case
20        Against Impeaching Hillary Clinton,
21        because at that time, it appeared as if
22        Hillary Clinton would be elected
23        president, with my support and vote and
24        contributions.  And Republicans were
25        threatening to impeach her on the day
```

```
 1                    A. DERSHOWITZ

 2      she was inaugurated.  So I started

 3      doing my research for a book that I was

 4      going to entitle The Case Against

 5      Impeaching Hillary Clinton.

 6                    And then when that didn't

 7      happen and Trump was elected and

 8      efforts were being made to impeach him

 9      without Constitutional basis, I began

10      to strongly oppose that.

11           Q.    Yeah, that's actually kind

12      of related to my question.  And this is

13      what I don't understand.  Are you

14      suggesting that there's a civil liberty

15      not to be impeached?

16           A.    Not to be impeached.

17           Q.    I don't understand the

18      connection.  What is the civil liberty

19      that you were --

20           A.    You really want to debate

21      me on Constitutional law?

22           Q.    No.  I actually just --

23                    I want to ask you to

24      explain to me:  Why is there a civil

25      liberty of not being I peached?
```

```
 1                   A. DERSHOWITZ
 2           A.     There is no civil liberty
 3      of not being impeached.  There's a
 4      civil liberty of not being impeached on
 5      conts- -- unconstitutional grounds.
 6                   I would favor everybody's
 7      impeachment who committed high
 8      crimes -- treason, high crimes, and
 9      misdemeanor.  There's no civil liberty
10      not to be impeached.
11                   There's a civil liberty not
12      to be impeached in violation of the
13      Constitution, not to be impeached if
14      you haven't committed treason, bribery,
15      or other high crimes and misdemeanors,
16      which my research indicates -- Justice
17      Benjamin Curtis and Dean of the
18      Columbia Law School, and various other
19      people -- back closer to the time of
20      the framing of the Constitution -- said
21      requires, if not specific statutory
22      crimes -- there was a debate about
23      that -- specific statutory crimes on
24      the one hand, or criminal-like behavior
25      on the other.
```

1                 A. DERSHOWITZ

2               And after I completed my

3 research, I concluded that the

4 appropriate Constitutional criteria

5 were treason, bribery, or other high

6 crimes and misdemeanors, which means

7 criminal-type behavior, not necessarily

8 prosecutable in criminal courts.

9               For example -- I gave two

10 examples:  If a president gave or

11 accepted a bribe outside the physical

12 jurisdiction of the United States, that

13 would be enough to impeach, though it

14 might not be enough to prosecute.  Or

15 if he accepted a bribe beyond the

16 statute of limitations or gave a bribe,

17 so long he is president, those would

18 constitute impeachable offenses.

19               So I disagreed with Justice

20 Curtis and with some others that there

21 has to be a prosecutable statutory

22 crime, but it can't be abuse of power

23 or obstruction of Congress.  That's

24 exactly what the framers argued should

25 not be a ground for impeachment.

1          A. DERSHOWITZ

2              So it is a civil liberty,

3      an important civil liberty, not to

4      violate the Constitutional criteria for

5      impeachment.  And Alexander Hamilton

6      shared my concerns.

7          Q.    That's not however when you

8      first started to speak out --

9          A.    I'm sorry.

10          Q.    When you first started to

11      speak up in support of

12      President Trump's civil liberties, you

13      were talking about the Special

14      Prosecutor and the Mueller Report,

15      right?

16              MR. SCHWEIKERT:  Object to

17      form.

18              THE WITNESS:

19          A.    Well, I have -- I wrote a

20      book about this, called Sexual

21      McCarthyism back in 1998 or so, in

22      which I strongly opposed special

23      prosecutors.  I thought at the time,

24      and think today, that the framers made

25      a terrible mistake by creating one

```
 1                    A. DERSHOWITZ

 2          justice department that, like most

 3          European countries, the job of Attorney

 4          General should be divided in two, one

 5          political adviser to the incumbent

 6          leader, mainly an administer of

 7          justice-type job political cabinet

 8          member; and the other, a director of

 9          public prosecution, civil servant,

10          nothing -- not in the Cabinet, just

11          makes prosecutorial decisions.  That's

12          been my view for all the time that I've

13          been thinking about it, and so I've

14          always been opposed to special counsel,

15          because they have -- they put targets

16          on the back of a particular individual.

17          So that would be consistent with my

18          civil liberties views.

19                    My civil liberties views do

20          not change based on who the person is.

21          As you said about the law of hyperbole.

22          You're wrong about that, but you're

23          right about this.  When it comes to

24          civil liberties, person doesn't matter.

25          There's a wonderful phrase in the
```

```
 1              A. DERSHOWITZ
 2       Torah.  It says, "lo tapir panim":  Do
 3       not recognize faces.  Hence, the
 4       blindfold on the Statue of Justice.
 5       And I have never recognized faces,
 6       places, races, genders, or anything
 7       else in my defense of civil liberties.
 8              Q.    Although a minute ago you
 9       seemed to react to the mere thought
10       that might engage with you on a debate.
11              A.    That might be --
12              Q.    You reacted to the mere
13       thought that might engage with you on a
14       debate about civil libertarians?
15              A.    Funny.
16                    (Simultaneous speaking.)
17              MR. SCHWEIKERT:  Object to
18       form.
19              Q.    Why is it funny,
20       Mr. Dershowitz?  Am I not smart enough
21       to talk to you?
22              A.    Because this is not an
23       appropriate occasion for us to debate.
24       I would be delighted.
25              Q.    Why do you get to decide
```

```
 1                    A. DERSHOWITZ
 2        that?
 3             A.    Hm?
 4             Q.    Why do you get to decide
 5        what's appropriate for me to say?
 6             A.    Because I'm a litigant in
 7        this case, and I have rights, and one
 8        of my rights is not to have to engage
 9        in an academic debate about an issue.
10                  If you want to do it, I'm
11        happy to do it, but I'm going to be
12        critical of it.  That's not what
13        depositions --
14             Q.    You have a civil liberty
15        not to have to debate me?
16             A.    It's a waste of time.  We
17        have seven hours, and I want to be
18        finished on time.  And so having a
19        debate with me about the Constitution
20        doesn't seem to me the most productive
21        use of either your time or mine.  But
22        let's -- We can --
23             Q.    But please, be --
24        Obviously, you should be able to
25        control what I say, right?
```

```
                      A. DERSHOWITZ
 1
 2           A.    No.
 3           Q.    That's the -- That's the
 4      idea.
 5           A.    No.
 6           Q.    You're smarter than me, so
 7      you get to tell me what to say.
 8             MR. SCHWEIKERT:  Object to
 9      form.
10             THE WITNESS:
11           A.    This is not getting us
12      anywhere.
13      (Simultaneous speaking.)
14             MR. SCHWEIKERT:  Argumentative
15      .
16             MS. BOLGER:  Can we have can
17      you mark as Exhibit 12 a document
18      produced in this litigation bearing the
19      Bates number 1270.
20      (Simultaneous speaking.)
21             THE WITNESS:  I want to put on
22      the record that the person deposing me
23      is quite deliberately trying to provoke
24      me into an argument.  I don't want to
25      be provoked, and I would like to keep
```

```
 1                    A. DERSHOWITZ
 2        this civil, and I would like to keep it
 3        in "question and answer format" and not
 4        get into debates about Constitutional
 5        issues or about what civil liberties
 6        means or about what the First Amendment
 7        means.
 8             If you have appropriate
 9        questions, I'm happy to answer them,
10        But please, I know that -- that part of
11        a tactic of deposition is to try to
12        provoke the witness.  I just want to
13        tell you, I -- I won't be provoked.  So
14        it won't do any good.
15             MS. BOLGER:  And I will remind
16        you that I get to ask the questions,
17        and you get to give the answers.
18             THE WITNESS:  That's right.
19             MS. BOLGER:  And that is the
20        rules.
21             So I'm going to ask the court
22        reporter to mark as Exhibit 12, 12704
23        which is a document produced in the
24        litigation by Mr. Dershowitz.  Here it
25        is.
```

1                    A. DERSHOWITZ

2        (Whereupon, Dershowitz Email Record  of  Tweets

3   and  Op  Eds  in  Defense  of  Donald  Trump  with

4   attachments,  Bates  number  12704  was  marked  as

5   Exhibit    12    for    identification,    as    of

6   September 13th, 2022.)

7                    MR. SCHWEIKERT:  Thank you.

8        This is all one?  Oh, wow.

9                    THE WITNESS:  What is this?

10                    MS. BOLGER:  See it in a

11        second.

12                    MR. SCHWEIKERT:  It's a very

13        long.

14                    THE WITNESS:  Do I have it.

15                    MS. BOLGER:  No because you're

16        talking, so she's got to take down the

17        words.  Hold on one second.

18                    THE WITNESS:  You can pass

19        things to me while I'm talking.

20                    THE COURT REPORTER:  No, I

21        can't because I only have two hands.

22                    THE WITNESS:  Ah.  I didn't

23        realize that.  What is this?

24                    MS. BOLGER:  So for the

25        record, this is an email which covers a

```
 1                    A. DERSHOWITZ

 2        document and several attachments, which

 3        seems to be every tweet and every Op Ed

 4        or links to every Op Ed that you

 5        published related to the defense of

 6        President Trump as of May 20th, 2018.

 7             Q.   If you'll see, the last

 8        thing says, "I need to finish my

 9        impeachment book this week.  How are

10        columns going?  I'm almost done with

11        draft of intro."

12                  And then it proceeds from

13        there.  And the top column, who is

14        from -- which is to Maura, who I

15        understand to be your assistant --

16             A.   Right.

17             Q.   -- reads, "The document

18        with all of the links to Alan's Op Eds,

19        media appearances and Tweets is

20        attached."

21                  And I'm wondering if you

22        remember receiving this document or

23        seeing this document.

24             A.   No.

25             Q.   Okay.
```

```
 1                   A. DERSHOWITZ
 2           A.    Not -- Not only don't I
 3      remember it, I have never seen this
 4      document before.
 5           Q.    Okay.
 6                 Even though you are CC --
 7      You are the originator of the request,
 8      and it is -- you're CC'ed at the very
 9      top?
10           A.    Oh, I thought you meant
11      this document.
12           Q.    That is the document.
13           A.    This whole document?
14           Q.    It was the attachment to
15      the email.
16           A.    Okay.  It's possible that I
17      was shown it, but assure you I didn't
18      read this whole thing.
19           Q.    Okay.
20                 Was this the basis for one
21      of your books about the case against
22      impeaching Trump?
23           A.    Well, I think I wrote three
24      books that were variations on the
25      theme.  One, the case against
```

```
 1                      A. DERSHOWITZ

 2          impeaching Trump.  One had to do with a

 3          case against the Democratic House

 4          impeaching Trump.  One against the case

 5          removing Trump, and they were

 6          essentially the same book.

 7                      I updated them

 8          periodically.  And the editor -- The

 9          publisher changed the title to make it

10          more relevant.  And what these books

11          were, were my introduction and then

12          usually, a compilation of Op Eds that I

13          had written about the subject.

14               Q.    Okay.

15                      Do you have any reason to

16          doubt that this is -- these were your

17          op Eds --

18               A.    No.

19               Q.    -- and tweets --

20               A.    No.

21               Q.    -- written before the

22          books?

23               A.    No.

24               Q.    Okay.

25                      So you ultimately did write
```

```
 1                  A. DERSHOWITZ
 2        a book.  Your first book -- You wrote
 3        three as you said.  Your first book was
 4        called The Case Against Impeaching
 5        Trump.
 6                      He had not been impeached
 7        yet, right?
 8            A.    That's right.  But I also
 9        had done research on the case against
10        impeaching Hillary Clinton, and she
11        hadn't even been elected.
12            Q.    Then the next book you
13        published was called The Case Against
14        the Democratic House Impeaching Trump.
15            A.    Right.
16            Q.    And he had not yet been
17        impeached, right?
18            A.    That's right.
19            Q.    Okay.
20                  MS. BOLGER:  I'm going to ask
21        the court reporter mark Exhibit 13 a
22        document produced in the litigation and
23        then given the Bates number 17748.
24        (Whereupon, Adam Bellow  Email  to  Dershowitz,
25    Bates number 17748 was  marked  as  Exhibit  13  for
```

```
 1                    A. DERSHOWITZ
 2   identification, as of September 13th, 2022.)
 3                    THE WITNESS:  I have a
 4          suggestion for saving time, but maybe
 5          it won't work.
 6                    MS. BOLGER:  We can talk about
 7          it off the record.  But just for now
 8          would you mind reading this email, so I
 9          can ask you a couple of questions about
10          it?
11                    THE WITNESS:  Oh, sure, yeah.
12          Go ahead.
13                    MS. BOLGER:
14          Q.    So the first email on the
15          string chronologically, which of course
16          is the last email.  The second email on
17          the page Adam Bellow --
18          A.    Yeah.
19          Q.    -- to you, Alan Dershowitz.
20          A.    Yeah.
21          Q.    Who is Adam Bellow?
22          A.    Adam Bellow was the
23          publisher of a book publishing company.
24          I forget the name of the company.
25          Q.    From his email address, it
```

```
1                    A. DERSHOWITZ

2         would seem to be St. Martin's, right?

3              A.    I don't see.  Adam -- No

4         yeah, St. Martin's Press, yeah.

5              Q.    Okay.

6                    Saul Bellow's son, right?

7              A.    Yes.

8              Q.    Okay.

9                    And you'll see the first

10        paragraph he says, "I'm sorry to say

11        that our publishing group is not

12        prepared to condone the release of

13        another column book, especially one

14        that would be published in the same

15        year as ours.

16                    "Readers cannot be expected

17        to buy three Dershowitz books in the

18        space of a year.  And our salespeople

19        think it will negatively impact our

20        ability to effectively position and

21        publish Defending Israel."

22                    Do you see that?

23             A.    Yeah.

24             Q.    Okay.

25                    Then the next one says, "I
```

```
 1                    A. DERSHOWITZ

 2       have to add that as a strict commercial

 3       proposition, I think it's a

 4       deeply-flawed idea.  The book is not

 5       nearly as well-focused as the first and

 6       not tied to an ongoing debate."

 7                 Do you see that?

 8            A.    Yes.

 9            Q.    Do you understand him to be

10       talking about that second book, The

11       Case Against the Democratic House

12       Impeaching Trump?

13            A.    I have no idea.

14            Q.    Okay.

15                 Well, the next paragraph

16       may help you.  It says:

17                 "In fact, with the

18       Democrats in control of Congress, I

19       think the impeachment book will take on

20       new relevance and have a second life.

21       Bringing out a second book will only

22       interfere with ongoing sales for the

23       first one.  In short, it is a

24       questionable strategy and smacks of

25       exploitation, more of exploitation than
```

                              A. DERSHOWITZ

1

2      publishing sagacity."

3                    Do you see that?

4           A.    Yeah.  And that's why I

5      switched to a different publisher who

6      had a different strategy, and he did

7      publish the three books.

8           Q.    Okay.

9                    But this is a reference to

10     the fact that he didn't want to publish

11     the second book?

12          A.    That's right.  That's what

13     it --

14          Q.    Because he thought "it

15     smacked of exploitation, rather of

16     publishing sagacity," correct?

17               MR. SCHWEIKERT:  Object to

18     form.

19               THE WITNESS:

20          A.    Well, that was his opinion.

21     Tony Lyons came to a different

22     conclusion and --

23               MS. BOLGER:

24          Q.    Do you understand what he

25     meant?  What did you -- What did you

```
 1                    A. DERSHOWITZ

 2       understand him to mean when he said

 3       "exploitation rather than publishing

 4       sagacity"?

 5             A.    I -- Just -- You have to

 6       ask him.

 7             Q.    Okay.

 8                   Then in the next

 9       paragraph -- skip the next paragraph.

10       Final graph reads (as read):

11                   "I understand very well

12       that this is not what you wanted to

13       hear, but I would ask that you consider

14       that we already made a very big

15       concession to you on the impeachment

16       book.  No other author would have been

17       granted that leeway, which, by the way,

18       was only granted due to my personal

19       advocacy and my assurances that this

20       was one-off and wouldn't happen again.

21       That is why we made it clear at the

22       time this was not to be a precedent."

23       Do you understand that?

24             A.    Yes.

25             Q.    Do you understand what
```

```
 1                    A. DERSHOWITZ
 2         the -- what he made clear to you at the
 3         time?
 4              A.    No.
 5              Q.    Does it ring any bells
 6         whatsoever?
 7              A.    No, I mean, I hadn't even
 8         remembered -- If you had asked me
 9         without showing me this, I would have
10         said my impeachment books were all
11         published by Tony Lyons.  I didn't even
12         remember that I had tried to get the
13         impeachment book published by
14         St. Martin Press.  I don't know why I
15         did.  That didn't seem an appropriate
16         press for doing it.  Tony Lyons,
17         Skyhorse is much more appropriate, and
18         I've been very happy with them.
19              Q.    Okay.
20                    Why is it more appropriate?
21              A.    Because they turn out more
22         quick, topical books.  For example, I
23         did a book on the death of Ruth Bader
24         Ginsberg and the appointment of
25         Barrett, and it was submitted to the
```

```
 1                    A. DERSHOWITZ

 2       Guinness Book of Records.  Between the

 3       time I agreed to write the book and the

 4       time it appeared on Kindle was, I

 5       think, about two or three weeks.

 6                    And they -- They specialize

 7       in quick, very short, quick

 8       pamphlet-type books, which include

 9       columns.  And so they fit my needs

10       perfectly, and I've continued to

11       publish with them ever since.

12            Q.    Do they edit your work or

13       simply publish your work?

14            A.    Both.  I would say, not

15       like Adam Bellow.  He -- When I did my

16       big book for him, Defending Israel, he

17       really micromanaged it in many ways.

18                    But Skyhorse is different.

19       There's an editor.  And I'll get, you

20       know, calls and suggests, and I'll make

21       changes.  But not nearly as detailed

22       editing as others, yeah.

23            Q.    Okay.

24                    And.

25                    When you -- When you began
```

```
 1                    A. DERSHOWITZ

 2        to publicly defend the President's --

 3        former President's civil liberties,

 4        there was a significant amount of press

 5        about your decision to defend

 6        President Trump, correct?

 7             A.    I don't remember that, no.

 8             Q.    Okay.  Let's --

 9             A.    You'll have to show me.

10             Q.    Yup.

11        (Whereupon, "HLS Prof," article,  The  Crimson,

12   January 26, 2018,  was  marked  as  Exhibit  14  for

13   identification, as of September 13th, 2022.)

14                  MS. BOLGER:  Going to mark as

15        Exhibit 14, an article called "HLS Prof

16        Dershowitz Becomes Loud Trump

17        Defender," dated January 26th, 2018.

18                  THE WITNESS:  Where is it?

19        Where does it appear?

20                  MS. BOLGER:  The Crimson.

21                  THE WITNESS:  The Crimson,

22        okay.  I wouldn't necessarily call

23        that --

24                  MS. BOLGER:  No pending

25        question.  No pending question.
```

```
 1                    A. DERSHOWITZ

 2        (Simultaneous speaking.)

 3                  THE WITNESS:  Well, the

 4         question was --

 5                  MR. SCHWEIKERT:  Yeah, hold on

 6         for a second.

 7                  THE WITNESS:  Okay.

 8                  Could you read the question

 9         back?

10                  MS. BOLGER:  I don't think

11         there is a pending question.

12                  THE WITNESS:  There was a

13         pending question.

14                  MS. BOLGER:  Can we just mark

15         the exhibit, please.

16                  THE WITNESS:  Well, can you

17         read it back, and we'll see if there

18         was a pending question.

19                  MS. BOLGER:  We're going to

20         mark the exhibit.

21                  THE WITNESS:  That's fine.

22                  MS. BOLGER:  Then you can read

23         back the question.

24                  THE WITNESS:  Yeah.  That's

25         all I ask.
```

```
 1                    A. DERSHOWITZ

 2               MS. BOLGER:  But there was no

 3          pending question.

 4               THE WITNESS:  That's all I

 5          ask.

 6        (Whereupon, the requested portion was read

 7    back by the reporter.)

 8               MS. BOLGER:  There was no

 9          pending question.

10               I said to you:  "Are you aware

11          that there was considerable press about

12          it?"

13               You said, "I'm not.  You'll

14          have to show me."

15               THE WITNESS:  I regard that as

16          a pending question.  I'm not going to

17          argue with you, but that seemed like a

18          pending question.  You were going to

19          show me something, and then I was going

20          to answer it.

21               MS. BOLGER:

22               Q.    Have you ever seen that

23          article before, Mr. Dershowitz?

24        (Simultaneous speaking.)

25               A.    I don't remember.
```

```
                           A. DERSHOWITZ
 1
 2              Q.    Okay.
 3                    I'm going to show you as --
 4                 MS. BOLGER:  What number am I
 5         on?
 6                 THE COURT REPORTER:  Fifteen.
 7                 MS. BOLGER:
 8              Q.    You have not seen that
 9         before, Mr. Dershowitz?
10              A.    Say that again.
11              Q.    You have not seen that
12         before?
13              A.    I don't remember.  There's
14         so many articles.  I don't remember.
15                 MR. SCHWEIKERT:  Thank you.
16                 THE WITNESS:
17              A.    I was not at Harvard when
18         this article was published, and I don't
19         subscribe to the Crimson.  So it's very
20         likely, somebody sent it to me, but I
21         have no direct recollection of it.
22                 MS. BOLGER:  Okay.  I'm going
23         to ask the court reporter to mark as
24         Exhibit 15, a Politico article called
25         "What Happened to Alan Dershowitz?"
```

```
 1                    A. DERSHOWITZ

 2         with the date of May 11th, 2018.

 3                    THE WITNESS:  Yeah, I remember

 4          that one.

 5        (Whereupon, "What Happened to Alan?" article,

 6   Politico, May 11, 2018, was  marked  as  Exhibit  15

 7   for identification, as of September 13th, 2022.)

 8   BY MS. BOLGER:

 9                    Q.    Okay.  So taking a look at

10          Exhibit 15 --

11                    A.    You weren't going to ask me

12          any questions about this one?

13                    Q.    Nope.  You can put that one

14          aside.

15                    A.    Fine, yeah.

16                    Q.    You can look at Politico

17          article, and if you turn to the second

18          page of the exhibit --

19                    A.    Yeah.

20                    Q.    -- the third paragraph down

21          begins:

22                    "In certain circles The

23          Legal Academy, Defense Attorneys,

24          Martha's Vineyard it is the question:

25          What happened to Alan Dershowitz?
```

```
 1                    A. DERSHOWITZ
 2      Dershowitz an iconic civil libertarian
 3      and criminal defense lawyer who
 4      circulates between the liberal redoubts
 5      of Miami, New York and the Vineyard,
 6      has emerged in the past year as the
 7      most distinguished legal defender of
 8      Trump."
 9                  And you'll see the next
10      paragraph reads:
11                  "'People everywhere ask,
12      what happened to him?' said Nancy
13      Gertner, a former Federal Judge and
14      lecturer at Harvard Law School, who has
15      known Dershowitz for years.  'I get
16      that from everyone who knows him.'"
17                  Do you see that?
18          A.    Yeah.
19          Q.    Okay.
20                  And then in the next page,
21      second paragraph down reads, "About a
22      year ago" -- Are you with me
23      Mr. Dershowitz?
24          A.    Yeah.
25          Q.    Okay.
```

```
 1                    A. DERSHOWITZ

 2                    "After Mueller's

 3         appointment on May 17th that started to

 4         change."

 5                    If you read down, it says,

 6         "Dershowitz speaks openly of having

 7         been shunned by friends and condemned

 8         by relatives since then."

 9             A.    I'm missing that.  "Over a

10         year ago," and then I can't get to the

11         next thing.

12             Q.    "About a year" -- starts --

13                    Graph starts "about a year

14         ago."

15             A.    Yeah, and then?

16             Q.    The third line down --

17         fourth line down in that paragraph

18         starts, "The Liberal Intelligencia

19         Recoiled."

20             A.    Yeah.

21             Q.    "Dershowitz speaks openly

22         of having been shunned by friends and

23         condemned by relatives since then."

24             A.    Yeah.

25             Q.    "Even, he told me, at his
```

```
 1                    A. DERSHOWITZ

 2        family recent Passover Seder."

 3        There's --

 4                    Goes on to say, "He's been

 5        harshly critiqued by former Harvard

 6        colleagues."

 7                    Then it says:  "In late

 8        March, when legal analyst, Jeffrey

 9        Toobin confronted him directly on

10        Anderson Cooper 360:  'I don't know

11        what's going on with you.  That's not

12        who you used to be,' it felt like a

13        moment of collective catharsis for

14        liberals who see Trump as a threat to

15        democracy."

16                    Do you understand that?

17             A.   He doesn't understand me.

18        I haven't changed one bit.  I've done

19        exactly the same as I used to do.  I'm

20        just doing it on behalf of a person

21        they don't like.  If I were doing the

22        same thing on behalf of

23        President Hillary Clinton, they'd be

24        adoring me.

25                    I'm not a hypocrite.  I
```

```
 1                    A. DERSHOWITZ
 2          don't believe in looking at faces,
 3          races, names.  I defend civil liberties
 4          without regard to who the object of the
 5          civil liberties denial is.  I'm not a
 6          Trump supporter.  I don't like his
 7          policies.  I publicly opposed his
 8          policies.  But I do support his civil
 9          liberties without regard to my views on
10          his policies.  I'm very proud of that.
11              Q.    Great.
12              A.    I wish more professors did
13          that.
14              Q.    Now if you flip one to the
15          seventh page of the exhibit --
16              A.    Mh-hm.  Seventh page.
17              Q.    Seventh page.
18              A.    I have to count -- okay.
19          One second.
20              MR. SCHWEIKERT:  Are you
21          counting front and back.  Mine's
22          double-sided.
23              THE WITNESS:
24              A.    Seven.  Is this the one
25          that has in the beginning,
```

```
 1                        A. DERSHOWITZ

 2      "Dershowitz's Argument Isn't Crazy"?

 3              Q.    Yes, it is.

 4              A.    Okay.

 5              Q.    You -- There's a --

 6                    It's a discussion of your

 7      argument, and then there's a sentence,

 8      "Whether Dershowitz is right involves a

 9      complex" --

10              A.    Wait, wait, wait.  Where is

11      that sentence?

12              Q.    The final paragraph.

13              A.    Okay.

14              Q.    "Whether Dersh-" --

15              A.    I would like to also make

16      sure you put it in context.

17      "Dershowitz's Argument Isn't Crazy."

18      That's important because that's the

19      opposite of what CNN said later on.

20      So --

21              Q.    In 2018.

22              A.    Okay.

23              Q.    Yes.  This is four years

24      earlier -- three --

25                    Two years earlier.
```

```
                        A. DERSHOWITZ
 1

 2          A.    Okay.

 3          Q.    But I want you to look

 4    at --

 5          A.    Yeah.

 6          Q.    It says, "Whether

 7    Dershowitz is right involves a complex

 8    legal argument that can't be resolved."

 9          A.    Yeah.

10          Q.    Do you agree with that?

11          A.    Yeah.

12          Q.    Okay.

13                Then if you switch to the

14    ninth page of the exhibit.

15          A.    They're all saying -- these

16    are controversial, interesting

17    arguments, yeah.

18          Q.    The ninth page of the

19    exhibit?

20          A.    Ninth page, what does that

21    start with?  Silver blade?

22          Q.    Yes.

23          A.    Yeah.

24          Q.    The next paragraph reads:

25    "'If Alan is right,' Newborn
```

```
 1                    A. DERSHOWITZ
 2       concluded."  And that's Bert Newborn?
 3              A.    Yeah.
 4              Q.    Former direct of the ACLU,
 5       right?
 6              A.    Right.  Yeah.
 7              Q.    "'If Alan is right,'
 8       Newborn concluded, 'then the President
 9       is above the law.  And we have a very
10       different system than we think we
11       have,'" right?
12              A.    Yeah.  He's wrong.
13              Q.    That was in 2018 he was
14       saying that, right?
15              A.    Yeah, but he's wrong.  I
16       don't believe a President is above the
17       law.  I just want to apply the law
18       equally to this President as it would
19       have been applied to President Hillary
20       Clinton.
21              Q.    Sure.
22                    In 2018, Bert Newborn said
23       in Politico, "'If Alan is right, the
24       President is above the law,'" correct?
25              A.    He's wrong, but he said it,
```

```
1                    A. DERSHOWITZ

2        yeah.

3             Q.    Okay.  And if you read

4        down --

5             A.    But there's a big

6        difference between saying the "The

7        President is above the law," and saying

8        that "the President is Hitler,

9        Mussolini -- or I am Hitler or

10       Mussolini," yeah.

11            Q.    Okay.

12                  Then if you read down three

13       paragraphs below that, he says:

14                  "'When I asked Dershowitz

15       in early April why he appeared so often

16       on Fox News, he said he was furious

17       with CNN for not booking him more often

18       and had asked the network whether he

19       had been blacklisted.'"

20                  Do you see that?

21            A.    Yeah.

22            Q.    So as of 2018, you thought

23       you been blacklisted from CNN?

24            A.    No.  I just asked the

25       question.  I was angry at them because
```

```
 1                    A. DERSHOWITZ
 2        if I had pulled a Lawrence Tribe, if I
 3        had opposed everything, all the civil
 4        liberties on behalf of Trump, CNN would
 5        be booking me all the time.
 6                   They continued to book me
 7        basically until the defamation on
 8        January -- whatever day it was.
 9              Q.    Okay.
10                   What's your source for the
11        fact that --
12              A.    What's my --
13              Q.    What is your source for
14        your statement that:  If you had
15        agreed -- If, like Larry Tribe, you had
16        been always critical of the President,
17        you would have been on CNN more?
18              A.    The most obvious thing in
19        the world.  I mean, I'm an intelligent
20        person.  I know how the world operates.
21        I know how academics operate.  I
22        coined -- I didn't coin the phrase, but
23        I popularized the phrase "shoe on the
24        other foot."
25                   I started writing about
```

```
 1                    A. DERSHOWITZ
 2           that in 2000 in my book on Bush versus
 3           Gore.  And I always apply the shoe on
 4           the other foot test, and I don't think
 5           there is a rational human being in the
 6           world who would disagree with the
 7           following statement.
 8                      The same arguments that I
 9           made against Trump's impeachment, had I
10           made them against Hillary Clinton's
11           impeachment, many scholars would have
12           agreed with my argument.
13                Q.   Mr. Dershowitz, you must
14           have misunderstood my question.  I'm
15           sorry.
16                A.   I must have.
17                Q.   My question was:  What is
18           your source --
19                A.   I just answered.
20                Q.   -- for your belief that CNN
21           would have booked you more if you had
22           been -- I'm paraphrasing you --
23           critical of President Trump?
24                    MR. SCHWEIKERT:  Object to
25           form.
```

```
 1                     A. DERSHOWITZ

 2              THE WITNESS:

 3         A.    Because CNN booked me a lot

 4     before I was perceived as defending his

 5     civil liberties.  And then it slowed

 6     down, and they booked me less.  Every

 7     network does that.  Fox does it.  CNN

 8     does it.  MSNBC does it.  They book

 9     guests based on their political points

10     of view.

11         Q.    Wait, so you didn't have

12     someone tell you that.  That's what

13     you're think- -- you're articulating

14     you believed happened.

15         A.    I'm trying to remember.

16     I'm sure I discussed it with some

17     people, but I can't remember anybody

18     specifically telling me that.  But I

19     think if you look at the empirical

20     data, it'll bear it out.

21         Q.    I was using source in the

22     way of a -- of a reporter, rather than

23     a writer.  So I meant human source.

24              MS. BOLGER:  All right.  We're

25     going to take a look at Exhibit 16,
```

```
 1                    A. DERSHOWITZ
 2        which is an article published in the
 3        Book Review Section of The New York
 4        Times called "Yet Another Book Takes on
 5        Impeachment:  This time, the case
 6        Against," published on July 8th, 2018.
 7        (Whereupon, "Yet Another  Book," article,  The
 8    New  York  Times,  July  8,  2018,  was  marked  as
 9    Exhibit    16    for    identification,    as    of
10    September 13th, 2022.)
11                    MS. BOLGER:  Mr. Dershowitz,
12        may I ask what you're reading on your
13        phone?
14                    THE WITNESS:  Checking my
15        emails.  I have a suggestion about how
16        to expedite this, but you don't want to
17        listen, so --
18                    MS. BOLGER:  I'll listen at
19        the break, but I want to get through
20        what I want to get through.
21                    THE WITNESS:  Okay.  I just
22        think it would make it quicker.  Right
23        now, there's a lot of down time.
24                    I don't have a document in
25        front of me.  I think I want to make
```

```
 1                    A. DERSHOWITZ
 2       this part of the record.
 3                MR. SCHWEIKERT:  Hold on.  She
 4       needs to be --
 5                MS. BOLGER:  You have to --
 6       Stop talking for one second so she can
 7       hand you the document.
 8                THE WITNESS:  Yeah.  Can I
 9       make my point on the record?
10                MS. BOLGER:  There's no
11       pending question.
12                THE WITNESS:  Okay.
13                MS. BOLGER:  So I'm going to
14       make my -- I'm going to ask my next
15       question.
16                THE WITNESS:  Good.
17                MS. BOLGER:
18          Q.    So if you take a look at
19       the -- This is a book review of the
20       book the Case Against Impeaching Trump?
21          A.    Yeah.
22          Q.    Have you seen this before?
23          A.    I don't remember, probably.
24          Q.    Okay.
25                So, the seventh paragraph
```

```
 1                      A. DERSHOWITZ
 2        down starts, "He has certainly become
 3        part of the debate."
 4              A.    Yeah.
 5              Q.    "Ever since he came out
 6        swinging against scholars, politicians
 7        and pundits who claim Mr. Trump has
 8        committed impeachable offenses,
 9        Mr. Dershowitz has been scorned by
10        fellow academics" --
11              A.    Right.
12              Q.    -- "and members of the
13        liberal establishment and by some in
14        the elite social circles he frequents."
15                    The next paragraph says,
16        "Mr. Dershowitz seems to be reveling in
17        his pariah status, pointing to it as
18        proof that he is committed to defending
19        Constitutional principles that
20        transcend partisan politics.
21                    "He joked in interview that
22        he's going to ask his publisher to
23        release a Martha's Vineyard edition of
24        the book sheathed in a brown paper bag,
25        so that the bashful but curious
```

```
                        A. DERSHOWITZ
 1
 2      residents can hide it and read it in
 3      the privacy of their own homes."  Do
 4      you see that?
 5           A.    Yeah.  Absolutely.  I hear
 6      it and I stand by that.
 7           Q.    It's a funny joke,
 8      Mr. Dershowitz.
 9           A.    No, it wasn't that funny.
10           Q.    All right.  Then I'm going
11      to ask --
12           A.    Doesn't meet my usual
13      standards of humor, but it was
14      relevant.
15           Q.    I'm going to ask that the
16      court -- I actually think it's funny.
17      That was sincere.
18                MS. BOLGER:  I'm going to ask
19      the court reporter to mark as
20      Exhibit 17 an article called "Reversal
21      of Reputation:  How Dershowitz is
22      taking liberties to defend Trump,"
23      dated October 15th, 2018.
24                THE WITNESS:  What magazine is
25      that from?
```

```
 1                    A. DERSHOWITZ

 2               MR. SCHWEIKERT:  Hold on.

 3          (Whereupon,  "Reversal  of  Reputation,"

 4     article, Justia, "Verdict" law  blog,  was  marked

 5     as  Exhibit  17  for  identification,  as  of

 6     September 13th, 2022.)

 7               MS. BOLGER:

 8               Q.   Okay.  This is from a law

 9          blog called Justia, and it's called

10          "Verdict."  The publication -- This

11          portion of the blog is called

12          "Verdict," and if you see on the third

13          paragraph on this page it says:

14                    "Why does this

15          much-lionized civil libertarian

16          regularly defend Donald Trump to a vast

17          television audience?  How did this

18          distinguished professor end up

19          embracing far out theories that would

20          put the president beyond the reach of

21          prosecution or even impeachment?  And

22          why has Dershowitz, the biggest

23          celebrity legal academia ever produced

24          risk social ostracism among the gentry

25          of Martha's Vineyard to make this
```

```
 1                   A. DERSHOWITZ

 2        case?"

 3                   Do you see that?

 4             A.    Yeah.  It's exactly the

 5        point I've been making, that I'm

 6        controversial.  I'm risking ostracism

 7        because I'm a principled person.  I'm

 8        not crazy.  My arguments are

 9        interesting, they're rebutted, they

10        stimulate debate.  That's what I do.

11        That's what I do well.  That's what I'm

12        proud of doing.  That's what CNN

13        ruined.

14             Q.    Okay.

15                   Next paragraph says --

16        Final paragraph -- The third --

17                   The second full paragraph

18        on that page.

19             A.    Mh-hm.

20             Q.    Says, "Alas, the Case

21        Against Impeaching Trump is no common

22        sense."

23             A.    High standard.

24             Q.    (As read): "It's more

25        j excuse that j accuse, for there's no
```

```
 1              A. DERSHOWITZ
 2       excuse too far-fetched for Dershowitz
 3       to ploy -- to deploy to get Trump off
 4       the hook, no fringe Constitutional
 5       argument he's not willing to push to
 6       the limits of credulity.  What sincere
 7       motives might have fueled his initial
 8       skepticism of the impeachment remedy,
 9       Dershowitz is now serving up pure
10       Kool-Aid for the Fox News faithful."
11              Do you see that?
12          A.   I do.  And it's just simply
13       wrong.  If you read my argument in
14       front of the Senate, it's scholarly,
15       balanced, Constitutionally sound, and
16       it's exactly the arguments that I've
17       been making throughout.  I'll stand by
18       those arguments, and I'll leave it to a
19       jury to decide whether my arguments are
20       Kool-Aid or whether my arguments are
21       Constitutionally much better than the
22       arguments of my opponents.  I think
23       they are.
24          Q.   Okay.
25              I'm going to ask -- And
```

```
1                    A. DERSHOWITZ
2         you've received a lot of emails --
3                   You received a lot of
4         emails critical of your decision to
5         defend President Trump's civil
6         liberties --
7              A.    That's right.
8              Q.    -- before you represented
9         him in the impeachment, correct?
10             A.    That's exactly right.  I'm
11        sure if there were emails, John Adams
12        would have received even more of them.
13        And I'm sure Jim Sinclair would have
14        received many of them for defending --
15        And I'm sure Abraham Lincoln would have
16        received many of them for defending
17        some of the people he defended.  And
18        Benjamin Curtis for defending Andrew
19        Johnson, who was probably the most
20        dangerous president in modern --
21        dangerous president in history, setting
22        back reconstruction -- a horrible,
23        horrible president, who I wish there
24        had been a Constitutional basis for
25        impeaching.
```

```
 1                    A. DERSHOWITZ

 2                    People who defend unpopular

 3        people get letters.  That's the nature

 4        of our First Amendment.  And they ought

 5        to get letters.  But are not to be

 6        compared to Hitler, Stalin or

 7        Mussolini.

 8              Q.    That's the second time I've

 9        heard you liken yourself to John Adams?

10              A.    Yeah.  I don't like him.

11              Q.    Generally --

12              A.    I learned from him.

13        Because he --

14              Q.    I said "liken" --

15              A.    -- inspired me.

16              Q.    I said "liken yourself to

17        John Adams."

18              A.    I don't liken myself to

19        him.  There are a lot of differences

20        between me and John Adams.  I'm a much

21        better lawyer than he was.  He was a

22        racist.  When he defended the Boston

23        Massacre Soldiers, he point to Crispus

24        Attucks, the only Black man who was

25        killed and blamed it on him, saying:
```

```
 1                    A. DERSHOWITZ
 2         He had a savage look in his eye.  I
 3         would never have made the arguments
 4         John Adams made.  John Adams also
 5         passed the alien and sedition act --
 6              Q.   Right.  That was the part I
 7         thought maybe you guys had a little
 8         something common on?
 9              A.   No.  We have nothing in
10         common about that.  What we have in
11         common is we understand that an
12         important role of the lawyer -- this
13         was before the Sixth Amendment, and he
14         did it -- is to defend the Peter
15         Zengers of the world, the people who
16         are at the Boston Massacre, the Richard
17         Nixons of the world.  I very much
18         wanted to see Richard Nixon impeached,
19         but if I had been asked to defend him,
20         I would have.
21              MS. BOLGER:  I'm going to ask
22         the court reporter to mark as
23         Exhibit 18, again a composite exhibit
24         of emails produced by you in this
25         litigation, Mr. Dershowitz.  The top
```

```
 1                    A. DERSHOWITZ
 2        one bears the Number 23383.
 3       (Whereupon,  Composite   Dershowitz    emails,
 4   Bates number 23383 was  marked  as  Exhibit  18  for
 5   identification, as of September 13th, 2022.)
 6                    THE WITNESS:  While you're
 7           doing that, I'm going to do one -- just
 8           very quick.
 9                    MS. BOLGER:  Wait. Stop.
10                    THE WITNESS:  Yeah.
11                    MS. BOLGER:  You can't do it
12           while there's a pending question.  But
13           we can go off the record for -- I mean,
14           all I'm going to do is ask you to go
15           through the exhibit, so we can go off
16           the record for one minute.
17                    THE WITNESS:  I was only going
18           to do it because there's always time
19           that's unnecessary.  When she marks it,
20           it would be so much easier if you had
21           an extra copy, if you handed it to me.
22           I could read it while she was marking
23           it, and we would be saving probably a
24           half an hour.
25                    MS. BOLGER:  Okay.  Why don't
```

```
 1                    A. DERSHOWITZ
 2        we take a break so you can go to the
 3        bathroom.
 4                    THE VIDEOGRAPHER:  Off the
 5        record.  The time is 12:12 p.m.
 6        (Whereupon, a short recess was taken.)
 7                    THE VIDEOGRAPHER:  We are now
 8        bark on the record.  The time is
 9        12:16 p.m.
10                    MS. BOLGER:  Sorry,
11        Mr. Dershowitz, I'm just making sure
12        you're holding Exhibit 18, right?
13                    THE WITNESS:  I'm holding --
14             Q.    It has a little number on
15        the bottom?
16                    THE WITNESS:  Eighteen, yeah.
17                    MS. BOLGER:  Great.
18             Q.    So this is a collection of
19        emails, as I said, that were
20        obtained -- received by you related to
21        your representation of Donald Trump
22        before the impeachment trial.
23             A.    That's right.
24             Q.    Who is Alan Zweibel?
25             A.    Another of my old friends.
```

```
1                    A. DERSHOWITZ
2      I met him -- I think my mother went out
3      with his -- I think my father went out
4      with his mother.  That's how far back
5      we go, and we re-met in college.  We
6      were in the same house plan.  And we
7      remained contentious friends ever
8      since.
9              Q.    Okay.
10                   You'll see on the -- sort
11     of three quarters of the way down the
12     page, he says:
13                   "You have always fought to
14     a good fight.  I only hope that too
15     much schmutz doesn't rub off you from
16     this ill-chosen battle."
17                   You see that, right?
18             A.    Yes, I'm sure that John
19     Adams got similar messages.
20             Q.    Okay.
21                   And the next is an email
22     from a woman named Phyllis Heffner?
23             A.    Phyllis Chesler?
24             Q.    Hefner -- the next page.
25     Email from Phyllis Hefner?
```

```
 1                    A. DERSHOWITZ

 2          A.    I don't know --

 3                I don't know who Phyllis

 4     Hefner is.

 5          Q.    She says, "I feel so sad

 6     that a prominent Jewish lawyer who is a

 7     Harvard professor is going to leave a

 8     legacy like yours."

 9                Do you see that?

10          A.    Yeah.

11          Q.    Okay.

12                The next page, someone

13     named Matthew Steinbaum?

14          A.    I don't remember these

15     people.  Yeah.

16          Q.    Toward the end of the

17     email, says:

18                "You have let me down, and

19     many others who looked up to you, like

20     the thousands of students you mentored

21     and taught at Harvard."

22                Do you see that?

23          A.    They should never have

24     looked up to me.  They thought I was on

25     their side.  I was always on the side
```

```
 1                    A. DERSHOWITZ

 2        of civil liberties.  When people come

 3        up to me in the street and say, "We

 4        always looked up to you, and now we

 5        don't."  My answer is always, "You

 6        never should have looked up to me.  You

 7        didn't understand me.  I wasn't on your

 8        side.  I was on the side of civil

 9        liberties, whichever way they happen to

10        come out."

11                    And that's what I've been

12        doing all my life and will continue to

13        do for as many years as the good lord

14        gives me.

15             Q.   And the next -- the next --

16             A.   And I don't have that many

17        left.  And that's why I want to make

18        sure I get these papers as soon as

19        possible, so I don't have to waste any

20        more type time.

21             Q.   The next page is an email

22        from a man named George Oleka, who

23        says, "Your reputation" -- at the end

24        says a lot of stuff.  He says:

25                    "Don't be disgusting.
```

```
                         A. DERSHOWITZ
 1
 2      Don't be like Ken Starr.  Do the right
 3      thing.  You are 83.  How do you want to
 4      remembered?  Most people are upset over
 5      the OJ situation.  Your reputation is
 6      already poor.  Join the Democrats."
 7            A.    Sure.
 8            Q.    "Save your reputation."
 9                  Do you see that?
10            A.    Sure.  I mean, that's
11      exactly the kind of letter I thrive on.
12      They're upset over the O.J. situation;
13      well, too bad.  That's my job.  I
14      defended -- I helped defend a man who
15      many people regard as guilty.
16                  "Join the Democrats"?  I'm
17      a Democrat, but I'm not allowing my
18      party affiliation to trump my civil
19      liberties.
20            Q.    Now you testified earlier
21      that you believed that CNN calling you
22      Nazi or Hitler --
23            A.    No.  They didn't call me --
24            Q.    -- or Stalin?
25            A.    Didn't call me Nazi or
```

```
 1                    A. DERSHOWITZ

 2      Hitler.  Okay, go ahead.

 3              MS. BOLGER:  Mr. Dershowitz,

 4      this is --

 5      (Simultaneous speaking.)

 6              THE WITNESS:  Okay.

 7              MS. BOLGER:  -- going to go a

 8      lot faster if you actually let me do

 9      this.

10              THE WITNESS:  Yeah, I will.

11              MR. SCHWEIKERT:  We talked

12      about that.  I asked him to --

13              MS. BOLGER:  Well --

14              THE WITNESS:  I don't like

15      being misquoted.  That's okay.

16              MS. BOLGER:

17          Q.   You've talked a lot about

18      the fact that you feel that CNN's

19      likening you to Hitler and Stalin and,

20      I think you said Mussolini, were

21      unusual.  That had never happened

22      before, correct?

23              MR. SCHWEIKERT:  Object to

24      form.

25              THE WITNESS:
```

```
 1                    A. DERSHOWITZ
 2               A.    No.  I don't think that --
 3          that's true.  People have called me
 4          every name in the book.  There isn't a
 5          single epithet that I haven't been
 6          called.  But I've never been called --
 7          I've never been compared to Hitler or
 8          Stalin or Mussolini on national
 9          television by reputable commentators
10          and paid CNN commentators.  That's the
11          big difference.
12                    I'll get mail.  I'm
13          compared to everybody in the world.
14               Q.    Okay.
15               MS. BOLGER:  Let's take a look
16          at Exhibit 19, please.
17          (Whereupon, Emails from acquaintances   was
18     marked as  Exhibit  19  for  identification, as  of
19     September 13th, 2022.)
20                    THE WITNESS:  What's that?
21          How do I find that.
22                    MS. BOLGER:  You'll get it in
23          a second.
24                    THE WITNESS:  Oh, I'm sorry,
25          yeah.  I got this.  Okay.
```

```
 1                  A. DERSHOWITZ
 2              MS. BOLGER:  This --
 3         Exhibit 19 is again a collection of
 4         emails --
 5              THE WITNESS:  Right.
 6              MS. BOLGER:  -- received from
 7         individuals largely who you know.  And
 8         they were produced in this litigation.
 9         You could flip through them, but they
10         were all produced by you, and I
11         understand that you all do not seek to
12         suggest that they weren't there --
13         inauthentic in know way.  So take a
14         look at the first page.
15              Q.   Do you know a person named
16         Ira Weiner?
17              A.   Not that I know of.
18              Q.   At the very bottom of the
19         page, the first page of the exhibit, he
20         says:
21              "As an observant Jew, a
22         Zionist and a Constitutional attorney,
23         since 1981, I have long admired you.  I
24         consequently feel great sadness that
25         you have chosen to become Trump's
```

```
 1                   A. DERSHOWITZ

 2        sonderkommando."

 3                   Do you see is that?

 4            A.    Yes.

 5            Q.    And who were the

 6        sonderkommandos?

 7            A.    They were the people who

 8        took the dead bodies of Jews who had

 9        already been killed and put -- brought

10        them to the crematorium.

11            Q.    Particularly --

12            A.    Crematorium.

13            Q.    Particularly horrible part

14        of the Holocaust history.  They were

15        also Jewish, right?

16            A.    No.  I would say it was one

17        of the least horrible parts.  They were

18        already dead.  The horrible parts were

19        the people who killed the Jews, and not

20        the people who took their bodies away.

21        It's no comparison.

22            Q.    Mr. Dershowitz, I don't

23        mean to debate with you about what's

24        horrible in the Holocaust.  It was all

25        horrible.  I'm just trying to say, it's
```

```
 1                    A. DERSHOWITZ
 2      a horrible thing to be called, right?
 3              A.    You said the most horrible,
 4      thing --
 5                  THE WITNESS:  Could you read
 6      the question back?
 7                  MS. BOLGER:
 8              Q.    Right.  And I'm sorry.  I
 9      don't mean to be debating with you
10      about what's horrible in the Holocaust.
11      What I'm saying is, this was a horrible
12      thing to be called, correct?
13              A.    Not nearly as horrible as
14      somebody who is a hands-on perpetrator,
15      no.  Being a sonderkommando is being a
16      victim.  It was a Jew who was told:  If
17      you want to live additional time, you
18      have to perform this terrible --
19              Q.    Horrible job.
20              A.    -- task.  But being called
21      a sonderkommando is not in anyway
22      comparable to being called --
23              Q.    Okay.
24                  Turn to the next page.
25              A.    -- not at all.
```

```
1                    A. DERSHOWITZ

2          Q.    -- turn to the next page.

3          A.    Yeah.

4          Q.    This is an email from

5    Nicholas Negroponte, who is your former

6    friend, correct?

7          A.    No.  I would say former

8    acquaintance, yeah.

9          Q.    Okay.

10               And then the last thing --

11   the -- On the bottom paragraph of

12   Page 57918?

13         A.    Mh-hm.  5 --

14         Q.    He says --

15         A.    -- bottom paragraph, "You

16   are flapping on a fish --"

17         Q.    "You are flapping like a

18   fish on a dock.  All I have said is I

19   do not want to see you because it is

20   not a matter of issues, one by one.  It

21   is not the extreme left.  It is

22   disappointment in your complicity.

23   This happened during the Hitler years,"

24   correct?

25         A.    Well, this was ironic
```

```
 1                    A. DERSHOWITZ

 2        coming from a man who has supported the

 3        Greek colonels.

 4                   He was closely related to

 5        the family that dominated Greek

 6        fascism.  And you know, he's calling me

 7        names.  But he's not a friend, and he's

 8        just dead wrong.

 9             Q.    The next -- If you skip one

10        page and go to the page with the Bates

11        number 57906?

12             A.    I'm trying to understand

13        your -- your theory.

14             Q.    You see another email from

15        Nicholas Negroponte to you?

16             A.    Yeah.

17             Q.    Which he says --

18             A.    What page is this?

19             Q.    57906.

20             A.    I'm having trouble.  So

21        it's not the next page, right?

22             Q.    Nope.  It's the page after

23        it, 57906.

24             A.    Yeah.

25             Q.    He's responding to you.
```

```
 1                    A. DERSHOWITZ
 2       You had said (as read):  "How dare you
 3       compare me to public intellectuals who
 4       facilitated dictatorship?"
 5                    And he says, "Yes, that is
 6       exactly what I'm doing."
 7            A.   What -- I -- okay.  "How
 8       dare you compare me to public
 9       intellectuals who facilitated
10       dictatorship?"  "Yes, that's" --
11            Q.   He says, Yes, that's
12       exactly what he's doing, right?
13            A.   Yeah.
14            Q.   Okay.
15                    Do you know a person named
16       Alan Raphael?
17                 (Simultaneous speaking.)
18            A.   Wait, wait, wait.
19       Remember, he doesn't -- He isn't
20       calling me Hitler or Mussolini.  He's
21       saying, "I'm comparing" -- I'm compared
22       to Heidegger or other philosophers or
23       intellectuals who facilitated
24       dictatorship, including you know,
25       Rocco, the man who created the term
```

```
 1                    A. DERSHOWITZ
 2       fascism.
 3                    There's a big difference
 4       between that -- I mean, I reject it
 5       absolutely.  I never facilitated Trump
 6       or facilitated his policies.  But
 7       there's an enormous difference
 8       between -- wrong as bigoted what he's
 9       saying -- and what was said on CNN.
10            Q.    There's no -- Heidegger's
11       name is not on here.
12            A.    Who?
13            Q.    Heidegger's name is not in
14       this email, right?
15            A.    He's -- You're talking
16       about public intellectuals, and making
17       a refer- --
18            Q.    I'm asking you a question:
19       Is Heidegger's name in the email?
20            A.    No, but --
21            Q.    Is Rocco's name in the
22       email?
23            A.    So who?  No.  I don't
24       understand that point.  He talked about
25       public intellectuals, so I'm talking
```

```
 1                      A. DERSHOWITZ
 2          public intellectuals.
 3                  Q.    Okay.
 4                  A.    Go ahead.
 5                  Q.    Do you know --
 6                        Do you know a person named
 7          Alan Rafael?
 8                  A.    No.
 9                  Q.    Okay.
10                  A.    Not that I know of, yeah.
11                  Q.    How about a man named
12          Andrew Goldstein?
13                  A.    That's a very common name;
14          I don't know.
15                  Q.    Okay.
16                        If you'll -- The last email
17          on this string is got the Bates number
18          18119.
19                  A.    Yeah.
20                  Q.    And it's an email exchange
21          between you and Mr. Goldstein.
22          Actually, Mr. Dershowitz, you very
23          frequently engage with people who email
24          you out of the blue.
25                  A.    I would say one out of --
```

```
1                    A. DERSHOWITZ
2        one out of a thousand, maybe, times I
3        do.  Not -- not a lot, but --
4              Q.    What's the criteria?
5              A.    I get a lot of -- If I'm
6        interested.  If it sounds like an
7        interesting argument.  If it sounds
8        something that's worth responding to, I
9        do it.  Mostly, I don't even read the
10       emails I get.  Many of these I've never
11       seen before that I can remember.  But
12       sometimes I see one that's interesting,
13       and I decide to respond.  Obviously,
14       I'm going to respond to Negroponte
15       whose wife and my wife were friends.
16             Q.    Okay.
17             A.    I never liked him, but our
18       wives were friends.
19             Q.    Okay.
20                   In the -- In this email,
21       which is final email in the packet,
22       bearing the Bates number 18819 --
23             A.    Yeah.
24             Q.    At the top.  It's a back
25       and forth between Mr. Goldberg and you,
```

```
 1                    A. DERSHOWITZ

 2        and if you look at second page --

 3                  MR. SCHWEIKERT:  Goldstein,

 4        right?

 5                  MS. BOLGER:  What did I say?

 6                  MR. SCHWEIKERT:  "Goldberg."

 7                  MS. BOLGER:  Goldstein.  Yep,

 8        sorry.

 9                  MR. SCHWEIKERT:  That's okay.

10                  MS. BOLGER:

11            Q.    If you look halfway down

12        the page --

13            A.    The second page, yeah.

14            Q.    Yes.  Because I can't see

15        with glasses on or off, so I apologize.

16        You'll see it says -- There's an email

17        from him to you, dated July 18th, 2019,

18        at --

19            A.    Mh-hm.

20            Q.    9:23.

21            A.    Wait a second.  July -- I

22        see July 17th, 1919; July 18th -- I'm

23        not sure I see what you're looking at.

24            Q.    In the middle of the page.

25            A.    In the middle of the page.
```

```
 1                    A. DERSHOWITZ

 2           Q.    On Page 18, 18120?

 3           A.    18120.  Oh, I'm on 18122

 4      okay.

 5           Q.    There's email that's him

 6      that's -- him that begins on July 18th,

 7      2019, at 9:23; do you see that?

 8           A.    Yeah.

 9           Q.    Okay.

10                 And ends with him saying:

11                 "Before you call me a

12      self-hating Jew, remember that this

13      type of condemnation was the one the

14      Nazis used.  The Nazis called Germans

15      who stood up for Jews self-hating

16      Germans."

17                 Do you see that?

18           A.    I do, yeah.  Absurd

19      analogy.

20           Q.    You also said that you lost

21      friends by speaking out in favor of

22      Trump, even before the impeachment,

23      right?

24           A.    I also lost friends for

25      defending O.J. Simpson and defending
```

```
 1              A. DERSHOWITZ
 2    Mike Tyson, and defending Claus von
 3    Böulow, and defending Harry Reems, and
 4    defending Bill Clinton.  I lost friends
 5    on --
 6              Every time I took on a
 7    defense, I lost friends.
 8         Q.    Okay.
 9              You publicly said that you
10    lost friends as a result of
11    representing President Trump, right?
12         A.    I did.  And I did lose
13    friends as a result of that.  And I
14    lost friends as result of defending
15    other people as well.  And I publicly
16    stated it in my book on the O.J.
17    Simpson case.  I have emails from
18    people about that.  I had somebody walk
19    up to me on the beach and start
20    screaming at me for my defense of O.J.
21    Simpson.  It's part of the job of a
22    criminal defense lawyer.
23              Every criminal defense
24    lawyer will tell you that they have
25    stories just like that.
```

```
1                      A. DERSHOWITZ

2              Q.    Okay.

3                   MS. BOLGER:  I'm going to just

4         ask the court reporter to mark

5         Exhibit 20 an article in The Washington

6         Post, "Alan Dershowitz's New Reality:

7         Tweeted by Trump, Shunned by Liberal

8         Friends."

9        (Whereupon, "Alan  Dershowitz's  New  Reality"

10   article,  The  Washington  Post,  was  marked  as

11   Exhibit   20    for    identification,    as    of

12   September 13th, 2022.)

13                   THE WITNESS:  Okay.  I got it.

14                   MS. BOLGER:  Okay.

15                   THE WITNESS:  Yeah, I got it.

16                   MS. BOLGER:

17              Q.    Mr. Dershowitz, have you

18         seen this article before?

19              A.    I don't -- I have no

20         recollection of this, but probably.

21              Q.    Okay.

22                   You're quote as saying,

23         "None of liberal friends invite me to

24         dinner any more."

25              A.    Show me.
```

```
 1                    A. DERSHOWITZ

 2            Q.    Sorry.

 3            A.    Yeah.

 4            Q.    "'None of my liberal

 5       friends invite me to dinner anymore,'

 6       he said.  'Thanks to Donald Trump, I've

 7       lost seven pounds.  I call it the

 8       Donald Trump diet.'"

 9            A.    That's right.

10            Q.    Do you see that?

11            A.    Yes.  I've said that many

12       times.

13            Q.    Yeah.

14                  And then -- I also think

15       that's funny, Mr. Dershowitz.  Then on

16       the second page --

17            A.    Yeah.

18            Q.    -- the sixth paragraph

19       down --

20            A.    Sixth, yeah.  "If that" --

21            Q.    "If that argument sounds

22       familiar, it's because" --

23            A.    Yeah.

24            Q.    -- "It was made last week

25       by Trump's personal lawyer, John Dowd,
```

```
 1                      A. DERSHOWITZ
 2          who, in a statement that shocked many,
 3          declared the president can't
 4          obstruct -- cannot obstruct justice
 5          because he is the chief law enforcement
 6          under the Constitution's Article II.
 7                      "The novel interpretation
 8          of the law was immediately dubbed the
 9          Dershowitz-Dodd Theory.  It was
10          controversial enough that Trump's White
11          House lawyer, Ty Cobb, hastened to say
12          that it was not a theory adopted by the
13          President and not a defense he would
14          deploy.
15                      "Dershowitz's theory had
16          been roundly condemned and critiqued by
17          a number of legal scholars, most
18          thoroughly in an article by scholars
19          Daniel Hemmel and Eric Posner, in which
20          they wrote that it crumbles under
21          scrutiny."
22                      Do you see that?
23               A.   Yeah.  But they
24          mischaracterized completely my
25          argument.  What I said was:  If a
```

```
1                          A. DERSHOWITZ

2             president is doing what Article II

3             allows him to do -- fire people, pardon

4             people -- then it can't be an

5             obstruction of justice.

6                          And that's exactly what the

7             Supreme Court held in the case,

8             following the impeachment of Andrew

9             Johnson, who was impeached for firing

10            the secretary of -- I can't remember

11            the army, or defense.  And he was

12            impeached for that but not removed.

13            And then the Supreme Court said he was

14            perfectly within his authority under

15            Article II to fire somebody, perfectly

16            within authority to pardon somebody.

17                          So all I said was:  A

18            president can't obstruct justice by

19            legally and lawfully carrying out his

20            responsibilities under Article II.

21                    MS. BOLGER:  I think I'm going

22            to move to strike most of that answer

23            as nonresponsive because I think my

24            only question was:  Do you see that,

25            Mr. Dershowitz?
```

```
 1                       A. DERSHOWITZ

 2              A.    You don't even have to ask

 3         me that question.  Of course, I see it.

 4                 MS. BOLGER:  Let's mark the

 5         next exhibit as Exhibit 21.  It is an

 6         article published in The Hill with the

 7         headline "Maxine Waters Does not Speak

 8         for Democrats or Liberals," by Alan

 9         Dershowitz, June 27, 2018.

10              A.    I remember that, one yeah.

11        (Whereupon, "Maxine Waters," article  by  Alan

12   Dershowitz, The Hill, June 27, 2018, was  marked  as

13   Exhibit   21   for   identification,   as   of

14   September 13th, 2022.)

15                 THE WITNESS:  Could we

16         stipulate that I see everything and

17         that I agree everything that you're

18         producing --

19                 MS. BOLGER:  Mr. Dershowitz,

20         how about you look at the exhibit?

21                 THE WITNESS:  If there's

22         something I've written, it seems to

23         be --

24                 MS. BOLGER:  How about you

25         look at the exhibit.
```

```
 1                    A. DERSHOWITZ
 2               THE WITNESS:  -- an utter
 3      waste of time.
 4      (Simultaneous speaking.)
 5               MS. BOLGER:  Again,
 6      Mr. Dershowitz, I'm going to do this,
 7      not you.
 8               THE WITNESS:  To ask me if I
 9      see this, okay.  But then you're going
10      claim that there isn't enough to time
11      to -- to finish the deposition.  That's
12      what I'm concerned about.
13               MS. BOLGER:  Stop talking and
14      we'll get it done.
15               THE WITNESS:  I'm not the one
16      who is delaying it.
17               I got this.  Yeah.
18               MS. BOLGER:
19          Q.   Okay.  This is an article
20      you wrote that was published in The
21      Hill, right?
22          A.   That's correct, yeah.
23          Q.   You often publish in The
24      Hill, right?
25          A.   Yes, I do.
```

```
1                      A. DERSHOWITZ

2            Q.    Why is that?

3            A.    I like it.

4            Q.    Why?

5            A.    I love the editor, Frank

6       Gray, and it seems to have a readership

7       that's balanced and thoughtful.  It's

8       neither conservative nor liberal.  It

9       seems to publish pieces by people on

10      all parts of the political spectrum, so

11      it's one of my favorite places to

12      publish articles.

13           Q.    Do you have an agreement

14      with The Hill about a number of

15      articles you're published, or do you

16      just submit articles?

17           A.    I just submit articles.

18           Q.    Okay.

19                 Do they ever reject

20      articles?

21           A.    Yes.  Yesterday.

22           Q.    Okay.

23                 I just want to take a --

24           A.    Two days -- Two days ago,

25      sorry.  I think it was two days.  No,
```

```
 1                    A. DERSHOWITZ
 2        maybe it was yesterday.  I think it was
 3        yes, yeah.
 4             Q.    On the second page of the
 5        exhibit, "This is all familiar to me
 6        since I lived through McCarthyism in
 7        the 19 --
 8             A.    Wait a minute, please let
 9        me do it.
10             Q.    Third page of the exhibit.
11             A.    Third page.
12             Q.    Apologies.
13             A.    "That is all familiar to
14        me," yes, yes.
15             Q.    That -- "Since I lived
16        through McCarthyism in the '50s when
17        lawyers who represented alleged
18        communists on civil libertarian grounds
19        were shunned, some of these lawyers and
20        victims of McCarthyism lived on
21        Martha's Vineyard.  I never thought I
22        would see McCarthyism come to Martha's
23        Vineyard, but I have."
24             A.    That's right.
25             Q.    Right.
```

1              A. DERSHOWITZ

2                   And then the next

3      paragraph, you end by saying, "One good

4      thing is that being shunned by some old

5      friends on Martha's Vineyard has taught

6      me" --

7              A.    Wait.  Please, please.  I

8      have to read it.  What paragraph are we

9      on now?

10             Q.    The one right next to it --

11     right after it.  Starts, "These

12     trial" --

13             A.    "Being shunned by some old

14     friends," right.

15             Q.    "Some old friends on

16     Martha's Vineyard have taught me how

17     my -- who my real friends are and who

18     my fair weather friends are" (as read).

19             A.    True.

20             Q.    Okay.

21                   "From a personal point of

22     view I could not care less about being

23     shunned by people whose views regarding

24     dialogue I do not respect."

25             A.    Correct.

```
 1                    A. DERSHOWITZ
 2          Q.    Okay.
 3                And you agree with that?
 4          A.    I agree with that
 5     completely.
 6          Q.    And when you published this
 7     article, it set off a little bit of a
 8     tempest in the teapot in Martha's
 9     Vineyard, correct?
10          A.    No.
11              MR. SCHWEIKERT:  Object to
12     form.
13              MS. BOLGER:
14          Q.    It did not?
15          A.    No.  I don't think anybody
16     reads The Hill on Martha's Vineyard, so
17     I don't think it set off a tempest in
18     Martha's Vineyard.  Not this article,
19     no.
20          Q.    Okay.
21                Did another article set off
22     a tempest in a teapot?
23          A.    I don't know.  I mean there
24     were stories in The New York Times that
25     would have had more of an impact.  I
```

```
 1                     A. DERSHOWITZ

 2         don't know anybody on the Vineyard that

 3         reads The Hill.

 4               Q.   Okay.  Well, here you go.

 5         Here's --

 6               MS. BOLGER:  I'll ask the

 7         court reporter to mark as Exhibit 22,

 8         an article called, "Alan Dershowitz

 9         says Martha's Vineyard is Shunning him

10         over Trump," dated July 3rd, 2018.

11               THE WITNESS:  It's true, yeah.

12         I'm familiar with that article.

13        (Whereupon, "Alan  Dershowitz  says,"  article,

14   July  3,  2018,  was  marked  as  Exhibit  22   for

15   identification, as of September 13th, 2022.)

16               THE WITNESS:  Okay.

17               MS. BOLGER:  Okay.

18               THE WITNESS:  Yeah.

19               MS. BOLGER:

20               Q.   First line is, "It was not

21         the sort of complaint likely to draw

22         public sympathy, and it did not."

23                    Do you see that?

24               A.   Yes.

25               Q.   Okay.
```

```
1                      A. DERSHOWITZ
2                   And it is an article which
3         embeds several tweets, as you will --
4         as you will notice.
5              A.    Mh-hm.
6              Q.    And you will see on the
7         seventh paragraph it reads (as read):
8                   "This claim only seemed to
9         draw a wave of mockery online that
10        crested just as many of the nation's
11        media and political elites headed to
12        The Cape for the Fourth of July."
13                  Do you see that?
14             A.    Yeah.
15             Q.    Okay.
16                  Were you interviewed for
17        the story?
18             A.    I can't -- I doubt it.  But
19        if I'm quoted, I was.  I can't tell you
20        that.
21             Q.    Okay.
22             A.    It looks like I was.  It
23        says, "'There's a whole cabal of people
24        who decided they would try to get
25        people to stop interacting with me,'
```

```
 1                      A. DERSHOWITZ
 2          Mr. Dershowitz said."
 3               Q.    You did an interview with
 4          The New York Times about being --
 5               A.    I can't remember --
 6               Q.    Shunned on Martha's
 7          Vineyard?
 8               A.    -- if I did an interview I
 9          think so, but they may have picked up
10          things that I said to other media, but
11          I'm just not sure.
12               Q.    Okay.
13               MS. BOLGER:  And I ask the
14          court reporter to mark as Exhibit 23
15          the article, "Alan Dershowitz is
16          Enjoying This," published by Jeremy
17          Peters on July 7th, 2018, in The New
18          York Times.
19          (Whereupon, "Alan  Dershowitz  is   Enjoying,"
20     article  by  Jeremy  Peters,  the  New  York  Times,
21     July  7,  2018,  was  marked  as  Exhibit  23   for
22     identification, as of September 13th, 2022.)
23     BY MS. BOLGER:
24               Q.    And there you are,
25          Mr. Dershowitz, wearing a T-shirt about
```

```
 1                    A. DERSHOWITZ
 2          "Kids and Guns Don't Mix"; right?
 3               A.    That's right.
 4               Q.    I like your T-shirt.
 5                     And this is an -- actually
 6          an interview with you, correct?
 7               A.    Yes.
 8               Q.    Okay.
 9                     And how did this come to
10          pass?
11               A.    I don't know.  They called
12          me, I'm sure, and they asked me about
13          it.
14                     You know, I enjoy dialogue
15          and debate.  And I enjoy responding to
16          questions, even yours.  And I enjoy
17          having an opportunity to state my point
18          of view.
19                     I'm glad I had this
20          opportunity after the first article --
21          it was on July 3, 2018, and this was
22          July 7th.  It was a followup article.
23          And it gave me an opportunity to state
24          my point of view and indicate that I
25          don't care about friends who don't want
```

```
 1                    A. DERSHOWITZ

 2          to engage in -- in dialogue.  I care

 3          about thoughtful people.

 4                  Q.    On the second page of the

 5          exhibit --

 6                  A.    Yeah.

 7                  Q.    The fourth paragraph --

 8                  A.    Yeah.

 9                  Q.    You'll see you were quoted

10          as saying, "The local library" --

11                  A.    That's true.

12                  Q.    "Mr. Dershowitz had told

13          them that" --

14                  A.    Wait.  I'm on the second

15          page.

16                  Q.    -- in the fourth paragraph.

17                  A.    It says the fourth

18          paragraph of my interview?  No.

19                  Q.    Fourth full paragraph on

20          the page.

21                  A.    Yeah.

22                  Q.    It starts, "But whether" --

23                  A.    Yes, yes.

24                  Q.    -- "The local library,

25          Mr. Dershowitz said, told him that they
```

```
 1                    A. DERSHOWITZ

 2         couldn't find time for him to give his

 3         regular summer talk this year."

 4                    Do you see that?

 5              A.    That's right.

 6              Q.    And then, goes on to say:

 7                    "And on Thursday, a local

 8         paper The Martha's Vineyard Times,

 9         published the results of an informal

10         poll that asked readers if they would

11         invite 'Dersh' -- as he is known to

12         friends -- to dinner.  37 percent said

13         they would, 63 percent said no."

14                    Do you see that?

15              A.    Yeah.

16              Q.    And that was in 2018,

17         before you represented President Trump

18         on the floor of the Senate, right?

19              A.    Oh, absolutely.  Yeah, I --

20         I knew that when I defended Trump's

21         civil liberties this would be the

22         reaction.  It hasn't hurt me; it's hurt

23         my wife, but not me.

24              Q.    Okay.

25                    MS. BOLGER:  Again I'll ask
```

```
 1                    A. DERSHOWITZ

 2         the court reporter mark as Exhibit 24

 3         an article called "The Vineyard Gives

 4         Dershowitz a Cold Shoulder," published

 5         in The Boston Globe on July 4th, 2018.

 6         (Whereupon, "The Vineyard Gives," article,

 7    The Boston Globe, July 4, 2018, was marked as

 8    Exhibit   24    for   identification,   as   of

 9    September 13th, 2022.)

10              THE WITNESS:  Okay.

11              MS. BOLGER:  Okay.

12         Q.    And this is, as I said, an

13         article that was published in The

14         Boston Globe, and you'll see that it

15         begins (as read):

16              "For years, former Harvard

17         Law Professor Alan Dershowitz and some

18         of his high-profile pals have spent

19         Summer afternoons opining on the porch

20         of the Chilmark General Store on

21         Martha's Vineyard."

22         A.    Yeah.

23         Q.    "Not this summer.  And

24         maybe never again.  As a result of

25         voc- -- Dershowitz's vocal opposition
```

```
 1                    A. DERSHOWITZ
 2        to the appointment of a special counsel
 3        to investigate President Trump's ties
 4        to Russia, the coffee klatch has turned
 5        combative.  In recent days the clique
 6        has been exchanging bitter emails that
 7        lay bare the anger over Dershowitz's
 8        seeming support for the President,
 9        which is a no-no on the Vineyard, a
10        liberal enclave that has great
11        antipathy to Trump."
12                 Do you see that?
13             A.    Yeah, all true.
14             Q.    The article then goes on to
15        discuss an email thread, a dispute,
16        between Mr. Teller and Mr. Negroponte
17        and you.
18             A.    Yes.
19             Q.    You could check me, but
20        indeed that happened, correct?
21             A.    Yes.  But I don't see
22        the -- the reference.
23             Q.    Okay.
24                 I was trying to -- I was
25        trying to cut it short, Mr. Dershowitz.
```

```
1                    A. DERSHOWITZ
2           A.    I just have to read it,
3      though, in context.
4           Q.    Okay, go ahead.  Read it.
5           A.    I can't find it.  How does
6      it start?
7           Q.    The next paragraph:
8      "Responding to an Op Ed" --
9           A.    "To an Op Ed" -- yeah,
10     yeah, yeah.
11          Q.    Right?  Okay.
12                "In which he complained
13     that his island friends were shunning
14     him because of his relationship with
15     the President, Walter Keller" --
16          A.    Yeah, yeah.  I got it.
17          Q.    -- "a prominent Los Angeles
18     entertainment lawyer, and long-time
19     Vineyard resident, sent Dershowitz and
20     others in the circle an email
21     exchanging the sudden estrangement."
22          A.    That's right, yeah.
23          Q.    Okay.
24                Then it goes on from there.
25     Mr. Negroponte appears on the second
```

```
1                    A. DERSHOWITZ

2        page.

3              A.    Where are we up to now?

4        The next page?

5              Q.    Yes.  I was actually trying

6        to move away from the article, in hopes

7        that you would agree with me that it

8        characterizes a public dispute between

9        Mr. Teller, Mr. Negroponte and

10       yourself?

11             A.    That's right.

12             Q.    Okay.

13                   And that dispute happened?

14             A.    Yeah.  That -- That dispute

15       is still happening.

16             Q.    Right.

17                   And it happened -- It began

18       in 2018?

19             A.    That's right.

20             Q.    Okay.

21             A.    I will stipulate that these

22       oppositions to my point of view began

23       when I started to defend Trump's civil

24       liberties, as I would have defended any

25       President or anyone else's civil
```

```
 1                    A. DERSHOWITZ

 2       liberties.  That created controversy.

 3                 If I had said exactly the

 4       same thing about Hillary Clinton, I'd

 5       have been loved, adored, hugged.  And

 6       nobody would have -- They just -- You

 7       know, the people who liked me for the

 8       wrong reason didn't understand me.  And

 9       the people who disliked me for the

10       wrong reason don't understand me.

11                 There are very few actual

12       civil libertarians around, certainly

13       very few in the Vineyard.  They just

14       want you to come down on their side.

15       That's the goal, our side.  It doesn't

16       matter what your arguments are.

17            Q.    Okay.

18                 Mr. Dershowitz, the reason

19       why I'm asking you these questions is

20       because in the Interrogatory Responses

21       in this litigation, you argued,

22       potentially, that your relationships

23       with Mr. Teller and Mr. Negroponte and

24       other people on Martha's Vineyard were

25       affected by the allegedly defamatory
```

```
 1                    A. DERSHOWITZ
 2          statements by --
 3               A.    What?
 4               Q.    -- Affected by the
 5          allegedly defamatory statements by CNN.
 6               A.    That's right.
 7               Q.    Okay.
 8                     Do you persist in saying --
 9                     Do you actually allege that
10          CNN, the statements made by CNN in 2020
11          had an effect on your relationships
12          with Mr. Teller and Mr. Negroponte?
13                     MR. SCHWEIKERT:  Objection to
14          form.
15               A.    Yes.  I think it --
16                     I know they don't agree
17          with it, but I think that it gave them
18          ammunition with which to increase the
19          opposition to me.  It gave them
20          ammunition.
21               Q.    Okay.
22                     I was hoping to avoid this
23          because I think it's hard to say that
24          something in 2020 cause a rift in 2018,
25          but I'm -- We'll do it any way.
```

```
 1                     A. DERSHOWITZ
 2              A.    Sure.
 3                   MS. BOLGER:  So let's mark as
 4         Exhibit 25 a series --
 5                   THE WITNESS:  Excuse me --
 6         wait a minute.  Wait a minute.
 7                   MS. BOLGER:  -- produced in
 8          the litigation --
 9         (Simultaneous speaking.)
10              A.    Not --
11              Q.    Produced in this litigation
12         by Mr. Dershowitz.  The top one is
13         given --
14                   Mr. Dershowitz, I'm
15         talking.
16                   THE COURT:  One at a --
17         (Simultaneous speaking.)
18                   THE WITNESS:  I know, but you
19          mischaracterized what I said.
20                   MS. BOLGER:  You cannot talk
21          when I am talking.
22                   I'm marking a document.  The
23         top one has the Bates number 57864, and
24         it is a collection of emails, which I
25         have collated, which are emails between
```

```
 1                    A. DERSHOWITZ

 2        Mr. Dershowitz and Mr. Negroponte or

 3        Mr. Teller that date from 2018.  So

 4        let's mark that as Exhibit 25, and

 5        that's for you.

 6               MR. SCHWEIKERT:  And I will

 7        object to the characterization that

 8        preceded the marking of the exhibit.

 9        Please continue.

10        (Whereupon,  Dershowitz,  Negraponte,   Teller

11   Email chain, 2018 was  marked  as  Exhibit  25  for

12   identification, as of September 13th, 2022.)

13               MS. BOLGER:  Okay.

14           Q.   So taking a look at the

15        first exhibit, which is an email -- an

16        email chain between you --

17           A.   Yeah.

18           Q.   -- Mr. Teller and a number

19        of other people.  I wanted to ask you

20        to turn to the second page of the

21        exhibit.

22           A.   Second page, okay.

23           Q.   Okay.

24           A.   Yeah.

25           Q.   It is an email dated
```

```
                          A. DERSHOWITZ
 1

 2        June 30th, 2018.

 3              A.    Wait a minute.  I don't see

 4        that.  The second page of the exhibit.

 5        I just see "Alan, You write" --

 6              Q.    Yes.  Above that it says,

 7        "on June 30th, 2018."

 8              A.    No, I don't see that.

 9              Q.    Right here?

10              A.    Maybe we have different

11        things.  I don't see that.  This is

12        what mine says.

13              Q.    Oh.  That's really weird.

14        Do you have June 30th?

15              MR. SCHWEIKERT:  Yes, but I

16        wrote on mine already.

17              THE WITNESS:  What page are we

18        on again?

19              MS. BOLGER:  Could you just

20        check his exhibit, please?

21              MR. SCHWEIKERT:  Can I see

22        that?

23              MS. BOLGER:  Can I see it?

24              THE WITNESS:  Why are you

25        doing that?
```

```
 1                    A. DERSHOWITZ
 2              MS. BOLGER:  I don't want to
 3         grab.
 4              THE WITNESS:  Do it one more
 5         time.  All right.  We'll go off the
 6         record.
 7              THE VIDEOGRAPHER:  We're going
 8         off the record.  The time is 12:45.
 9         (Whereupon, a short recess was taken.)
10              THE VIDEOGRAPHER:  We're back
11         on the record.  The time is 12:47.
12              Q.   Okay.  Mr. Dershowitz, in
13         front you is a document that bears the
14         Bates number 57853 on the top --
15              A.   Yes.
16              Q.   Upper left-hand side.
17              A.   Yeah.
18              Q.   And it's an email from
19         Walter Teller to you, dated June 30th,
20         2018; do you see that?
21              A.   Yeah.
22              Q.   Okay.
23                   It's actually in response
24         to The Hill article, which you can
25         actually see if you look at the next
```

```
1                       A. DERSHOWITZ

2       page, or you can take my word for it.

3       I'm not misleading you.

4              A.    I take your word for it.

5              Q.    And you'll see it's -- This

6       is the email that is discussed in The

7       Boston Globe article, which is an email

8       from Mr. Teller to you, being critical

9       of your relationship with Donald Trump.

10      You're welcome --

11             A.    And also -- And also

12      critical of my relationship with

13      Benjamin Netanyahu.  Teller is virulent

14      anti-Israel zealot who hates the fact

15      that I have, in any way, befriended or

16      supported Netanyahu, and he has opposed

17      me and argued with me for years about

18      Israel.  Trump is Johnny-come-lately on

19      this issue.

20             Q.    Okay.

21                   On the second page of the

22      exhibit, you'll see there's -- I'm

23      sorry, on the third page.  The next

24      page, which bears the Bates

25      number 57854.
```

```
                          A. DERSHOWITZ

 1

 2              A.    Yeah.

 3              Q.    You'll see there's a

 4        paragraph that says (as read), "You

 5        assist -- You insist that if those of

 6        us who find fault with words and

 7        actions would only listen to you, we

 8        would understand and agree with you."

 9              A.    That's true.

10              Q.    "We know that to be untrue

11        because we have listened and found that

12        listening merely affirms what we

13        believe to be true.  What is that?

14        Sadly, it is a conviction that your

15        judgment is vitiated by your seemingly

16        insatiable need to be in public eye --

17        to have a seat at the table, even if

18        the table is at Fox News, Mar-a-lago,

19        the White House with BB or even at

20        certain dinner guests.

21                    Dinner parties in the

22        Vineyard, you proudly announce where

23        you have dined and with whom you're

24        going -- so with whom, going so far as

25        to send pictures of your menu of your
```

```
 1                    A. DERSHOWITZ
 2         meal with Trump at the White House.
 3         And then you complain publicly that you
 4         are not invited to dinner."
 5                   Do you see that?
 6              A.    Yeah.
 7              Q.    And he sent this to a bunch
 8         of people on Martha's Vineyard,
 9         correct?
10              A.    Yeah.
11              Q.    Okay.
12              A.    I mean, he's an enemy, and
13         he takes enmity out in every way.  He
14         hates me because of my support for
15         Israel, for Netanyahu.  He is a
16         radical -- you know, hard left radical,
17         and he is totally intolerant of my
18         point of views.
19                   And the best thing that
20         ever happened to me is that I don't
21         have to talk to him any more.  I had to
22         talk to him because his wife and my
23         wife were friends, and the really good
24         thing that happened on the Vineyard is
25         that I was able to stop talking to
```

```
 1                    A. DERSHOWITZ
 2         these boring, rather vapid people, and
 3         could maintain friendships with people
 4         who I have had deeper connections to.
 5                    I've lost a few of those,
 6         too, as friends; but for the most part,
 7         the people who have followed Walter
 8         Teller have been people who I just
 9         assume never -- never have to -- never
10         see again in my life.  This was one of
11         the best summers in my life because I
12         never laid eyes on Walter Teller or
13         some of the other people who previously
14         I had to interact with because of my
15         wife.
16              Q.   Sorry.  I thought you
17         testified earlier that -- and maybe
18         they both were -- that Mr. Negroponte's
19         friend -- wife is a friend of your
20         mother?
21              A.   That --
22              Q.   Sorry, Mr. Negraponte's
23         wife is a friend of your wife's.  Is
24         that same as Mr. Teller?
25              A.   That's right.
```

```
 1                    A. DERSHOWITZ

 2              Q.    Okay.  I was confused.

 3              A.    They both.

 4              Q.    Okay.  All right.

 5                    Mr. Dershowitz, I'm not

 6         going to take the time to read all of

 7         these.  I will note that they were all

 8         circulated very widely.

 9              A.    Having a lot of trouble

10         hearing you.

11              Q.    I said, I'm going to take

12         the time to go through all of these.

13         Although will note, that they

14         circulated fairly widely in your

15         community in Martha's Vineyard.

16              A.    There's no doubt about

17         that.

18              Q.    Right.

19                    None of them date after you

20         spoke on the floor of the Senate?

21              A.    That's true, yeah.

22              Q.    Okay.

23                    So there's been no further

24         public communications from Mr. Teller

25         or Mr. Negroponte related to you since
```

```
 1                    A. DERSHOWITZ
 2        then; are there?
 3             A.    We've cut off total -- Our
 4        relationship completely -- We've
 5        communicated about nothing after these
 6        letters.  I don't think you'll find
 7        anything in 1919, either.
 8             Q.    Actually, if you look at
 9        the --
10             A.    Or, you know.
11             Q.    If you look at -- Sorry
12        there's -- I've put them out of order
13        when I pick them up.  There is one
14        email --
15             A.    Mh-hm.
16             Q.    -- dated January 23rd,
17        2020, which bears the Bates number
18        59721 from you to Mr. Teller -- Sorry,
19        from Mr. Teller to you.
20             A.    Mh-hm.
21             Q.    But there's nothing after
22        that, correct?
23             A.    I don't know.  I've had
24        nothing to do with Teller for several
25        years now.
```

```
 1                      A. DERSHOWITZ

 2              Q.    Okay.

 3              A.    And I know that he

 4      bad-mouths me, and I also know that he

 5      has told people that he's used the CNN

 6      thing as ammunition against me.

 7              Q.    Okay.

 8                    In what way?

 9              A.    Saying, See, what I've been

10      saying correct.  Look at him.  He says

11      the President could do anything.

12                    It was a way of confirming.

13              Q.    To whom did he say that?

14              A.    I don't remember.

15              Q.    Who told you that?

16              A.    I don't remember, but I

17      remember being told it.

18              Q.    Are you seeking damages in

19      this lawsuit for the relation -- for

20      the damage to reputation -- damage to

21      your relationships with people on

22      Martha's Vineyard?

23              A.    No.

24              Q.    Okay.

25                    In your initial
```

```
 1                    A. DERSHOWITZ
 2        disclosures, you said you felt that
 3        your relationship with Larry David had
 4        been affected by CNN's reporting.
 5              A.    That's true.
 6              Q.    You believe that's true?
 7              A.    I do.
 8              Q.    What's the basis?
 9              A.    I know he disagrees, but
10        I -- Let me put it this way:  Before
11        the CNN reporting, Larry and I, we
12        started having a very close
13        relationship.  He would come to our
14        house for dinner.  He would work out in
15        our gym.  I helped his daughter get
16        into college.  It was very, very
17        friendly.
18                    Once I started to defend
19        President Trump's civil liberties, it
20        was contentious, but we talked.  But it
21        was only after CNN that he refused to
22        talk to me, and he called me
23        disgusting, and we terminate our
24        relationship.
25              Q.    Although that fight was
```

```
 1                  A. DERSHOWITZ
 2         about your patting Mike Pompeo on the
 3         back.
 4                 A.    That's what he said.  But
 5         that isn't true.
 6                 Q.    How do you know that's not
 7         true?
 8                 A.    Because I know.  It's
 9         just -- Pompeo was my former student.
10         It was -- And I patted him on the back
11         because of the Camp David Accords,
12         which I played a small role in he
13         played -- Did I say "Camp David"? --
14         Abraham Accords.  That was just an
15         excuse.  But that wasn't the --
16                 Q.    So --
17                 A.    The reason.
18                 Q.    It's you -- You're assuming
19         it wasn't because -- You're -- You're
20         assuming that he wasn't telling the
21         truth it was about Pompeo?
22                 A.    I know he's also -- I mean,
23         the Mike Pompeo thing was so
24         ridiculous.  I can't imagine anybody as
25         intelligent as Larry David taking that
```

```
 1                    A. DERSHOWITZ
 2         seriously.  I pat every student on the
 3         back.  I contribute money to any of
 4         student of mine who's running for
 5         office even if I disagree with them.  I
 6         feel a very close connection to my
 7         students, and I'm proud of the fact
 8         that I patted him on the back and said,
 9         "This too will pass," and "You'll be
10         remembered for the great things you did
11         in the Abraham Accords."  That's not
12         the reason that I --
13              Q.   Mr. Dershowitz, you should
14         watch that video.
15              MS. BOLGER:  Will you mark
16         this as Exhibit 26, please?
17              THE WITNESS:  Say that again.
18         I missed what you said.
19              MS. BOLGER:  This is
20         exhibit 26.
21              THE WITNESS:  I'm entitled to
22         hear what you say.
23              Would you please read back
24         what she said?
25              MS. BOLGER:  I said:
```

```
 1                  A. DERSHOWITZ
 2        "Mr. Dershowitz, would you watch that
 3        video."
 4                 THE WITNESS:  I did.
 5                 MS. BOLGER:  And this is
 6        Exhibit 26.
 7        (Whereupon, Dershowitz and  David  Email  chain
 8    was marked as Exhibit 26 for identification,  as  of
 9    September 13th, 2022.)
10                 Q.   So for the record
11        Exhibit 26 is a series of emails
12        between Larry David and you,
13        Mr. Dershowitz?
14                 A.   Yeah.
15                 Q.   And the last of which is in
16        2018.  Have you gotten any emails from
17        Mr. David since then?
18                 A.   I think these are probably
19        the only emails. I got very few emails,
20        but I don't have an email relationship
21        with him.  I've sent him a few; he's
22        sent me a few.  But not very many.
23                 Q.   Okay.
24                      And the last -- the last
25        email of the exhibit is a longer
```

```
 1                   A. DERSHOWITZ

 2          exchange between you and Mr. David,

 3          dated August 4th, 2018; are you with

 4          me?  It's Bates number 58048.

 5                   A.    Mh-hm.

 6                   Q.    Okay.

 7                        First in the paragraph you

 8          say, "Let's find time to discuss."

 9                   A.    Wait.  Yeah, I got it.

10          Okay.

11                   Q.    "I've never schmoozed with

12          Trump.  It's all been business.  I told

13          him both in person and on TV in the

14          strongest terms that he has to stop

15          separating families."

16                   A.    Yeah.

17                   Q.    "That he has to reunite

18          separated families, and he has to

19          impose a short deadline on detentions.

20          I have told him and written against

21          what he said in Charlottesville.  I

22          warned him against appointing Barrett

23          to the Supreme Court."

24                        Do you see that.

25                   A.    Yes.
```

```
 1                    A. DERSHOWITZ

 2             Q.    Have you done those things?

 3             A.    Yes.

 4             Q.    Did he listen to you?

 5             A.    Hm?

 6             Q.    Did he listen to you?

 7             A.    I'm sorry.

 8             Q.    Did he listen to you?

 9             A.    I don't know.  I mean, he

10        appointed Barrett to the Supreme Court.

11        He called me one day on the porch of

12        the Chilmark Store, and he said, "Hi,

13        Alan.  This is Donald."  I was tempted

14        to say, "Donald who?"  But I didn't.

15        And he asked me who I should put on the

16        Supreme Court.  This is when Kavanaugh

17        got appointed.  And I urged him not to

18        put Barrett on the Supreme Court

19        because I believed at the time that she

20        had come out in favor of there being a

21        right to a Constitutional right to

22        life, which wouldn't even allow the

23        states to permit abortion.  That was my

24        view based on an article that she had

25        written earlier, and I conveyed that to
```

```
 1                    A. DERSHOWITZ
 2        President Trump and told him that the
 3        least of -- When he asked me who I
 4        should put on the Supreme Court, I gave
 5        him a very clear answer:  Merrick
 6        Garland.
 7                    He laughed.  And said,
 8        "That's a good one.  Now, here are the
 9        four."
10                    And I said -- "I thought
11        the least worst -- the least bad of the
12        four" -- and I wouldn't have picked any
13        of them myself -- was -- "was
14        Kavanaugh."
15             Q.    Okay.
16                    How often do did you talk
17        to President Trump on the phone?
18             A.    I'm not hearing you.
19             Q.    How often do you speak to
20        Trump on the phone?
21             A.    I probably spoke to him six
22        times in my life, maybe.  Something
23        like that, very few, very rare.
24             Q.    How often have you eaten at
25        Mar-a-Lago?
```

```
 1                     A. DERSHOWITZ
 2             A.    Never with Donald Trump.  I
 3       have a friend who is a member of
 4       Mar-a-Lago named Chris Ruddy, who is
 5       the owner of Newsmax.  And to my
 6       recollection, he has twice invited me
 7       to dinner.  One, on Christmas Eve, we
 8       were supposed to meet.  One was on
 9       Christmas Eve, and one was earlier on
10       with -- I forget who.  What's his name
11       now?  Give me a second.  Ralph Lauren's
12       brother.  He invited me to meet Ralph
13       Lauren's brother at Mar-a-Lago.  And we
14       were at a table with Ralph Lauren's
15       brother and a couple other people, and
16       Chris Ruddy and my wife.  I think those
17       are the only two times I ever --
18                   I once gave a speech there
19       for the Red Cross, I think.  Years and
20       years and years earlier, I gave a
21       speech --
22             Q.    Okay.
23             A.    -- for charity.
24             Q.    And who is Thomas Ashe or
25       Tom Ashe?
```

```
 1                    A. DERSHOWITZ
 2           A.    Tom Ashe is a builder from
 3      Placitas, New Mexico, whose wife and my
 4      wife are very close friends -- Joanne,
 5      they remain among the few very close
 6      friends that Carolyn still sees four,
 7      five times a week.  And Tom and I were
 8      friendlier.  Now I would say we're
 9      still acquaintances.  We talk to each
10      other very politely and nicely.  But he
11      strongly disagrees with everything I've
12      done in relation to -- to Trump.
13           Q.    Okay.
14                 Do you claim that your
15      relationship with Mr. Ashe was affected
16      by the allegedly defamatory statements
17      on CNN?
18           A.    That's right.
19           Q.    Sorry?
20           A.    By.
21           Q.    The statements -- allegedly
22      defamatory statements on CNN?
23           A.    That's right.
24           Q.    You do?
25           A.    Yes.
```

```
 1                     A. DERSHOWITZ
 2            Q.    Okay.
 3                  So then I guess we'll mark
 4       some Exhibits.  Going to mark as
 5       Exhibit 27 a series of emails exchanged
 6       between you and Mr. Ashe?
 7                  THE WITNESS:  Okay.
 8        (Whereupon, Dershowitz and  Ashe  Email  chain
 9   was marked as Exhibit 27 for identification,  as  of
10   September 13th, 2022.)
11                  MS. BOLGER:  Okay.
12            Q.    The very first email on the
13       pile is an email from Mr. Ashe -- Well,
14       it's an email string, but the top one
15       is from Mr. Ashe to you.
16            A.    Yeah.
17            Q.    Dated 11/22/2020.  And the
18       Bates number 55822; do you see that?
19            A.    11/22, yes.
20            Q.    Okay.
21                  And the email from Mr. Ashe
22       to you is dated 11/22/2020.  It says,
23       "You have lost it.  So sad."  And
24       attaches a Law and Crime --
25            A.    Wait.  Where does it say
```

```
 1                    A. DERSHOWITZ
 2      "you have lost it"?  Oh, that's on the
 3      bottom, yeah.
 4           Q.    Yep, "You have lost it.  So
 5      sad."
 6           A.    Yeah.
 7           Q.    And attaches an article
 8      from Law and Crime?
 9           A.    Yeah.
10           Q.    About "Alan Dershowitz
11      bizarrely goes along with Trump's
12      theory that SCOTUS could hand him the
13      presidency."
14                Do you see that?
15           A.    That POTUS -- I'm not
16      hearing you.  I'm sorry.
17           Q.    "Alan Dershowitz bizarrely
18      goes along with Trump's theory that
19      SCOTUS could hand him the presidency."
20                Do you see that?
21           A.    I never went along with
22      that theory.
23           Q.    Well, that's what the URL
24      says.  I'm not saying you did.  It's
25      what the URL says, right?
```

```
 1                     A. DERSHOWITZ
 2          A.    Yeah.
 3          Q.    That's what he's forwarding
 4     to you, correct?
 5          A.    Yes.  Must be.
 6          Q.    And he's saying you've lost
 7     it based on that, right?
 8          A.    Yeah.  But I didn't say
 9     that.
10          Q.    Then you said, "Read what I
11     actually said.  Watch me on Fox right
12     now.  I didn't say what head line
13     says."
14          A.    Yeah.
15          Q.    To which he responds (as
16     read):
17                "You have become a tool for
18     the worst regime imaginable.  There's
19     so much you could be talking about, and
20     you absolutely choose -- and you choose
21     absolutely the craziest shit.  I don't
22     know what happened to you, but you're
23     one notch behind Rudy Giuliani at this
24     point; it makes me so sad."
25                You see that?
```

A. DERSHOWITZ

1

2      A.    Yeah.

3      Q.    Doesn't mention CNN, right?

4      A.    Well, I mean, I don't think

5   people were generally mentioned -- It

6   doesn't mention anybody.  He sees this

7   stuff, but he doesn't mention anybody.

8      Q.    Okay.

9            And then the next page --

10  Actually, can turn to the last email of

11  the exhibit, which bears the Bates

12  number 57915?

13     A.    One second.  That's my

14  article about Martha's Vineyard; isn't

15  it?

16     Q.    Yep.  579185 -- Sorry,

17  57915.

18     A.    Yeah.

19     Q.    He forwards you an email,

20  at the bottom of the page on July 7th.

21  2018.

22     A.    Yeah.

23     Q.    "Alan Dershowitz is

24  Enjoying This."  And says, "Glad you're

25  enjoying it.  None of the rest of us

```
 1                      A. DERSHOWITZ

 2        are."

 3                A.    Okay, yeah.

 4                Q.    Right?  You see that?

 5                A.    Yeah.

 6                Q.    And that was in 2018?

 7                A.    Yeah.

 8                Q.    Doesn't mention CNN.

 9                A.    Of course not, didn't

10        happen.

11                Q.    Okay.

12                A.    And I said --

13                Q.    Then --

14                A.    "I've been saying this for

15        50 years," and I, you know -- Go ahead.

16                Q.    Okay.

17                      Then there's an email that

18        you -- is there, dated -- with the

19        Bates number 016359?

20                A.    359, yeah.  Okay, I have

21        that, yeah.

22                Q.    It's an email from you to

23        Mr. Ashe that says, "Trump's bid to

24        silence dissent violates spirit of

25        First Amendment."
```

```
 1                    A. DERSHOWITZ
 2            A.    Wait.  Trump's bid to
 3      silence violates spirit of First
 4      Amendment, right.
 5            Q.    Right.
 6                  And you say to Mr. Ashe,
 7      "Please forward this and yesterday's
 8      Hill article to your friends who aren't
 9      talking to me."
10                  Do you see that?
11            A.    That's right.
12            Q.    What does that --
13                  What does that reference?
14            A.    Well, I had obviously
15      written an article, but I don't know
16      which one it was in The Hill.  And I
17      wanted him to send it to the people who
18      weren't talking to me.
19            Q.    Why?
20            A.    To see that I'm not a Trump
21      supporter.
22            Q.    Why did it matter?
23            A.    It matters that I want
24      people not to be -- If they're going to
25      hate me, at least have them hate me for
```

```
1                    A. DERSHOWITZ

2         the right reason.  I'm not a Trump

3         supporter.  I don't support his

4         opposition to dissent or anything.

5         I -- You know, there are --

6                    There are very few people

7         who really believe in or understand

8         civil liberties.  Mostly it's:  "Civil

9         liberties for me, but not for thee."

10        This matter has proved that beyond any

11        doubt to me.

12                   The American Civil

13        Liberties Union has lost its function

14        and its role in America, unfortunately.

15        There's another organization called

16        FIRE.  But it's just persuaded me how

17        few people are there who are genuine,

18        neutral, non-partisan civil

19        libertarians.  And I am one of those,

20        and I pay a heavy price for that.

21             Q.    Okay.  Look at the --

22             A.    I do it on the basis of

23        principle.

24             Q.    -- the email, Bates

25        numbered 60412?
```

```
 1                A. DERSHOWITZ

 2          A.    412; yeah, okay.  We're

 3     going backwards, yeah.

 4          Q.    This is email Thomas Ashe

 5     to you --

 6          A.    Yeah.

 7          Q.    -- and to Ms. Cohen, and

 8     the subject is:  "Jeffrey Toobin and

 9     Alan Dershowitz examine impeachment

10     open arguments."

11          A.    Yeah.

12          Q.    So I just wanted to -- That

13     last sort -- There's sort of a last

14     paragraph that starts, "Yes, you are

15     smart"; do you see that?

16          A.    Yeah.

17          Q.    And you if you keep going

18     on in that paragraph it says, "There's

19     a foregone conclusion that GOP will

20     allow," right?

21          A.    Wait.

22          Q.    "There's a foregone

23     conclusion --"

24          A.    I'm having trouble finding

25     that.
```

```
 1                    A. DERSHOWITZ
 2          Q.    Yeah, trying to help you
 3     out.
 4          A.    How far down is that?
 5          Q.    It's one, two, three,
 6     four -- five lines down in that
 7     paragraph.
 8          A.    Yeah, "There was a foregone
 9     conclusion that the GOP would not
10     allow --"
11          Q.    -- "would not allow this
12     impeachment to go forward, but some how
13     you had to get into the mix and sell
14     your good name and legacy once again."
15          A.    Yeah.
16          Q.    "Many of us tried to warn
17     you but to no avail.  In your interview
18     with The Hill, you state:  'I have some
19     family members who have refused to have
20     anything to do with.  But it shows who
21     my real friends are.'.
22                 "Just who are your real
23     friends?  You've created quite a litmus
24     test for friendship.  The sad part for
25     me is how you dismissed everyone who
```

```
 1                    A. DERSHOWITZ
 2        really cares or cared about you and who
 3        have stuck by you through thick and
 4        thin.  And for what?
 5                  You said, 'Don't question
 6        my motives,' but it's hard not to do
 7        that when you see a friend doing
 8        extremely detrimental things in their
 9        lives.  I sure don't understand what
10        you think you have gotten for what I
11        know you have given up, an old friend."
12                  Do you see that?
13             A.    Yes.
14               MR. SCHWEIKERT:  Object to
15        form.
16               MS. BOLGER:
17             Q.    Do you receiving seeing
18        that?
19             A.    Yes.
20             Q.    Did you respond?
21             A.    I don't remember.
22             Q.    Okay.
23                  And then the last email
24        there is an email dated -- That begins
25        with an email from you to --
```

```
1                     A. DERSHOWITZ

2            A.    What page is this?

3            Q.    It's the Bates -- The

4       document bears the Bates number 60976.

5            A.    Yeah, got that.

6            Q.    Okay.

7                  In very first email in the

8       string, which of course, is the last in

9       the document --

10           A.    Yeah.

11           Q.    -- so it's on the second

12      page at the bottom?

13           A.    Yeah.

14           Q.    Okay -- is an email from

15      you to Tom, saying, "Dear Tom, this

16      book will have" --

17           A.    Wait, this is the bottom?

18           Q.    On 690 -- on the next page.

19           A.    On the next page, okay.

20      I'm sorry.  Yeah, "Dear Tom, this book

21      will have a long" --

22           Q.    -- "will have a long

23      chapter on the Vineyard.  I will not

24      attack you, but I have to include you

25      for completeness.  It will be fair.
```

```
 1                      A. DERSHOWITZ
 2          Happy to have your views and discuss
 3          it.  I have an open mind."
 4                  A.    Yeah.
 5                  Q.    What book taking about?
 6                  A.    Price of Principle.
 7                  Q.    And why are you telling him
 8          you're going to write a book about him?
 9                  A.    Because I wanted to make
10          that I wasn't -- he wasn't surprised by
11          it.  I quote him very last chapter
12          saying something like, "Alan, you were
13          the king of the Vineyard.  You could
14          have had such an easy life, but you
15          decided to do these things."
16                      So you know, I quoted him
17          in the book, and I wanted him to make
18          sure he was aware of it.  I don't think
19          I quoted him by name, but I quoted him,
20          and I thought it was only fair for me
21          to tell him that I was going to be
22          quoting him.
23                  Q.    If you see about a few
24          lines off of the -- a few lines from
25          the top of this document --
```

```
1                        A. DERSHOWITZ
2              A.    Yeah.
3              Q.    There's a one-line email
4         from you, dated October 31st, 2020 --
5              A.    Yeah.
6              Q.    -- 1:56 p.m.
7              A.    Yeah.
8              Q.    You say, "I'm doing fine in
9         the world.  It's only the Vineyard and
10        only the small celebrity cults."  Do
11        you see that?
12             A.    Yeah.
13             Q.    What is -- And he says,
14        "What celebrities are you referring
15        to?"
16                   And you respond, "The
17        entire rotten culture of your group,
18        where status matters more than
19        principle or loyalty.  I'm ashamed to
20        have been a part of it, and I will
21        expose it for all decent people to see.
22        I want no part of it.  I've moved on,
23        except for my book."  Do you see that?
24             A.    Yeah.
25             Q.    What were you exposing for
```

```
 1                     A. DERSHOWITZ
 2          "all decent people to see"?
 3                 A.    Hypocrisy of the Vineyard,
 4          that they claim to believe in due
 5          process, free speech, the Constitution,
 6          but not when it helps -- serves to
 7          advantage Donald Trump.
 8                 Q.    Just these private people.
 9          You wanted to expose private people's
10          hypocrisy?
11                 A.    Yeah.  If I know, I wanted
12          to expose their hypocrisy, yeah.
13          Because it reflects what's going on in
14          the country.  We are a divided nation,
15          and the biggest loser of civil
16          liberties, there's nobody left to stand
17          up for the civil liberties of people
18          who they oppose, politically.  And I
19          want to remain one of those.  And I
20          paid a heavy price for that.  I wrote a
21          whole book about it called the Price of
22          Principle:  Integrity is worth the
23          cost:  That's the thesis of the book.
24                 Q.    And you wanted to expose
25          these just private people on Martha's
```

```
1                      A. DERSHOWITZ

2        Vineyard who were mean to you.

3              A.    It didn't do it by name.

4        Just the concept.  I want to show that

5        this could happen here on the Vineyard,

6        which was where there were many victims

7        McCarthyism.  Lilian Helman lived on

8        the Vineyard.  Thomas Benton lived on

9        the Vineyard.  All these people were

10       either blacklisted or subject to all

11       kinds vilification -- some of the

12       lawyers who lived on the Vineyard.  And

13       then for them to turn around and become

14       leftwing McCarthyists, that hypocrisy

15       was important for me to expose.

16             Q.    But they're not the same

17       people.  Those were public people from

18       the 1950s.  These are just your friends

19       on Martha's Vineyard.

20             A.    I'm talking about their

21       intellectual descendants, the people

22       who identify with them on the Vineyard,

23       are doing the same thing that was done

24       to the people they have enormous

25       respect for.
```

```
 1                      A. DERSHOWITZ

 2                 And I stand by my phrase:

 3       This is leftwing McCarthyism.  In fact,

 4       in my new book I argued that it's more

 5       dangerous than the original McCarthyism

 6       because the original McCarthyism is a

 7       thing of the past.  It involved old

 8       people, most of whom were evil.

 9                 The new McCarthyism comes

10       from young -- A lot of them young

11       people, professors, and reflects the

12       future of our country, and that's why

13       it's even more dangerous.

14            Q.   So, when McCarthy --

15            A.   You can disagree with me on

16       all of these things these.  But these

17       are my principles, and I stick by them,

18       and I've always stuck by them, and I

19       will always stick by them.

20            Q.   People who were caught up

21       in actual McCarthyism in the 1950s at

22       times lost jobs, at times imprisoned,

23       right?

24            A.   I'm talking about the

25       lawyers.
```

```
 1                    A. DERSHOWITZ

 2            Q.    I'm asking you a question.

 3            A.    Yeah.

 4            Q.    People who were caught up

 5      in McCarthyism at times lost their

 6      jobs, were never able to work again,

 7      and some of them imprisoned, right?

 8            A.    Very few of them

 9      imprisoned.  I just actually recently

10      saw The Front again.  McCarthyism

11      lasted for a relatively short period of

12      time.

13            Q.    Three years.

14            A.    And the people who were

15      blacklisted were subjected to the

16      channels, not only went back and got

17      their jobs, most of them, but thrived.

18            Q.    McCarthyism no big deal

19      then?

20            A.    No.  It was a very big

21      deal --

22            Q.    Right.

23            A.    -- when it was happening.

24            Q.    Right.

25            A.    And the current McCarthyism
```

```
1                    A. DERSHOWITZ
2        is different in many ways.  But it
3        bears a striking similarity in terms of
4        the way the lawyers were treated.
5        People lick Leonard Boudin who was an
6        anticommunist, but he represented
7        notorious communists, Judith Coplon and
8        others, and he was essentially canceled
9        for his defense of something he
10       believed in.  I wasn't back then
11       because I was just a college student,
12       and I stood up for the right of
13       communist teachers even though I was a
14       virulent anticommunist.  I hated
15       communism.  This was at a time when
16       Stalin -- the memory of Stalin, having
17       killed so many people particularly, but
18       not exclusively obviously, Jews.  So I
19       was very anticommunist, but I defended
20       the rights of communists to speak out.
21       For that reason, the president of the
22       college, Brooklyn College, wouldn't
23       write me a letter of recommendation to
24       Yale, even though I was a top student
25       Brooklyn College and president of
```

```
 1                    A. DERSHOWITZ
 2        student body.
 3                 Q.     Except for the 15 women?
 4                 A.     Hm?
 5                 Q.     Except for the fifteen
 6        women who graduated ahead of you.
 7                 A.     Except for what?
 8                 Q.     Fifteen women who graduated
 9        ahead of you.
10                 A.     Right.
11                 Q.     So you weren't the top
12        student.
13                 A.     I was a top student.  But
14        he wouldn't recommend me to Yale Law
15        School or Harvard Law School because of
16        my support for the rights of communist
17        teachers to continue to teach French
18        literature and mathematics and the
19        subjects.
20                 Q.     You're right.  This isn't a
21        lecture all, but I'm asking you --
22                 A.     Sure.
23                 Q.     You're really likening a
24        couple people not having dinner with
25        you --
```

```
 1                    A. DERSHOWITZ

 2              A.    No.

 3              Q.    -- on Martha's Vineyard to

 4        people blacklisted form ever being able

 5        to work again.

 6              A.    Let me answer that

 7        question.  I don't care about the

 8        people having dinner.  What I care

 9        about is being canceled by the library

10        where I used to speak to several

11        hundred people.  And the library banned

12        me and no longer allowed me to speak

13        and no longer allowed the people who

14        wanted to listen to me, to listen to

15        me.

16              Q.    And that happened in 2018,

17        right?

18              A.    No, no.  It was a

19        continuing process.  Let me tell you

20        what --

21              Q.    But it began in 2018.

22              A.     It began back then, but let

23        me tell you what else happened and

24        continued till very recently.  They

25        banned my books.  The library banned my
```

```
 1                 A. DERSHOWITZ
 2      books.  They had 20 of my books written
 3      between my first book, The Best Defense
 4      and the time that I was perceived as
 5      defending Trump.  And after that, they
 6      didn't have a single one of my books.
 7      And finally I brought the books to them
 8      and contributed to them.  So that they
 9      would have no excuse.
10                 I don't know whether they
11      put the books in the stack or not, but
12      that's what I was complaining about.
13      What I was complaining -- Dinner
14      parties, I couldn't care less.  I don't
15      particularly enjoy dinner parties, and
16      I had to go to one this past weekend
17      and I hated it -- a cousin.
18                 What I care about is
19      institutional issues.  A public
20      library?  Imagine if a public library
21      in Texas banned pro-choice speakers or
22      antiracist speakers.  Civil
23      libertarians would be up in arms.  The
24      ACLU, the Library Association -- not a
25      word when I was banned from the
```

```
 1                  A. DERSHOWITZ

 2       library, not a word -- Because people

 3       don't agree with who I defended, so --

 4             Q.    Well, and the librarians

 5       say they didn't ban you?

 6             A.    Well --

 7             Q.    The librarians say they

 8       didn't ban you.

 9             A.    Well, then how come I

10       haven't spoken?

11             Q.    Well, the articles have the

12       librarians giving comments that they

13       didn't ban you.

14             A.    Yeah, but why haven't I

15       spoken?  Why did I speak every year up

16       until that time?  And suddenly I

17       haven't spoken?  You know what their

18       excuse was?  I'm too popular.  That I

19       attracted too big a crowd.  The obvious

20       response was:  Limit the crowd.  Tell

21       me it's only a hundred people or 50

22       people.

23                    No, they banned me because

24       I defended Trump.  That is clear, and

25       anybody who disputes that is not
```

```
 1                      A. DERSHOWITZ

 2        telling the truth.

 3              Q.    Okay.

 4              MS. BOLGER:  I'm going to ask

 5        the court reporter to mark as

 6        Exhibit 28, and I'm not going to ask

 7        you about these.  I just want to put

 8        them in the record.

 9              Q.    Who is Richard North

10        Patterson?

11              A.    Richard North Patterson is

12        a former lawyer who then became a

13        novelist.  He lives on another part of

14        the Island for the summer.

15              Q.    Okay.

16              Do you contend in the

17        lawsuit that your relationship with

18        Mr. Patterson --

19              A.    He and I are not --

20              (Simultaneous speaking.)

21              Q.    Do you contend in this

22        lawsuit that your relationship with

23        Mr. Patterson was affected by this

24        defamatory statements published by CNN?

25              A.    That's right.
```

```
 1                       A. DERSHOWITZ

 2              Q.    Okay.

 3              MS. BOLGER:  I'm going to ask

 4       the court reporter to mark Exhibit 28

 5       some correspondence with Mr. --

 6              What 21 -- 28 --

 7       correspondence with Mr. Paterson.

 8              THE WITNESS:  Yeah.

 9      (Whereupon,        Dershowitz,        Patterson

10   Correspondence   was   marked   as   Exhibit   28    for

11   identification, as of September 13th, 2022.)

12              THE WITNESS:  Thank you.

13              MS. BOLGER:

14              Q.    I'm not going to ask you

15       any particular questions other than to

16       say that all of the correspondence I

17       have dates from 2017 into 2018?

18              A.    Yup.

19              Q.    You could check me on that.

20              A.    I -- I believe you.

21              Q.    Have you had any

22       correspondence Mr. Patterson or any

23       conversations with Mr. Patterson about

24       CNN or Donald Trump at any point since

25       then?
```

```
 1                   A. DERSHOWITZ

 2            A.    Our relationship

 3       terminated, so there could be, I think,

 4       no real correspondence.  I'm not for a

 5       moment suggesting that these issues did

 6       not begin -- that these issues were not

 7       serious before CNN.

 8                  I am suggesting that CNN

 9       played a significant role in

10       reaffirming them with these people and

11       a major role in the academic approach

12       on -- not so much on my friendship

13       approach here, but much more on my

14       professional reputation on my academic

15       reputation, et cetera.  But it's all a

16       continuum.

17                  I'm not suggesting for a

18       moment that there was a single moment

19       in time when CNN defamed me that

20       everything changed.  What I am

21       suggesting is that it provided people

22       who were opposed to me with more

23       ammunition.  It solidified people's

24       views about me, and it had -- I had a

25       significant impact on my reputation
```

```
 1                    A. DERSHOWITZ

 2         among people who didn't know me who

 3         were told I was comparable to Hitler,

 4         Mussolini and Stalin and that I was

 5         crazy.  That's my major claim, yeah.

 6              Q.    Okay.  What did --

 7                    What evidence do you have

 8         that your relationship with Walter

 9         Teller was affected by the allegedly

10         defamatory statements by CNN?

11              A.    I was just told that by

12         people.

13              Q.    Who?

14              A.    Again, I think Carolyn has

15         some friends who were friendly with the

16         Tellers and stuff like that, and I

17         just, you know, get information.  But I

18         don't remember right now a distinctive

19         conversation about that.

20              Q.    Okay.

21                    What evidence do you have

22         that your relationship or

23         Mr. Negroponte's opinion of you was

24         affected by the allegedly defamatory

25         statements published by CNN?
```

```
 1                   A. DERSHOWITZ
 2             A.    Again, it's mostly through
 3        my wife, who continues to maintain
 4        connections to, particularly women on
 5        the Vineyard, some of whom are close
 6        to -- I mean, one of whom was married
 7        to Negroponte -- they've gotten
 8        divorced since -- but I mean, I've
 9        heard the word, "the last straw."
10             Q.    From whom?
11             A.    From my wife describing to
12        me how people describe it -- and
13        others.
14             Q.    Who?
15             A.    And my son.
16             Q.    And who were they talking
17        about two talking about?  Who are the
18        people they were talking about?
19             A.    They're talking about
20        people like Negroponte and Teller.
21             Q.    But you're not -- But your
22        wife was talking to Teller?
23             A.    No, talking to his -- The
24        way it comes, is my wife talks to
25        Joanna Ashe.  My wife talks to a Lisa
```

```
1                  A. DERSHOWITZ
2       Miller.  They're close to Missus -- to
3       Negraponte's former wife, and they're
4       close to Teller's current wife.
5              Q.   Who -- what --
6              A.    Look, I've had fights with
7       Teller since the time he cheated my son
8       as a Hollywood agent.  I mean, I've had
9       terrible fights with him over the years
10      because of his anti-Israel views and
11      the fact that he cheated my son.  So he
12      was never my friend.
13                  I don't know why he decided
14      to get involved in -- in any of this,
15      except that he's a radical leftist who
16      felt that he had to have his say, but I
17      never had a relationship with Walter
18      Teller to speak of.  It was a
19      peripheral relationship, largely
20      through my wife.
21             Q.   Evidence do you have that
22      Larry David opinion of you was affected
23      by the allegedly defamatory statements
24      published by CNN?
25             A.    The timing.  And you know,
```

```
 1                    A. DERSHOWITZ
 2        you could say it was the pat on the
 3        back because it happened a day before.
 4        First of all, CNN --
 5             Q.    Because he says it's a pat
 6        on the back.
 7             A.    Hm?
 8             Q.    Well, because he says it
 9        was the pat on the back.
10             A.    Well, he said it once.
11             Q.    Yes.
12             A.    But he said -- He said on
13        many occasions that it was more than
14        that.  That was --
15             Q.    To whom?
16             A.    A symbol.
17        (Simultaneous speaking.)
18             A.    Again, people whom I heard
19        it from -- the Ashes, et cetera, the --
20        the pat on the back, you know -- CNN
21        chose to play that over and over and
22        over again and to --
23                   I was doing an interview
24        with CNN the first time, and I couldn't
25        see the television.  It was an
```

```
 1                    A. DERSHOWITZ

 2          interview in Congress, and so they

 3          asked me about the pat on the back.  I

 4          couldn't see it at all.

 5               Q.    But you gave the pat on the

 6          back, so it wasn't like you were

 7          surprised.  You had done it.  It wasn't

 8          like they were showing someone else

 9          patting someone else on the back.  You

10          did the pat on the back.

11               A.    I patted probably 15 people

12          on the back that day.  I -- I patted

13          Jared Kirschner on the back.  I patted

14          on Ari Berkowitz on the back.

15               Q.    Were they, at the time,

16          cracking up about how the Secretary of

17          State harassed a female reporter?  Is

18          that what they were all cracking

19          about -- cracking up about when you

20          patted them on the back?

21               A.    I wasn't cracking up about

22          that at all.

23               Q.    Oh, you guys were cracking

24          up.  It was hysterical.

25               A.    Are you testifying?
```

```
 1                     A. DERSHOWITZ

 2                    (Simultaneous speaking.)

 3          Q.    No, I want to -- You

 4     watched it.

 5              MR. SCHWEIKERT:  One at a

 6     time, please, for the court reporter's

 7     sake.

 8              MS. BOLGER:

 9          Q.    I saw the video,

10     Mr. Dershowitz.  You guys were cracking

11     up; weren't you?

12          A.    -- witness and testify.

13          Q.    No.  You were --

14     (Simultaneous speaking.)

15          A.    Jury could see.

16          Q.    -- cracking up.

17          A.    The jury could see the --

18          Q.    You're right,

19     Mr. Dershowitz, and --

20          A.    -- the -- my wife is a

21     Southerner.

22          Q.    And I don't know why you

23     don't just admit that you patted the

24     guy on the back because he was -- when

25     they were making a joke about a woman
```

```
 1                    A. DERSHOWITZ

 2        reporter who he was harassing; just

 3        admit it?

 4               A.    That's not why I did it.

 5        Oh, what I said, "Was this too will

 6        pass" because I knew, and I had been

 7        one of the people who had criticized

 8        them.  I criticized them very strongly

 9        for doing that --

10               Q.    Where?

11               A.    NPR thing.  On television.

12               Q.    What television?

13               A.    CNN.

14               Q.    When?

15               A.    That night.

16               Q.    Before or after the video?

17               A.    I didn't know about it --

18               Q.    Before or after played the

19        video?

20               A.    -- until that night.

21               Q.    You did know about it.  You

22        patted the man on the back.

23               A.    I patted twenty people on

24        the back.  I patted everybody on the

25        back who had anything to do with the
```

```
 1                    A. DERSHOWITZ

 2      Abraham Accords.  That's why I was in

 3      the White House.  That's what the

 4      episode was.  I didn't seat myself

 5      behind Mike Pompeo.  I was given an

 6      assigned seat.

 7                    My wife's from Charleston,

 8      South Carolina.  She is very polite.

 9      She was taught, and always -- and her

10      mother did the same thing:  If somebody

11      says something, and people smile and

12      people laugh, you smile and you laugh.

13      That's polite.  That doesn't show in

14      any way support for anything he did.

15                    I categorically reject and

16      always rejected what he did, what he is

17      alleged to have done, what he did do to

18      a reporter.  That was wrong.  And I was

19      not patting him on the back for that.

20      I was not giving him what Toobin

21      pointed to -- What did he say, an "atta

22      boy."  That wasn't it at all.  I was

23      appalled by what he did.  And I'm

24      opposed to what he did.

25                    Q.   What evidence do you have
```

1      A. DERSHOWITZ

2      that Thomas Ashe's opinion of you

3      changed --

4           A.   He told me.

5           Q.   -- as a result of the

6      allegedly defamatory statements

7      published by CNN?

8           A.   He told me.

9           Q.   When?

10          A.   He told me the summer after

11     it happened.

12          Q.   What did he say?

13          A.   Hm?

14          Q.   What did he say?

15          A.   He said, "Oh, my God, Alan.

16     How could you have said that the

17     President can do anything?  My God, it

18     just confirmed everything that people

19     have believed about you."

20          Q.   Did he say the word CNN?

21          A.   And I said, "I didn't say

22     it."  Hm?

23          Q.   Did he say the word "CNN"?

24          A.   Yes.

25          Q.   He said --

```
 1                    A. DERSHOWITZ

 2          A.    Yes.

 3          Q.    "My opinion of you is

 4     affected what I saw CNN."

 5          A.    Don't put words in his

 6     mouth.  Here's what he said -- in

 7     effect.  I mean, I can't quote the

 8     exact words.

 9                 He said, "I was, as you

10     know, very critical of what you had

11     done, but when I saw on CNN that you

12     had said that a President can do

13     anything, that confirmed it for me that

14     I was right and that you have gone over

15     to the -- you know, gone over the edge,

16     gotten over the edge."

17                 That's my best recollection

18     of what he said.  It was on the porch

19     of the Chilmark Store, and it was the

20     summer of 2000.

21          Q.    His son-in-law is Seth

22     Meyers, right?

23          A.    That's right.

24          Q.    Seth Meyers did a program

25     the night of January 29th, 2020, in
```

```
 1                    A. DERSHOWITZ
 2         which he also excerpted your speech on
 3         the floor of the Senate, right?
 4              A.    He what?
 5              Q.    He also excerpted your
 6         answer to Mr. Cruz's question, right?
 7              A.    Probably saw it on CNN,
 8         probably was just paraphrasing or
 9         quoting CNN.
10              Q.    Actually, it was C-SPAN in
11         his show; wasn't it?
12              A.    I don't know.
13              MR. SCHWEIKERT:  Object to
14         form.
15              A.    Well, he couldn't use CNN.
16         Obviously, you can't put CNN on NBC, so
17         you use C-SPAN.  But he didn't -- I
18         assure you he didn't see it on C-SPAN.
19         Nobody sees anything on C-SPAN.
20              MR. SCHWEIKERT:  Now, that's
21         funny.
22              MS. BOLGER:
23              Q.    And what's your basis for
24         saying that Seth Meyers saw your -- saw
25         CNN and included it in his show?
```

```
 1                      A. DERSHOWITZ
 2            A.    Well, I'm trying to
 3      remember.  I know I had a conversation
 4      with Ashe about that.  Ashe and I had
 5      made a deal.  I had been very critical
 6      of Seth Meyers on a number of things.
 7      I was at his wedding.  You know, we had
 8      family connections.  I was --
 9            Q.    Very funny segue -- I was
10      very critical of him at his wedding.  I
11      know you didn't mean it, but it was a
12      funny segue.
13            A.    I had mentored his wife,
14      gotten her -- helped her get a job in
15      the Brooklyn DA's office.  And so, you
16      know, we didn't have a close
17      relationship, but we knew each other.
18      And we had a rule between the three of
19      us.  I would not attack him; he would
20      not attack me because we didn't want to
21      disrupt our family situation.  He broke
22      that rule, and Tom apologized to me for
23      him breaking the rules, saying I can't
24      control my son-in-law.
25                  And you know, he saw it on
```

```
 1                        A. DERSHOWITZ
 2         TV; he saw it on CNN, and he had ago
 3         with it.  It was the news of the day.
 4         He had no choice but to go with it.
 5         And I for get if he mentioned the
 6         Dershowitz Doctrine, but that was one
 7         thing that was being quoted widely:
 8         "The Dershowitz Doctrine," which meant
 9         that a President could do anything as
10         long as he wants to get re-elected.
11         That was something that was promulgated
12         and promoted by CNN and widely quoted
13         by others.
14               Q.   Who at CNN promulgated
15         that?
16               A.   Begala, I think.  A couple
17         of people used the term.
18               Q.   You said "widely promoted,"
19         so you've named one person, Begala.
20               A.   It was done a number of
21         times.
22               Q.   By whom?
23               A.   By various commentators on
24         CNN.
25               Q.   Who?
```

```
  1                    A. DERSHOWITZ
  2            A.    But by Begala -- I don't
  3     remember if it was also that woman who
  4     is now head of the DEA.  She's been
  5     deposed.  I think she used it -- I -- I
  6     think if you go back and check.  It's
  7     silly to ask me that question.
  8            Q.    Well, you're the one
  9     seeking $300 million in damages for it,
 10     so I think you would remember.
 11                 Who said it?
 12            A.    I don't remember
 13     everything.  I do remember that the
 14     concept of -- that the Dershowitz
 15     Doctrine means that a President can
 16     kill, can stuff ballots, can engage in
 17     all kinds of criminality as long as he
 18     thinks it will help him get elected, if
 19     he thinks his election is in the public
 20     interest.  The Dershowitz Doctrine
 21     became a mantra, became a focal point
 22     and I suspect it was -- but again check
 23     this against the tapes -- used by
 24     Meyers, used by the other guy from
 25     Charleston South Carolina, whose name I
```

```
 1                  A. DERSHOWITZ

 2      can't remember, with a C, the light

 3      night comedian, Cobern -- cuppa --

 4      Whatever his name is.

 5              Q.    Who at CNN promulgated the

 6      use of the phrase The Dershowitz

 7      Doctrine?

 8              A.    I -- I've heard if from --

 9      there's been -- Check -- Check --

10              Q.    Who?

11              A.    I'm telling you I think I

12      heard it from -- I think -- I think I

13      heard it.

14              Q.    Right.

15                    But you're suing CNN for

16      $300 million, Mr. Dershowitz, and you

17      can't even remember who said it?

18                    MR. SCHWEIKERT:  Objection to

19      form.

20                    THE WITNESS:

21              A.    I remember it was said on

22      CNN, and I'm not suing any of the

23      individuals.  I don't have to know who

24      said it.  All I have to know is that

25      paid employees of CNN said it.  I think
```

```
 1                    A. DERSHOWITZ
 2        the other person who said is somebody's
 3        whose name I don't remember.
 4             Q.    Actually, as a First
 5        Amendment scholar you would know that
 6        in defamation cases you must be able to
 7        plead and prove each element of your
 8        claim.
 9             A.    Say what?
10             Q.    You must be able to plead
11        and prove each element of your
12        defamation claim and home it to
13        speaker, so it isn't enough to say
14        CNN --
15                   (Simultaneous speaking.)
16             A.    That's just not true.
17             Q.    Okay.
18             A.    You're lecturing me about
19        the law again.  You're just wrong.
20             Q.    Home it.  Home it to
21        somebody.
22                   Who said it,
23        Mr. Dershowitz?
24             A.    The evidence show that --
25        that you don't have to home it to
```

```
 1                    A. DERSHOWITZ
 2      anybody if it was said on CNN.  And I
 3      can prove it was said on CNN, and it
 4      was said by somebody who was an
 5      employee.
 6                 The fact that I don't
 7      remember her name is irrelevant to the
 8      law.  I think --
 9           Q.    It does rather undercut
10      your claim that were hurt by it,
11      though, doesn't it, Mr. Dershowitz?
12           A.    No.
13           Q.    If this -- something was so
14      grievous to you, wouldn't you remember
15      who said it?
16                 MR. SCHWEIKERT:  Object to
17      form.
18                 THE WITNESS:
19           A.    It was said by so many
20      people in so many different ways that I
21      have no reason to remember it.  If I
22      was suing individual people, I would
23      have gone back and -- and reviewed it.
24                 My distinct recollection is
25      that it was said.  Even if it was said
```

```
 1                    A. DERSHOWITZ
 2      by one person, it caught on, and it
 3      became something that people were
 4      quoting:  "The Dershowitz Doctrine."
 5      And The Dershowitz Doctrine, as defined
 6      by CNN -- by a person who is under
 7      respondeat superior of CNN -- said that
 8      The Dershowitz Doctrine is that a
 9      President can do anything if he wants
10      to get elected in the public interest.
11                When you have something
12      like The Dershowitz Doctrine, its
13      alliterative, it's catching, and it has
14      an impact.  And that hurt me deeply --
15      The Dershowitz Doctrine.  There should
16      be a lot of Dershowitz Doctrines,
17      that's not one of them.
18           Q.    Okay.
19                When you have evidence do you have
20      that your relationship with Bernard
21      Beck was affected by the allegedly
22      defamatory publications on CNN?
23           A.    I don't remember if emailed
24      me.  I suspect probably he did, but we
25      could check back and see.
```

```
1                      A. DERSHOWITZ
2            Q.    I -- I'm trying to save you
3       time, Mr. Dershowitz, and not have you
4       have to go through all these documents,
5       but you keep resisting all my efforts.
6            A.    I'm not resisting anything.
7            Q.    So I'm going to try again.
8                  What evidence do you have
9       that Mr. Beck's opinion of you changed
10       as a result of the allegedly defamatory
11       statements on CNN?
12            A.    I suspect -- I suspect that
13       he told me that.  I mean, I talked to
14       him all the time.
15                  I suspect that he told me.
16       He would always talk to me, write to
17       me, call me, whenever there was a new
18       development, and I am pretty sure I
19       remember that after the CNN thing, a
20       number of my friends called me and
21       said, "Oh my God, is that what you
22       said?"  And I said, "no."
23            Q.    Who?
24            A.    Karl Mechenberg, I think
25       Bernie.  I think Hal.  I don't remember
```

```
 1                    A. DERSHOWITZ

 2         whether Sal -- Sal.  I just said it or

 3         not.  I just can't remember.

 4              Q.    And they called you, and

 5         they said, "Oh my God, is that what you

 6         said?"  And you said, "No, it's not,"

 7         right?

 8              A.    No.  That's not.  They

 9         didn't say exactly what you said.  They

10         said, "That's what you said."

11              Q.    Okay.  And you said --

12              A.    And I said, "No, I didn't."

13              Q.    Then they believed you?

14              A.    And then -- I don't know if

15         they believed me or not.

16              Q.    Are they still your

17         friends?

18              A.    Friends don't always

19         believe people.  Look at --

20              Q.    Are they still your

21         friends?

22              A.    They're still my friends,

23         yeah.  They're close friends.

24              Q.    I'm going to ask the

25         court --
```

```
 1                    A. DERSHOWITZ
 2                They're your close friends?
 3          A.   Yes.  They're very close
 4     friends, yeah.
 5              MS. BOLGER:  I'm going to ask
 6     the court reporter to mark as
 7     Exhibit 29, email correspondence
 8     between you and Mr. Beck, except I just
 9     grabbed the wrong one.
10              THE WITNESS:  Let me add to
11     that answer, please.
12          A.   They're my close friends,
13     but it has affected my friendship with
14     them.
15              MS. BOLGER:
16          Q.   In what way?
17          A.   They are much more
18     contentious and less respectful in some
19     ways.  And if you read recent emails,
20     you'll see that.
21              MS. BOLGER:  So I'm going to
22     mark as 29 some email correspondence
23     with Mr. Beck.  It's two emails.
24       (Whereupon, Dershowitz, Beck  Email  chain  was
25  marked as  Exhibit  29  for  identification,  as  of
```

```
 1                    A. DERSHOWITZ
 2   September 13th, 2022.)
 3              THE WITNESS:  Okay.  I got it.
 4              MS. BOLGER:
 5         Q.   Okay.  You'll notice that
 6     both of these emails are between --
 7     Well, they're between --
 8              Both of these email strings
 9     are between you and Mr. Beck, and
10     they're dated in 2019 and 2020.
11         A.   Yup.
12         Q.   Do you see that?
13         A.   Yeah.
14         Q.   Do you have more recent
15     correspondence with Mr. Beck?
16         A.   I have no idea.  Oh, I'm
17     sure I do.  But I'm not -- I'm not -- I
18     mean, I think -- I'm trying to think if
19     they emailed me yesterday.  I think --
20     I Think both Karl and Bernie emailed me
21     in the last couple of days about the
22     special master.  I think Bernie was one
23     of them.  But I can't be absolutely
24     sure.
25         Q.   Okay.
```

```
1                    A. DERSHOWITZ
2                    Well, I think our
3         production -- our email would --
4                    Our request for production
5         would call for any emails with Mr. Beck
6         about -- about Trump or the CNN report,
7         so we would ask that those be produced.
8       (Request for production.)
9               A.   No.  Problem.
10              Q.   Okay.
11                   Did you receive those at
12        the time they were sent,
13        Mr. Dershowitz?
14              A.   Did I what?
15              Q.   Receive those emails at the
16        time they were sent?
17              A.   I don't understand those
18        question.
19              Q.   Did you get those emails?
20              A.   These emails?
21              Q.   Yes.
22              A.   I have no idea.  If it was
23        sent, I probably got them, yeah.
24              Q.   Okay.
25              A.   I can't answer that.
```

```
 1                         A. DERSHOWITZ
 2              Q.    You could put that aside.
 3         Okay.
 4                         Who is Jay Theise?
 5              A.    Who.
 6              Q.    Jay Theise, I may be
 7         mis-pronouncing that.
 8              A.    Jay Theise is the most
 9         boring man in the history of Martha's
10         Vineyard.  He drove me crazy.  But
11         again, because my wife and his wife
12         Francoise were friends, I had to
13         tolerate him.  He would plead with me
14         to get him referrals.
15                    You know, he's a fifth-rate
16         lawyer and the most boring personal in
17         the world.
18                    And when I got that email
19         saying, he no longer wanted to be in my
20         society, I jumped up and down with Joy,
21         and I've never spoken to him since.
22              MS. BOLGER:  Okay.  Just for
23         completeness' sake, I'll ask the court
24         reporter to mark Exhibit 30 --
25              A.    Completeness' sake?
```

```
1                       A. DERSHOWITZ
2           What --
3           (Simultaneous speaking.)
4                   MS. BOLGER:  The email of Jay
5           Theise.
6                   THE WITNESS:  What did you say
7           before that?
8                   MS. BOLGER:  Completeness'
9           sake.  Just to complete your story
10          about Jay Theise.
11                  THE WITNESS:  I'm having some
12          trouble.  I don't mean to be rude.  I'm
13          having trouble hearing through the --
14          yeah.
15          (Whereupon, Dershowitz, Theise Email chain,
16   Bates number 60639 was  marked  as  Exhibit  30  for
17   identification, as of September 13th, 2022.)
18                  THE WITNESS:  Okay.  Okay this
19          is --
20                  MS. BOLGER:  For the record,
21          this is a document produced bearing the
22          Bates number 60639, and it is email
23          exchange between Jay Thiese and Alan
24          Dershowitz.
25                  This is the email you were
```

```
1                      A. DERSHOWITZ

2         referring to, right, Mr. Dershowitz?

3         Where he says he does not want to

4         associate with you, correct?

5         (Simultaneous speaking.)

6               A.    "We no longer share each

7         other's society."

8               Q.    Great.

9               A.    I mean, the pomposity of

10        that is unbelievable.

11              Q.    And this is February of

12        2020, right?

13              A.    Yeah.

14              Q.    Okay.

15                    Who is David Fialkow --

16        fillcow -- F-I-A-L-K-O-W?

17              A.    Fialkow.

18              Q.    Oh, Fialkow.

19              A.    David Fialkow.

20              Q.    Apologies?

21              A.    Yeah.

22              Q.    Who is Mr. Fialkow?

23              A.    He's the one whose wife --

24        one of the most ignorant people I

25        know -- saw my wife and I at a dinner
```

```
 1              A. DERSHOWITZ
 2      party.  She was invited.  As soon as
 3      she saw, she got up and left.
 4                  I've done a lot of things
 5      for David and his daughter, prevented
 6      her from being kicked out of high
 7      school.  And Ms. Fialkow said she
 8      didn't want me to be -- she didn't want
 9      to socialize with me.  David said he
10      wanted to, and then after the CNN
11      thing, David tended to agree with her,
12      and we no longer have any relationship.
13          Q.   Mr. Fialkow said that to
14      you in 2018, right?
15          A.   "That" what?
16          Q.   That he no longer wanted to
17      be friends.
18          A.   No, I don't think so.  Can
19      you show me that?
20          Q.   Yeah.
21          A.   Okay.
22          Q.   Oh, sorry.  I misstated.
23      You told him in 2018 that it seemed
24      like he wanted to end your friendship.
25          A.   That's because he didn't --
```

```
 1                    A. DERSHOWITZ

 2         What happened is they had a big party

 3         every year.  We always got invited.

 4         And when he didn't invite us, I wrote

 5         to him, and then invited us, saying

 6         that, you know, please, his wife didn't

 7         want us to be invited, but he did.  And

 8         so we did -- we did go.  But that was

 9         the last time I think I saw him.

10              Q.   The last time you saw him

11         was in 2018?

12              A.   That's right.  That I can

13         remember.  I contributed to his charity

14         a few times.  But I don't think -- I

15         don't -- maybe '19, it's possible.  '20

16         of course, nobody saw anybody because

17         of COVID.  Was it '20 that was COVID?

18         Yeah, so I think maybe '18 or '19.

19              Q.   Okay.

20              MS. BOLGER:  I'm just going to

21         ask the court reporter to mark as

22         Exhibit 31 an email exchange between

23         Alan Dershowitz, David Fialkow, dated

24         July 24th, 2018, and bearing the Bates

25         number 58027.
```

```
 1                    A. DERSHOWITZ
 2        (Whereupon, Dershowitz, Fialkow  Email  chain,
 3   Bates number 58027, July 24,  2018,  was  marked  as
 4   Exhibit   31   for   identification,   as   of
 5   September 13th, 2022.)
 6                    THE WITNESS:  Okay.
 7                    MS. BOLGER:  That's the email
 8        exchange I was just referencing?
 9                    THE WITNESS:  Okay.  Yeah, let
10        me just look at it.
11                    MS. BOLGER:  I'm not going to
12        ask you any questions about it?
13                    THE WITNESS:  Okay.
14                    MS. BOLGER:  I just wanted to
15        authenticate it.
16             Q.   Do you claim that your
17        relationship with someone named Gary
18        Foster was affected by the --
19             A.   That's right.
20             Q.   -- allegedly if defamatory
21        statements?
22             A.   That's right.
23             Q.   Who is Gary Foster?
24             A.   Gary Foster is a TV
25        producer or movie producer.  I helped
```

                          A. DERSHOWITZ

1    him a lot.  Again, his daughter was

2    about to be suspended from college, and

3    I got her unsuspended.  It's amazing

4    stuff.  And then after the CNN thing, I

5    saw him on the porch of the Chilmark

6    Store, and I said "hello," and he

7    turned his back and didn't say hello to

8    me.

9              Q.    Okay.

10             A.    He did before that, but

11   after CNN, he didn't.

12             Q.    Okay.

13             Did he tell you he turned

14   his back on you because of CNN?

15             A.    I never spoke to him.

16             Q.    How be big is the porch of

17   the Chilmark Store?

18             A.    How big?

19             Q.    How big is the porch of

20   Chilmark Store?

21             A.    Double the size of this

22   room.

23             Q.    Do you spend all day

24   sitting on it, Mr. Dershowitz?

```
1                    A. DERSHOWITZ

2            A.    No.  I usually spend

3       45 minutes.

4            Q.    All right.

5            A.    Usually my son and I go and

6       share a slice of deep dish pizza and

7       cup of decaf coffee.  And in the old

8       days, we used to sit and schmooze.

9       People like -- What's the name of the

10      guy who wrote Animal House?  Harold

11      Ramis was there.  We would see who had

12      better Jewish jokes.  Larry David would

13      come by from time to time.

14                  We all had a good time just

15      schmoozing for half an hour,

16      45 minutes -- men, women.  And that all

17      stopped as a result of this.

18           Q.    Well, as the result of your

19      representation of Trump.

20           A.    No.

21             MR. SCHWEIKERT:  Object to

22      form.

23           Q.    Well, you wrote a whole

24      article about it.

25           A.    Yeah, I know, but I'd
```

```
 1                      A. DERSHOWITZ
 2        still -- The article was not absolutely
 3        accurate.  Fewer people came to the
 4        porch, but I was still -- We were
 5        still --
 6                    The summer of 2019, we were
 7        still going to the porch four or
 8        five days a week.  And there would be a
 9        half-dozen people.  Obviously, when
10        Teller came he moved on the other side.
11        He wouldn't have anything to do with
12        me, and the same with Negraponte.  But
13        there were seven or eight regulars who
14        came, and we still -- We still
15        schmoozed.  That ended after CNN.
16                    That's not important to me.
17             Q.    It ended after you
18        represented president.
19             A.    I represented the
20        president --
21             Q.    On the same day as the
22        CNN --
23        (Simultaneous speaking.)
24             A.    At the same time.
25             Q.    -- report was aired.
```

```
 1                    A. DERSHOWITZ

 2              A.    A couple of days earlier,

 3         but --

 4              Q.    No.  You represented -- You

 5         answered Ted Cruz's question on

 6         January 29th, right?

 7              A.    I represented the President

 8         two days.  I represented the

 9         President --

10              Q.    Right.

11                    My question was:  You

12         answered Ted Cruz's question on --

13              A.    In front of the Senate on a

14         Monday.

15              Q.    -- on January 29th, right?

16              A.    Yeah.  It was a Monday when

17         I made my speech in the Senate and a

18         Wednesday --

19              Q.    January 29th.

20              A.    When I answer the question,

21         yeah.

22              Q.    Right.

23                    And then the CNN report was

24         on January 29th, right?

25              A.    Yes.
```

```
1                      A. DERSHOWITZ
2            Q.    Okay.
3                  So it was the same day?
4            A.    That was -- Say what?
5            Q.    So it the same day that you
6      represented the President as the
7      allegedly defamatory statements?
8            A.    But what's confusing is:  I
9      think if I represented the President on
10     the 27th, then I answered a question,
11     or questions, on the 29th.  It was the
12     same day as the questions, not the same
13     day as the presentation.  And the
14     presentation and the question -- My
15     answer to the question was identical to
16     what I had said two days earlier.
17           Q.    Okay.
18                 We'll talk about that in a
19     minute.
20           A.    Yeah.
21           Q.    Who is Debbie Porter?
22           A.    Debbie Porter is
23     Negroponte's wife.
24           Q.    Okay.
25                 This year you published a
```

                          A. DERSHOWITZ

1    book called the Price of Principle,

2    right?

3              A.    That's right.

4              Q.    Just a few months ago?

5              A.    Say that again.

6              Q.    Just a few months ago?

7              A.    Yeah.

8              Q.    Okay.

9                    And the subtitle is "Why

10   integrity is worth the consequences."

11             A.    That's right.

12             Q.    What does that mean?

13             A.    It's not my subtitle.  I

14   had a different subtitle.  The editor

15   changed it to more a punchy subtitle.

16   It means that I'm a man of integrity

17   who maintains my positions without

18   regard to personalties, and that has

19   been costly, but it's worth the price

20   because I stand by my principles.  And

21   I wish more people stood by principles.

22             Q.    And what was your subtitle?

23   Sorry.

24             A.    Something like, How -- How

```
 1                      A. DERSHOWITZ
 2        maintaining honesty or something costs
 3        friends -- or something like that -- or
 4        jobs, and I don't remember.  I can find
 5        out.  I can find that out.
 6              Q.    That's okay.  That's fine.
 7              A.    The publisher would have it
 8        because I think the original cover had
 9        the original title.  And then it was
10        changed, if I'm not mistaken.
11              Q.    Okay.  This is one of the
12        books published by Hot Books?  Is that
13        by Skyhorse?
14              A.    By Skyhorse.  It's the
15        same.  I would say my last seven books
16        were published by them, probably, yeah.
17              Q.    It has a -- Chapter two,
18        I'll just read to you from it.  It
19        says(as read):
20                    "Three events occurred over
21        the past several years --"
22              A.    That's right.
23              Q.    "-- that resulted in my
24        cancellation by many individuals and
25        institutions.  They are as follows:
```

```
1              A. DERSHOWITZ
2                   "1. I defended
3         President Trump against what I believe
4         was an unconstitutional impeachment."
5              A.    Yeah.
6              Q.    "2. I defended Jeffrey
7         Epstein and helped him get a favorable
8         plea bargain.
9                   "3. I was falsely accused
10        of having sex with a woman connected
11        with Epstein who I never met.
12                   "These are the only three
13        events that would possibly explain the
14        cancellations.  Some of the
15        institutions have tried to concoct
16        excuses -- crowded calendars, changing
17        priorities.  But none has come up with
18        any plausible justification, beyond the
19        three new events, for their refusal to
20        host one of their most frequent past
21        speakers."
22                   That's correct?
23             A.    Well, but you left out what
24        I said subsequently.  When I talked
25        about the defense of Trump, I also
```

```
 1                    A. DERSHOWITZ

 2       talked about what CNN did.

 3              Q.    No that's just --

 4                    That's what that says in

 5       the book, right?

 6              A.    What?

 7              Q.    You said that in the book?

 8              A.    It says --

 9              Q.    Did you say that in the

10       book?

11              A.    It says both.

12              Q.    No.  It doesn't, actually.

13              A.    Yes, it does.

14              Q.    Can I have a copy of the

15       book?  Then it has a footnote.  I

16       thought we could just do this by having

17       you agree, but here we go.

18                    MS. BOLGER:  Let's mark

19       exhibit --

20                    THE WITNESS:  No more than

21       footnote.

22                    MS. BOLGER:  32?

23                    THE WITNESS:  I think you're

24       misreading it, yeah.

25                    MS. BOLGER:  Are we 32?
```

```
 1                    A. DERSHOWITZ

 2              MR. SCHWEIKERT:  Yes.

 3              THE WITNESS:  Go ahead.

 4              MS. BOLGER:

 5         Q.    This is the produced

 6    version of the book The Price of

 7    Principle?

 8         A.    Yeah.

 9         Q.    And I'm just opening it too

10    the relevant page.

11         A.    Well, I don't know if it's

12    the relevant page.

13         Q.    It is the one I was reading

14    from.

15         A.    That's what you're reading

16    from.

17         Q.    Right.

18         A.    I'm saying there was

19    another part of the book where I talked

20    about CNN.

21         Q.    I'm going to focus on this

22    page.

23         A.    Okay.

24         Q.    Then we can talk about the

25    other pages.
```

```
 1                    A. DERSHOWITZ

 2            A.    Focus on this page, yeah.

 3            Q.    Right.

 4                  So this is Exhibit 32?

 5            MR. SCHWEIKERT:  He's got me

 6       craving deep-dish pizza now.

 7            MS. BOLGER:  Oh, my God.  No

 8       one craves deep-dish pizza.  We have to

 9       have a conversation about that offline.

10       I object, as a New Yorker, to deep-dish

11       pizza.

12                  It's 32.

13       (Whereupon, Price of Principle,  excerpt,  Alan

14  Dershowitz   was   marked   as    Exhibit   32    for

15  identification, as of September 13th, 2022.)

16  BY MS. BOLGER:

17            Q.    Okay.

18                  So Mr. Dershowitz, I --

19            A.    Let me read this first.

20                  Okay.

21            Q.    Okay.

22                  I just read from that first

23       paragraph.

24            A.    Yes.

25            Q.    Chapter 2, I don't want to
```

```
 1                    A. DERSHOWITZ
 2         read it again, but I read it
 3         accurately; would you agree,
 4         Mr. Dershowitz?
 5              A.    You did, but you left --
 6         But there's.
 7              Q.    Then I -- Then I want to
 8         say there is a footnote there.
 9              A.    No, it's not a footnote I'm
10         talking about.
11              Q.    There is a footnote that
12         says, "I'm referring to the events
13         themselves, not the reporting or
14         misreporting about them, which has
15         given rise to lawsuits."
16                    So that is correct.
17              A.    Yeah.
18              Q.    I have correctly read your
19         book, right?
20              A.    You correctly read a
21         selected portion.
22              Q.    Yes.
23              A.    Of my book, not one that
24         mentions CNN specifically.
25              Q.    Right.
```

```
 1                    A. DERSHOWITZ

 2                    And I'm talking about this

 3        page.

 4              A.    This page, yeah.

 5              Q.    Do you feel that this page

 6        is accurate?

 7              A.    It -- It was a

 8        generalization.  That is, I generalized

 9        about defending Trump.  But obviously,

10        within that generalization is the

11        reporting about it.  And in another

12        point in the book, I specifically point

13        out CNN's role.

14              Q.    Actually, the footnote

15        deliberately excerpts the reporting

16        from it?

17              A.    Does what?

18              Q.    Excerpts the reporting.

19        You say, "I'm referring to the events

20        themselves, not the reporting."

21              A.    I'm referring to it.  I'm

22        not saying --

23              Q.    Not the reporting.

24              A.    -- that's not important.

25        I'm saying here, I'm just talking
```

```
 1                    A. DERSHOWITZ
 2        about -- In another point in the book,
 3        I talk about CNN.
 4              Q.    Right.
 5                    You are saying that these
 6        three events canceled you, right?
 7              A.    These three events,
 8        generally speaking.  That -- Look, when
 9        you talk -- for example, I was falsely
10        accused of having sex with a woman
11        connected with Epstein who I never met.
12        That and the Epstein -- and -- and the
13        Jeffrey Epstein -- There was more than
14        there too.  There was another woman
15        named Sarah Ransom who accused me.
16        There was a woman who had left Jeffrey
17        Epstein's employ six months before I
18        ever met him, who said she saw me going
19        up the stairs somewhere.
20                    This was a summary of
21        something I then elaborate on more, and
22        these were the generic headings.  And
23        that's when I say, "I refer here to
24        that."  But in a different place in the
25        book, I refer to CNN.
```

```
 1                    A. DERSHOWITZ

 2            Q.    Yes, you do.

 3            A.    Right.  Can you show me

 4      that page?

 5            Q.    No.  I'm not interested in

 6      talking about that.  The book will

 7      speak for itself.

 8      (Simultaneous speaking.)

 9            A.    You're not interested in

10      talking about that?

11            Q.    No, the book will speak for

12      itself.

13            A.    Only in this, okay.  That's

14      important.

15            Q.    Okay.

16                  It's actually not that

17      important.  We need to move on.

18              MS. BOLGER:  I'm going to ask

19      you to look at Exhibit 33, which is an

20      email -- an article published in The --

21              THE WITNESS:  I don't think

22      this is --

23              MS. BOLGER:  New Yorker

24      magazine called, "Alan Dershowitz's

25      Martha's Vineyard Cancellation:
```

```
1                   A. DERSHOWITZ

2          Recently the emeritus Harvard Law

3          Professor has felt shunned in his usual

4          haunts.  Is it cancel culture or

5          something else?"  By Isaac Chotiner,

6          dated July 19th, 2022.

7                   MR. SCHWEIKERT:  Just as a

8          point of clarification, the printout of

9          the book, is this the same as the

10         published version?  Or is this one of

11         the earlier copies?

12                  MS. BOLGER:  You gave it to

13         us.

14                  MR. SCHWEIKERT:  Well, I don't

15         know what email this came from.

16                  THE WITNESS:  Well, you have

17         the book there, right?

18                  MS. BOLGER:  I have the book,

19         yeah.

20                  THE WITNESS:  So you know that

21         there's a reference to CNN, yeah.

22                  MS. BOLGER:  The manuscript

23         is, as far as I can tell, the galleys

24         of the book.

25                  MR. SCHWEIKERT:  Okay.  That's
```

```
 1                    A. DERSHOWITZ

 2          fine.

 3                    THE WITNESS:  How did you get

 4          the galleys of the book?

 5                    MS. BOLGER:  Let her give you

 6          the exhibit, please, Mr. Dershowitz.

 7          (Whereupon, "Alan   Dershowitz's   Martha's,"

 8     article, The New Yorker, Isaac  Chotiner,  July  19,

 9     2022, was marked as Exhibit 33  for  identification,

10     as of September 13th, 2022.)

11                    THE WITNESS:  What is this?

12          Oh, yeah this is --

13                    MS. BOLGER:  Okay.

14               Q.    This is an article that was

15          recently published by -- in New York

16          magazine.  And it's a Q and A.  Do you

17          remember sitting for this Q and A?

18               A.    Sitting for it?  No, it was

19          a telephone call.

20               Q.    Okay.

21                    I wasn't referring to your

22          physical position, apologies.

23                    Do -- You remember having

24          this Q and A, right?

25               A.    Yeah.  I didn't know it was
```

```
                        A. DERSHOWITZ
 1
 2      a Q and A.  I just thought it was an
 3      interview, and I was surprised when it
 4      appeared as a Q and A, but that's okay.
 5             Q.    Okay.
 6                   And there's nothing in here
 7      that you think is incorrect, right?
 8             A.    I have no idea.  I haven't
 9      really, really looked at it.
10             Q.    Okay.  Well, feel free to
11      do so.
12             A.    Well, there are things that
13      are incorrect because I wrote a letter
14      to editor.
15             Q.    What was your letter to the
16      editor?
17             A.    So there were definitely
18      things that are incorrect.  But The New
19      Yorker didn't publish my letter.
20             Q.    What did you say in your
21      letter to editor?
22             A.    I don't remember.  But I
23      made corrections.  There were a number
24      of things that were incorrect.  We
25      would have to check.  We could probably
```

```
 1                    A. DERSHOWITZ

 2        get the letter.

 3             Q.    So I don't have the letter

 4        to editor, but I would call for it.

 5        (Request for production.)

 6             A.    You could call if for it.

 7        I don't remember -- Let's see -- I

 8        mean, on the first sentence:

 9                    "He has mashed himself into

10        political debates on subjects such as

11        torture and the Israeli occupation.  He

12        has defended both."

13                    Neither is correct.  I have

14        defended, neither.  So I made that

15        change, and I made a few -- The few

16        others, but they never got published.

17             Q.    Okay.

18                    Did any of those relate

19        to --

20             A.    I don't remember.

21             Q.    -- your statements about

22        Chilmark or the book or --

23             A.    Probably.  Probably, but I

24        don't remember.

25             Q.    Okay.  All right.
```

```
1                    A. DERSHOWITZ
2               MS. BOLGER:  We can set that
3          aside.  Why don't we take a lunch
4          break.
5                    THE VIDEOGRAPHER:  Going off
6          the record.  It's 1:53 p.m.
7          (Whereupon, a short recess was taken.)
8                    THE VIDEOGRAPHER:  We are back
9          on the record.  The time is 2:35.
10    BY MS. BOLGER:
11               Q.   I hope you had a nice
12          lunch, Mr. Dershowitz?
13               A.   Yes.
14               Q.   Do you use Twitter?
15               A.   I don't even have a
16          Twitter.  I -- I don't even know my
17          password, but my secretary uses it
18          sometimes.  My wife will circulate my
19          articles on Twitter, but generally, I
20          don't myself use it.
21               Q.   People acting on your
22          behalf --
23               A.   Yes.
24               Q.   -- tweet on your behalf,
25          correct?
```

```
1                    A. DERSHOWITZ
2           A.    Yes.  Mostly articles I've
3     done?
4           Q.    Okay.
5           A.    Yeah, we rarely just do
6     tweets.
7           Q.    Okay.
8           A.    But occasionally, we do?
9           Q.    What is your Twitter
10    handle?
11          A.    I don't know.
12          Q.    Okay.
13                Do you know how many
14    followers you have?
15          A.    A lot.
16          Q.    What made you decide to
17    have a Twitter account?
18          A.    I didn't decide.  My
19    secretary and my wife -- My secretary
20    probably decided.  I'm not a big
21    Twitter fan.
22          Q.    Why do you have the account
23    then?
24          A.    Because I want to get my
25    articles out there.  You know, mostly
```

```
 1                   A. DERSHOWITZ
 2     that's what I do.  When I publish an
 3     article in The Hill or any where else,
 4     my wife then posts it two places:  On
 5     Twitter and something called Substack.
 6     But I don't read the -- Usually, don't
 7     read what comes after that.
 8             Q.    Okay.
 9                   Long story short, you post
10     on Twitter so people read what you
11     write, right?
12             A.    I want people to read my
13     articles, yeah.
14             Q.    Right.  Okay.
15                   And it's a good way to get
16     people to read what you write?
17             A.    Among other things, yes.
18             Q.    Okay.
19                   Did there come a time when
20     you became involved in
21     President Trump's first impeachment
22     trial?
23             A.    Yes.
24             Q.    And how did that come to
25     pass?
```

A. DERSHOWITZ

1

2     A.    I had gotten a lot of phone

3     calls from Trump lawyers, asking me if

4     I would do it, and I was reluctant.

5     And then a complete happenstance

6     occurred.  I was supposed to have

7     dinner with a client of mine in Miami.

8     And one of that group of my friends,

9     Saul, died.  And we had to go the

10    funeral in New York.  And as a result

11    of that, I couldn't do the scheduled

12    event with my client and his family

13    around Christmas.  So the client

14    invited me to join him for Christmas

15    dinner the night before.  So the night

16    before we were going to go to the

17    funeral.

18          And the dinner was at

19    Mar-a-Lago.  And we were sitting at the

20    furthest, furthest possible area.  And

21    we didn't know whether the President

22    would show -- be there or not.  And he

23    was there and -- But we were like a

24    football field away from him.  And I

25    got online, and it was a buffet.  And I

```
 1                    A. DERSHOWITZ

 2      got online for the buffet -- I think

 3      this is written up in my book -- I got

 4      online for the buffet, and who gets

 5      online back of me but Donald Trump,

 6      holding a plate -- not -- not holding a

 7      plate.

 8                    I said, "I'm surprised to

 9      see you standing online, don't you get

10      served here?"

11                    "No, I stand online."  And

12      I handed him my plate and got another

13      plate, just to be polite.

14                    And he said, "So, are you

15      going to be my lawyer and appear in

16      front of the Senate?"

17                    And I said, "My wife

18      doesn't want me to."

19                    He said, "Bring her over."

20                    So I got my food, went back

21      and had my main course, and I said,

22      "President wants to talk to you."

23                    And so she and I went back

24      across the football field.  And there

25      he was, finishing his desert.  And I
```

```
 1                    A. DERSHOWITZ

 2      was waiting outside of the -- It was

 3      like a velvet line protecting him.  And

 4      I said, "Mr. President, I'll wait until

 5      after you're finished," and my wife and

 6      I got up.

 7                    "No, no, no."  He took us

 8      into a corner, and he said, "I want --

 9      I want Alan to be -- It would be good

10      for the Country for him to be my

11      lawyer."

12                    My wife said, "I don't want

13      it."

14                    And he said something like,

15      "I know how much you love him, and he

16      loves you.  And whatever you want to

17      do, you could do, but I think it would

18      be the best thing for the Country, and

19      it would be very patriotic," et cetera.

20                    So on the ride back, we

21      talked about it.  And although she was

22      still reluctant, we decided that I

23      would make the speech in the Senate on

24      behalf of the Constitution, and that I

25      would not mention President Trump by
```

```
 1                    A. DERSHOWITZ

 2        name, and I would not be an official

 3        part of his day-to-day legal team, that

 4        it would be announced that I was making

 5        the Constitutional argument about the

 6        criteria for impeachment, and that's

 7        what happened.

 8              Q.    Although you were

 9        suggesting that he does not qualify,

10        that the articles of impeachment did

11        not qualify under what you --

12              A.    It would be --

13              Q.    -- described a the

14        Constitutional impeachment standard.

15                    You were arguing that the

16        impeachment articles fell short of what

17        you believe the Constitutional standard

18        is, correct?

19              A.    Exactly right.  And what I

20        said:  It was the equivalent of in a

21        criminal case, a Motion to Dismiss.  So

22        I said, for example, in a criminal

23        case, if somebody was indicted for

24        Dishonesty, and then it listed a bunch

25        on things under Dishonesty, some of
```

```
1                     A. DERSHOWITZ

2          which were criminal, a defense lawyer

3          could make a Motion to Dismiss, which

4          you look at only what the actual

5          charges are, and Dishonesty is not a

6          crime.

7                     And on Obstruction of

8          Congress and Abuse of Power are not --

9          are not qualified under the

10         Constitution.  So as I said in the

11         speech, there are three issues, you

12         know:  Did he commit the acts?  Do the

13         acts constitute, you know, an Abuse of

14         Power and Obstruction?  And are those

15         three -- Are those charges, except one,

16         in the Constitution.  I said, I'm going

17         to be speaking primarily to the third

18         of those.

19                     So my talk was largely

20         about the criteria.  And I probably

21         mentioned -- I don't know, you could

22         count them, you had the speech, more

23         than a dozen times, probably -- that if

24         he did commit a crime, he could be

25         impeached.  If he committed Treason,
```

```
 1                    A. DERSHOWITZ
 2        Bribery or other high crime
 3        misdemeanors.
 4               Q.   So you wandered a bit far
 5        from my question, which was:  How did
 6        it come to pass that you represented
 7        the President?  So I'm going to try to
 8        rein you back in a little bit.
 9               A.   Okay.
10               Q.   You told me that your wife
11        was against your representing the
12        President --
13               A.   Yes.
14               Q.   And so what your family.
15        Why?
16               A.   They thought it would
17        hurt -- hurt me, that it would hurt
18        them.  Particularly, my daughter who is
19        an actor and in an industry which is
20        very anti-Trump.  And it was a hard
21        decision.
22               Q.   When you joined -- When you
23        agreed to make the speech --
24               A.   Yeah.
25               Q.   -- you knew it would be
```

```
1                        A. DERSHOWITZ
2            very high profile, right?
3                    A.    Yes.
4                    Q.    And you knew it would draw
5            a lot of attention?
6                    A.    Yes.
7                    Q.    And you knew it would
8            probably draw a lot of criticism,
9            right?
10                   A.    No.  I knew that the fact
11           that I was going to be making the
12           speech would draw criticism.  I did not
13           think the speech would draw criticism.
14           I thought the speech was very -- I have
15           never found anybody who has
16           substantively criticized anything I
17           said in the speech, itself, that the
18           arguments I made were compelling; they
19           cited, you know, previous justices of
20           the Supreme Court, or previous
21           secretary of the state, deans of law
22           schools.  I didn't think that the
23           argument, itself, if read or heard by
24           people would result in criticism.
25                         I did think the fact that I
```

```
 1                   A. DERSHOWITZ
 2        was representing him would result in
 3        criticism.
 4             Q.    In this litigation, you
 5        asserted the Work Product Privilege
 6        Defense over your communications with
 7        President Trump.  I'll read to you what
 8        you said in the motion:
 9                  "President Trump certainly
10        viewed Dershowitz's advocacy as
11        providing him a legal defense.
12        President Trump would need to waive the
13        privilege."
14                  And that was the grounds by
15        which you withheld certain documents in
16        this litigation.  Were you his lawyer
17        or not?
18             A.    I am not aware of that that
19        was withheld.  I have no -- I would
20        have no reason to withhold it, and I'm
21        happy to talk to my lawyers.  I have no
22        secrets.  I -- I would have to check
23        with Trump's --
24             Q.    I don't care if you have
25        secrets or not, frankly.  But I'm
```

```
 1                    A. DERSHOWITZ
 2        telling you represented to a Court that
 3        you were his lawyer in this case,
 4        Trump's lawyer.
 5             A.    What I represented to the
 6        Court is that any conversations with
 7        the President would be covered by
 8        lawyer-client privilege.  That's number
 9        one.  Number two, I don't think I had
10        any conversations with the President.
11             Q.    That's -- How can you have
12        a lawyer-client privilege if you
13        weren't his lawyer?
14             A.    Let me tell you.  I saved a
15        woman's life -- I saved a woman from
16        life in imprisonment.  Her name was
17        Sandy Murphy.  I won an appeal on her
18        behalf.  I never met her.
19             Q.    That's not the question.
20        How can you assert lawyer --
21        attorney-client privilege if you
22        weren't somebody's attorney?
23             A.    You could assert the
24        privilege if the client believes that
25        he is confiding in you legally-relevant
```

```
 1                    A. DERSHOWITZ
 2          communications, yeah.
 3               Q.    How is that not an
 4          attorney-client relationship ethically?
 5               A.    It's -- It's an
 6          attorney-client relationship for
 7          purposes of the privilege.
 8               Q.    You think there's a way
 9          that you can have an attorney-client
10          relationship other than the privilege?
11               A.    Yes.  I mean, when I'm a --
12                    When I'm a consultant of a
13          counsel in a case where I'm doing just
14          a limited role, privilege still
15          applies.  But if somebody were to ask
16          me, Was I his lawyer, I'd have to go
17          into a long explanation.  But in a
18          technical sense, I was one of Trump's
19          lawyers in the impeachment.
20               Q.    Great.
21               A.    In fact, I've said publicly
22          that I was the oldest person in
23          American history ever to defend a
24          president against impeachment on the
25          floor of the Senate.
```

```
 1                    A. DERSHOWITZ
 2            Q.    In drafting the speech in
 3       your book, in an -- another thing I --
 4       and in your -- Actually in the floor --
 5                    On the floor of the Senate,
 6       you referred to relying on dusty old
 7       volumes --
 8            A.    That's right.
 9            Q.    -- from 18th and 19th
10       Century?
11            A.    That's right.
12            Q.    Was that rhetorical?  Or
13       did you literally rely on dusty old
14       volumes?
15            A.    Literally.
16            Q.    What ones?
17            A.    I brought with them with
18       me.
19            Q.    What are were they?
20            A.    Federalist Papers,
21       Blackstone's Laws of England, the
22       Debates and The Constitutional
23       Convention.  Those were the primary
24       ones, but there were others as well.
25            Q.    Are you an Originalist?
```

```
 1                      A. DERSHOWITZ

 2            A.    Am I what?

 3            Q.    Are you an Originalist?

 4      Big fan of Originalism?

 5            A.    Everybody's an Originalist.

 6            Q.    I'm not.

 7            A.    Everybody's an originalist

 8      when it says:  The president has to be

 9      35, you're an Originalist.  You can't

10      interpret that in any way other than

11      that.

12                      Nobody is an Originalist

13      when it says:  Due process of the law,

14      equal protection of the laws, cruel and

15      unusual punishment.  You cannot be

16      Originalist.

17                      So the question is not a

18      meaningful one.  I'm an Originalist as

19      to some provisions of the Constitution,

20      but not as to other provisions of the

21      Constitution.  I am an Originalist on

22      the grounds of impeachment.  Let me put

23      it this way:  I think the grounds for

24      impeachment are not good ones.

25                      If I were at the
```

```
 1                    A. DERSHOWITZ
 2        convention, I would not have voted for
 3        them.  I think that the Constitution
 4        could be amended to make it more
 5        responsive to today's needs -- as
 6        happened with the 25th amendment.
 7                    Remember back in the
 8        original debates, I think it was
 9        Madison who raised the issue:  What
10        about incapacity?  What about a
11        president who is incapacitated?  And of
12        course, when it came to setting out the
13        criteria, they didn't include
14        incapacity.  And that was expressly
15        recognized by Congress and the country
16        when they passed the 25th amendment,
17        changing the grounds for removal, which
18        did not involve criminal behavior.
19             Q.    Just a minute ago you said
20        that there -- You had not seen a -- a
21        criticism of your speech, just your
22        speech --
23             A.    Right, the content of my
24        speech.
25             Q.    The content of your speech
```

```
 1                A. DERSHOWITZ

 2       on the floor of the Senate, right?

 3            A.    Yeah, by which I mean,

 4       specifically focusing on any of the

 5       sources I cited or any of the

 6       conclusions I derived from the sources.

 7                  There was criticism of my

 8       general view, of course by CNN and

 9       others, that you needed to have

10       criminal or criminal-type behavior.

11       That was much criticized.  But the

12       quality of --

13                  I don't remember any

14       criticism, any legitimate criticism of

15       the quality of my speech.  There may

16       have been some, but --

17            Q.    Okay.

18            MS. BOLGER:  I'm going to mark

19       as Exhibit 34 the article called "The

20       Ugliest Part of Trump's Impeachment

21       Defense," written by Jonathan

22       Bernstein?

23            THE WITNESS:  I don't

24       remember.

25            MS. BOLGER:  Which is dated
```

```
 1                    A. DERSHOWITZ

 2        January 29th, 2020, at 8:53 a.m.  So it

 3        is before the Q and A, and after your

 4        argument on the floor of the Senate?

 5                    THE WITNESS:  Okay.

 6                    MS. BOLGER:  This a

 7        Bloomberg -- Sorry.

 8                    MR. SCHWEIKERT:  Alan, this is

 9        entirely your call, but I know you've

10        been having trouble hearing her.  Do

11        you object to her not wearing a mask,

12        considering the distance she's sitting

13        from you?

14                    THE WITNESS:  I don't, no.

15                    MR. SCHWEIKERT:  You okay with

16        that?

17                    MS. BOLGER:  I also happen to

18        have taken a COVID test this morning,

19        Mr. Dershowitz because I have a

20        90-year-old mother, and I wanted to be

21        sensitive.  So I happen to know I do

22        not have COVID this morning.

23                    THE WITNESS:  It doesn't

24        impress me that she's 90.  I'm 84, and

25        that just a little bit older -- little
```

```
 1                    A. DERSHOWITZ
 2          bit older, so --
 3                    MS. BOLGER:  She's great.
 4                    THE WITNESS:  Good.
 5                    MS. BOLGER:  So Exhibit 34 is
 6          "The Ugliest Part of Trump's
 7          Impeachment Defense."
 8          (Whereupon, "The  Ugliest  Part,"  Email,
 9   Bloomberg  Opinion,   by   Jonathan   Bernstein,
10   January 29, 2020, was  marked  as  Exhibit  34  for
11   identification, as of September 13th, 2022.)
12                    Q.    So this is an email, for
13          the record, that published Bloomberg
14          Opinion, so it is a column rather than
15          a news story.
16                    A.    I don't think I read this.
17                    Q.    Then it begins with the
18          sentence, "President Donald Trump's
19          legal team wrapped up its three-day
20          defense presentation in Senate
21          impeachment trial on Tuesday."
22                    A.    Yeah.
23                    Q.    And I'm going to ask you --
24          You're welcome to read the whole thing,
25          but I was going to ask you to look at
```

```
 1                    A. DERSHOWITZ
 2        the second page of the article.
 3             A.    Yup.
 4             Q.    In the second full graph,
 5        begins:  "This gets us to what remains
 6        of the president's defense."
 7                    Do you see that?
 8             A.    Yeah.
 9             Q.    Okay.
10                    "The claim on Monday night
11        by defense lawyer Alan Dershowitz, that
12        Abusive of Power is not an impeachable
13        offense, as a serious position, it
14        falls flat.  Deputy White House Counsel
15        Patrick Philbin recapped the argument
16        on Tuesday, and it boiled down to two
17        preposterous assertions:  One is that
18        by eliminating maladministration from
19        the Constitutional grounds for
20        impeachment, the framers were also
21        removing Abuse of Power, even though --
22        and I'll admit no scholar -- not a
23        scholar of the 18th century legal
24        terms, but neither are they --
25        maladministration means something
```

```
1                    A. DERSHOWITZ

2        completely different."

3                    And then it sort of goes on

4        from there.  And then two paragraphs

5        down it says:

6                    "Dershowitz and Philbin are

7        free to disagree and Republican

8        Senators looking for any available life

9        boat are free to clamber into this one.

10       That doesn't mean the rest of us have

11       to take it seriously."

12                   Do you see that?

13          A.    Well, the only thing I

14       agree with in this article is when he

15       says, "I'll admit I'm not a scholar of

16       18th century legal terms."  I am a

17       scholar of 18th century legal terms.  I

18       very carefully went through all the

19       terms used in the debate, not only

20       maladministration, but a range of other

21       terms that were very similar to Abuse

22       of Power, and they were all rejected by

23       Madison's argument that we don't want

24       to turn the presidency of the United

25       States into the Prime Ministership of
```

```
                            A. DERSHOWITZ
 1
 2      England.  A prime minister can be
 3      removed by a vote of no confidence.  We
 4      wanted specific criteria that make it
 5      very difficult for the legislative
 6      branch to remove the elected head of
 7      the executive branch.
 8              Q.   Mr. --
 9              A.   So I stand by my argument.
10      (Simultaneous speaking.)
11              Q.   Mr. Dershowitz I, Kate
12      Bolger would love to talk to you about
13      the merits of your argument.
14              A.   Yeah.
15              Q.   It would be interesting.
16              A.   Yeah.
17              Q.   But that's not why we're
18      here today.
19              A.   Yeah.
20              Q.   I want to talk to you about
21      the fact that on this day --
22              A.   Yeah.
23              Q.   -- on January 29th, before
24      you were on the floor of the Senate,
25      this article was published.  And in
```

```
 1                    A. DERSHOWITZ
 2        this article, it talks -- It is
 3        critical, substantively, of the
 4        argument you made on the floor of the
 5        Senate, in fact, referring to it as
 6        "preposterous," correct?
 7             A.    I don't know who Jonathan
 8        Bernstein is, and he's just dead wrong.
 9             Q.    Okay.
10             A.    And so -- And I didn't -- I
11        was not aware of this article as far as
12        I know.  I don't remember reading it,
13        but I'm not surprised that people who
14        admit they're not experts in 18th and
15        19th century use of words would take
16        that position.
17                  Look, the plain meaning of
18        the Constitution could not be clearer.
19        Treason, Bribery, but it doesn't say
20        crimes and misdemeanors, or other high
21        crimes and misdemeanors.  Others
22        modify -- I made the argument, based on
23        Justice Scalia's analogy.  When you
24        have a group of people, when you Derek
25        Jeter and Judge and Mike Tyson and
```

```
1                    A. DERSHOWITZ
2         Larry Bird are great competitors, and
3         then you ask who else is a great
4         competitor, the answer is not Sam
5         Walton.
6                Q.   Mr. Dershowitz, again,
7         we're not talking about -- We're not
8         talking about your argument.
9         (Simultaneous speaking.)
10               A.   I'm not finished with my
11        argument.
12               Q.   I want to talk about the --
13        I want to talk about this article.
14               A.   I'm --
15               Q.   I don't want cut -- I
16        don't -- I want to bring you back.  So
17        let's focus up on what I'm asking you
18        about, which is this article not your
19        argument?
20               A.   I don't think you're
21        allowed to cut me off in the middle
22        of --
23        (Simultaneous speaking.)
24               Q.   I'm not.  I'm not.  If you
25        want to continue, you can.  But it
```

A. DERSHOWITZ

1
2     just --

3          A.    I just want to continue to

4     say that the most logical reading of

5     the Constitution is that the other

6     crimes and misdemeanors have to be of a

7     kind to Treason and Bribery.  That's

8     the plain meaning.  That's the meaning

9     given by Justice Curtis.  That's the

10    meaning given by the former Secretary

11    of State, former dean of Columbia Law

12    School.  That's the meaning that was

13    common and dominant in the 19th

14    century.  And that's the meaning that

15    would be given today if Hillary Clinton

16    would have been impeached because

17    Donald Trump, not Hillary Clinton,

18    alleged scholars, like Bowie at

19    Harvard, who wrote that a crime had to

20    be committed, then essentially went on

21    television and denied it, because he

22    didn't want to be associated with

23    Donald Trump.

24         Q.   Lots and lots scholars

25    disagreed with your positioning, right?

```
 1                    A. DERSHOWITZ
 2          A.    And they were all wrong.
 3          Q.    But it was something people
 4     were debating, right?
 5          A.    That's right.  And that's a
 6     great thing.  I helped stimulate a
 7     debate.  If I hadn't done that, there
 8     would be no debate, and the wrong view
 9     would have become, not only the
10     academic view -- and there dominant
11     academic views, and they often wrong.
12     And in my life and my experience, I've
13     exposed a lot of dominant academic
14     views that have been wrong.  And this
15     is one of them.
16          Q.    All right.
17               We're going to look at the
18     next article, which was published --
19          A.    But let me add one more
20     thing.
21          Q.    No, no.  There's no pending
22     question.
23          A.    Okay.
24          Q.    We are done with that
25     answer.
```

```
1                    A. DERSHOWITZ

2              A.    I'm not done with that

3         answer.

4                 MS. BOLGER:  I'm going to ask

5         the court reporter to mark as

6         Exhibit 35 an article "Don't be

7         Confused by Trump's Defense:  What he

8         is accused of are crimes," dated

9         January 27th, 2020, and written by

10        Nikolas Bowie.

11       (Whereupon, "Don't  Be  Confused,"  article  by

12   Nikolas  Bowie,  The  New  York  Times,  January  27,

13   2020, was marked as Exhibit 35  for  identification,

14   as of September 13th, 2022.)

15                 THE WITNESS:  I know the

16        article, and he couldn't be wronger

17        when he says Abuse of Power is a crime.

18        He doesn't know criminal law.  He would

19        never have said this --

20                 MS. BOLGER:  No pending

21        question, Mr. Dershowitz.

22                 THE WITNESS:  Oh okay.

23                 MS. BOLGER:

24              Q.    Okay.  This article was

25        published on January 27th --
```

```
 1                      A. DERSHOWITZ

 2              A.    That's right.

 3              Q.    After the conclusion of

 4      your argument on the floor of the

 5      Senate.

 6              A.    That's right.

 7              Q.    And Mr. Bowie is one of

 8      your -- Professor Bowie is one of your

 9      colleagues --

10              A.    I never met him.

11              Q.    Wait, he's a colleague at

12      Harvard Law School, though.

13              A.    I never my him.

14              Q.    But he still is a professor

15      at Harvard Law School as you were?

16              A.    I'm not.  I'm an emeritus

17      professor.  Larry Tribe is a colleague,

18      too, and he couldn't be wronger on most

19      of these issues, okay?  So --

20              Q.    He works at Harvard Law

21      School, right?

22              A.    That's a good question.  He

23      teaches at Harvard law school.  He just

24      got tenure.

25              Q.    Okay.
```

```
                        A. DERSHOWITZ

  1

  2           A.    I don't.  I'm emeritus.

  3                 MR. SCHWEIKERT:  Objection to

  4       form.

  5           Q.    Do you consider colleagues

  6       only people that you like?

  7           A.    No.  Only people that I've

  8       met, or have has some association, or

  9       have been on the faculty same time.

 10       I'm not a colleague of somebody when I

 11       retired ten years ago, and he came on

 12       the faculty after that.  I'm not his

 13       colleague.

 14           Q.    Okay.

 15           A.    I don't want to be

 16       associated with his views.

 17                 This article represents the

 18       lowest form of academic debasement.

 19       Taking his scholarship and renouncing

 20       his scholarship because of who the

 21       person is.  That might benefit from

 22       a -- In my 50 years of teaching at

 23       Harvard, I've never seen a lower form

 24       of scholarship than in this article.

 25           Q.    But this "lower form of
```

```
1                      A. DERSHOWITZ

2          scholarship" disagrees with what you

3          said on the floor of the Senate, right?

4               A.   No.  It agrees with what I

5          said.  I said a crime was necessary.

6          And then he makes up that somehow Abuse

7          of Power is a crime.  It's not.

8               Q.   Okay.

9                    And this was published on

10         January 27th, right?

11              A.   That's right, yeah.

12              Q.   Okay.  You can put it

13         aside.

14                   THE WITNESS:  He ought to have

15         been ashamed of himself for writing

16         this.

17                   MS. BOLGER:  Next exhibit I'm

18         going to is Exhibit 36, which is an

19         article called "Madison, Hamilton,

20         Dershowitz:  One of these men is not

21         like the others.  But for the GOP, he a

22         better quote," dated January 29th,

23         2020, at 8:40 a.m. which again was

24         before you took the floor to answer

25         questions.
```

```
1                     A. DERSHOWITZ

2              THE WITNESS:  Who is it by?

3              MS. BOLGER:  Fred Barbash.

4        (Whereupon, "Madison, Hamilton, Dershowitz,"

5    analysis by Fred Barbash, The Washington Post,

6    January 29, 2020, was marked as Exhibit 36 for

7    identification, as of September 13th, 2022.)

8              Q.   Mr. Dershowitz, have you

9         seen this article before?

10             A.   No.  I might have, but I

11        don't remember it.

12             Q.   Okay.

13             So the second graph of the

14        article reads (as read):

15             "On Monday, Dershowitz, the

16        Harvard Law professor emeritus who is

17        part of Trump's legal team, delivered

18        what quickly became the favored speech

19        for quoting among GOP senators.  It

20        provided them cover, should they need

21        it, for refusing to allow witnesses in

22        the trial of Trump, for voting to

23        acquit him, in the event damaging

24        evidence emerges after the trial, for

25        slamming it as irrelevant."
```

```
 1                    A. DERSHOWITZ

 2                    And two paragraphs down --

 3          or three down, it says:

 4                    "Dershowitz is one of the

 5          only few scholars who accepts that

 6          theory.  Most regard it as absurd, a

 7          road map for a vast realm of

 8          nonpunishable bad behavior presidents.

 9          Dershowitz agreed with them during the

10          impeachment trial of

11          President Clinton."

12                    Do you see that?

13          A.    I have no idea what it

14          means when he says, "Dershowitz agreed

15          with them."  I disagreed with them.

16          Q.    No.

17          A.    What do I agree with them

18          about?

19          Q.    The most -- most who

20          regarded it as absurd.

21          A.    Most regard -- I don't

22          agree with that.

23          Q.    Right.

24                    This was published on

25          January 29th before you took the floor.
```

```
 1                    A. DERSHOWITZ

 2          A.    Yeah.

 3          Q.    And you'll see on the third

 4    page, there's -- Beginning a graph that

 5    says, "Conceivably, the Dershowitz

 6    argument --"

 7          A.    Wait a minute.  Third page.

 8    I'm on the second page.

 9               Yeah.

10          Q.    "Conceivably, the

11    Dershowitz argument could have an

12    impact on impeachments yet to come.

13    That would be remarkable for an

14    argument which with virtually no

15    scholars agree."

16          A.    Yeah.

17          Q.    "In that event, it will

18    have taken an astonishing journey from

19    widely discredited theory to received

20    wisdom from the Senate."

21               Do you see that?

22          A.    But all this argument would

23    have been accepted if Clinton were the

24    Defendant.

25          Q.    And the next page --
```

```
 1                    A. DERSHOWITZ
 2           A.    Total phoney hypocrisy by
 3      partisan academics, who would
 4      definitely support this argument.  And
 5      they did support an argument like it
 6      during the Clinton impeachment.  I
 7      mean, just --
 8           Q.    On the next page -- On the
 9      next page, the very top.
10           A.    Yeah.
11           Q.    Professor Laurence Tribe
12      called it an "'extreme and dangerous'"
13      theory in an MSNBC interview.  'There
14      is no scholar in the country other than
15      Dershowitz who believes it,' he said."
16           A.    I'm very proud of that.
17           Q.    "Acceptance would --"
18           A.    I'm very proud of that.
19      Sitting on the opposite side of
20      Laurence Tribe is usually a sign that
21      you're right.
22           Q.    "Acceptance would 'leave a
23      message for future presidents . . .
24      that any way they want to abuse the
25      powers of their office' is just fine,
```

```
 1                     A. DERSHOWITZ

 2         tribe said, so long as it's not

 3         statutory crime."

 4                A.    Well, that's the point, so

 5         long as it's not a crime.  And that's

 6         what CNN said the opposite of.  So what

 7         CNN is relying on now is a statement

 8         which totally undercuts its reporting

 9         two days later.

10                Q.    I don't understand what --

11                A.    Yes, you do.

12                Q.    -- CNN has to do with this

13         document.  This document is dated

14         January, 29th at --

15                A.    It's --

16         (Simultaneous speaking.)

17                Q.    -- at 8:40 in the morning,

18         right?

19                A.    The argument says that so

20         long as it's not a statutory crime --

21         I'm sure the people at CNN were aware

22         of that.  And then they said, even if

23         it is a statutory crime, the President

24         can't be impeached if he wants to run

25         for office.  So this -- this totally
```

```
 1                      A. DERSHOWITZ

 2          supports my view.

 3                  Q.    But this published

 4          January 29th 8:40 in the morning,

 5          right?

 6                  A.    I understand that.

 7                  Q.    Okay.

 8                        That's my question.

 9                        Okay.

10                  A.    Yeah.

11                  Q.    Then we're going to talk

12          about --

13                        Who is Jonathan Turley?

14                  A.    He is -- I've never met

15          him, but I've seen him on television,

16          and he is I think the Fox legal

17          analyst.

18                  Q.    And he was a witness during

19          the impeachment?

20                  A.    That's right.

21                  Q.    In the House, right?

22                  A.    That's right.

23                  Q.    He was the only witness for

24          the defense called by the impeachment

25          in the House?
```

```
 1                     A. DERSHOWITZ

 2            A.    I don't -- yeah.

 3            Q.    Okay.

 4                  So he was a defense

 5      witness.  In other words, he was a

 6      witness called by Trump's lawyers?

 7            A.    That's right.

 8            Q.    Sorry?

 9            A.    That's right.

10            Q.    Sorry, I just didn't hear

11      you.

12            A.    I don't know if he was

13      called by Trump or by the committee.  I

14      don't know that.

15            Q.    He was --

16                  He was a defense witness?

17            A.    I'm not sure if he was

18      called by Trump or by the committee.  I

19      don't know the answer to that, but --

20            Q.    Okay.

21                  But he was a witness for

22      the defense, regardless of who called

23      him.

24            A.    I don't know the answer to

25      that.  He was a witness.
```

```
 1                   A. DERSHOWITZ
 2            Q.    I can represent to you, for
 3       the defense.  I'm not lying, but --
 4            A.    No.  I'm not suggesting --
 5       I never would suggest you're lying, and
 6       I haven't.
 7            Q.    Okay.
 8                MS. BOLGER:  This is
 9       Exhibit 38 -- 37?
10       (Whereupon, "The  Senate   Should   Reject,"
11    opinion, by Jonathan Turley, The Hill,  January  22,
12    2020, was marked as Exhibit 37  for  identification,
13    as of September 13th, 2022.)
14                MS. BOLGER:  So, this is a --
15       I'm so sorry if I said this already.  I
16       had a brain freeze -- lack of caffeine?
17                THE WITNESS:  I not hearing
18       you even without your mask.
19                MS. BOLGER:  I'm sorry, I just
20       said I'm sorry if I said this already;
21       it's a brain freeze.  The name of this
22       article is "The Senate Should Reject
23       Dershowitz's Argument on Johnson
24       Impeachment."
25                THE WITNESS:  Mh-hm.
```

```
 1                    A. DERSHOWITZ

 2              MS. BOLGER:  And dated

 3         January 22nd, and it's written by

 4         Jonathan Turley who, again, was witness

 5         in the impeachment.

 6              Q.    And you'll see that the

 7         first graph of the article --

 8              A.    Yeah.

 9              Q.    -- ends with "For the most

10         part, such claims will dissipate with

11         the fog of advocacy.  However, one

12         argument could have a more damaging

13         impact."

14              A.    Did you notice the date?

15              Q.    Yes.

16              "The White House briefs

17         appear structured around the claim, to

18         be argued by Harvard Law professor

19         emeritus Alan Dershowitz, that the

20         Constitution is literal when it refers

21         to 'high crimes and misdemeanors' as

22         criminal violations.  So Dershowitz

23         maintains without an article of

24         impeachment based on an actual crime,

25         there is no legitimate impeachment."
```

```
1                    A. DERSHOWITZ

2                    And if you look at the next

3        page of the document, he says --

4              A.    Yeah.

5              Q.    -- in the one, two, three,

6        fourth graph, "Dershowitz claimed that

7        Curtis 'argued successfully to the

8        Senate that criminal-like conduct is

9        required.  That argument prevailed.'

10       But I believe Dershowitz is mistaken in

11       his interpretation of the argument,

12       along with the basis for the acquittal

13       of Johnson."

14                   Do you see that?

15             A.    Yes.

16             Q.    Okay.

17                   So this was published

18       January 22nd, 2020, right?

19             A.    A week -- A week before I

20       made my speech in the Senate.

21             Q.    Five days.

22             A.    Before I made --

23             Q.    Five days.

24             A.    -- my first speech --

25       Five days before I made my first speech
```

```
 1                    A. DERSHOWITZ
 2        in the Senate.  He had no idea what I
 3        was talking about.  He was speculating.
 4             Q.    That's the argument you
 5        made on the floor of the Senate,
 6        though.
 7             A.    No.  No.
 8             Q.    You did not make the
 9        argument that the Constitution requires
10        a literal crime?
11             A.    No.  Absolutely not.  I
12        rejected that argument.  I had a
13        whole -- check the book.  I said, "I
14        reject Justice Curtis's argument.  I
15        disagree with it."  You need conduct
16        akin to, criminal-type conduct akin to.
17        You do not need a statutory crime.  You
18        do not need a prosecutable crime.  He
19        didn't know that because this article
20        appears five days before my speech.
21             Q.    What is crime-like conduct?
22             A.    Crime-like conduct is
23        conduct that would be criminal but for
24        some technical omission, like statute
25        of limitations, geography.  It would
```

```
 1              A. DERSHOWITZ
 2       include extortion, it would include --
 3       Extortion would be the main one, but it
 4       would have to be something that there
 5       are criminal statutes covering.
 6       Although it could be a state crime, it
 7       could be a crime against humanity.  It
 8       doesn't have to be a statutory crime.
 9                  It could be a crime barred
10       by the statute of limitations, a crime
11       barred by geography, but it has to be
12       very close to Treason and Bribery.
13                  And that's why Clinton was
14       wrongly impeached.  He committed a
15       crime.  He fulfilled those
16       requirements, but it wasn't a high
17       crime.  It was a low crime.  And, I
18       argued against it, and I made
19       arguments -- literally arguments.  But,
20       of course, the issue of whether you
21       needed a crime was not before the
22       Senate or the House in the Clinton
23       case, and I hadn't done the research
24       that I did subsequently, which led me
25       to a different conclusion from the
```

```
1                    A. DERSHOWITZ
2         conclusion that I had come to during
3         the Clinton impeachment.
4              Q.    Okay.
5                 MS. BOLGER:  I'm going to ask
6         to mark as Exhibit 38 -- Oh, actually
7         before I do that.
8              Q.    So inevitably,
9         Mr. Dershowitz, when you got off the
10        floor of the Senate, you were besieged
11        with the a flurry of emails that were
12        enormously critical of your response of
13        the floor of the Senate; do you
14        remember that?
15             A.    I remember getting
16        incredibly praising emails and negative
17        emails, calls, congratulations from
18        Democrats and Republicans, yeah.
19             Q.    I will tell you very
20        candidly that there's been no positive
21        emails produced to us related to your
22        commentary on the floor of the Senate
23        if they exist.
24             A.    None?  That surprises me.
25             Q.    Sorry, I'm wrong.  I got my
```

```
 1                    A. DERSHOWITZ

 2        bucket of emails --

 3             A.    Understandable.

 4             Q.    -- mixed up.

 5             A.    Understandable.

 6             Q.    There's a lot of emails,

 7        Mr. Dershowitz.

 8                   Who are the Senators who

 9        congratulated you on the floor of the

10        Senate?

11             A.    Oh, I would say ten of

12        them.

13             Q.    Who?

14             A.    Even -- I'll start with the

15        one that was most extreme -- even

16        Romney, who voted for removal said I

17        had done a good job.  Obviously, Cruz,

18        Emhoff --

19             Q.    Sorry, Cruz, who?

20             A.    Cruz, Emhoff.

21             Q.    I didn't hear you.  That's

22        why I asked?

23             A.    Emhoff.  I think his name

24        is.

25             Q.    Right.
```

```
 1                    A. DERSHOWITZ

 2            A.    The guy from South

 3      Carolina, Lindsey Graham.  And my

 4      recollection is that Klobuchar.  Did

 5      too.

 6            Q.    Who?

 7            A.    Klobuchar, who is a

 8      Democrat.

 9            Q.    What did Klobuchar say?

10            A.    "Good job," just, you know,

11      something like that.  She may have been

12      the one -- I mean, one of them said,

13      "You didn't put me to sleep."  I didn't

14      think of that as a high compliment, but

15      one of them said that.

16            Q.    That was Klobuchar?

17            A.    No.  I don't think so.  I

18      think that was one of the Republicans.

19      And one of the House manager lawyers

20      from the Democrat side -- I'll think of

21      his name in a second.  He was the

22      ambassador to the Czeck Republic, but

23      I'll think of his name in a minute.

24            Q.    Okay.

25                  MS. BOLGER:  I'm going to mark
```

```
 1                    A. DERSHOWITZ
 2        as Exhibit 38 a packet of emails that
 3        was produced in the litigation.  These
 4        are emails that were received after
 5        your speech on the floor of the Senate
 6        before you were termed to answer
 7        questions --
 8               THE WITNESS:  Right.
 9               MS. BOLGER:  On the 29th.  It
10        is again, a composite exhibit made of
11        emails that you have received.
12        (Whereupon, Composite of Emails  to  Dershowitz
13   between  Senate    appearances    was    marked    as
14   Exhibit   38    for    identification,   as    of
15   September 13th, 2022.)
16               MS. BOLGER:  For the record,
17        I'm just going to direct your attention
18        to the first emails from an individual
19        named Bruce Gallamore.  It's got the
20        Bates number 59810.  And it says:
21               "I have always respected you.
22        Why would you associate yourself and
23        prodigious reputation with such a
24        specious legal position?"
25               Do you see that?
```

```
1                    A. DERSHOWITZ

2          A.    Yeah.

3          Q.    And on the next --

4          A.    If you look further, "DJT

5     is a reprobate devoid of --"  I mean,

6     they're attacking Trump.

7          Q.    Right.

8          A.    Largely --

9          Q.    As a -- "as a clear danger

10    to our republic."

11         A.    Hm?

12         Q.    He calls him a "clear

13    danger to our republic," right?

14         A.    Yeah.  I mean, this is all

15    ad hominem.  They're all attacks on the

16    person, not -- I mean, they're attacks

17    on my argument too, but these are not

18    attacks that would have occurred if I

19    had used the same legal arguments on

20    behalf of a Democrat who they liked.

21         Q.    Okay.

22               The next email is -- bears

23    the production number 59818.

24         A.    Yes.

25         Q.    It's from a gentleman named
```

```
1              A. DERSHOWITZ

2      David Eichler.  Do you know

3      Mr. Eichler?

4              A.    Not that I know of.

5      Usually, you can tell by

6      "Mr. Dershowitz" or "Alan," but I can't

7      tell you.

8              Q.    He emails you occasionally,

9      quite respectfully and interestingly,

10     just in case you're wondering.

11                  "Number one is your

12     presentation to the senate did not

13     change my opinion.  You're way off-base

14     and the opinion of that vast majority

15     of legal experts appear to share.  The

16     high and high crimes and misdemeanors

17     is dispositive.  The term reference to

18     offenses against the state that may or

19     may not also be statutory criminal

20     based offenses which Blackstone

21     explains to.  Your statement that

22     you've only recently considered

23     Blackstone and Curtis's argument in the

24     Andrew Johnson impeachment trial in the

25     context of an impeachment trial, does
```

```
                      A. DERSHOWITZ
1
2    not pass the laugh test."
3         A.    I don't understand what
4    he's saying.
5         Q.    "And three, this is an
6    impeachment trial, not a criminal
7    trial.  If you genuinely care about the
8    country and believe in your heart and
9    mind that the president did commit the
10   specified offenses and is subject to
11   impeachment and removal from office,
12   you should refuse to provide him with
13   legal representation in the same way
14   you would represent a criminal
15   Defendant in a court of law."
16             Do you see that?
17        A.    That's his opinion, yeah.
18        Q.    Okay.
19             And you received it on the
20   28th, right?
21        A.    Yeah.
22        Q.    Okay.
23             And you'll skip two pages
24   to an email that you received from Dave
25   Stewart, bearing the Bates number
```

```
1                    A. DERSHOWITZ

2        59834.

3              A.    Yup.

4              Q.    (As read) "Counselor

5        Dershowitz, I have followed you from

6        year -- followed you for year from my

7        very normal recliner in my very normal

8        home in middle America, a human being

9        who would never have a reason to

10       need -- reason to meet you nor

11       communicate with you.

12                   "You have stood as a

13       champion for civil liberties, taking

14       controversial cases and standing up for

15       people who have already been tried in

16       the public forum.  These actions have

17       always placed you in a revered position

18       in my view.

19                   "Your stand on the floor of

20       the Senate was, as expected, profound,

21       scholarly, insightful.  Moreover, I

22       more than agree with you that the use

23       of Constitutional rights of impeachment

24       should not be used as a partisan way to

25       divide the country.
```

```
 1                     A. DERSHOWITZ

 2                     "There is always a 'but,'

 3           however, and here is my 'but.' The fact

 4           that you did it for a president that

 5           clearly has not a single care for the

 6           civil rights that you have been such an

 7           advocate for --"

 8                A.    Exactly what I was told.

 9                Q.    "-- convinces me that you

10           have sold out," correct?

11                A.    It's exactly what I was

12           told when I defended communists.  You

13           did a great job, but don't communist

14           want to take away our right, so they

15           shouldn't have any rights.  This is

16           very typical of my mail.

17                Q.    Nonetheless, on

18           January 28th, 2020, someone sitting in

19           a very normal recliner in America felt

20           the need to write you an email telling

21           you that he felt that his opinion of

22           you had changed.

23                A.    Well, opinions do change,

24           but the opinions changed even more

25           dramatically when people heard on
```

```
 1                    A. DERSHOWITZ

 2         national news that I thought a

 3         president could commit any crime he

 4         wanted.  Here, these people are

 5         attacking me because I said the

 6         president can't commit a crime.  Now

 7         they're attacking me because I said the

 8         president can commit a crime.

 9              Q.    I don't think was an

10         attack, Mr. Dershowitz.  I think that

11         was --

12              A.    What was not an attack?

13              Q.    That email that I just read

14         to you from a very normal American in

15         middle America, who chose to reach out

16         to you as you stood on the floor of the

17         Senate and argued in the impeachment of

18         the President of the United States.

19         Probably one of most significant things

20         that's happened in the last ten years

21         of our history -- at least we thought

22         it would be until the Capital Riots --

23         he sat down to take the time to write

24         to you.  That's not attacking you,

25         Mr. Dershowitz.  That's just seeking to
```

```
 1                      A. DERSHOWITZ
 2          talk to you.
 3                    MR. SCHWEIKERT:  Object to
 4          form.
 5               A.    No, what he's doing is --
 6          Well, when you accuse somebody of
 7          being -- of selling out, that's an
 8          attack, sorry.  I've sold out.
 9               Q.    Mr. Dershowitz, you just
10          may think that people who disagreeing
11          with you are attacking you.
12               A.    No.  "Sold out."  You can
13          disagree with me.  "Sold out" sounds
14          like I'm getting money for having
15          defended the president, and I did it
16          because of the money.  That's an
17          attack.
18               Q.    You were paid to represent
19          the president, right?
20               A.    Money went to charity.
21               Q.    Who paid you?
22               A.    Republican National
23          Committee.
24               Q.    How much money did you
25          make?
```

```
 1                    A. DERSHOWITZ
 2            A.    I don't remember, but it
 3      was my hourly fee.  I mean, it was just
 4      my hourly fee.  Then --
 5            Q.    What is you hourly fee?
 6            A.    At that time, it's maybe
 7      $1500, $1600, something like that, in
 8      that range.  Now it's higher.
 9            Q.    How much did you get paid,
10      Mr. Dershowitz?
11            A.    I don't remember, but it
12      was less than $200,000, because I know
13      I initially submitted a bill for around
14      $250,000, representing all the time I
15      had put in, which was a very reasonable
16      price for a project of this kind.
17                  And they said they wouldn't
18      pay for my travel, and they wouldn't
19      pay for my work that I did in
20      preparation, and they wouldn't pay for
21      my typing, so they got me down to a
22      figure below $200,000.
23            Q.    Your fee is higher now, you
24      said?
25            A.    It goes up a little bit
```

```
 1                    A. DERSHOWITZ

 2      every year.

 3            Q.    What is it now?

 4            A.    Still below $2,000 an hour.

 5      First of all, half of my cases are pro

 6      bono, so those I have no fee.  And

 7      other cases, I adjust and adapt to the

 8      needs of the client.  But -- So I

 9      have -- I have -- My fees range from

10      nothing up to less than $2,000 an hour.

11            Q.    Okay.

12                  But 2022 you can command a

13      higher fee than you could in 2020?

14            A.    Every year I command a

15      slightly higher fee just because of

16      inflation.  I don't usually raise my

17      fee once I establish it, but I have

18      many -- I have few cases now.

19            Q.    Okay.

20                  MS. BOLGER:  I'm going to ask

21      the court reporter to mark as

22      Exhibit 39 an article called "21 Hours

23      with Alan Dershowitz."

24                  THE WITNESS:  Yup.

25                  MS. BOLGER:  By Tom Chiarella?
```

```
 1                    A. DERSHOWITZ

 2                THE WITNESS:  I know the

 3          article, yeah.

 4                MS. BOLGER:  Written on

 5          January 29th, 2020.  It was actually

 6          published before you were on the floor

 7          of the Senate.

 8          (Whereupon, "21 Hours  with,"  article  by  Tom

 9   Chiarella, Esquire, January  29,  2020,  was  marked

10   as  Exhibit  39   for    identification,   as   of

11   September 13th, 2022.)

12   BY MS. BOLGER:

13                Q.   My first question,

14          Mr. Dershowitz, is how did this come to

15          pass?

16                A.   Hell called me.

17                Q.   Had you interacted with

18          Mr. Chiarella --

19          (Simultaneous speaking.)

20                A.   No.

21                Q.   -- beforehand?

22                A.   No.  Never heard of him.

23                Q.   Okay.

24                     What made you decide to do

25          the article?
```

```
 1                  A. DERSHOWITZ
 2          A.    Well, he said it was a
 3     historical event and that it would be
 4     good to document the historic event for
 5     posterity.  I also -- A lot of people
 6     believed, at the time, that I was
 7     working closely with the Trump defense
 8     team, and that I was part of their
 9     factual strategy, et cetera.
10               And I wanted to make clear
11     that that wasn't the case, that
12     everything I did, I did alone.  I never
13     showed my speech to the President or to
14     the President's lawyers until it was
15     delivered.
16               And I thought it was
17     important for the people who are
18     interested to know that I did all my
19     own research.  You questioned me before
20     about whether I really read the
21     Federalist Papers or really read --
22          Q.    I didn't say that?
23          A.    -- arguments.  He saw me
24     doing it.  I mean, he was there when I
25     had the dusty books.  He saw me blow
```

```
1                    A. DERSHOWITZ
2       off the dust of the books and go -- and
3       look at each of them, and do all my own
4       work by hand.
5                    I'm very proud of the way I
6       work.  I don't generally use extensive
7       research assistance.  I write
8       everything by hand.  And every word of
9       my presentation was written by me.  And
10      I'm just proud of that.  And I saw no
11      reason not to --
12                   I told him the rules.  They
13      couldn't be -- I couldn't -- He
14      couldn't be there when there were any
15      lawyer-client communications, which
16      turned out, there were none.  That I
17      was just on my own.
18           Q.    Okay.
19                   Did you agree with him that
20      it was a historic event, that you were
21      speaking on the floor of the Senate?
22           A.    Yes.
23           Q.    I'm sorry?
24           A.    Yes.
25           Q.    Okay.
```

```
  1                    A. DERSHOWITZ
  2              MS. BOLGER:  Do you all mind?
  3       I just need to take a one-minute break.
  4                    THE VIDEOGRAPHER:  Going off
  5       the record the time is 3:20.
  6       (Whereupon, a short recess was taken.)
  7                    THE VIDEOGRAPHER:  We are back
  8       on the record.  The time is 3:28.
  9  BY MS. BOLGER:
 10              Q.    I want to just ask you two
 11       things about this article.
 12              A.    Which article are we on
 13       now?  The 24 hours.
 14              Q.    Yeah.  The 21 -- the
 15       24 Hours, yeah.
 16              A.    Yeah.
 17              Q.    By the way, were you happy
 18       with the way this article came out?
 19              A.    I don't remember.
 20              Q.    Okay.
 21                    On page seven, you'll see
 22       the --
 23              A.    I don't see the -- Tell me
 24       what time it is, date and time.
 25              Q.    7:14 p.m.  The page --
```

```
 1                      A. DERSHOWITZ

 2            A.    I got it.

 3            Q.    Number's on the bottom

 4       right corner.

 5            A.    "He climbs into a limo."

 6            Q.    If you go there's a -- The

 7       pull quote there is "In the O.J. case,

 8       people disagreed with what I did.

 9       Here, people disagree with who I am."

10            A.    Okay.  Where is that?

11            Q.    It's the pull quote, but we

12       don't have do that.  We can do --

13            A.    Yeah.

14            Q.    Okay.

15                  So below the pull quote, it

16       says:

17                  "'No question,' he says.

18       'My life was a lot happier before I did

19       this than now.  I had a lot more

20       friends.  I got a lot of grief during

21       the O.J. case.  I defended that guy for

22       murder, but it was nothing like this.

23       This is much worse.'  Is Trump held in

24       lower esteem than O.J. was?

25                  "Dershowitz shrugs.  'In
```

```
 1                    A. DERSHOWITZ

 2         the O.J. case, people disagreed with

 3         what I did,' he said.  'Here, people

 4         disagree with who I am.'"

 5                    Do you see that?

 6              A.    Yes.

 7              Q.    And do you think that's

 8         true?

 9              A.    Yeah.

10              Q.    And that was true when you

11         said that to him?

12              A.    It was true people now

13         disagree even more with what I am.

14         After being compared to Hitler, et

15         cetera.

16              Q.    On Page 29 of the -- the

17         numbers are in the bottom-right corner?

18              A.    835, I see.

19              Q.    Twenty-nine out of 35

20         pages.

21                    MS. BOLGER:  Do you have the

22         numbers?

23                    MR. SCHWEIKERT:  Yeah.

24                    MS. BOLGER:  Don't you have

25         numbers on the bottom right?
```

```
1                    A. DERSHOWITZ

2              THE WITNESS:  Yeah.  I see

3        935.

4              MS. BOLGER:  No, no.  I'm

5        asking you to go to Page 29 of 35.

6              THE WITNESS:  I don't know

7        what that is.

8              MR. SCHWEIKERT:  Down there in

9        the tiny, little corner.

10             THE WITNESS:  What page you

11       want me to go to?

12             MR. SCHWEIKERT:  Twenty-nine.

13             MS. BOLGER:  Twenty-nine,

14       please.

15             THE WITNESS:  Oh, i didn't

16       realize it went up that high.  Okay, I

17       got you.

18             MS. BOLGER:

19        Q.    The pull quote, which is

20       actually in the piece right above it,

21       "I have nobody.  No, I don't try to

22       foster a following."

23                 Do you see that?

24        A.    Yes, that's true.

25        Q.    Okay.
```

```
 1                      A. DERSHOWITZ

 2                      Did you say that's true?

 3            A.    Mh-hm.

 4            Q.    What did you mean, "I don't

 5       try to foster a following"?

 6            A.    I'm not out there for the

 7       popularity.  I'm not -- I don't think

 8       about whether people will agree with me

 9       or disagree with me.  I try to do what

10       the right thing is.  I very much care

11       about my principles.

12            Q.    Now, we talked a little

13       earlier about Mike Pompeo.

14            A.    Mh-hm.

15            Q.    And the incident in which

16       you patted him on the back during the

17       press conference --

18            A.    No, no.  It wasn't a press

19       conference?

20            Q.    Sorry.  Announcement of the

21       peace plan.

22            A.    It was an event in the

23       White House.  I was actually invited to

24       the event by -- jointly by the Israeli

25       Government and the U.S. Government.  I
```

```
 1                 A. DERSHOWITZ

 2       think it was the Israeli Government who

 3       actually extended the invitation, I'm

 4       not sure.

 5               It had something to do with

 6       peace in the Middle East, but I can't

 7       remember right now if it was the

 8       Abraham Accords or the recognition, I

 9       don't remember.  It had something to do

10       with Israel.

11            Q.    Yes.

12               And you and I disagree.

13       Let's put it that way, on what you did,

14       in terms of patting Mike Pompeo on the

15       back, right?

16            A.    Well, it's a silly to

17       disagree; there's a videotape.

18            Q.    Right.

19               We don't have to agree

20       then?

21            A.    We don't have to agree.

22            Q.    Right.

23               There was a lot of -- You

24       received a lot of emails related to

25       that incident as well; didn't you?
```

```
                        A. DERSHOWITZ
 1
 2           A.    No.  I received a lot of
 3      emails related to CNN's coverage of
 4      that incident.  Nobody would have
 5      noticed it.  It was not something that
 6      was in any way newsworthy.  Except CNN,
 7      in its effort to discredit me -- which
 8      continued on -- decided to focus on
 9      that, and to kind of "gotcha" me in my
10      interview with Toobin.
11           Q.    You don't think it's
12      newsworthy that the President of the
13      United States was goading the Secretary
14      of State on to make fun of reporters?
15      You don't think that was newsworthy?
16           A.    That was newsworthy.  What
17      wasn't newsworthy is me patting my
18      former student on the back and telling
19      him:  You'll be remembered for your
20      role in the peace process.  That wasn't
21      newsworthy, that was "gotcha."
22           Q.    Is it your testimony that
23      the only reason anybody reported on
24      that really outrageous moment by the
25      President of the United States --
```

```
                        A. DERSHOWITZ

1

2            A.    No --

3            Q.    As a -- Someone who is

4      relating -- As a free speech advocate,

5      that the only reason they reported on

6      that was because of you?

7            A.    No, of course not.

8              MR. SCHWEIKERT:  Form.

9              THE WITNESS:

10           A.    No, no.  Let me finish.

11     They should have focused on what the

12     President said.  But the idea of

13     focusing on the pat on the back, which

14     they showed independently over and over

15     again, was a "gotcha."

16           Q.    The reason that story was

17     in the news was because of the

18     President of the United States goaded

19     the Secretary of State into mocking and

20     barring an NPR reporter, who happens to

21     be a young woman, from his air plane,

22     right?

23           A.    No, that's not true.  The

24     reason the story was in the news was

25     the President -- and what he did was
```

```
 1                    A. DERSHOWITZ

 2         outrageous, and I think, to this day it

 3         was outrageous.

 4                    The fact that CNN replayed

 5         the part of me patting him on the back

 6         over and over again, had to do much

 7         more with "gotcha" of me than the

 8         president.

 9                    MS. BOLGER:  Going to mark

10         as --

11                    It seems to me that the

12         newsworthiness of that moment was not

13         defined by you, Mr. Dershowitz, but I

14         suppose we could disagree.

15                    THE WITNESS:  Mh-hm.

16                    MS. BOLGER:  We're going to

17         mark this as Exhibit 40.

18                    THE WITNESS:  I think both.

19         It was defined by both.  The much more

20         newsworthy item was the President, but

21         then CNN chose to elevate the status of

22         the pat on the back in order to

23         "getcha" -- in order to have a "gotcha"

24         moment.

25
```

```
 1                    A. DERSHOWITZ

 2        (Whereupon,  Dershowitz  Emails  re   Pat    on

 3   Pompeo's  Back  was  marked  as  Exhibit   40    for

 4   identification, as of September 13th, 2022.)

 5                    MS. BOLGER:  And I'm going to

 6             just mark as Exhibit 40 a series of

 7             emails that were produced in this

 8             litigation related to coverage of the

 9             pat on the back.

10                    Q.   Okay.  This is as I said, a

11             group of emails that were received --

12             produced in the litigation from you,

13             and I just wanted to mark them for the

14             record, so we don't actually have to

15             talk about them.  We could just put

16             them to the side.

17                    Okay.

18                    Then on January 29th,

19        Mr. Dershowitz?

20                    A.   Wait a minute.  I'm looking

21        at -- I'm looking at this.

22                    Q.   On January 29th -- You can

23        put it aside, Mr. Dershowitz?

24                    A.   Oh.

25                    Q.   On January 29th, you
```

```
 1                    A. DERSHOWITZ
 2     returned to the floor of the Senate to
 3     answer questions, correct?
 4            A.    Am I not looking at this
 5     anymore?
 6            Q.    No.  You can put it aside.
 7            A.    Yeah.
 8            Q.    On January 29th, you
 9     returned to the floor of the Senate to
10     answer questions, right?
11            A.    Yeah.
12            Q.    Now, originally that was
13     not part of your agreement.  As I
14     understand it, you were just supposed
15     to give the speech on the first day; is
16     that correct?
17            A.    Then -- Then I was told
18     by -- by Pat Cipollone and by -- by Jay
19     Sekulow that I was obliged to come
20     back.  I didn't want to.  They both
21     said I was obliged, and it was part of
22     my duty, having presented, that there
23     were many questions, and that it would
24     not be fair to my client, or fair to
25     the Senate for me to appear to be
```

```
 1                    A. DERSHOWITZ
 2        avoiding questions.  So I very
 3        reluctantly came back to answer
 4        questions.
 5                    I wish I hadn't, and I wish
 6        my wife had successfully persuaded me
 7        not to.  She didn't want me to.  My son
 8        went home.  He didn't wait for that.
 9             Q.    How could Pat Cipollone or
10        Jay Sekulow explain your obligations to
11        you?
12             A.    Well, when you make a
13        presentation, Senators have questions
14        about your presentation.  They argued,
15        it was obligatory on me.  I could tell
16        you who conveyed the message to me.
17        First, they talked to me, but then I
18        said, no.  And then Mitch Weber, who
19        was part of the legal counsel's office
20        called me and said, "Alan, you just
21        have no choice.  You go to do this.
22        You go to do this."
23             Q.    Why did you have no choice?
24             A.    Because it was felt that it
25        was part of my responsibility to answer
```

```
 1                    A. DERSHOWITZ

 2        questions about what I had said.

 3               Q.    But that's not the purpose

 4        of the questions on the floor of the

 5        Senate.  They're not about what you

 6        said.

 7               A.    Yes, they are.  The first

 8        question was exactly about what I said.

 9        The first --

10               In my talk on the 27th, I

11        had gone into detail about quid pro quo

12        argument.  And the question was:  Can a

13        quid pro quo in foreign policy ever be

14        a basis for impeachment? -- something

15        like that.

16               But I felt that -- I think

17        all the questions that were asked of

18        me -- were based, at least as I

19        remember, they were based on what I had

20        said.

21               Q.    You said it wouldn't be

22        fair to your client when you --

23               A.    I said.

24               Q.    You said that when

25        Mr. Cipollone and Sekulow told you that
```

```
 1                   A. DERSHOWITZ
 2        you were somehow obligated to return.
 3              A.    That's right.
 4              Q.    It was because it wouldn't
 5        be fair to your client.
 6              A.    And to the Senate.
 7              Q.    Your client, in that
 8        sentence, was the former president,
 9        right?
10              A.    That's what they said, yes,
11        yeah.
12              Q.    Well, wasn't he?
13              A.    Yes.  I mean, for purposes
14        of this -- that discussion, he was.
15        Look, because of my wife, I tried very
16        hard to make this a more abstract
17        presentation on behalf of the
18        Constitution.  But as my wife said to
19        me from the beginning, "That's not
20        going to work.  You're going to be his
21        lawyer."
22                   And -- But it was very
23        clear.  I did not participate in
24        tactical discussions.  I did not
25        participate in factual discussions.  My
```

```
 1                    A. DERSHOWITZ

 2         role was extremely limited, not only to

 3         not present -- not only to present

 4         Constitutional arguments, but one

 5         aspect of the Constitutional arguments.

 6         That's all I spoke about:  Was the

 7         criteria for impeachment, period.

 8              Q.    You were nonetheless

 9         advocating, correct?

10              A.    I was against his

11         impeachment, as I would have been

12         against the impeachment of Hillary

13         Clinton had she been charged with the

14         same conduct, yes.

15              Q.    Right.

16                    So you were advocating that

17         he not be impeached.

18              A.    He was impeached.

19              Q.    Sorry, you were advocating

20         that he not be found guilty?

21              A.    That he not be removed.

22         But I was not advocating that he could

23         not have been impeached.  In fact, I

24         stated publicly:  If the House had been

25         smart, they would have charged him with
```

```
1                    A. DERSHOWITZ

2        extortion or bribery.  And then I

3        wouldn't have been in the case if they

4        had done that.

5                    But apparently -- I don't

6        know why they didn't do it.  I could

7        tell you why they didn't do it.  They

8        were advised by Larry Tribe, and Larry

9        is not a good lawyer.  And he doesn't

10       give good advice, and Pelosi was

11       advised by Tribe.

12                   Why they didn't go after

13       him for extortion and bribery, I'll

14       never know.  Had they done that -- and

15       my view, by the way, is they had broad

16       discretion in defining what constitutes

17       treason, bribery, or other high crimes

18       misdemeanors.  They just can't ignore

19       it.  And so had they charged him with

20       extorting the President of the Ukraine

21       and seeking a bribe from the President

22       of Ukraine, I wouldn't have been there

23       on the floor of the Senate.  That was

24       not my role.  I didn't know the facts.

25       I never familiarized myself.
```

```
 1                    A. DERSHOWITZ
 2                    When I'm a lawyer, I know
 3          more about what I'm arguing than
 4          anybody in that room, whether it be a
 5          judge, a juror, the prosecution, or
 6          anybody else.  I pride myself in having
 7          done -- I don't know 300 cases.  I
 8          never been asked a question about the
 9          record or anything about the record I
10          didn't know the answer to.
11                    So I would never want to
12          answer -- and I didn't answer any
13          questions -- about the facts of the
14          case.  It was all about the Motion to
15          Dismiss, the fact that there was not
16          proper Constitutional criteria alleged
17          by the House.  There could have been,
18          but they decided not to.
19               Q.   Did you know what Senator
20          Cruz was going to ask before he asked
21          it?
22               A.   No.
23               Q.   How come you answered that
24          question?
25               A.   I was assigned to answer it
```

```
                       A. DERSHOWITZ

 1

 2      by Pat Cipollone, but the question was

 3      clearly directed to me.

 4           Q.    How did you come to be that

 5      you were assigned?  You were pointed

 6      to?  Or how did that work?

 7           A.    They said, Here, get up and

 8      take that.  It's to you.  It's your

 9      question.

10                 Because I had spoken about

11      quid pro quo.

12           Q.    How long before the

13      question was asked did you have to

14      answer it?

15           A.    I don't understand the

16      question.

17           Q.    Did you have the question

18      before --

19           A.    No.

20           Q.    -- you were asked it by --

21      Before you were asked it by the Chief

22      Justice?

23           A.    No.  The first time I ever

24      heard it was when the Chief Justice

25      said it.
```

```
 1                      A. DERSHOWITZ

 2           Q.    Okay.

 3                 So you were an advocate on

 4      the floor of the Senate responding to a

 5      question, right?

 6           A.    I was a Constitutional

 7      scholar, who had been asked to present

 8      the Constitutional argument.  I

 9      presented the argument, and then I was

10      asked a series of questions about it.

11      This was the first one.

12           Q.    The question wasn't about

13      your argument.  The question was not --

14      Didn't say, Hey, Mr. Dershowitz, can

15      you clarify something you said two days

16      earlier, right?

17           A.    Everybody knew that it was

18      about what I said two days earlier was.

19           Q.    Who knew that?

20           A.    Hm?

21           Q.    Who knew that?

22           A.    All the lawyers on our

23      table, and probably all the lawyers on

24      the other side.  Because I had focused

25      on the quid pro quo argument.  I had
```

```
 1                    A. DERSHOWITZ

 2        given examples quid pro quo.  I had

 3        talked about -- I mean --

 4             Q.    The whole impeachment was

 5        about a quid pro quo, Mr. Dershowitz.

 6             A.    No, it no wasn't.

 7             Q.    So you weren't the only

 8        person who talked about quid pro quo.

 9             A.    I was the one who talked

10        primarily about quid pro quo and about

11        the criteria for impeachment, and the

12        question focused on that.  I didn't

13        volunteer.

14             Q.    Are you balking at saying

15        that you were an advocate?  You were

16        clearly an advocate?

17             A.    I was advocate not for --

18                   I was advocate against the

19        use of unconstitutional criteria for

20        impeachment.  The person who was the

21        subject of that unconstitutional

22        impeachment was Donald Trump.  I would

23        have made exactly the same argument had

24        the subject of the impeachment been a

25        Democrat.  I would have preferred to
```

```
1                 A. DERSHOWITZ
2        make that argument for a Democrat.  I
3        am a Democrat.
4              Q.   I don't want Democrats to
5        get impeached.  That's a strange --
6        That was a strange answer.
7        (Simultaneous speaking.)
8              A.   Impeached -- I'm saying if
9        president who is a Democrat had been
10       impeached, I would have preferred to
11       make that argument on behalf -- In
12       fact, one of the reasons that I became
13       interested in impeachment was because
14       somebody I regarded as a friend, and
15       somebody who I strongly supported,
16       Hillary Clinton, was being threatened
17       with impeachment.  And I decided to try
18       to do research and write a book on The
19       Case Against Impeaching Hillary
20       Clinton.  I would have made exactly the
21       same argument.
22             Q.   The speech you gave --
23                  The answer you gave on the
24       floor of the Senate January 29th in
25       response to Ted Cruz's question wasn't
```

```
 1              A. DERSHOWITZ
 2      the same type of speech you would give
 3      in a classroom, right?  It was an
 4      advocacy piece.
 5              A.    No.  I would say it was
 6      pretty much what I would argue in a --
 7      in a classroom.  In a classroom, I
 8      might take the devil's advocate
 9      position.  But I would -- I mean, the
10      way I teach -- my Socratic technique --
11      was to take adversarial positions one
12      side or the other, sometimes switch
13      adversarial positions.
14                  I could have argued the
15      other side of this.  I don't think I
16      would have made a particularly
17      effective argument on the other side
18      because I don't think there is a
19      particularly effective argument on the
20      other side.
21                  I think there's a very
22      strong argument that Trump could have
23      been impeached for Bribery, and
24      Extortion.  I do think that was a
25      strong argument.  I don't think that
```

```
 1                    A. DERSHOWITZ
 2        that was a strong argument that a
 3        president can be impeached for Abuse of
 4        Power and Obstruction of Congress.  I
 5        don't think that's a strong.  I could
 6        have made an argument, but I think it
 7        would have been a losing argument.
 8             Q.   What was your answer to
 9        senator Cruz's question?
10             A.   Basically to repeat what I
11        had said on the floor of the Senate
12        two days earlier.
13             Q.   Can you tell me what that
14        is?
15             A.   Sure.  In essence, my
16        argument was this:  Quid pro quos occur
17        every day.  I just came from the White
18        House where announcements were made
19        about peace.  If the president had said
20        to the Israelis:  Look, I'm going to
21        give you a $1 billion in aide, but you
22        have to stop the settlements.  That
23        would be a quid pro quo.  Or if he said
24        to the Palestinians, I'm going to give
25        you aide, but you have to stop
```

```
1                    A. DERSHOWITZ
2          pay-for-slay policy.  That would have
3          been quid pro quo.  Nobody would argue
4          that that was an impeachable offense.
5                    For it to be an impeachable
6          offense, it has to be unlawful.  And
7          for it to be unlawful, something has to
8          be illegal.  The quid, the quo -- I
9          forget which word I used -- but one of
10         them has to be illegal.  I used the
11         word unlawful and illegal, I think
12         three times all together.
13                   And then I gave the Lincoln
14         example again, the same example I'd
15         given on floor of the Senate.
16                   I talked about mixed
17         motives, and thrust of my argument is
18         this:  If the president does something
19         entirely lawful and legal, he cannot be
20         impeached.  If he has mixed motives,
21         one of which is to get reelected
22         because he believed that his reelection
23         was in the public interest.
24                   Best example:  Abraham
25         Lincoln, sending the troops home,
```

```
 1                    A. DERSHOWITZ

 2          putting other troops in harm's way --

 3          In order to make sure that the troops

 4          voted Republican in the Indiana

 5          election.

 6                    And I said:  To analyze the

 7          president's motives,

 8          President Lincoln's motives, would

 9          require a psychoanalyst.  Obviously, he

10          thought it was in the best interest of

11          the United States for Indiana to stay

12          in the Union and remain Republican.

13          But obviously, he also thought that

14          would help his party and himself.  And

15          as I said -- I don't remember if I said

16          it the first time or the second time --

17          if we weren't concerned with that, why

18          would president have press relations?

19          Why would they have political

20          consultants?  All they would have to do

21          is think what's in the best interest of

22          the country.

23                    So the basic thesis was

24          that:  If a president engages in a

25          lawful constitutionally-authorized quid
```

```
 1                    A. DERSHOWITZ

 2        pro quo, the fact that he had mixed

 3        motives does not turn an innocent act

 4        into an impeachable act if it was a

 5        guilty act, then motive doesn't matter.

 6                    In fact, the thrust of my

 7        argument is that motive isn't

 8        important.  Either the act is legal or

 9        illegal.  If it's illegal and it's a

10        high crime and misdemeanor, he should

11        be impeached.  If it was legal and

12        didn't partake of criminal conduct at

13        all, he should not be impeached.  And

14        the mere fact that he may have had

15        mixed motives, one of which is his own

16        political acceptance, is fine.

17                    I said, if the motive,

18        however, is financial -- I gave and

19        example, a hypothetical that bore no

20        relation to President Trump.  What if

21        an abstract president went to an

22        abstract country and said, Build a

23        hotel with my name on it? -- obviously,

24        it related to Trump -- and we'll give

25        you aide.  That would be -- That would
```

```
 1                    A. DERSHOWITZ
 2        be a cons -- That would be impeachable.
 3                    In fact, I was asked by
 4        some of the people:  Why don't I
 5        mention Biden?  Was Biden's a quid pro
 6        quo?  His giving money to Ukraine on
 7        the condition that they fire an
 8        investigator, and I refused to do that
 9        because I didn't want to get into
10        politics.  I didn't want to give
11        examples that would become political
12        fodder.  I wanted to stick to the
13        abstract issue of whether or not a quid
14        pro quo that was legal, lawful,
15        non-corrupt, could be a ground for
16        impeachment, if nothing illegal
17        happened.
18                    I was shocked, beyond
19        belief, then to hear on CNN that what I
20        said was that a president could commit
21        any unlawful act, as long as he thinks
22        it's in the national interest of his
23        being elected.  I knew for 100 percent
24        certainty that everybody who said that
25        knew it was a lie.  They said it
```

```
 1                    A. DERSHOWITZ
 2        deliberately.  They said it willfully
 3        in order to further discredit me, and
 4        they said it only because it was
 5        involving Trump.  They would never have
 6        said that if the same argument were
 7        made on behalf of Hillary Clinton.
 8        There was malice abounding in what they
 9        said.
10             Q.    In the Lincoln
11        hypothetical --
12             A.    What?  Yeah.
13             Q.    In the Lincoln
14        hypothetical --
15             A.    It wasn't a hypothetical.
16        It was a real case.
17             Q.    I think it's a little -- We
18        don't have to talk about Lincoln.
19                  What was the quid?  And
20        what was the quo?  Because I take your
21        point about the President exercising
22        his power as a way to get reelected in
23        that instance.  So I'll -- Let's agree
24        that --
25             A.    Yeah.
```

```
 1                    A. DERSHOWITZ
 2          Q.    But just out of curiosity,
 3      why was --
 4                  How is that a quid pro quo?
 5      What was the quid?  And what was the
 6      quo?
 7          A.    The Lincoln example was not
 8      part of the quid pro quo answer, it was
 9      part of the mixed motive answer.
10                  There were two points that
11      I was making:
12                  One about quid pro quo, it
13      has to be illegal.
14                  The other was mixed motives
15      can't turn a legal act into something
16      illegal.
17                  The mixed motives there
18      were, Lincoln benefiting politically
19      and his party benefiting politically by
20      the president's legal act -- maybe
21      wrong act, maybe immoral act, of
22      putting soldiers who didn't come from
23      Indiana in harm's way.  That's for
24      people to vote on.  So --
25          Q.    So you're saying it wasn't.
```

```
 1                  A. DERSHOWITZ
 2        You agree with me the Lincoln example
 3        was not a quid pro quo?
 4              A.    It was -- My -- My argument
 5        was divided into two; they were
 6        related.
 7                   One was pure quid pro quo,
 8        and there I said, a quid pro quo can't
 9        be illegal.  If it's -- unless it has
10        unlawful, corrupt, et cetera --
11        motives.
12                   Then I said motives.  Now,
13        let's get to part two.  What are
14        motives?  Then I talked about mixed
15        motives.  And Lincoln was the example
16        of mixed motives related to quid pro
17        quo.
18              Q.    But it wasn't a quid pro
19        quo?
20              A.    It wasn't a quid pro quo,
21        but it was related to quid pro quo.  It
22        was part of the argument about mixed
23        motives and quid pro quo.
24                   MS. BOLGER:  I'm going to ask
25        the court reporter to mark Exhibit 41,
```

```
 1                      A. DERSHOWITZ
 2         your book, Defending the Constitution.
 3                 THE WITNESS:  Wow, you're
 4         selling well these days.  Got all my
 5         books here, thank you.
 6         (Whereupon,  Defending  the  Constitution,  by
 7  Alan  Dershowitz  was  marked  as  Exhibit  41  for
 8  identification, as of September 13th, 2022.)
 9                 THE WITNESS:  Is this the
10         actual book or the galleys.
11                 MS. BOLGER:  Your galleys, as
12         you sent them.
13                 THE WITNESS:  Galleys again.
14                 MS. BOLGER:  I actually have
15         the book, in case you're wondering
16         about your royalties.
17                 THE WITNESS:  I'm sure it's
18         accurate.
19                 MS. BOLGER:
20         Q.    And I'm going to ask you --
21         The answer to Senator Cruz's question
22         is at Page 106.
23         A.    Yeah.  Got it.
24         Q.    But I wanted to ask you --
25         If you take a look at the bottom of
```

A. DERSHOWITZ

1

2      Page 107 --

3          A.    107, yeah.

4          Q.    "The only thing that would

5      make a quid pro quo unlawful is if the

6      quo were in some way illegal."

7                Do you see that?

8          A.    Yeah.

9          Q.    I will tell you that you

10     added the italics from the

11     Congressional Record.  They're not

12     there, but that's fine.

13                Is that the sentence that

14     you suggest somehow renders CNN's

15     understanding incorrect?

16         A.    Not alone.  Many, many,

17     many things were branded incorrect.

18     Reading the whole thing in context, let

19     me quote for you from your own

20     witness's deposition.  I forget which

21     witness it was, maybe you can remind

22     me.

23                There was a witness -- over

24     and over again, who said, "You have to

25     read it in context.  You have to read

```
1                    A. DERSHOWITZ
2         it in context.  You can't isolate one
3         sentence.  You can't isolate one word.
4         You have to read the whole thing in
5         context."
6                      I was applauding when he
7         said that in deposition because, of
8         course, that's my point.  When your
9         read the whole answer in context, when
10        you read these words unlawful, illegal
11        corrupt, corrupt motive -- When you see
12        the whole thing obviously, what CNN did
13        was turned it into exactly the opposite
14        of what I said.
15                      And when you see that what
16        I said here was exactly the same as
17        what I said on the floor of the Senate
18        two days earlier.
19             Q.   Can I ask you another
20        question about that sentence that's
21        bothered me?
22                      "The only thing that would
23        make a quid pro quo unlawful is if the
24        quo were in some way illegal."
25                      Do you see that?
```

```
                        A. DERSHOWITZ
 1
 2              A.    Yup.
 3              Q.    Are you saying if the quid
 4      were illegal it wouldn't make the quid
 5      pro quo unlawful?
 6              A.    It would.  It would. I -- I
 7      thought I had said if the quid or the
 8      quo, but I guess either I slipped up or
 9      reporter slipped up.  I thought I said
10      quid or quo.  That's what I meant.
11              Q.    I've seen the video.  You
12      didn't say it.
13              A.    Hm?
14              Q.    I've seen the video.  You
15      didn't say it.
16              A.    I didn't say it.  It's what
17      I meant.  I don't even know the
18      difference between quid and quo.
19      They're both Latin words; I don't know
20      which is which, but I meant one of them
21      has to be unlawful, obviously.
22              Q.    And then we talk about a
23      corrupt motive.  And this is on
24      Page 112 --
25              A.    Yeah.
```

```
 1                    A. DERSHOWITZ
 2          Q.    -- but you know it, I'm
 3     sure, better than I do.
 4          A.    Yeah.
 5          Q.    You refer to a corrupt
 6     motive -- has to not involve personal
 7     pecuniary interest?
 8          A.    Well, wait a second.  Has
 9     to involve --
10          Q.    Has to not involve?
11          A.    No.  I missed your
12     question.  I think --
13          Q.    Right.
14                You say that "A corrupt
15     motive has to involve a personal
16     pecuniary interest."
17          A.    No.  That's an example of a
18     corrupt motive.  There are many others
19     that could be corrupt motives as well.
20          Q.    Well, read the sentence,
21     actually, because that -- that is sort
22     of my question.
23          A.    Yeah.  The whole sentence?
24          Q.    No.  So if you start on the
25     bottom of Page 11.
```

```
                        A. DERSHOWITZ
 1
 2              A.    Mh-hm.
 3              Q.    "For it to be impeachable,
 4        you would have to discern that he or
 5        she --"
 6              A.    Wait.  Let me find that.
 7              Q.    Bottom of the page, 111.
 8              A.    Yeah.
 9              Q.    "But for it to be
10        impeachable you would have to discern
11        that he or she made a decision based
12        solely --"  Sorry, I'll do that again.
13                    "But for it to be
14        impeachable, you would have to discern
15        that he or she made a decision solely
16        on the basis of -- as the House
17        managers put it -- corrupt motives.
18        And it cannot be a corrupt motive if
19        you have a mixed motive that partially
20        involves the national interest,
21        partially involves electoral, and does
22        not involve personal pecuniary
23        interest."
24              A.    Right.
25              Q.    So you're saying, for
```

```
 1                    A. DERSHOWITZ
 2         something not to be corrupt --
 3                   MS. BOLGER:  I'm sorry, it's
 4         an awkward question.
 5                   Q.   A corrupt motive has to
 6         involve a personal pecuniary interest?
 7                   A.   No.  I didn't say that.  It
 8         has to involve one motive that is
 9         unlawful or illegal.  A good example of
10         that is anything involving a personal
11         pecuniary interest.  I have previously
12         given an example -- or maybe
13         subsequently, yeah -- I then gave -- I
14         made it clear.
15                        The House managers, as now
16         alleged in this decision quid pro quo,
17         as they call it.  Question is based on
18         a hypothesis it was good for --
19                        They never alleged it was
20         based on pure financial reasons.  It
21         would be a much harder case.
22                   Q.   Right.  Pure financial
23         reasons are the same as pecuniary
24         reasons?
25                   A.   Yes.  But I'm not
```

```
1                    A. DERSHOWITZ
2        suggesting that's the only -- This is
3        purely corrupt, purely private
4        interest.  I'm a giving a paradigm.
5        That's a paradigm case, if it's purely
6        financial --
7               Q.   Well, it's the only case
8        you give, right?  And you give three
9        times.
10              A.   That's the only one that --
11       that was involved in this case.
12              Q.   That's the only case you
13       give.
14              A.   That's the only one that's
15       involved.
16              Q.   But you don't -- Your
17       answer doesn't contemplate a president
18       taking -- Sorry, paying a bribe?
19              A.   Well, of course it does.  I
20       mean, it's implicit.
21              Q.   How?  Where does it --
22              A.   I mean, it's absurd to say
23       if a president -- If a president would
24       be impeachable for bribery, that it
25       would not include giving a bribe.
```

```
 1                    A. DERSHOWITZ
 2       That's the most absurd --
 3             Q.    That's not what you said.
 4             A.    It's so self-evident, I
 5       don't have to go --
 6                   Remember, this is --
 7                   This is an answer to a
 8       question that is given spontaneously.
 9       It is not written out.  Obviously,
10       every single word of it can't be parsed
11       together.
12                   What I'm saying is that --
13       The thrust of the answer clearly is
14       that:  If it's not illegal, not
15       unlawful, and it doesn't have a corrupt
16       motive -- the corrupt motive I focused
17       was purely -- was -- was a personal --
18             Q.    It's the only motive you
19       mentioned.
20             A.    I didn't say personal; I
21       didn't say purely --
22                   And does not involve
23       personal pecuniary interest, That's
24       what we're talking about.
25                   Obviously, if a quid pro
```

1                       A. DERSHOWITZ

2          quo -- and I don't -- I can't think of

3          anything offhand.  But if a quid pro

4          quo involved something unlawful or

5          corrupt that was not purely pecuniary,

6          I'd have to consider every case on the

7          merits.

8                       What I said:  There are

9          easy cases, and there are hard cases.

10         I was giving the extremes.  The easy

11         case is a president wants to withhold

12         the funds unless a hotel.  That is an

13         easy case.  That is purely corrupt and

14         in the purely private interest.

15                       Then I gave the hard case.

16         They never alleged it was based on pure

17         financial reasons.  That would be a

18         much harder case.

19                       I'm not saying these are

20         the exclusive.  If I were writing an

21         article, I'd obviously have a footnote

22         going into every one of the possible

23         elements of a quid pro quo that would

24         be make it criminal.

25                       The point is that no honest

```
 1                    A. DERSHOWITZ
 2      person can read this answer and say
 3      that I said a president can commit any
 4      crime, not be impeached.  Nobody can
 5      read it that way.
 6              Q.    Can I ask you a question
 7      that I've never understood?  This is my
 8      last question about your answer.
 9              A.    Okay.
10              Q.    My big question was Lincoln
11      because I've never understood why there
12      was a quid pro quo, and I'm so glad
13      you've agreed with me that it wasn't.
14              A.    Okay.
15              Q.    But on Page 107, you say,
16      "The only thing that would make a quid
17      pro quo unlawful is if the quo were in
18      some way illegal."
19                    Isn't that a tautology?
20              A.    No, it's not.
21              Q.    Why not?
22              A.    You could have a quid pro
23      quo, which is perfectly legal.  If you
24      want it to be an unlawful, there has to
25      be something illegal about it.  It's
```

```
 1              A. DERSHOWITZ
 2       not a tautology.
 3              Q.   Unlawful and illegal are
 4       the same thing.
 5              A.   It doesn't matter.  What it
 6       is, is a statement that a quid pro quo,
 7       by itself, and it's obviously in
 8       context of what I said previously about
 9       the Palestinians and Israelis.
10              A quid pro -- The question
11       is:  As a matter of law, does it matter
12       if there was a quid pro quo?
13              The answer is:  Only if
14       there's something illegal or unlawful
15       about it.
16              I could have left out
17       either of those things that:  The only
18       thing that would make a quid pro quo --
19       I could say, the only thing that would
20       make a quid pro quo impeachable is that
21       if it was in some way illegal or
22       unlawful it's some way impeachable.  I
23       use the word twice for emphasis, but
24       it's not a tautology.
25              Q.   I actually think you meant
```

```
 1                    A. DERSHOWITZ
 2        that to say:  The only thing that would
 3        make a quid pro quo impeachable is if
 4        it were illegal.  I think you misspoke.
 5             A.    No, I didn't misspeak.
 6        I -- I used the word unlawful twice.  I
 7        used the word illegal once.  And CNN
 8        deliberately and willfully took it out.
 9        Let's remember one thing --
10             Q.    What's the difference
11        between unlawful and illegal -- when
12        you use those words?
13             A.    Well, there are
14        differences.  Something could be
15        unconstitutional but not illegal.  For
16        example, emoluments -- taking
17        emoluments is unconstitutional, but
18        there's nothing illegal about it.  That
19        is, there's no statute prohibiting it.
20                  So, there can be things --
21        The removal of the Secretary by
22        President Johnson was unlawful because
23        he did it without the consent of the
24        Senate when the Senate passed a statute
25        saying that --
```

```
 1                    A. DERSHOWITZ
 2          Q.    President Trump's
 3     withholding of funds to Ukraine was
 4     unlawful; wasn't it?
 5          A.    So they should have charged
 6     him with that.  So they should have
 7     charged him with that.
 8          Q.    But it was unlawful,
 9     Mr. Dershowitz.
10          A.    It doesn't matter.  I
11     didn't -- I didn't get into that.
12               If it was, then it's the
13     House's fault.  They should have
14     charged him.  They should have said it
15     was unlawful --
16          Q.    It's not me saying that.
17     The government said that.
18          A.    Who saying that?  What did
19     the government say?
20          Q.    The National Budget Office
21     said it.
22          A.    But they didn't say it in
23     the Articles of Impeachment.
24          Q.    Okay.
25          A.    My job was to do the -- let
```

```
 1                    A. DERSHOWITZ

 2      me --

 3           Q.    Your job was to advocate a

 4      position on the floor of the Senate,

 5      right?

 6           A.    No.  Let me tell you what

 7      CNN's job was.  If CNN --

 8           Q.    No, I'm not asking bout

 9      CNN's job.  I'm asking your job.  Your

10      job was to advocate a position on the

11      floor of the Senate, right?

12           A.    No, my job was to make sure

13      that the Senate did not act

14      unconstitutionally.  That was my job.

15      The beneficiary of that, this time, was

16      President Trump.

17                 As I said, though, in the

18      statement that I said on the floor of

19      the Senate over and over again, I'm not

20      here on behalf of one president.  I'm

21      here on behalf --

22                 And I quoted Curtis.

23      Curtis said:  "This goes beyond any one

24      president."

25                 Remember that Johnson was
```

```
 1                    A. DERSHOWITZ
 2          hated, probably even more than Trump,
 3          and was much more -- in some ways, much
 4          more dangerous.  But Curtis, who was
 5          liberal and who quit the Supreme Court
 6          over Dred Scott, defended him and said,
 7          "I'm not here on his behalf.  I'm here
 8          to prevent a terrible act of
 9          unconstitutionality."  That was my
10          view.
11               Q.    Now as soon as you
12          finished, even before you were
13          finished -- while you were still on the
14          floor of the Senate -- everybody in
15          America went crazy, suggesting that
16          what you were saying was that the
17          president could do anything he wanted.
18               A.    Everybody?
19                  MR. SCHWEIKERT:  Object.
20               A.    Are you testifying that
21          everybody went crazy?
22               Q.    I'm going to ask a
23          question.
24               A.    Okay.  But you can't
25          preface a question by --
```

```
 1                    A. DERSHOWITZ
 2          Q.    No, no, no.  You can't tell
 3      me what to do, actually.  That's not
 4      how this works.
 5          A.    Maybe.
 6          Q.    No, you can't.
 7          A.    Well, I'm not sure.
 8          Q.    You can't.
 9              (Simultaneous speaking.)
10          A.    You can't say to me
11      everybody.
12          Q.    You know, it's funny
13      actually.  You have a thing,
14      Mr. Dershowitz.  Whenever you're
15      deposed, you tell the other lawyer how
16      bad they are at deposing you.  It's
17      cute.
18          A.    You're pretty good.  You're
19      actually pretty good.
20          Q.    It's cute. It's cute.  It's
21      cute, Mr. Dershowitz.
22          A.    Boies was not.  But you're
23      really good.
24          Q.    Yeah, thanks a lot.
25          A.    Yeah, you are.
```

```
 1                    A. DERSHOWITZ
 2            Q.    Yeah, that's what I was
 3      looking for.
 4                  Right away, there was
 5      widespread criticism on of your
 6      comments on the Senate, right?
 7            MR. SCHWEIKERT:  Objection to
 8      form.
 9            A.    No.
10            Q.    Okay.
11            A.    No --
12            Q.    I'm going to --
13            A.    The New York Times and The
14      Wall Street Journal both got it right.
15            MS. BOLGER:  I'm going to ask
16      the court reporter to mark as
17      Exhibit 42 a collection of Tweets that
18      are in the hours before any CNN
19      commentary.
20            THE WITNESS:  What time was
21      CNN commentary?
22            MS. BOLGER:  I was just about
23      to tell you that.  You spoke on the
24      floor of the Senate at 2:10 p.m.
25            The first allegedly defamatory
```

```
 1                A. DERSHOWITZ

 2      statement made by CNN was at 6:33.  The

 3      first time there was a break in the

 4      proceedings was at about 6:00.

 5                THE WITNESS:  I'm not asking

 6      that question.  I'm asking when is the

 7      first time that CNN described what I

 8      said?

 9                MS. BOLGER:  The first

10      allegedly defamatory statement was

11      6:33.

12                THE WITNESS:  I'm not asking

13      that.  I'm asking what time CNN --

14                MS. BOLGER:  They aired your

15      comments.  They aired the impeachment

16      trial live.

17                THE WITNESS:  No.  But then my

18      recollection is on Wolf Blitzer they

19      then showed my whole comment in

20      context.

21                MS. BOLGER:  They did not.

22                THE WITNESS:  Well, I think

23      they did.

24                MS. BOLGER:  They did not

25      actually.  You're basing that on a
```

```
 1                   A. DERSHOWITZ

 2        YouTube clip.  But there's been

 3        testimony -- and you may not have been

 4        here at the time -- that that YouTube

 5        clip didn't -- was put up days later.

 6        It was in the Brett Harmon testimony.

 7                  THE WITNESS:  So you're saying

 8        that I'm right, that our side is

 9        stronger, that they never gave the full

10        context --

11                  MS. BOLGER:  No.

12                  THE WITNESS:  Ever.

13                  MS. BOLGER:  They aired the

14        entire impeachment proceeding.

15                  THE WITNESS:  I know that.

16        Very few people saw that.

17                  MS. BOLGER:  We're going to

18        mark this as Exhibit 47  -- 42.

19        (Whereupon,  Tweets  re    Dershowitz    Second

20   Impeachment Appearance  was  marked  as  Exhibit  42

21   for identification, as of September 13th, 2022.)

22                  Q.   So, the first page of the

23        exhibit is a Tweet by a red-checked

24        commentator named Josh Rogan.

25                  A.   I don't see that.
```

```
 1                    A. DERSHOWITZ

 2           Q.    The very first --

 3           A.    I see Jackie McCay.

 4           Q.    Above that?

 5           A.    On the other side, okay.

 6                 (Simultaneous speaking.)

 7           Q.    "Dershowitz just argued

 8    that if Trump believed doing something

 9    corrupt was in the public interest

10    because it would get him reelected,

11    that makes it not corrupt."

12                 Do you see that?

13           A.    (Reading to self.)

14           Q.    2:14 p.m.  You go to the

15    next page.

16           A.    Okay.  Wait a minute.

17    That's different than saying something

18    illegal.  Not -- Corruption is not

19    illegal.

20           Q.    Next page.

21           A.    Yeah.

22           Q.    Robert Draper:  "By

23    Dershowitz's logic --"

24           A.    Wait a minute.  Let me get

25    to the next page.  Where is that?  The
```

```
 1                   A. DERSHOWITZ

 2        back of the front page?

 3               Q.    No.  The second -- The --

 4               A.    There's this page, and then

 5        there's this page.

 6               Q.    Not the back.  The next

 7        page?

 8               A.    Oh the next page, yeah.

 9               Q.    Robert Draper, red check:

10        "By Dershowitz's logic, Nixon could not

11        be impeached for instigating a coverup

12        of the Watergate burglary since, in

13        Nixon's view, the public stood to

14        benefit from his reelection by any

15        means necessary."

16               A.    And as The New York Times

17        --

18               Q.    -- 2:18 p.m., right?

19               A.    -- and as The New York

20        Times pointed out, I explicitly

21        mentioned Nixon said he could be

22        impeached and should have been

23        impeached.  So people misunderstand.

24               Q.    Right.  Next page.

25                     Next page:  "Trump
```

```
 1                   A. DERSHOWITZ
 2        attorney" this is ABC News, blue check.
 3             A.    What is it?
 4             Q.    "Trump attorney Alan
 5        Dershowitz --"
 6             A.    Wait a minute.  Let me get
 7        it -- Oh, the next full page.  Okay,
 8        "Trump," yeah.
 9             Q.    "Trump attorney Alan
10        Dershowitz:  If a president does
11        something which he believes will help
12        him get elected in the public interest,
13        that cannot be the kind of quid pro quo
14        that results in impeachments."
15             A.    Mh-hm.
16             Q.    And that one is at what
17        time, 2:19 p.m.?
18             A.    Right.
19             Q.    Okay.  Now I move on to a
20        couple pages.
21             A.    Two wrongs don't make a
22        right.
23             Q.    Now we get to the fourth or
24        fifth page of the exhibit.
25             A.    Fifth page.
```

```
 1                      A. DERSHOWITZ
 2              Q.    Fifth page of the Exhibit,
 3         there's a Tweet by Mo Elleithee, also a
 4         red-check commentator.
 5              A.    Wait a minute.  I don't
 6         have that.
 7              Q.    Blue-check commentator?
 8              A.    So, the next page.
 9              Q.    Keep --
10              A.    I have a blank page.
11              Q.    -- flipping.
12              A.    Okay this one starts Mo.
13              Q.    Mo Elleithee.
14              A.    I got it, yeah.
15              Q.    Blue check.  "Using
16         Dershowitz's logic, couldn't Nixon have
17         justified that both the break-in and
18         the cover-up of Watergate, which were
19         both purely for his political interest,
20         as in the national interest and,
21         therefore, not impeachable?"
22                    It's at 2:23 p.m.
23              A.    Yeah.
24              Q.    And then if you look -- If
25         you flip two pages, you're at -- You'll
```

```
1                    A. DERSHOWITZ

2       get WFLA News, which one assumes is in

3       Florida.

4              A.    Yup.

5              Q.    It says, "Question:  Does

6       it matter if --"

7              A.    Wait.  Yeah.

8              Q.    "Question:  Does it matter

9       if there's a quid pro quo?  Dershowitz:

10      If a president does something he

11      believes will help him get elected in

12      the public interest, that cannot be the

13      kind of quid pro quo that results in

14      impeachment."

15             A.    And you --

16             Q.    That's 2:23 p.m.

17             A.    Wait.  Wait.  You're really

18      quoting that without the three dots?

19      Here you have --

20             Q.    I'm sorry, I don't put

21      three dots.

22             A.    -- a television station

23      that clearly cheats, according to

24      United States Supreme Court decision.

25             Q.    I'm so sorry,
```

```
 1                    A. DERSHOWITZ

 2        Mr. Dershowitz, what three dots?

 3              A.     -- three dots.

 4              Q.     What three dots?

 5              A.     Does it matter if there was

 6        a quid pro quo?  That's the question.

 7                     Then I gave a long answer.

 8        You can't assume -- You know, it's

 9        like --

10              Q.     I'm sorry?

11              A.     It's like, remember the

12        case in Florida, where they asked

13        the -- the guy --

14                     Who was it who was talking

15        on the phone?  And the guy said

16        something -- Oh, he was just calling

17        for help.  And then they -- And then

18        the commentator says, "What race was

19        he?"  And he says, "He was Black."

20                     And the -- I think this may

21        have been the same station -- left out

22        and didn't use three dots, saying "what

23        race was he?"  So they had him saying,

24        He was dangerous; he was black.

25                     And everybody condemned
```

```
 1                    A. DERSHOWITZ
 2        that in the worst terms, leaving out
 3        the three dots.
 4                    And same thing here.
 5        Doesn't it matter if there was quid pro
 6        quo?  That wasn't the next -- the first
 7        statement.  There was a lot in between
 8        that.
 9             Q.    Okay.
10             A.    So you can't -- I mean,
11        that -- that just is -- just not
12        journalism.
13             Q.    Okay.
14                    Skip two pages.  You'll see
15        next, you have Gary Kasparov.
16             A.    He's a chess player.
17             Q.    He says, "Wow.  Dershowitz
18        is actually making the King Louie the
19        14th argument right now.  Trump is good
20        for the country, so anything he does to
21        stay in power is the national interest,
22        even if it's corrupt or illegal?
23        That's the language of every king and
24        dictator:  I am the end, and the means
25        justify me."
```

```
 1                    A. DERSHOWITZ

 2                    Do you see that 2:29 p.m.

 3            A.    Yeah.  That's just wrong.

 4       Just because other people were wrong,

 5       doesn't mean, you know -- I don't know

 6       whether any of them saw the whole thing

 7       or just watched another television

 8       show.  We don't know.

 9            Q.    Next page.  Well, we do

10       because it's at 2:36 p.m.

11            A.    It doesn't matter.

12            Q.    Next page,

13       "President Trump's counsel Alan

14       Dershowitz:  'If a president does

15       something which he believes will help

16       him get elected in the public interest,

17       that cannot be the kind of quid pro quo

18       that results in impeachment.'"

19            A.    That's not what I said.

20            Q.    Okay.

21                    The next page, Bradley Moss

22       2:37 p.m., "Am I wrong to interpret

23       Dershowitz's argument to be that if a

24       president were to walk down the street

25       and start executing people at random,
```

```
 1                    A. DERSHOWITZ
 2        it's still not impeachable if he claims
 3        he had a public interest motive?"
 4             A.    You see how absurd some of
 5        these things are?  We're talking about
 6        trolls.
 7             Q.    No, these are blue-check
 8        Twitter commentators.  Next page.
 9             A.    No, these are people who
10        say that I said that if a president
11        walked down the street executing
12        people -- I mean, you know, you are a
13        good lawyer.  But when you quote
14        something like this, it asks -- It has
15        me question something.
16             Q.    Next page, Mr. Dershowitz.
17             A.    Yeah, this doesn't help
18        you.
19             Q.    Tweet from Phil Gourevitch,
20        blue check.
21                   "Mr. Dershowitz is arguing
22        Nixon did no wrong?"
23                   See that?
24             A.    I see that.  And I argued
25        he should have been impeached.
```

```
 1                    A. DERSHOWITZ

 2            Q.    -- that's at 2:30 p.m.

 3            A.    I argued that he should be

 4      impeached.

 5            Q.    Okay.  Next page.

 6            A.    Mh-hm.

 7            Q.    John Dickerson, 2:40 p.m.

 8                  "If we go all the way down

 9      this road, isn't the maximum, then,

10      because a president thinks his

11      reelection is in the national interest,

12      he can take no action related to his

13      campaign that is not in the national

14      interest?

15            A.    What page is that?  What

16      page is that?

17                  (Simultaneous speaking.)

18            Q.    "President Donald Trump's

19      attorney Alan Dershowitz:  If a

20      president does something which he

21      believes will help get him elected in

22      the public interest that cannot be the

23      kind of quid pro quo that results in

24      impeachment."

25                  It's the next page.
```

```
 1                    A. DERSHOWITZ

 2          A.     What page is that?

 3          Q.     The next page.

 4          A.     What is the top thing?

 5          Q.     John Dickerson.

 6          A.     Yeah.

 7          Q.     And let's see.  Well --

 8          A.     I gotcha.

 9          Q.     Right.

10                 The point is, Tweet after

11      Tweet after Tweet, long before CNN,

12      saying --

13          A.     Well, you say, "Tweet after

14      Tweet after Tweet."  You'd have to look

15      to see how many Tweets there were all

16      together.  How many of them took the

17      opposite point of view?

18                 The Wall Street Journal and

19      the New York Times took the opposite

20      point of view.  They both said that

21      Dershowitz said that Nixon could be

22      impeached.  And that if there was a

23      crime, he could be impeached.

24                 So you know, if you're

25      asking me to compare New York Times,
```

```
 1                A. DERSHOWITZ

 2      Wall Street Journal reporting with some

 3      person on Tweet, yeah.

 4              Q.    Great.

 5                  MS. BOLGER:  So we're going to

 6      mark as Exhibit 33 a series -- What's

 7      that?  43 -- a series of articles that

 8      were published before the CNN reporting

 9      at issue in this lawsuit.

10                  THE WITNESS:  Where are these.

11                  MS. BOLGER:  About to hand

12      them to you.

13                  MR. SCHWEIKERT:  With the

14      tabs?

15                  MS. BOLGER:  Yeah, the tabs --

16      It's just a voluminous thing.  I

17      thought it would be helpful.

18                  MR. SCHWEIKERT:  No, sure.

19      (Whereupon,  Articles  published  before    CNN

20   commentary  was   marked   as    Exhibit   43    for

21   identification, as of September 13th, 2022.)

22              Q.    Okay.  The first article in

23      this Exhibit 43 was actually part of

24      our Motion to Dismiss, which is why you

25      see the --
```

```
 1                     A. DERSHOWITZ

 2              A.    Which was denied.

 3              Q.    It was and the Court

 4      refused to take judicial notice of this

 5      article.

 6              A.    Which?  Which?

 7              Q.    The -- This is an article,

 8      which is from MSNBC.

 9              A.    Which article is this?

10              Q.    It's called, "Dershowitz

11      Shocks with Argument about

12      Trump/Political interest."

13              A.    Wait.

14              Q.    The very first one.  It has

15      the Exhibit 2 coversheet.

16              A.    So I'm seeing Exhibit 2.

17              Q.    Right.  Turn the next --

18      There you go.

19              A.    Okay.

20              Q.    Right.

21              A.    "Dershowitz Shocks with

22      Argument about Trump/Political

23      interest."

24              Q.    Right.

25              A.    What is this?  What time?
```

```
 1                       A. DERSHOWITZ

 2            Q.    January 5th at 4:22 p.m.,

 3       by Steve Bennen.  "I naively thought

 4       Alan Dershowitz had gone about as far

 5       as he could go in Donald Trump's

 6       impeachment trial when he argued that

 7       Donald Trump can't be convicted even if

 8       he's guilty because presidential abuses

 9       of power are permissible --"

10            A.    How can you read that.  You

11       realize how absurd it is.

12            Q.    "Little did I know, the

13       argument he'd present on the Senate

14       floor today.  Alan Dershowitz argued

15       that a quid pro quo involving a

16       president's political benefit was fine,

17       because all presidents believe their

18       elections are in the public interest."

19       And it goes on from there.

20                  You'll see on second page,

21       he refers to it -- he says, "The

22       problem, beyond the apparent fact that

23       this is crazy-pants bonkers, is how

24       such a position could be applied the

25       world -- real world."
```

```
 1                    A. DERSHOWITZ

 2               Do you see that?

 3          A.    Wait, I'm sorry.  I'm

 4     missing the rest of that.  I got the

 5     beginning --

 6          Q.    Second page of the article.

 7          A.    Second page.

 8          Q.    In the fourth -- After the

 9     block quote, there's a very short

10     paragraph that says, "The problem,

11     beyond the apparent fact that this is

12     crazy-pant bonkers, is how such a

13     position could be applied in the real

14     world."

15          A.    I just want to make sure

16     I'm reading it right.

17               Well, this is accurate.

18     "President Trump has the authority to

19     use foreign policy to advance his

20     reelection prospects"; that's true.

21          Q.    Right.  They think it's --

22          A.    That's true.

23          Q.    But they think "it's crazy

24     pants bonkers."

25          A.    They're wrong.  That's just
```

```
 1                    A. DERSHOWITZ
 2        what happens every day.  Why do you
 3        think the governments of both parties
 4        give so much money to Israel?  A.
 5        Because they think Israel is a
 6        democracy, but B.  Because obviously it
 7        helps the political prospects of either
 8        party.  That's true.  I don't dispute
 9        that.
10             Q.    Let's look at the next
11        article in my stack which happens to be
12        a New York Times article which you were
13        just referencing.
14             A.    Yeah.
15             Q.    If you look at the
16        sticky --
17             A.    Which -- Where is this
18        article now?
19             Q.    It's in the stack I just --
20        that's part of 43?
21             A.    I got -- this is Kate --
22        Katie Edmonson?
23             Q.    Kate Edmonson, yeah at
24        2:59 p.m --
25             A.    Wait a second.
```

```
 1                     A. DERSHOWITZ
 2            Q.    "Anything a president
 3      does --"
 4            A.    I don't see stop, stop,
 5      stop.  I don't 2:59 p.m.  Can you show
 6      that to me?
 7            Q.    Sure, it's on the 13th page
 8      of this article.
 9            A.    Okay, I'm on 15.  Okay.
10      Let me go to 13.
11            Q.    Okay.
12            A.    I got four, five; then I
13      have 55; then I have 115.  What am I
14      looking at?
15            Q.    So go to 13 of 15?
16            A.    Thirteen of 15.
17            Q.    It should have a tab.  I
18      meant them to be helpful.
19            A.    John Bashing Bolter?
20                  No.
21            Q.    No.
22            A.    Oh, it's this --
23            Q.    "Anything a president does
24      to stay in powers is in the national
25      interest Dershowitz argues," and that's
```

```
 1                     A. DERSHOWITZ
 2       from Kate Edmonson at 2:59 p.m. on
 3       January 29th.  And you'll see if you --
 4       She quotes your statements, and then
 5       you'll see in the penultimate
 6       paragraph, on the page, she says, "The
 7       response went further, suggesting that
 8       nothing --"
 9            A.    I'm not up to that yet.
10                  It's just again further --
11            Q.    "But the response went far
12       further, suggesting that nothing a
13       president did could ever be considered
14       a corrupt abuse of power as long as he
15       or she considered it in a national
16       interest."
17            A.    I never --
18            Q.    "Representative Adam B.
19       Schiff of California the lead House
20       impeachment manager characterized
21       Mr. Dershowitz's arguments as very
22       odd."
23                  Do you see that?
24            A.    Yes.  And then The Times
25       withdrew this and published a piece
```

```
1                    A. DERSHOWITZ

2       saying that what I said was correct.

3              Q.    Times did not withdraw this

4       article, Mr. Dershowitz?

5              A.    Well, but in effect they

6       did.  They wrote another article in

7       which they said it was wrong.

8              Q.    Did you sue them about

9       this?

10             A.    Course not.

11             Q.    Did you sue MSNBC about

12      this article?

13             A.    If I sued everybody --

14      Where was MSNBC?  I don't think you

15      showed me?

16             Q.    That was first one that we

17      read -- that called you "crazy-pants

18      bonkers."

19             A.    My whole life would be

20      based on suing.  Just because other

21      people made mistakes about it, doesn't

22      justify your mistake.  You have a very

23      large audience, and your very large

24      audience --

25             Q.    I'm a lawyer.
```

```
 1                    A. DERSHOWITZ
 2           A.    -- was influenced by it.
 3           Q.    I'm a lawyer.  I don't have
 4      an influence at all.
 5           A.    Okay.
 6           Q.    The next document is an
 7      article --
 8           A.    Are you the --
 9           Q.    -- in The Wall Street
10      Journal?
11           A.    Are you lawyer for CNN?
12           Q.    -- is an article in The
13      Wall Street Journal called "Dershowitz
14      Argues that a quid pro quo can't be
15      corrupt --"
16           A.    Wall Street Journal.
17           Q.    -- "if political motivation
18      is in the public interest."
19           A.    I don't have this.  I don't
20      have it.
21           Q.    Yes, you do.  It's the next
22      document.
23           A.    Wall Street Journal.
24           Q.    Next document.
25           A.    Is it with a tab?
```

```
1                      A. DERSHOWITZ
2              Q.    I don't think it has a tab.
3              A.    So, I'm -- "Dershowitz
4        argues a quid pro quo can't be corrupt
5        if political motivation is --"
6              Q.    -- "in the public
7        interest."  That's at 2:49 p.m. on
8        January 29th.  And you'll see that the
9        first graph reads:
10                   "Trump lawyer Alan
11       Dershowitz took a new line of argument
12       in the President's defense:  That
13       because President Trump believes his
14       reelection is in the public interest,
15       even if he had political motivations in
16       pressing Ukraine to open an
17       investigation into the Bidens, it
18       wouldn't be an impeachable offense."
19                   Do you see that?
20             A.    Yeah, that wasn't even
21       alleged in the articles of impeachment.
22       This has nothing to do with anything I
23       said about opening up argument.  I'm
24       just not aware of it.
25             Q.    Okay.
```

```
 1                     A. DERSHOWITZ
 2                     The next article in the
 3        stack is from Vox.
 4              A.    Mh-hm.
 5              Q.    "Alan Dershowitz's latest
 6        defense of Trump would let presidents
 7        get away with almost anything."
 8                     That's from January 29th at
 9        4:30 p.m.
10              A.    Yup.
11              Q.    It says, "One of the
12        defenses presented by one of Trump's
13        lawyers during Wednesday's portion of
14        the Senate impeachment trial stood out
15        from the others bigtime.  That's
16        because it would give presidents almost
17        unlimited power to convert foreign
18        policy into dirty tricks, aimed at
19        boosting their political prospects by
20        defining anything they do to stay in
21        office as part of the national
22        interest."
23                     Do you see that?
24              A.    This is fairly accurate.
25        They can do a lot.  They just can't do
```

```
 1                    A. DERSHOWITZ

 2        anything that's illegal.  That's what

 3        CNN said I said they could do.  They

 4        could.  I mean, presidents do

 5        frequently pervert "foreign policy into

 6        dirty tricks aimed at boosting their

 7        prospects," by giving money to

 8        countries that have popular followers

 9        in the United States.  But I didn't say

10        that could do it if it's illegal.

11             Q.    Okay.

12             A.    And that's what CNN said.

13             Q.    Next article --

14             A.    Mh-hm.

15             Q.    -- is The Washington Post.

16        This one has tabs.  There's two tabs.

17             A.    This one's a tab?

18             Q.    There are two tabs, yup.

19             A.    Mh-hm.  Okay.  I got it.

20             Q.    One is at 4:00 p.m.

21             A.    Wait, wait.  I'm not -- is

22        this Colby Iskowitz or Elise Vebeck?

23                   No, it's the other side.

24        Okay.  I got it.

25             Q.    So it's the -- It's the
```

```
 1                     A. DERSHOWITZ
 2        4:00 p.m. blog post:  "Republican
 3        Senators --"
 4                    (Simultaneous speaking.)
 5              A.    It's a blog post.
 6              Q.    -- "Scramble to rationalize
 7        Dershowitz's Claims."
 8              A.    Yeah.
 9              Q.    You with me?
10              A.    Yeah, what time is this?
11              Q.    4:00.
12              A.    Yeah.
13              Q.    "Republican Senators
14        Scramble to Rationalize Dershowitz's
15        Claim."
16                    "Republican senators
17        scrambled Wednesday afternoon to
18        rationalize Alan Dershowitz's argument
19        that a president can do anything to
20        secure his reelection, if he believes
21        his being president serves the public
22        interest."
23              A.    Mh-hm.
24              Q.    And it goes on, quotes
25        Senator Braun and Scott.  And then it
```

```
 1                    A. DERSHOWITZ

 2          says:

 3                    "Dershowitz made the

 4          sweeping proposal Wednesday that if a

 5          president does something which he

 6          believes will help him get elected in

 7          the public interest, that cannot be the

 8          kind of quid pro quo that results in

 9          impeachment.

10                    "Democratic senators

11          describe the argument as 'one of the

12          most bizarre things I have ever heard,'

13          in the words of Senator Mazie Hirono,

14          and 'a venture into the land of legal

15          absurdity,' said Senator Richard

16          Blumenthal, D-Conn., in a Tweet."

17                    Do you see that?

18          A.    Yeah.  But nobody says

19          anything about a crime.

20          Q.    And then the next article,

21          which was published in Fox News?

22          A.    What was that?

23          Q.    The next article in the

24          pack published in Fox News says,

25          "Dershowitz --
```

```
 1                    A. DERSHOWITZ

 2           A.    Who wrote the article?  Is

 3      there another tab?

 4           Q.    Yup.  No, no.  Just another

 5      article.  Keep going.

 6           A.    This is by Elise Veback?

 7           Q.    Oh, there is another tab.

 8      I just wasn't going to talk about that

 9      one.

10           A.    Okay.  So it's -- This

11      is --

12           Q.    So I'm asking -- You can

13      move past The Washington Post and move

14      to next article, which is a Fox News

15      article.

16           A.    Yup.

17           Q.    "Dershowitz Mounts

18      Unconventional --"

19           A.    Wait.  Wait.  Wait.  I

20      don't have it.  I have a tab.

21           Q.    Keep going past the

22      Washington Post reporting?

23           A.    I can't follow, I'm sorry.

24           Q.    So --

25           A.    I have.
```

```
 1                    A. DERSHOWITZ

 2            Q.    Turn the next page.

 3            A.    "Senator Portman asks about

 4    potentially prolonged.  Roberts clamps

 5    down on house manager's time."

 6            Q.    Keep flipping through the

 7    pages.

 8            A.    Right.

 9                  Yeah?

10            Q.    Keep flipping.

11            A.    Keep flipping.

12            Q.    Okay.  Find an article,

13    "Dershowitz Mounts Unconventional

14    Defense of Trump --"

15            A.    Right.

16            Q.    "As Senate impeachment

17    Trial Enters New Phase."  That's by

18    Marissa Schultz of Fox News.

19            A.    Yeah.  I got it.

20            Q.    January 29th 6:01.

21    "President Trump's defense lawyer Alan

22    Dershowitz argued Wednesday the

23    president can't be impeached for

24    exerting his executive powers to win an

25    election if he believes his victory is
```

```
 1                    A. DERSHOWITZ

 2         in the national public interest."

 3              A.    That's true.  That's an

 4         accurate statement.

 5              Q.    Right.  If you read down --

 6              A.    That's an accurate --

 7         That's an accurate statement.

 8                    (Simultaneous speaking.)

 9              Q.    Read down a few --

10              A.    As long as it's not

11         illegal.

12              Q.    -- paragraphs.

13              A.    Mh-hm.

14              Q.    It refers to "Dershowitz's

15         unconventional defense came in the

16         question phase of the trial when

17         senators get to submit written

18         questions to both sides."

19                    Do you see that?

20              A.    Yeah.

21              Q.    Okay.

22                    And then the last article

23         in the stack is in The Washington

24         Examiner?

25              A.    That's --
```

```
                         A. DERSHOWITZ
 1
 2         Q.    Called, "Alan Dershowitz

 3   Presents the Worst Possible Defense of

 4   Trump," by Tina Lowe, and it's

 5   timestamped 4:04 p.m. on January 29.

 6   And the first paragraph reads --

 7         A.    I'm not getting it.

 8         Q.    Okay.  Sorry.

 9         A.    "Dershowitz --" Yeah, I got

10   it.  Okay.

11         Q.    And first paragraph reads,

12   "Of the myriad possible defenses of

13   President Trump, Alan Dershowitz

14   manages to make one of the worst

15   available."

16               Then you skip the

17   paragraph, "But Dershowitz decided to

18   embark on a bonkers aside, neither

19   defending Trump on the grounds of his

20   intent, nor even denying the existence

21   of the quid pro quo."

22         A.    That's true.

23         Q.    "Every public official that

24   I know believes that his election is in

25   the public interest.  And 'mostly,
```

```
1                    A. DERSHOWITZ
2        you're right.  Your election is in the
3        public interest,' Dershowitz said at
4        the Senate impeachment trial.  'And if
5        a president did something that he
6        believes will help him get elected in
7        the public interest, that cannot be the
8        kind of quid pro quo that results in
9        impeachment.'"
10                   Do you see that?
11            A.    Yeah.  I'm looking one
12       second.  But it never mentioned
13       criminal.  I mean, none of these things
14       do what CNN did, which is to say that I
15       said a president can do something
16       criminal.
17            Q.    You skipped the paragraph
18       that said, "If Dershowitz intends this
19       is anything other than astoundingly
20       dumb hypothetical.  This means he's
21       conceding that Trump used his
22       presidential power to initiate a quid
23       pro quo."
24            A.    How do you speak to that
25       honestly?
```

<pre>
                   A. DERSHOWITZ
1

2            Q.    Do you see that?

3            A.    Yeah.  I didn't make an

4      argument about what Trump did.  I just

5      made an argument about what the

6      Constitutional criteria.

7            Q.    You also got a significant

8      number of emails before CNN aired

9      anything.

10           A.    Well, we're going to find

11     out when CNN aired everything.  I'm

12     not -- We're not taking as a given

13     that -- My recollection is that they

14     may have had -- They may have had

15     something before that.  But I'm not

16     sure.

17           Q.    I'm representing to you

18     that the alleged -- first allegedly

19     defamatory statement.

20           A.    I'm not talking about --

21                 (Simultaneous speaking.)

22           Q.    -- published in this

23     litigation was at 6:33 p.m.

24           A.    We have -- We have boats

25     passing in the night.  I'm not saying
</pre>

```
 1                 A. DERSHOWITZ

 2      that the defamatory statements -- I'm

 3      saying, I want to check to see when the

 4      first time it was that CNN presented

 5      the doctored clip.

 6            Q.    There -- I, of course,

 7      object to the term "doctored clip," but

 8      I can tell you, and I can represent to

 9      you that it was at 6:33 p.m.

10            A.    I doubt that.  But we'll

11      check it out.

12            Q.    I will specifically tell

13      you that when Jeff Toobin and Wolf

14      Blitzer spoke about your comments on

15      the floor of the Senate, there was no

16      clip.  They read from the transcript.

17            MS. BOLGER:  I'm going to ask

18      the court reporter to mark as

19      Exhibit 44 --

20            THE WITNESS:  And what did

21      they read from the transcript?

22            MS. BOLGER:  I don't remember

23      actually.

24            THE WITNESS:  Well, okay.  So

25      we have to check all this out,
```

```
 1                    A. DERSHOWITZ

 2         obviously.

 3                    MS. BOLGER:  There was no clip

 4         though.

 5                    THE WITNESS:  Okay.

 6                    MS. BOLGER:  This is

 7         Exhibit 44.

 8                    THE WITNESS:  This will be

 9         determined at trial by evidence.

10                    MS. BOLGER:  We're not getting

11         to trial, Mr. Dershowitz.

12                    THE WITNESS:  What did you

13         say?

14                    MS. BOLGER:  I said, We're not

15         going to trial, Mr. Dershowitz.

16                    I was kidding.  I'm being

17         chummy.

18                    THE WITNESS:  You think you're

19         going to win a summary judgment here?

20                    MR. SCHWEIKERT:  Let's just

21         stick to the facts, please.

22                    MS. BOLGER:  Yes,

23         Mr. Dershowitz.

24                    THE WITNESS:  Okay.

25
```

```
 1                   A. DERSHOWITZ

 2        (Whereupon,    Email    Exchanges        after

 3   Dershowitz's second   impeachment   appearance   before

 4   CNN   reporting   was   marked   as   Exhibit   44    for

 5   identification, as of September 13th, 2022.)

 6               MS. BOLGER:  Just for the

 7          record, Exhibit 44 is a collection of

 8          emails that were received or sent to or

 9          received by Mr. Dershowitz in the time

10          period after he left the floor of the

11          Senate and the CNN reporting began.

12               I will -- I don't really have

13          any questions.  We have a lot to do.

14          But I wanted to mark them for the

15          record.

16               Q.   You have no reason to

17          believe that these are not the

18          documents you received, correct?

19               A.   No reason to challenge

20          anything you've said.

21               Q.   All right.

22                    We can set that aside.

23               MS. BOLGER:  I want to take a

24          break because I want to know how much

25          time I have left.
```

```
 1                      A. DERSHOWITZ

 2                 THE VIDEOGRAPHER:  We're off

 3          the record.  The time is 4:27 p.m.

 4          (Whereupon, a short recess was taken.)

 5                 THE VIDEOGRAPHER:  We're back

 6          on the record.  The time is 4:37 p.m.

 7   BY MS. BOLGER:

 8                 Q.   Mr. Dershowitz, after the

 9          Q and A period, you were criticized by

10          other scholars for statements you made,

11          correct?

12                 A.   I've been criticized by

13          scholars since the day I started

14          teaching.

15                 Q.   Is that a "yes"?

16                 A.   Yes.

17                 Q.   Okay.

18                      So let's take a look at

19          some of them.

20                 MS. BOLGER:  I'm going to ask

21          the court reporter to mark as

22          Exhibit 45 a series of articles that

23          were published in the days after your

24          answer to Senator Cruz's question.

25                 THE WITNESS:  Right.
```

```
 1                    A. DERSHOWITZ

 2        Scholars?

 3                 MS. BOLGER:  Quoting scholars

 4        mostly.

 5                 THE WITNESS:  Okay.

 6        (Whereupon, Legal   Expert   critiques   of

 7   Dershowitz  impeachment  argument  was  marked  as

 8   Exhibit   45   for   identification,   as   of

 9   September 13th, 2022.)

10                 Q.    So the first is an article

11        called, "Expert on Dershowitz's

12        Impeachment Defense:  Quid Pro Woah,"

13        by -- I guess it's "Quid Pro Woah," by

14        Mark Sherman; do you see that?

15                 A.    Yeah.  I don't know who he

16        is.  And what newspaper?

17                 Q.    I'm sorry?

18                 A.    I don't know who he is.

19                 Q.    This is in the Associated

20        Press?

21                 A.    Okay.

22                 Q.    Okay.

23                       I actually have a different

24        version of the article than you do.  It

25        comes of working too late at night, but
```

```
1                    A. DERSHOWITZ

2      I want you to look at the -- on the

3      second page --

4              A.    Yeah.

5              Q.    -- third page.  There's a

6      paragraph with a guy named Robert

7      Dallek.  Says.

8                    "Robert Dallek, a

9      presidential historian, who has written

10     books about five presidents, from

11     Franklin Delano Roosevelt to Ronald

12     Regan called Dershowitz's argument

13     'unique.'  Frankly --"

14             A.    I'm not getting this.

15             Q.    Sorry.  It's on the third

16     page, so just --

17             A.    Oh, the third page, yeah.

18     I've never heard of Robert Dallek,

19     but --

20             Q.    Okay.

21                   He says:

22                   "'Frankly, I've never seen

23     that before, that a president's power

24     extends to whatever his politics are,'

25     Dallek says.  'There is a pretty
```

```
 1                  A. DERSHOWITZ
 2      well-defined idea of what a president
 3      can do and can't do.  And when he seems
 4      to overstep his bounds, he runs into
 5      great difficulty with Congress or the
 6      Judiciary.'"
 7                  Do you see that?
 8          A.   I do.  I agree with that.
 9      But great difficulty is different than
10      impeachment.
11          Q.   And the next page -- Not
12      the next page for you -- a little
13      further down on the page, actually just
14      the next graph, "Barbara Perry,
15      director of presidential studies at the
16      University of Virginia's Miller
17      Center --"
18          A.   I don't get -- What's
19      the -- Oh, Barbara -- Paragraph.
20          Q.   Next -- Next paragraph.
21                  "Barbara Perry, director of
22      presidential studies at the University
23      of Virginia's Miller Center, said
24      'Dershowitz had it backwards in
25      suggesting that the public interest is
```

```
1                      A. DERSHOWITZ

2          whatever serves the president's

3          reelection campaign.'"

4                 A.    I didn't say that.

5                 Q.    "'What we hope is that at

6          least they think in terms of the

7          nation's interest and then align their

8          personal interest with the public

9          interest, the country's interest,'

10         Perry said."

11                      Do you see that?

12                A.    I agree with that.  That's

13         not what I said.

14                Q.    Okay.  Next paragraph:

15                      "What's more, she said,

16         Dershowitz's formulation can serve as a

17         dangerous precedent for future

18         presidents who might think they can do

19         anything they want in the political

20         arena, except for a violation of a

21         criminal statue.  'Then there's nothing

22         to be done about a president who can

23         make the case that I did it in my

24         self-interest,' she said."

25                A.    Well, that's exactly what I
```

```
1                      A. DERSHOWITZ
2          said in original speech.  Yes, a
3          president can do anything they want and
4          not be impeached, unless they violate,
5          not a criminal statute but criminal by
6          behavior.  Amend the constitution, we
7          should.
8               Q.    Okay.
9                     The next article --
10              A.    Yeah.
11              Q.    In the stack, is an NBC
12         News article, the subject -- the title
13         of which is, "Nonsense, Preposterous
14         Absurd --"
15              A.    Yeah.
16              Q.    "Critics lecture Dershowitz
17         about trial remarks."  It's by Alan
18         Smith and it's dated January 30th at
19         12:07 Eastern; do you see that?
20              A.    This is after CNN.
21              Q.    It is, sure.
22              A.    Okay.
23              Q.    And it quotes -- It quotes
24         Constitutional scholars on the third
25         page of the exhibit.  It says:
```

```
 1                    A. DERSHOWITZ
 2                    "Constitutional scholars
 3         slammed his idea, too.  Oren
 4         Chemerinsky, Dean of University of
 5         California Berkeley Law School, said
 6         that he thought Dershowitz's arguments
 7         was 'absurd and outrageous.  It means
 8         that president could break any law or
 9         abuse any power and say that it was for
10         the public interest, because the public
11         interest would be served by his or her
12         election.'"
13                    Do you see that?
14              A.    Obviously he listened to
15         CNN because he said the president could
16         break any law, and that's what --
17                    (Simultaneous speaking.)
18              Q.    Why is it obvious?
19              A.    Occurs after CNN.
20              Q.    Why is it --
21              A.    Because most of the people
22         who you quoted before CNN don't talk
23         about breaking the law, committing
24         crimes.  But now Chemerinsky suddenly
25         talks about how he can break the law.
```

```
 1                    A. DERSHOWITZ
 2                 Now, Ed's a pretty good
 3      lawyer and very good dean.  And
 4      obviously, he didn't see my argument.
 5      He saw the CNN analysis of it.
 6             Q.   What is your basis for
 7      saying that Edward Chemerinsky --
 8                 (Simultaneous speaking.)
 9             A.   Because if he saw my
10      argument --
11             Q.   As you agree is a very good
12      lawyer and --
13             A.   He's a very good lawyer.
14             Q.   A very good dean would say
15      something like this without reading a
16      source material?
17             A.   Well, because if he read
18      it, he would see that I couldn't say he
19      could break the law, as The New York
20      Times and The Wall Street Journal
21      acknowledged.  I don't think the
22      president can break the law and not be
23      impeached.  And I've said that -- over,
24      and over, and over, and over again,
25      including for an hour and six minutes
```

```
 1                    A. DERSHOWITZ

 2        on the 27th.  The president cannot be

 3        impeached.

 4              Q.    Other than your hunch that

 5        Mr. Chemerinsky watched CNN and didn't

 6        look -- watch the impeachment of the

 7        President of the United States, what is

 8        your basis for saying he based this on

 9        CNN's reporting?

10              A.    It's the only place that I

11        know of where the -- where they

12        introduced the concept of the

13        Dershowitz Doctrine and said that a

14        president can do anything, including

15        break the law and that I was -- that my

16        argument was akin to Hitler.  That's

17        the only place that I saw that.  There

18        may be others as well, but that doesn't

19        justify CNN.

20                    But clearly, this stuff

21        about breaking the law comes after CNN.

22              Q.    Okay.

23                    Then "Stanford Levitson, a

24        University of Texas law professor said

25        that Dershowitz's argument was, on its
```

```
 1                    A. DERSHOWITZ

 2      face, preposterous.  Levitson said in

 3      an interview that while candidates for

 4      office make a variety of deals that

 5      they would prefer not to on behalf of

 6      good causes of -- not to in behalf of

 7      the good cause of their election, we

 8      rely on certain moral compass that will

 9      stop at say, outright bribery and

10      suggesting assassination."

11           A.    So would I.  Bribery is one

12      of the grounds in the Constitution,

13      obviously.  So he was listening to CNN.

14      I mean, you're making my argument here.

15           Q.    I don't understand.  What's

16      your basis for saying he was listening

17      to CNN?

18           A.    Because he's too smart to

19      have made that conclusion about bribery

20      based on what I said.  I said

21      explicitly if the president engages in

22      bribery he can be impeached and should

23      be impeached.

24           Q.    Okay.  The next article --

25           A.    You just can't make stuff
```

```
                        A. DERSHOWITZ
 1
 2          up.
 3                Q.    The next article in the
 4          stack is "Alan Dershowitz's Performance
 5          in Trump's Defense Elicits Strong
 6          Reactions:  Patently Ridiculous,"
 7          January 30th, and you'll see on the --
 8          It's a very awkward exhibit, I'm sorry
 9          about that.
10                A.    No.
11                Q.    If you turn to the fifth
12          page, you'll see "Supreme Court
13          litigator and former acting U.S
14          Solicitor, Neil --"
15                A.    Wait, let me see.  I see
16          Constitutional scholar Frank Bowman,
17          who was a witness, an expert witness in
18          your case.
19                Q.    Before we get to Frank --
20                A.    He was a joke.
21                Q.    -- the page before that.
22                A.    Yeah.
23                Q.    "Supreme Court litigator
24          and former --"
25                A.    Wait.  Wait.  I can't --
```

```
                    A. DERSHOWITZ

 1
 2          Q.    It's on the fifth page of
 3     the exhibit.
 4          A.    On the fifth page of the
 5     Exhibit.  Okay, let me go to one, two,
 6     three, four, five, okay.
 7     Constitutional Scholar and University
 8     Missouri Law School professor --
 9          Q.    No.  Page before that.  I
10     don't know why --
11          A.    Upside down page.  Okay,
12     what are we saying?
13          Q.    "Supreme Court litigator."
14          A.    I don't see that.  Oh, at
15     the bottom, "litigator and Former
16     Acting Solicitor General --"
17          Q.    "Called the theory 'a
18     joke,' saying that 'no responsible
19     Constitutional scholar in two centuries
20     agrees with Dershowitz.'  It's just a
21     'ridiculous argument,' he added."
22          A.    Except for a Supreme Court
23     Justice, a dean of the Columbia Law
24     School and Professor Bowie, himself,
25     until he decided he couldn't live
```

```
 1                     A. DERSHOWITZ

 2         without.

 3              Q.    And then if you look at the

 4         seventh page of the exhibit, "Attorney

 5         and impeachment expert, Ross Barber

 6         called Dershowitz's --"

 7              A.    Wait a minute.  I go to

 8         see -- I just see Ross Barber, this is

 9         patently ridiculous.  No, I don't see

10         what --

11              Q.    Seven.  It's the middle the

12         page.

13              A.    Seven.

14              Q.    Page -- and they all have

15         numbers in the corn.  It's 7 of 34.

16              A.    I see 7 of 22.  Maybe I

17         have the wrong thing.

18              MR. SCHWEIKERT:  Yeah, ours is

19         only 22 pages long.

20              MS. BOLGER:  What does it say

21         in the bottom of your corner?  5 of 22.

22              THE WITNESS:  Get to that.

23              MR. SCHWEIKERT:  Okay.

24              MS. BOLGER:

25              Q.    It says, "Attorney and
```

```
 1                    A. DERSHOWITZ

 2          impeachment expert Ross Garber called

 3          Dershowitz's argument patently

 4          ridiculous, saying a president can't

 5          arrest opponents, block polls, break

 6          into the DNC, or do lots of other

 7          things to get a reck."

 8                    Do you see that?

 9               A.   Of course.  That means he

10          watched CNN.  Break into the DNC?  I

11          mean, that's exactly the opposite of

12          what he said.  I said Nixon could be

13          impeached, should be impeached, and

14          that if a person commits a crime.  You

15          know, these are just made up things.

16                    Just because they're

17          scholars and academics doesn't mean

18          they're not fools.  And I've lived with

19          many of those fools for 50 years.  And

20          they'll say anything that supports

21          their point of view, politically.

22          That's the difference between them and

23          me.

24               Q.   Funnily enough, if you turn

25          to the -- keep going, you'll see
```

```
 1                    A. DERSHOWITZ
 2        there's a Tweet from Elie Honig saying,
 3        "Dershowitz --"
 4             A.   I don't know who Elie Honig
 5        is.  What page?
 6             MS. BOLGER:  Dean of the law
 7        school.
 8             It's -- I don't know what page
 9        it is on your exhibit.  I just have --
10             MR. SCHWEIKERT:  6 of 22.
11             MS. BOLGER:  6 of 22.
12             MR. SCHWEIKERT:  Joyce Vance.
13        Elie Honig.
14             MS. BOLGER:  No.
15             Elie Honig.
16             Q.   It says, "Dershowitz has
17        gotten entirely too much oxygen."
18             A.   Wait a minute.
19             MR. SCHWEIKERT:  Okay.  7.2,
20        Alan.
21             THE WITNESS:  It's 7 or 6?  I
22        have 7.  Where does it --
23             MR. SCHWEIKERT:  Upper
24        left-hand corner, "Dershowitz has
25        gotten --"
```

```
 1                    A. DERSHOWITZ

 2              THE WITNESS:  -- "entirely too

 3       much oxygen."

 4              MS. BOLGER:

 5          Q.   "He makes up absurd,

 6       intellectually dishonest theories.  And

 7       both sides spend much of the day

 8       arguing as if they were real."

 9              Do you see that?

10          A.   She would have said, or he

11       would have said exactly opposite if I'd

12       made the same argument for Clinton.

13          Q.   Okay.  You can put that

14       aside.

15          A.   That's not aside.  That's

16       the key.

17          Q.   No.  I meant the article.

18       You could put it aside.

19          A.   Oh, okay.  Gotcha.

20          Q.   Okay.

21              The next argument is The

22       New York Times article published on

23       January 30th.

24          A.   Where is that?  I don't

25       think I have that.
```

```
 1                    A. DERSHOWITZ
 2          Q.    Excuse me do you have it?
 3          A.    This one?
 4          Q.    That's the one.
 5          A.    Okay, it got it.   Yeah.
 6          Q.    Mr. Dershowitz?
 7          A.    Yeah.
 8              MS. BOLGER:  I think you may
 9      be interfering your microphone.
10              THE VIDEOGRAPHER:  No.  The
11      backdrop.
12              MS. BOLGER:  Backdrop.
13              THE WITNESS:  Oh, I'm sorry.
14              THE VIDEOGRAPHER:  He needs to
15      move it.
16              MS. BOLGER:  Although that
17      would have been funnier.
18          Q.    All right.
19               "Trump lawyer's impeachment
20      arguments stokes fears of unfettered
21      power."
22          A.    Yeah.
23          Q.    "An argument by one of
24      president's lawyers, Alan M. Dershowitz
25      prompted a backlash.  He says he was
```

```
 1                      A. DERSHOWITZ
 2        misrepresented," right?
 3              A.    Yeah.  Okay.  He was.
 4              Q.    And I think this is the
 5        argu- -- This is the Charlie Savage
 6        article published on January 30th.  And
 7        I think this is the article you were
 8        referring to, where you said you felt
 9        that The New York Times got it right,
10        for lack of a better term.
11              A.    Well, let me see if this is
12        the article.
13                    "At least one part of
14        Mr. Dershowitz's self-defense seemed
15        accurate.  Some Democratic senators and
16        other critics accused him of suggesting
17        that even Nixon was not impeachable,
18        despite clear crimes.  But that
19        accusation is incompatible with
20        Mr. Dershowitz's main argument that an
21        impeachable high crime and misdemeanor
22        requires and indictable offense."
23        Yeah, they got it right.
24              Q.    This is the article I think
25        you think got it right, right?
```

```
 1                    A. DERSHOWITZ

 2          A.    Yeah.

 3          Q.    Okay.

 4                But you'll notice two

 5      paragraphs down from that, it says,

 6      "But the context of Mr. Dershowitz --"

 7          A.    Wait, "the context," yeah.

 8          Q.    -- "of Mr. Dershowitz's

 9      view that abuse of power, absent an

10      indictable crime is not impeachable,

11      provides a guide for sorting through

12      his inflammatory remarks, which were

13      muddled in places."

14                Do you see that?

15          A.    That's an opinion.  I don't

16      think it was muddled.  I think it was

17      clear.

18          Q.    "Mr. Dershowitz made his

19      remark in response to a question posed

20      by a Republican senator about whether

21      quid pro quos are routine in foreign

22      policy.

23                "The President's defense

24      team has repeatedly pointed out that

25      administrations commonly withhold
```

```
 1                    A. DERSHOWITZ

 2          assistance as leverage to induce

 3          another company to take some step --"

 4                A.     That's true.

 5                Q.     "The talking point elides

 6          the distinction between a president who

 7          is trying to achieve some public policy

 8          goal and one who is trying to obtain a

 9          personal benefit.

10                      "In his answer,

11          Mr. Dershowitz appeared to be

12          attempting to rebut that objection,

13          including by arguing that a president

14          may have more than one motivation for

15          acting."

16                A.     That's actually accurate.

17          I that wish CNN had just copied this.

18                Q.     Then three paragraph down.

19          You'll see, "But as he riffed,

20          Mr. Dershowitz went further than merely

21          observing that presidents routinely

22          think about public opinion, that is

23          voter sentiments -- as well as the

24          public good when they weigh potential

25          actions.
```

```
 1              A. DERSHOWITZ
 2              "He also collapsed any
 3      distinctions between those motives by
 4      saying that politicians often
 5      justifiably believe that their
 6      reelection would serve the public
 7      interest.  That part of his remarks
 8      went lawful -- went viral."
 9          A.    Well, that's perfectly
10      accurate.  If that's what CNN had put
11      on, that would be fine.
12              If CNN had even said:
13      Dershowitz's remarks were muddled and
14      confusing, I would not have sued, but
15      CNN didn't say that.
16              They said:  His remarks are
17      clear and precise, and the Dershowitz
18      Doctrine says that a president can
19      commit any crime and be like Hitler,
20      Mussolini or Stalin.  They didn't say
21      it was muddled.  They didn't say it was
22      confusing.  They didn't say it was
23      ambiguous.
24              Your witnesses in
25      depositions said those things, but not
```

```
 1                    A. DERSHOWITZ
 2         on the air.  And you said that, in
 3         questioning me, but not on the air.  On
 4         the air, it was clear, crystal clear:
 5         Hitler, Mussolini, Stalin, crimes.  You
 6         can commit any crimes, it doesn't
 7         matter.  That's what CNN said.  None of
 8         this supports that.
 9              Q.   Okay.
10                   I'm not suggesting this can
11         support it.  It was published
12         afterwards.
13              A.   Yeah.
14              Q.   But let's take a looked the
15         final document, the "United States
16         Senate."
17              A.   Do I have that?
18              Q.   The final document in that
19         pile.
20              A.   I don't know that I got a
21         third document.
22              Q.   Wasn't there a final
23         document?
24              A.   "United States Senate," I
25         got it.  I'm sorry.
```

```
 1                A. DERSHOWITZ
 2         Q.    This is a letter dated
 3    January 31st, 2020, to the United
 4    States Senate.
 5              "The signatories of this
 6    letter are professors of law and
 7    scholars of American Constitution, who
 8    write to clarify that impeachment does
 9    not require proof of crime, that abuse
10    of power is an impeachable offense --"
11         A.    Right.
12         Q.    -- "and that a president
13    may not abuse the powers of his office
14    to secure reelection, what ever he may
15    believe about how beneficial his
16    continuance in power is to the
17    country."
18              Do you see that?
19         A.    Yes.  And 90 percent of
20    these letters -- these arguments --
21    professors would have made exactly the
22    exact opposite argument if Hillary
23    Clinton had been impeached.  Ev- --
24    90 percent would make that exact
25    argument.  I could tell you for sure
```

```
 1                   A. DERSHOWITZ
 2          that Bowman would have, that Tribe
 3          would have.  I mean, the people I know
 4          are -- They're willing to make one
 5          argument for one person and another
 6          argument for another person.  That's
 7          exactly what the Bible says we
 8          shouldn't do.
 9                   Lo tech -- Do not recognize
10          faces.
11               Q.   The third page of the
12          exhibit, which is the getting near the
13          end of the letter --
14               A.   Yeah.
15               Q.   It says, "However, if a
16          president employs his powers in a way
17          that cannot be reasonably explained
18          except as a means of promoting his own
19          re-election, the president's private
20          conviction that his maintenance of
21          power is for the greater good does
22          not --"
23               A.   You'll have to show me
24          that.  You'll have to show me that.
25               Q.   Third page.
```

```
 1                    A. DERSHOWITZ

 2          A.    Yeah.

 3          Q.    At the end of the graph

 4     that begins "finally."

 5          A.    Yeah.  So I'll just read

 6     that.

 7          Q.    "Finally one of

 8     President Trump's attorneys has

 9     suggested --"  You with me?

10          A.    Yeah.

11          Q.    -- "so long as a president

12     believes that his re-election is in the

13     public interest, if a president did

14     something that he believes will help

15     get him elected in the public interest

16     that cannot be the kind of quid pro quo

17     that results in his impeachment.  It is

18     true that merely because a president

19     makes a policy choice he believes will

20     have beneficial political affects that

21     choice is not necessarily impeachable."

22          A.    That's what I said.

23          Q.    "However, if a president

24     employs his powers in a way that cannot

25     be reasonably explained except as a
```

```
 1                    A. DERSHOWITZ

 2          means of promoting his own re-election,

 3          the president's private conviction that

 4          his maintenance of power is for the

 5          greater good does not insulate him from

 6          impeachment.  To accept such a view

 7          would be to give the president carte

 8          blanch corrupt American electoral

 9          democracy."

10                    Do you see that?

11          A.    Yeah.

12          Q.    Okay.

13          A.    That's just wrong.  I don't

14     care if there're 500, 1,000 or 10,000

15     people.  If a president employs his

16     powers that -- in a way that can only

17     be explained as a means of promoting

18     his own re-election, that is not an

19     impeachable offense.

20                    I don't care if 10,000

21     people say that.  I'm the one who read

22     the debates.  I'm the one who listened

23     to Curtis.  I'm the one who went back

24     and did all the research.  These are

25     folks who'll just sign any letter put
```

```
 1                    A. DERSHOWITZ
 2          in front of them if the letter hurts
 3          Trump and helps their political side,
 4          so I give no weight whatsoever to this.
 5               Q.    So there's five people who
 6          signed it on the front page, and then
 7          there's, one, two, three, four.
 8               A.    It doesn't matter.  You can
 9          count them.  There could be 10,000.
10               Q.    Five, six, seven, eight.
11               A.    Yeah.
12               Q.    Nine, ten, 11, 12, 13, 14,
13          15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
14          and a half columns of names of --
15               A.    I'm surprised there
16          aren't --
17               Q.    Law professors throughout
18          the United States.
19               A.    I'm surprised there aren't
20          more.  Professor who doesn't sign this
21          letter is generally at risk.  The
22          interesting thing is who didn't sign
23          this letter.  And there are a few
24          courageous people in academia who don't
25          go along with the Tribe-led crowd.  But
```

```
 1                    A. DERSHOWITZ

 2       those are not the ones who are off this

 3       letter, so --

 4            Q.    Okay.

 5            A.    They're just wrong.  If

 6       they think that this Constitution --

 7       maybe an ideal Constitution.  This

 8       constitution does not permit the

 9       impeachment of a president who makes a

10       policy decision purely to help his

11       re-election.

12                 If President Biden made a

13       policy decision to allow all the kids

14       who borrowed money not to give their

15       money back, and there were a tape

16       recording of him saying, I'm doing this

17       because it will help me get the young

18       vote.  Not impeachable.  No matter what

19       all these people say.  It's not

20       impeachable.

21                 You can make it impeachable

22       if you amend the Constitution, but

23       these folks are not willing to debate

24       me --

25            Q.    Nonetheless, they felt they
```

```
 1                  A. DERSHOWITZ
 2      wanted -- They felt strongly enough
 3      about what you said on the floor of the
 4      Senate that they wrote and signed a
 5      letter and gave it to the United States
 6      Senate, correct?
 7             A.    They would have written
 8      that letter to anybody who had anything
 9      that would help Trump.  That's the
10      point.  The point is, if I had made
11      exactly the same arguments --
12                  If it were Biden and Biden
13      were being impeached because they have
14      a tape recording of him saying, I'm
15      signing this legislation about
16      remitting college debt because I really
17      think that will help me win the
18      election, that would not be an
19      impeachable offense.
20             Q.    Okay.  How did you respond
21      to CNN's --
22                  First of all, how did you
23      first hear -- learn of CNN's reporting?
24             A.    People just called me off
25      the -- My phone wouldn't stop ringing,
```

```
 1                    A. DERSHOWITZ
 2        and they would all just watch CNN.
 3             Q.    Where were you?
 4             A.    I think I was back in
 5        Florida.  I was either -- I was in one
 6        of three places.  I was either in --
 7        Well, I think -- Well, it depends on
 8        when.
 9             Q.    Well, that's my question.
10             A.    Okay.
11             Q.    Where were you when you
12        first heard about the CNN reporting on
13        your story -- on your speech?
14             A.    Probably in New York.  I'm
15        not positive.  Either in New York or in
16        Washington or in transit.
17             Q.    Mr. Dershowitz, you want to
18        jury to believe that you got damaged to
19        the tune of $300 million, and you can't
20        remember where you were when you heard
21        the defamatory statements?  Come on.
22             MR. SCHWEIKERT:  Object to
23        form.
24             THE WITNESS:
25             A.    I can tell you that I
```

```
 1                    A. DERSHOWITZ
 2       didn't hear directly on CNN at first.
 3       I heard it from many people who called
 4       me.  I then went back and saw the
 5       tapes.  I may have been in transit when
 6       that happened; I'm not sure.  I may or
 7       may not have been in transit.
 8                 So the speech was on 2:00
 9       on Wednesday.  I think I took the Acela
10       back to New York that afternoon, but I
11       can check on that.
12            Q.    Who called you?
13            A.    Lots of people.  I just
14       don't remember names.
15            Q.    Name one.
16            A.    Lots of people called my
17       wife.  Lots of people.  Just --
18            Q.    Sure.  Name one.
19            A.    You'll have to ask my wife,
20       she'll remember.  But I don't remember
21       who called me, but lots of people
22       called me, and lots of people told me
23       about it.
24            Q.    Who?
25            A.    I think virtually all of my
```

```
 1                    A. DERSHOWITZ
 2          friends, one way or another,
 3          communicated with me.
 4               Q.    Who?
 5               A.    Okay.
 6               Q.    And you're under oath, so
 7          you can't guess.  You got to tell me
 8          who they are.
 9               A.    Well, if you ask me -- If I
10          can't guess, then I can't say.  I'm not
11          sure.  I think I know who, but if you
12          told me I can't do anything other than
13          with absolute certainty, I will check.
14          But right now, I can't give you
15          anything more than a general statement
16          that lots of people called me.  But you
17          know --
18                    You saw these Tweets and
19          these emails.  Obviously, people were
20          talking about it.  Obviously, they
21          called me.
22               Q.    Those Tweets were before
23          you -- before CNN.
24               A.    Some before, some after.
25               Q.    No.  I didn't show you any
```

```
1                    A. DERSHOWITZ
2        Tweets after.  I only showed you Tweets
3        before.
4               A.   You showed me articles
5        after.
6               Q.   I showed you articles
7        after, but I didn't show you any Tweets
8        after.
9               A.   Okay.  We'll look it up and
10       find some.
11              Q.   Okay.
12                   But you responded by
13       Tweeting, right?
14              A.   No.
15              Q.   You responded by causing
16       your agents to Tweet?
17              A.   No.  I responded by talking
18       to people on the phone.
19              Q.   Sorry.  Do you deny that
20       you Tweeted a response to CNN's
21       reporting?
22              A.   I'm sure I Tweeted, but
23       that's not the way I responded.  I
24       responded in every possible way I
25       could, probably including Tweets.  I
```

```
 1                    A. DERSHOWITZ

 2        don't have my Tweet password.  So in

 3        order for me to Tweet, I either have to

 4        call my wife or my assistant.

 5              Q.    Did you draft the Tweet --

 6        Do you draft the Tweets --

 7              A.    I don't -- If you show me

 8        the Tweet, I'll tell you if I drafted

 9        it.

10              Q.    Okay.

11              MS. BOLGER:  I'm going to ask

12        the court reporter to mark

13        Exhibit 47 -- 46, your Twitter feed,

14        and Mr. Dershowitz, to make this

15        easier, I'm going to fold the exhibit

16        to where the Tweet is.  You can look at

17        the whole thing, but I'm going to just

18        fold it to the relevant Tweets to make

19        it easier.

20              THE WITNESS:  Yeah.

21              I saw some bad news that Ken

22        Starr just died.

23              MR. SCHWEIKERT:  Who is he?

24              THE WITNESS:  He was a good

25        friend.
```

```
 1                    A. DERSHOWITZ

 2      (Whereupon,  an  email  chain  was  marked  as

 3   Exhibit  46  for  identification,  as  of  September

 4   13th, 2022.)

 5                 THE VIDEOGRAPHER:  We're going

 6        off the record.  The time is 5:01 p.m.

 7      (Whereupon, a short recess was taken.)

 8                 THE VIDEOGRAPHER:  We are back

 9        on the record.  The time is 5:19.

10                 MS. BOLGER:  Did I mark the

11        Exhibit?

12                 THE WITNESS:  Any chance we

13        could finish in time for -- I don't

14        know if we talk fast.

15                 MS. BOLGER:  I'll try.

16                 THE WITNESS:  Okay.

17                 MS. BOLGER:  I believe I

18        handed -- You got handed Exhibit 43 --

19        46, which is Tweets?

20                 THE WITNESS:  Which is what?

21                 MS. BOLGER:  The Tweets that

22        you tweeted on January 20th.

23                 THE WITNESS:

24           A.    Yeah.

25                 MS. BOLGER:
```

```
 1                      A. DERSHOWITZ
 2              Q.    And I opened it to the
 3      relevant Tweet, but I have only one
 4      question about them.
 5              A.    Yeah.
 6              Q.    So first of all, they're on
 7      your Twitter feed for the world to see.
 8      As you sit here today, you have no
 9      reason to believe that they weren't
10      authored by you or someone acting on
11      your behalf, correct?
12              A.    I would have said
13      immediately, except that I got an email
14      today from the 11th circuit, saying
15      that somebody had filed a complaint
16      against the Judge with my signature on
17      it.  And it wasn't me, so I got to be a
18      little skeptical, but I assume this was
19      all me.
20              Q.    So if you -- On the page
21      that it should be open to --
22              A.    Yeah.
23              Q.    -- the -- Where's my
24      glasses?  The top Tweet on the page is
25      my point.
```

```
 1                      A. DERSHOWITZ

 2            A.    Yeah, I got that.

 3            Q.    So skip down to one, two,

 4       three.  It says.

 5                  "Taking advantage of the

 6       fact that most of their viewers didn't

 7       actually hear the Senate Q & A, CNN,

 8       MSNBC and some other media willfully

 9       distorted my answers.  More to come."

10                  Do you see that?

11            A.    Yeah.

12            Q.    Then there's a long string

13       of Tweets above that.  I don't think

14       it's worth wasting our time to talk

15       about it right now because they exist.

16            A.    Sure.

17            Q.    So do you have any reason

18       to doubt that you wrote them?

19            A.    No.

20            Q.    Okay.  You mentioned MSNBC

21       here.  You see that?

22            A.    Yeah.

23            Q.    You didn't sue MSNBC?

24            A.    No.

25                  Because they didn't come up
```

```
 1                     A. DERSHOWITZ
 2         with -- They didn't use Hitler, Stalin
 3         and Mussolini.  They didn't come up
 4         with the phoney concept of Dershowitz
 5         Doctrine.  They didn't say as
 6         maliciously and mendaciously that I
 7         could -- that I said they could commit
 8         any crime in the world.  They were bad,
 9         and you guys were much, much worse.
10              Q.   Okay.  You can set that
11         aside.
12                   You also wrote an Op Ed
13         that was published on The Hill, talking
14         about how badly CNN mischaracterized
15         your argument, correct?
16              A.   That's right.
17              Q.   Okay.
18              A.   And I think I also included
19         it in my book, maybe.
20              Q.   It is in your book.  The
21         name of the Op Ed was, "I never said
22         president could do anything to get
23         re-elected."
24              A.   That's true.
25              Q.   The Hill January 30th,
```

```
1                    A. DERSHOWITZ

2          2020, right?

3                 A.    Yeah.

4                 Q.    I will tell you that --

5                 A.    January --

6                 Q.    -- 30th, 2020?

7                 A.    Yeah.

8                 Q.    Will tell you that that Op

9          Ed does not use CNN -- does not address

10         CNN by name.

11                A.    Okay.

12                Q.    It just generally discusses

13         the media.

14                A.    Well, I was trying to

15         respond to everything that was being

16         said at the time.  It's different than

17         a lawsuit.

18                Q.    And lots of people were

19         saying things that were critical of you

20         at the time.

21                A.    Lots of people saying it.

22         Particularly, those who had seen CNN

23         and people who didn't like the fact

24         that I was defending Trump, yes, a lot

25         of people were saying it.  Doesn't make
```

```
 1                     A. DERSHOWITZ

 2        it right.

 3                Q.    Okay.

 4                      In the Op Ed, you

 5        discuss -- You summarize your argument

 6        on the floor of the Senate.  Rather

 7        than take the time to look at it now,

 8        do you remember it well enough to tell

 9        me whether you think you accurately

10        summarized your argument?

11                A.    Can you just show me that

12        page and I'll be happy to look at it.

13                Q.    157.

14                A.    157.  I can tell you right

15        now that a summary in an Op Ed,

16        particularly one that's going to be

17        edited, is not going to capture all the

18        nuance.

19                Q.    In fact, it's quite

20        difficult to summarize; isn't it?

21                A.    It's very -- quite -- Well,

22        no.  It's not difficult to summarize.

23        It's difficult to get all the nuances.

24        It's very easy not to say that

25        Dershowitz said that the president can
```

```
                        A. DERSHOWITZ
 1
 2      do anything, including commit crimes.
 3      That's easy to say.  That's not hard to
 4      say, yeah.
 5              Q.    Were you looking at it?
 6              A.    I'm looking at it now.  I
 7      see.  Yeah, okay.  What --
 8                    Do you have any questions
 9      based on it?
10              Q.    I asked you if it was -- if
11      you felt it correctly characterized you
12      argument?
13              A.    I would have to read the
14      whole thing.  I would think that it
15      generally does.  But unless I read it
16      very carefully -- and that would take
17      too much time -- I couldn't give you an
18      absolutely certain answer.  But I think
19      it probably summarizes it accurately.
20      It's my own words.
21              Q.    Do you have any reason to
22      believe that it's inaccurate?
23              A.    No.
24              Q.    In addition to publishing
25      the Op Ed, you actually published this
```

```
 1                    A. DERSHOWITZ
 2       book, Defending the Constitution?
 3             A.    I did, yes.
 4             Q.    I noticed that the
 5       commentators on this book are Senator
 6       Cruz and Senator Emhoff, right?
 7             A.    No.  More.  There are more.
 8             Q.    And the north -- No,
 9       actually -- Oh, Frank Hill from North
10       State Journal?
11             A.    Yeah.
12             Q.    But I don't think he's
13       actually -- Well, any way, okay.  Frank
14       Hill from North State Journal.  Okay.
15                   Why did you publish the
16       book?
17             A.    I wanted the public record
18       of what I had actually said, rather
19       than what CNN said I said.
20             Q.    Okay.
21                   Was the book actually
22       published in response to media
23       criticism, or was the book -- Would you
24       have published the book any way?
25             A.    I don't know.  I can't be
```

```
1                     A. DERSHOWITZ

2        sure.  I -- Clearly a factor was the

3        CNN misinterpretation, and that's why

4        two of the essays in the back deal with

5        that, and I think in the introduction I

6        deal with it.  That clearly was an

7        impetus, perhaps not to only one.

8                     I'm very proud of the

9        speech I gave in front of the Senate.

10       And I really want that to become part

11       of my legacy and part of history.  I

12       don't think changed very many words in

13       it, and I wanted it to be out there.

14            Q.    Okay.

15                  You also went on CNN, not

16       once but twice, to discuss what you

17       believed was CNN mischaracterization of

18       your argument, right?

19            A.    I remember the time with

20       Chris Cuomo.  Tell me what the other

21       one was.

22            Q.    You also went on with Wolf

23       Blitzer.

24            A.    Wolf Blitzer.  Those are

25       two CNN people that I generally trust.
```

A. DERSHOWITZ

1

2          Q.     Okay.

3                 MS. BOLGER:  In fact, I will

4          ask the court reporter to mark as

5          Exhibit 47 an email exchange between

6          you and Mr. Blitzer.

7          (Whereupon, Dershowitz, Blitzer Email chain,

8    Bates number 1065 was marked as Exhibit 47 for

9    identification, as of September 13th, 2022.)

10                THE WITNESS:  Mr. Blitzer.

11         But I was also scheduled to go on

12         Smerconish.

13                MS. BOLGER:  I'm sorry.  It's

14         given the Bates number 1065.

15                Okay.  We play a game in my

16         family, Mr. Dershowitz, where we try to

17         name the King in England based on the

18         year.

19                THE WITNESS:  I'm sorry, say

20         that again.

21                MS. BOLGER:  I said, in my

22         family we play a game where we try to

23         guess the King of England based on the

24         year.  If it's a four-digit year, but

25         in this case, there would have been no

```
                    A. DERSHOWITZ
 1
 2      King of England, so this document
 3      really let's me down.  Just in case
 4      you're wondering.
 5              THE WITNESS:  Doesn't
 6      everything?  I sat four rows in back of
 7      the Queen of England on the 750th
 8      anniversary of Magna Carta.
 9              MS. BOLGER:  I have strong
10      opinions about Magna Carta, actually,
11      Mr. Dershowitz, but not relevant to
12      this deposition.
13          Q.    Okay.  Document 1065,
14      you'll see the bottom email, which is
15      the first email you sent.
16          A.    Yeah.
17          Q.    "Dear Wolf, you and your
18      guest are completely mischaracterizing
19      my argument.  See Hill."
20          A.    Right.
21          Q.    "Please give me a quick
22      phone interview to correct the
23      record" -- and it gives your number --
24      "It's just not fear."
25          A.    Fair.
```

```
1                    A. DERSHOWITZ
2           Q.    Right, I think you meant
3      fair -- "to keep repeating false
4      information about what my argument is."
5           A.    Yeah.
6           Q.    And he responded.
7                 "Thanks Alan, I was on air
8      when this email arrived.  Can you join
9      me during this 6:30 dinner break?  I
10     would have Toobin join us on the
11     conversation.  What do you think?
12     Wolf."
13                 You respond:
14                 "I can do that time, but I
15     think I should be alone for an
16     interview.  Toobin, Lockheart, and
17     every other pundit have attacked and
18     mischaracterized my views all night and
19     day.  I need an opportunity to set the
20     record straight.  You ask me hard
21     questions.  Please advise."
22                 And he responded:
23                 "Thanks Alan, I certainly
24     understand your position, but I
25     strongly believe it would be much
```

```
 1                    A. DERSHOWITZ

 2         better if I -- much better interview if

 3         I include Toobin in the conversation.

 4         I want a very smart and important

 5         discussion with you and Jeffrey.  The

 6         viewers will get a strong understanding

 7         of where exactly you stand.  This will

 8         be smart.  Okay?"

 9                    And you respond:

10                    "Can we have two segments:

11         The first with me alone to explain my

12         position then bring Toobin to critique

13         me.  I just need to respond to the

14         barrage of mischaracterizations over

15         past many hours.  Okay?"

16                    There's no subsequent

17         conversation.  But in fact, you did go

18         on Wolf Blitzer's show that night, and

19         you did debate Jeff Toobin.  And in

20         fact, you were on for about

21         ten minutes, right?

22              A.    I don't remember.

23              Q.    Okay.

24                    And no one told you what to

25         say, right?
```

```
 1                    A. DERSHOWITZ
 2            A.    Nobody ever tells me what
 3      to say.
 4            Q.    And nobody limited what you
 5      could say?
 6            A.    The time limits.
 7            Q.    But other than time limits,
 8      no one told you or stopped you from
 9      saying whatever you wanted, right?
10            A.    No.
11            Q.    Okay.
12                  You were free to say
13      whatever you wanted about CNN in
14      rebuttal to what they had said about
15      your argument?
16            A.    That's fair.
17            Q.    What?
18            A.    That's a fair statement.
19      But I was not allowed to be on
20      Smerconish, where I would have also
21      wanted to say what I wanted to say, but
22      I was canceled by the higher-ups.
23            Q.    But you also -- You did go
24      on Chris Cuomo?
25            A.    Yes.
```

```
1                      A. DERSHOWITZ

2             Q.    And you went on Chris

3        Cuomo's show on January 31st, so the

4        next day, right?

5             A.    Yeah.

6             Q.    And you were on his show

7        for 20 minutes.

8             A.    That's right, yeah.

9             Q.    And you were allowed to say

10       whatever you wanted to say about CNN

11       during that time, right?

12            A.    That was a very fair

13       interview, yeah.

14            Q.    Right.

15                  And you were allowed to say

16       that you thought CNN was totally

17       misstating everything you said, and

18       Chris -- no one at Chris Cuomo or CNN

19       stopped you from saying it, correct?

20            A.    They couldn't have stopped

21       me from saying it.  I wouldn't have

22       gone on if they would try to stop me

23       from saying it, but they didn't.

24            Q.    But they did not try to

25       stop you from saying it?
```

```
1                    A. DERSHOWITZ

2           A.    No.

3           Q.    Okay.  Now you have

4      mentioned --

5           A.    But I tried to get on

6      Smerconish, and they canceled me.

7           Q.    Right.

8              MS. BOLGER:  Let's mark as

9      Exhibit 48 an email exchange between

10      you and a woman named Carina Lamb?

11              THE WITNESS:  Yeah, that's who

12      it was, yeah.

13      (Whereupon, Dershowitz, Lamb  Email    chain,

14    Bates number 60336, January  31,  2020,  was  marked

15    as  Exhibit  48   for   identification,   as   of

16    September 13th, 2022.)

17              MS. BOLGER:  Okay.  For the

18      record, this is an email exchange

19      produced with the Bates number 60336?

20              THE WITNESS:  Yes.  Yup.

21           MS. BOLGER:

22           Q.    And it's an email exchange

23      between Corinna Lamb and Professor

24      Dershowitz, January 31st --

25           A.    Yeah.
```

```
 1                    A. DERSHOWITZ
 2          Q.    -- at 11 a.m.  So 24 hours
 3     in advance.  It says.
 4               "Dear Professor Dershowitz,
 5     unfortunately we have to cancel
 6     tomorrow morning's 9:00 a.m. on CNN's
 7     Smerconish Show.  I'm looping in my
 8     colleague Kitty O'Keefe."
 9               You responded four minutes
10     later:  "Why?"
11               And then Corinna responded
12     20 minutes or so later:
13               "Our show is still up in
14     the air right now, and we have to stay
15     fluid.  There is a chance our program
16     might be bumped again because of
17     special coverage.  If anything changes,
18     I will let you know."
19               Do you see that?
20          A.    Yes.
21          Q.    Now it doesn't say anything
22     there that you've been banned from CNN.
23          A.    Of course not.
24          Q.    So why do you think you
25     were banned from CNN?
```

```
 1                    A. DERSHOWITZ
 2            A.    She told me.  She was very
 3       apologetic.  I don't know whether there
 4       were tears in her eyes or not, but
 5       there were certainly tears in her
 6       voice, saying that neither he --
 7       neither she nor Smerconish wanted to
 8       cancel me, but they had no choice.  The
 9       order came from above.
10            Q.    From whom?
11            A.    They didn't tell me.
12            Q.    Okay.
13                  Did you have any
14       conversations with anyone else at CNN
15       ever that led you to believe that there
16       was some order that came from above
17       that you were not allowed on CNN?
18            A.    Yes.
19            Q.    Who?
20            A.    Chris.
21            Q.    What did Chris Cuomo say to
22       you?
23            A.    I think -- I can't -- I
24       think these were his exact words:  You
25       can't expect to attack my bosses and
```

```
 1                    A. DERSHOWITZ

 2        for them to invite you back.  I think

 3        those were his exact words.  You can't

 4        expect to attack my bosses and expect

 5        them to invite you back.

 6                    You're not.

 7             Q.    That's not quite the same

 8        thing as what I said.

 9                    Did he say, I am banned

10        from putting you on the air?

11             A.    No, not him.  CNN.  I had

12        asked him to go on the air, and he

13        couldn't do it any more.  He had put

14        me -- I was on his show all the time.

15        It's not a coincidence that after my

16        first interview, and after my criticism

17        of CNN that I never was asked to go

18        back again -- as far as I can remember,

19        maybe I was asked to go.

20             Q.    But you were asked to go

21        back to CNN?

22             A.    When?

23             Q.    Just the next couple days.

24             A.    Well, it was after that

25        that I had had the conversation.  It
```

```
 1                   A. DERSHOWITZ

 2       was after I was no longer -- There

 3       was -- It really fell into three

 4       categories.

 5                    The first category was I

 6       was a regular guest.  I mean, I was in

 7       the green room frequently -- hair and

 8       make up people knew me.  I mean, I was

 9       there all the time.  The Toobin

10       Dershowitz show was very popular.

11                    Then there came a time I

12       was only asked to come on because I was

13       perceived to be a lawyer for, or a

14       defender of, Donald Trump.

15                    And then the -- there are

16       four categories.  And then the third

17       category was two or three times when I

18       was allowed on to defend what I had

19       said.  And then total stop, never

20       again.

21            Q.    Okay.

22                 MS. BOLGER:  I'm going to ask

23       court reporter to mark as Exhibit 49 --

24                 THE WITNESS:  When's the last

25       time I was on?
```

```
 1                      A. DERSHOWITZ
 2                 MS. BOLGER:  An email exchange
 3           between Valerie Champagne and you.
 4                 THE WITNESS:  Okay.
 5                 MS. BOLGER:  Regarding -- and
 6           Kerry Rubin so it's got a lot of people
 7           in it, regarding your appearance on CNN
 8           on February 12th.
 9                 THE WITNESS:  Okay.  Who is
10            this?
11          (Whereupon, Email re  Dershowitz  February  12,
12      2021 CNN appearance, Bates number 45495  was  marked
13      as  Exhibit  49   for   identification,   as   of
14      September 13th, 2022.)
15                 THE WITNESS:  Who is the
16            person.
17                 MS. BOLGER:  She can't.
18                 THE WITNESS:  I'm sorry.
19                 MR. SCHWEIKERT:  Thank you.
20                 MS. BOLGER:  Okay.
21                 THE WITNESS:  Bottom up.
22                 MS. BOLGER:  For the record
23           this is email, given the Bates number
24            45495.  The first email in the string
25            is actually from February 12th at 11:30
```

```
 1                    A. DERSHOWITZ
 2        a.m.
 3              Q.    And it says, "Terrific.
 4        Our ops director Brooke Turnbull was
 5        just in touch, and we are --"
 6              A.    Wait.  Wait.  Wait.  Where
 7        are we now?
 8              Q.    The very -- the back.  The
 9        very first email.
10              A.    Right.  The back.
11              Q.    Right.  The very first
12        email.
13              A.    Yeah.
14              Q.    February 12th, 11:30 a.m.
15                    "Terrific, our Ops Director
16        Brooke Turnbull was just in touch and
17        we are confirmed to use your home
18        studio for the interview tonight with
19        Anderson Cooper on with Jeff Toobin."
20              A.    Mh-hm.
21              Q.    Okay.
22                    And then you see there's a
23        followup email on February 12th, at
24        3:10 from Elise Miller saying:
25                    "We're so glad you can join
```

```
 1                    A. DERSHOWITZ

 2        us tonight with Jeff Toobin.  We will

 3        confirm hit time in the 8:00 p.m. hour

 4        as soon as we have it.  The topic is

 5        DOJ, Roger Stone, should POTUS

 6        intervene?  Et cetera.  Let us know if

 7        you have any questions."

 8                    And then you respond:

 9        "Please show my book Guilt by

10        Accusation.  Please confirm."

11                    And Kerry responds:

12                    "Hello, sir.  We would

13        prefer to show one of book covers that

14        is more connected to the themes of the

15        segment.  The Case Against Impeaching

16        Trump or The New Forward to the

17        Constitution."

18                    And then you respond:

19                    "I have a new book out

20        today on Kindle and SoundCloud, it's

21        entitled, Defending the Constitution,

22        and it contains my speech to the

23        Senate.  I will the send you a photo."

24                    And Kerry Rubin says,

25        "Terrific we will use it."
```

```
                        A. DERSHOWITZ

 1

 2                      Do you see that?

 3          A.    Yes, yup.

 4          Q.    And that's this book,

 5     right?  Defending the Constitution?

 6          A.    Yes.

 7          Q.    The one where you say they

 8     got it all wrong?

 9          A.    That's right.

10          Q.    Okay.

11                So, on February 12th, CNN

12     was showing -- was promoting the book

13     Defending the Constitution, right?

14          A.    Yes.

15          Q.    Okay.

16                And then you'll see the

17     final email in the string says.

18                "Professor Dershowitz,

19     Thank you for joining Anderson and Jeff

20     Toobin this evening.  I don't think you

21     heard them because your ear piece was

22     already off.  But they both said their

23     thanks after the interview as well --"

24          A.    Right.

25          Q.    -- "Here's a downloadable
```

```
 1                    A. DERSHOWITZ
 2        link to the segment."
 3                    Do you see that?
 4             A.    Yeah.  I mean, I've been
 5        friendly with Jeff and Anderson
 6        throughout.  I never had any individual
 7        problems with any of them.  But that
 8        may have been the last time I was on
 9        CNN.  And the subject was not criticism
10        of CNN, whereas the subject on
11        Smerconish where I was canceled was
12        going to be criticism of CNN and what I
13        said.
14             Q.    Well, the subject of your
15        discussion with Wolf Blitzer and Jeff
16        Toobin was criticism of CNN.
17             A.    That's right.
18             Q.    Chris Cuomo was about
19        criticism of CNN.
20             A.    Then at the same time.
21                    (Simultaneous speaking.)
22             Q.    Then when you put -- When
23        you put this image up, which is all
24        about your criticism of them, that was
25        on CNN, too.
```

```
1                    A. DERSHOWITZ

2           A.    Nobody knows that.  It's

3      just Defending the Constitution. Nobody

4      talked about the book.  It was just --

5           Q.    I thought you said you

6      didn't remember the appearance?

7           A.    I'm just telling you nobody

8      talked tab book.  I would remember if

9      they did.

10          Q.    Okay.

11          A.    I remember it now, by the

12     way.  I do remember it now.

13          Q.    Okay.

14              MS. BOLGER:  I'm going to ask

15     the court reporter to mark as

16     Exhibit 50 -- look at that, round

17     numbers -- an article published on

18     Newsmax on March 10th, 2020, with the

19     headline, "Dershowitz:  I'm thinking of

20     suing CNN for their lies."

21              THE WITNESS:  That's right.

22              MS. BOLGER:  Thank you.

23     (Whereupon,   "Dershowitz:   I'm   Thinking,"

24  article, Newsmax, March  10, 2020, was  marked  as

25  Exhibit   50   for   identification,   as   of
```

```
1                    A. DERSHOWITZ

2    September 13th, 2022.)

3    BY MS. BOLGER:

4            Q.    Okay.  On the second page

5        of the -- of the article --

6            A.    Yeah.

7            Q.     -- there was --

8                  There's a paragraph that

9        says, "Nor was this an inadvertent

10       lie --"

11           A.    Wait a second.  Yes.

12           Q.    "I am reli -- I was

13       reliably advised that the brass at CNN

14       made a deliberate, calculated" -- and

15       those words are italicized -- "decision

16       to edit the video by omitting what I

17       said before and after the words they

18       quoted for the explicit purpose of

19       misleading their viewers."

20                 Who were you -- By whom

21       were you "reliably advised that the

22       brass at CNN made a deliberate,

23       calculated decision to edit the video"?

24           A.    I'm trying to remember, but

25       somebody who used to work for CNN.  I'm
```

```
 1                    A. DERSHOWITZ

 2         trying to think -- I can't -- I'm

 3         trying to think whether I actually

 4         spoke to Jeffrey Zucker's former wife,

 5         or somebody told me what Jeffrey

 6         Zucker's former wife said, but I can

 7         tell you that the information was that

 8         Zucker made the decision.

 9              Q.    But who told you it?  You

10         say you were "reliably --"

11              A.    Yes.

12              Q.    -- "advised."

13              A.    I was "reliably advised" in

14         the sense that, the statement wasn't

15         generally that CNN had done it, but the

16         statement was that Jeffrey Zucker had

17         made the decision.

18              Q.    Who made the statement?

19              A.    I -- I'm trying to

20         remember.  It was somebody -- either I

21         spoke to Zucker's wife, or somebody who

22         had worked for CNN; or somebody else

23         spoke to Zucker's wife.  Again, I'll

24         have to see if I have any notes that

25         reflect that, but that's my best memory
```

```
 1                    A. DERSHOWITZ

 2        at this point.

 3             Q.    So you don't remember this

 4        name of the person who told you that

 5        there was a "deliberate, calculated

 6        decision to edit the video"?

 7             A.    I may have written it to my

 8        lawyer.  I have to check.  I may

 9        have --

10             Q.    I mean you --

11             A.    I can't tell you right now,

12        who the person was.  But I think the

13        source was Zucker's wife, former wife.

14        That's my current memory about that.

15             Q.    It was your conversation

16        with Zucker's wife?

17             A.    I don't remember if I had a

18        conversation or somebody I know had a

19        conversation.

20             Q.    Do you know Jeff Zucker's

21        wife?

22             A.    I do not.

23             Q.    Okay.

24             A.    I know Jeff Zucker.

25             Q.    So it's a -- This is a
```

```
 1                  A. DERSHOWITZ

 2      secondhand conversation you had?

 3           A.    It was a secondhand

 4      conversation, yes.

 5           Q.    With someone whose name you

 6      can't remember?

 7           A.    I'll try to remember it.

 8           Q.    So instead of being

 9      "reliably advised," in fact, it's s

10      secondhand source whose name you can't

11      remember?

12           A.    It --

13                MR. SCHWEIKERT:  Object to

14      form.

15           A.    It was something I believed

16      and may -- I can't get into

17      lawyer-client privileges, but I may

18      have communicated that information.

19      And I'll check on, and if it's not

20      privileged, I'll send it over.

21           Q.    So your definition of

22      reliably advised is:  I may have -- I

23      may be able to find somewhere the name

24      of a source I can't remember who was

25      secondhand, but I put in a publication
```

```
 1                A. DERSHOWITZ

 2      I am -- "I was reliably advised that

 3      the brass CNN made a deliberate,

 4      calculated decision."

 5           A.    Right.  At the time --

 6              MR. SCHWEIKERT:  Object to

 7      form.

 8           A.    -- I wrote the article, I

 9      had it clearly in my mind that the

10      source was reliable, and I believed it,

11      and --

12           Q.    But it was always

13      secondhand?

14           A.    I can't remember -- Well,

15      it was always at least secondhand.

16      Because even if it was Zucker's wife,

17      it would be secondhand.  But it may

18      have been somebody who told me about

19      that.  But I will -- I may very well

20      have written an email about it, and if

21      so I will get back to you and check.

22           Q.    Okay.

23              Then if you skip down a

24      little bit, it says:

25              "At first CNN denied I was
```

```
 1              A. DERSHOWITZ
 2        canceled for my criticism, claiming it
 3        was just a change in programming.  But
 4        eventually, several people at the
 5        network confided the truth to me:  You
 6        can't criticize CNN and expect to be on
 7        that network."
 8                   Who were those people?
 9             A.   One of them was Chris
10        Cuomo, and the other I'll try to
11        remember, but I can't remember.
12             Q.   Well, several is not two.
13             A.   There was more than one.
14             Q.   That would be two people.
15        (Simultaneous speaking.)
16             A.   There was more --
17             Q.   Several is more --
18             A.   There was 2 or three.
19             Q.   Okay.
20                   Well, who were they?
21             A.   I'm trying to remember.
22        One of them was Chris Cuomo.
23             Q.   Who else?
24             A.   I'm trying to remember.  I
25        don't know for sure, but I'll --
```

```
 1                   A. DERSHOWITZ
 2          Q.    Okay, but you wrote in this
 3     article that you published --
 4                   (Simultaneous speaking.)
 5          A.    At the time --
 6          Q.    -- saying, "Eventually
 7     several people at the network confided
 8     the truth to me."
 9          A.    Yeah.
10          Q.    But I can't remember who
11     they were?
12          A.    I can't, but I'll check on
13     it.
14          Q.    Okay.
15                   So, so far we have you've
16     "reliably advised" by a secondhand
17     source, whose name you don't
18     remember -- and may have been a
19     thirdhand source.
20                   And then we have "several
21     people" who you can't name; those are
22     your sources?
23               MR. SCHWEIKERT:  Object to
24     form.
25          A.    I told you a name, Chris
```

```
 1                   A. DERSHOWITZ
 2       Cuomo, he was one of them.  And there
 3       were others, but I'll try to get back
 4       to you, if I have --
 5                   I may have communicated
 6       these names at the time I got them, but
 7       I don't know that at this point.
 8       That's not fresh in my mind right now.
 9            Q.    Okay.
10                  Again you're seeking
11       $300 million in damages --
12                  (Simultaneous speaking.)
13            A.    Oh, wait a minute.  As far
14       as, I was canceled for criticism -- So
15       I have two sources:  One is Chris Cuomo
16       and the other is the woman who called
17       and told me.
18            Q.    Well, that says "several."
19       It doesn't say "two."
20            A.    Two.  Well, two --
21            Q.    Two is not several.
22                  And then next page you say,
23       "I could sue CNN for defamation, as
24       some have urged me to do.  They
25       maliciously --"
```

```
 1                    A. DERSHOWITZ

 2            A.    Wait.  Wait.  The next

 3     page -- Where is that?

 4            Q.    The next page.  In the

 5     third full graph.

 6            A.    "I could" -- yeah.

 7            Q.    Okay.

 8                  "They maliciously,

 9     intentionally lied about what I said

10     for the explicit purpose of defaming me

11     and misleading their viewers."

12            A.    Yeah.  I believe that as I

13     said, yeah.

14            Q.    What is -- What is the

15     defamatory statement or statements upon

16     which you base this lawsuit?

17            A.    Oh, several.  They're

18     listed, obviously, in my complaint,

19     which I don't have in front of me, but

20     the ones that are key to me is:

21                  The statement that I

22     said -- not that I may have said, not

23     that I could have said, not that I was

24     ambiguous -- but that I said:  That a

25     president could commit any crime, do
```

```
 1                      A. DERSHOWITZ
 2           anything, as long as he believes his
 3           re-election is in the public interest.
 4           That was defamatory with malice.
 5                      Second, the statement that
 6           what I said could have been said by
 7           Hitler, Stalin, Mussolini.
 8                      Third, that there was a
 9           Dershowitz Doctrine, which was that if
10           a president thinks his election is in
11           the national interest, he could do
12           anything, with no limitations, commit
13           any crimes, and do any wrongdoing,
14           including, you know, killing somebody.
15                      Those three statements were
16           willfully, deliberately false --
17           knowingly false.  And they hurt my
18           reputation enormously in my profession.
19                      My reputation had
20           previously been questioned because a
21           lot of people disagree with me because
22           of who I was representing, but this one
23           pushed it over the line.
24           Q.    Okay.
25                      MS. BOLGER:  I'm going to mark
```

```
 1                    A. DERSHOWITZ

 2        as Exhibit -- Mark, you might want to

 3        think about leaving soon, but I'm going

 4        to mark as Exhibit 51.

 5                  For the record, the fact that

 6        I just told the plaintiff's counsel to

 7        leave is going to sound really weird

 8        when we look back at this deposition

 9        transcript.  So I want to be totally

10        clear, we had a colloquy, off the

11        record, about Mark needing to meet an

12        air plane, and I was meaning that as a

13        courtesy, not an effort to get

14        Mr. Dershowitz without counsel.

15                  MR. SCHWEIKERT:  I take it as

16        a compliment that she doesn't want me

17        here because so I'm so effective.

18                  THE WITNESS:  I'm leaving with

19        him, of course.

20                  MS. BOLGER:  Right.  Do you

21        want to go off the record or do you

22        want to keep going?

23                  MR. SCHWEIKERT:  I'll just

24        sneak out.  You keep doing your thing.

25                  MS. BOLGER:  Okay.  That's
```

```
 1                    A. DERSHOWITZ

 2        fine.

 3                  MR. SCHWEIKERT:  You all right

 4        with that.

 5                  THE WITNESS:  Yeah.

 6                  MR. SCHWEIKERT:  Thanks, Alan.

 7                  MS. BOLGER:  Going to mark as

 8        Exhibit 51 -- It's actually a

 9        collection of emails between Chris

10        Cuomo and Alan Dershowitz.

11                  THE WITNESS:  Yeah.

12        (Whereupon,  Dershowitz,  Chris  Cuomo   Email

13   chain was marked as Exhibit 51  for  identification,

14   as of September 13th, 2022.)

15                  THE WITNESS:  When he leaves,

16        I'm just going to walk outside, use the

17        bathroom for a minute, just say good

18        bye to him.  That'll take two minutes,

19        three minutes.

20                  MS. BOLGER:  Why don't we do

21        that now.

22                  THE VIDEOGRAPHER:  We're going

23        off the record.  The time is 5:47 p.m.

24        (Whereupon, a short recess was taken.)

25                  THE VIDEOGRAPHER:  We're back
```

```
 1                       A. DERSHOWITZ

 2          on the record.  The time is 5:50.

 3   BY MS. BOLGER:

 4               Q.    Okay.  Mr. Dershowitz, I

 5          just put in front of you a series of

 6          emails between you and Chris Cuomo.  It

 7          may be right next -- right on the top

 8          of your --

 9               A.    I got it.  I got it.

10               Q.    Okay.

11                     There's a bunch of them

12          over a series of days.  And I want to

13          start with the very first one.

14                     You write an email to

15          him -- actually, at the very bottom of

16          this page --

17               A.    Yeah.

18               Q.    Actually no.  On

19          January 30th, the back of that first

20          page.

21               A.    The back of -- yeah.

22               Q.    It says, On January 30th

23          Chris Cuomo wrote:

24                     "Yes, but I worry have no

25          show, but we could do it in a break
```

```
 1                  A. DERSHOWITZ
 2      like McConnell ordered last night."
 3           A.    I'm not getting this.
 4           Q.    I think you've got the
 5      wrong document.
 6           A.    Okay.
 7           Q.    Put that one aside it's --
 8           A.    Thank you for joining --
 9           Q.    It's -- it's -- I'm sorry.
10           A.    Maybe it's.
11           Q.    It is that.
12           A.    Right.  I got you.  Okay.
13           Q.    So just to make sure, the
14      very first document bears the Bates
15      numbers 001049.
16           A.    Yes.
17           Q.    Okay.  And if you switch to
18      the back of that, or the second page of
19      that --
20           A.    Yeah.
21           Q.    -- which is 00150, you'll
22      see that there's an email from Chris
23      Cuomo to you on January 30th that says:
24                  "Yes, but I worry we have
25      no show.  But we can do it in a break
```

```
 1                    A. DERSHOWITZ
 2        like McConnell ordered last night.
 3        Otherwise, tomorrow would be more
 4        likely a full show.  Frankly, I want
 5        both, and I won't double-team you,"
 6        right?
 7                    So he's asking you to come
 8        on his show, right?
 9              A.    That's what it looks like,
10        yeah.
11              Q.    Okay.
12                    Then you respond on
13        February 1st?
14              A.    Which page is that, on the
15        next page?
16              Q.    It's the front page.
17              A.    Flit it over.
18              Q.    "Dear Chris, so I guess
19        I've been banned again from CNN for
20        criticizing its coverage of my Senate.
21        Answer.  Why is that not as bad as what
22        Pompeo was accused of going with NPR?"
23              A.    Yeah.
24              Q.    Okay.
25                    And above that, he
```

```
 1                    A. DERSHOWITZ
 2          responds:  "The longer you are in
 3          Trumpland --"
 4               A.    No. Oh, yeah.  I thought --
 5               Q.    Above that he says:
 6                    "The Longer you are in
 7          Trumpland, the more strained your
 8          arguments get, my friend.  You are no
 9          more a victim than your client.  You
10          are not banned.  You were never banned.
11          You have had more exposure than any
12          Trump defender in this process.  Your
13          shot at CNN was self-serving --
14          although not self-dealing like Trump --
15          and false.
16                    "I appreciate your
17          frustration, but you have never tried
18          to offer a safe harbor --" Sorry, "I
19          appreciate your frustration, but you
20          have never tried to offer safe harbor
21          to someone who has done and said as
22          much to offend and fright as many
23          Americans as Trump.  There's a price
24          for that in politics, and that's where
25          you are."
```

```
1                    A. DERSHOWITZ

2                Do you see that?

3        A.    Yeah.

4        Q.    Okay.  Then you respond:

5                "I was banned.  I was

6        scheduled on Smerconish, Car Range, Top

7        of the Show -- suddenly canceled.  It

8        obvious.  CNN doesn't like criticism.

9        How is this different from Pompeo?

10       Let's not let this become personal.

11       You've always treated me fairly.  CNN

12       not so much."

13                To which Cuomo responded:

14                "That's not banned.  That's

15       a shift to Iowa."

16                Do you see that?

17       A.    I don't know what that

18       means.

19       Q.    I do.

20                It means it's a shift to

21       covering the Iowa Caucuses?

22       A.    I didn't get that.

23       Q.    Okay.

24                So Chris Cuomo told you,

25       you weren't banned from CNN.
```

```
 1                   A. DERSHOWITZ

 2            A.    But he -- But he wasn't

 3       telling me the accurate statement.  He

 4       was working for CNN at the time.  We'll

 5       see what he says now.  That's all I'm

 6       going to say now.

 7            Q.    Well, earlier you testified

 8       that he told you that you were banned.

 9                  You testified here that

10       Chris Cuomo told you, you were banned

11       from CNN.

12            A.    I think I said that Chris

13       Cuomo -- Can you read back that

14       question?  I don't remember -- I said

15       that the woman told me --

16            Q.    No --

17            A.    I was banned.

18            Q.    You told me Chris Cuomo

19       told you, you were banned from CNN?

20            A.    What Chris Cuomo told me --

21       I think I have his exact words:  "You

22       can't" -- These are his exact:

23                  "You can't attack my bosses

24       and expect them to put you on."

25       It's --
```

```
 1                      A. DERSHOWITZ

 2                      The first part of it is

 3            "you can't attack my bosses" are the

 4            exact words.  But I don't think I said

 5            that he explicitly said I was banned.

 6            I think he said, "You can't expect" --

 7            Read back my thing, and see if I say

 8            that.

 9                 Q.   I'm not going to take the

10            time to do that, but you did say Chris

11            Cuomo said you were banned CNN.  So

12            let's clarify it.

13                 A.   What he told me -- In

14            effect, he told me that.  What he told

15            me -- When I asked him why I'm no

16            longer on, and this -- now I remember

17            occurred later.  When he said, "You

18            cannot attack my bosses," I'll never

19            for get that phrase because it was so

20            unusual.  "You cannot attack my bosses

21            and expect to be on," or something.  I

22            don't remember the last part.  But it

23            was to the effect of:  "You can't

24            attack my bosses" -- those words I

25            remember exactly -- and expect to be
```

```
 1                    A. DERSHOWITZ

 2      on, expect to be welcome, expect to be

 3      all that kind of -- something like

 4      that.  Which -- Which to me was a

 5      statement:  Of course you're banned.

 6                    It was in response to my

 7      statement:  "I'm banned."

 8                    His statement is:  "You

 9      can't expect to attack my bosses, and

10      be permitted on -- be on."

11           Q.    But Chris Cuomo here says,

12      "That's not banned"; you agree with me,

13      right?

14           A.    That's -- That's his view.

15           Q.    And he never said, "You

16      were banned," correct?

17           A.    This is February 1st.  What

18      I'm talking is weeks later.

19           Q.    In what context?

20           A.    After I was on his show --

21      because I was on CNN later.  Then for a

22      period of time I was never on.  I don't

23      remember whether my book publisher

24      tried to get me on or not, but I was

25      never on.  And I called him on the
```

```
 1                    A. DERSHOWITZ
 2      phone and asked them about it, and
 3      that's when we had that conversation.
 4                    So he confirmed, certainly
 5      in my mind, that I was banned.  And I
 6      never called him again to ask to be on
 7      the show, or Wolf Blitzer or anybody
 8      else, because I knew the reality.
 9            Q.    Okay.
10                    Why don't you take a look
11      at the last document in the stack.
12            A.    The last document in this
13      batch?
14            Q.    Yep.
15            A.    Yeah.
16            Q.    Which is dated 1/12/2021.
17            A.    January 11th, I have.
18            Q.    It starts on January 11th,
19      yes.
20            A.    Yes.
21            Q.    It's actually an email from
22      you, asking to be on.
23                    You say:
24                    "Dear Chris, I hope you and
25      your family are well.  Respectfully,
```

```
 1                    A. DERSHOWITZ
 2         you are wrong about shouting fire.  It
 3         was overruled in Brandenburg and is an
 4         apt and insulting argument.  Please
 5         read my short article about it I wrote
 6         many years ago and won the best essay
 7         award.  Down may have read it because
 8         he got it right," and it keeps going
 9         from there, but you see that, yes?
10              A.    Yes.
11              Q.    You're talking about the
12         second impeachment, yes?
13              A.    What's the date here?
14              Q.    January 11th --
15              A.    Yeah, that's right.
16              Q.    -- 2021?
17              A.    Yeah.
18              Q.    You didn't represent
19         President Trump in the second
20         impeachment, right?
21              A.    No, I refused to.
22              Q.    Did he ask you to?
23              A.    Yes.
24              Q.    Why did you refuse?
25              A.    Because I didn't want to be
```

```
 1                      A. DERSHOWITZ
 2         associated with the false claim that he
 3         had won the election, or that the
 4         election was stolen, or that Biden had
 5         lost the election.  I categorically,
 6         fundamentally disagree with that view,
 7         and I didn't want to be in any way
 8         associated with it.  And I feared that
 9         if I defended him, I don't think the
10         grounds on which he was impeached were
11         impeachable grounds.  I agreed with his
12         lawyer's point of view.
13                      And in fact, I spoke to his
14         lawyers about it.  But I did not want
15         to be in any way associated with any
16         claim that the election was stolen or
17         fraud or anything like that.
18              Q.    So you actually advised his
19         lawyers on the impeachment?
20              A.    I didn't advise them.  They
21         called me, and they asked me some
22         questions.
23              Q.    Legal questions.
24              A.    They -- There's no
25         lawyer-client privilege, so:
```

```
 1                    A. DERSHOWITZ

 2                    They asked me about whether

 3         a president can be tried after he's

 4         left office.  I had written about that,

 5         so, you know, there was -- I didn't

 6         tell them anything I hadn't already

 7         written.

 8              Q.    Okay.  Can --

 9              A.    The point I'm making is I

10         didn't believe he was properly

11         impeached the second time, but I didn't

12         want to be associated with a defense

13         that could, in any way, claim that

14         there was a stolen election.

15              Q.    Okay.

16                    If you look at the -- the

17         55834, the first page.

18              A.    Say that again.

19              Q.    The --

20              A.    This is the beginning.

21              Q.    Yeah, the beginning.

22              A.    I got you.

23              Q.    It's actually the end of

24         that exchange, right?  But it's the

25         first page of that exchange.
```

```
 1                    A. DERSHOWITZ

 2             A.    Yeah.

 3             Q.    He says, on January 12th,

 4       2021, "Enjoy the continued decay of

 5       your pedigree."

 6             A.    Wait.  "Enjoy" -- where?

 7             Q.    In the middle of the page.

 8             A.    In the middle of the page.

 9       I -- Are we on the same page?

10       Exhibit -- we're on 51.

11             Q.    The page -- The Bates

12       number is 55834?

13             A.    55 -- No, I don't have

14       that.  I have 00149.

15             Q.    Okay, the last page of the

16       exhibit.

17             A.    The last page of the

18       exhibit.

19             Q.    Right.  You're looking at

20       the back.

21             A.    Five --

22             Q.    Flip it over.

23             A.    Turn it over.

24             Q.    In other words, it's the

25       penultimate page.
```

```
 1                      A. DERSHOWITZ

 2           A.    Okay.  Yeah.

 3           Q.    He says -- So on 55334 he

 4      says, "Enjoy the continued --"

 5           A.    Woah, woah.  "Enjoy the

 6      continued decay of your pedigree"?

 7           Q.    Yes.

 8           A.    Yeah.

 9           Q.    Okay.

10           A.    And I say:  "If the decay

11      results from principle, I can deal with

12      that."

13           Q.    Okay.  I'm not sure --

14           A.    We're not talking about

15      being on a show, though.  We're

16      talking -- We're just having an

17      exchange between --

18           Q.    I got the wrong document.

19      I apologize.  If you look at the

20      document that's Bates numbered 1034,

21      which is also in this stack.

22           A.    1034.

23           Q.    Yeah, it's dated

24      February 1, 2020.

25           A.    10- I have -49, 1051, 1042.
```

```
 1                    A. DERSHOWITZ
 2       So this is getting close, 1034.
 3             Q.    That's it.  That's it.
 4             A.    Oh, -34.  Okay, yeah.
 5             Q.    Right.
 6                   You say:
 7                   "I can explain the thinking
 8       on why Hunter B is relevant either on
 9       or off the record.  Thanks for your
10       understanding.  I had your back when
11       you understandably blew up at that
12       plant."
13                   Do you see that?
14             A.    I don't understand.  Is
15       this to me?
16             Q.    No, that's to you to him.
17             A.    That's me to him?
18       "Understandably blew up at that plant"?
19       I don't even know what that means.  Do
20       you know what that means?
21             Q.    I don't.  I thought you
22       might.
23             A.    No.
24             Q.    Okay.
25             A.    It's probably a typo.
```

```
 1                    A. DERSHOWITZ
 2          Q.    Okay.  All right.  You can
 3      put that correspondence aside.
 4          A.    Okay.
 5          Q.    I'm going to ask -- This is
 6      just a -- I'm not going to ask you any
 7      questions about this document -- these
 8      documents, Mr. Dershowitz.  I just want
 9      to get them in the record, and then I
10      will ask you some questions.
11              MS. BOLGER:  This is going to
12      be I Exhibit 52, and it's a series of
13      emails produced by you in this
14      litigation.
15              THE WITNESS:  Yeah.
16              MS. BOLGER:  And --
17              THE WITNESS:  What about it?
18      Oh, I have it?
19              MS. BOLGER:  Not yet, hold on.
20              THE WITNESS:  Okay.
21      (Whereupon,  Emails  to  Dershowitz   rejecting
22  his criticism  of  CNN's  reporting  was  marked  as
23  Exhibit    52    for    identification,    as    of
24  September 13th, 2022.)
25              THE WITNESS:  At 20 to
```

```
 1                   A. DERSHOWITZ
 2       7:00 I'm going to have to take another
 3       short break.
 4                 MS. BOLGER:  We'll get you
 5       done by then.
 6                 Q.   If you look at Exhibit 52,
 7       this is actually a series of emails
 8       that you received immediately after
 9       your public -- you public statements
10       regarding CNN's mischaracterizing of
11       your argument, and they're emails from
12       individuals rejecting --
13                 A.   Yeah.
14                 Q.   -- your arguments.
15                 And we could set that
16       aside.  I'm not going to ask you about
17       that.
18                 A.   Maybe you'd be lucky to get
19       jury.
20                 Q.   I'm sorry?
21                 A.   I was saying, maybe you'll
22       be lucky and get some of these people
23       on your jury.  Obviously, they disagree
24       with me, yeah.
25                 Q.   And isn't disagreement what
```

```
                      A. DERSHOWITZ
```

1                    A. DERSHOWITZ

2          makes this country great?

3                 A.    Yeah.  Okay.

4                 Q.    You have been a frequent

5          guest on Anderson Cooper, right?

6                 A.    Yeah.

7                 Q.    And Wolf blitzer?

8                 A.    Yes.  Wolf Blitzer goes

9          back -- I don't know -- many, many,

10         many years, and before that Larry King.

11                Q.    And you -- you published an

12         Op Ed at some point called, "Why CNN

13         Misled its Viewers."  It was published

14         on March 27th, 2019.

15                A.    2019?

16                Q.    Yes.

17                A.    So this is before -- Yeah.

18                      I have to look at that; I

19         don't remember it.

20                      MS. BOLGER:  So this is

21         Exhibit 53.

22         (Whereupon, Email to  Dershowitz  re  "Why  CNN

23  Misled,"  Op Ed, by  Dershowitz,  January  29,  2020,

24  was marked as Exhibit 53 for identification,  as  of

25  September 13th, 2022.)

```
 1                    A. DERSHOWITZ

 2              THE WITNESS:  Say it again.

 3              MS. BOLGER:  It's Exhibit 53.

 4       I'm handing it to you now.

 5              THE WITNESS:  Oh, we're

 6       getting that.  Okay.  Okay.  Was this

 7       actually published?

 8              MS. BOLGER:

 9         Q.    So I can represent to you

10       that the article, "Why CNN Mislead its

11       Viewers" was published on March 27th,

12       2019.  But this is an email from Maura

13       to you with the subject line "not

14       exactly."

15         A.    Yeah.

16         Q.    Dated 1/29/2020, at

17       9:00 a.m.?

18         A.    I get it, yeah.

19         Q.    Do you have any

20       understanding of why you and Ms. Kelly

21       were talking about this on January 29th

22       at 9:00 a.m.?

23         A.    I have no idea.  What day

24       is this?  29th -- This is the day of

25       the questions, right?
```

```
 1                     A. DERSHOWITZ

 2              Q.    Before the questions.

 3              A.    Yeah.  No.  No.

 4              Q.    If you look at the second

 5        page of the exhibit --

 6              A.    I probably wasn't talking

 7        to her.  I was probably just sending

 8        her drafts, back and forth.  I may have

 9        been talking to her, I don't know.

10              Q.    Well, it was -- It had

11        already been published, so it's not a

12        draft.  My confusion is why you all

13        would have been exchanging an already

14        published article from a year before?

15              A.    From a year before?

16              Q.    So --

17              A.    So this is 19 and this is

18        20.  I don't have the slightest idea.

19              Q.    Okay.

20                    And it says, "not exactly";

21        does that ring any bells?

22              A.    No.

23              Q.    Okay.

24                    On the second page of the

25        exhibit, just if you wouldn't mind
```

```
 1                    A. DERSHOWITZ

 2          taking a look --

 3               A.    Sure.

 4               Q.    You say, "But then suddenly

 5          I was banned from CNN"; do you see

 6          that?

 7               A.    Yeah.

 8               Q.    Okay.

 9                     So back in 2019, you're

10          claiming you were banned from CNN,

11          right?

12               A.    For a period of time, I

13          was.  Yeah.

14               Q.    Okay.

15               A.    I told you, I went through

16          phases.  And I was called back when I

17          became newsworthy -- that is, when I

18          wasn't a commentator, an expert.  But

19          when I was a participant, I was called

20          back; that's my recollection.

21               Q.    It says, "Over the past

22          half year or so, I have never been once

23          asked to appear on a CNN program.

24          Initially, I wondered why and I asked

25          some of my friends at the network.
```

```
1                    A. DERSHOWITZ
2         They were evasive and the studiously
3         avoided any direct answer to my
4         question.
5                   "Then I received
6         off-the-record information that an
7         order had come from the very top:  Jeff
8         Zucker didn't want me on CNN anymore."
9                   Who was the person who gave
10        you the off-the-record information?
11             A.   I don't remember, but I do
12        remember meeting Jeff Zucker once in
13        the lobby.  He was carrying a suit and
14        was wearing kind of like an open shirt,
15        but he was clearly on the way to or
16        from something.  And he was just -- He
17        couldn't have been nastier to me.  I
18        had never had anything previously with
19        him.  And he basically said something
20        like:  We really don't want to have
21        anything more to do with you.
22                   It was words to that
23        effect, but I can't remember exactly
24        his words.  But it was in the elevator
25        bank in the CNN building.
```

```
 1                    A. DERSHOWITZ
 2            Q.    And when was that?
 3            A.    I can't remember exactly,
 4       but it was during the time when it was
 5       very rare that I was on CNN.
 6            Q.    Are you suggesting there's
 7       some kind of constitutional right to be
 8       on CNN?
 9            A.    Of course not.  No, there
10       is a right not to -- The public has the
11       right to hear points of view of all
12       kind, and CNN just shouldn't -- And fox
13       shouldn't, and none of the networks
14       should pick their guests, based on a
15       political agenda.  It's not a
16       constitutional rights.
17            Q.    Who is source that CNN was
18       picking guests based on a political
19       agenda?
20            A.    Well, first it was obvious.
21       Everybody knows that.
22                  You watch CNN and you watch
23       Fox.  It's as if you're living in two
24       different universes.  You get the same
25       speech.  And on CNN, people are told
```

```
 1              A. DERSHOWITZ
 2        that it's one thing; and on Fox, people
 3        are told it's another thing.  It's
 4        just -- I mean, I would say there must
 5        be a hundred articles making that point
 6        other than by me.
 7             Q.    Who is your source for CNN
 8        as picking guests based on a political
 9        agenda?
10             A.    Where is that?
11             Q.    You just said it.
12             A.    Yeah.  Yeah, I'm just
13        wondering.  I don't -- As I sit here
14        now today, I don't remember.  And
15        because I didn't have a lawyer at the
16        time, I probably didn't write it.  But
17        I'll have to -- Again, I'll check.
18             Q.    Okay.
19             A.    My centrist nuance was
20        taken as anathema to the emerging brand
21        of anti-Trump network, yeah.
22                  That's -- Those facts are
23        true for that period of time.
24    (Interruption in proceedings.)
25             Q.    All right.  You could put
```



1                    A. DERSHOWITZ

2          that aside.

3               A.    Okay.

4

1                              A. DERSHOWITZ



1                          A. DERSHOWITZ
2







1                           A. DERSHOWITZ
2



A. DERSHOWITZ



1                          A. DERSHOWITZ

2





1                              A. DERSHOWITZ

2



1                          A. DERSHOWITZ
2



1                           A. DERSHOWITZ
2



1                    A. DERSHOWITZ

2   ████████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████

███████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

████████████████████████████████

████████████████████████████████

███████████████████████

██████████████████████████████

███████████████████████████

████████████████████████████

██████████████████████████████

████████████████████████████████████

██████████████

24               Q.    Okay.

25                     Your friends or you set up

```
 1                    A. DERSHOWITZ

 2         a legal defense fund to help you with

 3         the Giuffre litigations, right?

 4               A.    My friends, basically.

 5               Q.    Who set that up?

 6               A.    A former student of mine,

 7         named Alan Rothfeld.

 8               Q.    And how did that come to

 9         pass?

10               A.    My friends first saw the

11         accusations Giuffre.  They were

12         outraged.  They all knew it didn't

13         happen, and my colleagues at Harvard

14         wrote a letter.  And my friends

15         volunteered to help defray some of the

16         costs.

17               MS. BOLGER:  Okay.  I'll ask

18         you to mark this as Exhibit 62.

19       (Whereupon,  email  bearing  the  Bates  number

20     58984 was  marked  as Exhibit 62  for  identification,

21     as of September 13th, 2022.)

22               THE WITNESS:  I know I wrote a

23         letter or a joint letter, maybe with

24         Alan Rothfeld.  I don't remember,

25         but --
```

```
 1                    A. DERSHOWITZ
 2              MS. BOLGER:  Stop talking for
 3        one second.
 4              THE WITNESS:  Okay.  But you
 5        asked me.
 6              MS. BOLGER:  I know, but let
 7        her mark the exhibit.
 8              THE WITNESS:  Okay.
 9              MS. BOLGER:  This is, for the
10        record, an email bearing the Bates
11        number 58984 from Alan Rothfeld to
12        CMB@Blackham.net, with the subject line
13        "Alan Dershowitz legal defense trust"
14        and the attachment "J'accuse (draft)."
15              A.    That's right.
16              Q.    And you'll see it's an
17        email from Mr. Rothfeld to someone
18        named Conrad saying -- maybe it's
19        Conrad Black -- saying:
20                   "Please read the attached
21        draft of Alan Dershowitz's article.  It
22        explains why our friend needs our
23        assistance in defending him against
24        unconscionable efforts to silence,
25        discredit, and bankrupt him.
```

```
 1                         A. DERSHOWITZ

 2                         "Your contribution to the

 3          Alan Dershowitz Legal Defense Trust

 4          would be appreciated greatly.  Checks

 5          should be mailed to me, the Trustee at

 6          the address below."

 7                         And you see there is an

 8          attached article.

 9               A.    Yes.

10               Q.    Correct?

11                         And you wrote the attached

12          article, right?

13               A.    I did, yes.

14               Q.    And it's actually -- Has as

15          its sort of instigation point, the idea

16          that you believe David Remnick is a

17          writing a hit piece against you, right?

18               A.    Yeah.  I knew that, yeah.

19               Q.    Is that The New Yorker

20          article that we marked --

21               A.    That's right.

22               Q.    -- as an exhibit earlier

23          today?

24               A.    That's right.

25               Q.    Okay.
```

```
1                    A. DERSHOWITZ
2                    How many people have
3         contributed to your defense trust?
4              A.    You have to talk to Alan
5         about that.  I don't follow it, I don't
6         know.
7              Q.    How much money is in it?
8              A.    I don't know.  Not much,
9         very little.
10             Q.    Have you used the money in
11        the defense trust?
12             A.    I've used some of it, yeah.
13             Q.    How much did you use?
14             A.    I don't know, but I think
15        there's very little left now.
16             Q.    Okay.
17                   Well, this is sent in 2019,
18        right?
19             A.    Yeah.
20             Q.    Okay.  So, in 2019,
21        according to the tax returns we just
22        looked at, you made $7,689,148.  So,
23        why were you asking other people to
24        cover your legal bills?
25             A.    Because I didn't make that
```

```
 1                      A. DERSHOWITZ
 2        kind of money at all, and that's number
 3        one.  Number two, this was such an
 4        unfair charge that people were happy to
 5        contribute a small amount and -- to
 6        help defray the costs.  I didn't think
 7        I had to take my children's money, my
 8        family money, my inheritance.  I
 9        support a lot of people, and so it
10        was -- I thought it necessary for me
11        to -- to do that, yeah.
12             Q.   Did you have a legal
13        defense fund related to your
14        litigation -- to this litigation
15        against CNN?
16             A.   Not specially for that, no.
17             Q.   Who's paying the legal
18        bills in this case?
19             A.   Not insurance.  As far as I
20        know, there's no insurance.  It's --
21                  It started out as purely
22        contingency fee.  And it's now almost
23        purely contingency fee.  So it's not
24        costing me, at the moment, a lot of
25        money.
```

```
 1                        A. DERSHOWITZ
 2               Q.    And who's paying it?  Are
 3        you paying it?
 4               A.    I'm paying it, yeah.
 5               Q.    Do you have a litigation
 6        funder?
 7               A.    No.
 8               Q.    Do you have a fund that's
 9        providing money?
10               A.    Well, the -- some of the
11        people who contributed to the Giuffre
12        fund -- We asked them whether they
13        would allow us to defray some of the
14        expenses of this.  And I didn't do
15        this.  Rothfeld did, and the answer
16        was, yes.  So some small amounts of
17        money were paid for some of the
18        expenses in this case as well.
19               Q.    And who are the people who
20        have contributed to that fund?
21               A.    I don't remember.  I don't
22        know.  I don't think I know.  This is
23        something Alan has been doing for me as
24        a favor.
25               Q.    How much money have they
```

```
1                    A. DERSHOWITZ
2        contributed to the defense of this
3        litigation?
4              A.    I don't know.  I don't
5        know.
6              Q.    Okay.  Mr. Dershowitz, I'm
7        entitled to know this information as
8        you -- as you well know.
9              A.    You're just asking the
10       wrong person.
11             Q.    Well, I'm asking the only
12       person I know to ask these questions
13       of.  So we're going to have to get
14       answers to that question, either in a
15       short continued deposition or in some
16       other way.  But I am entitled to know
17       who's funding your litigation.
18             A.    I don't know the answers.
19       You won't be able to get it from me.
20       Probably you'll have to get it from the
21       person who is administering the funds.
22             Q.    How many people have paid
23       into the fund?
24             A.    I don't know.
25             Q.    Well, can you give me
```

```
 1                    A. DERSHOWITZ

 2        ballpark?

 3             A.    No.

 4             Q.    Can you give me five versus

 5        50?

 6             A.    No, it's not 50.

 7             Q.    Is it 20?

 8             A.    I can't -- I don't think

 9        so, but I don't know.  I don't know.  I

10        haven't been a hands-on person.  I try

11        my best to stay away from it.

12             Q.    Who did you give the money

13        that you --

14                   To whom did you give the

15        money you were paid by the RNC for

16        representing the former president?

17             A.    A range of organizations.

18        Again, I don't remember all of them,

19        but I could give you some of them.

20        Hatzalah, which is a rescue fund in

21        Israel.  Aleph which is a Chabad

22        Organization that defends people around

23        the world.  The Combined Jewish

24        Philanthropies.  I'll have to check to

25        see who else.
```

```
1                    A. DERSHOWITZ
2           Q.    Is there any money left in
3      the litigation fund right now?
4           A.    Yes, but I think -- I could
5      check, but I think it's a very small
6      amount.
7           Q.    What do you mean by "very
8      small"?
9           A.    A few thousand dollars, I
10     think, but I'm not sure.  You're asking
11     me not to guess, so I don't want to
12     guess.
13           MS. BOLGER:  I'm going to ask
14     to mark as Exhibit 63, an email that
15     was produced in this litigation Bates
16     number 60080.
17           THE WITNESS:  Mh-hm.
18      (Whereupon, Shubauer Email to   Dershowitz,
19 Bates number 60080 was  marked  as  Exhibit  63  for
20 identification, as of September 13th, 2022.)
21           MS. BOLGER:  Okay.
22           Q.    This is an email dated
23     January 30th, 2020, with the subject
24     line "You disgust me."  The email is
25     from some person named Joseph Shubauer
```

```
 1                    A. DERSHOWITZ
 2        who said:
 3                    "I'm disgusted by you.
 4        Harvard should be embarrassed to have
 5        you as a faculty member.  Your name
 6        will forever be marked in history as an
 7        enabler for would-be tyrants and
 8        oligarchs responsible for the U.S.
 9        Constitution.  Hope it's worth your 20
10        pieces of silver."
11                    To which you responded:
12                    "No silver, no fee."
13                    Do you see that?
14             A.    Yeah.
15             Q.    That's not true, though?
16             A.    What -- I don't even know
17        what case this was.
18             Q.    Well, it's January 30th,
19        2020.  So it's your --
20             A.    I don't think I got any --
21        I certainly didn't get a fee by that
22        point, not at all.  We were still
23        discussing it.  I didn't get any fee.
24        And whatever fee I ultimately got was
25        charity.
```

```
 1                  A. DERSHOWITZ
 2          Q.    Were you asking for money?
 3          A.    I sent the bill, yeah.  At
 4     some point, not at this point.  It was
 5     later.
 6          Q.    Okay.
 7                And had you always
 8     understood that you would be paid for
 9     representing the president?
10          A.    No.  It was always a little
11     up in the air.
12          Q.    Okay.
13                What made you decide to
14     actually submit the bill?
15          A.    I don't -- I think my wife
16     said I should do it.  In fact, I
17     remember I had go back and reconstruct
18     the hours because I wasn't keeping
19     hours directly, at the time; and I was
20     able go back to my notes and
21     reconstruct the hours.
22          Q.    And do you remember what
23     Carolyn's reason -- Do you remember, if
24     she shared it with you, what Carolyn's
25     reasoning was for why you should go
```

```
 1                    A. DERSHOWITZ
 2        back and get the fee?
 3              A.    I don't remember, no.
 4              Q.    Alan Zweibel is someone we
 5        talked about earlier, who you said is a
 6        childhood friend, right?
 7              A.    Not childhood, college.
 8              Q.    College.  Okay.
 9              A.    Yeah.
10              Q.    I feel like I'm getting so
11        old, Mr. Dershowitz, that that might
12        have been my childhood, the college
13        days.
14              MS. BOLGER:  All right.  I'm
15        going to ask the court reporter to mark
16        as Exhibit 64, a document produced in
17        this litigation, bearing the Bates
18        number 23384.
19        (Whereupon, Dershowitz, Zweibel  Email  chain,
20   Bates number 23384 was  marked  as  Exhibit  64  for
21   identification, as of September 13th, 2022.)
22              MS. BOLGER:  And --
23              THE WITNESS:  Yeah.
24              Q.    It's a friendly exchange,
25        but you'll see Mr. Zweibel says:
```

```
 1                    A. DERSHOWITZ
 2                    "The difference to me a
 3          layman would not be one of everyone
 4          being entitled to a defense, but the
 5          right of lawyer to choose his clients.
 6  (ambient noise interference)
 7                    "I did an ad for you to
 8          raise money for Reem's defense.  Is
 9          this the one --"
10             A.    Yeah.
11             Q.    "And I agree with you about
12          Biden and Saunders, but your newest
13          client's egregious conduct and lying
14          and sexist behavior and flaunting his
15          omnipotent position, all suggest to me
16          not that he doesn't deserve a lawyer,
17          but needn't be you in this case.
18                    "I can only imagine how
19          tempting it must be, to be in the
20          incredible circle of ultimate
21          presidential power and fame, and I
22          appreciate the fact that it's nothing
23          new for you -- Sader on the Obama
24          boat -- but I wish there were someone
25          following you and whispering in your
```

```
 1                   A. DERSHOWITZ
 2        ear, the dangers you face morally if
 3        you contribute to him skating free once
 4        again."
 5                   And you responded:
 6                   "My wife agrees with you,
 7        and she's not whispering; she's
 8        shouting."
 9                   What do you mean by that?
10        A.    Yeah, that's true.
11        Q.    What do you mean by that?
12        A.    My wife didn't agree.
13        She -- I told you that.  She didn't
14        want me to do it.  And she was very
15        firm about it, and then we had that
16        talk around Christmas.  This would have
17        been the next day, probably or
18        something like that.  And ultimately,
19        we made a decision to do what I did.
20        Q.    Okay.
21        A.    But she was still not happy
22        with it.  But she was -- She went along
23        with it.  She went along with it.
24        Q.    She continued to be not
25        happy with it, right?  So I'm going
```

```
 1                   A. DERSHOWITZ
 2        to --
 3              A.    No, no.  She -- She loved
 4        my presentation in front of the Senate.
 5        She said she was so proud, that she
 6        thought I did a great job, that I
 7        knocked it out of the ballpark, and
 8        that I should be very proud of myself.
 9              Q.    Okay.
10              MS. BOLGER:  I'm going to ask
11        the court reporter to mark as
12        Exhibit 65, an email from Carolyn Cohen
13        to you on January 17th at 1:56 p.m.
14        (Whereupon,   Carolyn   Cohen   Email   to
15   Dershowitz,   January   17,   2021,   was   marked   as
16   Exhibit   65   for   identification,   as   of
17   September 13th, 2022.)
18              THE WITNESS:  Mh-hm.
19              Q.    You'll see she says:
20                    "What you said in this
21        interview below is not what you agreed
22        with me to say.  This is basically
23        saying you are Trump's lawyer."
24                    Do you see that?
25              A.    I do.
```

```
 1                        A. DERSHOWITZ
 2            Q.     Okay.
 3                   Do you remember responding
 4       to that email?
 5            A.     I'm sure I responded
 6       orally.  You know, I -- It was a very
 7       difficult position to be in.  I
 8       didn't -- very complicated and very
 9       nuanced.  I didn't want to be Trump's
10       full lawyer.  I didn't want to be in
11       any way responsible for the facts of
12       the case.
13                   On the other hand, I had to
14       be his lawyer to make a speech in front
15       of the Senate.  So this was a back and
16       forth.  And I probably stepped over a
17       line that I had said to Carolyn I
18       wouldn't step over, but I tried to
19       withdraw it, but this was a -- This was
20       a complex issue, yeah.
21                   MS. BOLGER:  Okay.  We're
22       going to mark Exhibit 66, a document
23       produced in the litigation bearing the
24       Bates number 23994 and it's an email
25       from Ms. Cohen to you dated
```

```
 1                      A. DERSHOWITZ

 2         January 17th, 2020?

 3                  THE WITNESS:  Is this that

 4         after this one?

 5                  MS. BOLGER:  Yes.

 6                  THE WITNESS:  Okay.  What time

 7         is this one?

 8                  MS. BOLGER:  5:13 and 5:15?

 9                  THE WITNESS:  Yeah, I probably

10         answered in some way.

11         (Whereupon,   Carolyn   Cohen   Email   to

12    Dershowitz, Bates number  23994,  January  17,  2020

13    was marked as Exhibit 66 for identification,  as  of

14    September 13th, 2022.)

15                  THE WITNESS:  Thank you.

16                  MS. BOLGER:  Okay.

17                  Q.   Mr. Dershowitz, the bottom

18         email, which is the first email sent at

19         5:13 read:

20                      "CNN just said Dershowitz

21         says he's not a member of the defense

22         team, but that's semantics since he

23         will be testifying on the Senate floor.

24                      "Please say it's not just a

25         matter of semantics, and that it's a
```

```
 1                      A. DERSHOWITZ
 2          very important distinction.  Shoe on
 3          other foot.  Thanks."
 4                A.    Yeah.
 5                Q.    And she follows up
 6          two minutes later:
 7                      "You think there's a gross
 8          injustice.  You are not a hired gun who
 9          is paid to defend his client regardless
10          of what you think."
11                      Do you see that?
12                A.    Yes.
13                Q.    And that's her telling you
14          what she would like you to say, right?
15                A.    That's right.
16                Q.    Okay.
17                      And did you do that?
18                A.    What?
19                Q.    Did you do that?
20                A.    Did I do what?
21                Q.    What she asked you to do?
22                A.    I tried my best.  It
23          never -- Yeah, I did do it, mostly.
24                Q.    It was a source of
25          contention between the two of you?
```

A. DERSHOWITZ

1

2          A.    I wouldn't say a source of

3      contention.  It was a source of

4      negotiation and dialogue.

5          Q.    Okay.

6              THE WITNESS:  I'm going to ask

7      that the court reporter mark as

8      Exhibit 67, an email from Ms. Cohen to

9      Mr. Dershowitz given the Bates number

10     26097, dated January 25th, 2020.

11   (Whereupon, Cohen Email  to  Dershowitz,  Bates

12  number  26097,  January  25,  2020  was  marked  as

13  Exhibit   67   for   identification,   as   of

14  September 13th, 2022.)

15          Q.    Just take a look at that.

16          A.    Okay.

17          Q.    And that's an email from

18     Ms. Cohen to you that says, "Two of

19     three facts are untrue."  Do you have

20     any memory of this email?

21          A.    What is this from?  I don't

22     know what this is from.

23          Q.    It is an email from your

24     wife to you.

25          A.    I know but this text is not

```
 1                      A. DERSHOWITZ
 2           written by my wife.  I don't know where
 3           this comes from.  It's utterly strange
 4           to me.  I have no idea.
 5                  Q.    Do you remember any
 6           conversations about it?
 7                  A.    No.  I never had any
 8           conversations about this, no.
 9                  Q.    Okay.
10                  MS. BOLGER:  I'm going to ask
11           you -- This will be my penultimate
12           document.
13                  THE WITNESS:  Yeah.
14                  MS. BOLGER:  Which is
15           Exhibit 68.  It's an email exchange
16           between Ella Dershowitz, Alan
17           Dershowitz, Carolyn Cohen, and it
18           attaches an email from Jamin
19           Dershowitz.  It's your family, and it
20           bears the Bates number 025340, and this
21           will be Exhibit 68?
22                  THE WITNESS:  How will you be;
23           able to get these taxes to me?
24          (Whereupon, Family Email, Bates  number  125040
25      was marked as Exhibit 68 for identification,  as  of
```

```
 1                    A. DERSHOWITZ
 2   September 13th, 2022.)
 3               THE WITNESS:  Oh, okay.  I got
 4        this.
 5               Q.    All right.  So, this is an
 6        email -- I wanted to look at Jamin's
 7        email.  So, Jamin is responding to your
 8        email, forwarding the rough draft of
 9        your speech on the floor of the Senate;
10        do you see that?
11               A.    Yeah.
12               Q.    Okay.
13               And Jamin's response is:
14               "Is it really true that you
15        considered writing a book against
16        impeaching Hillary in the summer of
17        2016?  That seems far-fetched to me.  I
18        don't recall any serious conversation
19        back then about impeachment, and it
20        could easily be used to discredit what
21        is otherwise a solid legal argument.
22               "Didn't you first talk
23        about writing a book about Hillary
24        after you started writing a book about
25        Trump as part of the shoe argument?
```

```
 1                  A. DERSHOWITZ
 2        Precision and attention to detail are
 3        crucial to credibility."
 4                      Do you see that?
 5        A.    Yeah.
 6        Q.    Okay.
 7                      Do you agree with that?
 8        A.    No.  Well, I agree that he
 9        did it in a loving way, but he's just
10        wrong about -- "I don't recall any
11        serious conversation back then about
12        impeachment."  There was very serious
13        conversation.  If you go back in the
14        record, you'll see, a number of
15        Republican leaders talked about
16        impeaching Hillary, and I did talk to
17        my publisher about it.
18                      In fact, my recollection is
19        my publisher did a mock book cover
20        based on The Case Against Impeaching
21        Hillary Clinton so --
22        Q.    There there's --
23        A.    But I didn't -- I don't
24        discuss everything with my children,
25        obviously.  You'll notice that in some
```

```
 1                    A. DERSHOWITZ
 2        of my books, I dedicate them only to my
 3        wife, some to my wife and my older son,
 4        sometimes my younger son when he has
 5        input, but sometimes he doesn't have
 6        any input, like he did in this case.
 7              Q.    Third paragraph, actually
 8        he does have some input:
 9                    "Please also consider my
10        thoughts about not just claiming that
11        you are a liberal, but it making clear
12        with specific, strong disagreements
13        with the sitting president.
14        Immigration is the most obvious example
15        because of how fundamental it is to
16        what you are trying to protect -- not
17        the status quo, like Trump -- but the
18        health of our evolving, diverse
19        democracy."
20              A.    I agree with that.
21              Q.    "You have never been afraid
22        of pissing off those in power, even
23        your own clients when there are bigger
24        issues at stake.  And I think it would
25        go a long way toward re-establishing
```

```
 1                    A. DERSHOWITZ
 2          your credibility with people of good
 3          will who used to look to you to always
 4          support the underdog and persecuted --
 5          children at the Border, your
 6          grandfather -- with more than just lip
 7          service while also admiring your
 8          broader career.
 9                    "I think some of those
10          people are confused and others
11          concerned, and this could be a prime
12          opportunity to remind them of your
13          courage and to establish once and for
14          all, in front of the world, that unlike
15          the rest of Trump's defenders -- some
16          would say 'apologists' -- you are not
17          worried about his approval or your next
18          appointment."
19                    Do you see that?
20               A.    Yeah.  And that's true and
21          I did it, and got banned from the --
22          What's the name of that show on Fox
23          that has a guy with two first names?
24          The 8:00 guy on Fox.
25               Q.    Tucker Carlson?
```

```
 1                    A. DERSHOWITZ
 2            A.    Tucker Carlson, who banned
 3      any because I talked to immigration.
 4            Q.    Two first names was very
 5      funny, Mr. Dershowitz.
 6            A.    I attacked him and I
 7      attacked Trump -- you can get the video
 8      tape.  And he banned me after that.  So
 9      I listened to my son.
10            Q.    But you did not make the
11      changes he requested to the speech
12      correct?
13            A.    To what?
14            Q.    You did not make those
15      changes that he requested to the
16      speech, correct?
17            A.    He didn't -- What speech?
18            Q.    He's sending you an email,
19      commenting on the speech you're about
20      to give on the floor of the Senate.
21            A.    I don't -- Wait a second,
22      where does he say that?
23            Q.    Well, if you --
24            A.    List of typos you need
25      there have.
```

```
 1                 A. DERSHOWITZ
 2          Q.    -- flip to the next page?
 3          A.    Oh, okay.  I didn't realize
 4      that.
 5          Q.    Yeah.  You didn't make
 6      those changes.
 7          A.    This was a very early -- I
 8      did.  I mean, I said -- I said in the
 9      speech:  I don't agree with his
10      policies on A, B, C, and I mentioned
11      immigration specifically.  I did add
12      that.
13             MS. BOLGER:  I'm going to add
14      one final document, which is 69, and it
15      bears the Bates number 26564 and it's
16      an email from Jamin Dershowitz to you.
17      (Whereupon,  Jamin  Dershowitz  Email  to  Alan
18  Dershowitz,  Bates  number  26564  was  marked    as
19  Exhibit    69    for    identification,    as    of
20  September 13th, 2022.)
21          Q.    And it reads, "From a very
22      quick look, none of my changes were
23      made," and then it goes on from there.
24          A.    But I made them afterward.
25      You could see in the speech that I did
```

```
 1                    A. DERSHOWITZ
 2       add about immigration, about
 3       disagreement with his policies.  He
 4       thought I should have had more.  I
 5       didn't think it was appropriate to have
 6       more in a speech in the Senate, which
 7       was about impeachment.  But life's full
 8       of compromises.
 9            Q.    Okay.
10              MS. BOLGER:  You have to take
11       your call?
12              THE WITNESS:  I do.
13              MS. BOLGER:  So, will it be a
14       long call?
15            A.    It'll be 15, 10 or
16       15 minutes, so can we finish.
17              MS. BOLGER:  I think we're
18       almost out of time.  But can we --
19       would you mind if we come back just to
20       close the record?
21              THE WITNESS:  Okay.  What --
22       How much time do we have left?
23              MS. BOLGER:  None.  I'm done.
24       But I want to just come back and go off
25       the record.  I'm not going to lie to
```

```
 1                   A. DERSHOWITZ
 2         you.  I just want to come back and go
 3         off the record.
 4                   THE WITNESS:  Can't we do
 5         that?  My call hasn't come in yet,
 6         so -- Wait a minute.
 7                   Hello?
 8                   Let's wait.  Let's do what we
 9         have to do now.  When the call comes,
10         in I can tell him to hold for one
11         second.  Just go -- Do whatever you
12         need to do.
13                   MS. BOLGER:  Okay.  All right.
14         Marking this 69, but we could do it
15         afterwards.
16                   Let's go off the record.
17                   THE VIDEOGRAPHER:  Going off
18         the record the time is 6:44.
19         (Whereupon, a short recess was taken.)
20                   THE VIDEOGRAPHER:  We're back
21         on the record.  The time is 6:45.
22    BY MS. BOLGER:
23                   Q.    Have you ever had any
24         Chris -- conversations with Chris Cuomo
25         or his representatives about this
```

```
 1                    A. DERSHOWITZ

 2        lawsuit?

 3             A.    Yes.

 4             Q.    What are those

 5        conversations?

 6             A.    I talked to him when he got

 7        fired.  I talked to his wife.  I told

 8        him I thought he was treated unfairly

 9        and that what Don Lemon had done was

10        much, much, much worse than what he was

11        accused of doing.  Don Lemon, my

12        understanding is, he gave advice to

13        that guy who made up a story about

14        being attacked, and he was a close

15        friend, and he was on the show and

16        never disclosed their relationship.

17                   And I thought that

18        everybody knew the Cuomo relationship,

19        so I thought he was treated unfairly,

20        and he sympathized with me.

21             Q.    What -- Did he -- Did you

22        discuss the substance of this lawsuit?

23             A.    Not really the substance.

24        He said that he's in litigation now or

25        negotiation, and he doesn't -- He'll
```

```
 1                    A. DERSHOWITZ

 2          have a lot to say to me at the right

 3          time, but not right then.

 4               Q.   Okay.

 5                    Did he give you any

 6          information to CNN or this lawsuit?

 7               A.   Not for this lawsuit, no.

 8               Q.   Okay.

 9               MS. BOLGER:  Then finally, I

10          want to mark as Exhibit 70.

11               THE WITNESS:  Hello.  Okay.

12          Continue.

13               MS. BOLGER:  Okay.  We

14          shouldn't do that, but I just want to

15          know what this is --

16               A.   Please.

17               Q.   My last question.

18               MS. BOLGER:  I want to mark as

19          Exhibit 70 this police report from

20          Miami Beach.

21          (Whereupon, Police report Miami Beach  was

22     marked as  Exhibit  70  for  identification,  as  of

23     September 13th, 2022.)

24               Q.   I have no idea what this

25          is, Mr. Dershowitz.
```

```
 1                    A. DERSHOWITZ
 2            A.    Okay, yeah.  I know what it
 3      is.  So my wife was having a fight with
 4      a woman named Wendy Dawson about who
 5      should be on the board of our condo.
 6      And Dawson made some statement and --
 7      that I -- that I would look at pretty
 8      women on the beach, or something like
 9      that.  And my wife got furious at her,
10      and I -- She claims I said to her,
11      "Don't ever talk like that to my wife,"
12      and -- But I didn't talk to her.  I
13      only spoke to her in front of other
14      people, but she made a complaint to the
15      police.  The police dismissed her
16      complaint and never went -- It never
17      went further.  This -- You got this
18      from David Boies obviously.
19            Q.    I got it from an exhibit.
20      I got it from an exhibit.
21            A.    I'm not asking you.
22            Q.    I got it from you,
23      actually, as part of the deposition
24      transcript.
25                  (Simultaneous speaking.)
```

1

2          A.    I can't imagine. I don't

3      know what my lawyers.

4          Q.    All right.  Well, that is

5      the end of the deposition.  I have no

6      further questions.

7          A.    Thank you.

8          Q.    But subject to reopening

9      about the tax returns because we need

10     to understand what that is.

11             THE VIDEOGRAPHER:  This

12     concludes today's deposition.  The time

13     is 6:48 p.m.

14

15                 -o0o-

16     (Whereupon,   the   examination   of   ALAN

17  DERSHOWITZ was concluded at 6:48 p.m.)

18

19

20             _____

21                 ALAN DERSHOWITZ

22

23

24

25

```
 1              C E R T I F I C A T E

 2              I, AMBRIA IANAZZI, a Registered

 3    Professional Reporter, Certified Realtime

 4    Reporter, New York Association Certified Reporter,

 5    New York Realtime Certified Reporter, Certified

 6    Shorthand Reporter and Notary Public in New York

 7    do hereby certify:

 8              That ALAN DERSHOWITZ whose

 9    examination is hereinbefore set forth, was duly

10    sworn, and that such examination is a true record

11    of the testimony given by ALAN DERSHOWITZ.

12              I further certify that I am not

13    related to any of the parties to this action by

14    blood or marriage; and that I am in no way

15    interested in the outcome of this matter.

16

17              In  witness  whereof,  I have hereunto

18    set my hand this 20th day of September, 2022.

19

20

21    _____

22              AMBRIA IANAZZI, RPR, CRR, CSR

23

24

25
```

```
 1   Errata Sheet

 2

 3   NAME OF CASE: ALAN DERSHOWITZ, vs CABLE NEWS NETWORK, INC.,

 4   DATE OF DEPOSITION: 09/13/2022

 5   NAME OF WITNESS: Alan  Dershowitz

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                         _____
```

```
1    Errata Sheet

2

3    NAME OF CASE: ALAN DERSHOWITZ, vs CABLE NEWS NETWORK, INC.,

4    DATE OF DEPOSITION: 09/13/2022

5    NAME OF WITNESS: Alan  Dershowitz

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                            _____
```