# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-SINGHAL/HUNT

ALAN DERSHOWITZ

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

_____/

**PLAINTIFF'S DISCLOSURE OF REBUTTAL EXPERT SUMMARY[1]**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), Plaintiff Alan Dershowitz hereby discloses the following expert witness summary in rebuttal to Defendant's disclosure of Frank O. Bowman, III as a testifying expert:

Mr. Dershowitz may offer expert opinions (in addition to his factual testimony) to rebut the purported expert opinions disclosed in Mr. Bowman's Expert Witness Report, which are "confine[d] . . . to explaining the constitutional issues addressed in [Plaintiff]'s argument, how [Plaintiff's] positions on those issues [allegedly] changed over time, how his argument in the Senate [allegedly] differed from the contemporary scholarly consensus, and how [Mr. Bowman] and other constitutional scholars [purportedly] understood his Senate argument, in particular his response to a question from Senator Ted Cruz." *Expert Witness Report at p. 1.* A summary of the facts and opinions upon which Plaintiff may testify to rebut Mr. Bowman's alleged expert opinions

---

[1] Nothing herein shall be construed as a waiver of any of Plaintiff's rights to contest the propriety or admissibility of any evidence at trial, including but nothing limited to Mr. Bowman's purported expert opinion disclosed within his report.

are set forth in the congressional record of the relevant impeachment proceedings, as well as Plaintiff's writings and publications on the topic of presidential impeachment, which are expressly incorporated by reference herein.

>Respectfully submitted,
>
>By: */s/ Mark A. Schweikert*
>Mark A. Schweikert (FBN 70555)
>mark@schweikertlaw.com
>help@schweikertlaw.com (secondary email for service)
>**SCHWEIKERT LAW PLLC**
>1111 Brickell Avenue, Suite 1550
>Miami, Florida 33131
>Office: (305) 999-1906
>Mobile: (305) 926-9452

## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2022, I served the foregoing upon counsel of record for Defendant by email.

>*/s/ Mark A. Schweikert*_____