# EXHIBIT E

Filed under seal per Plaintiff's request.
Defendant disputes the designation.