UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## CABLE NEWS NETWORK, INC.'S NOTICE OF FILING REDACTED COPIES OF SUPPORTING EVIDENCE RELIED UPON IN DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), pursuant to this Court's Order [D.E. 209], hereby files reacted copies of supporting evidence relied upon in Defendant's Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 12th day of December 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131; John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006; and Neil H. Koslowe, Esq., nkoslowe@potomaclaw.com, Potomac Law Group, PLLC, 1300 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004, , Counsel for Plaintiff.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ Eric C. Edison, Esq.
George S. LeMieux, Esq.
Florida Bar No. 16403
Email: glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*admitted pro hac vice*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-489-8230

*Counsel for Defendant, Cable News Network, Inc.*