# **EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

# DECLARATION OF CHUCK HADAD
# IN SUPPORT OF CNN'S MOTION FOR SUMMARY JUDGMENT

I, Chuck Hadad, declare as follows:

1. I am over the age of eighteen, am a resident of Brooklyn, New York, and am competent to make this declaration. I have personal knowledge of the statements set forth below. I submit this declaration in support of the motion by defendant Cable News Network, Inc. ("CNN") for summary judgment in this action (the "Motion").

2. I am currently a senior producer for CNN's television program Anderson Cooper 360°. In January 2020, I was a supervising producer for Anderson Cooper 360°. In that capacity, I also worked on a digital show called Anderson Cooper Full Circle that was livestreamed online.

3. On January 29, 2020, Alan Dershowitz, who was defending former President Donald Trump during his first impeachment trial, responded to a question posed by Senator Ted Cruz on the floor of the U.S. Senate (the "Response"). I was responsible for the cutting of a clip of Dershowitz's Response that was streamed on Anderson Cooper Full Circle that evening (the "Full Circle Clip").

4. The Full Circle Clip is a verbatim excerpt of footage of Dershowitz's Response. At the time that CNN streamed the Full Circle Clip, I had no doubt that it was fair and accurate. I believe that to this day.

**My Background in Journalism**

5. I have over twenty years of journalism experience, including award-winning work on Anderson Cooper 360°.

6. I graduated from Syracuse University in 2000 with a B.A. in English and Textual Studies.

7. I first began working for CNN as an intern in 1999. After graduating from Syracuse, I was hired as a production assistant in 2000. Within three years, I was promoted to associate producer and then producer. In 2005, I began working on Anderson Cooper 360° as a producer. In 2015, I was promoted to supervising producer.

8. My work for Anderson Cooper 360° includes writing and producing documentaries, long-term multi-part series, field pieces, and day-of news. I also field produce for Anderson Cooper on location for breaking news stories and write print stories for CNN.com. For Anderson Cooper Full Circle, I served as a showrunner overseeing the show, including responsibility for guests, topics, questions, and research.

9. Anderson Cooper Full Circle was an interview-format show. On Full Circle, Anderson Cooper frequently interviewed experts who offer insightful analysis and opinion on the news of the day. In addition to preparing Anderson Cooper's questions ourselves, our team also solicited questions from viewers online and sometimes incorporated them into the show.

10. While working for Anderson Cooper, I have won six Emmy Awards, and I have been nominated seven times. My other accolades include winning a National Headliner Award

and contributing to winning a George Foster Peabody Award and an Alfred I. DuPont–Columbia Award.

11. My father was also an award-winning journalist, first for the Boston Globe as well as for the New York Times, the New York Post, the International Herald Tribune, and the Keene Sentinel. I am proud to carry on my father's legacy of excellence in journalism.

**The Full Circle Clip**

12. On January 29, 2020, as part of my job responsibilities at CNN, I watched the impeachment proceedings that CNN was airing live from the U.S. Senate. CNN aired the entire impeachment trial live. As I watched Dershowitz's Response at approximately 2:11 PM, I quickly recognized that his Response was newsworthy and should be a topic of discussion on Full Circle that night.

13. Within minutes, at approximately 2:31 PM, I emailed members of my team concerning Dershowitz's Response. Specifically, I asked a production assistant, Katherine Jennings, to cut a clip of his Response. (A true and correct copy of this email, CNN00000623–24, dated January 29, 2020, 2:31 PM, is attached as **Exhibit 40** to the Declaration of Katherine M. Bolger in support of the Motion ("Bolger Declaration"). All further references to "**Exhibit __**" in this declaration refer to the numbered exhibits attached to the Bolger Declaration.)

