# **EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## DECLARATION OF BRETT HARMAN
## IN SUPPORT OF CNN'S MOTION FOR SUMMARY JUDGMENT

I, Brett Harman, declare as follows:

1. I am over the age of eighteen, am a resident of Atlanta, Georgia, and am competent to make this declaration. I have personal knowledge of the statements set forth below. I submit this declaration in support of the motion by defendant Cable News Network, Inc. ("CNN") for summary judgment in this action (the "Motion").

2. I am currently part of the streaming division for Warner Bros. Discovery and my title is Manager, Experience Programmer. In January 2020, I was a video programming producer for CNN.

3. On January 29, 2020, Alan Dershowitz, who was defending former President Donald Trump during his first impeachment trial, responded to a question posed by Senator Ted Cruz on the floor of the U.S. Senate (the "Response"). I was responsible for the cutting of a video clip that included Dershowitz's Response that can be streamed on the CNN.com website (the "CNN.com Clip"). Based on a review of documents in this case, I understand that the CNN.com

Clip was placed at the top of certain articles on CNN.com, including an opinion piece by Paul Begala that is at issue in this lawsuit (the "Begala Column").

4. The CNN.com Clip included a verbatim excerpt of footage of Dershowitz's Response. At the time that CNN published the CNN.com Clip, I had no doubt that it was fair and accurate. I believe that to this day.

5. I did not work on the Begala Column in any capacity, nor was I involved in the placement of the CNN.com Clip on the webpage containing the Begala Column.

**My Background in Journalism**

6. I have nearly a decade of video and journalism experience.

7. I graduated from the University of Alabama in 2008 with a B.A. in communication and information science. I then received an M.A. in media studies in 2010 from the University of Alabama.

8. I first began working for CNN as an intern in 2012 and became a video journalist in the image and sound department the following year. In 2014, I joined the video programming team as an associate producer and was promoted to producer in two years.

9. My work as a producer included producing and programming videos for CNN's digital platforms, such as the CNN.com website and CNN app.

10. The videos that I produced for CNN.com could be published as standalone videos or placed at the top of articles to provide further information or background in a multimedia format. Generally, the staff responsible for the article would determine whether to include a video and selected the video, or a member of the video programming team selected the video. The videos could accompany opinion pieces, news articles, or other content on CNN.com or CNN's other digital platforms.

**The CNN.com Clip**

11.     On January 29, 2020, as part of my job responsibilities at CNN, I watched the impeachment proceedings that CNN was airing live from the U.S. Senate. One of my responsibilities was to identify and cut clips of newsworthy moments from the impeachment trial and other news events that CNN was airing. My team would collaborate on identifying and cutting clips in a Slack messaging channel called #video_programming.

12.     At approximately 3:32 PM, one of the producers, Sara Anwar, sent to #video_programming a link to a Mediaite article about Dershowitz's Response. Anwar asked if someone could assess whether his Response was a newsworthy moment. A production assistant, Maryam Mohamed, volunteered to do so. (A true and correct copy of this Slack message, CNN00000288, at '352, dated January 29, 2020, 3:32 PM ET / 8:32 PM UTC,[1] is attached as **Exhibit 55** to the Declaration of Katherine M. Bolger in support of the Motion ("Bolger Declaration"). All further references to "**Exhibit __**" in this declaration refer to the numbered exhibits attached to the Bolger Declaration.)

13.     At approximately 3:40 PM, Mohamed stated that she thought it was a newsworthy moment, and Anwar asked Mohamed to try to "get" (i.e., cut) a clip of the moment.

14.     Another producer, Daniel Lewis, noted that CNN anchor Jake Tapper was talking about Dershowitz's Response live on air at that moment. He noted that Tapper said this was the most "striking" moment of the day. He suggested that Mohamed "butt" to Tapper's analysis (i.e., cut to Tapper's analysis at the end of the clip of Dershowitz).

15.     At that time, Tapper made the following statements on CNN, which included Tapper quoting a portion of Dershowitz's Response (the quoted portion is italicized below):

---

[1] I understand that in discovery Slack messages have been produced with timestamps in UTC format. For ease of reference, I include the timestamps in both ET and UTC format here.

3

> . . . this is perhaps the most striking thing that has been said all day. Alan Dershowitz defending President Trump said, *if the President does something which he believes will get him elected in the public interest, that cannot be the kind of quid pro quo that results in an impeachment*. So in other words, if it's being done for the, quote, unquote, public interest. And every single politician thinks everything they do . . . is in the public interest. And like of course, their re-election is in the public interest because they are great and their rivals are horrible, then that cannot be considered impeachable.
>
> And it's a remarkable statement, and it set off a bunch of questions including what if Obama had done such a thing? And then there was a back and forth. But it's really a remarkable assertion, and I'm sure that a lot of attorneys including conservative constitutional attorneys would take issue with it.
>
> The idea that as long as a President does something and he believes that that action is in the public interest and that includes his own re-election, then it's completely kosher.

