# **<u>EXHIBIT 8</u>**

# Deposition Transcript

Case Number: 0:20-cv-61872-AHS
Date: July 20, 2022

In the matter of:

# Dershowitz v Cable News Network, Inc.

## Anderson Cooper



**CERTIFIED COPY**

Reported by:
Ellen Sandles

**CONFIDENTIAL**

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
 2   --------------------------------x
     ALAN DERSHOWITZ,
 3
                   Plaintiff,
 4
 5          vs.                No. 0:20-cv-61872-AHS
 6
     CABLE NEWS NETWORK, INC.,
 7
                   Defendant.
 8   --------------------------------x
 9
10
11            DEPOSITION OF ANDERSON COOPER
12                 New York, New York
13                Wednesday, July 20, 2022
14                  **CONFIDENTIAL**
15
16
17
18
19
20
21
22
     Reported by:
23   ELLEN SANDLES
     Stenographic Reporter
24   Job No. 306717
25
```

1                    July 20, 2022

2                    2:29 p.m.

3

4          Deposition of ANDERSON COOPER, held at

5   the offices of Davis Wright Tremaine, 1251 Avenue

6   of the Americas, 21st Floor, New York, New York,

7   before ELLEN SANDLES, a Qualified Stenographic

8   Reporter and Notary Public of the State of New

9   York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S:

 2

 3        SCHWEIKERT LAW, PLLC

 4        Attorneys for Plaintiff

 5             1111 Brickell Avenue, Suite 1550

 6             Miami, Florida 33131

 7        BY:  MARK A. SCHWEIKERT, ESQ.

 8             E-mail:  mark@schweikertlaw.com

 9

10        DAVIS WRIGHT TREMAINE, LLP

11        Attorneys for Defendant

12             1251 Avenue of the Americas

13             New York, New York 10020

14        BY:  KATHERINE M. BOLGER, ESQ.

15             E-mail: katebolger@dwt.com

16

17

18   ALSO PRESENT:

19        Kelly Black-Holmes, In-House Counsel, CNN

20        Alan Dershowitz, via Zoom

21        Dmitry Zvonkov, Legal Videographer

22

23

24

25
```

```
 1          IT IS HEREBY STIPULATED AND AGREED,
 2    by and between counsel for the respective
 3    parties hereto, that the filing, sealing
 4    and certification of the within deposition
 5    shall be and the same are hereby waived;
 6          IT IS FURTHER STIPULATED AND AGREED
 7    that all objections, except as to the form
 8    of the question, shall be reserved to the
 9    time of the trial;
10          IT IS FURTHER STIPULATED AND AGREED
11    that the within deposition may be signed
12    before any Notary Public with the same
13    force and effect as if signed and sworn to
14    before the Court.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    ANDERSON COOPER

 2             THE VIDEOGRAPHER:  We are on the

 3   record, my name is Dmitry Zvonkov of STENO,

 4   today's date is July 20, 2022, and the time on the

 5   video is 2:29 p.m.  This deposition is being held

 6   at the offices of Davis Wright Tremaine located at

 7   1251 Sixth Avenue, New York, New York, the caption

 8   of the case is Alan Dershowitz vs. Cable News

 9   Network Inc., in the U.S. District Court Southern

10   District of Florida, case number

11   20-61872-CIV-SINGHAL/HUNT.  The name of the

12   witness is Anderson Cooper.

13             Would counsel please identify

14   themselves for the record?

15             MR. SCHWEIKERT:  Good afternoon, my

16   name is Mark Schweikert, I represent Alan

17   Dershowitz in this case, who has not yet appeared

18   telephonically, but I anticipate him doing so, and

19   I've asked Ms. Bolger just to let me know when

20   that happens so we can make sure the record is

21   accurate with respect to the folks that are

22   attending today.

23             MS. BOLGER:  This is Kate Bolger on

24   behalf of CNN, with me is Kelly Black-Holmes who

25   is in-house with CNN, and just for the record Mark
```

```
 1                    ANDERSON COOPER

 2   I am happy to be mindful of Mr. Dershowitz, but I

 3   don't want to be the keeper, so don't put that all

 4   on me my friend.

 5              MR. SCHWEIKERT:  I don't either so...

 6              THE VIDEOGRAPHER:  Would the court

 7   reporter swear in the witness?

 8              Whereupon,

 9                    ANDERSON COOPER,

10   after having been first duly sworn by Ellen

11   Sandles, a Notary Public and Stenographic Reporter

12   within and for the State of New York, was examined

13   and testified as follows:

14                    EXAMINATION BY

15   MR. SCHWEIKERT:

16        Q.    Good afternoon sir.

17        A.    Hi.

18        Q.    Could you please state your full name

19   for the record?

20        A.    My name is Anderson Hays Cooper.

21        Q.    Have you ever been known by any other

22   names?

23        A.    No.

24        Q.    Are you currently employed?

25        A.    Yes.
```

1                    ANDERSON COOPER
2        Q.     Where do you work?
3        A.     CNN and 60 minutes CBS.
4        Q.     What is your employment position with
5   CNN?
6               MS. BOLGER:   Objection to the form.
7        A.     I don't know my title, I am an anchor
8   correspondent.
9        Q.     How long have you been with CNN?
10       A.     Approximately since the last month of
11  2001.
12       Q.     Approximately 21 years?
13       A.     Yep.
14       Q.     Congratulations.   Have you ever had
15  your deposition taken before?
16       A.     Once.
17       Q.     When was that?
18       A.     Two months ago, a month-and-a-half ago.
19       Q.     Do you recall the case in which that
20  deposition occurred?
21       A.     I don't know the name of the case, it
22  involves a correspondent at CNN, a report she did
23  about a doctor.
24       Q.     Do you recall which doctor?
25       A.     No, I don't recall his name.

```
 1                    ANDERSON COOPER
 2        Q.     Do you recall the name of the
 3   correspondent that you referenced?
 4        A.     Elizabeth Cohen is the correspondent.
 5        Q.     Do you recall the name of the attorney
 6   that took your deposition?
 7        A.     No, I don't.
 8        Q.     We are very forgetful people.
 9               Approximately how long did that
10   deposition last?
11        A.     It went over the course of two days;
12   yeah.
13        Q.     What is your understanding of the
14   information that was being sought from you over
15   the course of those two days?
16        A.     It seemed like -- I don't know, I was
17   not involved in the production of the story, it
18   appeared on a show that I anchored so I think they
19   were trying to understand my involvement if there
20   was any in the production of that.
21        Q.     Do you recall the general subject
22   matter of that story?
23        A.     It was a hospital which had according
24   to the report -- there had been -- I don't want to
25   mischaracterize the nature of the story, it seemed
```

```
 1                    ANDERSON COOPER
 2  to be a disagreement over a medical story a CNN
 3  reporter had done and the doctor she did the
 4  story about believed she got it wrong, and was
 5  suing.
 6        Q.    The doctor was suing CNN?
 7        A.    I don't know who the actual named
 8  parties were or I don't recall.
 9        Q.    Do you know if defamation was one of
10  the claims in that lawsuit?
11             MS. BOLGER:  I am going to object, and
12  Anderson, if you came to know that through
13  conversations with an attorney or not --
14        A.    I'm sorry I don't recall what the
15  allegations were.
16        Q.    Are you aware that my client Alan
17  Dershowitz is currently suing CNN for defamation?
18        A.    I wasn't sure exactly what it was, but
19  yeah, I am generally aware of that.
20        Q.    I don't know want to know any
21  information that you may have learned from your
22  lawyer, that's obviously privileged, except CNN's
23  lawyers, but do you have a general understanding
24  of the gist of Mr. Dershowitz's claim?
25        A.    I believe I do.
```

```
 1                 ANDERSON COOPER
 2      Q.    What is that?
 3      A.    Mr. Dershowitz believes CNN somehow
 4  mischaracterized statements he made on the floor
 5  of the Senate in defense of Donald Trump; he says
 6  in defense of the Constitution.
 7      Q.    Do you have a more specific
 8  understanding as to how Mr. Dershowitz believes
 9  his statements were mischaracterized by CNN?
10            MS. BOLGER:  Objection to the form.
11      A.    I have a general -- I think I have a
12  general understanding of -- sort of a general
13  understanding, I find sometimes -- yeah, I think I
14  have a general understanding, although I find at
15  times I am somewhat confused by his argument.
16      Q.    You obviously know who Alan Dershowitz
17  is; we're talking about him, right?
18      A.    Yes.
19      Q.    When did you first become aware of
20  Mr. Dershowitz?
21            MS. BOLGER:  Objection to the form.
22      A.    Probably the movie Reversal of Fortune
23  or the Claus Von Bulow trial, I was familiar with
24  the writer Dominick Dunne, I was a kid, but I knew
25  Dominick Dunne, and I read his stories about the
```

```
 1                    ANDERSON COOPER
 2   Claus Von Bulow trial, and Mr. Dershowitz was a
 3   brilliant defense attorney in that case or the
 4   appeal, I can't remember which.
 5        Q.    So there was a time where you
 6   considered Mr. Dershowitz to be a brilliant
 7   defense attorney?
 8        A.    I consider Mr. Dershowitz to be a very
 9   smart person, I have said so on the air.
10        Q.    Did Mr. Dershowitz ever appear on any
11   of your shows on CNN as a legal commentator?
12        A.    He has appeared many times or a number
13   of times on my broadcast on CNN.
14        Q.    And --
15        A.    Whether as a commentator, as person in
16   his own right, either commenting on something --
17   generally something he was involved with he, is
18   not like a guy you just call up and have on every
19   day because he's got a lot going on.
20        Q.    Right.  Did you have a show that was
21   regularly broadcast on CNN in the month of
22   January 2020?
23        A.    I did, yes.
24        Q.    What was the name of that show?
25        A.    Anderson Cooper 360.
```

```
 1                    ANDERSON COOPER
 2         Q.    Did your show cover the impeachment
 3    proceeding of President Trump during January of
 4    2020?
 5         A.    Yes, it did.
 6         Q.    Do you recall when the official
 7    proceeding started?
 8              MS. BOLGER:  Objection to the form.
 9         A.    I don't remember the exact date, I
10    remember Mr. Dershowitz being on a number -- in
11    the lead up to it, I believe he was on
12    January 20th, I believe he was on maybe the 17th
13    or 18th, maybe the 19th, I believe he was on
14    sometime after the 20th.  I believe he took Q & A
15    from senators on the 27th, I believe he came on
16    CNN, not on my show but other shows after that.
17         Q.    During the --
18         A.    I may have some of those dates wrong.
19         Q.    That's fair enough.  I didn't give you
20    general guidelines because I imagine sitting for
21    deposition for two days you were well educated in
22    that regard, but I don't want you to guess, an
23    approximation is fine, and if you don't understand
24    any question let me know and I'm happy to try to
25    rephrase it for you, okay.
```

```
 1                    ANDERSON COOPER

 2             Did you do anything to prepare for the

 3    deposition today, aside from having conversations

 4    with CNN's lawyer?

 5        A.    No, I read, I looked over some

 6    transcripts a couple days ago of conversations of

 7    some of the appearances Mr. Dershowitz made on

 8    AC 360.

 9        Q.    Do you recall which particular

10    transcripts?

11        A.    I think one on January 20th, I think

12    there was one before that, conversations with

13    Jeffrey Toobin on the program; none of which is my

14    understanding of why we are here today.

15        Q.    What is your understanding of why we're

16    here today?

17             MS. BOLGER:  Objection to the form.

18        A.    You had asked me about broadcast

19    programs, and I told you I have a broadcast

20    program, I had a digital program, and I believe I

21    am here for a company interview I did on a digital

22    program.

23        Q.    A digital program meaning --

24        A.    Not broadcast.

25             THE STENOGRAPHER: (Stops proceeding due
```

```
 1                  ANDERSON COOPER
 2    to cross-talk.)
 3        Q.   I don't mean to be rude, but in normal
 4    conversation we may anticipate what someone is
 5    going to say and speak quickly, but for purposes
 6    creating an accurate transcript which the court
 7    reporter is trying to do, if we could ensure that
 8    each other have finished talking before we
 9    respond; and you also may want to give a little
10    pause to the extent your lawyer may have an
11    objection to my question.
12              THE WITNESS:  What is that picture?
13              MS. BOLGER:  The videographer's home
14    screen.
15              MR. SCHWEIKERT:  Can we take a quick
16    break?
17              (Recess.)
18              THE VIDEOGRAPHER:  We are off the
19    record as 2:42 p.m.
20              (Recess.)
21              THE VIDEOGRAPHER:  This begins unit
22    two, on the record at 2:43 p.m.
23              MS. BOLGER:  For the record, same
24    comment I made at the beginning of Ms. Xu's
25    deposition, the name on the screen is Carolyn
```

1                      ANDERSON COOPER

2    Cohen, I understand that is, in fact,

3    Mr. Dershowitz using his wife's device and I would

4    object to the presence of anyone other than

5    Mr. Dershowitz in that room, but I believe

6    Mr. Dershowitz has represented that there is no

7    one else in the room --

8              MR. SCHWEIKERT:  Yes, he understands

9    that instruction.

10        Q.    Before we took a break you were telling

11   me a little bit about Mr. Dershowitz's appearances

12   on your show before the impeachment trial started,

13   right?

14        A.    I said he had appeared a number of

15   times in discussions with Jeffrey Toobin on AC360

16   which is a weeknight show on CNN, and may have

17   appeared after one of his appearances, but prior

18   to the Q & A on the 27th, and I know he appeared

19   on CNN after that in an interview, I think, with

20   Chris Cuomo; maybe somebody else.

21        Q.    And AC360 was aired live on television

22   during January 2020?

23        A.    That is correct.

24        Q.    And before the brief interruption I

25   believe you were telling me about digital content

1                    ANDERSON COOPER

2    as well?

3        A.    There was a digital program I was doing

4    at the time called Full Circle that was on

5    6:15 p.m., it was shot to go live online and I

6    believe; yeah.

7        Q.    So, in the month of January 2020 your

8    CNN broadcasts included Anderson Cooper 360 on

9    television, as well as a digital program called

10   Full Circle?

11       A.    Right.

12       Q.    When Mr. Dershowitz had appeared on one

13   of your programs in January 2020 before the

14   impeachment trial started, did you hear him

15   discuss his legal argument regarding when he

16   believed a president could you be impeached?

17            MS. BOLGER:  Objection to the form.

18       A.    That's what the discussion with Jeffrey

19   Toobin and Mr. Dershowitz was about.

20       Q.    What did you understand

21   Mr. Dershowitz's argument to be at that time when

22   he appeared on your shows before the impeachment

23   trial started?

