# **EXHIBIT 14**

# Deposition Transcript

Case Number: 0:20-cv-61872-AHS
Date: July 20, 2022

In the matter of:

# Dershowitz v Cable News Network, Inc.

## Susie Xu

**CERTIFIED COPY**



**Reported by:**
Ellen Sandles

**CONFIDENTIAL**

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF FLORIDA
 2    ---------------------------------x
      ALAN DERSHOWITZ,
 3
                      Plaintiff,
 4
 5            vs.    No. 0-20-CV-61872-AHS
 6
      CABLE NEWS NETWORK, INC.,
 7
                      Defendant.
 8    ---------------------------------x
 9
10
11                 DEPOSITION OF SUSIE XU
12                  New York, New York
13                 Wednesday, July 20, 2022
14                   **CONFIDENTIAL**
15
16
17
18
19
20
21
22
      Reported by:
23    ELLEN SANDLES
      Stenographic Reporter
24    Job No. 306716
25
```

```
 1                          July 20, 2022

 2                          9:18 a.m.

 3

 4               Deposition of SUSIE XU, held at the

 5      offices of Davis Wright Tremaine, 1251 Avenue of

 6      the Americas, 21st Floor, New York, New York,

 7      before ELLEN SANDLES, a Qualified Stenographic

 8      Reporter and Notary Public of the State of New

 9      York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

 3        SCHWEIKERT LAW, PLLC

 4        Attorneys for Plaintiff

 5             1111 Brickell Avenue, Suite 1550

 6             Miami, Florida 33131

 7        BY:  MARK A. SCHWEIKERT, ESQ.

 8             E-mail:  mark@schweikertlaw.com

 9

10        DAVIS WRIGHT TREMAINE, LLP

11        Attorneys for Defendant

12             1251 Avenue of the Americas

13             New York, New York 10020

14        BY:  KATHERINE M. BOLGER, ESQ.

15             E-mail: katebolger@dwt.com

16

17

18  ALSO PRESENT:

19        Kelly Black-Holmes, In-House Counsel, CNN

20        Alan Dershowitz, via Zoom

21        Dmitry Zvonkov, Legal Videographer

22

23

24

25
```

1        IT IS HEREBY STIPULATED AND AGREED,

2    by and between counsel for the respective

3    parties hereto, that the filing, sealing

4    and certification of the within deposition

5    shall be and the same are hereby waived;

6        IT IS FURTHER STIPULATED AND AGREED

7    that all objections, except as to the form

8    of the question, shall be reserved to the

9    time of the trial;

10       IT IS FURTHER STIPULATED AND AGREED

11   that the within deposition may be signed

12   before any Notary Public with the same

13   force and effect as if signed and sworn to

14   before the Court.

15

16

17

18

19

20

21

22

23

24

25

```
 1                      SUSIE XU

 2              THE VIDEOGRAPHER:  Good morning.  We

 3    are on the record, my name is Dmitry Zvonkov of

 4    STENO.  Today's date is July 20, 2022, the time on

 5    the video is 9:18 a.m. This deposition is being

 6    held at the offices of Davis Wright Tremaine

 7    located at 1251 Avenue of the Americas, New York,

 8    New York, the caption of the case is Dershowitz

 9    vs. Cable News Network Inc. in the U.S. District

10    Court Southern District of Florida, case number

11    20-61872-CIV-SINGHAL/HUNT.  The name of the

12    witness is Susie Xu.

13              Will counsel please identify themselves

14    for the record?

15              MR. SCHWEIKERT:  Good morning, my name

16    is Mark Schweikert, I am representing the

17    plaintiff, Alan Dershowitz, who is

18    attending telephonically via a Zoom link.

19              MS. BOLGER:  Kate Bolger on behalf of

20    the defendant, CNN, with me is Kelly Black-Holmes,

21    in house at CNN, and just confirming that

22    Mr. Dershowitz's Zoom comes up with the name

23    Carolyn Cohen, who is his wife.  She is a witness

24    in this case and obviously cannot sit in on

25    depositions, but I understand it is Mr. Dershowitz
```

```
 1                       SUSIE XU

 2    and not Ms. Cohen that is listening in; I just

 3    want confirmation of that.

 4               MR. SCHWEIKERT:  I would respond that

 5    the rule regarding sequestration of witnesses

 6    applies at trial, a party can move to have that

 7    rule apply during discover proceedings; nobody has

 8    done so, so there is nothing that would prevent

 9    Ms. Cohen from attending.  That said, I --

10               MS. BOLGER:  There is a Confidentiality

11    Order in place on these documents and these

12    documents are designated confidential and she's

13    not on the list of people who can see it

14    confidential; that is what I am saying.

15               MR. SCHWEIKERT:  That said, I don't

16    believe she is present, that is my understanding.

17    Mr. Dershowitz needs his personal cell phone to

18    conduct business, so his wife has lent him her

19    phone for purposes of this Zoom deposition.

20               Are we ready?

21               MS. BOLGER:  If there is representation

22    that Ms. Cohen is not listening in, yes.  You can

23    make it or Mr. Dershowitz, but somebody has to

24    make it.

25               MR. SCHWEIKERT:  I don't know if
```

```
 1                        SUSIE XU
 2   anybody is there.  Mr. Dershowitz if you could
 3   briefly let us know if Carolyn happens to be in
 4   the room.
 5            MR. DERSHOWITZ:  She's not, just me.
 6            MR. SCHWEIKERT:  Thank you, sir.
 7            THE VIDEOGRAPHER: Would the court
 8   reporter swear in the witness?
 9            Whereupon,
10                     SUSIE XU,
11   after having been first duly sworn by Ellen
12   Sandles, a Notary Public and Stenographic Reporter
13   within and for the State of New York, was examined
14   and testified as follows:
15                   EXAMINATION BY
16   MR. SCHWEIKERT:
17       Q.   Good morning.  Could you please state
18   your name for the record?
19       A.   Susie Xu.
20       Q.   Could you spell that for the court
21   reporter?
22       A.   S-U-S-I-E, last name X-U.
23       Q.   Have you ever been known by any other
24   names?
25       A.   I was born XuYue, in China.
```

```
 1                        SUSIE XU

 2       Q.    How would you spell that?

 3       A.    Same last name, X-U, Y-U-E.

 4       Q.    Any other names?

 5       A.    No.

 6       Q.    Are you currently employed?

 7       A.    Yes.

 8       Q.    What do you do for work?

 9       A.    I'm the executive producer of Erin

10    Burnett Out Front.

11       Q.    How long have you been in that role?

12       A.    Eight-and-a-half years.

13       Q.    From approximately 2015 through the

14    present or -- my math is really bad.

15       A.    No, 2013.

16       Q.    Thank you.

17       A.    To the present...is my math bad?

18       Q.    You have been the executive producer of

19    Erin Burnett's show Out Front for the past

20    eight-and-a-half years, right?

21       A.    Mm-hmm.

22       Q.    Is that a "yes"?

23       A.    Yes.

24       Q.    Have you ever had your deposition taken

25    before?
```

```
 1                          SUSIE XU

 2        A.    No.

 3        Q.    Just briefly, so we are on the same

 4   page, Ellen Sandles sitting next to you, is a

 5   court reporter, she is literally transcribing

 6   word-for-word what is being said during this

 7   deposition, so while in normal conversation we

 8   might speak faster or anticipate what someone is

 9   going to say and sometimes interrupt them, I would

10   ask for the purpose of creating a clean record you

11   would give me the courtesy of finishing my

12   question before you answer, and I, of course, will

13   extend the same courtesy to you to make sure you

14   finish answering before I ask another question.

15              Is that fair?

16        A.    Yes.

17        Q.    Your lawyer might also want to object

18   to some of my questions, so an additional

19   guideline would be to maybe take a beat after I

20   ask my question in case Ms. Bolger wants to insert

21   an objection, and then you can answer.

22              Does that make sense?

23        A.    Yes.

24        Q.    As I had to just briefly remind you,

25   you need to answer audibly "yes" or "no," as
```

1                          SUSIE XU

2    opposed to "uh-huh" or "huh-uh."

3              Okay?

4         A.    Yes.

5         Q.    If you need a break at any time I am

6    happy to accommodate you, I would just ask that we

7    not break in the middle of a question or in a

8    particular line of inquiry unless it is absolutely

9    necessary.

10             Okay?

11        A.    Yes.

12        Q.    Also, as I am sure you are aware, your

13   conversations with CNN's lawyers are privileged,

14   so I am not asking for any information you may

15   have obtained though counsel, but I would like to

16   know did you do anything to prepare for this

17   deposition?

18        A.    Yes.

19        Q.    What is that?

20        A.    I spoke with both Kate and Kelly.

21        Q.    Anyone else?

22        A.    Raffi, R-A-F-F-I.

23        Q.    He's an attorney at Ms. Bolger's firm?

24        A.    Yes.

25        Q.    Anyone else aside from those three

```
 1                      SUSIE XU

 2   lawyers?

 3        A.    No.

 4        Q.    When did you speak with him?

 5        A.    First time last week -- was it last

 6   week or two weeks ago?  Again yesterday -- I'm

 7   sorry, Monday.

 8        Q.    When you first spoke with him a few

 9   weeks ago, approximately how long did that

10   conversation last?

11        A.    I believe it's three hours.

12        Q.    Who was present for that conversation?

13             MS. BOLGER:  Objection to the form,

14   asked and answered.  You can answer.

15        A.    Kate and Raffi.

16        Q.    When you spoke yesterday approximately

17   how long was that?

18        A.    It was Monday, it was Monday for one

19   hour.

20        Q.    Was anybody aside from the lawyers

21   present?

22        A.    No.

23        Q.    Did you speak with any current or

24   former colleagues of yours at CNN in connection

25   with preparing for this deposition?
```

```
 1                          SUSIE XU

 2        A.    No.

 3        Q.    Did you review any documents?

 4        A.    Yes.

 5        Q.    What documents did you review?

 6        A.    Documents provided by Kate in

 7   preparation for this.

 8        Q.    Do you have a general understanding of

 9   what this lawsuit is about?

10        A.    Yes.

11        Q.    What is your general understanding?

12        A.    My general understanding is that

13   Mr. Dershowitz did not like something that was

14   said on our air. (sic)

15        Q.    Do you have an understanding as to what

16   more specifically it was that he did not like?

17        A.    My understanding is he did not like a

18   sound bite that we ran, and he did not like the

19   commentary, the opinion of one of our guests.

20        Q.    What is a "sound bite"?

21        A.    A sound bite is sound on tape, it is a

22   piece of tape that runs on air.

23        Q.    Do you have an understanding on which

24   programs, if any, Mr. Dershowitz believes alleged

25   defamatory statements were made about him?
```

```
 1                        SUSIE XU

 2             MS. BOLGER:  Objection to the form.

 3        A.    I do not know what Mr. Dershowitz

 4   believes, I only know what is in relation to my

 5   program.

 6        Q.    And what's that?

 7        A.    It is a sound bite that we aired, as I

 8   mentioned, and the comments that were Mr. Joe

 9   Lockhart's opinion.

10        Q.    Did you happen to review that broadcast

11   in preparing for this deposition?

12             MS. BOLGER:  Objection to the form.

13        A.    Parts of that broadcast.

14        Q.    Did you review parts of a transcript or

15   watch a video?

16             MS. BOLGER:  Objection to the form.

17        A.    Both.

18        Q.    When did you last review portions of

19   the transcript?

20        A.    Monday.

21        Q.    When did you last review portions of

22   the video?

23        A.    This morning.

24        Q.    Do you recall what any commentator said

25   that you understand to be the subject of
```

```
 1                     SUSIE XU

 2   Mr. Dershowitz's defamation suit?

 3              MS. BOLGER:  If you can answer that

 4   question -- I don't have an objection to the

 5   question, but I do think there's a chance it calls

 6   for information you learned from your attorneys.

 7   You should not give Mr. Schweikert information you

 8   learned from your attorneys, that would be

 9   privileged; otherwise you can answer.

10       A.    It is information that was given by my

11   attorneys.

12       Q.    Have you reviewed any Complaint that

13   was filed in this lawsuit?

14       A.    No.

15       Q.    Have you ever been arrested?

16       A.    No.

17       Q.    Have you ever been charged with any

18   felony offense?

19       A.    No.

20       Q.    Do you have a college degree?

21       A.    Yes.

22       Q.    Where did you go to school?

23       A.    Penn State University.

24       Q.    Did you graduate?

25       A.    Yes.
```

```
 1                      SUSIE XU

 2      Q.    What year?

 3      A.    2001.

 4      Q.    Do you have any other degrees?

 5      A.    No.

 6      Q.    What was your degree that you obtained

 7   from Penn State in 2001?

 8      A.    I had a degree in communications and

 9   political science.

10      Q.    If you could just briefly let me know

11   what it is you did between graduation up until the

12   time that you became the executive producer of Out

13   Front in approximately 2013.

14      A.    I have been at CNN ever since, I have

15   held a number of roles.

16      Q.    Before your started working for CNN as

17   an employee had you done an internship?

18      A.    At CNN and various other organizations.

19      Q.    What other organizations?

20      A.    People Magazine, a local news channel

21   in Youngstown, Ohio, WFMJ, I interned at the Penn

22   State alumni magazine.

23      Q.    Was it one of your goals around that

24   time to obtain full time employment at CNN?

25      A.    Yes.
```

```
 1                        SUSIE XU

 2         Q.    Why is that?

 3         A.    Because CNN is the gold standard in

 4    news.

 5         Q.    You believed that around the time that

 6    you graduated?

 7         A.    And I believe it now, yes.

 8         Q.    Around the time that you graduated from

 9    Penn State, did you apply to work for any other

10    media companies?

11         A.    I am sure I did, I don't recall what

12    they were.

13         Q.    What was the first position that you

14    were hired to perform for CNN?

15         A.    I was a freelance operations assistant.

16         Q.    How long were you in that role?

17         A.    A few months.

18         Q.    What position did you take on next?

19         A.    Full time operations assistant.

20         Q.    What did an operations assistant do for

21    CNN at that time?

22         A.    Anything from research to mic-ing a

23    guest, to helping the anchor grab a cup of water,

24    running the prompter, printing scripts.

25         Q.    What do you mean by "research"?
```

```
 1                      SUSIE XU

 2        A.    If a producer or a reporter or an

 3   anchor needed any information about what they were

 4   about to say on the air then we would provide

 5   research.

 6        Q.    Were there research assistants for Erin

 7   Burnett's show Out Front in January 2020?

 8              MS. BOLGER:  Objection to the form.

 9        A.    Yes.

10        Q.    Do you recall who those people were?

11        A.    I don't.

12        Q.    After your role as an operations

13   assistant, what was the next position?

14              MS. BOLGER:  Objection to the form.

15        A.    Associate producer.

16        Q.    Were you an associate producer for any

17   particular program?

18        A.    Capital Gang, Evans Novak Hunt &

19   Shields, late edition with Wolf Blitzer.

20        Q.    Do you recall approximately the time

21   frame you served as an associate producer?

22        A.    A few years, I don't recall exactly.

23        Q.    Did you say "Capital Gang"?

24        A.    Capital Gang.

25        Q.    What type of program was Capital Gang?
```

```
 1                          SUSIE XU

 2        A.    A political program, it was a round

 3   table discussion with people -- hosts from both

 4   sides of the political aisle.

 5        Q.    So Capitol is C-A-P-I-T-O-L?

 6        A.    A-L.

 7        Q.    Okay.  You mentioned Wolf Blitzer, and

 8   I believe one other show.  What was that?

 9        A.    It was called Evans Novak Hunt &

10   Shields, the last names of the hosts.

11        Q.    What was the nature of that particular

12   program?

13        A.    It was an interview program.

14        Q.    Any particular genre or subject matter?

15        A.    Politics.

16        Q.    Any other positions you've held at CNN

17   before you became the executive producer of Out

18   Front?

19        A.    Yes.

20        Q.    What were those?

21        A.    I was a producer for what was called

22   American Morning, the morning program on CNN.  I

23   moved to Beijing to be a producer, after that I

24   moved back to Washington, DC to be a producer for

25   Larry King Live, after that I launched John King
```

```
 1                        SUSIE XU

 2   U.S.A. and was a producer for that program, and

 3   then I moved to Erin Burnett's program as the

 4   senior broadcast producer, and then to executive

 5   producer.

 6        Q.    You have had an impressive career at

 7   CNN.

 8        A.    Thank you.

 9        Q.    What made you accept the position as

10   the executive producer of Erin Burnett's show?

11        A.    Because I believe in Erin Burnett and

12   her abilities as a journalist, I believe I had the

13   experience to run a program.

14        Q.    What did you believe about Erin

15   Burnett's abilities as a journalist?

16             MS. BOLGER:   Objection to the form.

17        A.    She is fair, she is balanced, and she

18   sticks to the facts.

19        Q.    Fair and balanced reminds made of

20   another media company that is not the subject

21   today.

22             Anything else?

23        A.    No.

24        Q.    And you believe that to be true about

25   Ms. Burnett with respect to the entire time you
```

```
 1                          SUSIE XU

 2    have served as the executive producer for her

 3    show?

 4         A.    Yes.

 5         Q.    What did you mean when you said "CNN

 6    was the gold standard" and still is with the news?

 7         A.    CNN sticks to the facts, we are on the

 8    side of facts, we are on the side of truth, we are

 9    on the side of science.

10         Q.    What do you mean by "science"?

11         A.    Science, I say that because it is

12    factual.

13         Q.    Is one example the debate on climate

14    change; some people believe the science, other

15    people reject it?

16         A.    Yes.

17         Q.    Any other reason why you believe CNN

18    was and still is the gold standard of news?

19         A.    No.

20         Q.    By describing it as "the gold standard

21    of news," are you suggesting there are lesser

22    standards of news?

23              MS. BOLGER:   Objection to the form.

24         A.    Yes.

25         Q.    What would be a lesser standard of
```

```
 1                         SUSIE XU

 2   news?

 3              MS. BOLGER:  Objection to the form.

 4        A.    A media organization that does not

 5   stick to the facts.

 6        Q.    Are you aware of any media

 7   organizations that were publishing news in

 8   January 2020 that you believe did not stick to the

 9   facts?

10              MS. BOLGER:  Objection to the form.

11        A.    I can't recall.

12        Q.    What about at present?

13        A.    I don't know if that it is relevant

14   what my opinion is on other news organizations.

15        Q.    This is a formal court proceeding, I am

16   an officer of the court, your lawyer is an officer

17   of the court, and we should conduct ourselves just

18   as if we are in the courtroom although the judge

19   may not be present, providing an additional

20   guideline that I omitted earlier.  Your lawyer

21   understands and I understand that relevancy

22   objections to particular testimony are preserved

23   for trial, but I would ask that you answer the

24   questions that I pose to truthfully and to the

25   best of your ability unless your lawyer instructs
```

```
 1                          SUSIE XU

 2    you not to.

 3              Is that fair?

 4        A.    Yes.

 5        Q.    Are there any media organizations at

 6    present that you believe do not stick to the

 7    facts?

 8        A.    Yes.

 9        Q.    Which ones?

10        A.    Fox.

11        Q.    Any others?

12        A.    That's the main example.

13        Q.    Can you provide me an example of an

14    instance where you believe Fox did not stick to

15    the facts?

16              MS. BOLGER:  Objection to the form.

17    And also, this has nothing to do with this case.

18    You can answer.

19        A.    I cannot think of an example.

20        Q.    What about at the time that you

21    accepted employment with CNN after you graduated

22    college?

23              MS. BOLGER:  Objection to the form.

24        Q.    Were there other media organizations

25    that you considered to be less than the gold
```

```
1                        SUSIE XU
2    standard of news?
3              MS. BOLGER:  Objection to the form.
4         A.   I don't recall.
5         Q.   Are you aware of any particular
6    standards regarding the reporting of news that
7    applied to Erin Burnett and her show in January of
8    2020?
9              MS. BOLGER:  Objection to the form.
10        A.   Standards in what way?
11        Q.   We were just talking about the gold
12   standard of news, right?
13        A.   Right.
14        Q.   I asked you to elaborate on what you
15   meant by that, and I believe you said "stick to
16   the facts and the truth and science," right?
17             MS. BOLGER:  Objection to the form,
18   misstates testimony.  You can answer.
19        A.   Yes.
20        Q.   Are there any standards created by CNN
21   that applied to Erin Burnett in performing her
22   role as a broadcaster in January of 2020?
23        A.   Yes.
24        Q.   What are those?
25        A.   There is a standards and practices
```

1                    SUSIE XU

2     handbook -- it is not literally a book, but it is

3     online and everybody in the organization has to

4     review it.

5          Q.    When you say "online," are you

6     referring to it being available to the public

7     online?

8          A.    No, internally.

9          Q.    CNN's standards and practices handbook

10    is not made available to the public as far as you

11    are aware, right?

12               MS. BOLGER:  Objection to the form.

13         A.    I do not know, I don't believe so.

14         Q.    When was the last time you reviewed

15    that handbook?

16         A.    Probably end of last year.

17         Q.    Can you recall any standards set forth

18    in that handbook that would have applied to

19    Ms. Burnett's reporting of the news in

20    January 2020?

21               MS. BOLGER:  Objection to the form.

22         A.    I cannot.

23         Q.    What did you do in your role as

24    executive producer of Ms. Burnett's show in

25    January of 2020, if anything, to strive to ensure

1                    SUSIE XU

2    that Ms. Burnett's broadcast at that time

3    comported with CNN's standards and practices

4    handbook?

5         A.    I made sure we stuck to the facts.

6    That is always our first priority.

7         Q.    How did you do that?

8         A.    You're asking in January 2020 or the

9    day that we're talking about in question of our

10   broadcast?

11        Q.    What day do you believe is the subject

12   of Mr. Dershowitz's allegations with regard to

13   Erin Burnett's show?

14        A.    And your question is, what did I do

15   that day?

16        Q.    I am trying to get on the same page

17   with you.  Is it your understanding that

18   January 29th was the day of the broadcast

19   involving Erin Burnett that is the subject of one

20   of Mr. Dershowitz's allegations?

21        A.    That's my understanding, yes.

22        Q.    So what did you do in your role as

23   executive producer, if anything, on or before

24   January 29, 2020 to strive to ensure that

25   Ms. Burnett's broadcast on January 29th comported

```
 1                     SUSIE XU

 2   with CNN's standards and practices handbook?

 3             MS. BOLGER:  Just to give the witness

 4   an instruction -- which the question about the

 5   date anticipates -- don't talk about the news

 6   gathering related to any other story, you would

 7   want to talk about the news gathering related to

 8   the story at issue because CNN would take the

 9   position that news gathering related to other

10   stories would be privilege.

11        A.    I watched the impeachment hearing.

12        Q.    The hearing on January 29th?

13        A.    Yes.

14        Q.    In its entirety?

15        A.    Mostly on-and-off, it depends if I got

16   a phone call or there was another interruption.

17        Q.    Do you recall whether you watched the

18   portion where Mr. Dershowitz answered a question

19   posed by Senator Ted Cruz?

20        A.    Yes.

21        Q.    Did you watch that in its entirety?

22        A.    Yes.

23        Q.    Had you previously watched other days

24   of the impeachment trial?

