# **EXHIBIT 23**

| | |
|---|---|
| **From:** | Richards, Meredith |
| **Sent:** | 1/29/2020 3:27:46 PM |
| **To:** | *CNN New Day Staff |
| **CC:** | Presto, Suzanne |
| **Subject:** | Prelim Thursday Rundown |

**Non-Responsive**

### THURSDAY Jan 30th
Alisyn Camerota & John Berman anchor from NY

6A

# Non-Responsive

6B
Guests: **John Avlon** (Charleston, SC) **& Joshua Geltzer** (DC Bureau) *(producer: Russ, Anna)*
**Senator questions resume today:**

# Non-Responsive

- Alan Dershowitz argues presidential quid pro quos aimed at reelection are not impeachable
http://www.cnn.com/2020/01/29/politics/dershowitz-quid-pro-quo/index.html

6C

# Non-Responsive

# Non-Responsive

CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER   CNN00000002

**Non-Responsive**

CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER                               CNN00000003