# **EXHIBIT 28**

| | |
|---|---|
| From: | Finkelstein, Russ [███████████████] |
| Sent: | 1/30/2020 12:47:52 AM |
| To: | Berman, John [███████████████]; Hedges, Allison [███████████████]; Camerota, Alisyn [███████████████]; Rivera, Jennifer [███████████████]; Silverman, Aaron [███████████████]; Williams, Bruce [███████████████]; Becker, Patrick [███████████████]; Lightcap, Heather [███████████████]; *CNN New Day Gfx (TBS) [███████████████]; *CNN New Day Tape [███████████████]; Gigante, Paulina [███████████████]; Seshadri, Aparnaa [███████████████] |
| CC: | Kaminsky, Anna [███████████████]; Finkelstein, Russ [███████████████]; Figliola, Mike [███████████████] |
| Subject: | MASTER ELEMENTS 1/30 |

**STORY 1: IMPEACHMENT TRIAL LATEST**



# Non-Responsive

# Non-Responsive

**SOT Dershowitz public interest**
15793439
TRT: 27
Every public official that I know believes that his election is in the public interest. And mostly you're right. Your election is in the public interest And if a president did something that he believes will help him get elected, in the public interest, that cannot be the kind of quid pro quo that results in impeachment.
*Alan Dershowitz, Constitutional Lawyer, Washington, Wednesday*

# Non-Responsive

CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER                                         CNN00000033

# Non-Responsive

CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER                              CNN00000034

**Non-Responsive**

CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER                    CNN00000035