# **EXHIBIT 48**

| | |
|---|---|
| **From:** | Griffiths, Jennifer [ ] |
| **Sent:** | 1/29/2020 6:10:32 PM |
| **To:** | Cooper, Anderson [ ]; *Full Circle Editorial (CNN) [ ] |
| **Subject:** | Approved suggested questions, Full Circle |

**GUEST:** Anne Milgram, former New Jersey Attorney General, professor NYU Law School, and CNN Legal Analyst, On set

**TIME:** Full Circle- 6:30pm

**TOPIC:** Impeachment latest

# Non-Responsive

(4) And Anne, one moment being talked about today from the President's defense team … Professor Alan Dershowitz, in response to a question about quid-pro-quos, said if they're aimed at Presidential re-election, as long as that's in the public interest, is not impeachable. Let's listen.
(TK SOT)
SOT- DERSH
EVERY PUBLIC OFFICIAL THAT I KNOW BELIEVES THAT HIS ELECTION IS IN THE PUBLIC INTEREST, AND MOSTLY YOU'RE RIGHT. YOUR ELECTION IS IN THE PUBLIC INTEREST, AND IF A PRESIDENT DOES SOMETHING WHICH HE BELIEVES WILL HELP HIM GET ELECTED IN THE PUBLIC INTEREST, THAT CANNOT BE THE KIND OF QUID PRO QUO THAT RESULTS IN IMPEACHMENT// WE MAY ARGUE THAT IT'S NOT IN THE NATIONAL INTERESTS FOR A PARTICULAR PRESIDENT TO GET REELECTED OR A PARTICULAR SENATOR OR MEMBER OF CONGRESS, AND MAYBE WE'RE RIGHT. IT'S NOT IN THE NATIONAL INTERESTS FOR EVERYBODY WHO'S RUNNING TO BE ELECTED, BUT FOR IT TO BE IMPEACHABLE, YOU WOULD HAVE TO

DISCERN THAT HE OR SHE MADE A DECISION SOLELY ON THE BASIS OF AS THE HOUSE MANAGERS PUT IT CORRUPT MOTIVES, AND IT CANNOT BE A CORRUPT MOTIVE IF YOU HAVE A MIXED MOTIVE THAT PARTIALLY INVOLVES THE NATIONAL INTERESTS, PARTIALLY INVOLVES ELECTORAL AND DOES NOT INVOLVE PERSONAL PECUNIARY INTERESTS

FOLO: Is that a winning argument?

**Non-Responsive**

CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER          CNN00000543

# Non-Responsive

CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER                    CNN00000544