# **EXHIBIT 150**

January 31, 2020

**To the United States Senate**

The signatories of this letter are professors of law and scholars of the American constitution who write to clarify that impeachment does not require proof of crime, that abuse of power is an impeachable offense, and that a president may not abuse the powers of his office to secure re-election, whatever he may believe about how beneficial his continuance in power is to the country.

**Impeachable conduct does not require proof of any crime.**

Impeachment for "high Crimes and Misdemeanors" under Article II of the U.S. Constitution does not require proof that a president violated any criminal law. The phrase "high Crimes and Misdemeanors" is a term of art consciously adopted by the drafters of the American constitution from Great Britain. Beginning in 1386, the term was frequently used by Parliament to describe the wide variety of conduct, much of it non-criminal abuses of official power, for which British officials were impeached.

The phrase "high crimes and misdemeanors" was introduced into the American constitution by George Mason, who explained the necessity for expanding impeachment beyond "treason and bribery" by drawing his colleagues' attention to the ongoing parliamentary impeachment trial of Warren Hastings. Hastings was charged with a long list of abuses of power that his articles of impeachment labeled "high crimes and misdemeanors," but which even his chief prosecutor, Edmund Burke, admitted were not prosecutable crimes. On George Mason's motion, the Philadelphia convention wrote into our constitution the same phrase Parliament used to describe Hastings' non-criminal misconduct.

No convention delegate ever suggested that impeachment be limited to violations of criminal law. Multiple founders emphasized the need for impeachment to extend to plainly non-criminal conduct. For example, James Madison and George Nicholas said that abuses of the pardon power should be impeachable. Edmund Randolph believed that violation of the foreign emoluments clause would be.

Thus, Alexander Hamilton's famous observation in *Federalist 65* that impeachable offenses "are of a nature which may with peculiar propriety be denominated POLITICAL, as they relate chiefly to injuries done immediately to the society itself" was not merely an advocate's rhetorical flourish, but a well-informed description of the shared understanding of those who wrote and ratified the Constitution.

Since ratification, one senator and multiple judges have been impeached for non-criminal behavior. The first federal official impeached, convicted, and removed for "high crimes and misdemeanors" was Judge John Pickering, whose offenses were making bad legal rulings, being drunk on the bench, and taking the name of the Supreme Being in vain.

Among presidents, the tenth and eleventh articles of impeachment against President Andrew Johnson charged non-criminal misconduct. The first and second articles of impeachment against President Richard Nixon approved by the House Judiciary Committee allege both criminal and

non-criminal conduct, and the third alleges non-criminal obstruction of Congress. Indeed, the Nixon House Judiciary Committee issued a report in which it specifically rejected the contention that impeachable conduct must be criminal.

The consensus of scholarly opinion is that impeachable conduct does not require proof of crime.

**Abuse of power is an impeachable high crime and misdemeanor**

It has been suggested that abuse of power is not an impeachable high crime and misdemeanor. The reverse is true. The British Parliament invented impeachment as a legislative counterweight to abuses of power by the Crown and its ministers. The American Framers inserted impeachment into our constitution primarily out of concern about presidential abuse of power. They inserted the phrase "high crimes and misdemeanors" into the definition of impeachable conduct in order to cover non-criminal abuses of power of the type charged against Warren Hastings.

As Edmund Randolph observed at the Constitutional Convention, "the propriety of impeachments was a favorite principle with him" because "[t]he Executive will have great opportunities of abusing his power." In *Federalist 65*, Hamilton defined "high crimes and misdemeanors" as "those offenses which proceed from the misconduct of public men, or, in other words, from the abuse or violation of some public trust."

This understanding has often been expressed in the ensuing centuries. For example, in 1926, the House voted to impeach U.S. District Judge George English. The Judiciary Committee report on the matter reviewed the authorities and concluded:

> Thus, an official may be impeached for offenses of a political character and for gross betrayal of public interests. Also, for abuses or betrayals of trusts, for inexcusable negligence of duty [or] for the tyrannical abuse of power.

