# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0-20-CV-61872-AHS

**Judge Raag Singhal**

ALAN DERSHOWITZ,

        Plaintiff,

vs.

CABLE NEWS NETWORK,

        Defendant
_____/

**DECLARATION**

I, Alan Dershowitz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am plaintiff in this civil action.

2. After Virginia Guiffre falsely accused me of immoral conduct at the end of 2014, friends and colleagues of mine established the Alan Dershowitz Defense Trust to defend me in connection with litigation that arose from those false accusations.

3. Most of the contributions to the Guiffre fund were made years ago. To my knowledge, none was made by anyone who held an animus against the Cable News Network ("CNN").

4. Given the scurrilous nature of Guiffre's accusations against me —which have now been withdrawn—and the high media profile of the relationship between Guiffre and the discredited Jeffrey Epstein, contributors to the Guiffre fund were very worried that they would be subject to harassment and threats of harm if they were identified as contributors.

1

5. Accordingly, I promised all contributors to the Guiffre fund that their identities and contributions would not be publicly disclosed.

6. When I commenced the present action against CNN, I asked three contributors to the Guiffre fund whether they would agree to allow their contributions to be used to help defray expenses in the present action. They agreed and their contributions were used for this purpose. In compliance with an order of the Magistrate Judge in this case, and with the consent of those three contributors, I disclosed to CNN the identities of those three contributors and the amounts of their contributions.

7. If the Court ordered the disclosure of the identities of contributors to the Guiffre fund whose contributions have not been used in any way to support the present action, those contributors would be concerned that they could be subject to public disclosure, harassment, and threats of harm. They would also be concerned that they would be subject to investigation and reporting by CNN. Such actions would infringe upon the associational rights of those contributors under the First Amendment.

8. As a case in point, after I disclosed the identify and amounts of contributions that were used to fund this litigation, as ordered by the Magistrate Judge, CNN filed its reply brief in support of its summary judgment motion. In that brief, CNN disclosed the fact that one of the individuals who contributed to this case "has a public dispute with CNN." CNN Reply Brief at note 31. Although the identity of the individual was not disclosed, this reference shows that CNN has begun an investigation of that individual, despite the fact that this information was provided to CNN under the terms of the protective order in this case.

9. The disclosure of the identities of all contributors to the Guiffre fund would result in a cut-off of contributions not only to defray costs in the Guiffre case but also could reduce the support I receive in representing unpopular clients.

10. The disclosure of the identities of all contributors to the Guiffre fund also would violate my protected privacy rights as a resident of Florida under Article I, Section 23 of the Florida Constitution.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2022.

                    */s/ Alan Dershowitz*
                    Alan Dershowitz