UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-SINGHAL/HUNT

ALAN DERSHOWITZ

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

_____/

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO BRING ELECTRONICS INTO COURTHOUSE FOR HEARING ON DECEMBER 16, 2022**

    Plaintiff Alan Dershowitz respectfully moves this Court for permission for his counsel and their law clerk to bring electronic equipment into the courthouse for the summary judgment hearing before United States District Judge Raag Singhal on December 16, 2022 at 1:30 p.m., as set forth in [D.E. 240], and as grounds therefore states as follows:

    1.    The undersigned counsel seeks to bring into Court the following list of electronic equipment for purposes of utilizing such electronic equipment during the scheduled in-person hearing on Defendant's Motion for Summary Judgement on December 16, 2022 at 1:30 p.m.

    2.    Plaintiff requests the entry of an Order allowing his counsel and their law clerk to bring the below specified electronic equipment to the Court on December 16, 2022 for the hearing:

| Owner | Equipment |
|---|---|
| John Williams, counsel of record | Laptop and cellphone |
| Mark Schweikert, counsel of record | Laptop and cellphone |
| Diego Rosette, law clerk | Laptop and cellphone |

3. On December 13, 2022, the undersigned conferred with opposing counsel about this request for relief, who does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court allow Plaintiff's counsel and their law clerk to bring into the courthouse on December 16, 2022 the above referenced technology equipment and grant any additional relief as is just, equitable and proper.

Respectfully submitted,

By: */s/ Mark A. Schweikert*
Mark A. Schweikert (FBN 70555)
mark@schweikertlaw.com
help@schweikertlaw.com (secondary email for service)
**SCHWEIKERT LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452

*and*

John B. Williams (*pro hac vice*)
**WILLIAMS LOPATTO PLLC**
1629 K Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 296-1665
jbwilliams@williamslopatto.com
fnkitton@williamslopatto.com

*Counsel for Plaintiff Alan Dershowitz*

### CERTIFICATE OF SERVICE

I hereby certify that, on December 13, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Mark A. Schweikert*