UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE ON DECEMBER 16, 2022

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Motion for Leave to Bring Electronics into the Courthouse for Hearing on December 16, 2022 (DE [276]). The Court, having considered the Motion, the agreement of the parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Motion (DE [276]) is **GRANTED**. Plaintiff may bring the following electronic equipment into the courthouse on December 16, 2022:

| Owner | Equipment |
|---|---|
| John Williams, counsel of record | iPhone XR and Macbook Air |
| Mark Schweikert, counsel of record | iPhone 14 and Macbook Pro |
| Diego Rosette, law clerk | iPhone 11 and Macbook Air |

**DONE and ORDERED** in Chambers at Fort Lauderdale, Florida, on this 13th day of December 2022.

HONORABLE RAAG SINGHAL
United States District Judge

Copies furnished counsel via CM/ECF
and US Marshal by hand-delivery