UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

### ORDER ON CNN'S UNOPPOSED MOTION TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER CLARIFYING PRIOR ORDER ON DEFENDANT'S MOTION TO COMPEL UNDER SEAL

**THIS CAUSE** came before the Court on CNN's Unopposed Motion to File its Response to Plaintiff's Objections to Magistrate Judge's Order Clarifying Prior Order on Defendant's Motion to Compel (and supporting evidence) (the "Response") under seal (the "Motion") (DE [275]).  The Court, having considered the Motion, the agreement of the parties' and being otherwise duly advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that the Motion (de [275]) is **GRANTED**.  CNN is permitted to file its Response and supporting evidence under seal as well as publicly file a redacted version of such materials in compliance with the Court's Order (DE [34])) within 10 days of such filing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 14th day of December 2022.

_____
RAAG SINGHAL
United States District Judge

Copies furnished counsel via CM/ECF