UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**CABLE NEWS NETWORK, INC.'S NOTICE OF FILING
REDACTED RESPONSE TO PLAINTIFF'S OBJECTIONS TO
MAGISTRATE JUDGE HUNT'S NOVEMBER 28th ORDER**

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), pursuant to this Court's December 14, 2022 Order [DE 278], hereby files a redacted copy of its Response to Plaintiff's Objections to Magistrate Judge Hunt's November 28th Order.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 16th day of December 2022 to Mark A. Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131, John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006, and Neil H. Koslowe, Esq., nkoslowe@potomaclaw.com, Potomac Law Group PLLC, 1300 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004, *Counsel for Plaintiff*.

                                              **GUNSTER, YOAKLEY & STEWART, P.A.**
                                              450 East Las Olas Boulevard, Suite 1400
                                              Fort Lauderdale, Florida 33301
                                              Telephone: (954) 462-2000

By: /s/ Eric C. Edison, Esq.
George S. LeMieux, Esq.
Florida Bar No. 16403
Email: glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*pro hac vice admitted*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 489-8230

*Counsel for Defendant Cable News Network, Inc.*