UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**CABLE NEWS NETWORK, INC.'S NOTICE OF FILING REDACTED
COPY OF DEFENDANT'S REPLY & EXHIBITS TO PLAINTIFF'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), pursuant to this Court's Order [D.E. 209], hereby files reacted copies of its Reply to Plaintiff's Statement of Undisputed Material Facts and Exhibits to same.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 16th day of December 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131; John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006; and Neil H. Koslowe, Esq., nkoslowe@potomaclaw.com, Potomac Law Group, PLLC, 1300 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004, , Counsel for Plaintiff.

                              **GUNSTER, YOAKLEY & STEWART, P.A.**
                              450 East Las Olas Boulevard, Suite 1400
                              Fort Lauderdale, Florida 33301
                              Telephone: (954) 462-2000

>By:  /s/ Eric C. Edison, Esq.
>George S. LeMieux, Esq.
>Florida Bar No. 16403
>Email:  glemieux@gunster.com
>Eric C. Edison, Esq.
>Florida Bar No. 010379
>Email:  eedison@gunster.com
>
>**DAVIS WRIGHT TREMAINE LLP**
>Katherine M. Bolger, Esq.
>(*admitted pro hac vice*)
>Email:  katebolger@dwt.com
>1251 Avenue of the Americas
>New York, NY  10020
>Telephone:  212-489-8230
>
>*Counsel for Defendant, Cable News Network, Inc.*