UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

### CABLE NEWS NETWORK, INC.'S NOTICE OF FILING REDACTED REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant, CABLE NEWS NETWORK, INC. ("CNN"), pursuant to this Court's Order [D.E. 209], hereby files reacted Reply Memorandum in Further Support of Motion for Summary Judgment.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 16th day of December 2022 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131; John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006; and Neil H. Koslowe, Esq., nkoslowe@potomaclaw.com, Potomac Law Group, PLLC, 1300 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004, , Counsel for Plaintiff.

                      **GUNSTER, YOAKLEY & STEWART, P.A.**
                      450 East Las Olas Boulevard, Suite 1400
                      Fort Lauderdale, Florida 33301
                      Telephone: (954) 462-2000

> By: /s/ Eric C. Edison, Esq.
> George S. LeMieux, Esq.
> Florida Bar No. 16403
> Email: glemieux@gunster.com
> Eric C. Edison, Esq.
> Florida Bar No. 010379
> Email: eedison@gunster.com
>
> **DAVIS WRIGHT TREMAINE LLP**
> Katherine M. Bolger, Esq.
> (*admitted pro hac vice*)
> Email: katebolger@dwt.com
> 1251 Avenue of the Americas
> New York, NY 10020
> Telephone: 212-489-8230
>
> *Counsel for Defendant, Cable News Network, Inc.*