UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0-20-CV-61872-AHS

**Judge Raag Singhal**

ALAN DERSHOWITZ,

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.,

        Defendant.
_____/

**PLAINTIFF'S REPLY TO CNN'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE HUNT'S NOVEMBER 28 ORDER**

There are only two arguments in CNN's turgid response to Professor Dershowitz' objections to the Magistrate Judge's Order of November 28, 2022, that warrant a reply. The first is that Professor Dershowitz should have raised his objections in an appeal from the Magistrate Judge's Order of November 10, 2022.[1] The second is that, because the funds contributed to the Alan Dershowitz Legal Defense Trust to help Professor Dershowitz defend himself against the accusations of Victoria Guiffre are "commingled," it follows that "all the individual funders of the Trust are effectively funding this action."[2] Neither has any merit.

    **A. Professor Dershowitz Complied with the Order of November 10**

First, CNN does not and cannot deny that, in Interrogatory No. 7, which is at the heart of the present controversy, CNN asked Professor Dershowitz to "[i]dentify any non-party Person or

---

[1] CNN Response to Plaintiff's Objections to Magistrate Judge Hunt's November 28 Order ("CNN Resp.") 7-9.

[2] *Id*. at 11.

1

entity that has provided or is providing financial support *for this Action* (including but not limited to payment of attorneys' fees and costs) and/or that has a financial interest in the outcome *of this Action*" (emphasis added). That alone puts the lie to CNN's assertion that, "[t]hroughout this dispute, CNN has consistently and repeatedly requested that Plaintiff disclose **all** funders of the Trust (emphasis in the original).[3] It is not "contorted semantics"[4] but the verifiable truth to say that CNN limited the scope of Interrogatory No. 7 to the identity of funders *of this Action.*

Similarly, CNN does not and cannot deny that, in its motion to compel, CNN repeatedly stated that the purpose of its motion was to obtain information about the funding for "*this litigation*" or "*this case*" or "*this lawsuit*."[5] The Magistrate Judge, too, noted in his Order of November 10, 2022, that CNN was "seeking to have Plaintiff supplement his answers as to the individuals funding "*this litigation*" (emphasis added) because information about such individuals might illuminate Professor Dershowitz' motivation in pursuing "*the litigation*" (emphasis added).[6]

Therefore, as a matter of law, the Magistrate Judge was barred from granting relief on CNN's motion to compel that exceeded the scope of Interrogatory No. 7. Professor Dershowitz cited two decisions by this Court and five decisions by other courts across the country that have so held.[7] CNN neither mentions nor attempts to refute any of them. *E.g., Howard v. Hartford Life & Acc. Ins. Co.*, No. 3:10-CV-192-J-34TEM, 2012 WL 3069384, at *7 (M.D. Fla. July 26,

---

[3] CNN Resp. at 11.

[4] *Id*. at 1.

[5] *See id*. at 4.

[6] *See id.* at 5.

[7] Plaintiff's Objections to Magistrate Judge's Order 'Clarifying' Prior Order on Defendant's Motion to Compel ("Pl. Obj.") at 7-8.

2012) (it was "clear error" for magistrate judge to interpret plaintiff's motion to compel to seek documents beyond the scope of those requested in plaintiff's request to produce).

It was in this context that Professor Dershowitz had no problem with the Magistrate Judge's Order of November 10, 2022. The Magistrate Judge ordered him to disclose "[t]he names of any person or entity who donated to the Alan Dershowitz Legal Defense Trust or who otherwise has provided or is providing financial support for this action." Had the Magistrate Judge not inserted the word "*otherwise*" in that sentence, it could have been read to require Professor Dershowitz to disclose both the names of all donors to the Trust and the names of those providing financial support to the present case. However, in the context of the limited scope of Interrogatory No. 7 and the limited scope of CNN's motion to compel, Professor Dershowitz properly understood the Magistrate Judge's insertion of the word "otherwise" to compel him to identify only those who provided financial support for "this action," either via the Alan Dershowitz Legal Defense Trust or "*otherwise*," via some other means. Professor Dershowitz was willing to and did comply with the Magistrate Judge's Order as he reasonably understood it, and he had no basis to appeal it.

However, all that changed with the Magistrate Judge's Order of November 28, 2022. In the guise of "clarifying" his Order of November 10, 2022, the Magistrate Judge in fact amended it by requiring Professor Dershowitz to disclose the identities of all those who contributed to the Trust, regardless of whether those contributions were used for the present case or the Guiffre litigation. In doing so, the Magistrate Judge committed "clear error" not only by granting relief beyond the scope of Interrogatory No. 7, as established in the cases Professor Dershowitz cited, but also by compelling the production of financial information related entirely to another case.

3

Nowhere in its response does CNN cite any authority supporting such a compelled disclosure, and there is none. That is why Professor Dershowitz is appealing the Order of November 28.

