UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

vs.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

**NOTICE OF FILING REDACTED COPIES OF
PLAINTIFF'S SUMMARY JUDGMENT EVIDENCE**

Pursuant to the Court's Order (ECF No. 209), Plaintiff hereby files redacted copies of the following exhibits cited in his Response and Counter Statement to Defendant's Statement of Undisputed Material Facts (ECF No. 253):

| Plaintiff's Exhibit | Description of Exhibit | Sealed Docket Entry |
|---|---|---|
| A | 1/29/20 Email from Sam Fossum to CNN Political Plus | 253-1 |
| B | Declaration of Alan Dershowitz | 253-2 |
| C | 1/29/20 Email from Meredith Richards regarding 4:30 p.m. meeting with Jeff Zucker | 253-3 |
| D | 1/29/20 Emails between Jeff Zucker and Gloria Borger regarding Dershowitz | 253-4 |
| E | 1/29/20 Email from Amanda Wills regarding 4:30 p.m. meeting with Jeff Zucker | 253-5 |
| F | 1/29/20 Email from Pat Wiedenkeller to Paul Begala | 253-6 |
| G | 1/29/20 Email from Jennifer Griffiths regarding "Full Circle Research / Impeachment trial latest" | 253-7 |
| H | 1/29/20 Email from Paulina Gigante regarding "ANCHOR ASSIGNMENTS AND LATEST ANGLES" | 253-8 |
| I | Screenshots from CNN's CMS system | 253-9 |
| J | 1/29/20 Slack messages channel regarding video programming | 253-10 |
| K | Contributor Agreement between CNN and Paul Begala | 253-11 |
| L | 1/29/20 Email from Paul Begala to Pat Wiedenkeller with draft commentary | 253-12 |

| | | |
|---|---|---|
| M | 1/29/20 Email chain regarding Paul Begala's draft commentary | 253-13 |
| N | 1/29/20 Email from Pat Wiedenkeller to Paul Begala | 253-14 |
| O | 1/29/20 Email chain regarding Paul Begala's draft commentary | 253-15 |
| P | 1/29/20 Email from Pat Wiedenkeller to Paul Begala | 253-16 |
| Q | 1/29/20 Slack messages between Brett Harman and Maryam Mohamed | 253-17 |
| R | Contributor's Agreement between CNN and Joe Lockhart | 253-18 |
| S | 1/29/20 Email from Katie Carver regarding Joe Lockhart's tweets | 253-19 |
| T | Employment Agreement between CNN and Anderson Cooper | 253-20 |
| U | 1/29/20 Email chain with Chuck Hadad regarding Full Circle | 253-21 |
| V | 1/29/20 Email from John Berman to Melanie Moffitt regarding "Dersh-o-nuts" | 253-22 |
| W | Online professional biography of Katherine M. Bolger, Esq. | 253-23 |
| X | Employment Agreement between CNN and John Berman | 253-24 |
| Y | 2/3/20 Emails to Dershowitz regarding CNN | 253-25 |
| Z | Compilation of press regarding Dershowitz with hyperlinks to pieces | 253-26 |
| AA | Compilation of Twitter tweets regarding Dershowitz | 253-27 |
| BB | Society of Professional Journalists Code of Ethics | 253-28 |
| CC | Contributor's Agreement between CNN and Anne Milgram | 253-29 |
| DD | 1/29/20 3:00 p.m. Article by Nikki Carvajal regarding Dershowitz | 253-30 |

Respectfully submitted,

By: /s/ Mark A. Schweikert
Mark A. Schweikert (FBN 70555)
mark@schweikertlaw.com
**SCHWEIKERT LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452

and

John B. Williams (*pro hac vice*)
jbwilliams@williamslopatto.com
**WILLIAMS LOPATTO PLLC**
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Office: (202) 296-1665

and

Neil H. Koslowe (*pro hac vice*)

2

**POTOMAC LAW GROUP, PLLC**
1300 Pennsylvania Avenue, N.W., Suite 700
Washington D.C. 20004
Tel: (202) 320-8907
nkoslowe@potomaclaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 10, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Mark A. Schweikert*