# EXHIBIT T

# HIGHLY CONFIDENTIAL-RESTRICTED MATERIAL