UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0-20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**CABLE NEWS NETWORK, INC.'S NOTICE OF FILING CORRECTED AND
UNSEALED DOCUMENTS IN SUPPORT OF ITS
<u>DAUBERT MOTION [DE 211 / DE 236]</u>**

Defendant, Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby files (1) redacted copies of supporting evidence relied upon it in its Daubert motion [DE 211 / DE 236] where page numbers had been inadvertently excluded and (2) copies of supporting evidence relied upon it in its Daubert motion that had been previously filed under seal but now, with Plaintiff's permission, may be filed on the public docket.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 31st day of January 2023 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131, and John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006, *Counsel for Plaintiff*.

                                              **GUNSTER, YOAKLEY & STEWART, P.A.**
                                              450 East Las Olas Boulevard, Suite 1400
                                               Fort Lauderdale, Florida 33301

Telephone: (954) 462-2000

By: /s/ Eric C. Edison, Esq.
George S. LeMieux, Esq.
Florida Bar No. 16403
Email:  glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email:  eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*pro hac vice admitted*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-489-8230

*Counsel for Defendant Cable News Network, Inc.*