14. Because Dershowitz spoke for approximately five minutes, which is far too long to play in its entirety on a twenty-minute news program, it was important to cut a shorter clip that encapsulated his Response and its newsworthiness. I therefore asked Jennings to try cutting the following portion:

> There are three possible motives that a political figure can have. One[, a] motive in the public interest . . . . The second is in his own political interest, and the third, which hasn't been mentioned, would be in his own financial interest, his own pure financial interest. Just putting money in the bank. I want to focus on the second one

3

> for just one moment. Every public official that I know believes that his election is in the public interest, and mostly you're right. Your election is in the public interest, and if a President does something which he believes will help him get elected in the public interest, that cannot be the kind of quid pro quo that results in impeachment. . . . We may argue that it's not in the national interests for a particular President to get reelected or a particular senator or member of congress, and maybe we're right. It's not in the national interests for everybody who's running to be elected, but for it to be impeachable, you would have to discern that he or she made a decision solely on the basis of as the House Managers put it corrupt motives, and it cannot be a corrupt motive if you have a mixed motive that partially involves the national interests, partially involves electoral and does not involve personal pecuniary interests.

The ellipses above denote that words were omitted. Consistent with our standard practice, I instructed Jennings to insert white flashes at those points, which signify to the viewer that material was skipped.

15. Jennings cut that clip and informed me that the clip (or "SOT," which stands for Sound on Tape) was 1 minute and 30 seconds long.

16. Because that is still far too long, I asked Jennings to cut the following shorter clip (again with a white flash at the ellipsis):

> Every public official that I know believes that his election is in the public interest, and mostly you're right. Your election is in the public interest, and if a President does something which he believes will help him get elected in the public interest, that cannot be the kind of quid pro quo that results in impeachment. . . . We may argue that it's not in the national interests for a particular President to get reelected or a particular senator or member of congress, and maybe we're right. It's not in the national interests for everybody who's running to be elected, but for it to be impeachable, you would have to discern that he or she made a decision solely on the basis of as the House Managers put it corrupt motives, and it cannot be a corrupt motive if you have a mixed motive that partially involves the national interests, partially involves electoral and does not involve personal pecuniary interests.

(A true and correct copy of this email, CNN00000598–600, dated January 29, 2020, 2:49 PM, is attached as **Exhibit 41**.)

17. Jennings cut this shorter clip and informed me that it was 1 minute and 6 seconds long. I decided to use this version as the final Full Circle Clip that we streamed that evening.

4

18. In my editorial judgment, I believed then, and believe now, that the Full Circle Clip was fair and accurate. In my over twenty years of experience, I have covered all kinds of stories, including many different legal proceedings, and a regular part of the job is selecting video or audio clips of those events for the viewing public.

19. I based my conclusion that the Full Circle Clip as fair and accurate on the fact that it is a verbatim clip of Dershowitz's Response in which he stated that "if a President does something which he believes will help him get elected in the public interest, that cannot be the kind of quid pro quo that results in impeachment." It is also based on the statement that "to be impeachable," the president must decide to act "solely" on the basis of corrupt motives, and a "mixed motive" that "partially involves electoral" interests "cannot be a corrupt motive." These quoted statements, among other statements, were all included in the Full Circle Clip because they are key parts of Dershowitz's Response.

20. In addition, Dershowitz made the following statement at the end of his Response: "a complex middle case is: I want to be elected. I think I am a great President. I think I am the greatest President there ever was, and if I am not elected, the national interest will suffer greatly. That cannot be [an impeachable offense]." Although the Congressional Record of the proceeding incorrectly omitted the words "an impeachable offense," Dershowitz in fact said those words, which were captured on the video of the proceeding that I watched myself. (A true and correct copy of the Congressional Record, the relevant portion of which is at pages S650–51, is attached as **Exhibit 29**. A true and correct copy of the video of the proceeding, the relevant portion of which is at timestamp 16:26, is attached as **Exhibit 30**.)

21. The totality of Dershowitz's Response, and the portions quoted above in particular, informed my understanding of his Response as arguing that, even if the president did something

5

corrupt or criminal, as long as they were acting in the interest of their reelection, they could not be impeached. I arrived at that understanding through my own independent judgment.