(A true and correct copy of the video and transcript of this telecast is attached as **Exhibit 56** (at timestamp 38:21) and **Exhibit 57** (at pages 3–4).)

16. Mohamed observed that the clip may be long, because Dershowitz's Response lasted several minutes. Another producer, Rachael Scott, suggested that she use the following portion of Dershowitz's Response:

> Everybody has mixed motives, and for there to be a constitutional impeachment based on mixed motives would permit almost any president to be impeached. How many presidents have made foreign policy decisions after checking with their political advisers and their pollsters?

17. At approximately 3:44 PM, a senior producer, Karol Brinkley, asked if Mohamed was butting to Tapper's analysis. Mohamed confirmed that she was.

18. At approximately 4:03 PM, Mohamed asked for someone to "CE" (i.e., copy edit, or review) her clip. As a producer with seniority over Mohamed, I responded that I would.

19. At approximately 4:27 PM, Mohamed sent me a private Slack message asking if the Dershowitz video clip was okay or if it needed any modifications in Adobe Premier (our video editing software). (A true and correct copy of this Slack message, CNN00000391, dated January 29, 2020, 4:27 PM ET / 9:27 PM UTC, is attached as **Exhibit 58**.)

4

20. After watching Mohamed's draft clip, I responded that we should change the clip. I instructed Mohamed to use the following portion of Dershowitz's Response instead:

> Every public official that I know believes that his election is in the public interest. And mostly you're right. Your election is in the public interest. And if a president did something that he believes will help him get elected, in the public interest, that cannot be the kind of quid pro quo that results in impeachment.

21. I explained that we should include this portion where Dershowitz discussed quid pro quos in the public interest. In my independent judgment, it was important to use this portion because this included the same portion that Tapper quoted in his analysis. That way, the viewer would see the original footage of Dershowitz and then see Tapper quoting and analyzing the same part. In addition, Tapper said this was the most "striking" statement of the day, which confirmed that this was the most newsworthy part. Further, the portion we ultimately used included three additional sentences, beyond what Tapper quoted, because I believed it was important to provide additional context from Dershowitz's Response.

22. Mohamed followed my instructions and prepared the final CNN.com Clip.

23. At approximately 4:28 PM and 4:49 PM, in the #video_programming channel, Anwar and Brinkley asked Mohamed for updates on when the CNN.com Clip would be published. Brinkley stated that there was a high level of interest in that moment from Dershowitz's argument.

24. At approximately 4:49 PM, Mohamed published the CNN.com Clip on the website. (A true and correct copy of the CNN.com Clip is attached as **Exhibit 59**.)

25. I understand that the CNN.com Clip was added to the Begala Column at the top of the piece later that evening.

26. I understand that in this lawsuit Dershowitz contends that the meaning of his Response is somehow changed by the following statement: "The only thing that would make a

5

quid pro quo unlawful is if the quo were in some way illegal." In my editorial judgment, I did not understand that sentence to change the meaning of anything in his Response.

27. I understand that in this lawsuit Dershowitz contends that the CNN.com Clip was part of a coordinated "scheme" linked to other statements and clips at issue in this case. That contention is false. I had no contact with anyone responsible for those other statements and clips regarding the CNN.com Clip. The CNN.com Clip was the product of my independent judgment.

28. In sum, I believed then, and believe now, that the CNN.com Clip was fair and accurate.

**The YouTube Clip**

29. I understand that in this lawsuit Dershowitz contends that a different, longer clip of his Response was played when Tapper and Blitzer discussed it on air that afternoon. That contention is incorrect. As explained above, Tapper verbally quoted Dershowitz's Response, but no clip was played on air at that time.

30. It is possible that Dershowitz is confusing Tapper and Blitzer's on-air segment with a YouTube video that contains a different edit of his Response butted to Tapper and Blitzer's discussion. That YouTube video is available at: https://youtu.be/cRnP9xjYmIM.

31. Based on a review of documents in this case, I understand that Scott uploaded that video to YouTube and discussed it on Slack at approximately 7:31 PM that day. (A true and correct copy of this Slack message, CNN00001176, dated January 29, 2020, 7:31 PM ET / January 30, 2020, 12:31 AM UTC, is attached as **Exhibit 60**.)

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 11, 2022

*Brett Harman*

Brett Harman

7