24            MS. BOLGER:  Objection to the form.

25       A.    You would have to give me a date

```
 1                      ANDERSON COOPER
 2   because Mr. Dershowitz's opinions seem to change
 3   over time, so you would have to give me date as to
 4   what show you are actually talking about.
 5        Q.    Did you understand that before the
 6   impeachment trial started Mr. Dershowitz's general
 7   argument was that a president could be impeached
 8   for committing a crime or engaging in crime-like
 9   behavior?
10             MS. BOLGER:  Objection to the form.
11        A.    I believe the way you have asked the
12   question is inaccurate.
13        Q.    Please correct the inaccuracy.
14        A.    You can repeat the question and then I
15   will tell you why.
16        Q.    Sure.  Before the impeachment trial
17   began did you understand, based upon
18   Mr. Dershowitz appearances on your programs, that
19   he believed a president could be impeached and
20   removed from office for committing a crime or
21   engaging in crime-like behavior?
22             MS. BOLGER:  Objection to the form, you
23   can answer.
24        A.    So in 1998 Mr. Dershowitz made an
25   argument that crime was not necessary in order for
```

```
 1                    ANDERSON COOPER

 2   there to be impeachment, so that was my first

 3   understanding of Mr. Dershowitz's view on this

 4   subject; he went into, I think, more detail -- I'd

 5   have to look at an exact transcript of what he

 6   said in 1998 -- but I know it was repeated on the

 7   program on January 20th.  But I believe what he

 8   said in 1998 it didn't have a be a crime -- I am

 9   paraphrasing now -- a serious abuse of office,

10   abuse of trust, there was one other thing; all of

11   those things could be impeachable offenses.  Then

12   in 2020, at least by January 20th, it seemed

13   Mr. Dershowitz's argument had changed and on that

14   broadcast we went 'round and 'round on him saying

15   whether he was wrong the first time because now he

16   was saying -- well, he made a comment that it

17   needed to be a crime in order to be impeached, and

18   then he said on that program it needed to be a

19   crime or crime-like behavior, and I never heard

20   the term "crime-like behavior," and I am still

21   confused by it.

22        Q.   But is it fair to say that at some

23   point in January 2020, before the impeachment

24   proceedings began, you had been made aware that

25   Mr. Dershowitz's position with respect to
```

1                    ANDERSON COOPER

2     impeachment was that a president could be

3     impeached for committing a crime or engaging in

4     crime-like behavior?

5              MS. BOLGER:  Objection to the form.

6     Asked and answered.

7         A.    Mr. Dershowitz on a broadcast with me

8     did say crime or crime-like behavior and we had a

9     discussion about what that actually meant; and I

10    am still not clear what it actually means, and I

11    expressed that I wasn't clear then.

12        Q.    That was the subject of debate at least

13    in one instance with his former student Jeffrey

14    Toobin, right?

15        A.    I think in a number of instances, yes.

16        Q.    How many times do you recall observing

17    Mr. Dershowitz and Mr. Toobin debate this issue?

18        A.    I believe on my broadcast we had two

19    very lengthy debates, and by lengthy I mean going

20    through multiple commercial breaks because both

21    are very serious men and we wanted to give them

22    time to fully make their opinions clear.  And I

23    think there was a time maybe Mr. Dershowitz was on

24    by himself; yeah, but I'd have to see the

25    transcript.

ANDERSON COOPER

1

2      Q.    Those instances that you were

3  recalling, they were prior to the commencement of

4  the impeachment proceeding in January 2020?

5      A.    I'm not sure exactly what the dates of

6  the impeachment proceedings were, I remember him

7  doing the Q & A on January 27th, that's the day

8  that sticks out to me because I think that is the

9  broadcast that is in question for this.

10      Q.    But he did appear on January 20th and

11  there was a debate with Mr. Toobin regarding the

12  type of conduct that could constitute an

13  impeachment, right?

14      A.    Yes.

15      Q.    You had mentioned that you believe

16  there was an evolution of sorts in his argument

17  regarding impeachment, is that fair?

18            MS. BOLGER:  Objection to the form.  He

19  didn't use the word "evolution."  You can answer.

20      A.    It seemed very clear -- if you want to

21  call it an evolution -- there was a change in his

22  thoughts, and in fact, I asked him about this and

23  he actually said there was a change.

24      Q.    I didn't mean to put words in your

25  mouth, I thought you mentioned the word "evolve,"

```
1                      ANDERSON COOPER
2    which is what led me to say "evolution."  Is it
3    fair to say that you believe Mr. Dershowitz has
4    made different arguments regarding the type of
5    conduct for which a president can be impeached
6    over the course of his career?
7         A.   Yes, again, I am not a lawyer and I
8    have said this numerous times on TV and in
9    conversations with Mr. Dershowitz.  I've also said
10   I have great respect for him and I'd like him to
11   be my defense attorney if I ever needed one -- I
12   said that on air -- but it seems to me, yeah, it
13   does seem there's been a change and, in fact, he
14   said there was a change in an interview that I did
15   with him.
16        Q.   Are you aware of whether Mr. Dershowitz
17   ever published any books regarding impeaching a
18   president?
19        A.   I believe he did publish a book about
20   the impeachment of Donald Trump, and I believe I
21   promoted that book on his appearance.
22        Q.   When was that?
23        A.   I'm sure that was probably one of the
24   agreements made to have him on to promote his book
25   because he would understandably want his book
```

```
 1                    ANDERSON COOPER
 2   promoted.  I don't know, I would have to look at
 3   the transcript, but I would assume in the run-up
 4   to the impeachment that he was promoting his book.
 5        Q.    Did you read that book that you're
 6   thinking of?
 7        A.    I did not read his book, no.
 8        Q.    But as far as you're aware it was a
 9   book with respect to the impeachment of President
10   Trump?
11              MS. BOLGER:  Objection to the form.
12        A.    The little I vaguely recall of what the
13   title was, that sounds like it was about.
14        Q.    Do you recall what was the gist of his
15   legal argument within that book that he was
16   promoting on your show?
17              MS. BOLGER:  Objection to the form.
18        A.    I would not be qualified to give a
19   summation of the gist of his complex legal
20   argument that he took an entire book to write in
21   some sort of paragraph, sentence; so no, I would
22   not feel comfortable trying to do that.
23        Q.    Did there ever come a time where you
24   believe that a snippet of one assertion that
25   Mr. Dershowitz made in response to an answer posed
```

```
1                    ANDERSON COOPER

2   to him by Senator Ted Cruz was an accurate

3   characterization of his complex legal argument

4   regarding the type of conduct for which a

5   president could be impeached?

6              MS. BOLGER:  Objection to the form.

7        A.    I'm not sure I understood that

8   question.

9        Q.    I understood you to say you didn't feel

10  comfortable or qualified to summarizing the

11  arguments he had written a book about?

12       A.    Well, I have not read the book so I

13  wouldn't summarize arguments in a book I have not

14  read.

15       Q.    Are you aware of Mr. Dershowitz ever

16  saying that a president could not be impeached if

17  he committed a crime?

18       A.    I'm sorry, the form of the question is

19  unusual.

20              MS. BOLGER:  Objection to the form.

21  Can you re-ask it?

22       Q.    Sure.  Are you aware of Mr. Dershowitz,

23  before the impeachment trial, ever making the

24  assertion that a president could commit a crime

25  and never be impeached for that criminal conduct?
```

```
 1                    ANDERSON COOPER
 2            MS. BOLGER:  Objection to the form.
 3       A.    Prior to the impeachment, did
 4  Mr. Dershowitz ever say a president could commit a
 5  crime and not be impeached?
 6       Q.    Yes, sir.
 7       A.    I'm not sure, I don't know.
 8       Q.    You did become aware before the
 9  impeachment trial began, based upon the debate
10  between Mr. Toobin and Mr. Dershowitz, that at a
11  minimum Mr. Dershowitz believed a president could
12  be impeached for committing a crime or
13  criminal-like behavior, right?
14            MS. BOLGER:  Objection to the form,
15  misstates testimony.
16       A.    I do recall Mr. Dershowitz making the
17  argument using the phrases "crime" or "crime-like
18  behavior."  I don't understand what crime-like
19  behavior is, and I think I expressed that on the
20  air and I think there has been a lot of confusion
21  about that.
22       Q.    Mr. Dershowitz never made any argument
23  that a president could commit a crime and not be
24  impeached at any time, did he?
25            MS. BOLGER:  Objection to the form,
```

```
 1                    ANDERSON COOPER
 2   asked and answered.
 3        A.    I don't know really know entirely what
 4   Mr. Dershowitz's definition of crime or crime-like
 5   -- I'm not sure what crime -- I'm not sure what he
 6   means by -- I understand what he means by crime, I
 7   don't understand what he means by crime-like, so
 8   it is confusing to me what Mr. Dershowitz might
 9   actually believe.  What is crime-like?  I don't
10   know.
11        Q.    Let's set aside the phrase regarding
12   "crime-like behavior."  Do you know what a crime
13   is?
14             MS. BOLGER:  Objection to the form.
15        A.    Sure.
16        Q.    Are you aware of Mr. Dershowitz ever
17   making an argument that a president could commit a
18   crime and not be impeached for committing that
19   crime?
20             MS. BOLGER:  Objection, you have
21   actually asked that exact question three times,
22   and the witness has answered it three times.  You
23   can answer again.
24        A.    It seems like, I am confused by
25   Mr. Dershowitz's argument because it has changed
```

```
 1                    ANDERSON COOPER
```

 2   over time, though and I am confused by the fact

 3   that he says it hasn't changed over time, and even

 4   in his -- some of the statements he has made about

 5   "what is bribery," the way he's described it, it

 6   seems he has a limited even definition of what a

 7   bribery is, so I think bribery is a crime but

 8   again, I'm not a lawyer, but my understanding of

 9   some of his arguments about what constitutes a

10   bribe, pecuniary benefit for somebody, that seems

11   limited to me, it seems there are other forms of

12   bribes.  So I'm not sure we have the exact same

13   definition of what a crime is.

14        Q.    So you do believe that Mr. Dershowitz

15   has made the legal argument that a president could

16   commit a crime and not be impeached, is that

17   right?

18             MS. BOLGER:  Objected to the form,

19   asked and answered.

20        A.    The president could commit a crime?

21   I'm sorry, I'm confused.  Could you repeat that?

22        Q.    Sure.  I am trying to frame my question

23   in a way that calls for a "yes" or "no," and then

24   if you need to explain you can explain, and I

25   believe I am entitled to do so, and I believe a

1          ANDERSON COOPER

2  judge would ask you to answer the question in that

3  way if you can, and that may be why your counsel

4  thinks I keep asking the same question, but I

5  don't hear answer an answer to the question I'm

6  asking.  So I have phrased it in the negative.

7          So my question was, you do believe,

8  sir, that Mr. Dershowitz has made the legal

9  argument that a president can commit a crime and

10  not be impeached for that crime?

11          MS. BOLGER:  Objection, asked and

12  answered going on four times.  Your made-up belief

13  that you can get a "yes" or "no" question all the

14  time I just don't agree with Mark -- you and I

15  disagree -- the question has been asked and

16  answered.

17      A.    I'm sorry.  You're asking if I believe

18  that Mr. Dershowitz has argued that a president

19  can commit a crime and not be impeached?

20      Q.    Right.

21      A.    He has said a crime or crime-like

22  behavior, so that would seem to argue no, but

23  again, I am confused about his definition of what

24  a crime is as regards to bribery and crime-like

25  behavior, so I don't know exactly how to answer

```
 1                      ANDERSON COOPER
 2    that question.  I'm not trying to be difficult.
 3                MR. SCHWEIKERT:  Let's take a brief
 4    five-minute break.
 5                THE VIDEOGRAPHER:  Off the record at
 6    3:01 p.m.
 7                (Recess.)
 8                THE VIDEOGRAPHER:  This begins unit
 9    three, we are on the record at 3:12 p.m.
10                MR. SCHWEIKERT:  I would like to show
11    you document I have marked as Plaintiff's
12    Exhibit 43.
13                (Plaintiff's Exhibit No. 43 was
14                marked for identification.)
15        Q.    Please take a moment, review it, let me
16    known if you have seen it before, and for purposes
17    of the record Plaintiff's Exhibit 43 has been
18    designated "highly confidential-restricted
19    material pursuant to protective order," and it
20    Bates labeled CNN 1760 through 1789.
21                MS. BOLGER:  Also for the record, I am
22    designating the portions of the transcript that
23    discuss this document as highly confidential, so
24    Ellen and Dmitry are bound by our protective
25    order -- although I'm not worried about their
```



1          ANDERSON COOPER

2   disclosing that information --  but I am

3   interested -- it is important this remain highly

4   confidential and we can discuss the rest of the

5   transcript and other designations, but this

6   portion of the transcript is designated highly

7   confidential-restricted material.

8               (Highly confidential-restricted

9   material going forward.)

10





1

2

ANDERSON COOPER







1

2

ANDERSON COOPER



```
 1                    ANDERSON COOPER
 2  ██████████████████████████████████████████████
    ████████████████████████████
    ████████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████████
    ██████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████
    ████████████████████████████████
    ████████████████████████████████████████████████████
    ████████████████
13              THE VIDEOGRAPHER:  This begins unit
14  four, we are on the record at 3:24.
15              MR. SCHWEIKERT:  The record reflects
16  Mr. Dershowitz is attending again telephonically
17  through his wife's phone.  We had asked him to
18  leave the deposition while there were discussions
19  of highly confidential information.
20       Q.   Mr. Cooper, do you recall if there was
21  a rundown prepared for the Full Circle program on
22  which Anne Milgram appeared as a guest on January
23  29th?
24       A.   I don't recall, in all probability
25  there was; I don't recall if I saw the rundown or
```

```
                        ANDERSON COOPER
 1
 2   I didn't.  Sometimes if things are rushed I may
 3   not have seen the rundown and it was largely a
 4   viewer question show, so I know when I was talking
 5   to Anne I had those questions on a piece of paper
 6   in front of me because they were viewer questions.
 7        Q.    Do you recall who had provided you with
 8   those viewer questions?
 9        A.    I don't know specifically in this case,
10   but it would have been a producer.
11        Q.    Is there a team of individuals at CNN
12   who help produce that particular broadcast?
13        A.    Yes, there is; produce, shoot, direct,
14   every aspect of it.
15        Q.    Do you recall who those team members
16   were?
17              MS. BOLGER:  We're just talking about
18   the Full Circle interview with Anne Milgram?
19              THE WITNESS:  Right.
20              MR. SCHWEIKERT:  Yes.
21        A.     It has changed over time, but I am
22   guessing Chuck Hadad would have been involved,
23   Charlie Moore is the executive producer of both
24   that show and the CNN 360 show, there is a woman
25   named Rachel who has sometimes been involved in
```