25        A.    Yes.
```

1                          SUSIE XU

2       Q.    Did that include January 27th?

3       A.    If the impeachment trial was happening,

4   I was watching it.

5       Q.    Do you recall Mr. Dershowitz making any

6   statements during the impeachment trial before he

7   appeared on January 29th to answer the question

8   posed by Senator Ted Cruz?

9       A.    I believe he made an opening statement

10  of sorts.

11      Q.    What do you recall about that opening

12  statement?

13      A.    I honestly do not recall much from that

14  opening statement.

15      Q.    What did you understand

16  Mr. Dershowitz's role to be with respect to that

17  impeachment proceeding?

18            MS. BOLGER:  Objection to the form.

19      A.    I believe he said that he was on the

20  floor the Senate to be an advocate for the

21  Constitution, I believe that's what he said his

22  role was.

23      Q.    Do you recall what he was advocating?

24            MS. BOLGER:  Objection to the form.

25      A.    Advocating?  Can you be more specific?

1                        SUSIE XU

2        Q.    You believe that Mr. Dershowitz was an

3    advocate in some fashion during the impeachment

4    proceeding, right?

5              MS. BOLGER:  Objection to the form.

6        Q.    Is that a "yes"?

7        A.    I didn't answer.

8        Q.    You nodded your head --

9        A.    No, I didn't --

10       Q.    I apologize --

11       A.    I am saying that he presented himself

12   as though he were an advocate of the Constitution,

13   but he was making arguments in support of the

14   President.

15       Q.    What is your understanding of those

16   arguments?

17       A.    My understanding of those arguments was

18   that Mr. Dershowitz did not think that President

19   Trump should be impeached.

20       Q.    Do you have an understanding as to the

21   basis of Mr. Dershowitz's argument as you

22   described it?

23             MS. BOLGER:  Objection to the form.

24       A.    Mr. Dershowitz's argument was that if

25   an elected official, in this case Donald Trump,

1                          SUSIE XU

2      believed his re-election was in the public

3      interest, that what he did to be re-elected could

4      not be impeached -- was not an impeachable

5      offense.

6           Q.    When do you believe Mr. Dershowitz made

7      that argument?

8                MS. BOLGER:  Objection to the form.

9           A.    When he answered Mr. Cruz's question.

10          Q.    Had he previously made that argument

11     when he made his opening statement?

12               MS. BOLGER:  Objection to the form.

13          A.    I told you I did not recall his opening

14     the statement, the substance of it.

15          Q.    Did you think it was important on

16     January 29th to review Mr. Dershowitz's prior

17     opening statement in preparation for Ms. Burnett's

18     broadcast that covered, in part, Mr. Dershowitz's

19     answer to Senator Ted Cruz's questions?

20               MS. BOLGER:  Objection to the form.

21          A.    Do I think it was important that day?

22     I am sure I did at the time, yes.

23          Q.    Do you recall reviewing his opening

24     statement in connection with preparing for

25     Ms. Burnett's broadcast on January 29th?

1                      SUSIE XU

2        A.    We watched the impeachment hearings as

3   a whole, we took his arguments as a whole, and the

4   comments made that were made on the floor we

5   looked at that as an entire -- one piece, and not

6   individual pieces.

7        Q.    Did you believe at that time that

8   Mr. Dershowitz had been advocating on January 27th

9   that so long as a president is acting in a way

10  that he believes is in the public interest he can

11  never be impeached?

12              MS. BOLGER:  Objection to the form.

13       A.    On January 27th?

14       Q.    Yes, ma'am.

15       A.    I do not believe he had made that

16  argument yet.

17       Q.    What was the argument that you

18  understood him to have made on January 27th?

19              MS. BOLGER:  Objection to the form,

20  asked and answered.

21       A.    I have answered that question.  I do

22  not recall -- if January 27th was the day that he

23  made his opening statement -- I will take your

24  word for that -- I don't recall what he said in

25  his opening statement.

1                         SUSIE XU

2          Q.    So you don't believe he made that

3     argument on January 27th, but you don't recall --

4          A.    I don't recall the details.

5          Q.    Hold on -- not to be rude, but just for

6     purposes of a clean transcript.  You don't believe

7     Mr. Dershowitz made that argument on January 27th,

8     but you can't recall the argument that he made on

9     January 27th, is that right?

10               MS. BOLGER:  Objection to the form.

11         A.    I know that what he said on

12    January 29th was a departure from what he had said

13    in the past; that's why it was newsworthy.

14         Q.    How do you know that?

15         A.    I know that that is the line that

16    was -- as I said -- was newsworthy, that many

17    legal commentators and other news outlets also

18    thought was newsworthy because he had not made

19    that argument before.

20         Q.    But you can't recall what the prior

21    argument of his was, right?

22               MS. BOLGER:  Objection to the form,

23    asked and answered.

24         A.    I do not recall his statements on

25    January 27th.

1                        SUSIE XU

2         Q.    Did you happen to review any document

3    or video that contained in whole or in part any of

4    the impeachment proceeding from January 27th in

5    preparing for this deposition?

6              MS. BOLGER:  Objection to the form.

7         A.    No.

8         Q.    What about at any time since

9    January 29, 2020 through the present?

10             MS. BOLGER:  Objection to the form.  I

11   don't understand it.  You can answer if you do.

12        A.    Can you explain what you mean?

13        Q.    After Ms. Burnett's broadcast on

14   January 29, 2020, did you ever review a transcript

15   or a video in whole or in part that contained

16   Mr. Dershowitz's opening statement on

17   January 27th?

18        A.    I do not recall.

19        Q.    Did you say that one of the reasons you

20   believe Mr. Dershowitz was making a new argument

21   is because other media companies had allegedly

22   reported that?

23             MS. BOLGER:  Objection to the form.

24        A.    Yes.

25        Q.    Which media companies?

1                        SUSIE XU

2          A.    I specifically remember The New York

3    Times had a headline that summarized

4    Mr. Dershowitz's arguments in a similar way that I

5    just summarized them.

6          Q.    Any others?

7          A.    I don't recall.

8          Q.    Did you believe at the time that the

9    New York Times was also a gold standard of news?

10               MS. BOLGER:  Objection to the form.

11         A.    I think that The New York Times is a

12   very reputable media organization with solid

13   reporting.

14         Q.    Did you or the team that was working on

15   Ms. Burnett's broadcast on January 29th do

16   anything other than review what other media

17   companies may have reported?

18               MS. BOLGER:  Objection to the form.

19   Misstates testimony.

20         A.    I don't understand the question.

21         Q.    I had asked you about essentially what

22   you had done in your role as executive producer to

23   ensure that the broadcast was consistent with what

24   you believe to be the gold standard of news.

25               Do you recall that?

```
 1                          SUSIE XU

 2        A.    Yes.

 3              MS. BOLGER:  Objection to the form.

 4        Q.    I believe you said something to the

 5   effect of ensuring that the broadcast was

 6   consistent with the facts, right?

 7        A.    Yes.

 8        Q.    And then in subsequent testimony you

 9   explained to me that other media organizations, in

10   your opinion, had made similar reports regarding

11   the nature of Mr. Dershowitz's answer to Senator

12   Ted Cruz's question.

13              Right?

14        A.    Yes.

15        Q.    Did you rely on those reports of other

16   media companies in making sure that Ms. Burnett's

17   broadcast was sticking to the facts?

18              MS. BOLGER:  Objection to the form.

19        A.    No.

20        Q.    To ensure that Ms. Burnett's broadcast

21   stuck to the facts I believe you said you had

22   watched the impeachment proceeding on

23   January 29th?

24        A.    Yes.

25        Q.    Did you do anything else in your role
```

```
 1                          SUSIE XU

 2   as executive producer to ensure that Ms. Burnett's

 3   broadcast later that evening was fair and

 4   balanced, and stuck to the facts?

 5               MS. BOLGER:  Objection to the form, you

 6   can answer.

 7        A.    I ensured that we relied on our

 8   reporters who were also watching the proceedings.

 9        Q.    Anything else?

10        A.    Our legal analysts who were also

11   watching the proceedings.

12        Q.    Anything else?

13        A.    No, no.

14        Q.    Who were the reporters that you relied

15   upon?

16        A.    Our Capitol Hill reporters, I do not

17   recall who was assigned to our program that

18   evening.

19        Q.    What about the legal analysts?

20               MS. BOLGER:  I am going to object.  On

21   air legal analysts are one thing, people who gave

22   legal analysis on air I'm fine with you answering,

23   but to the extent you are referring to any

24   attorney-client communications with internal

25   lawyers you should not identify those people.
```

```
 1                         SUSIE XU

 2              THE WITNESS:  Understood.

 3        A.    Jeffrey Toobin is one of our on-air

 4   legal analysts.

 5        Q.    Anyone else that you specifically

 6   relied upon in preparing Ms. Burnett's broadcast

 7   on January 29, 2020?

 8        A.    I do not recall.

 9        Q.    How did you rely upon Jeffrey Toobin?

10        A.    He appeared, I believe, throughout the

11   day during those proceedings, we had special

12   coverage, he is a -- was on air during that

13   special coverage, and I listened to his

14   commentary.

15        Q.    The commentary that you listened to --

16   can you be more specific about what commentary of

17   Jeffrey Toobin that you listened to that you

18   relied upon?

19              MS. BOLGER:  Objection to the form.

20        A.    There were a lot of proceedings, there

21   was a lot said on the Senate floor, so I don't

22   recall everything that I was relying upon Jeffrey

23   Toobin for, but I respect his opinion and I was

24   listening to him as I was listening to all of our

25   coverage.
```

```
 1                          SUSIE XU
 2        Q.    But there is different between an
 3    opinion and an objective fact, right?
 4              MS. BOLGER:  Objection to the form.
 5        A.    Yes.
 6        Q.    And Mr. Toobin's role as a legal
 7    analyst was to provide commentary, right?
 8        A.    And analysis, he is an analyst so he
 9    provides analysis.
10        Q.    And you relied upon Mr. Toobin's
11    opinion in connection with preparing for
12    Ms. Burnett's broadcast later that day?
13              MS. BOLGER:  Objection to the form,
14    misstates testimony.  You can answer.
15        A.    I relied on his analysis.
16        Q.    Was Jeffrey Toobin at that time, as far
17    as you're aware, working for CNN as a journalist
18    reporting news?
19              MS. BOLGER:  Objection to the form.
20        A.    Jeffrey Toobin's title is legal
21    analyst, he also is a reporter for the New Yorker
22    and possibly other publications, I'm not sure, but
23    in that way he has reporting; on that day I was
24    depending on him for his analysis.
25        Q.    In Mr. Toobin's role as a legal analyst
```

```
 1                        SUSIE XU

 2    at that time, is it your understanding that he

 3    would form an opinion based upon what he had

 4    observed during the impeachment proceeding on that

 5    day?

 6              MS. BOLGER:  Objection to the form.

 7         A.    I believe he would form his analysis.

 8         Q.    An analysis of what?

 9         A.    An analysis of what had occurred on the

10    Senate floor that day.

11         Q.    An analysis of the words spoken by

12    Mr. Dershowitz and others?

13              MS. BOLGER:  Objection to the form.

14         A.    Yes.

15         Q.    He did not then just parrot the words

16    spoken by Mr. Dershowitz and others, did he?

17              MS. BOLGER:  Objection to the form.

18         A.    No.

19         Q.    Mr. Toobin provided his opinion of the

20    meaning behind the words spoken by Mr. Dershowitz

21    and others based upon his legal analysis, right?

22              MS. BOLGER:  Objection to the form of

23    the question, asked and answered.  You can answer

24    again.

25         A.    He was providing his analysis.
```

1                    SUSIE XU

2      Q.    An analysis is what at CNN?

3            MS. BOLGER:  Objection to the form.

4      A.    Analysis is looking at the facts and

5  providing information that is helpful to the

6  viewer in presenting those facts.

7      Q.    When you say "Mr. Toobin was providing

8  his analysis" that is a subjective analysis,

9  right?

10           MS. BOLGER:  Objection to the form.

11     A.    It's an analysis based on the facts.

12     Q.    It's Mr. Toobin's subjective analysis

13  of the facts, right?

14           MS. BOLGER:  Objection, asked and

15  answered.

16     A.    I have answered that question.

17     Q.    The record will reflect what the record

18  reflects.  The question stands.

19           MS. BOLGER:  Same objection, asked and

20  answered.  You can answer it again.

21     A.    Your question again was?

22     Q.    In providing his analysis of facts,

23  Mr. Toobin was providing his subjective

24  interpretation of the facts, right?

25           MS. BOLGER:  Objection to the form.

```
 1                        SUSIE XU

 2        A.    He was providing analysis based on the

 3   facts.

 4        Q.    But you don't believe his analysis

 5   reflected his personal legal opinion based upon

 6   those facts, is that right?

 7              MS. BOLGER:  Objection to the form,

 8   asked and answered.

 9        A.    I don't think it was based on his

10   personal opinion, I believe it was based on his

11   legal knowledge.  I think there is a difference.

12        Q.    His subjective legal knowledge, right?

13              MS. BOLGER:  Objection to the form,

14   asked and answered.  You can answer it again.

15        A.    Yes.

16        Q.    Isn't it true that at that time

17   commentators on CNN were providing their opinions

18   to CNN's audience?

19              MS. BOLGER:  Objection to the form.

20   You can answer the question, but do confine your

21   answer to what is public or at issue in this

22   lawsuit.  There is no reason to comment on any

23   news gathering related to any other segment.

24        Q.    I will withdraw the question.

25              Ms. Burnett is a journalist, right?
```

```
 1                         SUSIE XU

 2        A.    Yes.

 3        Q.    What was the role of a journalist at

 4   CNN on January 29, 2020?

 5             MS. BOLGER:  Objection to the form of

 6   the question, you can answer it.

 7        A.    To provide the audience a summary of

 8   what happened in that day in the impeachment

 9   proceedings.

10        Q.    Would that include providing a fair and

11   balanced report of the facts?

12        A.    Yes.

13        Q.    Did CNN have commentators on

14   January 29, 2020?

15        A.    Yes.

16        Q.    What was the role of the commentators

17   at that time?

18             MS. BOLGER:  Objection to the form.

19        A.    Different commentators had different

20   roles.

21        Q.    Mr. Joe Lockhart was a commentator,

22   right?

23        A.    Yes.

24        Q.    And in his role as a commentator

25   Mr. Lockhart provided his opinion, right?
```

```
 1                          SUSIE XU

 2        A.    Yes.

 3        Q.    We also talked about legal analysts

 4   working for CNN in connection with the impeachment

 5   proceeding around that time, right?

 6              MS. BOLGER:  Objection to the form.

 7        A.    Yes.

 8        Q.    How was the role of a legal analyst at

 9   that time different from the role of a journalist

10   or a commentator, if at all?

11              MS. BOLGER:  Again, instruction to

12   answer at a high level in generalities rather than

13   to any specific reporting.

14        A.    A political commentator is labeled as

15   such because that person is basing his or her

16   comments from a political point of view.  And a

17   legal analyst would be providing analysis from a

18   legal point of view.

19        Q.    From that particular analyst's legal

20   point of view, right?

21              MS. BOLGER:  Objection to the form.

22        A.    Yes.

23        Q.    Do you recall any reference to the role

24   of commentators or journalists or legal analysts

25   in CNN's standards and practices handbook?
```

```
 1                      SUSIE XU

 2        A.    I am sure it is addressed, I do not

 3   recall the specifics.

 4        Q.    Why are you sure it is addressed?

 5        A.    Because people who appear on air are --

 6   there is a section of that in the handbook.

 7        Q.    Is it fair to say that there was a team

 8   of people working for CNN in connection with

 9   Ms. Burnett's broadcast on January 29, 2020?

10        A.    Yes --

11              MS. BOLGER:  Objection to the form.

12   Give me time to object.

13              THE WITNESS:  Okay.

14        Q.    Who do you recall being on that team at

15   that time?

16        A.    I recall senior producers, bookers,

17   segment producers, producers who handled tapes, we

18   call them "tape APs" -- associate producers.

19        Q.    Anyone else?

20        A.    Myself.

21        Q.    Ms. Burnett, right?

22        A.    Yes.

23        Q.    Anyone else?

24        A.    No.

25        Q.    Who were the segment producers if you
```

```
 1                        SUSIE XU

 2    recall?

 3        A.    I don't recall everyone who was working

 4    at the time.  Rebecca Samuels was the segment

 5    producer who worked on the segment that Joe

 6    Lockhart appeared in.

 7        Q.    What did she do in connection with

 8    producing that segment?

 9             MS. BOLGER:  Objection to the form.

10        Q.    If you know.

11        A.    She worked with Erin and myself to

12    draft questions for those who appeared on the air,

13    and we worked together on what we call "elements"

14    in those segments which are anything you see on

15    the air, such as a graphic or a sound bite.

16        Q.    Anything else?

17        A.    She would conduct -- depending on the

18    guest and depending on availability -- sometimes

19    she would conduct pre-interviews with those

20    guests, so that we would know what the guest would

21    likely say on the air, and that would help us

22    steer the conversation.

23        Q.    Do you know if Ms. Rebecca Samuels had

24    a pre-interview with Joe Lockhart?

25             MS. BOLGER:  Objection to the form.
```

```
 1                        SUSIE XU
 2        A.     I do not recall.
 3        Q.     Would it have been customary for her to
 4   interview Mr. Lockhart before CNN put him on air?
 5               MS. BOLGER:  Objection to the form.  Do
 6   not answer specifics as to any reporting other
 7   than the reporting at issue, but in general, you
 8   can give a general answer.
 9        A.     Yes, but as I mentioned it depends on
10   availability and it depends on who the guest is.
11        Q.     Would you agree that it is in CNN's
12   interest to know what one of its guest is going to
13   say before they say it on live television?
14               MS. BOLGER:  Objection to the form.
15        A.     It is in CNN's interest to be prepared
16   for what will be on air and on our programming, so
17   in that way, yes, it helps to be informed of what
18   guests will say.
19        Q.     Do you know if Ms. Samuels or anyone
20   else on the team exchanged e-mails with
21   Mr. Lockhart in connection with his appearance on
22   Ms. Burnett's show on January 29th?
23        A.     I do not recall.
24        Q.     Was it customary around that time for a
25   segment producer or other team member to
```

```
 1                        SUSIE XU

 2    correspond with a guest via e-mail before their

 3    appearance?

 4              MS. BOLGER:  Same instruction, don't

 5    answer to the particulars of other reporting, but

 6    you can testify on a high level about custom.

 7         A.   Yes, but I have to stress it depends on

 8    who the guest is and availability; we don't always

 9    hear back from the guest, we don't always choose

10    to engage the guest ahead of the program.

11         Q.   How did your team know Mr. Lockhart was

12    available to be a guest on Ms. Burnett's show that

13    evening?

14         A.    I believe he had been pre-booked which

15    I mean that because we knew that the impeachment

16    proceedings would take up the whole of our program

17    for the hour, and we knew that those proceedings

18    would go on for several days, we pre-booked, we

19    booked several days in advance who would appear.

20    I believe he was pre-booked to appear that day.

21         Q.   Did you or anyone on your team have any

22    conversations with Mr. Lockhart on January 29th

23    before he made his commentary on Ms. Burnett's

24    show later that evening?

25         A.   Did we have any e-mail?
```

```
 1                        SUSIE XU

 2       Q.    Conversations --

 3       A.    Conversations; I don't recall.

 4       Q.    Do you recall from what location

 5   Mr. Lockhart made his remarks?

 6             MS. BOLGER:  Objection to the form.

 7       A.    He was in New York on set with Erin.

 8       Q.    He was in a studio of CNN's in New

 9   York?

10       A.    Yes.

11       Q.    Do you know when he arrived at the

12   studio?

13       A.    I do not recall.

14       Q.    Do you know if he had been there since

15   the morning or early afternoon?

16       A.    He -- I do not recall.  He would not

17   have been there in the morning or the afternoon,

18   but I do not recall what time exactly he arrived.

19       Q.    When he arrived, do you know where he

20   physically would have gone before he went to the

21   studio, sat in a chair and made on-air commentary?

22             MS. BOLGER:  Objection to the form.

23       A.    I believe he would have gone to makeup

24   to get a quick powder and then brought to the set.

25       Q.    At any time during those events, did
```

1                          SUSIE XU

2   you or anyone on your team talk to Mr. Lockhart in

3   connection with the commentary he was about to

4   give on live television?

5          A.    I know I did not; I do not recall if

6   anyone else did.

7          Q.    Do you know if Ms. Burnett had any

8   conversations with any of her guests before she

9   went on air that day?

10         A.    It's not customary.

11         Q.    Is it customary -- was it customary at

12  that time for anyone on your team to have a

13  conversation with a commentator before they went

14  on live TV?

15               MS. BOLGER:  Objection to the form.

16  Again, don't answer with specifics, answer in

17  generalities which the question asked for.

18         A.    If there was a pre-interview that was

19  scheduled and conducted, yes.

20         Q.    So that pre-interview may have occurred

21  in person in the studio?

22               MS. BOLGER:  Objection to the form.

23  You mean related to this one?

24         A.    That is not customary, that likely

25  would not have happened.

SUSIE XU                       Confidential                    JOB NO. 306716
JULY 20, 2022

```
 1                        SUSIE XU

 2        Q.    Did anyone on your team have the

 3   responsibility to shepherd Mr. Lockhart from one

 4   location to another?

 5             MS. BOLGER:  Objection to the form.

 6        A.    Our bookers often escort from makeup to

 7   the set to ensure that they get onto the set on

 8   time.

 9        Q.    Do you recall who were the bookers on

10   January 29, 2020?

11        A.    I do not.

12        Q.    Do you recall who was the makeup artist

13   on that day?

14        A.    I do not.

15        Q.    Is it the same makeup artist that works

16   on Ms. Burnett's show today?

17             MS. BOLGER:  Objection to the form.

18        A.    I do not know.

19        Q.    Who were the senior producers?

20        A.    Rebecca Samuels is a senior producer,

21   Andrew Haag is the senior broadcast producer, Ian

22   Paisley is a senior producer.

23        Q.    Anyone else?

24        A.    That's the core team.

25        Q.    Is there a non-core team?
```

```
1                        SUSIE XU
2        A.    There are people with senior titles;
3   for instance, a senior writer, Ryan Buckley, a
4   senior booker, Bob Hand.
5        Q.    Anyone else?
6        A.    No.
7        Q.    What was the role of a senior writer in
8   connection with that broadcast?
9        A.    The senior writer writes the intro to
10  our A-block, our first block.  I believe that we
11  are discussing the first block of the program -- I
12  believe Joe Lockhart appeared in the first
13  block -- so the senior writer would have written
14  at least the first draft of that introduction
15  script, the pre-open, sort of the open of the
16  show, and the teases of the show, which is at the
17  end of the block when you are teasing to
18  commercial break -- "what's next" -- he would have
19  written that as well.
20       Q.    And that person was Ryan Buckley?
21       A.    Ryan Buckley.
22       Q.    Do you know if Ryan Buckley wrote what
23  you just described for Ms. Burnett's broadcast?
24       A.    I don't recall if he was in that day, I
25  don't recall, but if he was in that is what his
```

```
 1                        SUSIE XU
 2    role would have been.
 3        Q.    Did any of writers have any information
 4    about what the commentators were going to say that
 5    day so they could write appropriate prompt
 6    questions?
 7             MS. BOLGER:  Objection to the form.
 8             Can you read it back?
 9      (The following was read from the record by the
10      stenographer:  "Q.  Did any of writers have any
11    information about what the commentators were going
12      to say that day so they could write appropriate
13              prompt questions?")
14        A.    It's not exactly how it works for -- on
15    our show that A-block, which is the block in
16    question, that the person who writes the questions
17    would be the segment producer assigned.
18        Q.    That was Rebecca --
19        A.    That was Rebecca Samuels.
20        Q.    Do you know who she sent her draft of
21    the questions to?
22        A.    I'm not sure if she sent them to
23    anybody, we have software we use that we can all
24    see, it is called iNEWS, and often it is a file
25    that Erin and I will both tweak language in along
```

```
 1                        SUSIE XU

 2    with the producer, it is an open file -- open to

 3    our team, our small group.

 4         Q.   Who ultimately approved the questions

 5    that were asked by Ms. Burnett during that

 6    A-block?

 7         A.   Erin and I.

 8         Q.   What did you do to ensure that they

 9    were good questions for Erin Burnett?

10              MS. BOLGER:  Objection to the form.

11         A.   We made sure they were questions that

12    our guests and their expertise could answer, and

13    they were questions that got to the highlights of

14    the day.

15         Q.   In assessing whether they were

16    questions that your guests could answer, what did

17    you do?

18              MS. BOLGER:  Objection to the form.

19         A.   What did I do to ensure the guest could

20    answer the questions?

21         Q.   Did you or anyone on your team

22    communicate with Mr. Lockhart to obtain a sense of

23    what comments he would provide if he were asked a

24    particular question?

25              MS. BOLGER:  Objection to the form.
```

```
 1                         SUSIE XU

 2       A.    For Mr. Lockhart specifically, I do not

 3   recall if there was a pre-interview, I believe

 4   Mr. Lockhart Tweeted his opinion of

 5   Mr. Dershowitz's argument.

 6       Q.    Did you or anyone on your team

 7   communicate with Mr. Lockhart about those Tweets

 8   before he went on air that day?

 9             MS. BOLGER:  Objection to the form.

10       A.    I do not recall.

11       Q.    Did you review those Tweets in

12   connection with approving the questions that would

13   be asked during Ms. Burnett's broadcast?

14       A.    I likely did.

15       Q.    But you don't remember if you or anyone

16   on your team spoke with him before the broadcast,

17   right?

18       A.    I do not.

19             MR. SCHWEIKERT:  Off the record.

20             THE VIDEOGRAPHER:  We are off the

21   record at 10:34.

22             (Recess.)

23             THE VIDEOGRAPHER:  This begins unit

24   two, we are on the record at 10:49.

25       Q.    On January 29th did Ms. Burnett have an
```

1                        SUSIE XU

2    office near the studio from which her program is

3    broadcast?

4              MS. BOLGER:  Objection to the form.

5         A.    Her office is on a different floor from

6    our studio.

7         Q.    Do you recall if Ms. Burnett stayed in

8    her office right up until the minute her show was

9    about to be broadcast?

10        A.    Likely, she goes to the set very late,

11   but at some point she would have had to go to hair

12   and makeup.

13        Q.    Do you recall where Mr. Lockhart was

14   physically located after he got powdered?

15             MS. BOLGER:  Objection to the form.

16        A.    It depends on what time he arrived.  If

17   it was very close to air time we would have had a

18   booker rush him onto the set straight from makeup.

19        Q.    If he had arrived early where

20   customarily would he have been?

21             MS. BOLGER:  Objection to the form.

22        A.    There is a waiting room called the

23   green room that guests can wait in before they are

24   brought into the studio.

25        Q.    Do you recall Mr. Lockhart being in the

```
1                        SUSIE XU

2    green room on January 29, 2020?

3               MS. BOLGER:  Asked and answered.

4         A.    I do not recall.

5         Q.    Do you recall how soon before the

6    broadcast goes live that Ms. Burnett is behind the

7    desk and the guests are behind the desk?

8               MS. BOLGER:  Objection to the form.

9         A.    It is not long.  Erin gets to the set

10   very late, several minutes before air sometimes.

11   She's not usually waiting on the set.

12        Q.    Do you know when the guests are put in

13   their chairs behind the desk?

14              MS. BOLGER:  Objection to the form.

15   Stick to general answers or to the news gathering

16   for this segment.

17        A.    A few minutes before.

18        Q.    Do you know if that was the case on

19   January 29, 2020?

20              MS. BOLGER:  Objection to the form.

21        A.    I imagine it was the case.

22              MS. BOLGER:  Neither Mr. Schweikert nor

23   I want you to speculate, so stick to what you know

24   rather than guessing.