Two of the three prior presidential impeachment crises have involved charges of abuse of power. The eleventh article of impeachment against President Andrew Johnson alleged that he abused his power by attempting to prevent implementation of reconstruction legislation passed by Congress in March 1867, and thus violated Article II, Section 3, of the constitution by failing to "take care that the laws be faithfully executed." The second article of impeachment against Richard Nixon charged a litany of abuses of presidential power, including "interfering with agencies of the Executive Branch."

Even if no precedent existed, the constitutional logic of impeachment for abuse of presidential power is plain. The president is granted wide powers under the constitution. The framers recognized that a great many misuses of those powers might violate no law, but nonetheless pose immense danger to the constitutional order. They consciously rejected the idea that periodic elections were a sufficient protection against this danger and inserted impeachment as a remedy.

The consensus of scholarly opinion is that abuse of power is an impeachable "high crime and misdemeanor."

**A President may not abuse his powers of office to secure his own re-election**

Finally, one of President Trump's attorneys has suggested that so long as a president believes his re-election is in the public interest, "if a president did something that he believes will help get him elected, in the public interest, that cannot be the kind of quid pro quo that results in his impeachment." It is true that merely because a president makes a policy choice he believes will have beneficial political effects, that choice is not necessarily impeachable. However, if a president employs his powers in a way that cannot reasonably be explained except as a means of promoting his own reelection, the president's private conviction that his maintenance of power is for the greater good does not insulate him from impeachment. To accept such a view would be to give the president *carte blanche* to corrupt American electoral democracy.

\*\*\*

Distinguishing between minor misuses of presidential authority and grave abuses requiring impeachment and removal is not an exact science. That is why the Constitution assigns the task, not to a court, but to Congress, relying upon its collective wisdom to assess whether a president has committed a "high crime and misdemeanor" requiring his conviction and removal.

## SIGNATORIES

Frank O. Bowman, III
Floyd R. Gibson Missouri Endowed Professor of Law
University of Missouri School of Law
& Dean's Visiting Scholar
Georgetown University Law Center
Author: *High Crimes and Misdemeanors: A History of Impeachment for the Age of Trump*

Michael Gerhardt
Samuel Ashe Distinguished Professor of Constitutional Law
University of North Carolina
Author: *The Federal Impeachment Process: A Constitutional And Historical Analysis*

Laurence H. Tribe
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
Author (with Joshua Matz): *To End a Presidency: The Power of Impeachment*

Brenda Wineapple
Professor, The New School University, New York City
Adjunct Professor, Columbia University
Author: *The Impeachers: The Trial of Andrew Johnson and the Dream of a Just Nation*

Timothy Naftali
Director, Undergraduate Public Policy Major
Clinical Associate Professor of History
Clinical Associate Professor of Public Service
New York University
Author: *Impeachment: An American History*

Pamela S. Karlan
Kenneth and Harle Montgomery Professor of Public Interest Law
Stanford Law School

Jack M. Balkin
Knight Professor of Constitutional Law and the First Amendment
Yale Law School

David A. Strauss
Gerald Ratner Distinguished Service Professor of Law
Faculty Director of the Jenner & Block Supreme Court and Appellate Clinic
University of Chicago Law School

Martha Minow
300th Anniversary University Professor
Harvard University

Geoffrey R. Stone
Edward H. Levi Distinguished Service Professor of Law
University of Chicago Law School

Walter Dellinger
Douglas B. Maggs Emeritus Professor of Law
Duke University

Erwin Chemerinsky
Dean and Jesse H. Choper Distinguished Professor of Law
University of California, Berkeley School of Law

Paul Butler
Albert Brick Professor in Law
Georgetown University Law Center

Ralph G. Steinhardt
Lobingier Professor of Comparative Law & Jurisprudence
The George Washington University Law School

Dawn Johnsen
Walter W. Foskett Professor of Law
Indiana University Maurer School of Law

Sanford Levinson
W. St. John Garwood and W. St. John Garwood. Jr. Centennial Chair in Law,
University of Texas Law School
Professor of Government, University of Texas at Austin

John Mikhail
Agnes N. Williams Research Professor
Associate Dean for Research and Academic Programs
Georgetown University Law Center

Michael C. Dorf
Robert S. Stevens Professor of Law
Cornell Law School

Julie R. O'Sullivan
Professor
Georgetown University Law Center

Girardeau A Spann
James & Catherine Denny Professor of Law
Georgetown University Law Center