Perhaps recognizing that there is no authority for the Magistrate Judge's Order of November 28, CNN characterizes Professor Dershowitz' response to the Magistrate Judge's Order of November 10 as a "violation" of that Order.[8] Coupling that with a false claim that Professor Dershowitz "has persistently dissembled, delayed, and obfuscated,"[9] and in reliance on *Whitesell Corp. v. Electrolux Home Prod., Inc.*, Case CV 103-05, 2019 WL 637776 (S.D. Ga. Feb. 14, 2019) – which it says bears a "striking" similarity to the present case[10] – CNN attempts to classify the Magistrate Judge's Order of November 28 as an appropriate "sanction( )" for Professor Dershowitz' alleged misconduct.[11]

However, as shown above, Professor Dershowitz did not violate the Magistrate Judge's Order of November 10. On the contrary, he fully complied with it as he reasonably understood its requirements.

This case is nothing like *Whitesell*, where defendants moved for and obtained from the district court a sanction under Fed. R. Civ. P. 37 for plaintiff's violation of the court's discovery order. The court in *Whitesell* found that plaintiff "clearly and unequivocally" understood what the court had ordered it to produce in discovery, and plaintiff's failure to comply with that order was "willful" and in "bad faith." *Whitesell*, 2019 WL 637776, at *5. If CNN had anything more than false accusations and overblown rhetoric to show that Professor Dershowitz had violated the

---

[8] CNN Resp. at 1, 6.

[9] *Id*. at 1.

[10] *Id*. at 13.

[11] *Id*. at 13-14.

Magistrate Judge's Order of November 10, it could have and would have moved for sanctions under Fed. R. Civ. P. 37(c)(4). CNN did not do so, and the Magistrate Judge did not designate his Order of November 28 as a sanction under that Rule. That Order is simply wrong, which is why Professor Dershowitz has challenged it.

### B. All the Funders of the Trust Are Not Funding the Present Action

<u>Second</u>, CNN alternatively attempts to defend the Order of November 28 as requiring only the identification of funders of the present action. CNN tries to achieve this feat by claiming that "all the individual funders of the Trust are effectively funding this action."[12] The asserted basis for this claim is that "all the individuals' funds are commingled in the Trust."[13] However, this claim is preposterous.

As Professor Dershowitz has explained in his uncontested Declaration,[14] the Alan Dershowitz Legal Defense Trust was established in 2014 by friends and colleagues of his for the exclusive purpose of helping him defend himself against the false accusations of Victoria Guiffre and the ensuing litigation. Professor Dershowitz promised anonymity to the Trust donors for very good reasons.[15] Those donors obviously could not have known that six years later, in 2020, Professor Dershowitz would file this action against CNN, nor could they possibly have intended to contribute funds to support that future action.

The fact that, after Professor Dershowitz brought this action against CNN, three of the donors to the Trust were asked and agreed to allow their Trust donations to be used to support

---

[12] CNN Resp. at 11.

[13] *Id*.

[14] Exh. A to Pl. Obj., Dershowitz Dec. ¶ 2.

[15] *Id*. at ¶¶ 4-5.

this action has zero effect on the status of the other donors to the Trust who were not asked and did not agree to allow their Trust donations to be used to support this action. There was "commingling" of the funds in the Trust, nor was there any "commingling" of the donors. On the contrary, it as if Professor Dershowitz established two trusts, one for the Guiffre litigation and one of this action. No one plausibly could argue that, if Professor Dershowitz had in fact established two trusts, one for the Giuffre litigation and one for this case, financial information about donors to the Guiffre trust would be relevant and discoverable in this case.

CNN's paranoiac "suspicion" that "Plaintiff's funders have an ulterior motive for this litigation"[16] does not render relevant to this case CNN's request for financial information about donors and donations to the Alan Dershowitz Legal Defense Trust for the Guiffre litigation. Because that information is not relevant to this case, even CNN must acknowledge that the Magistrate Judge's Order of November 28 compelling Professor Dershowitz to provide such information also violates Professor Dershowitz' privacy rights under the Florida Constitution.[17] That Order is clearly erroneous and the Court should vacate it.

---

[16] CNN Resp. at 6.

[17] *See id*. at 15, where CNN acknowledges that, under the Florida Constitution, "the right to privacy in financial information is overcome" only "when that information is relevant" to the case at hand. And contrary to CNN's assertion, Professor Dershowitz made this constitutional argument to the Magistrate Judge in its brief opposing CNN's motion.

Dated: December 20, 2022                    Respectfully submitted,

                                                    */s/ Mark A. Schweikert*
Mark A. Schweikert (FBN 70555)
SCHWEIKERT LAW PLLC
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (305) 999-1906
mark@schweikertlaw.com

John B. Williams (*pro hac vice*)
WILLIAMS LOPATTO PLLC
1629 K Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 296-1665
jbwilliams@williamslopatto.com
fnkitton@williamslopatto.com

Neil H. Koslowe (*pro hac vice*)
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, N.W., Suite 700
Washington D.C. 20004
Tel: (202) 320-8907
nkoslowe@potomaclaw.com

*Counsel for Plaintiff Alan Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

                                                                     */s/ Mark A. Schweikert*