22.     My understanding of Dershowitz's Response was also informed by the context in which this impeachment occurred. The alleged acts underlying the impeachment—the extortion of the President of Ukraine by the illegal withholding of congressionally authorized funds, and obstruction of congress—were illegal and even criminal in nature. Indeed, on January 16, 2020, the U.S. Government Accountability Office determined that the withholding of these funds was illegal, which was a major story that we covered on Anderson Cooper 360°. (A true and correct copy of the U.S. Government Accountability Office's decision, dated January 16, 2020, is attached as **Exhibit 33**. A true and correct copy of the transcript of Anderson Cooper 360° that day is attached as **Exhibit 42**.) I also understand that obstructing government investigations, including congressional investigations, is a crime. For Dershowitz to argue that President Trump could not be impeached for these acts if he was acting in the interest of getting reelected, despite their illegal and criminal nature, informed my understanding of Dershowitz's Response.

23.     I understand that in this lawsuit Dershowitz contends that the meaning of his Response is somehow changed by the following statement: "The only thing that would make a quid pro quo unlawful is if the quo were in some way illegal." Specifically, I understand that he contends that this statement somehow qualified his statements about acts in the interest of getting reelected, which he spoke several sentences later, and that the qualification supposedly excluded illegal acts from the discussion. For that reason, he thinks we should have included that language.

24.     In my editorial judgment, I did not understand that sentence in the way that Dershowitz contends. In fact, that statement is unclear to me, seems to be a meaningless tautology,

6

and certainly has no qualifying language suggesting that it limited the meaning of what he said several sentences later or excluded illegal acts from the subsequent sentences.

25. My determination that Dershowitz's Response was newsworthy was confirmed when I saw the attention and controversy those statements were already generating on news websites. I also observed that other organizations and commentators interpreted Dershowitz's Response in the same way that I did. For these reasons, I decided that discussion of his Response should be moved closer to the top of our show. I emailed one of my producers, Jennifer Griffiths, to instruct her to move up the question on this topic. Griffiths had drafted, and I revised, this question for Anderson Cooper to ask Anne Milgram. (A true and correct copy of this email, CNN00000550–53, dated January 29, 2020, 5:32 PM, is attached as **Exhibit 43**.)

26. In addition, as discussed above, Anderson Cooper Full Circle solicited questions from viewers online. The fact that viewers were asking about Dershowitz's Response also confirmed its newsworthiness. For example, one viewer asked if "Dershowitz's argument mean[s] that it is ok for a President to cheat to win a re-election," which a producer emailed to me. (A true and correct copy of this email, CNN00000560, dated January 29, 2020, 5:58 PM, is attached as **Exhibit 44**.)

27. I understand that in this lawsuit Dershowitz contends that the Full Circle Clip was part of a coordinated "scheme" linked to other statements and clips at issue in this case. That contention is false. I had no contact with anyone responsible for those other statements and clips regarding the Full Circle Clip. The Full Circle Clip was the product of my independent judgment.

7

**Drafting the Questions**

28.     As noted above, Griffiths and I worked on the questions that we suggested for Cooper to ask Milgram.  The questions were prepared in the form of a script, although Cooper could modify the language during the show.

29.     At approximately 4:05 PM, Griffiths emailed me her draft of the questions.  This draft included the following preface before the Full Circle Clip was to be played: "And Anne, this is Professor Alan Dershowitz answering the question- does it matter if there was quid pro quo and is it true that quid pro quos are often used in foreign policy? Let's listen."  After the Full Circle Clip, this draft included this follow-up question (or "FOLO"): "So are quid pro quos used for re-election now impeachable?"  (A true and correct copy of this email, CNN00000575–76, dated January 29, 2020, 4:05 PM, is attached as **Exhibit 45**.)