ANDERSON COOPER

```
 1
 2  Full Circle as a producer, and there are some more
 3  technical people, a director, I'm not sure who
 4  that would have been at the time.
 5       Q.   Do you recall Rachel's last name?
 6       A.   I believe it is Schleifstein, I am not
 7  exactly sure.
 8       Q.   You believe she was a producer?
 9       A.   I don't know if she was at that time.
10       Q.   Were there any writers on that team?
11       A.   I don't know if with Full Circle if
12  there are separate writers or writers from 360;
13  I'm not sure.
14       Q.   You don't remember if you were
15  presented with a rundown for that broadcast with
16  Anne Milgram?
17            MS. BOLGER:  Objection to the form,
18  asked and answered.
19       A.   A rundown would be in the computer and
20  it would be up to me to log into the rundown to
21  look, if I know I had a pre-interview right before
22  the program with Lev Parnas and his attorney that
23  I was preparing for, so I don't know if I looked
24  at the rundown or not.
25       Q.   Did that --
```

```
 1                     ANDERSON COOPER
 2        A.    It is not essential given things were
 3   moving fast that day, it was obviously a huge news
 4   day, I may not have seen the rundown; I'm not
 5   sure.
 6        Q.    Did you have a pre-interview with Anne
 7   Milgram before that broadcast?
 8              MS. BOLGER:  Objection to the form.
 9        A.    I do not recall.  I don't believe so,
10   but I don't recall.  We don't have a pre-interview
11   with every guest, some guests are very busy, in
12   the ideal world you do pre-interviews, but
13   sometimes there is no time and the guest doesn't
14   have time to do that.
15        Q.    In the ideal world, who would typically
16   conduct a pre-interview of a guest like Anne
17   Milgram?
18        A.    A producer, associate producer; I'm not
19   sure of whatever the title.
20        Q.    Do you know if Anne Milgram was
21   informed in advance of the type of question that
22   she might be asked by you on your program?
23              MS. BOLGER:  Objection to the form.
24        A.    She would have not been informed in
25   advance, I don't believe -- she would have been
```

```
 1                    ANDERSON COOPER
 2   aware of what the topic of the day was given the
 3   importance of the impeachment hearings, so I
 4   shouldn't assume what Anne Milgram, knows, but
 5   anyone who was on that day would know this is the
 6   topic, and I am sure she knew she was going to be
 7   given some viewer questions but she would not have
 8   seen any of that in advance.
 9        Q.   Do you know if anyone on your team may
10   have acquired information about Ms. Milgram's
11   opinions with respect to the news of the day
12   before she was interviewed by you on your program?
13             MS. BOLGER:  Objection to the form.
14        A.   I have no idea.
15        Q.   Is it customary for you, with respect
16   to your Full Circle program, to not have any idea
17   if a guest commentator has been made aware of the
18   subject matter that you wanted to discuss with
19   them?
20             MS. BOLGER:  Objection to the form of
21   the question, misstates testimony.
22        A.   Sorry, I was a little confused by the
23   phrasing.  Is it common -- can you re-ask?
24        Q.   I heard you say you don't know with
25   respect to Anne Milgram, using your parlance, "in
```

ANDERSON COOPER

1
2  an ideal world," is a guest commentator, such as
3  Anne Milgram, made aware of the subject matter
4  which he or she is being asked to discuss with you
5  on your program?
6           MS. BOLGER:  Objection to the form.
7       A.    Not necessarily, I actually think
8  interviewing people without them knowing in
9  advance what we're going to talk about is probably
10  better because generally when people think they
11  know what they are going to talk about then they
12  prepare something in their head, and whereas I
13  often think a genuine conversation, as long as
14  people are smart and it's a genuine conversation,
15  I think those are the best kinds of conversations.
16  So I like seeing pre-interviews with people
17  because I like knowing what somebody is going to
18  be arguing in advance, but with Mr. Dershowitz,
19  for instance, I don't think there was any
20  pre-interviews for his appearances, and I like the
21  challenge of that as well.
22       Q.    When you said you like seeing
23  pre-interviews, were you thinking of reading
24  something or watching something?
25           MS. BOLGER:  Objection to the form.

```
 1                    ANDERSON COOPER
 2   Again, just answer as to general policies or the
 3   interview with Ms. Milgram, but no specifics of
 4   any other news.
 5        A.    Generally, I like to read transcripts
 6   of what people have said.
 7        Q.    During a pre-interview with someone at
 8   CNN?
 9        A.    For anything.  Even if I see something
10   on TV, I like to read and see stuff on a page, and
11   it helps me understand it better.
12        Q.    Did you try to read what Mr. Dershowitz
13   had previously written or said with respect to
14   impeachment of a president, before he appeared on
15   Anderson Cooper 360 in the week leading up to the
16   impeachment trial?
17              MS. BOLGER:  Objection to the form.  I
18   think you're asking him specifically for news
19   gathering related to statements not at issue here.
20   Do not answer related to news gathering not at
21   issue here.
22              THE WITNESS:  At issue here is the Anne
23   Milgram --
24              MS. BOLGER:  The Anne Milgram
25   interview.
```

ANDERSON COOPER

1

2          THE WITNESS:  Not the other

3   appearances --

4          MS. BOLGER:  Not the other appearances,

5   you can talk about what publicly happened, but not

6   the news gathering.

7      A.    I don't recall what preparation I had

8   for Anne Milgram's appearance.  I don't believe --

9   you probably have access to whatever pre-interview

10  materials there may have been, I don't recall

11  there being any pre-interview materials but I

12  could be wrong.  It was what, Mr. Dershowitz's

13  testimony was a few hours before, the show was at

14  6 o'clock, so it was obviously much in discussion

15  on every channel what Mr. Dershowitz had been

16  arguing, but I don't recall what my preparation

17  was on that particular interview.

18     Q.    Do you remember what you were doing

19  earlier that day, for example, were you watching

20  the trial?

21          MS. BOLGER:  You can answer as to what

22  you did to prepare for the interview with

23  Ms. Milgram, but you cannot answer as to other

24  news gathering you did.

25     A.    I don't recall what I was doing, but --

ANDERSON COOPER

1

2    and I don't have recollection of exactly how I

3    prepared for Ms. Milgram.

4        Q.    Do you remember if you watched

5    Mr. Dershowitz's opening statement on January 27th

6    of the impeachment proceeding?

7        A.    I don't recall, it was obviously a big

8    news event, and I tend to watch big news events,

9    but I don't recall if I watched that live.

10       Q.    Do you consider yourself a journalist?

11             MS. BOLGER:  Objection to the form.

12       A.    Yes, I do.

13       Q.    I believe you told me you were an

14   anchor correspondent, but you also consider

15   yourself a journalist?

16       A.    Yeah.

17       Q.    Are there any standards you believe

18   govern your work as a journalist?

19             MS. BOLGER:  Objection to the form.

20       A.    There are certainly many standards,

21   yes.

22       Q.    What are the standards?

23       A.    Well, there's hundreds of pages of

24   standards so I am not sure in what specific

25   category, but certainly you strive to be fair and

ANDERSON COOPER

1

2    accurate in all things and, I guess, that's what

3    it ultimately boils down to; you strive to be fair

4    and accurate and honest in all of your dealings

5    and all of your interviews, and you try to talk to

6    people with different opinions and try to let

7    viewers make up their own mind about things.  I

8    have a number of very -- in many different realms

9    I have very strict standards that I apply from how

10    something is shot, to how an interview is

11    conducted, to everything, my interactions with

12    people, every aspect of my work life and my actual

13    life.

14         Q.    When you referred to hundreds of pages,

15    what were you thinking of?

16              MS. BOLGER:  Objection to the form.

17         A.    CNN has standards and practices which

18    every year we are -- I think we are required, but

19    I certainly check at least once a year, read

20    through it, and it's available to consult at any

21    time if anybody has any standards question there

22    either a document you can go to or somebody you

23    can go to to ask questions.

24         Q.    You mentioned categories of standards.

25    With respect to the reporting of news at CNN, what

```
 1                    ANDERSON COOPER
 2   are those categories of standards?
 3        A.    That's a really broad question.
 4   There's --
 5             THE WITNESS:  Is it all right to get
 6   into the details of CNN's standards and practices?
 7             MS. BOLGER:  You can talk generally
 8   about CNN's standards and practices but you cannot
 9   talk specifically about any one group of --
10             THE WITNESS:  Okay.
11        A.    There are standards and practices that
12   govern everything you do, so how you conduct
13   yourself in the field, where you point a camera,
14   how your presence in a demonstration may impact
15   that demonstration, and if you feel that it does
16   then you remove yourself from that demonstration.
17   There's how you interact with a subject matter,
18   how you deal with confidential sources, how you --
19   being on the record, off the record, on
20   background, giving somebody when it's appropriate
21   to grant somebody -- to try to protect somebody's
22   identity, the rules for that; the rules for
23   recording interviews.  There's -- it's, yeah,
24   there is a lot.  How you interact with the world,
25   what groups you can appear in front of and talk in
```

1                    ANDERSON COOPER

2   front of; I am not allowed to receive gifts.

3   There are many different standards of all aspects

4   of this life.

5        Q.    With respect to your team preparing

6   content for your Full Circle program, are there

7   any other standards besides from what you

8   described that would apply to that process?

9              MS. BOLGER:  Objection to the form.

10       A.    Yeah, again, it's very broad so, I mean

11  everything we do is governed by standards and so,

12  we expect -- I believe everybody is expected to

13  hold themselves to the same standards in their

14  behavior, that is everybody in the hierarchal

15  structure.  So, if I am interviewing somebody I

16  want to give somebody time to give their answer, I

17  don't want to step on them, I want to be

18  respectful to them.  I prefer when there are

19  people with different opinions who are intelligent

20  and respectful of each other, and can have an

21  interesting discussion; I am not interested in

22  people yelling at each other -- some people are

23  interested in that -- I'm interested in actual

24  discussions where I can learn something and the

25  viewer can learn something; and I want to treat

1                    ANDERSON COOPER

2    people politely and fairly.

3         Q.    With respect to the program on which

4    Anne Milgram appeared on January 29th, do you

5    believe that content was fair and accurate?

6         A.    I would have to look at what specific

7    content you're talking about, but do -- yeah, I

8    believe it was fair and accurate.

9         Q.    Do you know if there is a transcript of

10   that program?

11        A.    I would assume so.

12        Q.    Have you ever seen one?

13        A.    No.

14             MS. BOLGER:  For the record, as I

15   represented to Mark earlier this morning, there is

16   no transcript available on CNN's website of that

17   program.

18             THE WITNESS:  Okay.

19        Q.    Do you know why there isn't a

20   transcript?

21        A.    My only guess it is a digital show and

22   they just don't do that.

23        Q.    I don't know want you to guess.

24        A.    That is a total guess.

25             MS. BOLGER:  That is my representation

```
 1                     ANDERSON COOPER
 2    as well.
 3          Q.    Is your e-mail address at CNN
 4    ███████████████████████████
 5          A.    Yes, it is.
 6          Q.    Do you recall corresponding with anyone
 7    via e-mail in connection with Anne Milgram's
 8    appearance on your Full Circle broadcast on
 9    January 29th?
10          A.    No.
11          MS. BOLGER:  I am going to designate
12    this transcript confidential.  Mr. Cooper's e-mail
13    address is confidential, that is his internal
14    e-mail address, it is not a public one, a
15    public-facing e-mail, so I am going to designate
16    this whole transcript confidential based on the
17    designation for the document and Mr. Cooper's
18    e-mail address, except for the portions I've
19    already designated highly confidential -- I'm very
20    needy today -- Mr. Schweikert and I have talked
21    about this, we will talk about re-designating at a
22    later date, but for now the transcript is
23    confidential, except for those portions which are
24    highly confidential.
25          Q.    Do you know someone by the name of
```

```
 1                    ANDERSON COOPER
 2    Susan Chun, C-H-U-N?
 3         A.    Yes, she is, I believe, a senior
 4    producer now; she is an excellent producer.
 5         Q.    Was she a producer of your Full Circle
 6    program in January 2020?
 7         A.    I don't know.  She may have -- people
 8    get pulled into things if somebody is not there,
 9    somebody from the 360 staff might get pulled into
10    covering, so I don't know what role she may have
11    had, but yeah she is one of the producers I have a
12    huge history with and respect for.
13              MS. BOLGER:  I am going to show you a
14    document I will mark as Plaintiff's Exhibit 44.
15              (Plaintiff's Exhibit No. 44 was
16              marked for identification.)
17         Q.    If you could please take a moment and
18    review Plaintiff's Exhibit 44 and let me know if
19    you recognize it.
20              (Complying.)
21         A.    Okay.  I have read it.
22         Q.    What is Plaintiff's Exhibit 44?
23         A.    So it is a note from Susan Chun to me
24    sent on January 30th at 9:56 a.m., and it says --
25    it is a quote from Mr. Dershowitz:  "'Every public
```

```
 1                    ANDERSON COOPER
 2   official that I know believes that his election is
 3   in the public interest," Dershowitz said. "And
 4   mostly you're right.  Your election is in the
 5   public interest.  And if a president did something
 6   that he believes will help him get elected, in the
 7   public interest, that cannot be the kind of quid
 8   pro quo that results in impeachment.'"
 9             And then underneath it Susan writes
10   "'What he just tweeted now:  Alan Dershowitz,
11   ██████████████    They characterized my argument as if
12   I had said that if a president believes that his
13   re-election was in the national interest, he can
14   do anything.  I said nothing like that, as anyone
15   who actually heard what I said can attest.'"
16        Q.    Do you recall receiving this e-mail?
17        A.    I do not, but -- I don't.
18        Q.    Do you have any understanding of why
19   Susan Chun would have e-mailed you a Tweet by
20   Mr. Dershowitz?
21             MS. BOLGER:  Objection to the form.
22        A.    It's hard for me to put myself in Susan
23   Chun's mind, I don't know, I am assuming on this
24   day was there more testimony going to be taking
25   place?  Was the impeachment trial still going on?
```

```
 1                     ANDERSON COOPER
 2    Given that -- again I am throwing out some,
 3    hypotheticals, I don't know if I should do that --
 4              MS. BOLGER:  You should not, you should
 5    not speculate.
 6         A.    Okay, so I don't know.
 7         Q.    Do you know if the words attributed to
 8    Mr. Dershowitz above the Tweet are similar to the
 9    sound bite that was aired immediately before you
10    questioned Anne Milgram on your show on
11    January 29th?
12              MS. BOLGER:  Objection to the form.
13         A.    I don't know if it is the exact bite.
14    If you tell me it is, I will believe you.
15         Q.    We don't have a transcript
16    unfortunately, but we do have the Internet and
17    apparently things live forever.  To help refresh
18    your recollection I am going to play a sample of
19    that broadcast from CNN's website.
20              (Video played.)
21         Q.    I will stop it there briefly.  It
22    appears Ms. Chun's e-mail to you contained a
23    portion, but not the entirety of the sound bites
24    we just listened to; is that fair?
25         A.    That's fair.
```

```
 1                      ANDERSON COOPER
 2              MS. BOLGER:  This e-mail is the day
 3    after.
 4              MR. SCHWEIKERT:  Correct.
 5         Q.    Did you hear Mr. Dershowitz use the
 6    word "unlawful" or "illegal" in those sound bites?
 7         A.    I would have to listen to the thing
 8    that is not on here because I like to read stuff,
 9    but if you're telling me he did not say those
10    words...
11         Q.    Would you like me to play that portion
12    again?
13         A.    If you're telling me he did not say the
14    words, I will believe you.
15              (Video played.)
16         A.    I find that very confusing.
17         Q.    Well, that appeared to be two
18    disjointed sentences that were --
19         A.    I don't find the edit confusing, I find
20    Mr. Dershowitz's argument confusing.
21         Q.    But that is not his complete answer to
22    Senator Ted Cruz's questions, is it?
23         A.    No, it's not.
24         Q.    Those are just two statements that CNN
25    put together for purposes of this show, right?
```

1          ANDERSON COOPER

2          A.    Well, those are pretty major statements

3     made by Alan Dershowitz, a public figure, on the

4     floor of the Senate in defense of the president of

5     the United States in an impeachment trial.  Those

6     were very news-making -- I think the reason those

7     sentences are so important is because this was a

8     new argument that Mr. Dershowitz was trotting out

9     on that day for the first time.  So I think it was

10    very surprising to a lot of people, it was not an

11    argument he had said on any of the multiple

12    occasions he had been trying out his argument on

13    my program and other programs on the dates leading

14    up to this, so I think that's why it caught a lot

15    of people's attention.