25        Q.    Do you know if during those minutes
```

1                    SUSIE XU

2    that Mr. Lockhart and the other guests were

3    sitting at that desk whether any conversations

4    were had?

5              MS. BOLGER:  Objection to the form.

6         A.    I do not recall.

7         Q.    Would it have been customary at that

8    time for CNN to have been recording what was going

9    on in the studio, even though the show was not

10   actually being broadcast?

11        A.    Not customary.

12        Q.    Do you know if CNN did record anything

13   that occurred before Ms. Burnett's show went live

14   on air?

15             MS. BOLGER:  Objection --

16        A.    I do not know.

17        Q.    When did you meet with Ms. Burnett to

18   prepare questions for the guests?

19             MS. BOLGER:  Objection to the form,

20   assumes facts not in evidence.

21        A.    I met with her leading up to the show.

22   I do not recall the time frame.

23        Q.    Where did you meet with her?

24        A.    Her office is right next to my office,

25   we would have met in either office or had back and

1              SUSIE XU

2    forth.  We are very close in proximity.

3         Q.    Did you meet to prepare draft questions

4    for the guests?

5              MS. BOLGER:  Objection to the form.

6         A.    We met to go over and approve

7    questions.

8         Q.    In going over and approving questions,

9    specifically with respect to any for Mr. Lockhart,

10   did you have any information that you were relying

11   upon other than his Tweets?

12        A.    From Mr. Lockhart?

13        Q.    Yes, ma'am.

14        A.    I do not recall.

15        Q.    When you were reviewing and approving

16   the draft questions, were you looking at a hard

17   copy of those questions?

18             MS. BOLGER:  Objection to the form.

19        A.    I do not recall.

20        Q.    Do you recall making any edits to the

21   questions on that day?

22        A.    I do not recall.

23        Q.    Those questions are in a software

24   program called iNEWS?

25        A.    Yes.

1                       SUSIE XU

2       Q.    Do you know if Ms. Burnett made any

3    revisions to the questions?

4       A.    I do not recall.

5       Q.    Do you remember any other guests that

6    appeared on Ms. Burnett's broadcast on

7    January 29th?

8            MS. BOLGER:  Objection to the form.

9       A.    Yes.

10      Q.    Who were the other guests?

11           MS. BOLGER:  I instruct the witness to

12   limit her answer to the public facing guests that

13   appeared on CNN.

14      A.    Ryan Goodman, Laura Coates, Scott

15   Jennings, in addition to Mr. Lockhart.

16      Q.    What was Mr. Goodman's role in

17   connection with the broadcast on that day?

18      A.    He is a lawyer, he is a legal analyst.

19      Q.    Was he there to provide his analysis of

20   the law as it related to the day's impeachment

21   proceedings?

22           MS. BOLGER:  Objection to the form.

23      A.    Yes.

24      Q.    Do you recall what was the subject of

25   his analysis?

```
 1                          SUSIE XU

 2       A.     I recall that it was Mr. Dershowitz's

 3  argument on the Senate floor.

 4       Q.     Was Mr. Goodman made aware in advance

 5  of the broadcast going live of the nature of the

 6  questions, if any, that would be posed to him by

 7  Ms. Burnett?

 8            MS. BOLGER:  Objection to the form.

 9  Stop.  This question is about Mr. Goodman?

10       Q.     Yes.

11            MS. BOLGER:  Don't answer that

12  question, calls for news gathering and materials

13  not related to the statement at issue, it's

14  privileged information; you may answer questions

15  about Mr. Lockhart certainly.

16       Q.     Are you aware of whether CNN

17  communicated with any of guests that appeared on

18  Ms. Burnett's show on January 29th to inform them

19  of the subject matter upon which they would be

20  interviewed by Ms. Burnett?

21            MS. BOLGER:  Objection to the form.

22  And you can answer as to Mr. Lockhart.

23       A.     I do not recall.

24       Q.     Would that have been customary?

25       A.     The only way that it would have been
```

1                          SUSIE XU

2    customary was if there was a pre-interview, and as

3    I've mentioned I do not recall if there was a

4    pre-interview with Mr. Lockhart.

5          Q.    Do you recall if there were

6    pre-interviews with any of the other guests that

7    provided any statements in connection with

8    Mr. Dershowitz's answer to Senator Ted Cruz's

9    question on January 29, 2020?

10              MS. BOLGER:  Objection and I instruct

11   the witness not to answer.  You can answer the

12   questions about Mr. Lockhart whose statement is at

13   issue.

14         A.    And the question about Mr. Lockhart is

15   whether there were pre-interviews?

16              MR. SCHWEIKERT:  I will just put on the

17   record the witness testified she doesn't recall

18   whether Mr. Lockhart was pre-interviewed.  It

19   would be my position if the other guests were

20   pre-interviewed, and the witness was aware of

21   that, that could be evidence from which the jury

22   could infer that it was likely Mr. Lockhart was

23   pre-interviewed or the witness does not recall or

24   alternatively should not be believed on that

25   point.  That is the sole purpose of why I am

```
 1                        SUSIE XU
 2    seeking the general understanding of whether the
 3    other guests were pre-interviewed.  I don't know
 4    if that changes your lawyer's opinion, but --
 5               MS. BOLGER:  I don't even understand
 6    it, but I will tell you the news gathering
 7    privilege to be overcome requires that there be a
 8    showing that the sought material is highly
 9    relevant, critical and necessary and not available
10    from another source.  The rationale you just gave
11    does not overcome to the extent it involves
12    confidential information would be absolute;
13    nothing you just said would overcome the news
14    gathering privilege.  The witness told you she
15    knew what Mr. Lockhart was going to say from his
16    Tweets, I don't know quite this is; I reject your
17    arguments, I instruct the witness not to answer as
18    to specifics, she can certainly answer to
19    generalities, and she can answer as to what she
20    remembers about Mr. Lockhart, so I am happy to let
21    her do that, but what questions they did or did
22    not ask other guests I think is protected by the
23    news gathering privilege that you haven't
24    overcome.
25         Q.    In general, do you know if any of the
```

```
 1                       SUSIE XU

 2   other guests, aside from Mr. Lockhart,

 3   participated in a pre-interview before the

 4   broadcast?

 5            MS. BOLGER:  I'm sorry.  You're talking

 6   about the show again, same, don't answer as to the

 7   show.  You may answer it in general or as to

 8   Mr. Lockhart.

 9            MR. SCHWEIKERT:  I thought that was a

10   general question.

11            MS. BOLGER:  No, you said as to

12   individuals on the show; you may not ask to

13   individuals to the show.

14            MR. SCHWEIKERT:  So it is your position

15   that the jury is not entitled know what this

16   witness recalls about whether any of the other

17   guests were simply interviewed before the

18   broadcast?

19            MS. BOLGER:  My position is that right

20   is secured to Ms. Xu and to CNN by the New York

21   State Constitution, the Florida Constitution the

22   New York legislature, the Florida State

23   legislature and the Constitution of the United

24   States of America.

25            MR. SCHWEIKERT:  The mere fact that an
```

```
 1                      SUSIE XU

 2   interview occurred does not reveal any particular

 3   substantive content --

 4            MS. BOLGER:  And it may not, but you

 5   are not understanding the scope of the news

 6   gathering privilege.  The scope of the news

 7   gathering privilege protects editorial process.

 8   It is different in kind than the attorney-client

 9   privilege; it is a different kind of privilege.  I

10   am going to let the witness answer as to general

11   behavior and as to Mr. Lockhart, but as to actual

12   conversations with actual people not related to

13   this litigation she may not do that; CNN invokes

14   its privilege.

15        Q.    Who is Laura Coates?

16        A.    Laura Coates is a lawyer, she is a

17   legal analyst for the network.

18        Q.    Who was Scott Jennings?

19        A.    Scott Jennings is a political

20   commentator, much like Mr. Lockhart.  He is a

21   conservative commentator.

22        Q.    By "conservative" you're referring to

23   how some people describe their political beliefs

24   as being liberal or conservative --

25        A.    Yes.
```

1          SUSIE XU

2          Q.    So CNN had two legal analysts and two

3    political commentators that were guests on

4    Ms. Burnett's show on January 29, 2020 to discuss

5    the day's impeachment proceedings including, in

6    part, Mr. Dershowitz's answer to Senator Ted

7    Cruz's question; is that right?

8          A.    Yes.

9          Q.    Were any of those analysts or

10   commentators, according to CNN, supposed to be

11   providing a fair and balanced statement of the

12   facts of that day?

13              MS. BOLGER:   Objection to the form.

14         A.    It is Erin's job to guide that

15   conversation if something is not factual.  If the

16   record needs to be corrected then she would do

17   that or a reporter would do that, we would have

18   them on air to do that; but yes, we would stick to

19   the facts.

20         Q.    The commentators and analysts were at

21   least, in part, preparing providing their

22   interpretation of those facts, right?

23         A.    Yes.

24         Q.    You can't recall if CNN had prior

25   knowledge as to what the political commentator or

```
 1                       SUSIE XU

 2    legal analysts might say with respect to their

 3    interpretation of the facts that day?

 4             MS. BOLGER:  Objection to the form,

 5    misstates witness testimony.

 6        A.    I do not recall.

 7        Q.    Did Ms. Burnett conduct any interview

 8    of the guests before the broadcast that evening?

 9             MS. BOLGER:  Same instruction.

10        A.    It is not customary for Erin to conduct

11    a pre-interview of any of our guests.

12        Q.    Did Erin Burnett speak with

13    Mr. Lockhart before her show was broadcast that

14    evening?

15        A.    I do not recall.

16        Q.    But at that time, based on your

17    experience, it would have been customary for the

18    segment producer to conduct a pre-interview of a

19    political commentator such as Mr. Lockhart before

20    the broadcast --

21             MS. BOLGER:  Objection to the form,

22    misstates testimony.

23        A.    As I have said, a pre-interview depends

24    on the availability of the guest and who the guest

25    is; the circumstances change.
```

```
 1                        SUSIE XU

 2       Q.    Does Ms. Samuels still work for CNN

 3  today?

 4       A.    Yes.

 5       Q.    Is she still a member of your team?

 6       A.    Yes.

 7              MR. SCHWEIKERT:  I am going to mark an

 8  exhibit -- (discussion regarding exhibit numbers)

 9              I am going to mark Plaintiff's Exhibit

10  and the court reporter to mark a document as

11  Plaintiff's Exhibit 37 to this deposition.

12              (Plaintiff's Exhibit No. 37 was

13              marked for identification.)

14       Q.    If you could please take a moment and

15  review the document marked Plaintiff's Exhibit 37

16  and let me know if you have seen it before.

17       A.    I have seen it.

18       Q.    What is Plaintiff's Exhibit 37?

19       A.    It is an e-mail from Katie Carver, a

20  segment producer, to myself, Erin and Rebecca

21  Samuels.

22       Q.    It is an e-mail Ms. Carver sent on

23  January 29, 2020, at 3:15 p.m.?

24       A.    Yes.

25       Q.    And the subject of that e-mail is
```

```
 1                        SUSIE XU

 2   quote, "Wednesday panel, POV," end quote.

 3             Right?

 4        A.   Yes.

 5        Q.   In your experience at CNN what does

 6   "POV" mean?

 7        A.   Point of view.

 8        Q.   Who was Katie Carver in connection with

 9   this broadcast?

10        A.   She is a segment producer.

11        Q.   Within Plaintiff's Exhibit 37 there

12   appear to be some bolded sentences that are

13   attributed to Joe Lockhart.

14             Do you see that?

15        A.   Yes.

16        Q.   Is it your understanding that those

17   bolded sentences are Tweets of Mr. Lockhart?

18        A.   Yes.

19        Q.   You received this e-mail at 3:15 p.m.

20             Right?

21        A.   Yes.

22        Q.   What time did the broadcast go live on

23   January 29th?

24        A.   7:00 p.m.

25             MS. BOLGER:  Objection to the form.
```

```
1                           SUSIE XU

2        Q.    Which is approximately three hours and

3    45 minutes after the time of this e-mail, right?

4        A.    Yes.

5        Q.    Do you know where Ms. Carver obtained

6    the bolded statements in her e-mail?

7        A.    From Twitter.

8        Q.    Did you or anyone on this e-mail do

9    anything to verify that these were, in fact,

10   accurate statements of Mr. Lockhart's Tweets on

11   that day?

12            MS. BOLGER:  Objection to the form.

13   You mean accurate reproductions of the Tweets, do

14   you mean fact check the Tweets -- I just don't

15   understand.

16       A.    I don't recall.

17       Q.    Do you know if Katie Carver had any

18   communications in writing or orally with Joe

19   Lockhart before or after she sent you and others

20   this e-mail?

21       A.    I do not recall.

22       Q.    Do you know who Jeffrey Zucker is?

23       A.    Yes.

24       Q.    Who is that?

25       A.    Former president of CNN.
```

```
 1                         SUSIE XU

 2       Q.    Was he the president of CNN in January

 3  of 2020?

 4       A.    Yes.

 5       Q.    Did you have any communications with

 6  Mr. Zucker on the day of January 29, 2020 with

 7  respect to Mr. Dershowitz or his statements to

 8  Congress during the impeachment trial?

 9       A.    I do not recall.

10       Q.    At that time, did you have any regular

11  meetings or conference calls with Mr. Zucker as a

12  matter of custom at CNN?

13       A.    Yes.

14       Q.    What was the custom?

15             MS. BOLGER:  Objection to the form.

16       A.    There is a 9:00 a.m. network-wide call

17  that I listen to, there is a 4:30 p.m. in-person

18  meeting with prime time EPs, and the morning

19  showing EPs.

20       Q.    EP is --

21       A.    Executive producer.

22       Q.    You don't remember if you had a

23  9:00 a.m. call on January 29, 2020?

24             MS. BOLGER:  Objection to the form.

25  The witness didn't say that.
```

```
 1                      SUSIE XU

 2        A.    There was a 9:00 a.m. call on that day.

 3        Q.    Was Mr. Zucker on that call?

 4        A.    I don't recall.

 5        Q.    What was the subject matter of that

 6   call?

 7        A.    Generally, the subject matter is about

 8   the news of the day.

 9        Q.    What was the news of the day on

10   January 29, 2020?

11        A.    The impeachment proceedings.

12        Q.    Was anything discussed with respect to

13   Mr. Dershowitz during that call?

14              MS. BOLGER:  Objection to the form.

15        A.    I do not recall.

16        Q.    Have you ever heard Mr. Zucker say

17   anything to the effect that Mr. Dershowitz's

18   argument would make President Trump a king?

19        A.    I do not recall.

20        Q.    Did you customarily take notes during

21   the 9:00 a.m. calls?

22        A.    Some notes as they pertain to my show,

23   but not consistently and not exhaustively.

24        Q.    You said there was also, as a matter of

25   custom, a 4:30 p.m. in-person meeting with
```

```
 1                      SUSIE XU

 2    executive producers?

 3         A.    Yes.

 4         Q.    Executive producers of what?

 5         A.    Of the evening shows starting with my

 6    program at 7:00 through midnight.

 7         Q.    What were the other evening shows on

 8    that day, if you remember?

 9         A.    Anderson Cooper show, the 9:00 p.m.

10    Show at the time who was, I believe, Chris Cuomo

11    and then Don Lemon show was on from 10:00 to

12    12:00.

13         Q.    As a matter of custom, the executive

14    producers of evening shows would meet with

15    Mr. Zucker at approximately 4:30 p.m.?

16         A.    Yes.

17               MS. BOLGER:  Objection to the form.

18         Q.    Anyone else that would customarily

19    attend that meeting?

20         A.    There were members of the news

21    gathering team, the morning show executive

22    producer or a representative from that show was

23    also on, then the programming block we call "day

24    side" which is from 9:00 until 4:00 p.m. that

25    supervisor is on; so it is programming, executives
```

```
 1                    SUSIE XU

 2   and news gathering.

 3        Q.    Did that meeting occur on January 29,

 4   2020?

 5             MS. BOLGER:  Objection to the form,

 6   asked and answered.

 7        A.    Yes.

 8        Q.    Were you present at that meeting?

 9        A.    Yes.

10             MS. BOLGER:  Objection to the form,

11   asked and answered.

12        Q.    Was Mr. Zucker present at that meeting?

13             MS. BOLGER:  Objection to the form,

14   asked and answered.

15        A.    Yes.

16        Q.    Do you recall what was discussed during

17   that meeting?

18             MS. BOLGER:  Objection to the form,

19   asked and answered.

20        A.    I do not.

21        Q.    You don't know if Mr. Zucker provided

22   any input with regard to the programming that was

23   to be aired on CNN later that evening?

24             MS. BOLGER:  Objection to the form,

25   asked and answered.
```

1              SUSIE XU

2        A.    I do recall what Mr. Zucker said.

3   He -- he, in those meetings runs through and asks

4   each of us to run through what was in our

5   programming, and I am sure that day was no

6   different.

7        Q.    Do you know who John Berman is?

8        A.    Yes.

9        Q.    Do you know if Mr. Berman was on air

10  for CNN on the morning of January 29, 2020?

11             MS. BOLGER:  Objection to the form.

12       A.    I do not recall.

13       Q.    Did you review any prior broadcasts

14  whether in writing or in video of CNN on

15  January 29, 2020 in preparing for Ms. Burnett's

16  broadcast?

17       A.    Can you repeat the question?

18             MR. SCHWEIKERT:  Ellen, could you?

19    (The following was read from the record by the

20     stenographer:  "Q. Did you review any prior

21    broadcasts whether in writing or in video of CNN

22  on January 29, 2020 in preparing for Ms. Burnett's

23                 broadcast?")

24             MS. BOLGER:  Objection to the form.

25       A.    Yes.

1                          SUSIE XU

2          Q.    What did you review?

3          A.    A I mentioned I watched a lot of our

4    programming and what was on television that day,

5    which was mainly the live broadcast of the

6    impeachment hearing.  When there was a break there

7    was special coverage with anchors and legal

8    analysts, commentators, and I watched that as

9    well.

10         Q.    Do you recall any particular analyst or

11   commentator that commentators that you watched

12   that day?

13         A.    Wolfe Blitzer, Jake Tapper.

14         Q.    Anyone else?

15         A.    As I mentioned, Mr. Toobin was on our

16   air.

17         Q.    Anyone else?

18         A.    I don't recall.

19         Q.    Did Mr. Zucker have any role in shaping

20   the broadcast of Ms. Burnett's show on

21   January 29th?

22              MS. BOLGER:  Objection to the form.

23         A.    I do not recall.

24         Q.    Was it customary around that time for

25   Mr. Zucker to have some role in shaping the

```
 1                       SUSIE XU
 2    broadcasts of CNN?
 3              MS. BOLGER:  Objection to the form.
 4    Same instruction:  You can talk in generalities,
 5    but not specific stories.
 6         A.    There is not a general answer to that,
 7    it changes with the circumstances.
 8         Q.    Would you describe Mr. Zucker as a
 9    hands-on or hands-off president?
10         A.    Hands-on.
11         Q.    What do you mean by that?
12              MS. BOLGER:  Objection to the form.
13         A.    I mean that he was vocal in his
14    opinions, and vocal in how he saw what the
15    network's priorities were, and communicative.
16         Q.    Anything else?
17         A.    No.
18         Q.    Do you recall Mr. Zucker being vocal
19    about his opinion with respect to Mr. Dershowitz's
20    participation in the first impeachment trial of
21    President Trump?
22              MS. BOLGER:  Objection to the form,
23    asked and answered.
24         A.    I do not recall.
25         Q.    Do you recall Mr. Zucker being vocal
```

1                        SUSIE XU

2    about the network's priorities with respect to its

3    coverage of the impeachment trial in January 2020?

4              MS. BOLGER:  Objection to the form.

5         A.    He believed that it was the top news

6    story of the day, and that we should cover it as

7    such, and that is what I mean by his opinion, what

8    I mean by what he thought that we should, as a

9    network, be covering.

10        Q.    So, did he ever provide any more

11   specific input with regards to the content of that

12   coverage?

13        A.    I do not recall.

14        Q.    You would just meet with him at 4:30

15   every day for him to just say "let's cover the

16   impeachment trial," is that right?

17             MS. BOLGER:  Objection to the form.

18        A.    Yes, and what was newsworthy from the

19   impeachment trial; we would talk those points over

20   in our meeting.

21        Q.    Can you remember anything with respect

22   to the Trump impeachment trial that Mr. Zucker

23   thought was newsworthy?

24             MS. BOLGER:  Objection to the form,

25   asked and answered.

```
 1                        SUSIE XU

 2      A.    I do not recall.

 3      Q.    When was the last time you spoke with

 4   Mr. Zucker?

 5      A.    Early February of this year.

 6      Q.    Why did you speak with him in early

 7   February 2022?

 8      A.    He had just resigned, and I reached out

 9   to wish him well.

10      Q.    Was he fired?

11            MS. BOLGER:  Objection to the form of

12   the question.

13      A.    He resigned.

14      Q.    Do you know why he resigned?

15            MS. BOLGER:  Objection to the form.

16      A.    He resigned because he did not disclose

17   a relationship that he had with a colleague.

18      Q.    Who was that colleague?

19      A.    Allison Gollust.

20      Q.    What was her role at CNN at that time?

21      A.    Head of communications.

22      Q.    What is your understanding of the role

23   of the head of communications?

24            MS. BOLGER:  Objection to the form.

25   The witness is not here to talk about anybody
```

1                           SUSIE XU

2    else's job, you only have a limited time, if I

3    were you I would ask --

4              MR. SCHWEIKERT:  I actually have seven

5    hours under the rule --

6              MS. BOLGER:  I would ask her the

7    questions relevant --

8              MR. SCHWEIKERT:  Hold on.  The rules

9    entitle me to seven hours, if we don't finish we

10   will continue at a later date.

11             MS. BOLGER:  The rules actually also

12   limit you to questions that are related to

13   relevant information in the lawsuit, Ms. Xu knows

14   nothing about this --

15             MR. SCHWEIKERT:  I don't know what she

16   knows --

17             MS. BOLGER:  So ask her.  You are

18   wasting your time and we're not going to bring her

19   back.

20             MR. SCHWEIKERT:  You have opinion an

21   opinion, I have an opinion, I am entitled to ask

22   my questions and have them answered unless you

23   instruct the witness not to.

24             MS. BOLGER:  And I am entitled to make

25   my record that I think you are wasting the time.

1                        SUSIE XU

2        Q.    Did the head of communications in

3    January of 2020 have any oversight over the

4    content of CNN's on-air broadcasts?

5        A.    Oversight, no.

6        Q.    How would you describe the role of the

7    head of communications at that time?

8        A.    I am not familiar with the details of

9    Ms. Gollust's job.

10       Q.    Did you have any boss in January of

11   2020?

12       A.    Yes.

13       Q.    Who was your boss?

14       A.    Michael Bass, B-A-S-S.

15       Q.    Do you recall his title at that time?

16       A.    Executive vice president or senior vice

17   president; I believe it is executive vice

18   president.

19       Q.    Do you know who Michael Bass reported

20   to at that time?

21       A.    Jeff Zucker.

22       Q.    Was Michael Bass generally present at

23   the 4:30 p.m. meetings?

24       A.    Yes.

25       Q.    Do you recall Mr. Bass ever making any

1                        SUSIE XU

2    statements with respect to Alan Dershowitz or his

3    legal argument during the impeachment trial?

4         A.    I do not recall.

5         Q.    Did you communicate with Michael Bass

6    via e-mail in January of 2020?

7         A.    For the entire month?

8         Q.    At any time.

9         A.    Yes.

10        Q.    Is it fair to say that you communicated

11   with Michael Bass on a weekly basis via e-mail?

12              MS. BOLGER:  Objection to the form.

13        A.    Would it be what?

14        Q.    Is it fair to say you communicated with

15   Michael Bass on a weekly basis?

16        A.    Yes.

17        Q.    What about daily basis?

18        A.    Yes.

19        Q.    Did you ever exchange text messages

20   with Michael Bass in January 2020 regarding the

21   impeachment trial?

22        A.    No.

23        Q.    What about Jeff Zucker?

24        A.    No.

25              MS. BOLGER:  Just for the record,

```
 1                           SUSIE XU

 2    Mr. Schweikert knows CNN searched Ms. Xu's

 3    e-mails, if there were e-mails between her and

 4    Mr. Bass responsive to the document request they

 5    would have been produced.

 6                MR. SCHWEIKERT:  It is my position that

 7    a defendant's interpretation of what is responsive

 8    or not may not necessarily be consistent with the

 9    plaintiff's interpretation or the court's

10    interpretation.

11                MS. BOLGER:  In this case, the

12    interpretation of the court concluded was correct

13    on April 21, 2022.

14                MR. SCHWEIKERT:  I understand we see

15    things differently, you've made your statement and

16    I've made mine.

17                MS. BOLGER:  There is an Order, you can

18    listen to that.

19                MR. SCHWEIKERT:  Let's move along.

20        Q.    Is there something on the exhibit that

21    you're finding interesting?

22        A.    No, I am just waiting for you to

23    continue.

24        Q.    You can set that aside.

25                (Complying.)
```

```
 1                       SUSIE XU

 2        Q.    Did you communicate with Michael Bass

 3   via Slack?

 4        A.    No.

 5        Q.    Did you communicate with him via

 6   telephone?

 7        A.    Yes.

 8        Q.    Did you communicate with him in person?

 9        A.    Yes.

10        Q.    Aside from telephonic, oral or e-mail

11   communications, were there any other ways in which

12   you communicated with Michael Bass during January

13   of 2020?

14        A.    No.

15        Q.    What were the ways in which your team

16   communicated with each other during that time?

17             MS. BOLGER:   Objection to the form.

18        A.    We communicated by e-mail, phone and

19   in-person.

20        Q.    Did your team communicate via Slack at

21   that time?

22        A.    No.

23        Q.    Are you aware that other groups of

24   employees used Slack to communicate regarding

25   their work at CNN at that time?
```

```
  1                        SUSIE XU

  2       A.    Yes.

  3       Q.    Is there any reason that you're aware

  4   of as to why your team didn't communicate via

  5   Slack at that time?

  6       A.    I do not prefer it, I don't like

  7   another method of communication.

  8       Q.    Why not?

  9             MS. BOLGER:  Objection to the form.

 10       A.    I just don't prefer it.

 11       Q.    Was it your decision that your team not

 12   communicate via Slack during January 2020 or any

 13   time prior thereto?

 14       A.    It was not an active decision, shows at

 15   CNN at that time did not -- shows did not

 16   communicate via Slack.

 17       Q.    Do you know if Mr. Anderson Cooper's

 18   show team communicated via Slack at that time?

 19       A.    I do not know.

 20       Q.    If I could focus in on the broadcast of

 21   Ms. Burnett's show on January 29, 2020.  Do you

 22   recall Mr. Lockhart using the word "Hitler"?

 23       A.    Yes.

 24       Q.    Were you surprised when that word came

 25   out of his mouth?
```

```
 1                           SUSIE XU
 2                MS. BOLGER:  Objection to the form.
 3        A.    I don't recall what my reaction was at
 4   the time.
 5        Q.    Would you agree that the word "Hitler"
 6   could be considered offensive by some members of
 7   your audience?
 8                MS. BOLGER:  Objection to the form.
 9        A.    Yes.
10        Q.    But you don't remember if you were
11   surprised when he used the word Hitler during
12   Ms. Burnett's broadcast?
13        A.    You asked me if I knew it would be
14   offensive perhaps to some in the audience, the
15   word, the name, perhaps; but it depends on the
16   context.
17        Q.    Do you recall the context in which
18   Mr. Lockhart used the word Hitler?
19        A.    The context, I believe, was that
20   Mr. Dershowitz had made the argument on the Senate
21   floor that if the president believed that his
22   re-election was in the best interest of the public
23   then what he did to be re-elected could not be an
24   impeachable offense, and that argument
25   Mr. Lockhart believed was taken to its logical
```

```
 1                        SUSIE XU

 2    conclusion, was an argument that authoritarian

 3    leaders would make to justify their actions.