Richard Primus
Theodore J. St. Antoine Collegiate Professor
The University of Michigan Law School

Corey Brettschneider
Professor of Political Science, Brown University
Visiting Professor, Fordham Law School

Abbe Smith
Professor of Law
Georgetown University

James V. Feinerman
Associate Dean and James M. Morita Professor
Georgetown University Law Center

Jane M. Spinak, Esq.
Edward Ross Aranow Clinical Professor of Law
Columbia Law School

Peter L. Strauss
Betts Professor of Law Emeritus
Columbia Law School

Jeffrey Fagan
Isidor and Seville Sulzbacher Professor of Law
Columbia Law School

Ira C. Lupu
F. Elwood & Eleanor Davis Professor Emeritus of Law
George Washington University

David C. Vladeck
A.B. Chettle, Jr., Professor of Law
Georgetown University Law Center

Michael Diamond
Professor of Law
Georgetown University Law Center

Eric M. Freedman
Siggi B. Wilzig Distinguished Professor of Constitutional Rights
Maurice A. Deane School of Law
Hofstra University

Carol L. Chomsky
Professor of Law
University of Minnesota Law School

Jennifer Taub
Professor of Law
Vermont Law School

Naomi R. Cahn
Harold H. Greene Professor of Law
GW Law
*Affiliations noted for identification purposes only

Stephen I. Vladeck
A. Dalton Cross Professor in Law
University of Texas School of Law

Robin West
Professor of Law
Georgetown University Law Center

Jed Shugerman
Professor
Fordham Law School

Paul Litton
R.B. Price Professor of Law
University of Missouri

John Landee
Isidor Loeb Professor Emeritus
University of Missouri School of Law

Dale A. Whitman
James E. Campbell Missouri Endowed Professor of Law
University of Missouri School of Law

Mary M. Beck
Clinical Professor Emerita of Law
University of Missouri School of Law

Rodney J. Uphoff
The Elwood L. Thomas Missouri Endowed Professor of Law
University of Missouri School of Law

Kandice Johnson
Director of Clinical Programs and Criminal Prosecution Clinic/ Clinical Professor of Law
University of Missouri School of Law

Charles G. Geyh
John F. Kimberling Professor of Law
Indiana University Maurer School of Law

Barry Friedman
Jacob D. Fuchsberg Professor of Law
Affiliated Professor of Politics
Faculty Director, Policing Project
New York University School of Law

Greer Donley
Assistant Professor of Law
University of Pittsburgh
School of Law

Prof. Joshua Schwartz
E.K. Gubin Professor of Law
George Washington University Law School

Alan B. Morrison,
Lerner Family Associate Dean for Public Interest & Public Service Law
George Washington Law School

Justin Levitt
Associate Dean for Research and Professor of Law
Loyola Law School, Los Angeles

Barbara A. Atwood
Mary Anne Richey Professor of Law Emerita
University of Arizona James E. Rogers College of Law

Daniel J. Steinbock
Dean and Harold A. Anderson Professor of Law and Values Emeritus
University of Toledo College of Law

Samantha Buckingham
Clinical Professor and Director, Juvenile Justice Clinic
Loyola Law School

Maxwell Stearns
Venable, Baetjer & Howard Professor of Law
University of Maryland Carey School of Law

Lauren E. Willis
Professor of Law & William M. Rains Fellow
Loyola Law School, Los Angeles

Kirsten Matoy Carlson
Associate Professor of Law
Wayne State University

Steven Alan Childress
Conrad Meyer III Professor of Law
Tulane University Law School

Liz Ryan Cole
Professor Emerita
Vermont Law School

Florence Wagman Roisman
William F. Harvey Professor of Law and Chancellor's Professor
Indiana University Robert H. McKinney School of Law

Margo Kaplan
Professor of Law
Rutgers Law School

Mark A.. Graber
Regents Professor
University of Maryland Carey Law School

Prof. Sally Goldfarb
Rutgers Law School

Carli N. Conklin
Associate Professor
University of Missouri School of Law

Jeffrey O. Cooper
Associate Professor
Indiana University Robert H. McKinney School of Law