30.     At approximately 4:41 PM, I emailed Griffiths revisions to her draft.  This revised draft included the following preface before the Full Circle Clip: "And Anne, one moment being talked about today .... the President's defense team, in answer to a question about quid pro quos, had an unusual defense of if the President had at least in part his own re-election in mind. Let's listen to Professor Alan Dershowitz."  After the Full Circle Clip, this revised draft included this follow-up: "Is that a winning argument?"  (A true and correct copy of this email, CNN00000571–73, dated January 29, 2020, 4:41 PM, is attached as **Exhibit 46**.)

31.     At approximately 5:30 PM, I emailed Griffiths further revisions to the draft.  I revised the preface before the Full Circle Clip to: "And Anne, one moment being talked about today from the President's defense team ... Professor Alan Dershowitz, in response to a question about quid-pro-quos, said if they're aimed at Presidential re-election, as long as that's in the public

8

interest, is not impeachable. Let's listen." (A true and correct copy of this email, CNN00000555, dated January 29, 2020, 5:30 PM, is attached as **Exhibit 47**.)

32.  At approximately 6:10 PM, Griffiths emailed the final version of the suggested questions to Cooper and our team. (A true and correct copy of this email, CNN00000542–43, dated January 29, 2020, 6:10 PM, is attached as **Exhibit 48**.)

**Conducting the Research**

33.  I also oversaw the research that our team conducted to prepare for Anderson Cooper Full Circle.

34.  At approximately 4:49 PM, Griffiths emailed Cooper and our team research for that evening's episode of Anderson Cooper Full Circle. She collected articles, quotes, transcripts, and other reporting on the impeachment trial. (A true and correct copy of this email, CNN00000583–97, dated January 29, 2020, 4:49 PM, is attached as **Exhibit 49**.)

35.  In addition, based on a review of documents produced in discovery in this case, I understand that Cooper received further research on impeachment that day. For example, I understand that, at approximately 5:46 PM, Cooper received an email containing reporting from New York Times journalists. The New York Times reporting stated that "Alan Dershowitz argued that any action to aid re-election could be considered in the nation's interest and therefore cannot be impeachable." (A true and correct copy of this email, CNN00000626–28, dated January 29, 2020, 5:46 PM, is attached as **Exhibit 50**.) I understand that, at approximately 6:27 PM, Cooper received an email containing reporting from Washington Post journalists. The Washington Post reported on "Alan Dershowitz's argument that a president can do anything to secure his reelection if he believes his being president serves the public interest," and stated that "Dershowitz argues that a president is immune if he views his reelection as in the public interest." (A true and correct

copy of this email, CNN00000644–48, dated January 29, 2020, 6:27 PM, is attached as **Exhibit 51**.)

**The Full Circle Statements**

36. At approximately 6:30 PM that evening, Anderson Cooper Full Circle was livestreamed. (A true and correct copy of this episode of Anderson Cooper Full Circle, the relevant portion of which begins at timestamp 3:07, is attached as **Exhibit 52** . A true and correct transcript of the relevant portion of this episode, prepared by CNN's counsel for ease of reference, is attached as **Exhibit 53**.)

37. I believed then, and believe now, that the statements made by Cooper and Milgram on Full Circle regarding Dershowitz's Response were expressions of Cooper's and Milgram's respective opinions. I believed then, and believe now, that the Full Circle Clip was fair and accurate.

**Invitations to Dershowitz for Additional Comment**

38. Based on a review of documents produced in this case, I understand that the following morning, on January 30, 2020, my colleague Kerry Rubin tried to book Dershowitz on Anderson Cooper 360° to give him an opportunity to further explain his Response. I understand that Dershowitz did not substantively reply to that invitation (replying with a blank email two weeks later). (A true and correct copy of this email thread, CNN00045483, dated January 30, 2020, 10:42 AM, and February 12, 2020, 2:24 PM, is attached as **Exhibit 54**.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/10, 2022

*Charles Hadad*
Chuck Hadad

11