16          So I don't think they were just random

17    statements that were just plucked there, they were

18    news-making because Mr. Dershowitz says he has

19    always been consistent; this is another example

20    where he suddenly has now come up with kind of a

21    new middle -- confusing middle section of possible

22    explanations of the president's behavior.

23          Q.    Did you see hear Mr. Dershowitz use the

24    word "illegal" or "unlawful" in the sound bites we

25    just listened to?

1                    ANDERSON COOPER

2        A.    No, he didn't use those words.

3        Q.    You understood, before this program on

4   which Anne Milgram appeared, that Mr. Dershowitz

5   had repeatedly taken the position in various forms

6   that a president could be impeached for engaging

7   in criminal conduct such as bribery, right?

8              MS. BOLGER:  Objection to the form,

9   mischaracterizes testimony.

10       A.    That's not what I've said.  I am aware

11  of Mr. Dershowitz's statements in 1998 saying that

12  it doesn't have to be a crime, then I am aware of

13  Mr. Dershowitz's updated statements in the 2020

14  conversations we had that a crime or crime-like

15  behavior -- which again I don't understand what

16  that means -- I am also aware of Mr. Dershowitz's

17  statement that he didn't -- he was not wrong when

18  he said in 1998 it didn't have to be a crime.  So

19  Mr. Dershowitz's logic in this case, to me,

20  suddenly came under question given that he had

21  denied that what he said was wrong back then, he

22  said he just was more right now, which logically

23  doesn't really make sense to me, and I think he

24  was ridiculed for that online which was probably

25  upsetting.

```
 1                     ANDERSON COOPER

 2              But here, on this day, he seemed to now

 3   be adding in a new category in the case of a

 4   president seeking re-election that allowed a

 5   president, as long as he felt it was in the public

 6   interest, to do pretty much anything as long as it

 7   was not of pecuniary benefit for himself.  Which

 8   leads it up open to what if it wasn't a financial

 9   benefit to himself, but it was sort of a crime?

10   What if was -- Mr. Dershowitz uses a specific

11   example that would be a benefit for a particular

12   individual, but it seems to leave out the notion

13   that maybe there could be a bribe that wasn't a

14   financial benefit for the president but had other

15   benefits.  To me it was in doubt -- it is in doubt

16   to me today what Alan Dershowitz actually

17   believes; I understand what Mr. Dershowitz says,

18   but it seems to change over time so I don't know

19   what he actually believes.

20        Q.    Let's listen a little bit more to this

21   program, in particular Anne Milgram.  I believe

22   you question her and her response.

23              (Video played.)

24        Q.    I heard you say that Mr. Dershowitz was

25   arguing essentially that a president can do
```

```
 1                    ANDERSON COOPER
 2   whatever they want and not be impeached.
 3              Right?
 4        A.    I don't know, did I use those words?
 5        Q.    Do you need to hear it again?
 6        A.    Yeah, and I will write them down.
 7              MS. BOLGER:  Don't write on the
 8   document.
 9        Q.    Are you ready?
10        A.    Sure.
11              (Video played.)
12        Q.    Do you recall stating that -- and I
13   will paraphrase you -- that a politician could do
14   whatever they wanted so long as they thought that
15   conduct was in the public interest --
16        A.    I think I said essentially whatever
17   they want as long as it is in the public interest.
18   It seems a very broad argument that Mr. Dershowitz
19   was making, and I think that's what I was trying
20   to get at in my questions to Ms. Milgram.
21        Q.    Did you hear Ms. Milgram respond to
22   you, in part, that Mr. Dershowitz's view of the
23   executive would make the president a king?
24        A.    She did say that.
25        Q.    Are you aware of Mr. Dershowitz ever
```

```
 1                    ANDERSON COOPER
 2   making a legal argument that a president of the
 3   United States had the equivalent authority as a
 4   king?
 5             MS. BOLGER:  Objection to the form.
 6        A.   Well, I'm not Anne Milgram so I'm not
 7   making that argument, so I don't want to respond
 8   to what is on Anne Milgram's legal mind; she is a
 9   professor, but yeah, I didn't say that.  To me it
10   seems like she was kind of running an intellectual
11   exercise of what the potential ramifications of
12   something is, rather than -- she is not quoting
13   Alan Dershowitz; you would have to ask her.
14        Q.   But even if the program includes an
15   intellectual exercise, would you agree that the
16   journalistic aspect should still be fair and
17   accurate?
18             MS. BOLGER:  Objection to the form.
19        A.   I believe in fairness and accuracy.  I
20   believe what I am expressing here is confusion and
21   surprise because we have fairly and accurately had
22   Mr. Dershowitz on CNN for numerous appearances
23   that go on through multiple commercial breaks so
24   he can opine, along with his former student
25   Jeffrey Toobin, and they can have a really
```

1                    ANDERSON COOPER

2    fascinating intellectual discussions about the

3    law, and at no time in that run up does he make

4    the argument that he made suddenly on this day, so

5    that is all new, and I think I am expressing

6    surprise at this new argument and confusion about

7    it, and I am having a conversation with -- I don't

8    know if she's a constitutional scholar, she's a

9    professor and I think a former attorney general --

10   and I am expressing what I think a lot of people

11   who watched Mr. Dershowitz make this argument --

12   this is what citizens do.  We are allowed to see

13   something on the floor of the Senate --

14   Mr. Dershowitz has injected himself into a crucial

15   moment of American history, and on it the floor

16   of, I believe, the Senate he is making an argument

17   in defense of the president and he would say in

18   the defense of the Constitution, and people are

19   allowed to talk about it and try to understand it.

20   And Mr. Dershowitz is an incredibly smart guy and

21   he could have made it a lot clearer if he wanted

22   to, but he chose to do it exactly this way and to

23   hold old this argument and not preview it anywhere

24   so it would make a big splash, I presume, and

25   that's what he made:  a big splash.

```
 1                    ANDERSON COOPER

 2        Q.    CNN is a media company, right?

 3              MS. BOLGER:  Objection to the form.

 4        A.    I don't know what the definition of a

 5   media company is, CNN is, yeah, is a big company.

 6        Q.    CNN is in the business of reporting

 7   news to its audience, right?

 8        A.    Yes.

 9        Q.    And the news that CNN is reporting

10   should comport with at least the standards set

11   forth in the hundreds of the pages of the handbook

12   you mentioned earlier, right?

13              MS. BOLGER:  Objection to the form.

14        A.    Yes.

15        Q.    That is different than a general

16   citizen discussing Mr. Dershowitz's argument over

17   a cocktail with a friend, right?

18              MS. BOLGER:  Objection to the form.

19        A.    I don't know even what that means.

20   This is where I am interviewing a respected

21   scholar of the law -- just I've had Mr. Dershowitz

22   on and Jeffrey Toobin on, and had respectful

23   discussions with them, and this is a continuation

24   of that.  And Mr. Dershowitz will be on CNN the

25   next night or the night after that and have a very
```

```
 1                     ANDERSON COOPER

 2   lengthy conversation with Chris Cuomo and others,

 3   and that's what CNN does; we have discussions with

 4   people and we present ideas and showcase different

 5   ideas, and that's what we're doing.

 6        Q.    Did you hear Ms. Milgram say, in part,

 7   that according to Professor Dershowitz a president

 8   could commit crimes and not be impeached?

 9             MS. BOLGER:  Objection to the form.

10        A.    I don't know if she said that

11   specifically, but I believe I know what you're

12   referring to.

13        Q.    You heard her say "commit crimes,"

14   right?

15             MS. BOLGER:  Objection to the form.  If

16   the witness said he couldn't even hear --

17        A.    I'd have to hear it again.

18             (Video played. )

19        A.    So, yes, she used the words "commit

20   crimes."

21        Q.    Did you also hear her say, in part,

22   that she believed Professor Dershowitz's argument

23   would put the president of the United States

24   beyond the rule of law?

25        A.    I don't recall that, but if it's there
```

```
 1                    ANDERSON COOPER
 2    -- but on the committing crime thing you had asked
 3    me about and she did say, I do think there is -- I
 4    don't think it's an inappropriate comment that she
 5    made when given the strange evolution that
 6    Mr. Dershowitz seems to have had on this, he seems
 7    to have taken a number of different positions that
 8    we have seen over the course of time, "crimes" or
 9    "crime-like behavior," so again, my sense of what
10    he views as a crime I am not exactly sure, and now
11    there is this middle area, this grey area he's
12    talking about in which if you are running for
13    re-election and you do something and you think it
14    is the public interest, and it's not receiving a
15    bribe then it is okay; but it seems like there are
16    other kinds of crimes, not just not receiving a
17    bribe, even giving a bribe or abuse of power that
18    I think Mr. Dershowitz doesn't view as a crime
19    that is impeachable.  So I don't know what his
20    definition of crime is on the 29th of
21    January 2020.  And I certainly don't know what his
22    position is today because his positions seem to
23    have evolved over time though he claims he is
24    consistent.
25         Q.    I'd like to play some excerpts from
```

```
 1                    ANDERSON COOPER

 2   CNN's channel on YouTube, this one is

 3   dated January 21st 2020, between Mr. Toobin,

 4   yourself and Mr. Dershowitz.

 5              MS. BOLGER:  Can I interrupt to say

 6   that the YouTube channel is not always what aired

 7   on cable?  I'm only saying it for record purposes,

 8   but it certainly aired on the YouTube channel.

 9              (Video played.)

10       A.    I think this is from January 20th, not

11   the 21st.

12       Q.    Oh, okay.

13       A.    Maybe it was put on YouTube on the

14   21st.  I might be wrong, it doesn't matter.

15              (Video played.)

16       Q.    You heard in that portion of one of

17   your programs a clip of Mr. Dershowitz stating

18   that impeachment does not have to be a technical

19   crime -- did you hear that?

20       A.    Yeah, he said -- he went on to say

21   completely -- I can't remember the exact

22   wording --  but a complete abuse of power,

23   distrust of the American and something else.

24       Q.    But as of 1998, he nevertheless was of

25   the opinion that a crime was sufficient to impeach
```

```
 1                     ANDERSON COOPER
 2    a president, right?
 3              MS. BOLGER:  Objection --
 4         Q.    If just didn't have to be a technical
 5    crime?
 6              MS. BOLGER:  Objection to the --
 7         A.    I don't know what a technical crime is.
 8         Q.    You just then described him as recently
 9    arguing that a crime was required for impeachment,
10    do you recall that?
11         A.    Mm-hmm.
12         Q.    Is that a "yes"?
13         A.    Yes.
14         Q.    At least as of the date of this
15    broadcast, whether it was January 20th or 21st,
16    you did have an understanding that Mr. Dershowitz
17    believed a crime was required in order for the
18    president to be impeached?
19         A.    No --
20              MS. BOLGER:  Objection to the form.
21         A.    No, I don't know what Mr. Dershowitz
22    believed on the 20th or the 21st, I know what
23    Mr. Dershowitz said, but I think there is a
24    difference maybe with what Mr. Dershowitz says and
25    what Mr. Dershowitz believes.
```

```
1                      ANDERSON COOPER
2        Q.     Fair enough --
3        A.     But I know he had said in 1998 that it
4    didn't need to be a crime, then there was some
5    quote I had seen where he said it did need to be a
6    crime and tonight he is going to unveil this new
7    term "crime-like behavior"; so that's a new one
8    for me.  And also, he is about to then deny that
9    he was right then back in 1998, and he's even more
10   right now, but it's not he hasn't changed his
11   opinion -- for some reason he's afraid of saying
12   he was wrong back then, and I'm not sure why.
13       Q.     But you did say on that program that
14   you had recently heard Mr. Dershowitz say that a
15   crime was required for impeachment, right?
16             MS. BOLGER:  Objection to the form.
17       A.     I'd have to see it again.  If that is
18   that I said, I don't know if I used the word
19   believe.
20             (Video played.)
21       A.     Okay --
22             MS. BOLGER:  You cut him off, let him
23   finish what he was saying.
24             MR. SCHWEIKERT:  Ma'am, you will have
25   the opportunity --
```

```
 1              ANDERSON COOPER
 2         MS. BOLGER:  He has asked and answered
 3    the question several times, you just want him to
 4    give you a sound bite --
 5         MR. SCHWEIKERT:  Ahh, context is
 6    important, isn't it --
 7         MS. BOLGER:  That's not how depositions
 8    work.
 9     Q.    My question was simple:  Did you hear
10    yourself say that Mr. Dershowitz had recently said
11    "without a crime there could be no impeachment"?
12         MS. BOLGER:  That question has been
13    asked and answered several times, and in addition
14    you are misquoting what Mr. Cooper said.  But you
15    may continue.
16     A.    I'd like to see what I said right
17    after.
18     Q.    Sure.
19         (Video played.)
20     A.    So I guess --
21     Q.    Let me pose the question please.  Did
22    you say on one of your CNN broadcasts on or about
23    January 20th or 21st that Mr. Dershowitz had
24    recently said "without a crime there can be no
25    impeachment"?
```

                        ANDERSON COOPER

1

2            MS. BOLGER:  Objection to the form,

3    asked and answered.  You can answer again.

4        A.    I guess I did see that at some point, I

5    still don't know what he thinks a crime is.

6        Q.    But at least as of this point in time,

7    you as a journalist working for CNN were aware

8    that Mr. Dershowitz had inserted a legal argument

9    that without a crime there could be no

10   impeachment, right?

11           MS. BOLGER:  Objection, asked and

12   answered.

13       A.    I was aware that Mr. Dershowitz had

14   reversed himself on a prior position, and I was

15   unclear -- that is why we had him on that night --

16   I was unclear what his current position was about

17   what is an impeachable offense, given his prior

18   statement.

19       Q.    And then approximately seven or eight

20   days later Anne Milgram appeared on your digital

21   program, Full Circle, and made the comments that

22   Mr. Dershowitz had suggested that a president

23   could commit crimes and never be impeached, right?

24           MS. BOLGER:  Objection to the form.

25       A.    I don't want to characterize what Anne

```
 1                    ANDERSON COOPER
 2   Milgram said.
 3        Q.    Did you not hear her make that
 4   assertion during one of the several times we
 5   listened to that clip?
 6        A.    I heard her say words to that effect --
 7   I don't know if you are accurately quoting her --
 8   but what I am responding to is an evolution in
 9   Mr. Dershowitz's argument, though he says it is
10   not an evolution, he says he's been like a dog
11   with a bone on this; but Mr. Toobin has argued,
12   and just about everybody else in the legal
13   community has argued, that Mr. Dershowitz is not
14   being accurate in his descriptions of himself as
15   being on the same page as he has always been.
16             MR. SCHWEIKERT:  Let's take five.
17             THE VIDEOGRAPHER:  This ends unit four,
18   we are off the record at 4:18 p.m.
19             (Recess.)
20             THE VIDEOGRAPHER:  This begins unit
21   five, on the record at 4:33 p.m.
22        Q.    Before the impeachment trial in
23   January 2020 was it the debate among
24   constitutional scholars whether a president could
25   be impeached for engaging in conduct that was less
```

```
 1                    ANDERSON COOPER

 2   than a crime?

 3             MS. BOLGER:  Objection to the form for

 4   many reasons.

 5        A.    I would have to look back.  Off the top

 6   of my head I don't remember what prior to that

 7   period of time the debate among constitutional

 8   scholars was.

 9        Q.    Are you aware that the Constitution

10   itself explicitly says, among other things, that a

11   president could be impeached for bribery or

12   treason?

13             MS. BOLGER:  Objection to the form.

14        A.    Yes, I believe it was bribery, treason

15   or other high crimes and misdemeanors.

16        Q.    Bribery is a crime, right?

17             MS. BOLGER:  Objection to the form.

18        A.    I assume so, yes.

19        Q.    And treason is a criminal offense

20   against the United States, right?

21             MS. BOLGER:  Objection to the form.

22   He's not a lawyer, calls for a legal conclusion.

23        A.    Yeah, again, I don't want to say what a

24   crime is, I am going to say I am not qualified to

25   opine on that.
```

1       ANDERSON COOPER

2       Q.    Have you ever heard Mr. Dershowitz

3   suggest that a president could engage in bribery

4   and not be impeached?