 4         Q.    Did you have any prior notice that

 5    Mr. Lockhart was going to present such a

 6    commentary during Ms. Burnett's broadcast?

 7              MS. BOLGER:  Objection to the form.

 8         A.    I don't recall.

 9         Q.    If we look at Plaintiff's Exhibit 37

10    which contains Mr. Lockhart's Tweets, do you see

11    any reference to Hitler in there?

12         A.    No.

13         Q.    What about Stalin?

14         A.    No.

15         Q.    Mussolini?

16         A.    No.

17         Q.    Do you see any reference to

18    dictatorships in his Tweets?

19         A.    No.

20         Q.    Do you see any reference to autocrats?

21         A.    No.

22         Q.    So the first time that you became aware

23    of Mr. Lockhart's opinion that Mr. Dershowitz was

24    allegedly using an argument that Hitler, Stalin

25    and other dictators have used to justify atrocious
```

```
 1                        SUSIE XU

 2   behavior was when those words came out of his

 3   mouth live on the air?

 4            MS. BOLGER:  Objection to the form.

 5   That misstates both the witness's testimony and --

 6        A.    I do not recall.

 7        Q.    Why don't you recall?

 8        A.    You asked me if the first time I had

 9   heard it was on the air.  I do not recall, based

10   on these Tweets, they were not in the Tweets; but

11   I don't recall if he had said it earlier or -- I

12   do not recall.

13        Q.    Would it have been important to you as

14   the executive producer of Ms. Burnett's show on

15   that day to know if one of your guests was going

16   to reference Hitler in connection with providing

17   commentary regarding the impeachment trial?

18            MS. BOLGER:  Objection to the form.

19        A.    It's important for me to know about all

20   aspects of my program, and what our guests are

21   going to provide; so in that way, yes.

22        Q.    Have you described to me everything you

23   remember yourself or your team doing to know what

24   your commentators were going to say before the

25   broadcast?
```

SUSIE XU                          Confidential                    JOB NO. 306716
JULY 20, 2022

1                        SUSIE XU

2        A.    Have I described that for you?  Yes.

3        Q.    Did Mr. Lockhart say anything during

4    Ms. Burnett's broadcast in relation to Alan

5    Dershowitz that surprised you?

6             MS. BOLGER:  Objection to the form.

7        A.    I don't recall.

8        Q.    Are you aware that Mr. Dershowitz

9    believes that his arguments were deliberately

10   mischaracterized by CNN, including during Erin

11   Burnett's broadcast on January 29th?

12       A.    I have been made aware of that.

13       Q.    Aside from anything you may have been

14   informed through a lawyer, when did you become

15   aware of that?

16            MS. BOLGER:  Answer the question

17   consistent with its plain words, just don't tell

18   Mr. Schweikert what you learned from lawyers.

19       A.    You want me to tell you when I was

20   aware that he...?  I don't recall.  I don't know

21   that I knew this was an issue until this case.

22   Those exact lines were an issue or what do you

23   mean?

24       Q.    Do you recall Mr. Dershowitz taking

25   issue with any of the content related to him

```
 1                          SUSIE XU

 2      during Ms. Burnett's broadcast on January 29,

 3      2020?

 4           A.    Not our broadcast in particular, no,

 5      not until this case.

 6           Q.    What in general are you thinking of?

 7           A.    I knew that he said the next day,

 8      whether it was through Tweets or another form of

 9      communication, that I believe he was trying to say

10      he did not say what he, in fact, did say on the

11      Senate floor the day before.

12           Q.    When did you become of aware of

13      Mr. Dershowitz's Tweets that you referenced?

14                 MS. BOLGER:   Objection to the form.

15           A.    I believe it was the day after, so the

16      30th.

17           Q.    How did you become aware of

18      Mr. Dershowitz's Tweets?

19           A.    I don't recall.

20           Q.    Do you have a Twitter account?

21           A.    I do.

22           Q.    Did you follow Mr. Dershowitz's Twitter

23      account on January 30th?

24           A.    I don't recall.

25           Q.    Did someone with CNN inform you that
```

1                          SUSIE XU

2   Mr. Dershowitz had taken issue with some of the

3   content of Ms. Burnett's broadcast on

4   January 29th?

5              MS. BOLGER:  Objection to the form.

6   You asked that question, but also to the extent

7   you can answer as to the broadcast but without

8   revealing attorney-client communications you can

9   answer.

10       A.    I don't recall how I became aware, I

11  don't remember if it was through e-mail or through

12  Twitter myself.  I imagine that if -- yeah, I do

13  recall that there was, that Mr. Dershowitz was

14  saying that what he said on the Senate floor the

15  day before was not actually what he said or what

16  he meant.

17       Q.    Did you have a 4:30 p.m. meeting with

18  Mr. Zucker on January 30th?

19              MS. BOLGER:  Objection to the form.

20       A.    I don't recall.

21       Q.    Would it have been customary to have

22  that meeting during a newsworthy event such as the

23  impeachment trial?

24       A.    The timing may have changed because of

25  the proceedings.  It was customary to have that

```
 1                          SUSIE XU

 2    meeting every day.

 3         Q.    But you don't remember if there was one

 4    on January 30th?

 5         A.    I don't remember specifically that day

 6    having a meeting.

 7         Q.    What about the morning conference call,

 8    do you recall one occurring on January 30th?

 9         A.    There was a conference call at

10    9:00 a.m. on the 30th, I don't recall what was

11    discussed on it.

12         Q.    Do you have any recollection of

13    internal communications regarding Alan

14    Dershowitz's arguments during Trump's first

15    impeachment trial --

16              MS. BOLGER:  Objection to the form.

17         Q.    Aside from the exhibit I have shown

18    you?

19              MS. BOLGER:  I'm sorry, can you ask

20    that again?

21         Q.    Do you have any recollection of any

22    internal communications regarding Mr. Dershowitz's

23    argument during the first impeachment trial aside

24    from the e-mail I marked as Plaintiff's

25    Exhibit 37?
```

```
 1                          SUSIE XU
 2       A.    I do not recall internal communications
 3   on Mr. Dershowitz.
 4       Q.    Do you recall -- did Ms. Rebecca
 5   Samuels ever tell you that Mr. Dershowitz was
 6   quote, "just nuts," end quote?
 7       A.    I don't recall.
 8             MR. SCHWEIKERT:  I will provide you
 9   with a document that I will mark Plaintiff's
10   Exhibit 38, which is Bates labeled 719 through
11   721.
12             (Plaintiff's Exhibit No. 38 was
13             marked for identification.)
14             MS. BOLGER:  While Mark is trying to
15   find the document I want to note that this
16   document is confidential, and I am designating
17   this entire transcript as confidential since it
18   discusses CNN confidential documents.
19   Mr. Schweikert and I have discussed this, I am
20   going to designate these transcripts as
21   confidential for discovery purposes.  At a later
22   moment we can talk about redacting some of the
23   confidential matter, but for now the transcript is
24   designated confidential.
25             I now have the e-mail.  As a courtesy,
```

```
 1                        SUSIE XU

 2   I think you should bring copies.  I've offered you

 3   our copy machine --

 4             MR. SCHWEIKERT:  I object to any

 5   insinuation I lack courtesy because of all of the

 6   exhibits I have shown to date, one of which I did

 7   not have three copies for --

 8             MS. BOLGER:  I didn't say you lacked

 9   courtesy, but I am also offering to give you our

10   copier --

11             MR. SCHWEIKERT:  I did extend you the

12   courtesy, I e-mailed you the exhibit so you could

13   have it.  Is everyone ready?

14             MS. BOLGER:  Yes.

15        Q.   Ma'am, if you could please review

16   Plaintiff's Exhibit 38, and let me know if you

17   have seen it before.

18        A.   I have seen it only in deposition

19   preparation.

20        Q.   But you don't recall in that

21   preparation seeing where Ms. Rebecca Samuels wrote

22   to you on January 30, 2020 at approximately

23   11:25 a.m., in part, "he's just nuts"?

24             MS. BOLGER:  Objection to the form.

25   The question calls for what you just heard from
```

```
 1                          SUSIE XU

 2    this witness, you did with your lawyers, you can't

 3    answer that question if that reveals

 4    attorney-client communications; you can answer any

 5    questions about the document.

 6         A.    Yes, this was in our deposition

 7    preparation, I do not recall this independently.

 8         Q.    Is that because this sort of lingo was

 9    customary at CNN at that time?

10              MS. BOLGER:  Objection to the form.

11         A.    It's because it's over two years ago,

12    and we have a massive amount of communication in

13    stories that we cover.

14         Q.    But I was asking you if you recall

15    seeing that particular e-mail when you reviewed

16    this exhibit during your depo preparation?

17              MS. BOLGER:  Objection to the form.

18    She can't answer that, it was with an attorney, we

19    just went through that.

20              MR. SCHWEIKERT:  A witness' memory of

21    whether she remembers reading a sentence in an

22    e-mail she has testified that she reviewed

23    recently is not attorney-client privilege.

24              MS. BOLGER:  Don't answer the question,

25    but you can ask about any question you want about
```

```
 1                        SUSIE XU

 2    the document.

 3        Q.    What is your understanding of why

 4    Ms. Rebecca Samuels wrote to you, Erin Burnett and

 5    Andrew Haag on January 30, 2020 at 11:25 a.m. that

 6    Mr. Dershowitz was quote, "just nuts," end quote?

 7        A.    I don't know why Rebecca Samuels chose

 8    that language, that's for Rebecca to answer.

 9        Q.    Does Rebecca report to you?

10        A.    Yes.

11        Q.    Did she report to you at the time of

12    this e-mail?

13        A.    Yes.

14        Q.    Did you condone the use of that

15    language with respect to Mr. Dershowitz?

16            MS. BOLGER:  Objection to the form.

17        A.    I did not condone or I did not do

18    anything, I did not reply to this e-mail.

19        Q.    At the time of this e-mail, was it

20    professional for a producer of Ms. Burnett's show

21    to refer to a person who was the subject of the

22    show as being quote, "nuts," end quote?

23            MS. BOLGER:  Objection to the form.

24        A.    That's Rebecca opinion.

25        Q.    That she's expressing to you, right?
```

```
 1                      SUSIE XU

 2              MS. BOLGER:  Objection to the form.

 3      A.    She's expressing her opinion.

 4      Q.    To you, right?

 5      A.    Yes.

 6              MS. BOLGER:  Objection to the form.

 7      Q.    Had she previously expressed this

 8  opinion to you?

 9      A.    Not that I recall.

10      Q.    Did you find her opinion to be

11  professional?

12              MS. BOLGER:  Objection to the form.

13      A.    I may not have chosen those words, but

14  I did not condone her behavior, I did not react to

15  this.

16      Q.    You didn't reply to this e-mail and say

17  "let's not use such language with respect to

18  Mr. Dershowitz," did you?

19      A.    No --

20      Q.    Why not --

21      A.    -- not that I recall.  I have no

22  problem with the word "nuts."

23      Q.    Have you ever been referred to as

24  "nuts"?

25      A.    Perhaps.
```

```
 1                       SUSIE XU

 2        Q.    Is it your understanding that the word

 3   "nuts" is a synonym for "crazy"?

 4              MS. BOLGER:  Objection to the form.

 5        A.    Yes.

 6        Q.    Have you ever been called "crazy"?

 7        A.    Yes.

 8        Q.    Did it offend you when you were called

 9   crazy?

10        A.    No.

11        Q.    Why not?

12        A.    I'm not offended by it.

13        Q.    Do you believe that a reasonable person

14   might be offended by someone characterizing them

15   as nuts?

16        A.    I think everything is based on context

17   and circumstance.

18        Q.    Do you think Mr. Dershowitz would have

19   been offended on January 30th had he known that

20   one of the producers of Erin Burnett's show was

21   characterizing him as nuts?

22              MS. BOLGER:  Objection to the form.

23        A.    I did not know what Mr. Dershowitz

24   thinks.

25        Q.    Would it be reasonable for
```

```
 1                        SUSIE XU

 2   Mr. Dershowitz to take offense to someone

 3   characterizing him as nuts?

 4             MS. BOLGER:  Objection to the form.

 5        A.    I do not know what is reasonable for

 6   Mr. Dershowitz.

 7        Q.    But it is reasonable for you if I call

 8   you nuts or crazy, right?

 9             MS. BOLGER:  Objection to the form.

10        A.    I told you I'm not offended by being

11   called crazy or nuts.

12        Q.    If we look through the e-mail chain

13   contained with Plaintiff's Exhibit 38 it begins on

14   January 30, 2020 at 10:18 a.m.

15             Right?

16        A.    Yes.

17        Q.    Second page, e-mail from Sam Fossum.

18             Who is Sam Fossum?

19        A.    Sam Fossum works, I believe, in

20   Washington, I don't know his or her exact role.

21        Q.    Mr. Fossum's e-mail was to "CNN

22   Political Plus."

23             Do you see that?

24        A.    Yes.

25        Q.    Is that like a list serve?
```

```
 1                       SUSIE XU

 2         A.    It is an alias.

 3         Q.    Are there a number of people that are

 4    within that CNN Political Plus alias?

 5         A.    Yes.

 6         Q.    You received this e-mail from

 7    Mr. Fossum?

 8         A.    Yes.

 9         Q.    In the body of the e-mail he writes, in

10    part, "Dershowitz says his Wednesday comments were

11    mischaracterized."

12              Do you see that?

13         A.    Yes.

14         Q.    Was this the first instance in which

15    you were made aware that Mr. Dershowitz believed

16    his comments had been mischaracterized by CNN?

17         A.    I do not recall when I was first made

18    aware as I told you.

19              MS. BOLGER:  Just for the record, I

20    think that's Mr. Fossum's, I think he was

21    forwarding an article from Ali Main.  To the

22    extent the question characterizes it as Mr. Fossum

23    that was incorrect, although I don't think that

24    was intentionally incorrect.

25         Q.    Do you know who Ali Main is?
```

```
 1                           SUSIE XU

 2        A.     I don't.

 3        Q.     Mr. Fossum then sent another e-mail

 4   approximately 30 minutes later that morning,

 5   right?

 6        A.     Yes.

 7        Q.     In the body of Mr. Fossum's e-mail he

 8   writes, in part, "Dershowitz continues to defend

 9   his comments in a series of tweets on Thursday.

10   Full tweets below, CNN's analysis and coverage of

11   this are cited in the previous e-mail," end quote.

12               Right?

13        A.     Yes.

14        Q.     Have you had the opportunity to review

15   this e-mail in its entirety?

16               MS. BOLGER:  Objection to the form.  I

17   don't think she has.

18        A.     Yes.

19        Q.     And that would include Mr. Dershowitz's

20   Tweets in which he explained why he believed his

21   comments were mischaracterized?

22        A.     Yes.

23        Q.     At 11:05 a.m. you replied to this

24   e-mail writing quote, "His explanation makes even

25   less sense."
```

```
 1                       SUSIE XU

 2              Right?

 3       A.     No, I did not reply to it, I forwarded

 4  it.

 5       Q.     Who did you forward this e-mail to?

 6       A.     Erin Burnett, Andrew Haag and Rebecca

 7  Samuels.

 8       Q.     In the e-mail that you forwarded you

 9  wrote "His explanation makes even less sense."

10              Right?

11       A.     Yes.

12       Q.     You were referring to Mr. Dershowitz's

13  Tweets?

14       A.     Yes.

15       Q.     Why did they not make sense to you?

16       A.     Because the totality of his arguments

17  on the Senate floor reflect that he said what we

18  said he said the day before.

19       Q.     During Ms. Burnett's broadcast on

20  January 29th CNN aired a portion of

21  Mr. Dershowitz's statement on January 29th, right?

22              MS. BOLGER:  Objection to the form.

23  You mean the segment at issue or in general

24  throughout CNN?  I guess you can answer.

25       Q.     Did Ms. Burnett have more than one
```

1                   SUSIE XU

2    broadcast on January 29th?

3         A.    No.

4         Q.    So during Ms. Burnett's broadcast on

5    January 29, 2020 CNN did air a sound bite that

6    included a portion of what Mr. Dershowitz had said

7    on January 29, 2020, right?

8              MS. BOLGER:  I am assume you're

9    limiting your question to the segment at issue

10   here and not all of Ms. Burnett's broadcast.  If

11   that is wrong, I will tell the witness not to

12   speak about other portions of the broadcast.

13        A.    We aired the heart of his argument that

14   day on the Senate floor, the heart of his answer

15   to Mr. Cruz.

16        Q.    An answer that -- two questions were

17   asking him to elaborate upon the main legal

18   argument he had made two days prior on

19   January 27th, right?

20             MS. BOLGER:  Objection to the form.

21        A.    As I mentioned, we watched the hearings

22   as a whole and we aired what was a representation

23   of watching the arguments that Mr. Dershowitz made

24   on the floor as a whole.

25        Q.    Did you air any sound bite in which

1                      SUSIE XU

2   Mr. Dershowitz used the words "illegal, unlawful

3   or purely corrupt" before Mr. Lockhart made his

4   comments on air about Hitler and Stalin and

5   Mussolini?

6              MS. BOLGER:  Objection to the form.  Do

7   you mean what is public that you can look up?  Is

8   that the question?

9          A.    What did we air before?  We aired what

10  Mr. Dershowitz said which was that if a president

11  deemed that his re-election was in the public

12  interest then the actions that got him re-elected

13  would not be impeachable.  That is not a direct

14  quote, that is what -- I don't have the direct

15  quote in front of me.

16         Q.    And it is your belief in answering

17  Senator Ted Cruz's question Mr. Dershowitz

18  deviated from what had been his main legal

19  argument presented on the floor of the Senate two

20  days prior?

21             MS. BOLGER:  Is there a question?

22             MR. SCHWEIKERT:  Yes.

23             MS. BOLGER:  What is the question?

24         A.    I don't know either.

25         Q.    "Yes" or "no."  Is it your belief in

1              SUSIE XU

2   answering Senator Ted Cruz's questions on

3   January 29th Mr. Dershowitz was deviating from his

4   main legal argument that he had presented two days

5   prior on January 27th?

6              MS. BOLGER:  Objection to the form, you

7   can answer.

8        A.    I believe that it was newsworthy

9   because it was an argument that we had not yet

10  heard from Mr. Dershowitz, it was an evolution; an

11  evolution on the subject that Mr. Dershowitz has

12  had over the years.

13       Q.    Did CNN air any portion of

14  Mr. Dershowitz's statements in which he used the

15  words "unlawful, illegal or purely corrupt,"

16  before Mr. Lockhart provided his commentary in

17  which he referenced Hitler, Stalin and Mussolini

18  during Erin Burnett's broadcast?

19              MS. BOLGER:  Objection to the form,

20  asked and answered.

21       A.    No, I told you what we aired.

22       Q.    CNN took one sentence out of context

23  and used that as a platform for its commentators

24  to present an inaccurate characterization of

25  Mr. Dershowitz's legal argument, right?

Confidential

1               SUSIE XU

2          MS. BOLGER:  Objection --

3     A.    No, we did not take it out of context.

4     Q.    So what did CNN do, in particular

5    during Erin Burnett's broadcast, to ensure that

6    its audience was fairly and fully informed of the

7    facts regarding Mr. Dershowitz's argument during

8    the impeachment trial?

9     A.    We looked at his words closely, we

10   looked at the words he said after that a few

11   paragraphs later closely, and he seemed to double

12   down on that exact sentiment.

13    Q.    You looked at paragraphs of what?

14    A.    The transcript of what he said, we

15   looked carefully at his words.

16    Q.    I thought you said earlier you had

17   watched the video, but you didn't remember reading

18   anything?

19    A.    I think we would have to looked at the

20   sound --

21          MS. BOLGER:  Objection to the form, I

22   think that misstates what she said, but you can

23   answer.

24    A.    It misstates what I said.  We have

25   sound bites that we cut and we can review the

1                      SUSIE XU

2   verbiage of those sound bite.  We can go back and

3   look at tapes and look at them and compare them

4   with the transcript.

5        Q.    It is your testimony right now that you

6   recall specifically having done that in connection

7   with preparing for Erin Burnett's broadcast on

8   January 29, 2020, is that right?

9        A.    I recall being very startled by what

10  Mr. Dershowitz was saying, so I wanted to look

11  again at what he was saying; so I remember looking

12  at his comments.

13       Q.    But you were not startled by Joe

14  Lockhart's use of the words "Hitler" or "Stalin"

15  during Erin Burnett's broadcast, were you?

16            MS. BOLGER:  Objection to the form of

17  the question.

18       A.    I said I didn't recall if I was at the

19  time.

20       Q.    But you do recall being startled by

21  Mr. Dershowitz's answer to Senator Ted Cruz's

22  questions?

23       A.    It was a pretty startling answer.

24       Q.    How so?

25       A.    Because Mr. Dershowitz seemed to be

```
 1                        SUSIE XU
 2   saying that the ends justify the means, and if a
 3   president deemed that the ends were his
 4   re-election and that was in the best interest of
 5   the public, then he could do anything to obtain
 6   that and that was not impeachable.
 7        Q.    Was it your understanding that
 8   Mr. Dershowitz was arguing a hypothetical
 9   president could commit criminal bribery, and so
10   long as he thought it was in the public interest
11   he could not be impeached?
12             MS. BOLGER:  Objection to the form.
13        A.    He said that if bribery was the only
14   intent, and that intent was to make money, that
15   that would be illegal, if I recall correctly, but
16   that doesn't take away that his general statement
17   was -- his general statement which he said twice
18   was that if the president deemed that what he was
19   doing was in the public interest -- if the
20   president deemed his re-election was in the public
21   interest then what he did to obtain that goal
22   would not be impeachable.
23        Q.    Do you believe that most politicians
24   would like to get re-elected?
25        A.    Yes.
```

SUSIE XU
JULY 20, 2022                          Confidential                    JOB NO. 306716

```
 1                      SUSIE XU
 2       Q.    Do you believe that politicians you
 3   have covered in your career with CNN made some
 4   decisions in the performance of their public
 5   duties with an eye to getting re-elected?
 6             MS. BOLGER:  Objection to the form.
 7   The witness is not here as an expert to what
 8   politicians do.
 9       A.    Do politicians do things with an eye to
10   get re-elected...is that what you are asking?
11       Q.    Yes.
12             MS. BOLGER:  If you know --
13       A.    Yes.
14       Q.    Some politicians carefully consider how
15   their base may interpret a particular policy
16   decision for example, right?
17             MS. BOLGER:  Objection to the form.
18       A.    No, I'm not a political expert.
19       Q.    You're a voter though, right?
20             MS. BOLGER:  Objection to the form.
21       A.    Yes.
22       Q.    Do you have -- do you care what the
23   candidates for office say in attempting to win
24   your vote?
25             MS. BOLGER:  Objection to the form.
```

```
 1                      SUSIE XU

 2      A.    Do I care?  Yes.

 3      Q.    Right.  In your experience, politicians

 4  are careful in what they say or do because they do

 5  not want to alienate people that may otherwise at

 6  that time support them --

 7            MS. BOLGER:  Objection to the form.

 8      Q.    -- right?

 9      A.    Speaking not as a political expert,

10  yes.

11      Q.    President Trump was not being impeached

12  for allegedly engaging in criminal bribery, was

13  he?

14            MS. BOLGER:  Objection to the form.

15      A.    No.

16      Q.    He was being impeached for an alleged

17  quid pro quo involving Ukrainian President

18  Zelensky, right?

19      A.    Yes.

20      Q.    One of the legal questions that

21  Mr. Dershowitz was answering during the

22  impeachment proceedings was whether that alleged

23  quid pro quo constituted an impeachable offense,

24  even though it was not criminal bribery, right?

25            MS. BOLGER:  Objection to the form.
```

1               SUSIE XU

2       A.    Can you repeat that?

3       Q.    One of the legal questions that

4  Mr. Dershowitz was answering during the

5  impeachment proceedings was whether the alleged

6  quid pro quo was an impeachable offense, right?

7       A.    Yes.

8       Q.    That alleged quid pro quo, at least

9  according to the articles of impeachment, did not

10  involve criminal bribery, right?

11          MS. BOLGER:  Objection to the form.

12       A.    Right.

13       Q.    It was essentially lawful conduct that

14  the senators were being asked to consider whether

15  it rose to the level of an impeachable offense,

16  right?

17          MS. BOLGER:  Objection to the form.

18  The witness is not an expert in impeachment; you

19  can answer.

20       A.    I am not an expert in impeachment.

21       Q.    You're not an expert in impeachment,

22  right?

23       A.    Right.

24       Q.    But you were the executive producer of

25  Erin Burnett's show on January 29, 2020, right?

```
 1                         SUSIE XU

 2        A.    Right.

 3        Q.    And you were the executive producer

 4   that approved questions that were asked of the

 5   legal analysts, the political commentators,

 6   including Joe Lockhart on that day, right?

 7        A.    Yes.

 8        Q.    And in approving those questions, did

 9   you consider whether they were fair and balanced

10   in light of the legal arguments that were being

11   made during the impeachment trial?

12             MS. BOLGER:  Objection to the form, you

13   can answer.

14        A.    Yes.

15        Q.    How did you know that the questions you

16   approved regarding Mr. Dershowitz's arguments

17   during the impeachment trial were fair and

18   balanced if you are not a legal expert in

19   impeachment?

20             MS. BOLGER:  Objection to the form.

21        A.    Because we used his words, and we ask

22   questions of our legal analyst.

23        Q.    Do you know what it means to take

24   something out of context?

25             MS. BOLGER:  Objection to the form.
```

```
 1                          SUSIE XU

 2        A.    Yes.

 3        Q.    What does it mean?

 4        A.    It means to change the meaning.

 5        Q.    One way to do that is, for example, to

 6   take one sentence out of a larger narrative and

 7   present that sentence as a fair and accurate

 8   characterization of the entire narrative.