Benjamin G. Davis
Professor of Law
University of Toledo College of Law

Randy Diamond
Legal Research Professor
University of Missouri School of Law

Melanie DeRousse
Clinical Associate Professor
University of Kansas School of Law

Gerald S. Dickinson
Assistant Professor of Law
University of Pittsburgh School of Law

Laura Rovner
Professor of Law
University of Denver Sturm College of Law

J. Amy Dillard
Associate Professor of Law
University of Baltimore School of Law

Nancy Ota
Visiting Professor of Law
CUNY School of Law
Professor Emerita
Albany Law School

Ann F. Thomas
Otto L. Walter Distinguished Professor of Tax Law
Director, Graduate Tax Program
New York Law School

Prof. Dr. Jennifer A. Drobac
Samuel R. Rosen Professor of Law
Indiana University
Robert H. McKinney School of Law

Cynthia Matson Adams
Clinical Professor of Law
Indiana University Robert H. McKinney School of Law

Martha Albertson Fineman
Robert W Woodruff Professor of Law
Emory University

Denise Platfoot Lacey, Esq.
Professor of Externships
University of Dayton School of Law

David A. Fischer
James Lewis Parks and Isidor Loeb
Professor Emeritus of Law
University of Missouri School of Law

Ann E Freedman
Associate Professor of Law
Rutgers Law School

Michael A. Middleton
Deputy Chancellor Emeritus and Professor Emeritus of Law
University of Missouri

S. David Mitchell
Associate Dean for Academic Affairs &
Ruth L. Hulston Professor of Law
University of Missouri
School of Law

Lance Gable
Associate Professor of Law
Wayne State University Law School

Julie Goldscheid
Professor of Law
CUNY School of Law

Stuart Green
Distinguished Professor
Rutgers Law School

Christopher Hawthorne
Clinical Professor of Law
Director, Juvenile Innocence & Fair Sentencing Clinic
Loyola Law School

Joshua Aaron Jones, JD, LL.M.
Visiting Assistant Professor of Legal
Communication and Analysis
Indiana University Robert H. McKinney
School of Law

David R. Katner
Professor
Tulane Law School

Nicole B. Godfrey
Visiting Assistant Professor
University of Denver Sturm College of Law

Stefan H. Krieger
Richard J. Cardali Distinguished Professor
in Trial Advocacy
Director, Center for Applied Legal
Reasoning
Maurice A. Deane School of Law
Hofstra University

Sarah Lamdan
Professor of Law
CUNY School of Law

Laurie L. Levenson
Professor of Law
David W. Burcham Chair of Ethical
Advocacy
Loyola Law School

Ann E. Tweedy
Associate Professor
University of South Dakota School of Law

Caroline Mala Corbin
Professor of Law & Dean's Distinguished
Scholar
University of Miami School of Law

Nicole K. McConlogue
Clinical Teaching Fellow, Civil Advocacy
Clinic
University of Baltimore School of Law

David S. Cohen
Professor of Law
Drexel University

Perry Dane
Professor of Law
Rutgers Law School

Stephen Meili
Associate Professor of Law
James H. Binger Professor in Clinical Law
Director, Immigration and Human Rights
Clinic
University of Minnesota Law School

James May
Professor of Law
Washington College of Law
American University

Nancy Ota
Visiting Professor of Law
CUNY School of Law
Professor Emerita
Albany Law School

April Dawson
Professor of Law
North Carolina Central University
School of Law

Professor Laura J. Hines
University of Kansas School of Law

Jane C. Murphy
Laurence M. Katz Professor of Law
University of Baltimore School of Law

John T. Nockleby
Professor of Law & Director, Civil Justice
Program
Loyola Law School, Loyola Marymount
University

Professor Nancy Levit
Associate Dean for Faculty

Curators' Distinguished Professor and
Edward D. Ellison Professor of Law
UMKC School of Law

Jonathan Oberman
Clinical Professor of Law
Director, Criminal Defense Clinic
Benjamin N. Cardozo School of Law