5            MS. BOLGER:  Objection to the form.

6       A.    I didn't hear Mr. Dershowitz use the

7   word bribery on the 29th.  I might be wrong, but I

8   don't think I remember him using the word bribery,

9   he talked about doing something that was in the

10   pecuniary interest of a president, I think.  But

11   it seems like there are other forms of bribery,

12   there are other kinds of bribery, I think he was

13   talking about the president receiving money from

14   something, but it seemed to me what about the

15   president giving out money for something that is

16   not in his pecuniary interest but to get his way.

17       Q.    Let's take a look at the document that

18   was previously marked Plaintiff's Exhibit 42.

19            (Defendant's Exhibit No. 42 was

20         previously marked for identification.)

21       Q.    I will represent it is a copy of the

22   Congressional Record from January 27, 2020, the

23   day on which Mr. Dershowitz made his opening

24   statement.  I did have some questions about things

25   Mr. Dershowitz said during his opening statement,

```
 1                    ANDERSON COOPER
 2   and you certainly have the right to review it in
 3   full if you would like.  The argument or statement
 4   begins on page S609 and goes through S617.
 5              MS. BOLGER:  For the record, you're
 6   asking the witness to review eight pages of three
 7   columns, single text page --
 8              MR. SCHWEIKERT:  Hold on, I advised him
 9   he has the right to review it --
10              MS. BOLGER:  -- which is not at issue
11   in this litigation, this litigation is not about
12   what Mr. Dershowitz said on January 27th.  If you
13   want him to read the whole document, he's going to
14   read the whole document, but again, he has a hard
15   stop today.  Seems like a strange choice --
16              MR. SCHWEIKERT:  If you stop speaking
17   this will go faster.  And I didn't ask him to -- I
18   told him he has a right which you asked me earlier
19   to inform the witnesses --
20              MS. BOLGER:  He's not going answer
21   questions --
22              MR. SCHWEIKERT:  Oh, he's not going to
23   answer questions under oath --
24              MS. BOLGER:  Not for document he hasn't
25   read.  So let him read the document.  I am making
```

```
 1                    ANDERSON COOPER
 2    a record it is eight pages, three columns, single
 3    spaced and he has a hard stop.
 4              MR. SCHWEIKERT:  Understood, and if
 5    more time is needed, then so it goes.
 6              MS. BOLGER:  Part of the reason I am
 7    making the record is, if this is how you choose to
 8    spend your time --
 9              MR. SCHWEIKERT:  Ma'am, I did not ask
10    him to read it for the third time.  I said he had
11    the right.
12         Q.   I would like to direct your attention
13    to page S614.
14              MS. BOLGER:  I am going to instruct
15    Anderson that if he does not feel comfortable
16    answering random questions about a document he has
17    never seen before he should ask to read it.
18         Q.   Do you recall watching the impeachment
19    proceedings on January 27th?
20              MS. BOLGER:  Asked and answered.
21         A.   I don't recall whether I watched them
22    or read transcripts later.
23         Q.   Are you aware of whether one of legal
24    issues that Mr. Dershowitz was arguing on
25    January 27th was whether the alleged quid pro quo
```

```
 1                    ANDERSON COOPER
 2   constituted abuse of power for which President
 3   Trump could be impeached?
 4              MS. BOLGER:  Objection to the form.
 5        A.    I am aware abuse of power was a term in
 6   dispute even on the discussions that
 7   Mr. Dershowitz and Jeff Toobin had about whether
 8   abuse of power was something that was an
 9   impeachable offense.
10        Q.    That was a debate over whether abuse of
11   power, which is not a defined crime under federal
12   statutory law, could nevertheless be a basis upon
13   which to impeach a president, right?
14              MS. BOLGER:  Objection to the form.
15        A.    Yeah, I don't know enough, I'm not
16   going to opine on that, I am not informed enough
17   or read up enough.
18        Q.    If you could please take a look at the
19   paragraph beginning with the clause "By the
20   standards applied to earlier presidents."
21              Do you see that?
22        A.    Yeah.
23        Q.    It reads quote "By the standards
24   applied to earlier Presidents, nearly any
25   controversial act by a Chief Executive could be
```

```
 1                    ANDERSON COOPER
 2   denominated as abuse of power.  For example, past
 3   Presidents have been accused of using their
 4   foreign policy, even their war powers, to enhance
 5   their electoral prospects.  Presidents often have
 6   mixed motives that include partisan personal
 7   benefits, along with the national interest."
 8           Do you see that?
 9      A.    Uh-huh.
10      Q.    Is that a "yes"?
11      A.    Yes, I see that.
12      Q.    Wasn't Mr. Dershowitz arguing about the
13   potential weaponization of this ambiguous charge
14   of abuse of power if President Trump were to be
15   impeached on that ground?
16           MS. BOLGER:  Just for the record, the
17   witness has told you he doesn't remember hearing
18   that, you told him it is a 14-page record, he
19   doesn't know what else Mr. Dershowitz said or he
20   doesn't remember what else Mr. Dershowitz said.
21   When you gave this document to Mr. Begala you gave
22   him time to read this document, I think Mr. Cooper
23   should get the same courtesy before you ask him
24   questions about what it means.  I don't object
25   "did he say this, didn't he say this" because
```

ANDERSON COOPER

1

2    that's here; but you can't ask him what it means

3    unless he has a chance to read it.  You can answer

4    it if you want.

5         A.    I don't know how to answer that

6    question, I'd have to read this entire thing.

7         Q.    Is this the first time that you're

8    seeing the transcript of the Congressional Record

9    from January 27th?

10        A.    Yes, it is.

11        Q.    If we continue looking down the column

12   where I had just read a paragraph, do you see

13   where Mr. Dershowitz discusses Professor Josh

14   Blackman who provided an example regarding

15   President Lincoln encouraging a general to allow

16   soldiers in the field to return to Indiana to

17   vote?

18        A.    Uh-huh.

19        Q.    "Yes"?

20        A.    Yes.

21        Q.    Wasn't Mr. Dershowitz giving an example

22   on January 27th, which was similar to the example

23   he gave on January 29th, that the mere fact that a

24   president is engaging in conduct that might

25   advance his political interest does not

```
 1                    ANDERSON COOPER
 2   automatically mean that he can be impeached for
 3   that conduct?
 4            MS. BOLGER:  Objection to the form.
 5   You can't ask the witness what this document means
 6   unless the you give the witness the chance to
 7   review it.  Anderson, you can answer the question.
 8   I would advise you to read the whole document
 9   before you do.
10        A.    Yeah, and honestly Mr. Dershowitz's
11   portrayal of what was in the mind of Abraham
12   Lincoln in suggesting that troops go be allowed to
13   vote I think it has been raised, as others have
14   claimed, even this portrayal of that is not
15   accurate.  So I don't know if this is accurate.
16        Q.    For purposes of this deposition let's
17   presume it is a hypothetical example that may have
18   occurred in the history of our country, okay?  Do
19   you understand that it was an illustration of an
20   instance where a president engaged in conduct that
21   arguably could have been construed an abuse of
22   power because it involved, in part, advancing his
23   own political interest, but nevertheless that was
24   not sufficient for him to be impeached?
25            MS. BOLGER:  Objection to the form.
```

```
 1                    ANDERSON COOPER
 2   And if you need to look at the document, you can.
 3        A.    I'm not sure what you're asking me to
 4   be honest.
 5        Q.    What did you understand was the point
 6   of Mr. Dershowitz providing an historical example
 7   referencing President Lincoln?
 8        A.    I do not know, I haven't read -- this
 9   is testimony of Mr. Dershowitz from two years ago.
10   I haven't read it.
11        Q.    But you were --
12        A.    And Mr. Dershowitz may feel that all
13   school children have memorized his statements from
14   this, but that is not the case, this was a news
15   event that occurred and it was an important thing
16   he was doing, but there is a lot of stuff that
17   went on before, during and since, and yeah, this
18   is not foremost in my mind; so I don't recall
19   every nuance of his argument.
20        Q.    Do you recall explaining to your
21   audience on January 29th, following Anne Milgram's
22   comments, that Mr. Dershowitz's argument was
23   nuanced?
24             MS. BOLGER:  Objection to the form.
25   It's a totally different argument.
```

                            ANDERSON COOPER

1

2          A.    I don't know, I'd be happy to look at

3    it.  Did I say it was nuanced?

4          Q.    Anne Milgram seized upon the clips that

5    were shown immediately prior to your questions to

6    her to allege that Mr. Dershowitz was advocating

7    that a president could commit crimes and never be

8    impeached, right?

9               MS. BOLGER:  Objection to the form.

10         A.    I'd have to see what Anne Milgram said.

11   Your characterization of what Anne Milgram said, I

12   can't take that on faith.  So you can show me a

13   transcript of what Anne Milgram said and I'd be

14   happy to go over it or I can watch it again with

15   you, and we can talk about it.

16         Q.    Do you recall hearing her say, in part,

17   that according to Mr. Dershowitz's view, in her

18   opinion, "the president was essentially a king"?

19               MS. BOLGER:  Objection to the form.  He

20   asked to see the document, show him the document.

21         A.    I don't recall her using the words

22   "essentially a king."  I don't know if you are

23   characterizing or mischaracterizing her

24   statements.  It would have been easier if somebody

25   just typed out a transcript of what was said.  How

```
 1                    ANDERSON COOPER
 2   long was that interview?  It can't be too hard to
 3   type out a transcript.
 4        Q.    Let's take a look at the answers to
 5   Senator Cruz's question on January 29th which was
 6   the subject of your discussion with Ms. Milgram on
 7   your broadcast later that evening.  I will provide
 8   you the document...
 9             MR. SCHWEIKERT:  I will mark as
10   Plaintiff's Exhibit 45, I know it has previously
11   been marked as an exhibit but I don't have the
12   original exhibit, so in abundance of caution I am
13   remarking that exhibit as Plaintiff's Exhibit 45.
14             (Plaintiff's Exhibit No. 45 was
15             marked for identification.)
16        Q.    Have you ever seen Plaintiff's
17   Exhibit 45 before?
18        A.    I have not.
19        Q.    I will represent that it is a
20   transcript of the Congressional Record from
21   January 29, 2020 which includes the question and
22   answer portion of the impeachment trial.  I would
23   like to direct your attention to page S650, middle
24   column towards the bottom of the page, Chief
25   Justice receives a question from Senator Cruz.
```

```
1                    ANDERSON COOPER
2  Let me know when you see that.
3              (Witness perusing document.)
4      A.    Yes.
5      Q.    Mr. Dershowitz's answer to the those
6  questions continues through page S651,
7  approximately halfway down the middle column.
8              Do you see that?
9      A.    Yep.
10     Q.    You understand that the thrust of
11 Mr. Dershowitz's defamation claims in this case
12 concern how his answer to the questions posed by
13 Senator Ted Cruz were characterized by CNN, right?
14     A.    Yes.
15     Q.    Before asking you questions about his
16 answers, I would like to give you a chance to
17 review it in its entirety --
18     A.    Great.
19     Q.    Please let me know when you are
20 finished.
21             (Witness reading.)
22             MR. SCHWEIKERT:  While you review that
23 I will take a short break.
24             THE VIDEOGRAPHER:  This ends unit five,
25 off the record at 4:51 p.m.
```

```
 1                    ANDERSON COOPER

 2          (Recess.)

 3          THE VIDEOGRAPHER:  This resumes unit

 4   six, we are on the record at 4:55 p.m.

 5      Q.    Have you had the opportunity to read

 6   the transcript of Mr. Dershowitz's answers to

 7   Senator Ted Cruz's questions?

 8      A.    Yes, I have.

 9      Q.    Are you still of the opinion that

10   Mr. Dershowitz took the position in answering

11   those questions that a president could commit

12   crimes, and so long as he thought it was in the

13   public interest, he could not be impeached?

14          MS. BOLGER:  Objection to the form,

15   misstates prior testimony.  You can answer.

16      A.    Can you repeat the question?

17      Q.    On the broadcast with Anne Milgram on

18   January 29th there were excerpts of

19   Mr. Dershowitz's answer played followed by some

20   comments by you and then.

21          Comments by Anne Milgram do you recall

22   that?

23      A.    Yeah --

24          MS. BOLGER:  Objection to the form.

25      Q.    I am paraphrasing, but some of the
```

1              ANDERSON COOPER

2     comments by Ms. Milgram were to the effect that a

3     president could commit crimes, such as murder, and

4     never be impeached so long as he or she believed

5     that murder was in the public interest.

6              MS. BOLGER:  Objection to the form.

7          A.    I don't know that was what was Anne

8     Milgram was saying, to me it sounded more she was

9     in a professorial way talking about a hypothetical

10    sort of spinning an argument out several places,

11    but you would have to ask her.  I don't know if

12    she was seriously arguing -- I don't believe

13    that's what she actually said that he said.

14         Q.    Having reviewed an excerpt of the

15    Congressional Record, do you still believe that

16    Ms. Milgram's characterization of Mr. Dershowitz's

17    argument was premised upon a fair and accurate

18    presentation of his argument on your program?

19         A.    I do.

20             MS. BOLGER:  Objection to the form, you

21    can answer.

22         A.    I think the questions that I asked

23    and -- were fair and my surprise was genuine and

24    not in any way malicious.  There is a history of

25    Mr. Dershowitz having been on my program for

```
 1                    ANDERSON COOPER
 2   several nights making very interesting arguments,
 3   and having interesting discussions with Jeffrey
 4   Toobin in I thought respectful ways -- even though
 5   he called me a bully, that I was nit picking --
 6   that didn't bother me, I have respect for him, but
 7   I felt that what he suddenly was arguing here in
 8   the Congressional Record on that day was something
 9   new that he had not said before, and seemed to put
10   in doubt other things he had said in the past.  I
11   think -- I don't know the exact words I used when
12   we played that sound bite -- I was genuinely
13   surprised and confused by his logic, and I am
14   still to this day not clear what he actually
15   believes versus what he said.
16             Because here Mr. Dershowitz has
17   continued to say on CNN at the time that he was
18   not there as a partisan, he was there simply
19   defending the Constitution, he would have done it
20   for a Democrat, etcetera, but realistically he was
21   on the president's defense team arguing in an
22   incredibly important political impeachment trial
23   and trying to here convince an audience of
24   senators how to vote.  So here now, all of a
25   sudden, he comes up with an argument that seems
```

1                      ANDERSON COOPER

2  designed for the senators he is talking to; I am

3  guessing that's why he was not making this

4  argument earlier on television because he wanted

5  to save it for when he was in front of the

6  senators, I don't know, but it certainly was the

7  basis of the conversation I had with Anne Milgram

8  in which I was expressing confusion and some

9  exasperation at not fully understanding his line

10  of reasoning.