 9              MS. BOLGER:  Objection to the form.

10        Q.    That could be out of context, right?

11        A.    Yes.

12        Q.    You don't believe that CNN did anything

13   to take Mr. Dershowitz's legal argument out of

14   context with respect to the broadcast on

15   January 29, 2020?

16        A.    No.

17        Q.    At least one of your colleagues thought

18   he was "just nuts," right?

19              MS. BOLGER:  Objection to the form.

20        A.    According to this e-mail, that's what

21   she said.

22        Q.    And you wrote in your e-mail, which is

23   contained within Plaintiff's Exhibit 38, that

24   Mr. Dershowitz's explanation in his Tweets made

25   even less sense to you, right?
```

1                         SUSIE XU

2        A.    This e-mail was the day after the

3   program.  I'm not sure the point you're making.

4        Q.    I am not making points, I am just

5   asking you to answer --

6        A.    I don't know how an e-mail from the day

7   after is relevant to what we put on the air the

8   day before.

9        Q.    Respectfully, issues of relevancy are

10  for District Judge Raag Singhal presiding over

11  this trial.  Your counselor and I may disagree --

12              MS. BOLGER:  You certainly do not have

13  to take Mr. Schweikert's legal advice --

14        Q.    I am not giving legal advice, I am

15  asking you to please answer the questions --

16              MS. BOLGER:  She is answering the

17  questions, what she's telling you is that she

18  doesn't understand how this question is relevant

19  to what you're answering (sic); that's what she's

20  saying.

21              MR. SCHWEIKERT:  I heard what she said,

22  and I was trying to politely inform her that

23  relevancy is a question for the court at a later

24  date.

25              MS. BOLGER:  Susie, you're doing just

1                           SUSIE XU

2    great, don't worry about it, you can answer how

3    you feel.

4         Q.    You wrote on January 30, 2020, the day

5    after the Erin Burnett broadcast at issue, that

6    Mr. Dershowitz's Tweets explaining his argument

7    made even less sense to you.

8              Right?

9         A.    Yes.

10        Q.    Did you ever do anything to obtain

11   clarity regarding Mr. Dershowitz's argument so you

12   could ensure that the viewers of Erin Burnett's

13   broadcast had received a fair and balanced

14   interpretation of the facts in relation to the

15   impeachment proceeding?

16             MS. BOLGER:   Objection to the form.

17   She said something on the 30th to fix something on

18   the 29th, is that the question?

19        A.    On the 29th -- I've answered that

20   question -- which is we looked at the answer that

21   Mr. Dershowitz gave, we read the answer again that

22   Mr. Dershowitz gave and we believe it was fair and

23   balanced.

24        Q.    Do you know what a retraction is?

25        A.    Yes.

1                          SUSIE XU

2        Q.    What is a retraction?

3        A.    It is a correction.

4        Q.    During your time as an executive

5    producer, has Erin Burnett ever made a correction

6    on air with respect to something that had occurred

7    in a prior broadcast?

8        A.    Yes, it was very few.

9        Q.    Did you do anything on or after

10   January 30th to obtain a better understanding of

11   Mr. Dershowitz's argument so you could consider

12   whether a retraction might be appropriate?

13       A.    I don't recall.

14             MR. SCHWEIKERT:  I am going to provide

15   you with a document I will mark Plaintiff's

16   Exhibit 39.  I have a copy for counsel.

17             (Plaintiff's Exhibit No. 39 was

18             marked for identification.)

19       Q.    If you could please take a moment and

20   review Plaintiff's Exhibit 39 and let me know if

21   you have seen it before.

22             (Complying.)

23       A.    I saw this in deposition prep.

24       Q.    What is Plaintiff's Exhibit 39?

25       A.    This is a transcript of our broadcast

```
 1                       SUSIE XU

 2   on January 29, 2020.

 3        Q.   Is this a transcript of the broadcast

 4   of Erin Burnett's show on January 29, 2020 that we

 5   have been discussing today?

 6        A.   Yes.

 7             MS. BOLGER:  Objection to the form.

 8             MR. SCHWEIKERT:  I am going to provide

 9   you with another document that we will mark as

10   Plaintiff's Exhibit 40.

11             (Plaintiff's Exhibit No. 40 was

12             marked for identification.)

13        Q.   Please take a moment to review

14   Plaintiff's Exhibit 40, and let me know if you

15   have seen it before.

16        A.   Only in deposition prep.

17        Q.   Do you know what Plaintiff's Exhibit 40

18   is?

19        A.   It is an e-mail from me to Jason

20   Squitieri.

21        Q.   Who is Jason Squitieri?

22        A.   He is a segment producer on my program.

23        Q.   Plaintiff's Exhibit 40 is an e-mail you

24   sent to Jason Squitieri on January 30, 2020 at

25   9:40 a.m.
```

```
 1                      SUSIE XU

 2           Right?

 3      A.    Correct.

 4      Q.    This was before your e-mail at

 5  11:05 a.m. in Plaintiff's Exhibit 38, when you

 6  stated that Mr. Dershowitz's explanation made less

 7  sense to you, right?

 8      A.    Yes.

 9      Q.    The subject line of Plaintiff's

10  Exhibit 40 is "Dershowitz," right?

11      A.    Yes.

12      Q.    Could you please read the body of your

13  e-mail into the record?

14      A.    "We should look at what Dershowitz said

15  yesterday on how it's in national interest for

16  Trump to seek re-election and do what he needs to

17  do...and compare that to what he's said in the

18  past above president not above the law or other

19  things about politics and what presidents can do

20  in the name of politics."  I believe there is a

21  typo there, instead of "above" -- "about

22  president."

23      Q.    Why did you send Mr. Jason Squitieri

24  this e-mail?

25      A.     I do not recall the origin of the
```

1                           SUSIE XU

2    e-mail.

3         Q.    Would you agree that you were

4    proactively looking to compare what Mr. Dershowitz

5    had said on January 29th to prior statements he

6    may have made?

7               MS. BOLGER:  Objection to the form.

8         A.    I don't know about proactively.  I was

9    curious, I clearly was curious about what he had

10   said in the past and asked Jason to look into it.

11        Q.    You were sufficiently curious that you

12   asked one of your segment producers to look into

13   his prior statements and how they compared to what

14   he had said on January 29th, right?

15        A.    Yes.

16        Q.    But you were never sufficiently curious

17   to trying to obtain a better understanding of

18   Mr. Dershowitz's legal argument after you became

19   aware of his Tweets claiming that it had been

20   mischaracterized?

21              MS. BOLGER:  Objection to the form of

22   the question.

23        A.    I didn't say that.  I said I didn't

24   recall what I did after I was made aware of that.

25        Q.    Did you ever obtain any responses to

 1                         SUSIE XU

 2   your e-mail that's Plaintiff's Exhibit 40?

 3        A.   I only remember through deposition prep

 4   that he responded.  I don't remember the

 5   responses.  I don't remember the exchanges.

 6             MR. SCHWEIKERT:  I am going to hand you

 7   another document I will mark as Plaintiff's

 8   Exhibit 41 with a copy for counsel.

 9             (Plaintiff's Exhibit No. 41 was

10             marked for identification.)

11        Q.   Please take a moment and review

12   Plaintiff's Exhibit 41 and let me know if you have

13   seen it before.

14             (Complying.)

15        A.   I have seen it in deposition prep.

16        Q.   What is Plaintiff's Exhibit 41?

17             MS. BOLGER:  Objection to the form.

18        A.   It is what appeared to be transcripts

19   of what Dershowitz had said in the past.

20        Q.   Is Plaintiff's Exhibit 41 an e-mail

21   chain between you and Jason Squitieri beginning on

22   Thursday, January 30th at 12:10 p.m., and spanning

23   though 1:31 p.m. that day?

24        A.   Yes.

25        Q.   Do you recall receiving any of these

```
 1                            SUSIE XU

 2    e-mails?

 3         A.    I didn't recall until deposition prep.

 4         Q.    Why were you asking Mr. Squitieri to

 5    compile these types of comments?

 6               MS. BOLGER:  Objection to the form.

 7         A.    I was curious what Mr. Dershowitz had

 8    said in the past about presidents being above the

 9    law, and anything that would be relevant to what

10    he was saying on the Senate floor on the 29th.

11         Q.    Are you aware of whether Mr. Dershowitz

12    had said during the impeachment trial that

13    presidents were not above the law?

14         A.    I don't recall that he said that --

15    those words.

16         Q.    Do you see in Mr. Squitieri's e-mail at

17    1:31 p.m. he writes, in part, quote, "Also this is

18    great just for a laugh - after Dersh said LA cops

19    were trained to lie in OJ case - too bad she's not

20    on the team," end quote.

21               Do you see that?

22         A.    Yes.

23         Q.    Then there are some words attributed to

24    Victoria Toensing and Larry King.

25               Do you see that?
```

```
 1                        SUSIE XU

 2        A.    Yes.

 3        Q.    What was your understanding of what

 4   Mr. Squitieri meant when he said "this is great

 5   just for a laugh"?

 6              MS. BOLGER:  Objection to the form.

 7        A.    I have no idea what he meant.

 8        Q.    Had you and Mr. Squitieri been laughing

 9   about Mr. Dershowitz around this time?

10              MS. BOLGER:  Objection to the form --

11        A.    I don't recall laughing about

12   Mr. Dershowitz.

13        Q.    Do you recall laughing when you

14   received Mr. Squitieri's e-mail stating, in part,

15   "this is great just for a laugh"?

16              MS. BOLGER:  Objection to the form.

17        A.    I do not recall.

18              MR. SCHWEIKERT:  I will provide you

19   with an exhibit I have marked as Plaintiff's

20   Exhibit 42 --

21              MS. BOLGER:  While we are not asking

22   questions, the next deposition is supposed to

23   start at 1:00 p.m., and I'm sure Ms. Xu needs a

24   break.  What are you thinking about timing?

25              MR. SCHWEIKERT:  I'll just say that we
```

```
 1                           SUSIE XU

 2    had scheduled Ms. Xu to begin at 9:00 a.m., and we

 3    have another witness, Anderson Cooper, who is

 4    supposed to commence at 1:00 p.m.  But it turns

 5    out that my examination of Ms. Xu is taking longer

 6    than anticipated and we might have to do some

 7    rescheduling, but I am happy to discuss that with

 8    you off the record.  We can go off.

 9              THE VIDEOGRAPHER:  This ends unit two,

10    we are off the record at 12:42 p.m.

11              (Recess.)

12              THE VIDEOGRAPHER:  This begins unit

13    three, we are on the record at 1:34.

14              MR. SCHWEIKERT:  I am going to hand you

15    a document that I will ask the court reporter to

16    mark as Plaintiff's Exhibit 42 to this deposition,

17    which I believe is a duplicate of Plaintiff's

18    Exhibit 25, Congressional Record from January

19    27th, but I don't have those original exhibits I

20    will mark it as Plaintiff's Exhibit 42.

21              (Plaintiff's Exhibit No. 42 was

22              marked for identification.)

23         Q.   Please take a moment review Plaintiff's

24    Exhibit 42 and let me know if you recognize it.

25              (Complying.)
```

```
 1                      SUSIE XU

 2       A.    It's the Congressional Record from the

 3  Senate floor on January 27, 2020.

 4       Q.    Have you ever read in whole or in part

 5  the transcript of the Congressional Record from

 6  January 27th?

 7       A.     At the time I probably read parts of it

 8  at least, but I have not since then.

 9       Q.    I would like to direct your attention

10  to the page S611, and the middle column, the last

11  paragraph.

12             Do you see that?

13       A.    Yes.

14       Q.    In the second sentence of that

15  paragraph it reads quote, "For Congress to ignore

16  the specific words of the Constitution itself and

17  substitute its own judgments would be for Congress

18  to do what it is accusing the President of doing -

19  and no one is above the law, not the President and

20  not Congress," end quote.

21             Do you see that?

22       A.    Yes.

23             MS. BOLGER:  I would object to the

24  form.  The witness should be permitted to read the

25  entire document -- I don't think you need her to,
```

```
 1                          SUSIE XU
 2    I think that would be a waste of time -- but to
 3    the extent that you're asking her to make
 4    conclusions based on a couple of things you read,
 5    I would object.
 6         Q.    You certainly have the opportunity to
 7    review the exhibit if you feel at any time a
 8    question would require you to do so, please let us
 9    know.
10               Now that sentence I just read into the
11    record was part of Mr. Dershowitz's argument on
12    January 27th --
13               MS. BOLGER:  Objection to the form.
14         Q.    -- right?
15         A.    It was part of his opening statement on
16    January 27, 2020, yes.
17         Q.    That sentence I just read into the
18    record was part of Mr. Dershowitz's opening
19    statement on January 27th, right?
20               MS. BOLGER:  Objection to the form,
21    asked and answered.
22         A.    Yes.
23         Q.    If we go back to the document marked
24    Plaintiff's Exhibit 41 which is an e-mail chain on
25    January 30th between you and Jason Squitieri, take
```

```
 1                         SUSIE XU

 2   a look at the original e-mail sent by Jason

 3   Squitieri at approximately 12:10 p.m.

 4            Do you see that?

 5       A.   Yes.

 6       Q.   Within Mr. Squiteiri's e-mail he

 7   includes sentences that he believes Mr. Dershowitz

 8   had previously made in connection with President

 9   Clinton's impeachment proceeding?

10            MS. BOLGER:  I'm sorry, where are we?

11            MR. SCHWEIKERT:  Bottom of page 811.

12            MS. BOLGER:  This internal e-mail from

13   the day after publication, is that what you're

14   looking at?

15            MR. SCHWEIKERT:  Yes.

16       Q.   Do you see that?

17       A.   Yes.

18       Q.   Mr. Squitieri e-mail quotes

19   Mr. Dershowitz as saying, in part, quote "The

20   president is not above the law.  He's not below

21   the law.  You can't hold him to a different

22   standard, presidents are not above the law," end

23   quote.

24            Do you see that?

25       A.   Yes.
```

```
 1                        SUSIE XU

 2        Q.    That statement attributed to

 3   Mr. Dershowitz from approximately 1998, 1999 is

 4   consistent with one of the statements he made

 5   during his opening statement on January 27, 2020,

 6   right?

 7             MS. BOLGER:  Objection to the form.

 8   There is lots of reasons, and also this is a waste

 9   of time, Mark.

10        A.    There are similar words.

11        Q.    Back in 1998, '99 he said "presidents

12   are not above the law," right?

13        A.    Yes.

14        Q.    And on January 27, 2020, he again said

15   "the president is not above the law," right?

16        A.    Yes.

17        Q.    Those statements are consistent with

18   each other, right?

19             MS. BOLGER:  Objection to the form.

20        A.    Different circumstances, they appear to

21   be consistent in the words "not above the law."

22        Q.    I'd like to present you with some

23   assertions, and then I will ask you if you agree

24   with them or not.

25             MS. BOLGER:  Objection to the form.  If
```

```
 1                        SUSIE XU

 2   reading from a document it is fair to show the

 3   witness the document you're reading from.

 4               MR. SCHWEIKERT:  Again, I don't have to

 5   show the witness my work products materials that I

 6   have prepared, that contain my mental impressions.

 7   I don't know why counsel seems to think the

 8   witness has a right to review my work product, but

 9   her position is on the record.

10       Q.   Do you agree with the following

11   statements:  Quote, "the media claim that defense

12   lawyer Alan Dershowitz said a President can do

13   anything to further his re-election as long he

14   thinks it is in the national interest.  This isn't

15   what he said.  The Harvard professor said

16   explicitly that a President can be impeached for

17   criminal acts," end quote.

18               MS. BOLGER:  Objection to the form.  If

19   you are reading something you should show it to

20   the witness.  Susie, if you feel like you can take

21   in what he read to you --

22       A.   I need to read it please.  I'm not sure

23   what you're asking.

24       Q.   Do you agree with those assertion?

25       A.    What assertions?  Can I please see the
```

```
 1                        SUSIE XU

 2    document?

 3        Q.   So you do not agree with those

 4    assertions?

 5        A.    That's not what I said, I need to see

 6    what your document -- what your wording is; I

 7    don't know what you're reading.

 8        Q.    Ma'am, I don't know why there is

 9    confusion in this room about an attorney having to

10    show a witness a work product --

11              MS. BOLGER:  Because you are not

12    reading your work product, you're reading from

13    some publication --

14              MR. SCHWEIKERT:  Are you saying that

15    you have looked at my notes, Counsel --

16              MS. BOLGER:  No, I know what you're

17    reading from because I, too, am a lawyer involved

18    in this case and I know that is a Wall Street

19    Journal article, and I think you should show it to

20    her.

21              MR. SCHWEIKERT:  You may show the

22    witness whatever exhibits you would like during

23    your examination.  I simply asked if she agreed

24    with the statements that I just read into the

25    record, and my question stands.
```

```
 1                      SUSIE XU

 2              MS. BOLGER:  Her request was can she

 3    see the document?

 4         A.    Can I please see the document?

 5         Q.    Can you please answer my question?

 6         A.    Not without seeing the document, I'm

 7    not even sure what you're asking me.

 8         Q.    I am not asking you whether I am

 9    quoting something accurately or my grammar is

10    correct, I am asking if you agree with the words

11    that I just read into the record.

12              Do you understand?

13              MS. BOLGER:  Objection to the form.

14    You are now harassing the witness.  She's asked to

15    see what you read, you can show her --

16              MR. SCHWEIKERT:  You have coached the

17    witness to evade a fair question, it is a simple

18    "yes" or "no."

19         Q.    I am trying to move this along, but

20    repeatedly asking me to provide you with a copy

21    which I will represent is a document on which I

22    have my own work product notation is entirely

23    improper, and in my opinion you would be compelled

24    to answer the question and I would like to avoid

25    the need to have to do this over again.
```

```
 1                      SUSIE XU

 2            Would you like me to read those

 3   statements again?

 4       A.    Yes.

 5       Q.    Quote, "the media claim that defense

 6   lawyer Alan Dershowitz said a President can do

 7   anything to further his re-election as long he

 8   thinks it is in the national interest.  This isn't

 9   what he said.  The Harvard professor said

10   explicitly that a President can be impeached for

11   criminal acts," end quote.

12            Do you agree with those statements that

13   I just read to you?

14            MS. BOLGER:  I make the same objection.

15   You are clearly reading from a document, I ask

16   that you should show it to the witness.  You may

17   answer the question.

18            MR. SCHWEIKERT:  Your objection is

19   overruled.

20       A.    I do not agree.

21       Q.    Would you have a different opinion

22   about whether you agree or not if that was an

23   excerpt or a substantially similar excerpt from an

24   article published by The Wall Street Journal after

25   Ms. Erin Burnett's broadcast on January 29th?
```

```
 1                      SUSIE XU

 2           MS. BOLGER:  Objection to the form.

 3      A.    I would not change my opinion.

 4      Q.    Please let me know if you agree or

 5  disagree with the following statement:  Quote,

 6  "Some Democratic senators and other critics

 7  accused him of suggesting that even Nixon was not

 8  impeachable, despite his clear crimes.  But that

 9  accusation is incompatible with Mr. Dershowitz's

10  main argument:  That an impeachable 'high crime

11  and misdemeanor' requires an indictable offense,"

12  end quote.

13           MS. BOLGER:  Objection to the form, you

14  are clearly reading from a document, I ask that

15  you show the witness the document --

16           MR. SCHWEIKERT:  This is ridiculous.

17  Counsel, would you please stop characterizing my

18  behavior?  There is no rule of which I am aware --

19  if you would like to inform me please go ahead --

20  that requires me to provide a witness with my work

21  materials.  So I would again ask that you refrain

22  from making improper, suggestive and argumentative

23  objections, which you have had some tendency to do

24  in prior depositions and which will likely be the

25  subject of a forthcoming motion on behalf of
```

```
 1                         SUSIE XU

 2    plaintiff.

 3         Q.    Do you need me to read those statements

 4    again, ma'am?

 5         A.    Yes.

 6         Q.    I am asking if you agree or disagree

 7    with the following statements:  Quote, "Some

 8    Democratic senators and other critics accused him

 9    of suggesting that even Nixon was not impeachable,

10    despite his clear crimes.  But that accusation is

11    incompatible with Mr. Dershowitz's main argument:

12    That an impeachable 'high crime and misdemeanor'

13    requires an indictable offense," end quote.

14              MS. BOLGER:  Same objection, same

15    request.

16         A.    I do not agree.

17         Q.    Would your opinion be affected if you

18    were to become aware that statements I just read

19    are substantially identical to those published by

20    The New York Times after Ms. Burnett's broadcast

21    on January 29th?

22              MS. BOLGER:  Objection to the form.

23         A.    It would not.

24         Q.    You would still be of the opinion that

25    Ms. Burnett's broadcast on January 29, 2020
```

1                       SUSIE XU

2     contained a fair and accurate report of

3     Mr. Dershowitz's answer to Senator Ted Cruz's

4     questions during the proceeding on January 29th?

5          A.    Yes.

6                MS. BOLGER:  Objection to the form.

7          Q.    Please let me know if you agree or

8     disagree with the following statement:  Quote,

9     "CNN presented an abridgement of Dershowitz's

10    answer to Senator Cruz's question," end quote.

11               MS. BOLGER:  Objection.  You're reading

12    from a document, I'd ask you to show it to the

13    witness.  You may answer.

14         A.    There was no abridgement of the meaning

15    of the quote.

16         Q.    So, your answer is "no," you do not

17    agree with that statement?

18               MS. BOLGER:  Objection to the form.

19         A.    No, that's not what I said.  The

20    entirety of the answer is pages and pages of the

21    Congressional Record.  So, we did not air on our

22    show pages and pages of the Congressional Record,

23    if that's what you mean.

24         Q.    CNN aired on Erin Burnett's broadcast

25    on January 29th an abridgement of Dershowitz's

```
 1                        SUSIE XU
 2    answer to Senator Cruz's question, right?
 3               MS. BOLGER:  Objection to the form.
 4         A.    It was the main part of his argument in
 5    his answer to Senator Ted Cruz.
 6         Q.    But it was not the entirety of the
 7    things that he said in response to those
 8    questions, right?
 9         A.    It is in the entirety in its meaning
10    and context, it is not the entirety of every word
11    that he answered.
12         Q.    Didn't you tell me earlier you're not a
13    legal expert on impeachment?
14         A.    Yes.
15         Q.    So how do you know sitting here now
16    that this excerpt we are discussing was fair and
17    accurate with respect to Mr. Dershowitz's answer?
18               MS. BOLGER:  Objection to the form.
19         A.    Because I can read and I understand
20    words and I can understand what Mr. Dershowitz was
21    saying; I don't have to be a legal expert to
22    understand what words came out of his mouth and
23    what they meant.
24         Q.    Do you agree with the following
25    statement:  Quote, "the abridgement is not
```

1                    SUSIE XU

2     accurate to the extent that it omitted a crucial

3     qualification that an illegal motive for a quid

4     pro quo would be corrupt," end quote?

5               MS. BOLGER:  Objection to the form.

6     You're clearly reading from a document and I would

7     ask that you show it to the witness.

8          A.    Do I agree with that?  I do not agree

9     with that statement.

10         Q.    Do you agree with this statement, quote

11    "As a result, the commentator's statements that

12    Dershowitz believes a president can do anything,

13    even commit crimes that would help his

14    re-election, are not based upon a fair and

15    accurate summary of Dershowitz's statement to the

16    Senate," end quote?

17         A.    I do not agree.

18              MS. BOLGER:  Same objection, same

19    instruction.

20         Q.    Would you change your opinion if you

21    were aware that those statements had been

22    contained in an Order written by the District

23    Judge presiding over this case?

24              MS. BOLGER:  Objection to the form.

25         A.    Would my opinion change?  No.

SUSIE XU                          Confidential                    JOB NO. 306716
JULY 20, 2022

```
 1                      SUSIE XU

 2      Q.   So as you sit here today, having

 3   reviewed what you have reviewed, it is still your

 4   position that Ms. Burnett's broadcast on

 5   January 29, 2020 contained a fair and accurate

 6   characterization of Mr. Dershowitz's answer to the

 7   questions posed by Senator Ted Cruz?

 8      A.   Yes.

 9           MR. SCHWEIKERT:  Let's take five

10   minutes.

11           THE VIDEOGRAPHER:  This ends unit

12   three, we are off the record at 1:54 p.m.

13           (Recess.)

14           THE VIDEOGRAPHER:  This begins unit

15   four, we are on the record at 1:59.

16      Q.   I will represent to you that the

17   statements I just asked you about are

18   substantially identical to what was published by

19   The Wall Street Journal, The New York Times and

20   written in the Court's Order in this case.  On the

21   basis of those representations, The Wall Street

22   Journal, The New York Times and the District Judge

23   presiding over this case did not believe that

24   CNN's characterization of Mr. Dershowitz's

25   argument was fair and accurate, would you do
```

SUSIE XU
JULY 20, 2022
Confidential
JOB NO. 306716

```
 1                         SUSIE XU

 2    anything different if you had the opportunity?

 3                    MS. BOLGER:  I am going to object.  The

 4    decision by the Court was not a finding, it was a

 5    decision on a motion to dismiss.  You may answer.

 6         A.    I would not do anything differently.

 7         Q.    The fact that The Wall Street Journal

 8    has concluded that CNN's characterization was not

 9    fair and accurate based on my representation, that

10    would not change your opinion?

11                    MS. BOLGER:  Objection to the form.

12         A.    It would not change my opinion.

13         Q.    And it would not affect whether you

14    would do anything differently if you had the

15    chance to?

16         A.    No.

17         Q.    And the same is true with respect to my

18    representation regarding the statements by The New

19    York Times?

20                    MS. BOLGER:  Objection to the form.

21         A.    Yes.

22         Q.    And the same is true with respect to my

23    representation regarding statements made by the

24    Court in this lawsuit?

25                    MS. BOLGER:  Objection to the form.
```

```
 1                        SUSIE XU

 2        A.    Yes.

 3              MR. SCHWEIKERT:  At this time, I do not

 4   believe I have further questions.  However, I will

 5   reserve the right to a further examination to the

 6   extent that there is new evidence or rulings by

 7   the Court that allow this examination to continue

 8   further.  Subject to that caveat, I will tender

 9   the witness.