Michele Gilman
Venable Professor of Law
University of Baltimore School of Law

Katherine A. Pérez
Visiting Professor of Law
Loyola Law School

Stephen Loffredo
Professor of Law
City University of New York School of Law

William D. Rich
Emeritus Professor
The University of Akron School of Law
Catherine J. Ross
Fred C. Stevenson Research Professor of Law
George Washington University Law School

Joyce Saltalamachia
Professor Emerita
New York Law School

Dveera Segal
Professor of Law Emeritus
Villanova University Charles Widger School of Law

Liz Ryan Cole
Professor Emerita
Vermont Law School

Ann Shalleck
Professor of Law and Carrington Shields Scholar
American University, Washington College of Law

Kate Shaw
Professor of Law
Benjamin N. Cardozo School of Law

Earl Singleton
Clinical Professor of Law, retired
Indiana University Maurer School of Law

Keith Werhan
Ashton Phelps Chair in Constitutional Law
Tulane Law School

Mary B. Culbert
Clinical Professor, Director
Loyola Center for Conflict Resolution
Loyola Law School, Los Angeles

Robert Calhoun
Professor of Law Emeritus
Golden Gate University School of Law

Christine Minhee
Soros Justice Fellow & Visiting Scholar
University of Washington School of Law

Nancy Chi Cantalupo
Associate Professor of Law
Barry University Dwayne O. Andreas School of Law

Professor Steven Zeidman
CUNY School of Law

Kathleen Kim
Professor of Law
Loyola Law School Los Angeles

Professor Lisa Kelly
Bobbe and Jon Bridge Professor of Child Advocacy
University of Washington School of Law

Alan Saltzman
Retired Professor of Law
University of Detroit School of Law

Prof. Karl Manheim
Loyola Law School, Los Angeles

Jeffrey M. Feldman
Professor from Practice
University of Washington School of Law

Leah M Litman
Assistant Professor of Law
University of Michigan Law School

Elliott Milstein
Emeritus Professor of Law
American University Washington College of Law

Prof Deborah A Ramirez
Northeastern University School of Law

Jeffrey T. Renz
Clinical Professor of Law (Retired)
Alexander Blewett III School of Law
& Faculty, Central and Southwest Asia Center
University of Montana

Mary Crossley
Professor of Law
University of Pittsburgh School of Law

Barbara S. Barron
Professor of Skills
Director of Student Advocacy Programs
Maurice A. Deane School of Law at Hofstra University
Hempstead, New York

Ira P. Robbins
Barnard T. Welsh Scholar and Professor of Law
American University, Washington College of Law

Clark B. Lombardi, JD, PhD
Dan Fenno Henderson Professor of Law
University of Washington School of Law

Penny M. Venetis
Clinical Prof. Of Law
Judge Dickinson R. Debevoise Scholar
Director, Human Rights Clinic
Rutgers Law School

Michael Lawrence
Professor of Law
Michigan State University College of Law

Joanna L. Grossman
Ellen K. Solender Endowed Chair in Women and the Law
SMU Dedman School of Law

Theo Liebmann
Clinical Professor of Law
Maurice A. Deane School of Law at Hofstra University

Stacy Hawkins
Professor of Law
Rutgers Law School

Mikah K. Thompson
Associate Professor of Law
University of Missouri-Kansas City

Paul L. Tractenberg, Board of Governors Distinguished Professor of Law Emeritus
Rutgers School of Law at Newark

Professor Vernon Valentine Palmer
Thomas Pickles Professor of Law
Tulane University

Barbara Stark
Professor of Law
Maurice A. Deane School of Law

Anya Bernstein
Professor of Law
SUNY at Buffalo School of Law

Ruti Teitel
Ernst C. Stiefel Professor of Comparative Law
New York Law School

William D. Araiza
Professor of Law
Brooklyn Law School

Lauren Gilbert, Esq.
Professor of Law
St. Thomas University School of Law

Christopher E. Czerwonka
Special Professor of Law
Maurice A. Deane School of Law
Hofstra University

James May
Professor of Law
Washington College of Law
American University

Kimberly West-Faulcon
James P. Bradley Chair in Constitutional Law and Professor of Law
Loyola Law School Los Angeles

Natalie Gomez-Velez
Professor of Law
City University of New York (CUNY) School of Law
(law school name for identification purposes only)