11     Q.    Are you aware of whether anyone at CNN

12  was concerned that Mr. Dershowitz had made a

13  presentation that may have swayed the vote of some

14  of the senators with respect to whether President

15  Trump should be impeached?

16        MS. BOLGER:  Objection to the form.

17     A.    I don't even know what that means.  Was

18  there somebody at CNN that may have been

19  concerned?

20        MS. BOLGER:  Ask him to restate it.

21     A.    Please restate your question.

22     Q.    I think you were with me.  One of

23  newsworthy issues regarding the impeachment trial

24  were the votes of certain senators who were sort

25  of up in the air if you will, right?

```
1                    ANDERSON COOPER

2        A.    Mr. Dershowitz had said on the air his

3    job was to try to convince senators, Democrats and

4    Republicans.

5        Q.    My question was, was there any concern

6    within CNN that Mr. Dershowitz's answer to Senator

7    Cruz may have been influential in persuading some

8    of the swing votes to vote against impeachment?

9              MS. BOLGER:  Objection, form.  I don't

10   understand.

11       A.    I don't know why anyone at CNN would

12   give a shit whether Alan Dershowitz was able to

13   convince senators one way or the other.  I don't

14   have a political stake in what Mr. Dershowitz is

15   arguing.  I don't have an opinion on whether the

16   president should be impeached or not; I didn't

17   then, I don't now.  If you're asking me if others

18   at CNN, if there is some CNN consensus or some CNN

19   cabal that was rooting for this, I have never

20   heard of such a thing so I have no evidence -- to

21   me, it is a ludicrous question -- I don't mean to

22   be offensive -- to me it's like talking about

23   Martians, I don't know who you're talking about.

24       Q.    Do you believe that the American public

25   perceives media companies such as Fox News and CNN
```

```
 1                   ANDERSON COOPER

 2   as nonpartisan?

 3        A.    I don't think you can generalize about

 4   the American people.

 5        Q.    Is that a "no"?

 6             MS. BOLGER:  Objection to the form,

 7   asked and answered.

 8        A.    That's my answer.

 9        Q.    Who made the decision to take those

10   statements by Mr. Dershowitz that were played

11   immediately before your question to Anne Milgram,

12   and put them together in the manner that we

13   watched?

14             MS. BOLGER:  Objection to the form.

15        A.    You mean who made the decision to take

16   the most newsworthy news statements that Alan

17   Dershowitz had suddenly invented a new argument,

18   and suddenly revealed that new argument at this

19   critical time in U.S. history, and focused on

20   those as being important?  I think anybody with

21   any sense of news judgment would have made those

22   decisions.  I don't know in this particular case

23   who edited, who picked it for the interview I did

24   with Anne Milgram, but just about everybody

25   focused on -- I mean, everybody across the
```

1                     ANDERSON COOPER

2    political spectrum focused on Mr. Dershowitz with

3    this unveiling of this new rationale, didn't they?

4         Q.    CNN didn't include any of

5    Mr. Dershowitz's statements about how a quid pro

6    quo involving illegality could be impeachable, did

7    it on your broadcast?

8              MS. BOLGER:   Objection to the form.

9         A.    Where specifically was that statement?

10   You mean the one several paragraphs...

11        Q.    If we look at --

12        A.    Where was that emphasis?

13        Q.    If we look at that third column, page

14   S650, final sentence of the first paragraph reads

15   quote, "the only thing that would make a quid pro

16   quo unlawful was if the quo were in some way

17   illegal," end quote.

18              Do you see that?

19        A.    That's what you're pointing to?  How

20   many lines is this transcript?  What is it?

21        Q.    Do you see it?

22        A.    Yes.  I am asking -- I am guessing this

23   is maybe 200 sentences in this document -- I don't

24   know -- in Mr. Dershowitz's statement.  So you're

25   telling me that you're hanging your hat on one

```
                   ANDERSON COOPER
```

 1                   ANDERSON COOPER

 2  sentence Mr. Dershowitz said early on in his

 3  statement as somehow characterizing what all the

 4  rest of the whole thing meant?

 5       Q.    I am just asking if you found that

 6  sentence sir.

 7       A.    I found the one sentence in a

 8  multi-sentence document, but you're giving it --

 9  it is not a magic force field that applies to

10  everything else he said, so you're implying that

11  somehow we should have pinpointed this sentence

12  and what, edited it with something else?

13       Q.    Wasn't that the premise upon which he

14  then continued to discuss motive?

15       A.    Alan Dershowitz has been on TV a long

16  time, Alan Dershowitz has been in courtrooms a

17  long time, Alan Dershowitz is an incredibly smart

18  guy, brilliant, and I assume he knows what he does

19  and how he writes and as somebody who writes

20  myself if Alan Dershowitz wanted that sentence to

21  be as important as you seem to say it is, he would

22  have had that sentence -- Alan Dershowitz in

23  writing this knows what news organizations are

24  going to focus on, he knows what the senators are

25  going to focus on, he's trying to convince

```
 1                     ANDERSON COOPER
 2   senators how to vote; he himself said that on our
 3   air.  So he's saving this thing toward the end
 4   which is the most dramatic thing that will grab
 5   the attention of the senators, introducing a whole
 6   new concept.  If he wanted to qualify it all with
 7   that sentence, he would have put them together.
 8        Q.    So you didn't know what was in the mind
 9   of some other folks earlier today, but now you do
10   know what is in the mind of Mr. Dershowitz?
11             MS. BOLGER:  Objection to the form.
12        A.    I am assuming given his intelligence
13   and his experience -- I am not assuming what's in
14   his mind, but I am amused that you are assuming
15   that any reader would link a sentence that's up
16   here and link it to very dramatic statement that
17   is made later.  As a writer, I don't think that is
18   well written.
19        Q.    I could take any sentence in your book
20   out of context and spin it to serve some purpose,
21   right, other than what you originally --
22        A.    Actually, I have written three books
23   and I know what sentences are going to be taken
24   out of them because I know what people are going
25   to focus on, and I make sure that those sentences
```

```
1                    ANDERSON COOPER
```

2   are not sentences that can just be taken out

3   without having context.  Alan Dershowitz knows --

4   he is a brilliant writer, he's written several

5   books -- knows full well what sentences are going

6   to get attention, and the fact that he doesn't add

7   that caveat in on it, and make it lock solid is

8   either a sign he was rushed or -- I don't know why

9   he didn't do it.

10        Q.   Do you know, in fact, if this was a

11  prepared written answer or an extemporaneous

12  answer to questions posed to him?

13        A.   I have no idea.

14        Q.   But you were just describing how he had

15  written it in a certain way, regardless of the

16  fact that you don't know if he had in fact --

17        A.   I assumed he had written out some sort

18  of answer.  He clearly had this argument thought

19  out in his head, whether he had written that or

20  not, I don't know how he works.  But look, he is a

21  brilliant speaker, he is a brilliant arguer of

22  cases, I think it is hard to expect any reader or

23  listener to equate one confusing sentence in which

24  he is not talking about crimes, he is not talking

25  about bribery -- "the only thing that would make a

```
 1                    ANDERSON COOPER
 2   quid pro quo unlawful was if the quo were in some
 3   way illegal."  Well, what about if the quid were
 4   illegal?
 5        Q.    Do you agree it is important to
 6   consider that sentence in the larger context --
 7        A.    Well, I am --
 8              (Stenographer notes cross-talk.)
 9        Q.    Hold on, not to be rude.
10              Don't you think it's important to a
11   viewer who has not interviewed Alan Dershowitz a
12   number of times to understand that sentence in
13   context of the entirety of what he said in
14   answering Senator Cruz's questions?
15              MS. BOLGER:  Objection to the form.
16        A.    I don't even understand this sentence.
17   "There is no one in this Chamber who would regard
18   that as...The only thing that would make a quid
19   pro quo unlawful was if the quo were in some way
20   illegal."  What if the quid was illegal?  Would
21   that be okay?
22        Q.    Did you explain to --
23        A.    I am asking, would the quid be okay?
24   Because if the quid would be okay then that means
25   you could break the law; because the quid is okay,
```

```
 1                    ANDERSON COOPER
 2   because if the quid is not in some way illegal,
 3   then it's okay.  So it seems like a weird way to
 4   phrase something that seems so important, and that
 5   he's really trying to get people to know.  I don't
 6   know.  The original definition of quid pro quo
 7   doesn't even mean what we think it is today.  I
 8   don't know why he would use a phrase like this in
 9   an imprecise way, which is probably why it didn't
10   get more pickup I would assume.
11        Q.   Do you believe that Anne Milgram's
12   characterization of Alan Dershowitz's argument on
13   your show was consistent with all of the other
14   reporting with respect to his argument at that
15   time?
16             MS. BOLGER:  Objection to the form.
17        A.   I didn't see, you say "all the other
18   reporting," I didn't see other CNN shows
19   reporting, so I don't know what other CNN shows
20   were doing.
21        Q.   Didn't you say everyone interpreted in
22   the way that you were interpreting?
23        A.   Those sound bites I remember seeing on
24   other news networks as I was at the gym.  Those
25   were clearly that day, those were headlines, just
```

```
 1                    ANDERSON COOPER
 2   as Mr. Dershowitz's statements to me on my show
 3   that he wasn't wrong back in 1998 he was just more
 4   right now, got a lot of pickup.  Clearly the
 5   statements he made here got a lot of pickup.
 6        Q.    I am going to present you with some
 7   statements and I'd like you to tell me if you
 8   agree or disagree with them.  "The media claim
 9   that defense lawyer Alan Dershowitz said a
10   President can do anything to further his
11   re-election as long he thinks it is in the
12   national interest.  This isn't what he said.  The
13   Harvard professor said explicitly that a President
14   can be impeached for criminal acts."
15              Do you agree or disagree?
16              MS. BOLGER:  Objection to the form.
17   You are obviously reading from a document that is
18   a published document, I think the witness should
19   have the chance to review it.  You may answer the
20   question.
21              MR. SCHWEIKERT:  I don't know how you
22   are looking at my work product to make the
23   determination of what's published or not
24   published, but again, for probably the tenth time
25   please stop attempting to intrude upon my mental
```

```
 1                  ANDERSON COOPER
 2   impressions which you know are privileged and
 3   entirely off limits.
 4            MS. BOLGER:  I'm not trying to intrude
 5   upon -- you're reading from the Wall Street
 6   Journal article, I know you are, and I'm telling
 7   you --
 8            MR. SCHWEIKERT:  You don't know
 9   anything about what I am doing, you can hear the
10   words I will admit that, but your
11   characterizations are inappropriate --
12            MS. BOLGER:  Show him the article.
13            MR. SCHWEIKERT:  Like I said, if you
14   would like to show the witness documents you will
15   have that chance.
16       Q.    Do you recall those statements or would
17   you would like me to read them again?
18       A.    If you could read them.
19       Q.    Sure, and the question is, do you agree
20   or disagree?  Quote, "the media claim that defense
21   lawyer Alan Dershowitz said a President can do
22   anything to further his re-election as long he
23   thinks it is in the national interest.  This isn't
24   what he said.  The Harvard professor said
25   explicitly that a President can be impeached for
```

1          ANDERSON COOPER

2    criminal acts," end quote.

3          MS. BOLGER:  Objection to the form,

4    same request.  You can answer.

5          A.    I don't agree with that statement.

6    First of all, they used the term "the media," is

7    ludicrous, but there are a number of things with

8    that statement.

9          Q.    I will represent to you that what I

10   just quoted for you is substantially identical to

11   a portion of an article that was published by The

12   Wall Street Journal.  Assuming my representation

13   as an officer of the court is accurate, would that

14   affect your opinion at all?