10              MS. BOLGER:  In response to that I will

11   tell you that we have provided every document

12   responsive to the document request as ordered by

13   Judge Raag Singhal, you have everything you have

14   in your new motions of this morning and 2019.

15   There will be no return of Ms. Xu absent a court

16   order.  We can differ but I don't think -- and

17   that is it.

18              MR. SCHWEIKERT:  Thank you for your

19   time today, I appreciate it.

20              THE VIDEOGRAPHER:  This concludes the

21   today proceedings total number of videos used was

22   four, we are off the record at 2:03 p.m.

23              THE STENOGRAPHER:  Kate, do you need a

24   copy of this transcript?

25              MS. BOLGER:  I do please.  (2:03 p.m.)
```

```
 1

 2                    C E R T I F I C A T E

 3

 4   STATE OF NEW YORK    )

 5                        : ss.

 6   COUNTY OF NEW YORK   )

 7

 8            I, ELLEN SANDLES, a Notary Public and

 9   Stenographic Reporter within and for the State of

10   New York, do hereby certify:

11            That SUSIE XU, the witness whose

12   deposition is hereinbefore set forth, was duly

13   sworn by me and that such deposition is a true

14   record of the testimony given by the witness.

15            I further certify that I am not related

16   to any of the parties to this action by blood or

17   marriage, and that I am in no way interested in

18   the outcome of this matter.

19            IN WITNESS WHEREOF, I have hereunto set

20   my hand this 3rd day of August, 2022.

21

22

23                    ELLEN SANDLES

24

25
```

SUSIE XU              Confidential            JOB NO. 306716
JULY 20, 2022

```
 1                     I N D E X

 2

 3    TESTIMONY            EXAMINATION BY            PAGE
      PAGE
 4

 5     Ms. Xu      Examination/Mr. Schweikert        7

 6

 7    PLAINTIFF'S
      EXHIBITS            DESCRIPTION               PAGE
 8

 9    Exhibit 37  E-mail from Katie Carver,  segment   66
                  producer,  to Witness,  Erin
10                Burnett and Rebecca Samuels
      Exhibit 38  E-mail from Rebecca Samuels to       91
11                Witness with "He's just nuts"
                  comment
12    Exhibit 39  Transcript of  Erin Burnett's       114
                  broadcast on January 29, 2020
13    Exhibit 40  E-mail from Witness to Jason        115
                  Squitieri
14    Exhibit 41  E-mail chain between Witness and    118
                  Jason Squitieri  on Thursday,
15                January 30th at 12:10 p.m.,
                  spanning though 1:31 p.m.
16    Exhibit 42  Congressional Record of January     121
                  27th
17