Phyllis Goldfarb
Jacob Burns Foundation Professor Emerita of Clinical Law and Associate Dean for Clinical Affairs
George Washington University Law School

Rachel Van Cleave
Professor of Law & Former Dean
Golden Gate University, School of Law

Arnold Rochvarg
Professor Emeritus
University of Baltimore School of Law

Lindsey Webb
Associate Professor
University of Denver Sturm College of Law

Ethan J Leib
John D Calamari Distinguished Professor of Law
Fordham Law School

Carlton F.W. Larson
Professor of Law
UC Davis School of Law

Natalie M. Chin
Associate Professor of Law
City University of New York School of Law

Professor Heidi K. Brown
Associate Professor of Law
Brooklyn Law School

Elizabeth McCormick
Associate Clinical Professor of Law
University of Tulsa College of Law

Bernard P. Perlmutter, Esq.
Clinical Professor
University of Miami School of Law

Robert St. Martin Westley
LOCHEF Professor of Legal Ethics and Professional Responsibility

John Burkoff
Professor of Law Emeritus
University of Pittsburgh

David Rudenstine
Benjamin N. Cardozo School of Law
Yeshiva University

Inge M. Van der Cruysse
Lecturer in Law
Indiana University Maurer School of Law -- Bloomington

James Levin
Adjunct Professor of Law
University of Missouri

Babe Howell
Professor
CUNY School of Law

Robert Knowles
Associate Professor
University of Baltimore School of Law

Yvonne Lindgren
Visiting Assistant Professor of Law
University of San Francisco School of Law

Mae Kuykendall
Professor of Law
Michigan State University College of Law

Marie A. Failinger
Professor of Law
Mitchell Hamline School of Law

Katherine Mattes
Senior Professor of the Practice
Director, Criminal Justice Clinic
Co-director, Women's Prison Project
Tulane Law School

Rebecca L. Brown
The Rader Family Trustee Chair in Law
USC Gould School of Law

Deborah Epstein
Professor of Law
Georgetown University Law Center

David B. Cruz
Newton Professor of Constitutional Law
University of Southern California Gould School of Law

Christoph Henkel
Professor of Law
Mississippi College School of Law

Jim Rowan
Professor of Law
Northeastern University School of Law

Elizabeth B. Cooper
Professor of Law
Fordham University School of Law

Debra Bechtel
Associate Professor of Clinical Law
Brooklyn Law School

Cornell Clayton
Thomas S Foley Distinguished Professor of Government
Washington State University

Paul Barron
The Class of 1937 Professor of Law (Emeritus)
Tulane Law School

Allie Robbins
Associate Professor of Law
CUNY School of Law

Wanda M. Temm
Clinical Professor of Law
University of Missouri-Kansas City School of Law

Jean C. Love
Professor of Law
Santa Clara University School of Law

Rosemary Salomone
Kenneth Wang Professor of Law
St. John's University School of Law

Rachel Vorspan
Professor of Law
Fordham University School of Law

Beryl Blaustone
Professor of Law
CUNY/ School of Law

Susan Etta Keller
Professor of Law
Western State College of Law

Tom I. Romero, II J.D., Ph.D.
Associate Professor of Law & Affiliated Faculty Department of History
University of Denver

Prof. Dr. Frank Emmert, LL.M., FCIArb
John S. Grimes Professor of Law
Director, Center for International and Comparative Law
Indiana University Robert H. McKinney School of Law

Kiel Brennan-Marquez
Associate Professor & William T. Golden Scholar
University of Connecticut School of Law

Marcy Strauss
Professor of Law
Loyola Law School

David A. Harris
Sally Ann Semenko Chair and Professor of Law
University of Pittsburgh School of Law

Catherine M. Grosso
Professor of Law, Michigan State University

Lissa Griffin
Professor of Law
Director, Criminal Practice Concentration
Elisabeth Haub School of Law at Pace University

Steven Mulroy
Bredesen Professor of Law
University of Memphis

William W. Berry III
Associate Professor of Law
University of Mississippi

Richard D. Friedman
Alene and Allan F. Smith Professor of Law
University of Michigan Law School