15         A.    No.

16         MS. BOLGER:  Objection to the form.

17         Q.    I will ask you to please let me know if

18   you disagree or agree with the following

19   statements:  Quote "Some Democratic senators and

20   other critics accused him of suggesting that even

21   Nixon was not impeachable, despite his clear

22   crimes.  But that accusation is incompatible with

23   Mr. Dershowitz's main argument:  That an

24   impeachable 'high crime and misdemeanor' requires

25   an indictable offense," end quote.

```
 1                   ANDERSON COOPER
 2            MS. BOLGER:  Objection to the form.  I
 3   still think you should show the witness what
 4   you're reading.
 5       A.    I don't know the accuracy of that
 6   statement, I don't know Mr. Dershowitz's position
 7   on Richard Nixon.
 8       Q.    So you disagree with that statement?
 9       A.    I'm just saying I don't know the
10   accuracy of that statement.
11       Q.    My question wasn't whether you believed
12   it was accurate --
13       A.    Well, I'm not going to agree or
14   disagree with something that I don't know if it's
15   accurate.
16       Q.    So you would disagree then --
17            MS. BOLGER:  Objection to form --
18       Q.    -- because you don't know if it's
19   accurate?
20       A.    No, I'm not doing either.  I am
21   refusing to agree or disagree because I don't know
22   if those comments are accurate.
23       Q.    I will represent to you as an officer
24   of the court that what I read to you was
25   substantially identical to an excerpt from a New
```

```
 1                    ANDERSON COOPER
 2   York Times piece published following your
 3   broadcast.  Based upon that representation, which
 4   I ask you to accept solely for purposes of this
 5   question, does that change your opinion?
 6              MS. BOLGER:  Objection to the form.
 7        A.    No.
 8        Q.    I am going to read to you some
 9   sentences and ask you if you disagree or agree.
10        A.    Okay.
11        Q.    Quote, "CNN presented an abridgement of
12   Dershowitz's answer to Senator Cruz's question.
13   The abridgement is not accurate to the extent that
14   it omitted a crucial qualification that an illegal
15   motive for a quid pro quo would be corrupt.  As a
16   result, the commentator's statements that
17   Dershowitz believes a president can do anything,
18   even commit crimes that would help his
19   re-election, are not based upon a fair and
20   accurate summary of Dershowitz's statement to the
21   Senate," end quote.
22              MS. BOLGER:  The question is do you
23   agree with that?
24              MR. SCHWEIKERT:  Yes.
25              MS. BOLGER:  Same objection, you're
```

```
 1                    ANDERSON COOPER
 2   reading from a document.  I think you should show
 3   the witness the document, but you may answer.
 4        A.    Yeah, I am uncomfortable just sort of
 5   having random -- I don't know if this a troll on
 6   the Internet, or you know, I don't know who it is
 7   saying these things, so I don't really want to
 8   comment to random statements.  I will say
 9   Mr. Dershowitz was invited back onto CNN, I think
10   by many people, he chose to go on, I think, at
11   least two programs, I think he went on Wolfe and I
12   think he went on Chris Cuomo's program and was
13   given plenty of time to defame CNN, to say CNN had
14   mischaracterized him, to explain his position.  I
15   think he was treated very fairly and very
16   respectfully, and I've always treated
17   Mr. Dershowitz, I believe, very fairly and
18   respectfully; I admire him to this day.  And even
19   though I think what he is doing now is sad and
20   misguided and wrong, I have respect for him, and I
21   have no malice for him and I have learned a lot
22   from him.  But I will continue to point out that
23   CNN has allowed him tremendous amount of air time
24   to talk about whatever he wants to talk about,
25   sometimes solo, sometimes with another attorney,
```

```
 1                    ANDERSON COOPER

 2   often Jeff Toobin since they seem to have some

 3   sort of mutual respect or history at least, and I

 4   think that all speaks very well in CNN's favor.

 5   Yeah, I'm sorry it has come to this.

 6        Q.    Are you aware of any source that would

 7   show that the same people that saw your broadcast

 8   with Anne Milgram were the same people that may

 9   have heard Mr. Dershowitz appear on other CNN

10   programs, after the fact, to clarify the

11   mischaracterization?

12             MS. BOLGER:  Objection to the form.

13        A.    I'm sorry, I don't understand what

14   you're asking.  Are you asking do I know if the

15   same people who may have seen Anne Milgram on the

16   digital show also saw him later on Chris Cuomo's

17   show?

18        Q.    Yes, sir.

19        A.    I don't look at viewership trends,

20   that's the whole metric thing of who looks at

21   stuff online, I can tell you far more people would

22   have seen him on Chris Cuomo's show or my show on

23   CNN at night than would have watched a digital

24   show online with Anne Milgram.  So in terms of

25   viewership, the appearances of Alan Dershowitz I
```

```
 1                    ANDERSON COOPER

 2    assume would have a lot more attention than Anne

 3    Milgram's comments on my show but I don't have any

 4    metrics to base that on.

 5        Q.    It is impossible to know whether the

 6    same people who heard Anne Milgram's comments on

 7    your program also heard Mr. Dershowitz's

 8    clarification on Chris Cuomo program, right?

 9        A.    True.

10             MS. BOLGER:  Objection to the form.

11        A.    I would also say, you know what?  We

12    live in the United States of America and people

13    are allowed to have opinions, and Anne Milgram who

14    has opinions based on her scholarly history is

15    allowed to express them, and it is not a crime;

16    and Mr. Dershowitz is a great defender of the

17    first amendment, I think; yeah I don't think

18    anything that Anne Milgram did -- I am not here to

19    defend Anne Milgram, I have no problem with what

20    CNN did, and Mr. Dershowitz was invited onto CNN

21    to condemn CNN and rail to his heart's content

22    about what he feels the injustice was.

23        Q.    I believe you used the word "sad" in

24    describing this lawsuit, was I right about that?

25             MS. BOLGER:  Objection to the form.
```

```
 1               ANDERSON COOPER

 2      A.    Yeah, I think it is sad it has come to

 3   this.

 4      Q.    Why?

 5      A.    Because I think it is sad that

 6   Mr. Dershowitz -- it makes me sad that

 7   Mr. Dershowitz is hurt, I don't like people being

 8   hurt emotionally or feeling hurt, and it makes me

 9   sad that I am not spending time with my kids right

10   now, and it's sad that you all have to do this, I

11   feel bad for you having to take instructions from

12   Mr. Dershowitz on the phone every few minutes

13   outside of the room, that's got to be sad.  I

14   think the whole thing is sad.

15      Q.    I appreciate the empathy, but it is not

16   necessary, there is nothing sad about having the

17   honor of working with a great legal icon.

18            Are you aware that the district judge

19   presiding over this case has written an order

20   which states, in part, that CNN's commentator's

21   statements that Dershowitz believes a president

22   can do anything, even commit crimes if it would

23   help his re-election, were not based upon a fair

24   and accurate summary of Dershowitz's statement to

25   the Senate?
```

```
  1                    ANDERSON COOPER
  2            MS. BOLGER:  Objection to the form.
  3    That is not actually what the decision said and I
  4    don't think you should be misrepresenting it to
  5    the witness.  But you may answer the question; it
  6    is a pleadings motion.
  7        A.    I am unaware of what this person said.
  8        Q.    If you were to accept my representation
  9    that that is a portion of an order that has been
 10    entered in this case you would disagree with
 11    that --
 12        A.    I am not going to accept your reading
 13    of that description.
 14            MR. SCHWEIKERT:  Well, let's mark it as
 15    Plaintiff's Exhibit 46.
 16            (Plaintiff's Exhibit No. 46 was
 17            marked for identification.)
 18        Q.    I understand you have not seen
 19    Plaintiff's Exhibit 46 before; I will represent to
 20    you that it is a copy of an Order entered in this
 21    lawsuit on May 25, 2021.  You obviously have the
 22    right to review it in its entirety, but because
 23    you didn't want to accept my representation I
 24    merely want to direct your attention to the first
 25    paragraph on page 13.
```

1          ANDERSON COOPER

2          MS. BOLGER:  I will again object to the

3     fact that you're asking the witness to comment on

4     whether you are correctly interpreting a document

5     he has not read or seen in its entirety.  I also

6     think the witness is not a lawyer and would not

7     understand what a 12(b)(6) motion or what the

8     standard of truth on that is, and to ask the

9     witness to interpret something you say, I think he

10    gets the right to read the whole document.

11         MR. SCHWEIKERT:  I believe I literally

12    just said he has that right, and I did not ask him

13    to legally interpret it, I was asking whether he

14    agreed or disagreed with statements that I believe

15    are contained in this public record.

16         MS. BOLGER:  I don't think plaintiff

17    (sic) should have to comment on what you believe,

18    but you may certainly ask whatever question you

19    want.

20         A.    What's the question?

21         Q.    Do you see the first paragraph at the

22    top of page 13?

23         A.    Yes.

24         Q.    Could you please read that first

25    paragraph into the record for me?

```
 1                        ANDERSON COOPER
 2        A.     "The Court agrees.  CNN presented an
 3   abridgment of Dershowitz' answer to Senator Cruz'
 4   question.  The abridgment is not accurate, to the
 5   extent that it omitted a crucial qualification:
 6   That an illegal motive for a quid pro quo would be
 7   corrupt.  As a result, the commentators'
 8   statements - that Dershowitz believes a President
 9   can do anything, even commit crimes if it would
10   help his re-election - are not based upon a fair
11   and accurate summary of Dershowitz' statement to
12   the Senate."
13        Q.     Thank you.  I was just --
14              MS. BOLGER:  You just cut him off.
15              MR. SCHWEIKERT:  I mean, if you would
16   like him to read the entire order --
17        A.     I am not going to comment about a
18   paragraph here.  I would read the whole order if
19   you want me to; even then I don't know that I
20   would comment.
21        Q.     So you -- set aside the Order.  You do
22   not agree with the assertion that CNN did not
23   present a fair and accurate summary of
24   Mr. Dershowitz's argument during your broadcast
25   with Anne Milgram on January 29th?
```

```
 1                          ANDERSON COOPER
 2              MS. BOLGER:  Objection to the form.
 3         A.    I believe CNN gave Mr. Dershowitz an
 4    untold amount of air time to explain his position
 5    over and over and over again, before, during and
 6    after the trial, and was fair in doing so.
 7         Q.    Is it your position or can you direct
 8    me to any broadcast where Mr. Dershowitz said that
 9    a president can commit crimes and so long as he
10    thought it would help his re-election, could not
11    be impeached?
12              MS. BOLGER:  Objection to the form.
13         A.    Can I direct you a to a broadcast in
14    which Mr. Dershowitz said...what?
15         Q.    You told me you believe CNN presented
16    him with an opportunity to make statements
17    regarding his argument on air, right?
18         A.    Mm-hmm.
19              MS. BOLGER:  Objection to the form.
20    Much longer answer than that.
21              MR. SCHWEIKERT:  I'm paraphrasing.
22              MS. BOLGER:  You are paraphrasing
23    incorrectly, that's my objection.
24         Q.    Can you direct me to any publication,
25    whether in print or in video, by CNN in which
```

```
 1                   ANDERSON COOPER
 2    Mr. Dershowitz himself made the argument that a
 3    president can commit crimes and so long as he
 4    thinks the crime is in the public interest he can
 5    never be impeached?
 6         A.    There seems to being an argument over
 7    exactly what Mr. Dershowitz believes is a crime
 8    and what others believe is a crime --
 9         Q.    Is that a "no"?
10         A.    -- abuse of power, one of the
11    discussion that was had between Mr. Dershowitz and
12    Mr. Toobin on air was abuse of power, and is abuse
13    of power a crime.  Mr. Dershowitz seemed to be
14    arguing, if my memory is correct, that is not what
15    the Founders intended based on his reading.
16    Others see it differently, so if you believe that
17    abuse of power is a crime then you can make the
18    argument that -- if you agree that abuse of power
19    is an impeachable offense, Mr. Dershowitz, I
20    guess, is saying it is not; some people would
21    argue, would disagree with Mr. Dershowitz on that.
22         Q.    But you cannot direct me to any
23    publication by CNN in which Mr. Dershowitz himself
24    made any argument to the effect that a president
25    of the United States of America could commit a
```

1  ANDERSON COOPER

2  crime and so long as he thought doing so would

3  help him getting re-elected, which he believed was

4  in the public interest, he could not be impeached

5  for that crime?

6      A.    I still to this day don't know what

7  Mr. Dershowitz defines as a crime or crime-like

8  behavior, or behavior that this third category he

9  came up with suddenly on the 29th, this middle

10  ground, confusing third ground with a president

11  wanting to be re-elected and the latitude that

12  gave him.  So to this day I don't feel on firm

13  ground opining on what Mr. Dershowitz thinks is a

14  crime or crime-like behavior.  He says things

15  "like bribery, things like treason," I don't know

16  what those things "like bribery, like treason"

17  are; he talks about high crimes, low crimes.  I do

18  not understand, although he has appeared multiple

19  times on my program what he actually believes or

20  even what he is arguing about crimes.  Maybe I am

21  just not smart enough or intelligent enough, and I

22  certainly haven't been to law school to understand

23  his complex argument.

24      Q.    So your answer to my question is "no,"

25  you cannot point to any CNN publication in which

```
 1                    ANDERSON COOPER
 2   Mr. Dershowitz made the argument that a president
 3   of The United States can commit crimes and so long
 4   as he or she believed doing so would help get them
 5   re-elected or was in the public interest that he
 6   or she could not be impeached for that crime?
 7               MS. BOLGER:  Objection, asked and
 8   answered.  You are literally the third time --
 9               MR. SCHWEIKERT:  It calls for a "yes"
10   or "no."  Ma'am you know --
11        Q.   Does that exist or does it not or you
12   don't know --
13               MS. BOLGER:  No, sometimes questions
14   are not that way.
15               MR. SCHWEIKERT:  They are that way, it
16   is called a cross examination, it is a leading
17   question; if he doesn't know, he doesn't know.
18               MS. BOLGER:  The question has been
19   asked three times and answered three times.
20               MR. SCHWEIKERT:  It has not been
21   answered.
22               MS. BOLGER:  Anderson, you may answer
23   it a fourth time.
24        Q.   Am I missing something?  Can you point
25   me to something that I should go and take into
```

```
 1                    ANDERSON COOPER

 2   consideration?

 3        A.    Yeah, in his comments on the 29th in

 4   the Congressional Record where he says "The only

 5   thing that would make a quid pro quo unlawful was

 6   if the quo were in some way illegal."  I am asking

 7   if the quid is illegal, does Mr. Dershowitz

 8   believe that too?  Would make the quid pro quo

 9   unlawful...

10        Q.    Is there any CNN --

11        A.    You asked me a specific, that is the

12   specific.  I don't understand.

13        Q.    You're referring to CNN's coverage of

14   his public statements on January 29th?

15              MS. BOLGER:  Objection to the form.

16        A.    I am referring to the Congressional

17   Record that you handed me which is Plaintiff's

18   Exhibit 45.

19        Q.    My question wasn't about the

20   Congressional Record.  My question was whether you

21   can point me to --

22              MS. BOLGER:  Hey, you are interrupting

23   him -- you are interrupting the witness --

24              MR. SCHWEIKERT:  Because I want to get

25   out of here, as do you.  I am entitled to an
```

```
 1                    ANDERSON COOPER
 2   answer, ma'am.
 3            MS. BOLGER:  You are not entitled to
 4   interrupt the witness --
 5            MR. SCHWEIKERT:  I am entitled to an
 6   answer.  Anderson, it is --
 7        Q.    Is there a publication or is there not?
 8   It's very simple.
 9        A.    The Congressional Record, this is a
10   publication --
11        Q.    But a CNN publication sir.
12            MS. BOLGER:  Objection to the form.
13   He's answering the question.  Answer the question
14   Anderson as you would like to.
15        A.    It seems to me this publication which
16   Mr. Dershowitz this is based on his words used in
17   a public forum raises questions about what he
18   means by crime, and I think it is confusing.  I
19   don't know why a guy who is so smart would write
20   this sentence and leave it hanging here that seems
21   to raise questions that are not answered, and
22   makes it confusing about what he believes is a
23   crime.  And again, maybe I am just a complete
24   idiot and misreading this, but I don't understand,
25   and it seemed like an awful lot of people don't
```

```
 1                    ANDERSON COOPER

 2   understand what his argument was back then.

 3        Q.    His answer to Senator Ted Cruz's

 4   questions included a hypothetical where a

 5   president told a foreign country -- I will read

 6   Mr. Dershowitz's comments as reflected in the

 7   Congressional Record, which is Plaintiff's

 8   Exhibit 45, page S651 into the record.  Quote, "If

 9   a hypothetical president of the United States said

10   to a hypothetical foreign leader of a foreign

11   country:  Unless you build a hotel with my name on

12   it and unless you give me a million-dollar

13   kickback, I will withhold the funds.  That is an

14   easy case.  This is purely corrupt and in the

15   purely private interest," end quote.

16             Do you see that?

17        A.    Yes, the hypothetical, I do see that.

18        Q.    That is an example of conduct for which

19   a president hypothetically could be impeached,

20   correct?

21        A.    Yes, but what if that's where the

22   president is receiving a financial benefit, that

23   is going back to his argument about "The only

24   thing that would make a quid pro quo unlawful was

25   if the quo were in some way illegal," what he's
```

```
1                    ANDERSON COOPER
2    not talking about -- he's not using the word
3    "bribe" -- but what about if it's the president
4    giving a bribe for some sort of behavior?  This is
5    the president receiving a financial benefit for
6    something -- I get a hotel with my name on it, I
7    get a million dollar kickback -- he says nothing
8    about the president offering a bribe, the
9    president doing something illegal there, so it is
10   open ended, so that to me, that would be a crime,
11   but it doesn't seem to be a crime in
12   Mr. Dershowitz's argument.
13        Q.    Are you of the opinion that as of
14   January 29, 2020 Mr. Dershowitz asserted a new
15   position that a president could engage in bribery
16   and treason and never be impeached?
17             MS. BOLGER:  Objection to the form.
18        Q.    So long as he thought doing so was
19   going to help him get re-elected, and being re-
20   elected was in the public interest?
21        A.    On January 29th Mr. Dershowitz, in this
22   statement, doesn't use the word bribery anywhere I
23   believe or treason, does he?
24        Q.    However, on your broadcast later in the
25   evening Anne Milgram claimed that Mr. Dershowitz
```

```
 1                    ANDERSON COOPER
 2   had argued that a president could commit crimes so
 3   long as he thought the crime would help get him
 4   re-elected, and his re-election was in the public
 5   interest then he couldn't be impeached for that
 6   crime, right?
 7             MS. BOLGER:  Objection to the form.
 8        A.    You will have to talk to her about what
 9   her argument was, it seemed to me she was taking
10   things several steps of where this logic might
11   lead to, but if it is not a crime for a president
12   to give a bribe, in Mr. Dershowitz's opinion, he
13   just has to be receiving one, I think other people
14   would say a president giving a bribe would be a
15   crime.  So I guess that that would raise questions
16   about what Mr. Dershowitz thinks a crime is,
17   crime-like behavior.
18        Q.    Did you express any of these questions
19   about Mr. Dershowitz's argument during your
20   broadcast in which Anne Milgram claimed that
21   Mr. Dershowitz was essentially advocating that the
22   president of the United States was a king?
23             MS. BOLGER:  Objection to the form.
24        A.    I don't believe she -- I don't know
25   that she was advocating that he was a king.
```

1                    ANDERSON COOPER

2    Again, I think it was where this argument would

3    lead to.  And in a broadcast on the day this

4    happened, a few hours after this happened, people

5    were still trying to digest what was just said in

6    the surprise announcement that Alan Dershowitz had

7    just made, which was something he had never said

8    before in all the other appearances, we are trying

9    to figure out what it is he means.