18

19

20

21

22

23

24

25
```

**Exhibits**

**Exhibit 37** 66:11,12,15, 18 67:11 85:9 90:25 139:9

**Exhibit 38** 91:10,12 92:16 97:13 111:23 116:5 139:10

**Exhibit 39** 114:16,17, 20,24 139:12

**Exhibit 40** 115:10,11, 14,17,23 116:10 118:2 139:13

**Exhibit 41** 118:8,9,12, 16,20 123:24 139:14

**Exhibit 42** 120:20 121:16,20,21,24 139:16

---

**1**

**10:00** 71:11

**10:18** 97:14

**10:34** 53:21

**10:49** 53:24

**11:05** 99:23 116:5

**11:25** 92:23 94:5

**1251** 5:7

**12:00** 71:12

**12:10** 118:22 124:3

**12:42** 121:10

**1998** 125:3,11

**1999** 125:3

**1:00** 120:23 121:4

**1:31** 118:23 119:17

**1:34** 121:13

**1:54** 135:12

**1:59** 135:15

---

**2**

**20** 5:4

**20-61872-CIV-SINGHAL/HUNT** 5:11

**2001** 15:3,7

**2013** 8:15 15:13

**2015** 8:13

**2019** 137:14

**2020** 17:7 21:8 23:8,22 24:20,25 25:8,24 32:9, 14 36:7 41:4,14 43:9 49:10 55:2,19 60:9 64:4 66:23 69:3,6,23 70:10 72:4 73:10,15,22 76:3 79:3,11 80:6,20 82:13 83:12,21 88:3 92:22 94:5 97:14 101:5,7 105:8 109:25 111:15 113:4 115:2,4,24 122:3 123:16 125:5,14 131:25 135:5

**2022** 5:4 77:7 81:13

**21** 81:13

**25** 121:18

**27** 122:3 123:16 125:5, 14

**27th** 27:2 30:8,13,18,22 31:3,7,9,25 32:4,17 101:19 103:5 121:19 122:6 123:12,19

**29** 25:24 32:9,14 36:7 41:4,14 43:9 49:10 55:2,19 60:9 64:4 66:23 69:6,23 70:10 72:3 73:10,15,22 83:21 88:2 101:5,7 105:8 109:25 111:15 115:2,4 131:25 135:5

**29th** 25:18,25 26:12 27:7 29:16,25 31:12 33:15 34:23 45:22 46:22 53:25 58:7 59:18 67:23 74:21 87:11 89:4 100:20,21 101:2 103:3 113:18,19 117:5,14 119:10 129:25 131:21 132:4,25

**2:03** 137:22,25

---

**3**

**30** 92:22 94:5 97:14 99:4 113:4 115:24

**30th** 88:16,23 89:18 90:4,8,10 96:19 113:17 114:10 118:22 123:25

**37** 66:11,12,15,18 67:11 85:9 90:25

**38** 91:10,12 92:16 97:13 111:23 116:5

**39** 114:16,17,20,24

**3:15** 66:23 67:19

---

**4**

**40** 115:10,11,14,17,23 116:10 118:2

**41** 118:8,9,12,16,20 123:24

**42** 120:20 121:16,20,21, 24

**45** 68:3

**4:00** 71:24

**4:30** 69:17 70:25 71:15 76:14 79:23 89:17

---

**7**

**719** 91:10

**721** 91:11

**7:00** 67:24 71:6

---

**8**

**811** 124:11

---

**9**

**99** 125:11

**9:00** 69:16,23 70:2,21 71:9,24 90:10 121:2

**9:18** 5:5

**9:40** 115:25

---

**A**

**A-BLOCK** 50:10 51:15 52:6

**A-L** 18:6

**a.m.** 5:5 69:16,23 70:2, 21 90:10 92:23 94:5 97:14 99:23 115:25 116:5 121:2

**abilities** 19:12,15

**ability** 21:25

**abridgement** 132:9, 14,25 133:25

**absent** 137:15

**absolute** 61:12

**absolutely** 10:8

**accept** 19:9

**accepted** 22:21

**accommodate** 10:6

**account** 88:20,23

**accurate** 68:10,13 111:7 132:2 133:17 134:2,15 135:5,25 136:9

**accurately** 128:9

**accusation** 130:9 131:10

**accused** 130:7 131:8

**accusing** 122:18

**acting** 30:9

**actions** 85:3 102:12

**active** 83:14

**acts** 126:17 129:11

**actual** 63:11,12

**addition** 58:15

**additional** 9:18 21:19

**addressed** 43:2,4

**advance** 46:19 59:4

**advice** 112:13,14

SUSIE XU
JULY 20, 2022

Confidential

JOB NO. 306716

**advocate** 27:20 28:3, 12

**advocating** 27:23,25 30:8

**affect** 136:13

**affected** 131:17

**afternoon** 47:15,17

**agree** 45:11 84:5 117:3 125:23 126:10,24 127:3 128:10 129:12,20,22 130:4 131:6,16 132:7, 17 133:24 134:8,10,17

**agreed** 127:23

**ahead** 46:10 130:19

**air** 12:14,22 17:4 35:21, 22 36:12 43:5 44:12,15, 21 45:4,16 48:9 53:8 54:17 55:10 56:14 64:18 73:9 74:16 86:3,9 101:5,25 102:4,9 103:13 112:7 114:6 132:21

**aired** 13:7 72:23 100:20 101:13,22 102:9 103:21 132:24

**aisle** 18:4

**Alan** 5:17 80:2 87:4 90:13 126:12 129:6

**Ali** 98:21,25

**alias** 98:2,4

**alienate** 108:5

**allegations** 25:12,20

**alleged** 12:24 108:16, 22 109:5,8

**allegedly** 32:21 85:24 108:12

**Allison** 77:19

**alternatively** 60:24

**alumni** 15:22

**America** 62:24

**American** 18:22

**Americas** 5:7

**amount** 93:12

**analysis** 35:22 37:8,9, 15,24 38:7,8,9,11,21,25 39:2,4,8,11,12,22 40:2, 4 42:17 58:19,25 99:10

**analyst** 37:7,8,21,25 42:8,17 58:18 63:17 74:10 110:22

**analyst's** 42:19

**analysts** 35:10,19,21 36:4 42:3,24 64:2,9,20 65:2 74:8 110:5

**anchor** 16:23 17:3

**anchors** 74:7

**Anderson** 71:9 83:17 121:3

**Andrew** 49:21 94:5 100:6

**answering** 9:14 35:22 102:16 103:2 108:21 109:4 112:16,19

**answers** 55:15

**anticipate** 9:8

**anticipated** 121:6

**anticipates** 26:5

**apologize** 28:10

**appearance** 45:21 46:3

**appeared** 27:7 36:10 44:6,12 50:12 58:6,13 59:17 118:18

**applied** 23:7,21 24:18

**applies** 6:6

**apply** 6:7 16:9

**approve** 57:6

**approved** 52:4 110:4, 16

**approving** 53:12 57:8, 15 110:8

**approximately** 8:13 11:9,16 15:13 17:20 68:2 71:15 92:22 99:4 124:3 125:3

**April** 81:13

**APS** 43:18

**arguing** 106:8

**argument** 28:21,24 29:7,10 30:16,17 31:3, 7,8,19,21 32:20 53:5 59:3 70:18 80:3 84:20, 24 85:2,24 90:23 101:13,18 102:19 103:4,9,25 104:7 111:13 113:6,11 114:11 117:18 123:11 130:10 131:11 133:4 135:25

**argumentative** 130:22

**arguments** 28:13,16, 17 30:3 33:4 61:17 87:9 90:14 100:16 101:23 110:10,16

**arrested** 14:15

**arrived** 47:11,18,19 54:16,19

**article** 98:21 127:19 129:24

**articles** 109:9

**artist** 49:12,15

**asks** 73:3

**aspects** 86:20

**assertion** 126:24

**assertions** 125:23 126:25 127:4

**assessing** 52:15

**assigned** 35:17 51:17

**assistant** 16:15,19,20 17:13

**assistants** 17:6

**associate** 17:15,16,21 43:18

**assume** 101:8

**assumes** 56:20

**atrocious** 85:25

**attempting** 107:23

**attend** 71:19

**attending** 5:18 6:9

**attention** 122:9

**attorney** 10:23 93:18 127:9

**attorney-client** 35:24 63:8 89:8 93:4,23

**attorneys** 14:6,8,11

**attributed** 67:13 119:23 125:2

**audibly** 9:25

**audience** 40:18 41:7 84:7,14 104:6

**authoritarian** 85:2

**autocrats** 85:20

**availability** 44:18 45:10 46:8 65:24

**Avenue** 5:7

**avoid** 128:24

**aware** 10:12 21:6 23:5 24:11 37:17 59:4,16 60:20 82:23 83:3 85:22 87:8,12,15,20 88:12,17 89:10 98:15,18 117:19, 24 119:11 130:18 131:18 134:21

**B**

**B-A-S-S** 79:14

**back** 18:24 46:9 51:8 56:25 78:19 105:2 123:23 125:11

**bad** 8:14,17 119:19

**balanced** 19:17,19 35:4 41:11 64:11 110:9, 18 113:13,23

**base** 107:15

**based** 38:3,21 39:11 40:2,5,9,10 65:16 86:9 96:16 123:4 134:14 136:9

**basing** 42:15

**basis** 28:21 80:11,15, 17 135:21

**Bass** 79:14,19,22,25 80:5,11,15,20 81:4

SUSIE XU
JULY 20, 2022

Confidential

JOB NO. 306716

82:2,12

**Bates** 91:10

**beat** 9:19

**begin** 121:2

**beginning** 118:21

**begins** 53:23 97:13
121:12 135:14

**behalf** 5:19 130:25

**behavior** 63:11 86:2
95:14 130:18

**Beijing** 18:23

**belief** 102:16,25

**beliefs** 63:23

**believed** 16:5 29:2
60:24 76:5 84:21,25
98:15 99:20

**believes** 12:24 13:4
30:10 87:9 124:7
134:12

**Berman** 73:7,9

**bite** 12:18,20,21 13:7
44:15 101:5,25 105:2

**bites** 104:25

**Black-holmes** 5:20

**Blitzer** 17:19 18:7
74:13

**block** 50:10,11,13,17
51:15 71:23

**Bob** 50:4

**body** 98:9 99:7 116:12

**bolded** 67:12,17 68:6

**Bolger** 5:19 6:10,21
9:20 11:13 13:2,12,16
14:3 17:8,14 19:16
20:23 21:3,10 22:16,23
23:3,9,17 24:12,21 26:3
27:18,24 28:5,23 29:8,
12,20 30:12,19 31:10,
22 32:6,10,23 33:10,18
34:3,18 35:5,20 36:19
37:4,13,19 38:6,13,17,
22 39:3,10,14,19,25
40:7,13,19 41:5,18
42:6,11,21 43:11 44:9,

25 45:5,14 46:4 47:6,22
48:15,22 49:5,17 51:7
52:10,18,25 53:9 54:4,
15,21 55:3,8,14,20,22
56:5,15,19 57:5,18
58:8,11,22 59:8,11,21
60:10 61:5 62:5,11,19
63:4 64:13 65:4,9,21
67:25 68:12 69:15,24
70:14 71:17 72:5,10,13,
18,24 73:11,24 74:22
75:3,12,22 76:4,17,24
77:11,15,24 78:6,11,17,
24 80:12,25 81:11,17
82:17 83:9 84:2,8 85:7
86:4,18 87:6,16 88:14
89:5,19 90:16,19 91:14
92:8,14,24 93:10,17,24
94:16,23 95:2,6,12
96:4,22 97:4,9 98:19
99:16 100:22 101:8,20
102:6,21,23 103:6,19
104:2,21 105:16 106:12
107:6,12,17,20,25
108:7,14,25 109:11,17
110:12,20,25 111:9,19
112:12,16,25 113:16
115:7 117:7,21 118:17
119:6 120:6,10,16,21
122:23 123:13,20
124:10,12 125:7,19,25
126:18 127:11,16
128:2,13 129:14 130:2,
13 131:14,22 132:6,11,
18 133:3,18 134:5,18,
24 136:3,11,20,25
137:10,25

**Bolger's** 10:23

**book** 24:2

**booked** 46:19

**booker** 50:4 54:18

**bookers** 43:16 49:6,9

**born** 7:25

**boss** 79:10,13

**Bottom** 124:11

**break** 10:5,7 50:18 74:6
120:24

**bribery** 106:9,13
108:12,24 109:10

**briefly** 7:3 9:3,24 15:10

**bring** 78:18 92:2

**broadcast** 13:10,13
19:4 25:2,10,18,25
29:18,25 32:13 33:15,
23 34:5,17,20 35:3 36:6
37:12 43:9 49:21 50:8,
23 53:13,16 54:3,9 55:6
56:10 58:6,17 59:5
62:4,18 65:8,13,20
67:9,22 73:16,23 74:5,
20 83:20 84:12 85:6
86:25 87:4,11 88:2,4
89:3,7 100:19 101:2,4,
10,12 103:18 104:5
105:7,15 111:14 113:5,
13 114:7,25 115:3
129:25 131:20,25
132:24 135:4

**broadcaster** 23:22

**broadcasts** 73:13,21
75:2 79:4

**brought** 47:24 54:24

**Buckley** 50:3,20,21,22

**Burnett** 8:10 19:11,25
23:7,21 25:19 40:25
43:21 48:7 52:5,9 53:25
54:7 55:6 56:17 58:2
59:7,20 65:7,12 94:4
100:6,25 113:5 114:5

**Burnett's** 8:19 17:7
19:3,10,15 24:19,24
25:2,13,25 29:17,25
32:13 33:15 34:16,20
35:2 36:6 37:12 43:9
45:22 46:12,23 49:16
50:23 53:13 56:13 58:6
59:18 64:4 73:15,22
74:20 83:21 84:12 85:6
86:14 87:4,11 88:2 89:3
94:20 96:20 100:19
101:4,10 103:18 104:5
105:7,15 109:25 113:12
115:4 129:25 131:20,25
132:24 135:4

**business** 6:18

---

**C**

**C-A-P-I-T-O-L** 18:5

**Cable** 5:9

**call** 26:16 43:18 44:13
69:16,23 70:2,3,6,13
71:23 90:7,9 97:7

**called** 18:9,21 51:24
54:22 57:24 96:6,8
97:11

**calls** 14:5 59:12 69:11
70:21 92:25

**candidates** 107:23

**Capital** 17:18,23,24,25

**Capitol** 18:5 35:16

**caption** 5:8

**care** 107:22 108:2

**career** 19:6 107:3

**careful** 108:4

**carefully** 104:15
107:14

**Carolyn** 5:23 7:3

**Carver** 66:19,22 67:8
68:5,17

**case** 5:8,10,24 9:20
22:17 28:25 55:18,21
81:11 87:21 88:5
119:19 127:18 134:23
135:20,23

**caveat** 137:8

**cell** 6:17

**chain** 97:12 118:21
123:24

**chair** 47:21

**chairs** 55:13

**chance** 14:5 136:15

**change** 20:14 65:25
111:4 130:3 134:20,25
136:10,12

**changed** 89:24

**channel** 15:20

**characterization**
103:24 111:8 135:6,24
136:8

**characterizes** 98:22

**characterizing** 96:14,
21 97:3 130:17

SUSIE XU
JULY 20, 2022

Confidential

JOB NO. 306716

charged 14:17

check 68:14

China 7:25

choose 46:9

chose 94:7

chosen 95:13

Chris 71:10

circumstance 96:17

circumstances 65:25
75:7 125:20

cited 99:11

claim 126:11 129:5

claiming 117:19

clarity 113:11

clean 9:10 31:6

clear 130:8 131:10

climate 20:13

Clinton's 124:9

close 54:17 57:2

closely 104:9,11

CNN 5:20,21 11:24
15:14,16,18,24 16:3,14,
21 18:16,22 19:7 20:5,
7,17 22:21 23:20 26:8
37:17 39:2 40:17 41:4,
13 42:4 43:8 45:4 56:8,
12 58:13 59:16 62:20
63:13 64:2,10,24 66:2
67:5 68:25 69:2,12
72:23 73:10,14,21 75:2
77:20 81:2 82:25 83:15
87:10 88:25 91:18 93:9
97:21 98:4,16 100:20,
24 101:5 103:13,22
104:4 107:3 111:12
132:9,24

CNN's 10:13 24:9 25:3
26:2 40:18 42:25 45:11,
15 47:8 79:4 99:10
135:24 136:8

coached 128:16

Coates 58:14 63:15,16

Cohen 5:23 6:2,9,22

colleague 77:17,18

colleagues 11:24
111:17

college 14:20 22:22

column 122:10

commence 121:4

comment 40:22

commentary 12:19
36:14,15,16 37:7 46:23
47:21 48:3 85:6 86:17
103:16

commentator 13:24
41:21,24 42:10,14
48:13 63:20,21 64:25
65:19 74:11

commentator's
134:11

commentators 31:17
40:17 41:13,16,19
42:24 51:4,11 64:3,10,
20 74:8,11 86:24
103:23 110:5

comments 13:8 30:4
42:16 52:23 98:10,16
99:9,21 102:4 105:12
119:5

commercial 50:18

commit 106:9 134:13

communicate 52:22
53:7 80:5 82:2,5,8,20,
24 83:4,12,16

communicated 59:17
80:10,14 82:12,16,18
83:18

communication 83:7
88:9 93:12

communications 15:8
35:24 68:18 69:5 77:21,
23 79:2,7 82:11 89:8
90:13,22 91:2 93:4

communicative 75:15

companies 16:10
32:21,25 33:17 34:16

company 19:20

compare 105:3 116:17
117:4

compared 117:13

compelled 128:23

compile 119:5

Complaint 14:12

Complying 81:25
114:22 118:14 121:25

comported 25:3,25

concluded 81:12
136:8

concludes 137:20

conclusion 85:2

conclusions 123:4

condone 94:14,17
95:14

conduct 6:18 21:17
44:17,19 65:7,10,18
109:13

conducted 48:19

conference 69:11
90:7,9

confidential 6:12,14
61:12 91:16,17,18,21,
23,24

Confidentiality 6:10

confine 40:20

confirmation 6:3

confirming 5:21

confusion 127:9

Congress 69:8 122:15,
17,20

Congressional 121:18
122:2,5 132:21,22

connection 11:24
29:24 37:11 42:4 43:8
44:7 45:21 48:3 50:8
53:12 58:17 60:7 67:8
86:16 105:6 124:8

conservative 63:21,
22,24

considered 22:25 84:6

consistent 33:23 34:6
81:8 87:17 125:4,17,21

consistently 70:23

constituted 108:23

Constitution 27:21
28:12 62:21,23 122:16

contained 32:3,15
97:13 111:23 132:2
134:22 135:5

content 63:3 76:11
79:4 87:25 89:3

context 84:16,17,19
96:16 103:22 104:3
110:24 111:10,14
133:10

continue 78:10 81:23
137:7

continues 99:8

conversation 9:7
11:10,12 44:22 48:13
64:15

conversations 10:13
46:22 47:2,3 48:8 56:3
63:12

Cooper 71:9 121:3

Cooper's 83:17

copier 92:10

copies 92:2,7

copy 57:17 92:3 114:16
118:8 128:20 137:24

core 49:24

correct 81:12 116:3
128:10

corrected 64:16

correction 114:3,5

correctly 106:15

correspond 46:2

corrupt 102:3 103:15
134:4

counsel 5:13 10:15
114:16 118:8 126:7
127:15 130:17

counselor 112:11

SUSIE XU
JULY 20, 2022

Confidential

JOB NO. 306716

**couple** 123:4

**court** 5:10 7:7,20 9:5 21:15,16,17 66:10 81:12 112:23 121:15 136:4,24 137:7,15

**court's** 81:9 135:20

**courtesy** 9:11,13 91:25 92:5,9,12

**courtroom** 21:18

**cover** 76:6,15 93:13

**coverage** 36:12,13,25 74:7 76:3,12 99:10

**covered** 29:18 107:3

**covering** 76:9

**crazy** 96:3,6,9 97:8,11

**created** 23:20

**creating** 9:10

**crime** 130:10 131:12

**crimes** 130:8 131:10 134:13

**criminal** 106:9 108:12, 24 109:10 126:17 129:11

**critical** 61:9

**critics** 130:6 131:8

**crucial** 134:2

**Cruz** 26:19 27:8 101:15 133:5 135:7

**Cruz's** 29:9,19 34:12 60:4 64:7 102:17 103:2 105:21 132:3,10 133:2

**Cuomo** 71:10

**cup** 16:23

**curious** 117:9,11,16 119:7

**current** 11:23

**custom** 46:6 69:12,14 70:25 71:13

**customarily** 54:20 70:20 71:18

**customary** 45:3,24 48:10,11,24 56:7,11

59:24 60:2 65:10,17 74:24 89:21,25 93:9

**cut** 104:25

---

**D**

**daily** 80:17

**date** 5:4 26:5 78:10 92:6 112:24

**Davis** 5:6

**day** 25:9,11,15,18 29:21 30:22 36:11 37:12,23 38:5,10 41:8 46:20 48:9 49:13 50:24 51:5,12 52:14 53:8 57:21 58:17 64:12 65:3 68:11 69:6 70:2,8,9 71:8,23 73:5 74:4,12 76:6,15 86:15 88:7,11,15 89:15 90:2,5 100:18 101:14 110:6 112:2,6,8 113:4 118:23 124:13

**day's** 58:20 64:5

**days** 26:23 46:18,19 101:18 102:20 103:4

**DC** 18:24

**debate** 20:13

**decision** 83:11,14 107:16 136:4,5

**decisions** 107:4

**deemed** 102:11 106:3, 18,20

**defamation** 14:2

**defamatory** 12:25

**defend** 99:8

**defendant** 5:20

**defendant's** 81:7

**defense** 126:11 129:5

**degree** 14:20 15:6,8

**degrees** 15:4

**deliberately** 87:9

**Democratic** 130:6 131:8

**departure** 31:12

**depending** 37:24 44:17,18

**depends** 26:15 45:9,10 46:7 54:16 65:23 84:15

**depo** 93:16

**deposition** 5:5 6:19 8:24 9:7 10:17 11:25 13:11 32:5 66:11 92:18 93:6 114:23 115:16 118:3,15 119:3 120:22 121:16

**depositions** 5:25 130:24

**Dersh** 119:18

**Dershowitz** 5:8,17,25 6:17,23 7:2,5 12:13,24 13:3 26:18 27:5 28:2,18 29:6 30:8 31:7 32:20 38:12,16,20 69:7 70:13 80:2 84:20 85:23 87:5, 8,24 89:2,13 91:3,5 94:6,15 95:18 96:18,23 97:2,6 98:10,15 99:8 101:6,23 102:2,10,17 103:3,10,11 105:10,25 106:8 108:21 109:4 113:21,22 116:10,14 117:4 118:19 119:7,11 120:9,12 124:7,19 125:3 126:12 129:6 133:20 134:12

**Dershowitz's** 5:22 14:2 25:12,20 27:16 28:21,24 29:16,18 32:16 33:4 34:11 53:5 59:2 60:8 64:6 70:17 75:19 88:13,18,22 90:14,22 99:19 100:12, 21 103:14,25 104:7 105:21 110:16 111:13, 24 113:6,11 114:11 116:6 117:18 123:11,18 130:9 131:11 132:3,9, 25 133:17 134:15 135:6,24

**describe** 63:23 75:8 79:6

**describing** 20:20

**designate** 91:20

**designated** 6:12 91:24

**designating** 91:16

**desk** 55:7,13 56:3

**details** 31:4 79:8

**deviated** 102:18

**deviating** 103:3

**dictators** 85:25

**dictatorships** 85:18

**differ** 137:16

**difference** 40:11

**differently** 81:15 136:6,14

**direct** 102:13,14 122:9

**disagree** 112:11 130:5 131:6 132:8

**disclose** 77:16

**discover** 6:7

**discovery** 91:21

**discuss** 64:4 121:7

**discussed** 70:12 72:16 90:11 91:19

**discusses** 91:18

**discussing** 50:11 115:5 133:16

**discussion** 18:3 66:8

**dismiss** 136:5

**District** 5:9,10 112:10 134:22 135:22

**Dmitry** 5:3

**do...and** 116:17

**document** 32:2 66:10, 15 81:4 91:9,15,16 93:5 94:2 114:15 115:9 118:7 121:15 122:25 123:23 126:2,3 127:2,6 128:3,4,6,21 129:15 130:14,15 132:12 134:6 137:11,12

**documents** 6:11,12 12:3,5,6 91:18

**Don** 71:11

SUSIE XU
JULY 20, 2022

Confidential

JOB NO. 306716

**Donald** 28:25

**double** 104:11

**draft** 44:12 50:14 51:20 57:3,16

**duly** 7:11

**duplicate** 121:17

**duties** 107:5

---

**E**

**e-mail** 46:2,25 66:19, 22,25 67:19 68:3,6,8,20 80:6,11 82:10,18 89:11 90:24 91:25 93:15,22 94:12,18,19 95:16 97:12,17,21 98:6,9 99:3,7,11,15,24 100:5,8 111:20,22 112:2,6 115:19,23 116:4,13,24 117:2 118:2,20 119:16 120:14 123:24 124:2,6, 12,18

**e-mailed** 92:12

**e-mails** 45:20 81:3 119:2

**earlier** 21:20 86:11 104:16 133:12

**early** 47:15 54:19 77:5, 6

**edition** 17:19

**editorial** 63:7

**edits** 57:20

**effect** 34:5 70:17

**eight-and-a-half** 8:12, 20

**elaborate** 23:14 101:17

**elected** 28:25

**elements** 44:13

**Ellen** 7:11 9:4 73:18

**else's** 78:2

**employed** 8:6

**employee** 15:17

**employees** 82:24

**employment** 15:24 22:21

**end** 24:16 50:17 67:2 91:6 94:6,22 99:11 119:20 122:20 124:22 126:17 129:11 130:12 131:13 132:10 134:4,16

**ends** 106:2,3 121:9 135:11

**engage** 46:10

**engaging** 108:12

**ensure** 24:25 25:24 33:23 34:20 35:2 49:7 52:8,19 104:5 113:12

**ensured** 35:7

**ensuring** 34:5

**entire** 19:25 30:5 80:7 91:17 111:8 122:25

**entirety** 26:14,21 99:15 132:20 133:6,9,10

**entitle** 78:9

**entitled** 62:15 78:21,24

**EP** 69:20

**EPS** 69:18,19

**Erin** 8:9,19 17:6 19:3, 10,11,14 23:7,21 25:13, 19 44:11 47:7 51:25 52:7,9 55:9 65:10,12 66:20 87:10 94:4 96:20 100:6 103:18 104:5 105:7,15 109:25 113:5, 12 114:5 115:4 129:25 132:24

**Erin's** 64:14

**escort** 49:6

**essentially** 33:21 109:13

**evade** 128:17

**Evans** 17:18 18:9

**evening** 35:3,18 46:13, 24 65:8,14 71:5,7,14 72:23

**event** 89:22

**events** 47:25

**evidence** 56:20 60:21 137:6

**evolution** 103:10,11

**exact** 87:22 97:20 104:12

**examination** 7:15 121:5 127:23 137:5,7

**examined** 7:13

**excerpt** 129:23 133:16

**exchange** 80:19

**exchanged** 45:20

**exchanges** 118:5

**executive** 8:9,18 15:12 18:17 19:4,10 20:2 24:24 25:23 33:22 35:2 69:21 71:2,4,13,21 79:16,17 86:14 109:24 110:3 114:4

**executives** 71:25

**exhaustively** 70:23

**exhibit** 66:8,9,11,12,15, 18 67:11 81:20 85:9 90:17,25 91:10,12 92:12,16 93:16 97:13 111:23 114:16,17,20,24 115:10,11,14,17,23 116:5,10 118:2,8,9,12, 16,20 120:19,20 121:16,18,20,21,24 123:7,24

**exhibits** 92:6 121:19 127:22

**experience** 19:13 65:17 67:5 108:3

**expert** 107:7,18 108:9 109:18,20,21 110:18 133:13,21

**expertise** 52:12

**explain** 32:12

**explained** 34:9 99:20

**explaining** 113:6

**explanation** 99:24 100:9 111:24 116:6

**explicitly** 126:16 129:10

**expressed** 95:7

**expressing** 94:25 95:3

**extend** 9:13 92:11

**extent** 35:23 61:11 89:6 98:22 123:3 134:2 137:6

**eye** 107:5,9

---

**F**

**facing** 58:12

**fact** 37:3 62:25 68:9,14 88:10 136:7

**facts** 19:18 20:7,8 21:5, 9 22:7,15 23:16 25:5 34:6,17,21 35:4 39:4,6, 11,13,22,24 40:3,6 41:11 56:20 64:12,19, 22 65:3 104:7 113:14

**factual** 20:12 64:15

**fair** 9:15 19:17,19 22:3 35:3 41:10 43:7 64:11 80:10,14 110:9,17 111:7 113:13,22 126:2 128:17 132:2 133:16 134:14 135:5,25 136:9

**fairly** 104:6

**familiar** 79:8

**fashion** 28:3

**faster** 9:8

**February** 77:5,7

**feel** 113:3 123:7 126:20

**felony** 14:18

**file** 51:24 52:2

**filed** 14:13

**find** 91:15 95:10

**finding** 81:21 136:4

**fine** 35:22

**finish** 9:14 78:9

**finishing** 9:11

**fired** 77:10

**firm** 10:23

fix 113:17

floor 27:20 30:4 36:21
38:10 54:5 59:3 84:21
88:11 89:14 100:17
101:14,24 102:19
119:10 122:3

Florida 5:10 62:21,22

focus 83:20

follow 88:22

form 11:13 13:2,12,16
17:8,14 19:16 20:23
21:3,10 22:16,23 23:3,
9,17 24:12,21 27:18,24
28:5,23 29:8,12,20
30:12,19 31:10,22 32:6,
10,23 33:10,18 34:3,18
35:5 36:19 37:4,13,19
38:3,6,7,13,17,22 39:3,
10,25 40:7,13,19 41:5,
18 42:6,21 43:11 44:9,
25 45:5,14 47:6,22
48:15,22 49:5,17 51:7
52:10,18,25 53:9 54:4,
15,21 55:8,14,20 56:5,
19 57:5,18 58:8,22
59:8,21 64:13 65:4,21
67:25 68:12 69:15,24
70:14 71:17 72:5,10,13,
18,24 73:11,24 74:22
75:3,12,22 76:4,17,24
77:11,15,24 80:12
82:17 83:9 84:2,8 85:7
86:4,18 87:6 88:8,14
89:5,19 90:16 92:24
93:10,17 94:16,23 95:2,
6,12 96:4,22 97:4,9
99:16 100:22 101:20
102:6 103:6,19 104:21
105:16 106:12 107:6,
17,20,25 108:7,14,25
109:11,17 110:12,20,25
111:9,19 113:16 115:7
117:7,21 118:17 119:6
120:6,10,16 122:24
123:13,20 125:7,19,25
126:18 128:13 130:2,13
131:22 132:6,18 133:3,
18 134:5,24 136:11,20,
25

formal 21:15

forthcoming 130:25

forward 100:5

forwarded 100:3,8

forwarding 98:21

Fossum 97:17,18,19
98:7,22 99:3

Fossum's 97:21 98:20
99:7

Fox 22:10,14

frame 17:21 56:22

freelance 16:15

front 8:10,19 15:13
17:7 18:18 102:15

full 15:24 16:19 99:10

fully 104:6

---

**G**

Gang 17:18,23,24,25

gathering 26:6,7,9
40:23 55:15 59:12 61:6,
14,23 63:6,7 71:21 72:2

gave 35:21 61:10
113:21,22

general 12:8,11,12
45:7,8 55:15 61:2,25
62:7,10 63:10 75:6 88:6
100:23 106:16,17

generalities 42:12
48:17 61:19 75:4

generally 70:7 79:22

genre 18:14

give 9:11 14:7 26:3
43:12 45:8 48:4 92:9

giving 112:14

goal 106:21

goals 15:23

gold 16:3 20:6,18,20
22:25 23:11 33:9,24

Gollust 77:19

Gollust's 79:9

good 5:2,15 7:17 52:9

Goodman 58:14 59:4,9

Goodman's 58:16

grab 16:23

graduate 14:24

graduated 16:6,8
22:21

graduation 15:11

grammar 128:9

graphic 44:15

great 113:2 119:18
120:4,15

green 54:23 55:2

group 52:3

groups 82:23

guess 100:24

guessing 55:24

guest 16:23 44:18,20
45:10,12 46:2,8,9,10,12
52:19 65:24

guests 12:19 44:20
45:18 48:8 52:12,16
54:23 55:7,12 56:2,18
57:4 58:5,10,12 59:17
60:6,19 61:3,22 62:2,17
64:3 65:8,11 86:15,20

guide 64:14

guideline 9:19 21:20

---

**H**

Haag 49:21 94:5 100:6

hair 54:11

hand 50:4 118:6 121:14

handbook 24:2,9,15,
18 25:4 26:2 42:25 43:6

handled 43:17

hands-off 75:9

hands-on 75:9,10

happen 13:10 32:2

happened 41:8 48:25

happening 27:3

happy 10:6 61:20 121:7

harassing 128:14

hard 57:16

Harvard 126:15 129:9

head 28:8 77:21,23
79:2,7

headline 33:3

hear 46:9

heard 70:16 86:9 92:25
103:10 112:21

hearing 26:11,12 74:6

hearings 30:2 101:21

heart 101:13,14

held 5:6 15:15 18:16

helpful 39:5

helping 16:23

helps 45:17

high 42:12 46:6 130:10
131:12

highlights 52:13

highly 61:8

Hill 35:16

hired 16:14

Hitler 83:22 84:5,11,18
85:11,24 86:16 102:4
103:17 105:14

hold 31:5 78:8 124:21

honestly 27:13

hosts 18:3,10

hour 11:19 46:17

hours 11:11 68:2 78:5,
9

house 5:21

huh-uh 10:2

Hunt 17:18 18:9

hypothetical 106:8

---

**I**

Ian 49:21

idea 120:7

**identical** 131:19 135:18

**identification** 66:13 91:13 114:18 115:12 118:10 121:22

**identify** 5:13 35:25

**ignore** 122:15

**illegal** 102:2 103:15 106:15 134:3

**imagine** 55:21 89:12

**impeachable** 29:4 84:24 102:13 106:6,22 108:23 109:6,15 130:8, 10 131:9,12

**impeached** 28:19 29:4 30:11 106:11 108:11,16 126:16 129:10

**impeachment** 26:11, 24 27:3,6,17 28:3 30:2 32:4 34:22 38:4 41:8 42:4 46:15 58:20 64:5 69:8 70:11 74:6 75:20 76:3,16,19,22 80:3,21 86:17 89:23 90:15,23 104:8 108:22 109:5,9, 18,20,21 110:11,17,19 113:15 119:12 124:9 133:13

**important** 29:15,21 86:13,19

**impressions** 126:6

**impressive** 19:6

**improper** 128:23 130:22

**in-person** 69:17 70:25 82:19

**inaccurate** 103:24

**include** 27:2 41:10 99:19

**included** 101:6

**includes** 124:7

**including** 64:5 87:10 110:6

**incompatible** 130:9 131:11

**incorrect** 98:23,24

**independently** 93:7

**indictable** 130:11 131:13

**individual** 30:6

**individuals** 62:12,13

**inews** 51:24 57:24

**infer** 60:22

**inform** 59:18 88:25 112:22 130:19

**information** 10:14 14:6,7,10 17:3 39:5 51:3,11 57:10 59:14 61:12 78:13

**informed** 45:17 87:14 104:6

**input** 72:22 76:11

**inquiry** 10:8

**insert** 9:20

**insinuation** 92:5

**instance** 22:14 50:3 98:14

**instruct** 58:11 60:10 61:17 78:23

**instruction** 26:4 42:11 46:4 65:9 75:4 134:19

**instructs** 21:25

**intent** 106:14

**intentionally** 98:24

**interest** 29:3 30:10 45:12,15 84:22 102:12 106:4,10,19,21 116:15 126:14 129:8

**interesting** 81:21

**internal** 35:24 90:13,22 91:2 124:12

**internally** 24:8

**interned** 15:21

**internship** 15:17

**interpret** 107:15

**interpretation** 39:24 64:22 65:3 81:7,9,10,12

113:14

**interrupt** 9:9

**interruption** 26:16

**interview** 18:13 45:4 63:2 65:7

**interviewed** 59:20 62:17

**intro** 50:9

**introduction** 50:14

**invokes** 63:13

**involve** 109:10

**involved** 127:17

**involves** 61:11

**involving** 25:19 108:17

**issue** 26:8 40:21 45:7 59:13 60:13 87:21,22, 25 89:2 100:23 101:9 113:5

**issues** 112:9

---

**J**

**Jake** 74:13

**January** 17:7 21:8 23:7,22 24:20,25 25:8, 18,24,25 26:12 27:2,7 29:16,25 30:8,13,18,22 31:3,7,9,12,25 32:4,9, 14,17 33:15 34:23 36:7 41:4,14 43:9 45:22 46:22 49:10 53:25 55:2, 19 58:7 59:18 60:9 64:4 66:23 67:23 69:2,6,23 70:10 72:3 73:10,15,22 74:21 76:3 79:3,10 80:6,20 82:12 83:12,21 87:11 88:2,23 89:4,18 90:4,8 92:22 94:5 96:19 97:14 100:20,21 101:2, 5,7,19 103:3,5 105:8 109:25 111:15 113:4 114:10 115:2,4,24 117:5,14 118:22 121:18 122:3,6 123:12,16,19, 25 125:5,14 129:25 131:21,25 132:4,25 135:5

**Jason** 115:19,21,24 116:23 117:10 118:21 123:25 124:2

**Jeff** 79:21 80:23

**Jeffrey** 36:3,9,17,22 37:16,20 68:22

**Jennings** 58:15 63:18, 19

**job** 64:14 78:2 79:9

**Joe** 13:8 41:21 44:5,24 50:12 67:13 68:18 105:13 110:6

**John** 18:25 73:7

**Journal** 127:19 129:24 135:19,22 136:7

**journalist** 19:12,15 37:17 40:25 41:3 42:9

**journalists** 42:24

**judge** 21:18 112:10 134:23 135:22 137:13

**judgments** 122:17

**July** 5:4

**jury** 60:21 62:15

**justify** 85:3,25 106:2

---