Anthony M. Dillof
Professor of Law
Wayne State University Law School

Leslie Rose
Professor Emerita
Golden Gate Univ. School of Law

Arthur B Lafrance
Professor of Law and Dean Emeritus
Lewis & Clark Law School

Pamela R. Metzger
Professor of Law & Director
Deason Criminal Justice Reform Center
SMU Dedman School of Law

Eric J. Miller
Professor and Leo J. O'Brien Fellow
LMU Loyola Law School

Marianne Wesson
Professor of Law Emerita and President's Teaching Scholar
University of Colorado

Stephen F. Smith
Professor of Law
University of Notre Dame

Mark A. Dotson Professor
Western Michigan University Thomas Cooley Law School

Donna Coker
Prof of Law
University of Miami School of Law

Janet Dolgin
Distinguished Professor
Maurice A. Deane School of Law at Hofstra University

Lynda G. Dodd, J.D., Ph.D.
Princeton University
Program in Law and Public Affairs

David B. Wexler
Professor of Law, University of Puerto Rico
Distinguished Research Professor of Law Emeritus, University of Arizona

Prof Deborah A Ramirez
Northeastern University School of Law
Boston

Matthew R. Hall
Associate Professor of Law and Jesse D. Puckett, Jr., Lecturer
School of Law
University of Mississippi

Ric Simmons
Chief Justice Thomas J. Moyer Professor for the Administration of Justice and Rule of Law
Moritz College of Law
The Ohio State University

Miriam R. Albert
Professor of Skills
Maurice A. Deane School of Law

Jennifer A. Gundlach
Emily and Stephen Mendel Distinguished Professor of Law and Clinical Professor of Law
Maurice A. Deane School of Law at Hofstra University

Michael M. O'Hear
Professor of Law
Marquette University Law School

Robert Westley
Professor of Law
Tulane Law School

Lolita Buckner Inniss
Senior Associate Dean for Academic Affairs & Professor of Law
SMU Dedman School of Law

Margie Paris
Professor emerita
University of Oregon School of Law

Amy T Campbell
Associate Professor of Law and Director, Institute for Health Law & Policy
Cecil C Humphreys School of Law,
University of Memphis

Prof. Bruce A. Boyer
Curt and Linda Rodin Professor of Law and Social Justice
Director, Civitas ChildLaw Clinic
Loyola University Chicago School of Law

Fabio Arcila, Jr.
Visiting Professor of Law
Univ. of Illinois-Chicago, John Marshall Law School

Michael L. Perlin, Esq.
Adjunct Professor of Law, Emory University School of Law
Instructor, Loyola University New Orleans, Department of Criminology and Justice
Professor Emeritus of Law
Founding Director, International Mental Disability Law Reform Project
Co-founder, Mental Disability Law and Policy Associates
New York Law School

Vincent M. Southerland
Executive Director
Center on Race, Inequality, and the Law
Adjunct Professor of Law
New York University School of Law

Robert M. Sanger
Professor of Law and Forensic Science
Santa Barbara & Ventura Colleges of Law

Cynthia Godsoe
Professor of Law
Brooklyn Law School

Caren Morrison
Associate Professor of Law
Georgia State University College of Law
Atlanta, Georgia

Daniel JH Greenwood
Professor of Law
Deane School of Law, Hofstra University

Paula C. Johnson
Professor of Law
Syracuse University College of Law

Michael H. Hoffheimer
Professsor of Law and Jamie L. Whitten Chair of Law and Government
University of Mississippi School of Law

Jenia I. Turner
Professor of Law
Southern Methodist University

Ben Trachtenberg
Associate Professor
University of Missouri School of Law

Catherine Powell
Professor of Law
Fordham Law School

Ruth-Arlene W. Howe
Professor of Law, Emerita
Boston College School of Law

Charisa Kiyô Smith, Esq.
Associate Professor
CUNY School of Law

Dana Alicia Thompson
Clinical Professor of Law
University of Michigan Law School

Mark C. Modak-Truran, J.D., Ph.D.
J. Will Young Professor of Law
Mississippi College School of Law

Professor Irma S. Russell
Edward A. Smith/ Missouri Chair in Law, the Constitution, and Society
University of Missouri-Kansas City School of Law