10              So, yes, months later you can look and

11   say other scholars have weighed in; this is two or

12   three hours later after he made this statement,

13   and we are trying to have a discussion about what

14   it actually means.  And Mr. Dershowitz comes on

15   the next night or the night after on the Chris

16   Cuomo show, I don't know how long they talked for,

17   and Mr. Dershowitz expressed his opinion, as I

18   recall, pretty bluntly and forwardly and had the

19   opportunity to disparage CNN on that; he had that

20   opportunity.

21        Q.    You didn't know in advance that

22   Ms. Milgram was going to express herself in the

23   way she did in response to your questions?

24        A.    Absolutely not.  I don't believe there

25   -- I don't even know if I would have seen it

ANDERSON COOPER

1

2   because I was so rushed -- I don't know if there

3   was a pre-interview, I guess you guys would know

4   that; so no, I had no idea what Anne Milgram was

5   going to say.

6       Q.    Did you know --

7       A.    In fact, we didn't even start out

8   asking on this topic.  I think we had like two

9   weird audience questions about random things

10  before we even got to this topic.

11      Q.    When you saw the excerpts that were

12  shown on your program right before you asked

13  Ms. Anne Milgram some questions, was that the

14  first time you knew that was going to be the video

15  clips that would be shown before you questioned

16  Ms. Milgram?

17      A.    That's a good question --

18          MS. BOLGER:  Objection to the form, you

19  can answer.

20      A.    I don't know for sure, I know because I

21  looked at the video I had a piece of paper and I

22  am sure the sound bite was on there.  I don't know

23  if I had read it in its entirety, I know I had

24  seen on number of different networks clips of

25  Mr. Dershowitz saying this, because it was the

1      ANDERSON COOPER

2 thing that was being discussed.  So even if I

3 hadn't seen it on the paper I think I would have

4 assumed this new thing he had introduced today

5 would be a topic that we would talk about.

6   Q. Do you recall doing anything

7 specifically to inform yourself of his full answer

8 to Senator Cruz's questions before you started

9 recording the broadcast with Anne Milgram?

10     MS. BOLGER:  Objection to the form,

11 asked and answered.

12   A. I would have seen, given the length of

13 what he said, I would have seen the entire thing

14 of what he said.

15   Q. You would have seen or you remember

16 seeing --

17   A. I think I would have seen, I don't

18 recall.  So much was happening that day, I don't

19 recall.

20   Q. As you sit here today, having had the

21 opportunity to review portions of the

22 Congressional Record, if you had the opportunity

23 to re-do that broadcast with Anne Milgram would

24 you have asked your team to do anything

25 differently?

```
 1              ANDERSON COOPER
 2         MS. BOLGER:  Objection to the form.
 3    A.    No, I wouldn't have.  Given the time we
 4  had, it was the day of, it was hours after, given
 5  the length of things going on, we had a
 6  responsible with a respected legal history on to
 7  discuss what another respected legal scholar had
 8  said at this critical moment in history.  We
 9  didn't have a bunch of people in a bar on to just
10  give their opinion on their theories of what he
11  had said, we were talking to a respected legal
12  scholar and those discussions continued on my
13  program that night, and on other CNN programs and
14  certainly every network was covering this.  So, no
15  I wouldn't.
16    Q.    Did you have any say in the selection
17  of Anne Milgram as one of the guests on the show
18  that night?
19    A.    No, no.
20    Q.    Have you spoken to Anne Milgram in
21  2022?
22         MS. BOLGER:  Don't talk about any news
23  gathering for any other story.
24    A.    I think she was on air a couple of
25  weeks ago with me in a panel.  I think that was
```

```
1                    ANDERSON COOPER
2    the first time just because of COVID, I don't
3    think we had been doing a lot of stuff because we
4    were doing so much COVID.  It was the first time I
5    was seeing Anne Milgram in person, obviously I
6    didn't discuss this with her nor with anyone.  So,
7    I think maybe once since then we had her on
8    because of the January 6th hearings.
9         Q.    Do you know who Jeffrey Zucker is?
10        A.    Yes, my former boss.
11              MS. BOLGER:  I don't know how long this
12   line of questioning is, if you are going to wrap
13   up soon --
14              MR. SCHWEIKERT:  Let's go off.
15              THE VIDEOGRAPHER:  This ends unit six,
16   we are off the record at 5:48.
17              (Recess.)
18              THE VIDEOGRAPHER:  This begins unit
19   seven, we are on the record at 5:55 p.m.
20        Q.    Did Jeffrey Zucker have any say in the
21   subject matter of your broadcast on January 29th
22   with Anne Milgram?
23              MS. BOLGER:  Objection to the form.
24        A.    Certainly not as far as I know, that
25   would be unusual, I never had a conversation with
```

```
 1                    ANDERSON COOPER
 2   Jeff Zucker about the content of a broadcast, I've
 3   had some like after action like "oh, I thought
 4   that was a good interview -- didn't like that,"
 5   but I've never had a direction from him.
 6        Q.    During the impeachment trial, how were
 7   you primarily communicating with your team
 8   members?
 9        A.    E-mail.
10        Q.    Do you recall sending a lot of e-mails
11   regarding the program with Anne Milgram on
12   January 29th?
13        A.    I don't think I sent any.  I am sure
14   you have access to e-mails, but no.  That digital
15   show is not my prime focus, and you know -- no.
16        Q.    Do you recall exchanging text messages
17   with your team members regarding your work for CNN
18   on or about January 29th?
19             MS. BOLGER:  Objection to the form.
20        A.    No, I don't exchange text messages on
21   that.
22        Q.    Did you use any other e-mail addresses
23   other than the black rabbit address in connection
24   with your work related to the January 29th program
25   with Anne Milgram?
```

```
 1                  ANDERSON COOPER
 2       A.    Never.
 3       Q.    Do you think Professor Dershowitz is
 4  nuts?
 5             MS. BOLGER:  Objection to the form.
 6       A.    No.
 7       Q.    Have you ever been aware of anyone at
 8  CNN characterizing Mr. Dershowitz as behaving like
 9  a petty 12-year-old girl?
10       A.    No, I have not heard anybody say that
11  to me.  What I have said on the air about
12  Mr. Dershowitz is what I believe about
13  Mr. Dershowitz, which is like I said I would want
14  him to be my defense attorney, I have called him
15  brilliant I think, I liked having him on, I
16  enjoyed him with Jeffrey Toobin because of their
17  relationship, and I like two really smart people
18  discussing ideas and I try not to get in the
19  middle of it because I am not lawyer; he's a
20  character and I like that, and I believe people --
21  I have said this to his face -- I believe anybody
22  should have the best defense possible, even
23  unlikable people.  In the past I remember reading
24  about him defending Nazis in Skokie, Illinois and
25  watching a TV movie about it, I saw that when I
```

1          ANDERSON COOPER

2   was in middle school and I remember thinking that

3   was really awesome that this guy would do that for

4   those reprehensible people, and to this day I

5   think that about him.

6        Q.   Do you think it would be appropriate

7   for a fellow anchor to refer to Mr. Dershowitz as

8   "Dersh-o-nuts"?

9             MS. BOLGER:  Objection to the form.

10       A.   Are you talking on air or in private

11  communication?  I'd have to know more.

12       Q.   In connection with the performance of

13  duties for which an anchor is compensated by CNN,

14  do you believe there is ever an instance where it

15  is appropriate to refer to Mr. Dershowitz as

16  Dersh-o-nuts?

17            MS. BOLGER:  Objection to the form of

18  the question, and the representation.

19       A.   Again, are you talking about somebody

20  in a bar saying something to somebody else.  I

21  have never used any terms like that.

22       Q.   Do you know who John Berman is?

23       A.   Yeah.

24       Q.   He's an anchor of a program on CNN,

25  right?

```
1                    ANDERSON COOPER

2        A.    Yes.

3        Q.    Are you aware that Mr. Berman sent an

4   e-mail to a colleague with the subject line

5   reading "Dersh-o-nuts"?

6        A.    I was not aware of that.

7        Q.    Would you ever send an e-mail with that

8   sort of characterization about a subject of a

9   story?

10             MS. BOLGER:  Objection to the form.

11       A.    I mean, you're asking what I personally

12  would do.  I never write e-mails like that.

13       Q.    Is that, in part, because it would be

14  disrespectful to do so?

15             MS. BOLGER:  Objection to the form.

16       A.    I just don't think -- look, human

17  beings have opinions and human beings have

18  frustrations and maybe frustrations in dealing

19  with people.  I don't know what Mr. Berman's

20  dealings are with Mr. Dershowitz, I don't know if

21  they have a relationship, I don't have any context

22  why he would say that; but I don't know

23  Mr. Dershowitz personally, I have no reason to

24  form an opinion about him anything other than how

25  he presented himself on the program and things I
```

```
 1                    ANDERSON COOPER
 2   have read about him and movies I have seen about
 3   him and stuff, but I also don't think whatever one
 4   thinks in one's head in a professional setting I
 5   try not to -- I want to set an example for people
 6   in my office and I try not to -- it's not
 7   something I would do.
 8        Q.    Do you believe a --
 9        A.    I think there is a big difference
10   between someone saying something like that on air
11   and somebody in a private communication to another
12   colleague.  I don't know what the context would
13   be, those are very different things; yeah, it is
14   not something I would do.
15        Q.    If one of your team members were to
16   have referred to Mr. Dershowitz around the time of
17   your broadcast with Anne Milgram as behaving like
18   a petty 12-year-old girl, would you have condoned
19   that sort of characterization of him?
20             MS. BOLGER:  Objection to the form.
21        A.    If this was in a private communication
22   between two people on my staff, I assume you mean
23   as opposed to publicly in a public setting
24   somewhere, I would not advise people to do that, I
25   can certainly understand -- I don't know who this
```

```
 1              ANDERSON COOPER
 2   was -- but you know there are people who have to
 3   do a lot of frustrating jobs dealing with
 4   high-powered people, and they sometimes get
 5   treated terribly or find themselves in very
 6   frustrating situations, and some people are easier
 7   to deal with than others, so if some colleague of
 8   mine is in a private setting saying something to
 9   somebody else who is also experiencing the same
10   thing, calling somebody petty -- again, I wouldn't
11   put in that in an e-mail -- but I can understand
12   given some behavior I have seen -- again I know
13   nothing about Mr. Dershowitz's behavior -- but
14   behavior I have encountered in this business over
15   time, I can understand how people can become very
16   frustrated how they are treated.
17        Q.   Do you think that characterization
18   would be consistent with the CNN standards we
19   talked about earlier today?
20             MS. BOLGER:  Objection to the form.
21        A.   I don't think that has any bearing on
22   how somebody is portrayed on CNN or again -- I
23   have not seen these documents you're talking
24   about, I don't know who did these documents, I
25   don't know if this was an intern -- but it has no
```

```
 1                      ANDERSON COOPER
 2   bearing on what ends up on CNN on air and how that
 3   person is treated, certainly from my standpoint.
 4   So...and I also think how somebody interacts with
 5   somebody from an outside guest is very important,
 6   and I would expect everybody to treat guests,
 7   people they are booking with respect and
 8   understanding, even if they are assholes.  I'm not
 9   saying that is the case here.
10        Q.    But you don't know whether such
11   characterization could be indicative of someone's
12   state of the mind, because as we talked about
13   earlier, we can't read each other's minds right?
14             MS. BOLGER:  Objection to the form,
15   that's not what he said --
16        A.    I have not even seen the document
17   you're talking about, I don't know the people
18   involved, I don't know, is this the cleaning
19   person who has to clean out the garbage tonight
20   and "these people are dirty assholes" -- again, I
21   don't know the context here.
22             MR. SCHWEIKERT:  I do not have anything
23   further at this time subject to my general caveat
24   in the event there is new evidence or a ruling
25   otherwise that this examination should continue, I
```

```
 1                  ANDERSON COOPER
 2  am done for today.  Do you have anything?
 3              MS. BOLGER:  My standard statement
 4  stands, there will be no evidence nor anything
 5  else since you have had everything since 2021;
 6  with that I think we are done.
 7              THE WITNESS:  Thank you all, I
 8  appreciate it.
 9              MR. SCHWEIKERT:  Mr. Cooper, I
10  appreciate you taking the time to answer my
11  questions and being civil despite the difficult
12  nature at times.
13              THE WITNESS:  Everybody has a job to
14  do.  Thank you.
15              THE VIDEOGRAPHER:  This concludes
16  today's proceedings, total individual units was
17  seven, we are off the record at 6:07 p.m.
18              THE STENOGRAPHER:  Kate, do you want a
19  copy?
20              MS. BOLGER:  I do want a copy.  And I
21  will take a rough.
22              (Time Noted:  6:07 p.m.)
23
24
25
```

```
 1
 2                    C E R T I F I C A T E
 3
 4    STATE OF NEW YORK     )
 5                           : ss.
 6    COUNTY OF NEW YORK    )
 7
 8              I, ELLEN SANDLES, a Notary Public and
 9    Stenographic Reporter within and for the State of
10    New York, do hereby certify:
11              That ANDERSON COOPER, the witness whose
12    deposition is hereinbefore set forth, was duly
13    sworn by me and that such deposition is a true
14    record of the testimony given by the witness.
15              I further certify that I am not related
16    to any of the parties to this action by blood or
17    marriage, and that I am in no way interested in
18    the outcome of this matter.
19              IN WITNESS WHEREOF, I have hereunto set
20    my hand this 8th day of August, 2022.
21
22                          _____
23                          ELLEN SANDLES
24
25
```

```
 1                        I N D E X

 2

 3   TESTIMONY              EXAMINATION BY           PAGE
     PAGE
 4

 5    Mr. Cooper   Examination/Mr. Schweikert      6

 6

 7   PLAINTIFF'S
     EXHIBITS              DESCRIPTION             PAGE
 8

 9   Exhibit 43  Employment agreement; highly      28
                 confidential-restricted
10   Exhibit 44  E-mail from Susan Chun to Witness 50
                 sent on January 30th at 9:56 a.m.
11   Exhibit 45  Congressional Record from January 79
                 29, 2020
12   Exhibit 46  Judge's denial of Motion to      102
                 Dismiss
13

14

     PREVIOUSLY MARKED PLAINTIFF'S
15   EXHIBIT               DESCRIPTION             PAGE

16

17   Exhibit 42  Previously marked:  Congressional 70
                 Record from January 27, 2020
18

19

20

21

22

23

24

25
```

