**K**

**Kate** 5:19 10:20 11:15 12:6 137:23

**Katie** 66:19 67:8 68:17

**Kelly** 5:20 10:20

**kind** 63:8,9

**king** 18:25 70:18 119:24

**knew** 46:15,17 61:15 84:13 87:21 88:7

**knowledge** 40:11,12 64:25

---

**L**

**LA** 119:18

**labeled** 42:14 91:10

**lack** 92:5

**lacked** 92:8

**language** 51:25 94:8, 15 95:17

**larger** 111:6

**Larry** 18:25 119:24

**late** 17:19 54:10 55:10

**laugh** 119:18 120:5,15

**laughing** 120:8,11,13

**launched** 18:25

**Laura** 58:14 63:15,16

**law** 58:20 116:18 119:9, 13 122:19 124:20,21,22 125:12,15,21

**lawful** 109:13

**lawsuit** 12:9 14:13 40:22 78:13 136:24

**lawyer** 9:17 21:16,20, 25 58:18 63:16 87:14 126:12 127:17 129:6

**lawyer's** 61:4

**lawyers** 10:13 11:2,20 35:25 87:18 93:2

**leaders** 85:3

**leading** 56:21

**learned** 14:6,8 87:18

**legal** 31:17 35:10,19, 21,22 36:4 37:6,20,25 38:21 40:5,11,12 42:3, 8,17,18,19,24 58:18 63:17 64:2 65:2 74:7 80:3 101:17 102:18 103:4,25 108:20 109:3 110:5,10,18,22 111:13 112:13,14 117:18 133:13,21

**legislature** 62:22,23

**Lemon** 71:11

**lent** 6:18

**lesser** 20:21,25

**level** 42:12 46:6 109:15

**liberal** 63:24

**lie** 119:19

**light** 110:10

**limit** 58:12 78:12

**limited** 78:2

**limiting** 101:9

**lines** 87:22

**lingo** 93:8

**link** 5:18

**list** 6:13 97:25

**listen** 69:17 81:18

**listened** 36:13,15,17

**listening** 6:2,22 36:24

**literally** 9:5 24:2

**litigation** 63:13

**live** 18:25 45:13 48:4,14 55:6 56:13 59:5 67:22 74:5 86:3

**local** 15:20

**located** 5:7 54:14

**location** 47:4 49:4

**Lockhart** 41:21,25 44:6,24 45:4,21 46:11, 22 47:5 48:2 49:3 50:12 52:22 53:2,4,7 54:13,25 56:2 57:9,12 58:15 59:15,22 60:4,12,14,18, 22 61:15,20 62:2,8 63:11,20 65:13,19 67:13,17 68:19 83:22 84:18,25 85:5 87:3 102:3 103:16 110:6

**Lockhart's** 13:9 68:10 85:10,23 105:14

**logical** 84:25

**long** 8:11 11:9,17 16:16 30:9 55:9 106:10 126:13 129:7

**longer** 121:5

**looked** 30:5 104:9,10, 13,15,19 113:20 127:15

**lot** 36:20,21 74:3

**lots** 125:8

---

**M**

**machine** 92:3

**made** 12:25 19:9,19 24:10 25:5 27:9 29:6, 10,11 30:4,15,18,23 31:2,7,8,18 34:10 46:23 47:5,21 52:11 58:2 59:4 81:15,16 84:20 87:12 98:15,17 101:18,23 102:3 107:3 110:11 111:24 113:7 114:5 116:6 117:6,24 124:8 125:4 136:23

**magazine** 15:20,22

**main** 22:12 98:21,25 101:17 102:18 103:4 130:10 131:11 133:4

**make** 6:23,24 9:13,22 70:18 78:24 85:3 100:15 106:14 123:3 129:14

**makes** 99:24 100:9

**makeup** 47:23 49:6,12, 15 54:12,18

**making** 27:5 28:13 32:20 34:16 57:20 79:25 112:3,4 130:22

**mark** 5:16 66:7,9,10 91:9,14 114:15 115:9 118:7 121:16,20 125:9

**marked** 66:13,15 90:24 91:13 114:18 115:12 118:10 120:19 121:22 123:23

**massive** 93:12

**material** 61:8

**materials** 59:12 126:5 130:21

**math** 8:14,17

**matter** 18:14 59:19 69:12 70:5,7,24 71:13 91:23

**meaning** 38:20 111:4 132:14 133:9

**means** 106:2 110:23

111:4

**meant** 23:15 89:16 120:4,7 133:23

**media** 16:10 19:20 21:4,6 22:5,24 32:21,25 33:12,16 34:9,16 126:11 129:5

**meet** 56:17,23 57:3 71:14 76:14

**meeting** 69:18 70:25 71:19 72:3,8,12,17 76:20 89:17,22 90:2,6

**meetings** 69:11 73:3 79:23

**member** 45:25 66:5

**members** 71:20 84:6

**memory** 93:20

**mental** 126:6

**mentioned** 13:8 18:7 45:9 60:3 74:3,15 101:21

**mere** 62:25

**messages** 80:19

**met** 56:21,25 57:6

**method** 83:7

**mic-ing** 16:22

**Michael** 79:14,19,22 80:5,11,15,20 82:2,12

**middle** 10:7 122:10

**midnight** 71:6

**mine** 81:16

**minute** 54:8

**minutes** 55:10,17,25 68:3 99:4 135:10

**mischaracterized** 87:10 98:11,16 99:21 117:20

**misdemeanor** 131:12

**misdemeanor'** 130:11

**misstates** 23:18 33:19 37:14 65:5,22 86:5 104:22,24

Mm-hmm 8:21

moment 66:14 91:22 114:19 115:13 118:11 121:23

Monday 11:7,18 13:20

money 106:14

month 80:7

months 16:17

morning 5:2,15 7:17 13:23 18:22 47:15,17 69:18 71:21 73:10 90:7 99:4 137:14

motion 130:25 136:5

motions 137:14

motive 134:3

mouth 83:25 86:3 133:22

move 6:6 81:19 128:19

moved 18:23,24 19:3

Mussolini 85:15 102:5 103:17

**N**

names 7:24 8:4 18:10

narrative 111:6,8

national 116:15 126:14 129:8

nature 18:11 34:11 59:5

necessarily 81:8

needed 17:3

network 5:9 63:17 76:9

network's 75:15 76:2

network-wide 69:16

news 5:9 15:20 16:4 20:6,18,21,22 21:2,7,14 23:2,6,12 24:19 26:5,7, 9 31:17 33:9,24 37:18 40:23 55:15 59:12 61:6, 13,23 63:5,6 70:8,9 71:20 72:2 76:5

newsworthy 31:13,16,

18 76:18,23 89:22 103:8

Nixon 130:7 131:9

nodded 28:8

non-core 49:25

normal 9:7

Notary 7:12

notation 128:22

note 91:15

notes 70:20,22 127:15

notice 85:4

Novak 17:18 18:9

number 5:10 15:15 98:3 137:21

numbers 66:8

nuts 91:6 92:23 94:6,22 95:22,24 96:3,15,21 97:3,8,11 111:18

**O**

object 9:17 35:20 43:12 92:4 122:23 123:5 136:3

objection 9:21 11:13 13:2,12,16 14:4 17:8,14 19:16 20:23 21:3,10 22:16,23 23:3,9,17 24:12,21 27:18,24 28:5, 23 29:8,12,20 30:12,19 31:10,22 32:6,10,23 33:10,18 34:3,18 35:5 36:19 37:4,13,19 38:6, 13,17,22 39:3,10,14,19, 25 40:7,13,19 41:5,18 42:6,21 43:11 44:9,25 45:5,14 47:6,22 48:15, 22 49:5,17 51:7 52:10, 18,25 53:9 54:4,15,21 55:8,14,20 56:5,15,19 57:5,18 58:8,22 59:8,21 60:10 64:13 65:4,21 67:25 68:12 69:15,24 70:14 71:17 72:5,10,13, 18,24 73:11,24 74:22 75:3,12,22 76:4,17,24 77:11,15,24 80:12 82:17 83:9 84:2,8 85:7

86:4,18 87:6 88:14 89:5,19 90:16 92:24 93:10,17 94:16,23 95:2, 6,12 96:4,22 97:4,9 99:16 100:22 101:20 102:6 103:6,19 104:2, 21 105:16 106:12 107:6,17,20,25 108:7, 14,25 109:11,17 110:12,20,25 111:9,19 113:16 115:7 117:7,21 118:17 119:6 120:6,10, 16 123:13,20 125:7,19, 25 126:18 128:13 129:14,18 130:2,13 131:14,22 132:6,11,18 133:3,18 134:5,18,24 136:11,20,25

objections 21:22 130:23

objective 37:3

observed 38:4

obtain 15:24 52:22 106:5,21 113:10 114:10 117:17,25

obtained 10:15 15:6 68:5

occur 72:3

occurred 38:9 48:20 56:13 63:2 114:6

occurring 90:8

offend 96:8

offended 96:12,14,19 97:10

offense 14:18 29:5 84:24 97:2 108:23 109:6,15 130:11 131:13

offensive 84:6,14

offered 92:2

offering 92:9

office 54:2,5,8 56:24,25 107:23

officer 21:16

offices 5:6

official 28:25

Ohio 15:21

OJ 119:19

omitted 21:20 134:2

on-air 36:3 47:21 79:4

on-and-off 26:15

online 24:3,5,7

open 50:15 52:2

opening 27:9,11,14 29:11,13,17,23 30:23, 25 32:16 123:15,18 125:5

operations 16:15,19, 20 17:12

opinion 12:19 13:9 21:14 34:10 36:23 37:3, 11 38:3,19 40:5,10 41:25 53:4 61:4 75:19 76:7 78:20,21 85:23 94:24 95:3,8,10 128:23 129:21 130:3 131:17,24 134:20,25 136:10,12

opinions 40:17 75:14

opportunity 99:14 123:6 136:2

opposed 10:2

oral 82:10

orally 68:18

order 6:11 81:17 134:22 135:20 137:16

ordered 137:12

organization 21:4 24:3 33:12

organizations 15:18, 19 21:7,14 22:5,24 34:9

origin 116:25

original 121:19 124:2

outlets 31:17

overcome 61:7,11,13, 24

overruled 129:19

oversight 79:3,5

SUSIE XU
JULY 20, 2022

Confidential

JOB NO. 306716

## P

**p.m.** 66:23 67:19,24 69:17 70:25 71:9,15,24 79:23 89:17 118:22,23 119:17 120:23 121:4,10 124:3 135:12 137:22,25

**pages** 132:20,22

**Paisley** 49:22

**panel** 67:2

**paragraph** 122:11,15

**paragraphs** 104:11,13

**parrot** 38:15

**part** 29:18 32:3,15 64:6, 21 92:23 98:10 99:8 119:17 120:14 122:4 123:11,15,18 124:19 133:4

**participated** 62:3

**participation** 75:20

**particulars** 46:5

**parts** 13:13,14 122:7

**party** 6:6

**past** 8:19 31:13 116:18 117:10 118:19 119:8

**Penn** 14:23 15:7,21 16:9

**people** 6:13 15:20 17:10 18:3 20:14,15 35:21,25 43:5,8 50:2 63:12,23 98:3 108:5

**perform** 16:14

**performance** 107:4

**performing** 23:21

**permitted** 122:24

**person** 42:15 48:21 50:20 51:16 82:8 94:21 96:13

**personal** 6:17 40:5,10

**pertain** 70:22

**phone** 6:17,19 26:16 82:18

**physically** 47:20 54:14

**piece** 12:22 30:5

**pieces** 30:6

**place** 6:11

**plain** 87:17

**plaintiff** 5:17 131:2

**plaintiff's** 66:9,11,12, 15,18 67:11 81:9 85:9 90:24 91:9,12 92:16 97:13 111:23 114:15, 17,20,24 115:10,11,14, 17,23 116:5,9 118:2,7, 9,12,16,20 120:19 121:16,17,20,21,23 123:24

**platform** 103:23

**point** 42:16,18,20 54:11 60:25 67:7 112:3

**points** 76:19 112:4

**policy** 107:15

**politely** 112:22

**political** 15:9 18:2,4 42:14,16 63:19,23 64:3, 25 65:19 97:22 98:4 107:18 108:9 110:5

**politicians** 106:23 107:2,8,9,14 108:3

**politics** 18:15 116:19, 20

**portion** 26:18 100:20 101:6 103:13

**portions** 13:18,21 101:12

**pose** 21:24

**posed** 26:19 27:8 59:6 135:7

**position** 16:13,18 17:13 19:9 26:9 60:19 62:14,19 81:6 126:9 135:4

**positions** 18:16

**possibly** 37:22

**POV** 67:2,6

**powder** 47:24

**powdered** 54:14

**practices** 23:25 24:9 25:3 26:2 42:25

**pre-booked** 46:14,18, 20

**pre-interview** 44:24 48:18,20 53:3 60:2,4 62:3 65:11,18,23

**pre-interviewed** 60:18,20,23 61:3

**pre-interviews** 44:19 60:6,15

**pre-open** 50:15

**prefer** 83:6,10

**prep** 114:23 115:16 118:3,15 119:3

**preparation** 12:7 29:17 92:19,21 93:7,16

**prepare** 10:16 56:18 57:3

**prepared** 45:15 126:6

**preparing** 11:25 13:11 29:24 32:5 36:6 37:11 64:21 73:15,22 105:7

**present** 6:16 8:14 11:12,21 21:12,19 22:6 32:9 72:8,12 79:22 85:5 103:24 111:7 125:22

**present...is** 8:17

**presented** 28:11 102:19 103:4 132:9

**presenting** 39:6

**preserved** 21:22

**president** 28:14,18 30:9 68:25 69:2 70:18 75:9,21 79:16,17,18 84:21 102:10 106:3,9, 18,20 108:11,17 116:18,22 122:18,19 124:8,20 125:15 126:12,16 129:6,10 134:12

**presidents** 116:19 119:8,13 124:22 125:11

**presiding** 112:10 134:23 135:23

**pretty** 105:23

**prevent** 6:8

**previous** 99:11

**previously** 26:23 29:10 95:7 124:8

**prime** 69:18

**printing** 16:24

**prior** 29:16 31:20 64:24 73:13,20 83:13 85:4 101:18 102:20 103:5 114:7 117:5,13 130:24

**priorities** 75:15 76:2

**priority** 25:6

**privilege** 26:10 61:7, 14,23 63:6,7,9,14 93:23

**privileged** 10:13 14:9 59:14

**pro** 108:17,23 109:6,8 134:4

**proactively** 117:4,8

**problem** 95:22

**proceeding** 21:15 27:17 28:4 32:4 34:22 38:4 42:5 113:15 124:9 132:4

**proceedings** 6:7 35:8, 11 36:11,20 41:9 46:16, 17 58:21 64:5 70:11 89:25 108:22 109:5 137:21

**process** 63:7

**produced** 81:5

**producer** 8:9,18 15:12 17:2,15,16,21 18:17,21, 23,24 19:2,4,5,10 20:2 24:24 25:23 33:22 35:2 44:5 45:25 49:20,21,22 51:17 52:2 65:18 66:20 67:10 69:21 71:22 86:14 94:20 109:24 110:3 114:5 115:22

**producers** 43:16,17, 18,25 49:19 71:2,4,14 96:20 117:12

SUSIE XU
JULY 20, 2022

Confidential

JOB NO. 306716

**producing** 44:8

**product** 126:8 127:10, 12 128:22

**products** 126:5

**professional** 94:20 95:11

**professor** 126:15 129:9

**program** 13:5 17:17,25 18:2,12,13,22 19:2,3,13 35:17 46:10,16 50:11 54:2 57:24 71:6 86:20 112:3 115:22

**programming** 45:16 71:23,25 72:22 73:5 74:4

**programs** 12:24

**prompt** 51:5,13

**prompter** 16:24

**protected** 61:22

**protects** 63:7

**provide** 17:4 22:13 37:7 41:7 52:23 58:19 76:10 86:21 91:8 114:14 115:8 120:18 128:20 130:20

**provided** 12:6 38:19 41:25 60:7 72:21 103:16 137:11

**providing** 21:19 38:25 39:5,7,22,23 40:2,17 41:10 42:17 64:11,21 86:16

**proximity** 57:2

**public** 7:12 24:6,10 29:2 30:10 40:21 58:12 84:22 102:7,11 106:5, 10,19,20 107:4

**publication** 124:13 127:13

**publications** 37:22

**published** 129:24 131:19 135:18

**publishing** 21:7

**purely** 102:3 103:15

**purpose** 9:10 60:25

**purposes** 6:19 31:6 91:21

**put** 45:4 55:12 60:16 112:7

**Q**

**qualification** 134:3

**question** 9:12,14,20 10:7 14:4,5 25:9,14 26:4,18 27:7 29:9 30:21 33:20 34:12 38:23 39:16,18,21 40:20,24 41:6 48:17 51:16 52:24 59:9,12 60:9,14 62:10 64:7 73:17 77:12 87:16 89:6 92:25 93:3,24,25 98:22 101:9 102:8,17, 21,23 105:17 112:18,23 113:18,20 117:22 123:8 127:25 128:5,17,24 129:17 132:10 133:2

**questions** 9:18 21:24 29:19 44:12 51:6,13,16, 21 52:4,9,11,13,16,20 53:12 56:18 57:3,7,8, 16,17,21,23 58:3 59:6, 14 60:12 61:21 78:7,12, 22 93:5 101:16 103:2 105:22 108:20 109:3 110:4,8,15,22 112:15, 17 120:22 132:4 133:8 135:7 137:4

**quick** 47:24

**quid** 108:17,23 109:6,8 134:3

**quo** 108:17,23 109:6,8 134:4

**quote** 67:2 91:6 94:6,22 99:11,24 102:14,15 119:17,20 122:15,20 124:19,23 126:11,17 129:5,11 130:5,12 131:7,13 132:8,10,15 133:25 134:4,10,16

**quotes** 124:18

**quoting** 128:9

**R**

**R-A-F-F-I** 10:22

**Raag** 112:10 137:13

**Raffi** 10:22 11:15

**ran** 12:18

**rationale** 61:10

**re-elected** 29:3 84:23 102:12 106:24 107:5

**re-elected...is** 107:10

**re-election** 29:2 84:22 102:11 106:4,20 116:16 126:13 129:7 134:14

**reached** 77:8

**react** 95:14

**reaction** 84:3

**read** 51:8,9 73:19 113:21 116:12 122:4,7, 24 123:4,10,17 126:21, 22 127:24 128:11,15 129:2,13 131:3,18 133:19

**reading** 93:21 104:17 126:2,3,19 127:7,12,17 129:15 130:14 132:11 134:6

**reads** 122:15

**ready** 6:20 92:13

**reason** 20:17 40:22 83:3

**reasonable** 96:13,25 97:5,7

**reasons** 32:19 125:8

**Rebecca** 44:4,23 49:20 51:18,19 66:20 91:4 92:21 94:4,7,8,9,24 100:6

**recall** 13:24 16:11 17:10,20,22 21:11 23:4 24:17 26:17 27:5,11,13, 23 29:13,23 30:22,24 31:3,4,8,20,24 32:18 33:7,25 35:17 36:8,22 42:23 43:3,14,16 44:2,3 45:2,23 47:3,4,13,16,18

48:5 49:9,12 50:24,25 53:3,10 54:7,13,25 55:4,5 56:6,22 57:14, 19,20,22 58:4,24 59:2, 23 60:3,5,17,23 64:24 65:6,15 68:16,21 69:9 70:4,15,19 72:16 73:2, 12 74:10,18,23 75:18, 24,25 76:13 77:2 79:15, 25 80:4 83:22 84:3,17 85:8 86:6,7,9,11,12 87:7,20,24 88:19,24 89:10,13,20 90:8,10 91:2,4,7 92:20 93:7,14 95:9,21 98:17 105:6,9, 18,20 106:15 114:13 116:25 117:24 118:25 119:3,14 120:11,13,17

**recalls** 62:16

**received** 67:19 98:6 113:13 120:14

**receiving** 118:25

**recently** 93:23

**Recess** 53:22 121:11 135:13

**recognize** 121:24

**recollection** 90:12,21

**record** 5:3,14 7:18 9:10 39:17 51:9 53:19,21,24 56:12 60:17 64:16 73:19 78:25 80:25 98:19 116:13 121:8,10, 13,18 122:2,5 123:11, 18 126:9 127:25 128:11 132:21,22 135:12,15 137:22

**recording** 56:8

**redacting** 91:22

**refer** 94:21

**reference** 42:23 85:11, 17,20 86:16

**referenced** 88:13 103:17

**referred** 95:23

**referring** 24:6 35:23 63:22 100:12

**reflect** 39:17 100:17

SUSIE XU
JULY 20, 2022

Confidential

JOB NO. 306716

reflected 40:5

reflects 39:18

refrain 130:21

regard 25:12 72:22

regular 69:10

reject 20:15 61:16

related 26:6,7,9 40:23
48:23 58:20 59:13
63:12 78:12 87:25

relation 13:4 87:4
113:14

relationship 77:17

relevancy 21:21 112:9,
23

relevant 21:13 61:9
78:7,13 112:7,18 119:9

relied 35:7,14 36:6,18
37:10,15

rely 34:15 36:9

relying 36:22 57:10

remarks 47:5

remember 33:2 53:15
58:5 69:22 71:8 76:21
84:10 86:23 89:11 90:3,
5 104:17 105:11 118:3,
4,5

remembers 61:20
93:21

remind 9:24

reminds 19:19

repeat 73:17 109:2

repeatedly 128:20

replied 99:23

reply 94:18 95:16 100:3

report 41:11 94:9,11
132:2

reported 32:22 33:17
79:19

reporter 7:8,12,21 9:5
17:2 37:21 64:17 66:10
121:15

reporters 35:8,14,16

reporting 23:6 24:19
33:13 37:18,23 42:13
45:6,7 46:5

reports 34:10,15

represent 128:21
135:16

representation 6:21
101:22 136:9,18,23

representations
135:21

representative 71:22

representing 5:16

reproductions 68:13

reputable 33:12

request 81:4 128:2
131:15 137:12

require 123:8

requires 61:7 130:11,
20 131:13

rescheduling 121:7

research 16:22,25
17:5,6

reserve 137:5

resigned 77:8,13,14,16

respect 19:25 27:16
36:23 57:9 65:2 69:7
70:12 75:19 76:2,21
80:2 94:15 95:17
111:14 114:6 133:17
136:17,22

Respectfully 112:9

respond 6:4

responded 118:4

response 133:7 137:10

responses 117:25
118:5

responsibility 49:3

responsive 81:4,7
137:12

result 134:11

retraction 113:24
114:2,12

return 137:15

reveal 63:2

revealing 89:8

reveals 93:3

review 12:3,5 13:10,14,
18,21 24:4 29:16 32:2,
14 33:16 53:11 66:15
73:13,20 74:2 92:15
99:14 104:25 114:20
115:13 118:11 121:23
123:7 126:8

reviewed 14:12 24:14
93:15,22 135:3

reviewing 29:23 57:15

revisions 58:3

ridiculous 130:16

role 8:11 16:16 17:12
23:22 24:23 25:22
27:16,22 33:22 34:25
37:6,25 41:3,16,24
42:8,9,23 50:7 51:2
58:16 74:19,25 77:20,
22 79:6 97:20

roles 15:15 41:20

room 7:4 54:22,23 55:2
127:9

rose 109:15

round 18:2

rude 31:5

rule 6:5,7 78:5 130:18

rules 78:8,11

rulings 137:6

run 19:13 73:4

running 16:24

runs 12:22 73:3

rush 54:18

Ryan 50:3,20,21,22
58:14

_____

S

S-U-S-I-E 7:22

S611 122:10

Sam 97:17,18,19

Samuels 44:4,23 45:19
49:20 51:19 66:2,21
91:5 92:21 94:4,7 100:7

Sandles 7:12 9:4

sat 47:21

scheduled 48:19 121:2

school 14:22

Schweikert 5:15,16
6:4,15,25 7:6,16 14:7
53:19 55:22 60:16 62:9,
14,25 66:7 73:18 78:4,
8,15,20 81:2,6,14,19
87:18 91:8,19 92:4,11
93:20 102:22 112:21
114:14 115:8 118:6
120:18,25 121:14
124:11,15 126:4
127:14,21 128:16
129:18 130:16 135:9
137:3,18

Schweikert's 112:13

science 15:9 20:9,10,
11,14 23:16

scope 63:5,6

Scott 58:14 63:18,19

script 50:15

scripts 16:24

searched 81:2

section 43:6

secured 62:20

seek 116:16

seeking 61:2

segment 40:23 43:17,
25 44:4,5,8 45:25 51:17
55:16 65:18 66:20
67:10 100:23 101:9
115:22 117:12

segments 44:14

Senate 27:20 36:21
38:10 59:3 84:20 88:11
89:14 100:17 101:14
102:19 119:10 122:3
134:16

Senator 26:19 27:8

SUSIE XU
JULY 20, 2022
Confidential
JOB NO. 306716

29:19 34:11 60:8 64:6
102:17 103:2 105:21
132:3,10 133:2,5 135:7

**senators** 109:14 130:6
131:8

**send** 116:23

**senior** 19:4 43:16
49:19,20,21,22 50:2,3,
4,7,9,13 79:16

**sense** 9:22 52:22 99:25
100:9,15 111:25 113:7
116:7

**sentence** 93:21 103:22
111:6,7 122:14 123:10,
17

**sentences** 67:12,17
124:7

**sentiment** 104:12

**sequestration** 6:5

**series** 99:9

**serve** 97:25

**served** 17:21 20:2

**set** 24:17 47:7,24 49:7
54:10,18 55:9,11 81:24

**shaping** 74:19,25

**shepherd** 49:3

**Shields** 17:19 18:10

**show** 8:19 17:7 18:8
19:10 20:3 23:7 24:24
25:13 45:22 46:12,24
49:16 50:16 51:15 54:8
56:9,13,21 59:18 62:6,
7,12,13 64:4 65:13
70:22 71:9,10,11,21,22
74:20 83:18,21 86:14
94:20,22 96:20 109:25
115:4 126:2,5,19
127:10,19,21 128:15
129:16 130:15 132:12,
22 134:7

**showing** 61:8 69:19

**shown** 90:17 92:6

**shows** 71:5,7,14 83:14,
15

**sic** 12:14 112:19

**side** 20:8,9 71:24

**sides** 18:4

**similar** 33:4 34:10
125:10 129:23

**simple** 128:17

**simply** 62:17 127:23

**Singhal** 112:10 137:13

**sir** 7:6

**sit** 5:24 135:2

**sitting** 9:4 56:3 133:15

**Slack** 82:3,20,24 83:5,
12,16,18

**small** 52:3

**software** 51:23 57:23

**sole** 60:25

**solid** 33:12

**sort** 50:15 93:8

**sorts** 27:10

**sought** 61:8

**sound** 12:18,20,21
13:7 44:15 101:5,25
104:20,25 105:2

**source** 61:10

**Southern** 5:10

**spanning** 118:22

**speak** 9:8 11:4,23
65:12 77:6 101:12

**Speaking** 108:9

**special** 36:11,13 74:7

**specific** 27:25 36:16
42:13 75:5 76:11
122:16

**specifically** 12:16 33:2
36:5 53:2 57:9 90:5
105:6

**specifics** 43:3 45:6
48:16 61:18

**speculate** 55:23

**spell** 7:20 8:2

**spoke** 10:20 11:8,16
53:16 77:3

**spoken** 38:11,16,20

**Squiteiri's** 124:6

**Squitieri** 115:20,21,24
116:23 118:21 119:4
120:4,8 123:25 124:3,
18

**Squitieri's** 119:16
120:14

**Stalin** 85:13,24 102:4
103:17 105:14

**standard** 16:3 20:6,18,
20,25 23:2,12 33:9,24
124:22

**standards** 20:22 23:6,
10,20,25 24:9,17 25:3
26:2 42:25

**stands** 39:18 127:25

**start** 120:23

**started** 15:16

**starting** 71:5

**startled** 105:9,13,20

**startling** 105:23

**state** 7:13,17 14:23
15:7,22 16:9 62:21,22

**stated** 116:6

**statement** 27:9,12,14
29:11,14,17,24 30:23,
25 32:16 59:13 60:12
64:11 81:15 100:21
106:16,17 123:15,19
125:2,5 130:5 132:8,17
133:25 134:9,10,15

**statements** 12:25 27:6
31:24 60:7 68:6,10 69:7
80:2 103:14 117:5,13
125:4,17 126:11 127:24
129:3,12 131:3,7,18
134:11,21 135:17
136:18,23

**States** 62:24

**stating** 120:14

**stayed** 54:7

**steer** 44:22

**STENO** 5:4

**stenographer** 51:10
73:20 137:23

**Stenographic** 7:12

**stick** 21:5,8 22:6,14
23:15 55:15,23 64:18

**sticking** 34:17

**sticks** 19:18 20:7

**stop** 59:9 130:17

**stories** 26:10 75:5
93:13

**story** 26:6,8 76:6

**straight** 54:18

**Street** 127:18 129:24
135:19,21 136:7

**stress** 46:7

**strive** 24:25 25:24

**stuck** 25:5 34:21 35:4

**studio** 47:8,12,21
48:21 54:2,6,24 56:9

**subject** 13:25 18:14
19:20 25:11,19 58:24
59:19 66:25 70:5,7
94:21 103:11 116:9
130:25 137:8

**subjective** 39:8,12,23
40:12

**subsequent** 34:8

**substance** 29:14

**substantially** 129:23
131:19 135:18

**substantive** 63:3

**substitute** 122:17

**sufficiently** 117:11,16

**suggesting** 20:21
130:7 131:9

**suggestive** 130:22

**suit** 14:2

**summarized** 33:3,5

**summary** 41:7 134:15

**supervisor** 71:25

**support** 28:13 108:6

**supposed** 64:10
120:22 121:4

**surprised** 83:24 84:11
87:5

**Susie** 5:1,12 6:1 7:1,10,
19 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1,25 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1,20
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1

**swear** 7:8

**sworn** 7:11

**synonym** 96:3

---

**T**

---

**table** 18:3

**taking** 87:24 121:5

**talk** 26:5,7 48:2 75:4
76:19 77:25 91:22

**talked** 42:3

**talking** 23:11 25:9 62:5

**tape** 12:21,22 43:18

**tapes** 43:17 105:3

**Tapper** 74:13

**team** 33:14 43:7,14
45:20,25 46:11,21 48:2,
12 49:2,24,25 52:3,21
53:6,16 66:5 71:21
82:15,20 83:4,11,18
86:23 119:20

**teases** 50:16

**teasing** 50:17

**Ted** 26:19 27:8 29:19
34:12 60:8 64:6 102:17
103:2 105:21 132:3
133:5 135:7

**telephone** 82:6

**telephonic** 82:10

**telephonically** 5:18

**television** 45:13 48:4
74:4

**telling** 112:17

**tendency** 130:23

**tender** 137:8

**testified** 7:14 60:17
93:22

**testify** 46:6

**testimony** 21:22 23:18
33:19 34:8 37:14 65:5,
22 86:5 105:5

**text** 80:19

**thereto** 83:13

**thing** 35:21

**things** 81:15 107:9
116:19 123:4 133:7

**thinking** 88:6 120:24

**thinks** 96:24 126:14
129:8

**thought** 31:18 62:9
76:8,23 104:16 106:10
111:17

**Thursday** 99:9 118:22

**time** 5:4 10:5 11:5
15:12,24 16:5,8,19,21
17:20 19:25 22:20
24:14 25:2 29:22 30:7
32:8 33:8 37:16 38:2
40:16 41:17 42:5,9
43:12,15 44:4 45:24
47:18,25 48:12 49:8
54:16,17 56:8,22 65:16
67:22 68:3 69:10,18
71:10 74:24 77:3,20
78:2,18,25 79:7,15,20
80:8 82:16,21,25 83:5,
13,15,18 84:4 85:22
86:8 93:9 94:11,19
105:19 108:6 114:4
120:9 122:7 123:2,7
125:9 137:3,19

**Times** 33:3,9,11 131:20
135:19,22 136:19

**timing** 89:24 120:24

**title** 37:20 79:15

**titles** 50:2

**today** 19:21 49:16 66:3
115:5 135:2 137:19,21

**Today's** 5:4

**Toensing** 119:24

**told** 29:13 61:14 97:10
98:18 103:21

**Toobin** 36:3,9,17,23
37:16 38:19 39:7,23
74:15

**Toobin's** 37:6,10,20,25
39:12

**top** 76:5

**total** 137:21

**totality** 100:16

**trained** 119:19

**transcribing** 9:5

**transcript** 13:14,19
31:6 32:14 91:17,23
104:14 105:4 114:25
115:3 122:5 137:24

**transcripts** 91:20
118:18

**Tremaine** 5:6

**trial** 6:6 21:23 26:24
27:3,6 69:8 75:20 76:3,
16,19,22 80:3,21 86:17
89:23 90:15,23 104:8
110:11,17 112:11
119:12

**true** 19:24 40:16
136:17,22

**Trump** 28:19,25 70:18
75:21 76:22 108:11
116:16

**Trump's** 90:14

**truth** 20:8 23:16

**truthfully** 21:24

**turns** 121:4

**TV** 48:14

**tweak** 51:25

**Tweeted** 53:4

**tweets** 53:7,11 57:11
61:16 67:17 68:10,13,
14 85:10,18 86:10 88:8,
13,18 99:9,10,20
100:13 111:24 113:6
117:19

**Twitter** 68:7 88:20,22
89:12

**type** 17:25

**types** 119:5

**typo** 116:21

---

**U**

---

**U.S.** 5:9

**U.S.A.** 19:2

**uh-huh** 10:2

**Ukrainian** 108:17

**ultimately** 52:4

**understand** 5:25 13:25
21:21 27:15 32:11
33:20 61:5 68:15 81:14
112:18 128:12 133:19,
20,22

**understanding** 6:16

12:8,11,12,15,17,23
25:17,21 28:15,17,20
38:2 61:2 63:5 67:16
77:22 94:3 96:2 106:7
114:10 117:17 120:3

**understands** 21:21

**understood** 30:18
36:2

**unit** 53:23 121:9,12
135:11,14

**United** 62:23

**University** 14:23

**unlawful** 102:2 103:15

---

**V**

**verbiage** 105:2

**verify** 68:9

**vice** 79:16,17

**Victoria** 119:24

**video** 5:5 13:15,22
32:3,15 73:14,21
104:17

**videos** 137:21

**view** 42:16,18,20 67:7

**viewer** 39:6

**viewers** 113:12

**vocal** 75:13,14,18,25

**vote** 107:24

**voter** 107:19

---

**W**

**wait** 54:23

**waiting** 54:22 55:11
81:22

**Wall** 127:18 129:24
135:19,21 136:7

**wanted** 105:10

**Washington** 18:24
97:20

**waste** 123:2 125:8

**wasting** 78:18,25

**watch** 13:15 26:21

**watched** 26:11,17,23
30:2 34:22 74:3,8,11
101:21 104:17

**watching** 27:4 35:8,11
101:23

**water** 16:23

**ways** 82:11,15

**Wednesday** 67:2
98:10

**week** 11:5,6

**weekly** 80:11,15

**weeks** 11:6,9

**WFMJ** 15:21

**wife** 5:23 6:18

**win** 107:23

**withdraw** 40:24

**witness'** 93:20

**witness's** 86:5

**witnesses** 6:5

**Wolf** 17:19 18:7

**Wolfe** 74:13

**word** 30:24 83:22,24
84:5,11,15,18 95:22
96:2 133:10

**word-for-word** 9:6

**wording** 127:6

**words** 38:11,15,20 86:2
87:17 95:13 102:2
103:15 104:9,10,15
105:14 110:21 119:15,
23 122:16 125:10,21
128:10 133:20,22

**work** 8:8 16:9 66:2
82:25 126:5,8 127:10,
12 128:22 130:20

**worked** 44:5,11,13

**working** 15:16 33:14
37:17 42:4 43:8 44:3

**works** 49:15 51:14
97:19

**worry** 113:2

**Wright** 5:6

**write** 51:5,12

**writer** 50:3,7,9,13

**writers** 51:3,10

**writes** 50:9 51:16 98:9
99:8 119:17

**writing** 68:18 73:14,21
99:24

**written** 50:13,19
134:22 135:20

**wrong** 101:11

**wrote** 50:22 92:21 94:4
100:9 111:22 113:4

---

**X**

**X-U** 7:22 8:3

**Xu** 5:1,12 6:1 7:1,10,19
8:1 9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1,20 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1,13 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1,23 121:1,2,
5 122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1,15

**Xu's** 81:2

**Xuyue** 7:25

---

**Y**

**Y-U-E** 8:3

**year** 15:2 24:16 77:5

**years** 8:12,20 17:22
93:11 103:12

**yesterday** 11:6,16
116:15

**York** 5:7,8 7:13 33:2,9,
11 47:7,9 62:20,22
131:20 135:19,22
136:19

**Yorker** 37:21

**Youngstown** 15:21

---

**Z**

**Zelensky** 108:18

**Zoom** 5:18,22 6:19

**Zucker** 68:22 69:6,11
70:3,16 71:15 72:12,21
73:2 74:19,25 75:8,18,
25 76:22 77:4 79:21
80:23 89:18

**Zvonkov** 5:3