Nicholas W. Allard
Professor (2012-present)
Former President and Dean
Brooklyn Law School

Sarah E. Ricks
Distinguished Clinical Professor of Law
Rutgers Law School - Camden

Daniel Farber
Sho Sato Professor of Law
Faculty Director, Center for Law, Energy, and Environment
University of California, Berkeley

M. Isabel Medina
Ferris Family Distinguished Professor of Law
Loyola University New Orleans College of Law

Evan Caminker
Dean Emeritus and Branch Rickey Collegiate Professor of Law
University of Michigan Law School

Miguel Schor
Professor of Law & Associate Director of the Drake University Constitutional Law Center

Nina Chernoff
Professor of Law
CUNY School of Law

Rashmi Goel
Associate Professor of Law
University of Denver, Sturm College of Law

Barbara Ann White
Professor of Law and
Director, MSBA-UB Business Law Clerkship Program
University of Baltimore School of Law

Monica Eppinger
Associate Professor
Saint Louis University

Jimmy Gurulé
Professor of Law
Notre Dame Law School

Odeana R. Neal
University of Baltimore School of Law

Gabriel J. Chin
Edward L. Barrett Jr. Chair and Martin Luther King Jr. Professor of Law
University of California, Davis School of Law

Margaret Montoya, J.D.
Professor Emerita of Law
University of New Mexico

Anil Kalhan
Professor of Law
Drexel University Thomas R. Kline School of Law

Rebecca K. Stewart
Associate Professor of Law
Thurgood Marshall School of Law

Anthony Paul Farley,
Peter Rodino Distinguished Visiting Professor
Rutgers Law School - Newark

Sahar Aziz
Professor of Law & Chancellor's Social Justice Scholar
Director, Center for Security, Race and Rights csrr.rutgers.edu
Rutgers University Law School

Jaya Ramji-Nogales
I. Herman Stern Research Professor
Temple University, Beasley School of Law

Amy Widman
Assistant Clinical Professor of Law
Rutgers Law School

Perry Dane
Professor of Law
Rutgers Law School

Maya Manian
Visiting Professor
Howard University School of Law

Amanda Leiter
Professor of Law
American University Washington College of Law

Paula Galowitz
Clinical Professor of Law Emerita
New York University School of Law

Jesse A. Goldner
John D. Valentine Professor Emeritus
Saint Louis University School of Law
St. Louis, MO

Anthony Paul Farley,
Peter Rodino Distinguished Visiting Professor
Rutgers Law School - Newark

Elizabeth Nevins
Clinical Professor of Law
Maurice A. Deane School of Law at Hofstra University

Rick Wilson
Emeritus Professor of Law
American University
Washington College of Law

Prof. Jonathan Askin
Founder/Director, Brooklyn Law Incubator & Policy Clinic
Faculty Chair and Innovation Catalyst, Center for Urban Business Entrepreneurship
Brooklyn Law School

James R. Maxeiner
J.D., LL.M., Ph. D. in Law (Munich)
Associate Director, Center for International and Comparative Law
Associate Professor of Law
University of Baltimore School of Law

Genevieve Byrne
Staff Attorney, Institute for Energy and the Environment
Vermont Law School

Daniel L. Hatcher
Professor of Law
University of Baltimore School of Law

Fred B. Brown
Professor of Law
University of Baltimore

Joseph Pileri
Practitioner in Residence, Community and Economic Development Law Clinic
American University Washington College of Law

David Jaros
Professor of Law
University of Baltimore School of Law

Mark N. Aaronson
Professor of Law Emeritus
Univ. of Calif. Hastings College of the Law

Sonia Gipson Rankin
Assistant Professor of Law
University of New Mexico School of Law

Sam Erman, Professor
USC Gould School of Law

Katy Ramsey
Assistant Professor of Law
University of Memphis School of Law

Janet M. Calvo
Professor of Law
CUNY School of Law

Sarah Helene Duggin
Professor of Law
Director, Compliance, Investigations
& Corporate Responsibility Program
Columbus School of Law
The Catholic University of America

Danaya C. Wright
Clarence J. TeSelle and UF Foundation
Professor of Law
University of Florida, Levin College of Law