# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
- - - - - - - - - - - - - - - - - - - - - - - -x
ALAN DERSHOWITZ,

                          Plaintiff,


                          Index No.:
                          0:20-CV-61872-AHS


               -against-



CABLE NEWS NETWORK, INC.,



                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - -x

     VIDEO-RECORDED IN-PERSON REALTIME DEPOSITION

                       OF

                 ALAN DERSHOWITZ

       TAKEN ON:  September 13, 2022

- - - - - - - - - - -- - - - - - - - - - - - - -x

Alan Dershowitz
September 13, 2022

1

2                                I N D E X

3       WITNESS                 EXAMINATION BY         PAGE

4       ALAN DERSHOWITZ    MS. BOLGER                   26

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alan Dershowitz
September 13, 2022

```
 1

 2                MARKED FOR IDENTIFICATION

 3    EXHIBIT           DESCRIPTION            PAGE

 4    Exhibit 1         Dershowitz              58

 5                      Deposition in Boies

 6                      versus Dershowitz,

 7                      January 5, 2022,

 8

 9    Exhibit 2         Continued Dershowitz    61

10                      Deposition in Boies

11                      versus Dershowitz,

12                      January 7, 2022,

13

14    Exhibit 3         Continued Dershowitz    62

15                      Deposition in Boies

16                      versus Dershowitz,

17                      January 10, 2022,

18

19    Exhibit 4         Dershowitz Email,       69

20                      92nd Street Y,

21                      November 6, 2019,

22

23

24

25
```

Alan Dershowitz
September 13, 2022

```
 1
 2                  MARKED FOR IDENTIFICATION
 3     EXHIBIT            DESCRIPTION            PAGE
 4     Exhibit 5          Colgate Maroon News,     76
 5                        November 1, 2018,
 6
 7     Exhibit 6          Email Exchange with      80
 8                        Bernard Beck, Bates
 9                        number 3606,
10                        December 4, 2019,
11
12     Exhibit 7          "U.S. News: Epstein      83
13                        Case," The Wall
14                        Street Journal,
15                        July 19, 2019,
16
17     Exhibit 8          "Alan Dershowitz:        89
18                        Devil's Advocate,"
19                        The New Yorker,
20                        July 29, 2019,
21
22
23
24
25
```

Alan Dershowitz
September 13, 2022

```
1
2                    MARKED FOR IDENTIFICATION
3       EXHIBIT           DESCRIPTION              PAGE
4       Exhibit 9         Danny Grossman Email      90
5                         exchange, Bates
6                         number 54118 ,
7                         June 5, 2020,
8
9       Exhibit 10        Dershowitz emails,        95
10                        Curated Collection
11
12      Exhibit 11        Hal Miller-Jacobs        103
13                        Email exchange with
14                        attachment, Bates
15                        number 59098,
16
17      Exhibit 12        Dershowitz Email         133
18                        Record of Tweets and
19                        Op Eds in Defense of
20                        Donald Trump with
21                        attachments, Bates
22                        number 12704
23
24
25
```

Alan Dershowitz
September 13, 2022

```
 1

 2                     MARKED FOR IDENTIFICATION

 3      EXHIBIT             DESCRIPTION              PAGE

 4      Exhibit 13         Adam Bellow Email to     137

 5                         Dershowitz, Bates

 6                         number 17748

 7

 8      Exhibit 14         "HLS Prof," article,     145

 9                         The Crimson,

10                         January 26, 2018,

11

12      Exhibit 15         "What Happened to        149

13                         Alan?" article,

14                         Politico, May 11,

15                         2018,

16

17      Exhibit 16         "Yet Another Book,"      161

18                         article, The New

19                         York Times, July 8,

20                         2018,

21

22

23

24

25
```

Alan Dershowitz
September 13, 2022

```
 1
 2                   MARKED FOR IDENTIFICATION
 3     EXHIBIT              DESCRIPTION              PAGE
 4     Exhibit 17           "Reversal of            165
 5                          Reputation,"
 6                          article, Justia,
 7                          "Verdict" law blog,
 8
 9     Exhibit 18           Composite Dershowitz     171
10                          emails, Bates number
11                          23383
12
13     Exhibit 19           Emails from              178
14                          acquaintances
15
16     Exhibit 20           "Alan Dershowitz's       191
17                          New Reality"
18                          article, The
19                          Washington Post,
20
21
22
23
24
25
```

Alan Dershowitz
September 13, 2022

```
 1

 2                MARKED FOR IDENTIFICATION

 3     EXHIBIT           DESCRIPTION              PAGE

 4     Exhibit 21        "Maxine Waters,"         195

 5                       article by Alan

 6                       Dershowitz, The

 7                       Hill, June 27, 2018,

 8

 9     Exhibit 22        "Alan Dershowitz         201

10                       says," article,

11                       July 3, 2018,

12

13     Exhibit 23        "Alan Dershowitz is      203

14                       Enjoying," article

15                       by Jeremy Peters,

16                       the New York Times,

17                       July 7, 2018,

18

19     Exhibit 24        "The Vineyard            207

20                       Gives," article, The

21                       Boston Globe,

22                       July 4, 2018,

23

24

25
```

Alan Dershowitz
September 13, 2022

```
 1
 2                 MARKED FOR IDENTIFICATION
 3    EXHIBIT              DESCRIPTION              PAGE
 4    Exhibit 25          Dershowitz,              214
 5                        Negraponte, Teller
 6                        Email chain, 2018
 7
 8    Exhibit 26          Dershowitz and David     227
 9                        Email chain
10
11    Exhibit 27          Dershowitz and Ashe      233
12                        Email chain
13
14    Exhibit 28          Dershowitz,              256
15                        Patterson
16                        Correspondence
17
18    Exhibit 29          Dershowitz, Beck         278
19                        Email chain
20
21    Exhibit 30          Dershowitz, Theise       282
22                        Email chain,  Bates
23                        number 60639
24
25
```

Alan Dershowitz
September 13, 2022

```
 1

 2                 MARKED FOR IDENTIFICATION

 3    EXHIBIT            DESCRIPTION            PAGE

 4    Exhibit 31         Dershowitz, Fialkow    286

 5                       Email chain, Bates

 6                       number 58027,

 7                       July 24, 2018,

 8

 9    Exhibit 32         Price of Principle,    297

10                       excerpt, Alan

11                       Dershowitz

12

13    Exhibit 33         "Alan Dershowitz's     303

14                       Martha's," article,

15                       The New Yorker,

16                       Isaac Chotiner,

17                       July 19, 2022,

18

19    Exhibit 34         "The Ugliest Part,"    324

20                       Email, Bloomberg

21                       Opinion, by Jonathan

22                       Bernstein,

23                       January 29, 2020,

24

25
```

Alan Dershowitz
September 13, 2022

```
 1

 2                    MARKED FOR IDENTIFICATION

 3     EXHIBIT             DESCRIPTION            PAGE

 4     Exhibit 35         "Don't Be Confused,"    332

 5                        article by Nikolas

 6                        Bowie, The New York

 7                        Times, January 27,

 8                        2020,

 9

10     Exhibit 36         "Madison, Hamilton,     336

11                        Dershowitz,"

12                        analysis by Fred

13                        Barbash, The

14                        Washington Post,

15                        January 29, 2020,

16

17     Exhibit 37         "The Senate Should      343

18                        Reject," opinion, by

19                        Jonathan Turley, The

20                        Hill, January 22,

21                        2020,

22

23

24

25
```

Alan Dershowitz
September 13, 2022

```
 1

 2                 MARKED FOR IDENTIFICATION

 3      EXHIBIT            DESCRIPTION            PAGE

 4      Exhibit 38        Composite of Emails    351

 5                        to Dershowitz

 6                        between Senate

 7                        appearances

 8

 9      Exhibit 39        "21 Hours with,"       361

10                        article by Tom

11                        Chiarella, Esquire,

12                        January 29, 2020,

13

14      Exhibit 40        Dershowitz Emails re   373

15                        Pat on Pompeo's Back

16

17      Exhibit 41        Defending the          394

18                        Constitution, by

19                        Alan Dershowitz

20

21      Exhibit 42        Tweets re Dershowitz   413

22                        Second Impeachment

23                        Appearance

24

25
```

Alan Dershowitz
September 13, 2022

```
1
2                  MARKED FOR IDENTIFICATION
3      EXHIBIT              DESCRIPTION            PAGE
4      Exhibit 43          Articles published     425
5                          before CNN
6                          commentary
7
8      Exhibit 44          Email Exchanges        447
9                          after Dershowitz's
10                         second impeachment
11                         appearance before
12                         CNN reporting
13
14     Exhibit 45          Legal Expert           449
15                         critiques of
16                         Dershowitz
17                         impeachment argument
18
19     Exhibit 46          an email chain         482
20
21     Exhibit 47          Dershowitz, Blitzer    491
22                         Email chain, Bates
23                         number 1065
24
25
```

Alan Dershowitz
September 13, 2022

```
 1
 2                  MARKED FOR IDENTIFICATION
 3    EXHIBIT             DESCRIPTION              PAGE
 4    Exhibit 48          Dershowitz, Lamb          497
 5                        Email chain, Bates
 6                        number 60336,
 7                        January 31, 2020,
 8
 9    Exhibit 49          Email re Dershowitz       502
10                        February 12, 2021
11                        CNN appearance,
12                        Bates number 45495
13
14    Exhibit 50          "Dershowitz: I'm          507
15                        Thinking," article,
16                        Newsmax, March 10,
17                        2020,
18
19    Exhibit 51          Dershowitz, Chris         519
20                        Cuomo Email chain
21
22
23
24
25
```

Alan Dershowitz
September 13, 2022

```
 1

 2              MARKED FOR IDENTIFICATION

 3     EXHIBIT            DESCRIPTION            PAGE

 4     Exhibit 52        Emails to Dershowitz    535

 5                       rejecting his

 6                       criticism of CNN's

 7                       reporting

 8

 9     Exhibit 53        Email to Dershowitz     537

10                       re "Why CNN Misled,"

11                       Op Ed, by

12                       Dershowitz,

13                       January 29, 2020,

14

15     Exhibit 54        2017 Federal Tax        546

16                       Return, Dershowitz

17                       and Cohen

18

19     Exhibit 55        2017 Federal Tax        547

20                       Returns, Alan

21                       Dershowitz

22                       Consulting Company

23

24

25
```

Alan Dershowitz
September 13, 2022

```
 1

 2                    MARKED FOR IDENTIFICATION

 3      EXHIBIT              DESCRIPTION              PAGE

 4      Exhibit 56          2018 Federal Tax         549

 5                          Return Dershowitz

 6

 7      Exhibit 57          2018 Federal Tax         551

 8                          Returns for Alan

 9                          Dershowitz

10                          Consulting

11

12      Exhibit 58          2019 Federal Tax         554

13                          Return for Alan

14                          Dershowitz and

15                          Carolyn Cohen

16

17      Exhibit 59          2019 Federal Tax         555

18                          Return for Alan

19                          Dershowitz

20                          Consulting

21                          Corporation

22

23

24

25
```

Alan Dershowitz
September 13, 2022

```
 1                MARKED FOR IDENTIFICATION

 2      EXHIBIT              DESCRIPTION            PAGE

 3      Exhibit 60          2020 Federal Tax Return    556

 4                          for Alan Dershowitz and

 5                          Carolyn Cohen

 6      Exhibit 61          2020 Federal Tax Return    556

 7                          for Alan Dershowitz

 8                          Consulting Corp.

 9      Exhibit 62          email bearing the          558

10                          Bates number 58984

11

12      Exhibit 63          Shubauer Email to          566

13                          Dershowitz, Bates

14                          number 60080

15

16      Exhibit 64          Dershowitz, Zweibel        569

17                          Email chain, Bates

18                          number 23384

19

20      Exhibit 65          Carolyn Cohen Email        572

21                          to Dershowitz,

22                          January 17, 2021,

23

24

25
```

Alan Dershowitz
September 13, 2022

```
 1

 2                    MARKED FOR IDENTIFICATION

 3      EXHIBIT            DESCRIPTION            PAGE

 4      Exhibit 66        Carolyn Cohen Email    574

 5                        to Dershowitz, Bates

 6                        number 23994,

 7                        January 17, 2020

 8

 9      Exhibit 67        Cohen Email to         576

10                        Dershowitz, Bates

11                        number 26097,

12                        January 25, 2020

13

14      Exhibit 68        Family Email, Bates    577

15                        number 125040

16

17      Exhibit 69        Jamin Dershowitz       583

18                        Email to Alan

19                        Dershowitz, Bates

20                        number 26564

21

22      Exhibit 70        Police report Miami    587

23                        Beach

24

25
```

Alan Dershowitz
September 13, 2022

```
1

2                    REQUESTS FOR PRODUCTION

3
       DESCRIPTION                   PAGE
4
       Emails with Mr. Beck..        280
5
       Dershowitz letter...          305
6
       2021 Individual and S corp... 556
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Alan Dershowitz
September 13, 2022

1

2    ***************************************************

3    VIDEO-RECORDED  IN-PERSON  REALTIME  DEPOSITION    of

4    ALAN DERSHOWITZ, held   on   September   13,   2022,   at

5    9:45 a.m.,   at   Davis,   Wright   and   Tremaine,   LLP,

6    1251 Avenue of the Americas, 21st Floor,   New   York,

7    New York 10019, was reported by   AMBRIA   IANAZZI,   a

8    Registered    Professional    Reporter,    Certified

9    Realtime  Reporter,    and    Certified    Shorthand

10   Reporter.

11   ***************************************************

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alan Dershowitz
September 13, 2022

```
 1              A P P E A R A N C E S:

 2       SCHWEIKERT LAW PLLC
              Attorneys for Plaintiff
 3            1111 Brickell Avenue, Suite 1550
              Miami, Florida 33131
 4
          BY:  MARK SCHWEIKERT, ESQ.
 5

 6

 7       DAVIS WRIGHT TREMAINE, LLP
              Attorneys for Defendant
 8            1251 Avenue of the Americas
              New York, New York 10019-6708
 9

10       BY:  KATHERINE M. BOLGER, ESQ.

11            HILARY ORAN, ESQ.
              katebolger@dwt.com
12            hilaryoran@dwt.com

13

14

15

16

17   ALSO PRESENT:

18   DEBBIE O'TOOLE, Videographer

19   DANA NOLAN, ESQ., in-house counsel @ CNN

20

21

22

23

24

25
```

Alan Dershowitz
September 13, 2022

1

2                          - o 0 o -

3

4              A L A N   D E R S H O W I T Z,

5          having been first duly sworn by a Notary

6     Public of the State of New York was examined and

7                     testified herein:

8

9                          - o 0 o -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alan Dershowitz
September 13, 2022

```
 1

 2                  THE VIDEOGRAPHER:  We are on

 3          the record at 10:01 a.m. on

 4          September 13th, 2022.  Audio and video

 5          recording will continue to take place

 6          until all parties agree go off the

 7          record.  Please note that microphones

 8          are sensitive and may pick up

 9          whispering and private conversations.

10                  This is the video-recorded

11          proceeding of Alan Dershowitz taken by

12          Counsel for the Defendant, in the

13          matter of Dershowitz versus Cable News

14          Network, Inc., filed in the U.S.

15          Southern District of Florida, Case

16          Number 020CV61872.  This proceeding is

17          being held at Davis Wright Tremaine,

18          LLP, located at 1251 Sixth Avenue, New

19          York, New York.

20                  My name is Debbie O'Toole.

21          I'm the videographer on behalf of U.S.

22          Legal Support, located at

23          16825 North Chase Drive, Suite 900,

24          Houston, Texas 77060.

25                  I'm not related to any party
```

Alan Dershowitz
September 13, 2022

```
1
2        in this action, nor am I financially
3        interested in the outcome.  The court
4        reporter is Ambria Ianazzi on behalf of
5        U.S. Legal Support.
6                    Counsel will state their
7        appearances for the record, after
8        which, the court reporter will swear in
9        the Witness.
10                    MR. SCHWEIKERT:  Mark
11       Schweikert for Plaintiff, Alan
12       Dershowitz.
13                    MS. BOLGER:  Katherine Bolger
14       from Davis, Wright and Tremain on
15       behalf of CNN.  With me today is
16       Hillary Oran and Dana Nolan from CNN.
17                    THE COURT REPORTER:  Can I
18       have your first -- Your first and last
19       name?
20                    THE WITNESS:  Alan, A-L-A-N;
21       Dershowitz, D-E-R-S-H-R-O-W-I-T-Z.
22                    THE COURT REPORTER:  And your
23       address?
24                    MR. SCHWEIKERT:  Can we do
25       that off the record?  Is that all
```

Alan Dershowitz
September 13, 2022

1

2          right?

3                    THE WITNESS:  14th Street in

4          Miami Beach, but I don't have the

5          exact -- Ocean Drive in Miami Beach.

6          I'll give you the exact address.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2   EXAMINATION BY

 3   MS. BOLGER:

 4            Q.    Mr. Dershowitz, we've met.

 5       My name Kate Bolger, and I'm here to

 6       ask you some questions about this

 7       litigation.

 8            A.    Sure.

 9            Q.    You've been deposed before,

10       correct?

11            A.    Yes.

12            Q.    Pretty recently, in fact,

13       right?

14            A.    Yes.

15            Q.    You were recently deposed

16       in the Boies versus Dershowitz matter,

17       right?

18            A.    No.

19            Q.    You have not been deposed

20       in that matter?

21            A.    No.  Recently.

22            Q.    Sorry, have you been

23       deposed in that?

24            A.    I was deposed a long time

25       ago.  I was recently deposed in the
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        Giuffre matter.

 3              Q.    Okay.

 4              A.    Yeah.

 5              Q.    I'll get to that one.

 6        Sorry, I'll ask you again.

 7                    You were deposed in the

 8        Boies versus Dershowitz matter, and

 9        still going, right?  That --

10              A.    That's still going, yeah.

11              Q.    Okay.

12                    You've already been deposed

13        nine times in that case?

14              A.    I don't remember.

15              Q.    Why has that gone on so

16        long?

17              A.    I don't know.

18              Q.    Okay.

19                    And you were recently

20        deposed in the Giuffre case?

21              A.    That's right.

22              Q.    And when was that?

23              A.    I think last week,

24        Wednesday and Thursday.

25              Q.    And is that deposition
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2      complete?

 3              A.    Say that again.  I can't

 4      hear you.

 5              Q.    Is that deposition

 6      complete?

 7              A.    It is, subject to recall.

 8              Q.    And you were also deposed

 9      the Edwards case, right?

10              A.    Yeah.  A long time ago,

11      yeah.

12              Q.    And is that deposition

13      complete?

14              A.    That case is been resolved,

15      and that deposition is complete.

16              Q.    Okay.

17                    And you understand, of the

18      course, that a deposition is under

19      oath, right?

20              A.    Of course.

21              Q.    And that you have to

22      testify truthfully, right?

23              A.    I will always testify

24      truthfully.

25              Q.    And you testified
```

Alan Dershowitz
September 13, 2022

```
1                     A. DERSHOWITZ

2          truthfully in those depositions, right?

3               A.    Of course.

4               Q.    And you'll testify

5          truthfully today?

6               A.    I will.

7               Q.    Okay.

8                    MR. SCHWEIKERT:  Are you

9          picking him up?  He's speaking a little

10         softly.

11                   MS. BOLGER:

12              Q.    Did you do anything to

13         prepare for today's deposition?

14              A.    Yes.

15              Q.    What did you do?

16              A.    I read my speech in front

17         of the United States Senate, and my

18         answer to the first question two days

19         later.

20              Q.    Anything else?

21              A.    No -- I spoke to my lawyer.

22              Q.    Okay.

23                    About how long did you

24         speak to your lawyer?

25              A.    Well, we spoke yesterday
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          for maybe 15 minutes and then this
 3          morning maybe 20 minutes or
 4          thereabouts.
 5               Q.    Okay.
 6                    Did you review any
 7          documents other than your speech and
 8          your answer to Mr. Cruz's question?
 9               A.    No.
10               Q.    Okay.
11                    You have attended every
12          deposition in this case, right?
13               A.    Have I attended every
14          deposition in this case?  I've attended
15          parts of them, not all of them.  I had
16          to leave during some of them.  I think
17          I attended parts of every one.  I'm not
18          positive.  I remember the on-camera
19          people and the guests.  I don't think I
20          attended the technical person's
21          deposition, but I'm not sure.  I may
22          have just popped in for a minute, yeah.
23               Q.    Okay.
24                    And I discovered, and your
25          family has testified, that you were a
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         frequent sender of emails, correct?

 3              A.    I only started sending

 4         emails years after it began.  I'm not a

 5         technical person, but now I send emails

 6         and sometimes texts, yeah.

 7              Q.    Okay.  And the emails --

 8                    You use two different email

 9         addresses, right?

10         Dershowitz.law.Harvard.edu is one of

11         your email addresses.

12              A.    That's right.

13              Q.    And your other one is

14         AlanDersh@gmail.com?

15              A.    That's correct.

16              Q.    Do you use that --

17                    And do you have a system

18         between which email you use?

19              A.    I should.  And I do now a

20         little bit, but I didn't back in the

21         day.  I would -- I wouldn't even know

22         which one was being used.  Whichever

23         one popped up, I never noticed that.

24                    And then when my emails got

25         subpoenaed, I was warned by my lawyers:
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         Please, please, please, be careful to
 3         separate the two, so I did.  I try to,
 4         but I don't do it well.
 5              Q.    Okay.
 6                    Is it generally your
 7         practice to be truthful when you write
 8         emails?
 9              MR. SCHWEIKERT:  Form.
10              THE WITNESS:
11         A.    It's generally my practice
12         to be truthful in every aspect of my
13         life.
14              MS. BOLGER:
15         Q.    Including emails?
16         A.    Of course, including
17         emails.
18         Q.    How about your books?
19         A.    Yes.  I mean, I pride
20         myself on being accurate in my books.
21         I've written 50 of them, and I don't
22         recall any reviews pointing out -- I
23         mean, people have disagreed, but I
24         don't think they've pointed out
25         deliberate inaccuracies.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2           Q.    How are you damaged by the
 3      publication of the allegedly defamatory
 4      statements by CNN that we're all here
 5      for today?
 6           A.    Okay.  Now, I have to
 7      answer that quite extensively.  So I
 8      hope you'll --
 9           Q.    I'm hoping you will --
10           A.     -- understand that.  Yeah.
11                I've been a controversial
12      person all my life.  I've always --
13      I've never been in the mainstream of
14      academia.  I've always been highly
15      regarded as a descender and somebody
16      who has -- speaks his own mind.
17                I've been much criticized
18      for my points of view, but never before
19      in my life have I been characterized as
20      somebody who is like Hitler and
21      Mussolini and Stalin.  Never before
22      have I been called essentially insane.
23                Never before has my ability
24      to reason and think been questioned.
25      So more than anything in my life, the
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2        CNN defamation has turned me from a
3        respected, though controversial, figure
4        into somebody who is no longer
5        respected and no longer regarded as
6        somebody who should be interviewed by
7        mainstream media, should be invited to
8        speak in academic sessions.  It's
9        transformed my life dramatically.
10
11
12
13
14
15
16
17
18
19                    I could go on and on and
20        on.  Maybe it would be better if you
21        asked specific question, but that's the
22        general outline as to how I've been
23        damaged.
24                    I've also been damaged
25        financially.  I have fewer clients than
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2          I had before, and they tend to come

 3          from a particular political and

 4          ideological place, a place that I don't

 5          share.  But I've had many fewer cases

 6          offered me and many fewer --

 7                   I've also sold fewer books

 8          as the result of not getting reviewed,

 9          essentially because of the status that

10          CNN put me in, as a -- somebody not to

11          be taken seriously, somebody who should

12          be totally disregarded, because my

13          views are -- are insane.

14                   And the views that were

15          attributed to me by CNN are, in fact,

16          insane.  Everything said about what is

17          claimed I said on CNN is -- is within

18          the limits -- not the Hitler, Stalin,

19          Mussolini -- but -- but within limits,

20          correct.

21                   The only problem, and an

22          enormous big problem, is I said exactly

23          the opposite, and CNN willfully,

24          deliberately, maliciously distorted

25          everything I said to turn it around and
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2              make me say exactly the opposite of

 3              what I wrote, said, believed and stated

 4              on the floor of the senate.

 5                      Q.   Okay.

 6                           Veered off my question a

 7              little bit at the end, but I understand

 8              that.  I want to talk again about your

 9              damages.

10                      A.   How did I veer off?

11                      Q.   You talked about what CNN

12              did.  But let's talk about -- You

13              said -- You just said you were damaged

14              financially?

15                      A.   Yes.

16                      Q.   In this litigation your

17              attorney has repeatedly taken the

18              position that you were not damaged

19              financially and financial damages were

20              not at issue.

21                           And as a consequence, we

22              didn't get a whole bunch of discovery

23              that we otherwise would have gotten.

24                      A.   You're mistaken.  My

25              lawyers have never said I wasn't
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2      damaged financially.  They've dropped

 3      the claim against CNN of financial

 4      damage.  But I don't think my lawyers

 5      would know whether I was damaged

 6      financially.

 7              I have been damaged

 8      financially.  I'm not seeking

 9      compensation for that, but I have been

10      damaged financially.

11          Q.    Okay.

12          A.    I've sworn to tell the

13      truth, the whole truth and nothing but

14      the truth, so I have to add things that

15      are not necessarily within the

16      pleadings because you didn't ask me

17      about the pleadings.  You asked me

18      about the damages.  And I took it that

19      you didn't ask it in a technical term.

20      You asked in a broader term.

21          Q.    I want to make sure

22      technically, you are not seeking

23      damages for alleged financial harm in

24      this litigation, correct?

25          A.    That's my understanding
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2         from my lawyers, yeah.

 3              Q.    Okay.

 4              A.    Oh, let me be very clear

 5         about that.  Could you ask the --

 6         repeat the question again.  I think I

 7         may have misheard it.

 8              Q.    Yes.

 9              A.    Okay.

10              Q.    You are not seeking

11         financial damages for CNN's

12         defamation -- alleged defamation?

13              MR. SCHWEIKERT:  Objection to

14         form.

15              THE WITNESS:

16              A.    That's a -- That's a legal

17         question.  I am seeking damages, and I

18         am seeking monetary damages, but I'm

19         not -- I'm not seeking damages for loss

20         of earnings or income -- I think is the

21         fairest way to put it.

22              MS. BOLGER:

23              Q.    I think that's different

24         from what your lawyers have represented

25         to the Court, but I do not think you
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ
 2      and I need to fight about that now?
 3            A.    Sure.
 4            Q.    So I will move on.
 5                  Other than the damages
 6      we've just discussed, are there any
 7      other damages that you have suffered as
 8      a result of CNN's alleged defamatory
 9      statements?
10            A.    Yes.  I suffered
11      psychological damages.  Having gone
12      through my whole life as a highly
13      respected person, widely admired,
14      somebody who has been offered
15      incredibly prestigious opportunities,
16      to be called Stalin, Hitler, and
17      Mussolini --
18                  Particularly coming from
19      the Jewish background that I come from,
20      I have fought all my life against
21      Hitler and Mussolini and Stalin.  The
22      three of them were virulent antisemites
23      who were responsible for the murder of
24      millions of Jews.
25                  So to be compared to
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ
2         Hitler, Mussolini and Stalin affected
3         my psyche deeply, caused me to lose
4         sleep, caused me physical damage.
5                   Now, you can't ever
6         attribute physical harms to -- It's
7         rare that you can attribute physical
8         harms to one specific event, but I
9         believe that the CNN defamation
10        contributed significantly to the health
11        problems that I've experienced since
12        that happened.
13             Q.    Okay.
14                   Anything else?
15             A.    I'm sure there are many
16        more things.  You know, it damaged me
17        in ways that are subtle and hard to
18        talk about.  It changed my life.  The
19        trajectory of my life, from positive to
20        negative, and that incorporates all
21        aspects of my life -- from the most
22        personal, to people walking up to me in
23        the street and spiting at me or saying
24        they won't go into a restaurant that
25        I'm at.  Or my wife working out in a
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2        gym, and somebody walking into the gym
 3        and saying, Oh my God, that's Alan
 4        Dershowitz's wife.  I can't be in the
 5        same room she is, and walking out.  To
 6        my children being horribly affected
 7        among their peers and in their job
 8        opportunities and other things.
 9                 So it's -- It's hard to
10        imagine that anything about my life
11        hasn't changed for the worse as the
12        result of the CNN deliberate, malicious
13        defamation and turning around
14        everything I said and making it exactly
15        the opposite of everything I believed
16        in all my life and everything I've said
17        all my life.
18                 Never once in my life --
19        hold my hand up -- Never once in my
20        life did I ever say, suggestion, or
21        imply that a president could commit
22        crimes, and do anything that he
23        wanted -- including criminal conduct --
24        and not be impeached.  I never, ever,
25        said that in my life.  I don't believe
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         it.  It's wrong.  I've said exactly the
 3         opposite.  And by CNN by putting it
 4         into my mouth, destroyed my -- my
 5         career in many ways.  It hurt me
 6         psychologically, emotionally and
 7         physically and in every other way.
 8              Q.    Okay.
 9                    Has anyone over told you
10         that their opinion of you changed
11         because of the CNN statements?
12              A.    Oh, of course.
13              Q.    Who?
14              A.    My wife, initially.  My
15         children.  Many, many, many friends.
16         People on the street.
17              Q.    Who?
18              A.    I don't know -- People come
19         up to me.  People came up to me on the
20         street today, this morning.  People
21         came up to me in the building today,
22         this morning.  People constantly come
23         up to me.  I'm a very recognizable face
24         and --
25              Q.    And they said, My opinion
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2      of you changed because of what CNN
 3      said?
 4           A.    Many times.
 5           Q.    Today.  The people on the
 6      street today?
 7           A.    No.
 8           Q.    Okay.
 9                 Who -- Who has said it to
10      you?
11           A.    People walking with me on
12      the street.  People who -- you know.
13                 The important thing, of
14      course, is that when people have
15      opinions that have changed for the
16      negative, they don't tell you that.
17      They just act that way.  They just
18      don't call you.  They don't hire you.
19      They don't ask you to speak.
20                 It's very rare that
21      somebody will call you on the phone and
22      say, As the result of CNN, I won't have
23      you do this.  But the chronology is
24      clear enough.  People have told me
25      about that.  That it's just so
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        self-evident to me that CNN turned

 3        everything around.

 4                    When I made my speech in

 5        the senate, even people from the

 6        opposing party commended me for the

 7        brilliance of my speech.  I'm extremely

 8        proud of my speech.  I think it will be

 9        remembered historically as a

10        significant piece of scholarship on the

11        issue of -- of impeachment.  There's

12        hardly a word in it I would change.

13        And my life didn't change as a result

14        of that speech in the senate.  It

15        changed as the result of CNN's

16        mischaracterizing my answer to Senator

17        Cruz's question.

18             Q.   Can you name a single

19        person who has told you their opinion

20        of you changed as a result of CNN's

21        reporting?

22                    MR. SCHWEIKERT:  Objection to

23        form.

24                    MS. BOLGER:

25             Q.   By name?
```

Alan Dershowitz
September 13, 2022

A. DERSHOWITZ

1

2          A.    Say it again.

3          Q.    Can you name a single

4    person who has told you that their

5    opinion of you has changed as a result

6    of CNN's reporting?

7               MR. SCHWEIKERT:  Objection to

8    form.

9               THE WITNESS:

10         A.    Well, my wife told me that.

11   And she also told me that many of her

12   friends have told her that.

13              MS. BOLGER:

14         Q.    Who?

15         A.    You would have to ask her.

16   That -- That was the line that people

17   were prepared to accept the fact that I

18   was performing a function similar to

19   James St. Clair who represented Richard

20   Nixon, similar to other people who

21   represented Bill Clinton, people who

22   represented -- People have compared me,

23   in the past, to John Adams for

24   representing the very unpopular

25   soldiers who committed the Boston

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        Massacre, but that all changed with
 3        CNN.
 4                    It changed from me being
 5        disagreed with, controversial, to me
 6        being regarded as senile,
 7        psychologically disturbed.  That word
 8        has been -- Those words have been
 9        thrown around quite a bit.  And you
10        know, these things get reported back to
11        me.  Just check my tweets.  Check --
12        Check when I -- When I -- I'm on
13        Twitter or when I'm on Rumble, or when
14        I'm on other kinds of things, there're
15        all kinds of criticism among them,
16        particularly after -- right after it
17        happened, was attributing it to the
18        fact that people believe --
19                    People actually believe
20        that I said a president can commit
21        crimes.  They believe it because they
22        saw it on CNN.  They certainly don't
23        believe it because I ever said anything
24        like that.
25              Q.   Did there come a time when
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        Virginia Giuffre --

 3               A.    I didn't hear you.  I

 4        didn't hear you.

 5               Q.    Did there come a time when

 6        Virginia Giuffre made certain

 7        allegations against you?

 8               A.    False allegations, yes.

 9               Q.    What are those allegations?

10               A.    She alleged that when she

11        was 17 years old, I was trafficked --

12        she was trafficked to me by Jeffrey

13        Epstein.  I never met her.  I never

14        heard of her, but she made those

15        allegations.

16                      She alleged ultimately that

17        she had had sex with me on Jeffrey

18        Epstein's island, where I never, ever

19        visited during the relevant

20        time-period; Jeffrey Epstein's ranch,

21        which I never visited during the

22        relevant time-period; in a car, driving

23        near my house in Cambridge --

24        unthinkable, and -- and a number of

25        other places.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2                    Her lawyers admitted, of
 3          course, that she was wrong, simply
 4          wrong, in making those allegations.
 5              Q.    And when did she make those
 6          allegations?
 7              A.    In the last day or day --
 8          the last couple of days of 2014.
 9              Q.    And then those allegations
10          were -- sort of resurfaced again when
11          Mr. Epstein was rearrested, correct?
12              A.    Was what?
13              Q.    Was rearrested in 2019?
14              A.    I would say that's not --
15                    That's part of what
16          happened.  I mean, it was a -- It was
17          a -- a gradual process.  But for
18          many -- From many people's point of
19          view, the case was over when her
20          lawyers settled with me and agreed that
21          they had been wrong in filing it,
22          agreed to withdraw the complaint.  From
23          the -- from a legal point of view,
24          there was no longer any complaint out
25          there after that settlement occurred.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2                    But then obviously, with

3          the Me Too Movement, with the Netflix,

4          with the arrests, suicide -- Every time

5          Epstein's name is mentioned, there is a

6          repeat of the story, always with my

7          firm denials, sometimes with the proof

8          of my denials as well.

9                    So that's been -- that's

10         been a process.  That has not, however,

11         in any way affected my academic

12         standing, my academic career and -- or

13         my professional reputation.

14             Q.    But it has led to five

15         lawsuits, right?

16             A.    I can't -- I'm sorry.

17             Q.    It has led to five

18         lawsuits, right?  There's the -- your

19         lawsuit with Edwards and Cassell,

20         right? -- which is a defamation

21         lawsuit?

22             MR. SCHWEIKERT:  Objection to

23         form.

24             THE WITNESS:

25             A.    Actually, six lawsuits.
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2          MS. BOLGER:

3          Q.   You'll have to fill me in.

4     So there's Edwards and Cassell versus

5     Dershowitz, which was a defamation

6     lawsuit, right?

7          A.   Right.

8          Q.   Right?

9          A.   Yes.

10         Q.   Okay.

11              Then there's Giuffre versus

12    Dersh --

13         A.   No, no.  Then there's

14    Dershowitz versus Cassell and

15    Edwards --

16         Q.   Okay.

17         A.   -- for defamation.

18         Q.   Which was a defamation

19    lawsuit.

20         A.   Counter suite, yeah.

21         Q.   Then there's Giuffre versus

22    Dershowitz, which also has a

23    counterclaim --

24         A.   That's right.

25         Q.   -- for you for defamation?
```

Alan Dershowitz
September 13, 2022

```
 1                     A. DERSHOWITZ

 2             A.    Right.

 3             Q.    Then there's Boies versus

 4      Dershowitz, which also has a

 5      counterclaim for you versus for

 6      defamation --

 7             A.    Yeah.

 8             Q.    Right?

 9             A.    There's more.

10             Q.    And then there's Netflix.

11      You sued Netflix for defamation.

12             A.    I sued Netflix, but we

13      agreed to have mutual, but -- I swore

14      to tell the whole truth.  I sued in

15      England and collected for damages for a

16      false statement regarding Giuffre, and

17      I sued in Israel regarding a false

18      statement.  And -- and a settlement

19      offer has been proposed, which I have

20      not yet accepted.

21                   So there are actually, I

22      think, eight -- eight lawsuits.  I

23      don't think I ever had a lawsuit in my

24      life prior to 2015.  I'm not a

25      litigious person, but when your
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        reputations have been attacked in this

 3        way, you have to respond.  And I've

 4        always been somebody who tries to bring

 5        out the truth.

 6             Q.    Now as a result of the

 7        allegations made against you by

 8        Virginia Giuffre, your entire legacy

 9        has been destroyed, right?

10             A.    No.

11             MR. SCHWEIKERT:  Objection to

12        form.

13             THE WITNESS:

14             A.    I wouldn't say my entire

15        legacy has been destroyed.  I would

16        say -- I would say a part of it has

17        been destroyed.

18                   My legacy as a person of

19        sexual propriety and of -- personal

20        life has been destroyed.  But it didn't

21        really have an impact on my legacy as a

22        scholar or as an intellectual, public

23        intellectual or -- in any way.

24                   Again, it's very much a

25        matter of degree.  But the effect on my
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2       academic, intellectual, professional

 3       legacy was not nearly as great as the

 4       CNN defamation.

 5              MS. BOLGER:

 6          Q.    As a result of the

 7       allegations made against you by

 8       Virginia Giuffre your entire reputation

 9       was destroyed, correct?

10              A.    My reputation as a person

11       of sexual probity was destroyed.  Had

12       no impact, or little impact -- I mean,

13       some people obviously, combined

14       factors.  But in general, the impact

15       was -- was limited.  Importantly -- It

16       was an important impact, but to my

17       personal life, to my sexual life, to my

18       private life.  And the analogy I would

19       make is to Bill Clinton.

20                  Bill Clinton's legacy as

21       President of the United States was

22       damaged by the allegations against him,

23       because he was -- Obviously, did it in

24       the White House and a public figure.

25       But, you know, he continued to have an
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          excellent reputation as an intellectual

 3          and as a -- as a president even after

 4          he was accused of sexual improprieties

 5          with Monica Lewinsky.

 6                    So in life, legacies tend

 7          to be divided.  The Giuffre thing had

 8          an important impact on aspect of my

 9          legacy in my life.  But the CNN thing

10          had a much greater impact on my

11          professional legacy, my academic

12          legacy, my intellectual legacy.

13              Q.    But nobody takes seriously

14          what you have to say about the

15          Constitution or about the law anymore

16          because of Ms. Giuffre allegations,

17          right?

18        (Simultaneous speaking.)

19                  MR. SCHWEIKERT:  Objection to

20          form.

21                  THE WITNESS:

22              A.    Is that testimony or is

23          that a question?

24                  MS. BOLGER:

25              Q.    It's a question.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2            A.    Okay.  Could you --

3            Q.    I said "right?"

4            A.    Okay.  Would --

5            Q.    I said, "Nobody takes

6      seriously what you have to say about

7      the Constitution or about the law any

8      more because of Ms. Giuffre's

9      allegations," correct?

10                 MR. SCHWEIKERT:  Object to

11     form.

12                 THE WITNESS:

13           A.    I would say that people

14     take less seriously what I have to say

15     about the Constitution because they

16     think that I made statements that would

17     compare me to Hitler, Stalin and

18     Mussolini, and that I said that a

19     president can do anything he can,

20     including committing crimes.  As a

21     result of that, people take less

22     seriously my -- my academic statements.

23                 Some people --

24           Q.    That's not my question --

25     Mr. Dershowitz, you didn't answer my
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2        question.  My question was --
3                 MR. SCHWEIKERT:  Let him
4        finish answering, please.
5        (Simultaneous speaking.)
6                 MS. BOLGER:
7              Q.   My question was:  Nobody
8        takes seriously what you say about the
9        Constitution or about the law any more
10       because of Mr. Giuffre's allegations.
11                MR. SCHWEIKERT:  Hold on.
12       Before you answer that question --
13                THE WITNESS:
14             A.   Because of Ms. Giuffre's
15       allegations?
16                MS. BOLGER:
17             Q.   Ms. Giuffre's allegations?
18             A.   If I said that, it was
19       probably well before the CNN attack on
20       me, and it would -- would have been an
21       overstatement if I said "nobody."
22       That's not -- That's not true.
23                   There are people who don't.
24       And again, you can look at tweets, and
25       you could look at other things.  I
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          could be talking Thomas Jefferson, and

3          they'll say, "Giuffre."  I could be

4          talking about, you know, the Red Sox

5          and they'll say, "Giuffre."

6                    So people use the Giuffre

7          allegation to attack me in every way,

8          but not serious people.  Those are

9          trolls, and those are people who oppose

10         me any way, and they use the Giuffre

11         allegation.

12                   But if I said that it

13         totally destroyed my legacy in every

14         way, I was not being accurate.  It was

15         probably just an emotional reaction to

16         having been falsely accused of

17         something as horrible as that,

18         something I would never do.

19              Q.   In fact, the allegations

20         destroyed your life, destroyed your

21         happiness, destroyed your health,

22         destroyed your reputation, destroyed

23         your career as a public speaker,

24         affected your writing, your book sales,

25         the readerships of your books, and no
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2         part of your life was not affected,

 3         correct?

 4                   MR. SCHWEIKERT:  Objection to

 5         form.

 6                   THE WITNESS:

 7              A.    Well, again it's a matter

 8         of degree.  It did have affects on all

 9         of those aspects of my life, but not

10         nearly as much as the CNN defamation

11         did on my professional life.

12                   MS. BOLGER:  Okay.  I'm going

13         to ask the court reporter to mark as

14         Exhibit 1, your deposition in the

15         matter of Boies versus Dershowitz taken

16         on January 5th, 2022.

17                   THE WITNESS:  Yup.

18         (Whereupon,  Dershowitz  Deposition  in   Boies

19   versus Dershowitz, January 5, 2022,  was  marked  as

20   Exhibit   1   for   identification,   as    of

21   September 13th, 2022.)

22   BY MS. BOLGER:

23              Q.    So, Mr. Dershowitz, this

24         is, as I said, the transcript of your

25         deposition --
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          A.    Yeah.

3          Q.    -- taken on January 22nd,

4     2022, which was eight months ago,

5     right?

6          A.    Something like that, yeah.

7          Q.    And after the alleged

8     defamation by CNN, right?

9          A.    Yes.

10         Q.    And it was under oath,

11    right?

12         A.    Yes.

13         Q.    Okay.

14               So if you turn to Page 347.

15         A.    347, I have it, yeah.

16         Q.    Line 16.

17         A.    I have it, yeah.

18         Q.    You'll see the question

19    is -- I would like -- There's a

20    preface, and then he says (as read).

21               "Before we conclude for the

22    day, I'd like you to tell the jury how

23    the allegations -- How have the

24    allegations made against you by

25    Virginia Giuffre, Sarah Ransome, by and
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         through her attorneys David Boies,

 3         affected both you and your family?"

 4                    And there's a long

 5         colloquy.

 6              A.    Yeah.

 7              Q.    And then on Page 349, you

 8         say:

 9                    "As a result of the totally

10         false accusations made up by women" --

11              A.    Where do I find that?  I

12         have to find that.

13              Q.    Sorry, 349, Line 11.

14              A.    Eleven, yeah.

15              Q.    "As a result of the totally

16         false accusations made up by a woman I

17         never met, doing something I would

18         never do in a million years, my entire

19         legacy has been destroyed.  My entire

20         reputation has been destroyed."

21                    Do you see that?

22              A.    Mh-hm, yes.

23              Q.    Okay.

24                    MS. BOLGER:  I'm going to ask

25         the court reporter to mark as Exhibit 2
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          the continued deposition in the Boies

 3          versus Dershowitz matter dated

 4          January 7th, 2022.

 5          (Whereupon,  Continued  Dershowitz  Deposition

 6    in Boies versus Dershowitz,  January  7,  2022,  was

 7    marked  as  Exhibit  2  for  identification,  as  of

 8    September 13th, 2022.)

 9    BY MS. BOLGER:

10              Q.    And if you will turn to

11          Page 442.

12              MS. BOLGER:  Mark, are you

13          with me?  I don't want to leave you

14          behind.

15              MR. SCHWEIKERT:  Yeah.

16              MS. BOLGER:

17              Q.    You will see at Line 19,

18          the line, "before I do" --

19              A.    I got to get there.  19.

20          Okay.  I got it.

21              Q.    "Before I do, you have

22          testified that both those allegations

23          that have been made against you by

24          Virginia Giuffre.  Has that affected

25          you personally in any way?"
```

Alan Dershowitz
September 13, 2022

```
1               A. DERSHOWITZ

2                    And if you turn to the next

3          page, you'll see:  "It has ruined my

4          life.  It has destroyed my retirement

5          and has hurt my family.  I mean, I

6          could spend hours.  It has resulted in

7          me being canceled from various venues.

8          It has resulted in negative effects in

9          just -- in just every possible way."

10              A.    Yeah.

11              Q.    Do you see that?

12              A.    Yeah.

13              Q.    Great.

14                    MS. BOLGER:  We're going to

15         mark as Exhibit 3 your continued

16         deposition in the Boies versus

17         Dershowitz matter.

18              A.    Yeah.

19              Q.    Dated January 10th.

20          (Whereupon, Continued Dershowitz  Deposition

21     in Boies versus Dershowitz, January  10, 2022, was

22     marked as Exhibit 3   for  identification, as  of

23     September 13th, 2022.)

24     BY MS. BOLGER:

25              Q.    Okay.  We're going to turn
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2      to Page 547.  And you will see --

 3            A.    One second, 547?

 4            Q.    Yes, sir.

 5            A.    Yeah.

 6            Q.    You'll see:  "The question

 7      is, Professor Dershowitz, how have the

 8      public post about" --

 9            A.    What -- What line, please?

10            Q.    Sorry, five.

11            A.    Five, yeah.

12            Q.    Public posts made by

13      Virginia de Giuffre -- It says, "How

14      have the public posts like this had an

15      affect, if any, on your reputation?"

16                  And you responded (as

17      read):  "Well, these, and other posts

18      like it, both reflect the fact that

19      among people who don't know me, my

20      reputation has been seriously damaged,

21      that nobody of these kinds of people

22      take seriously what I have to say about

23      the Constitution, about the law,

24      because of the false accusation

25      about -- against me.  So it has had a
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2        devastating effect on my reputation and
 3        you know the people who make these
 4        false accusations had to know it would
 5        have that affect."
 6                   Do you see that?
 7             A.    Can I -- Can I -- am I
 8        allowed to mark this? -- just as an
 9        aid?
10             Q.    Sure.
11             A.    Okay.
12             Q.    Do you see that?
13             A.    Yes.
14             Q.    Great.  You could put that
15        aside.  Oh, no, sorry, one more.
16             A.    Yeah.
17             Q.    If you go to Page 621 --
18             A.    Do I have that?  Oh, this
19        is the same.
20             Q.    Yeah, you had a long day
21        that day.
22             A.    Okay.
23             Q.    621, Line 11?
24             A.    Give me one second, please.
25        621, line -- Yeah.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          Q.    Okay.
 3                The question is:
 4          "Professor Dershowitz, how, if at all,
 5          generally has the allegations made
 6          against you by Virginia Giuffre
 7          affected you in terms of damages that
 8          you have experienced?"
 9                And then you begin an
10          answer that goes on for some period of
11          time.  You say:
12                "Well, they've damaged me
13          enormously, they've turned my life
14          around, they've hurt my family, they've
15          hurt me physically, they've affected my
16          health, they've affected my longevity,
17          they have infected -- affected my --
18          affected my happiness, my ability to
19          deal with people.
20                "It's been the worst thing
21          that's every happened to me other than
22          my son's diagnosis of brain cancer when
23          he was 10 years old.
24                "It just destroyed
25          everything in my life, all based on a
```

Alan Dershowitz
September 13, 2022

| | |
|---|---|
| 1 | A. DERSHOWITZ |
| 2 | false accusation that somebody just sat |
| 3 | there, in premeditated way, and decided |
| 4 | to falsely accuse me of something that |
| 5 | she knew and her lawyers knew I didn't |
| 6 | do.  It was -- It was like -- It's like |
| 7 | a premeditated murder or premeditated |
| 8 | robbery or premeditated crime of any |
| 9 | other kind.  They just sat there and |
| 10 | decided they were going to destroy me |
| 11 | and they did. |
| 12 | "They destroyed my life, |
| 13 | they destroyed my happiness, they |
| 14 | destroyed my health, they destroyed my |
| 15 | reputation, they destroyed my career as |
| 16 | a public speaker, they affected my |
| 17 | writing, my sales of books, the |
| 18 | readership of my books.  I don't think |
| 19 | any part of my life was not affected by |
| 20 | this totally false and made up |
| 21 | accusation against me." |
| 22 | Do you see that? |
| 23 | A.    Yeah. |
| 24 | Q.    Great.  You could put that |
| 25 | aside. |

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    In addition, you've

 3          referred to the allegations made by

 4          Ms. Giuffre as "career destroying,"

 5          right?

 6               A.    I don't know, probably not

 7          helpful.

 8               Q.    "Yes" or "no"?

 9               A.    I don't remember, but it

10          seems correct.

11               Q.    Okay.

12                    In fact, you've had several

13          speaking engagements canceled,

14          explicitly because of the allegations

15          made by Virginia Giuffre, right?

16               A.    Yes.

17               Q.    How do you say her last

18          name Mr. Dershowitz?

19               A.    I don't know.

20               Q.    Okay.

21                    I don't either.  I wondered

22          if you had an answer.

23               A.    Never met her, never heard

24          of her, don't know how she says her

25          name.
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2            Q.    Okay.

 3                  The 92nd Street Y, for

 4      example, canceled a speech you were

 5      supposed to give, correct?

 6            A.    That's right.

 7            Q.    And that was in 2019?

 8            A.    I don't remember the date,

 9      yeah.

10            Q.    Okay.

11            A.    It was when I published my

12      book Defending Israel.  They didn't

13      cancel it, let me be clear.

14                  So every year the 92nd

15      Street Y invited me.  And every time I

16      had a book, they invited me, starting

17      with my book Chutzpah back in 1990.

18                  When my agent asked them to

19      invite me to speak about Defending

20      Israel, which was obviously within

21      their core, they made excuses and said

22      my application came too late.  And then

23      they I told my agent, not my agent now,

24      my former agent, "We don't want

25      trouble."
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2              Q.    Okay.
 3                  MS. BOLGER:  And here's the --
 4         I'm going to ask the court reporter to
 5         mark as Exhibit 4 an email from you to
 6         a group of people with the subject the
 7         "92nd Street Y," dated -- Sorry, Mark
 8         that was a bait and switch --
 9         November 6th, 2019.
10      (Whereupon, Dershowitz Email, 92nd Street Y,
11   November 6, 2019, was marked as Exhibit 4 for
12   identification, as of September 13th, 2022.)
13   BY MS. BOLGER:
14              Q.    Okay.  And do you have it
15         in front of you?
16              A.    Say that again.
17              Q.    Do you have it in front of
18         you?
19              A.    I don't.  I'm just making a
20         note.
21                  MR. SCHWEIKERT:  And I'll just
22         put on the record so John doesn't think
23         I'm a bad lawyer.  Just recall, Alan, I
24         advised you, anything you write on
25         that, she can read it.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2              THE WITNESS:  I know.

 3              MR. SCHWEIKERT:  Okay.

 4              THE WITNESS:

 5         A.    Okay.  I have this in front

 6    of me.

 7              MS. BOLGER:

 8         Q.    Great.

 9              So first of all,

10    Mr. Dershowitz, you sent this email to

11    kind of a group of people.  And of

12    course, you know I've looked at a

13    number of your emails, and I know that

14    this group of people is a group of

15    people you frequently send emails to.

16         A.    That's right.

17         Q.    You can object to my

18    characterization.  I'm not trying to

19    trick you.  I think -- I think I'm

20    right.

21              Why that particular group

22    of people?

23         A.    This is a group that over

24    time my wife and I put together, people

25    who I had been individually sending
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2      emails to.  And I think my wife

 3      suggested, why don't we create a group.

 4      So we had one group and then that

 5      became a little contentious, and we

 6      eliminated that group and started

 7      again.

 8                  I have to look at the date

 9      here.  I don't remember if this is the

10      early group or the current group.  You

11      could probably check that.

12              Q.   Okay.

13                  You just have a group of

14      friends that you circulate ideas to?

15              A.   Well, they're not all

16      friends.  They're -- They range from

17      being close friends, relatives, to

18      people I don't know but who have

19      expressed interest in some of my

20      writing.  But they're mostly -- They're

21      mostly ranging from friends to

22      acquaintances.

23              Q.   Okay.

24                  And you're soliciting their

25      opinions on things?
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2          A.    Not necessarily.  I'm just
 3      sending it to them.  Sometimes they
 4      give me their opinions, sometimes they
 5      don't.
 6          Q.    Okay.
 7          A.    Mostly they don't.  Mostly
 8      it's just the one-way correspondence --
 9          Q.    What -- From your point of
10      view --
11          A.    I did one today --
12      (Simultaneous speaking.)
13          Q.    What's the purpose of
14      sending it?
15          A.    I want people to know my
16      views.  For example, today I emailed
17      the group about a professor at
18      Pittsburgh who had said that Queen
19      Elizabeth should die a painful death,
20      and that hundreds, maybe thousands of
21      academics that supported her.  And I
22      just --
23              I've been railing against
24      certain trends in academia, and I just
25      thought it would be interesting to send
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2         that notice of academics who praise,

 3         basically, or support the woman who

 4         made such an outrageous statement a day

 5         after the Queen died.

 6                      So that's the kind of thing

 7         I send out.

 8              Q.    Sorry, so you were -- In

 9         that thing you sent out, you were

10         critical of the academics for

11         supporting her?

12              A.    That's right.

13              Q.    Okay.  All right.

14                      If you look at the 92nd

15         Street Y email, you refer to "The 92nd

16         Street Y engages in McCarthyite

17         censorship and lies about it."  Do you

18         see that?

19              A.    That's right, yeah.

20              Q.    Okay.

21                      And you'll see that in the

22         third graph down that begins "but this

23         summer," do you -- are you --

24              A.    Wait.  Yeah, my -- yeah.

25              Q.    Okay.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2                   There's a sentence that
 3         says, "My agent informed me, however,
 4         that the 92nd Street Y would not allow
 5         me to speak this year because I had
 6         been accused of having sex with a woman
 7         named Virginia Giuffre, whom I've never
 8         met."
 9                   Do you see that?
10         A.    (No response.)
11         Q.    You see that?
12         A.    I wrote that, right.
13         Q.    Okay.  You can put that
14    aside.
15                   In addition, the Simon
16    Wiesenthal Center in Toronto canceled
17    an engagement on November 17th, 2019?
18         A.    I don't remember, but it
19    sounds possible.
20         Q.    Okay.
21         A.    At least in one instance --
22    that may be the one, I'm not sure --
23    they canceled, then they uncanceled.
24    But I'm not sure whether that's the one
25    or not.  I know one canceled, and then
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        I sent him a copy of something I wrote,
 3        and then they uncanceled.  I don't
 4        remember whether that was Weisenthal or
 5        not.
 6               Q.    Okay.
 7                     Well, did you ever go to
 8        the Simon Weisenthal Center?
 9        (Simultaneous speaking.)
10               A.    I don't remember.  I've
11        spoken so many times, I don't remember
12        if it went there or not.
13               Q.    Okay.
14               A.    Was it after COVID?
15               Q.    No, it was before COVID.
16               A.    It's -- I just don't
17        remember.
18               Q.    Well, it was November 2019.
19        Okay.
20                     And when you went to speak
21        at Colgate, there were posters all over
22        the campus, calling you "Child Rapist,"
23        right?
24               A.    That's right.
25               Q.    Ask that --
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2              A.    Also, had a -- yeah.

3              MS. BOLGER:  I'm going to ask

4         the court reporter to mark as

5         Exhibit 5, The Colgate Maroon-News from

6         November 1st, 2018.

7              THE WITNESS:

8              A.    It's true.

9         (Whereupon, Colgate Maroon  News,  November  1,

10   2018, was marked as Exhibit  5  for  identification,

11   as of September 13th, 2022.)

12             THE WITNESS:  I'm aware of

13        this, yeah.

14             MS. BOLGER:

15             Q.    Okay.

16                  You'll see it says:

17        "Poster Sparks Debate about Alan

18        Dershowitz Lecture," is the headline.

19             A.    Yeah.

20             Q.    And then there's an image:

21        "Colgate is hiring Alan Dershowitz, an

22        accused child rapist, to speak on

23        November 5th," and then it says --

24             A.    What year -- What year is

25        this?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2           Q.    If you see the next page,
 3      it says November 1st, 2018.
 4           A.    2018, okay, yeah.
 5           Q.    Yeah.
 6                 It says:  "This event is
 7      sponsored by the Center for Freedom and
 8      Western Civilization"; do you see that?
 9           A.    Yeah, I see it.
10           Q.    Do you know what you were
11      speaking about?
12           A.    Usually I speak about
13      similarities, human rights, free
14      speech, Israel.  I don't have any
15      specific memory of what this was about.
16           Q.    Okay.
17                 But you were going there --
18      more --
19           MS. BOLGER:  Mr. Dershowitz,
20      I'm caught in a Hobson's choice:  If I
21      wear my glasses, I can read, but I
22      can't see you.  If I take my classes
23      off my glasses, I can see you, but I
24      can't read.  So forgive me if I'm not
25      looking directly at you.
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2             THE WITNESS:

 3         A.   I understand.

 4         Q.   You were not going there to

 5    speak about your personal sexual life,

 6    right?  You were going there to talk

 7    about your --

 8         A.   I did speak about the --

 9    the allegations against me.  I always

10    do, yeah.

11         Q.   Great.

12             But you were -- That's not

13    why you were going there.  That wasn't

14    the topic of your talk, right?  The

15    topic of your talk was civil liberties

16    or free speech rights or Israel?

17         A.   I don't remember.  It could

18    have been also false accusations.  I

19    speak about that a bit.  I'm just not

20    sure what the subject of this

21    particular speech was.

22         Q.   Okay.

23             You weren't hired there to

24    talk about Virginia Giuffre?

25         A.   I don't know.  I mean, I --
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2      I did speak about this.
 3             Q.    But you were hired to
 4      talk -- deliver a lecture titled:
 5      "Civil liberties in the age of Trump,"
 6      right?
 7             A.    Yeah.  "Civil liberties in
 8      the age of Trump," yeah.
 9             Q.    Okay.
10             A.    But that would have
11      included false accusations, probably.
12             Q.    Okay.  You can put that
13      aside.
14                   And there's been -- Oh,
15      were you asked -- Were you asked -- Was
16      your invitation to testify at a tri --
17      at a panel --
18             A.    I'm not hearing you.  I'm
19      sorry, I'm not hearing you.
20             Q.    Sorry.
21                   Was your invitation to
22      testify at a panel about impeachment in
23      the Senate withdrawn -- or maybe it was
24      the house -- withdrawn at some point
25      because of the Epstein allegations?
```

Alan Dershowitz
September 13, 2022

```
1                      A. DERSHOWITZ
2              A.    I don't remember that.
3              Q.    Okay.  Let me --
4              A.    Do you have anything --
5                    Do you have something to
6        show me on that?
7              Q.    I do.
8              A.    Okay.
9                    MS. BOLGER:  I'm going to ask
10       the court reporter to mark Exhibit 6,
11       an email produced by you in this
12       litigation, bearing the Bates number
13       3606, dated December 4th, 2019, and
14       it's an email exchange between you and
15       Bernard Beck.
16                   THE WITNESS:  Who?
17                   MS. BOLGER:  Bernard Beck,
18       maybe.
19                   THE WITNESS:  Bernard Beck,
20       yeah, yeah.
21         (Whereupon, Email Exchange with  Bernard  Beck,
22     Bates number 3606, December 4, 2019, was  marked  as
23     Exhibit   6   for   identification,   as   of
24     September 13th, 2022.)
25     BY MS. BOLGER:
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2         Q.    I'm just going to --

 3         A.    Let me read it first.

 4         Q.    Yeah.

 5         A.    I don't have any

 6    recollection of this email --

 7         Q.    Okay.

 8               You'll see at -- If you

 9    look at the bottom, it's --

10               You're forwarding on a Hill

11    article, about "What are not criteria

12    for impeachment?"

13               And then Bernard Beck

14    responds, "Were you asked to be on

15    today's panel; and if not, why not?

16    There is someone there from Harvard.  I

17    think you at least should have been

18    asked."

19               And you responded, "My

20    invitation to testify was withdrawn

21    because of Epstein BS."

22               Do you see that?

23         A.    I do, yeah.

24         Q.    Okay.

25               But you don't remember
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2       what -- what that panel was?

 3             A.    No.

 4             Q.    Okay.

 5                   Then Mr. Beck responds,

 6       "That totally sucks."

 7                   And you respond, "That's

 8       why I had to write the book.  It's not

 9       going away.  The 92nd Street Y won't

10       even let me speak."

11                   You see that.

12             A.    That's true, yeah.

13             Q.    Okay.

14                   And there's actually quite

15       a lot of newspaper articles about

16       Ms. Giuffre's allegations against you,

17       right?

18             A.    Right.

19             Q.    Okay.

20             A.    Also quite a few newspaper

21       articles presenting my point of view on

22       it.

23             Q.    Sure.

24                   MS. BOLGER:  I'm going to ask

25       the court reporter to mark as Exhibit 7
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          the Wall Street Journal article with

 3          the name "U.S. News:  Epstein Case

 4          Spawns High Profile Feud.  Battle

 5          pitting lawyers Alan Dershowitz and a

 6          David Boies sharpens after financier's

 7          arrest," and it's dated July 19th,

 8          2019.

 9         (Whereupon,  "U.S.  News:  Epstein  Case,"  The

10    Wall Street Journal, July 19, 2019,  was  marked  as

11    Exhibit    7    for    identification,    as    of

12    September 13th, 2022.)

13                  THE WITNESS:

14              A.    Was that after Epstein's

15          arrest?

16                  MS. BOLGER:

17              Q.    Yes.

18              A.    Okay.

19              Q.    You're welcome to read the

20          whole article although I'm not going to

21          ask you about the whole article.  I'm

22          just going to --

23              A.    No, it's okay.

24              Q.    I'm going to ask you about

25          the fourth paragraph down.  It's a
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2      quote from you, referencing Mr. Boies.
 3           A.    Yeah.
 4           Q.    "He's now trying to destroy
 5      me, destroy my reputation, destroy my
 6      economic situation, destroy
 7      everything."
 8                 Do you see that?
 9           A.    Yes.
10           Q.    Great.  Put that I side.
11           A.    Well, and you left out the
12      last part:  "I would put my sexual
13      probity against Daves Boies's any day
14      of the week."
15           Q.    I did leave that out.
16           A.    Yeah.
17           Q.    I didn't know that it
18      was -- I don't actually know what it
19      means.  Okay.  Next --
20           A.    You -- You don't know what
21      it means?
22           Q.    I mean, I do.  I just don't
23      know how relevant it is.
24           A.    I can tell you what it
25      means:  I have been faithful to my
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2      wife, and he has not, but that's what

3      it means.

4              MS. BOLGER:  All right.

5      Exhibit 8 is an article entitled, "Alan

6      Dershowitz:  Devil's Advocate," which

7      was published in The New Yorker --

8              THE WITNESS:  Yes.

9              MS. BOLGER:  -- on July 29th,

10     2019.

11             THE WITNESS:  What's the

12     question?

13             I'm familiar with the content,

14     you don't have to show it to me.

15             MS. BOLGER:  I know, but I

16     need to mark it.

17             THE WITNESS:  But I'm saying I

18     don't have to look at it.  What do

19     you -- What do you want to ask me about

20     that?

21             MS. BOLGER:

22         Q.   I just want to make sure

23     you saw it.

24             And you were in fact

25     interviewed for it, correct?
```

Alan Dershowitz
September 13, 2022

```
 1                       A. DERSHOWITZ

 2              A.    Well, here's the story.  I

 3      got a call saying that the article was

 4      about to be published without me being

 5      interviewed, and I demanded an

 6      interview.

 7                   I then learned from Janet

 8      Malcolm, who was a very distinguished

 9      reporter, that David Remnick had put

10      out a hit piece on me and had hired or

11      commissioned Brook to write a

12      devastating attack on me because of my

13      support for Israel and my support for

14      Netanyahu and my support for -- for

15      Trump -- I don't support Trump -- but

16      my support for his legal rights.  So

17      that was a hit piece commissioned by

18      the head of The New Yorker.  And I did

19      interview for it.  I don't think I

20      interviewed in person, I think it was

21      on the phone.

22              Q.   Your whole career people

23      have done hit pieces about you; haven't

24      they, Mr. Dershowitz?

25              A.    Yeah.  And that's okay.  I
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2        understand that.  I'm a controversial

 3        person, and people like me or don't

 4        like me.  I've always been a

 5        controversial person, but I've never in

 6        any way been compared to Hitler,

 7        Mussolini, and Stalin or thought of

 8        somebody who is senile or -- or insane.

 9                    So there's a qualitative

10        difference between hit pieces and news

11        pieces.  I do hit pieces myself, so --

12                MS. BOLGER:  Okay.  We're just

13        going to make sure that we mark this

14        exhibit.

15      (Simultaneous speaking.)

16                THE WITNESS:

17            A.    I take that back.  I take

18        that back.  I don't do hit pieces.  I

19        do pieces that are sometimes critical

20        of people, but I don't do hit pieces,

21        no.

22                MS. BOLGER:  Let's just finish

23        marking the exhibit.

24                THE WITNESS:  Excuse me one

25        second.
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2                Mark, do you know if my wife's

 3         on the Zoom?  Because I know she had

 4         trouble getting in before.

 5                MR. SCHWEIKERT:  No, but we

 6         can address that at break.

 7                MS. BOLGER:  Are we -- We're

 8         not off -- We're not off the record.

 9         So let's do the exhibit.

10                THE WITNESS:  Okay.  Okay.

11                MS. BOLGER:

12         Q.    I actually want you to just

13         take one quick look at --

14         A.    Sure.

15         Q.    -- one thing in the

16         article --

17         A.    Yeah.

18         Q.    -- which is --

19         A.    What page?

20         Q.    I don't know because I'm

21         looking at a different version -- the

22         one, two, three, four, five, six,

23         seventh, eighth graph?

24         A.    Wait, what?  Seventh what?

25         Q.    The eighth graph?
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2            A.    The eighth paragraph.

 3            Q.    Sorry, 8th, 9th -- No,

 4       that's wrong.  Next to the -- Let me

 5       just look at the version you have.  I

 6       have the one I worked off of.

 7       (Whereupon,   "Alan   Dershowitz:   Devil's

 8  Advocate,"  The  New  Yorker,  July  29,  2019,  was

 9  marked  as  Exhibit  8  for  identification,  as  of

10  September 13th, 2022.)

11  BY MS. BOLGER:

12            Q.    You know what, forget it.

13       You can put it aside.

14            A.    What -- So what do we have?

15            Q.    No.  You could put it

16       aside.

17            A.    Oh, okay.

18            Q.    Okay.

19                  There also seemed to be

20       several articles about it published in

21       Israel; is that right?

22            A.    I'm frequently a subject of

23       articles published in Israel.

24            Q.    Okay.

25                  MS. BOLGER:  I'll ask the
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2       court reporter to mark as Exhibit 9, an

 3       article that was published in 2020

 4       which is both English and Hebrew, and

 5       it's called, "The Attorney and The

 6       Devil."

 7       (Whereupon,  Danny  Grossman  Email  exchange,

 8  Bates number 54118 , June 5, 2020,  was  marked  as

 9  Exhibit   9    for    identification,    as    of

10  September 13th, 2022.)

11              THE WITNESS:  Do you know

12       where it was published or what magazine

13       or? -- because I don't have any

14       distinct memory of anything by that

15       title.

16              MS. BOLGER:  We'll get it to

17       you right now.  Okay.

18              Q.   While you take a look at it

19       Mr. Dershowitz, for the record,

20       document 54118, which was produced by

21       the plaintiff in this matter.  It's

22       email exchange between Danny

23       Grossman --

24              A.   Yeah.

25              Q.   -- and Mr. Dershowitz and
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2       Ms. Cohen.  Who is Danny Grossman?

 3            A.    Danny Grossman is a former

 4       student of mine who acts as my kind of

 5       representative in Israel.  When I go to

 6       Israel, he's the one who --

 7                  He's a former Top Gun Air

 8       Force pilot, both in the United States

 9       Air Force and in the Israeli Air Force.

10       And he was one of those who was

11       involved in the bombing of the Osirak

12       Reactor, and so he's quite a hero in

13       Israel.

14                  And he makes arrangements

15       for me when I'm in Israel.  We're

16       friends and associates, and he was my

17       former student.

18            Q.    Okay.

19                  And you'll see, he says,

20       "I'm sure you're aware of this

21       weekend's horrendous hit piece on you,"

22       and it's dated June 5th, 2020; do you

23       see that?

24            A.    Yeah, yeah.

25            Q.    Okay.  You could -- Do you
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        have --

3                    Is this the article about

4        which you sued?

5              A.    About what?

6              Q.    About which you sued in

7        Israel?

8              A.    About what?

9              Q.    Is this the article about

10       which you brought the lawsuit in

11       Israel?

12             A.    No.

13             Q.    Okay.  All right.

14                   You could put that one

15       aside.

16             A.    I did not bring a lawsuit

17       about this article.

18             Q.    Great.  You could put that

19       one aside.

20                   As a result of the

21       alleg- -- your belief that you needed

22       to defend yourself from the allegations

23       brought by Ms. Giuffre, you actually

24       published a book called, Guilt by

25       Association, correct?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            A.     Yeah.

 3            Q.     Correct?

 4            A.     No.

 5            Q.     What's incorrect about that

 6     sentence?

 7            A.     The title of the book.

 8            Q.     What's the title of the

 9     book?

10            A.     Guilt by Accusation.

11            Q.     I'm sorry, Mr. Dershowitz.

12     You're right, I should have read that

13     more carefully, Guilt by Accusation.

14            A.     I hope you read the book.

15            Q.     I did read the book.

16            A.     Great.

17            Q.     And why did you decide to

18     write the book?

19            A.     I decided to write the book

20     because I wanted to set the record

21     straight.  I wanted to make sure my

22     children and grandchildren saw all the

23     evidence.  Because many of the media

24     refused to publish the exculpatory

25     evidence -- my travel records, the tape
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         recording of her lawyer, interviews

 3         with her other lawyer in which he said

 4         she didn't have sex with any prominent

 5         people.  I just wanted the record to be

 6         set straight about every everything.

 7                   I've also done the same

 8         with CNN.  I published a response to

 9         CNN's defamation too.  I tend to

10         publish responses to many things that

11         are critical of me.  I rarely sue, but

12         I almost always respond.

13              Q.    Okay.

14              MS. BOLGER:  I sent you an

15         email yesterday, Mr. Schweikert, asking

16         if you would stipulate to the

17         authenticity of emails produced by

18         Mr. Dershowitz in this litigation, and

19         I did not get a response; do you

20         stipulate to that?

21              MR. SCHWEIKERT:  Yeah, I mean

22         as we go, if I can verify that it's

23         complete and everything else, yeah,

24         sure.

25              MS. BOLGER:  I was actually
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          hoping to avoid that, but okay.  I'm

3          going to ask the court reporter to mark

4          as Exhibit 10 a collection of emails

5          produced by Mr. Dershowitz in the

6          litigation, which I have curated -- it

7          is not consecutive.  This is a

8          collection of emails we have received

9          from Mr. Dershowitz in this litigation,

10         and I'm going to mark that as

11         Exhibit 10.

12                    MR. SCHWEIKERT:  I will --

13         Yeah, we will stipulate to

14         authenticity, to extent they are

15         identical to what we produced.  If

16         there's anything that is not identical,

17         we would reserve our right to challenge

18         the authenticity.  But I -- I trust

19         Counselor and her team has printed

20         accurate copies of the documents we

21         produced.  And yes, they are authentic.

22         (Whereupon,   Dershowitz   emails,   Curated

23   Collection  was  marked   as   Exhibit   10   for

24   identification, as of September 13th, 2022.)

25
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2   BY MS. BOLGER:

 3              Q.    All right.  Mr. Dershowitz,

 4        if you'll put down Exhibit 9 and pick

 5        up Exhibit 10.

 6              A.    Sure.

 7              Q.    I'm not going to ask you

 8        about all of these, but I'm going to

 9        ask you to flip through them.

10              A.    Okay.

11              Q.    For the record, as I said,

12        this is a number of documents that have

13        produced -- that have been produced to

14        us in this litigation, which represent

15        actually just a portion of those emails

16        you have received over the course of

17        time from, it seems, random people who

18        are very upset with you for the

19        allegations related to Virginia

20        Giuffre.

21                    I would characterize this

22        as hate mail.  Would you use that

23        characterization?

24   (Interruption in proceedings.)

25              A.    I used to proudly post my
```

Alan Dershowitz
September 13, 2022

```
1                     A. DERSHOWITZ

2          hate mail on the door of my office

3          Harvard Law School, and it was part of

4          the tour that visitors would always get

5          when they came to Harvard Law School.

6          They would be sent up to my office to

7          read the hate mail that I proudly

8          displayed.

9                 Q.    Great.

10                A.    And continued to be as

11         proud of who my enemies are as who my

12         friends are.

13                Q.    And so you'll admit that

14         this collection of material in front of

15         you is a largely 1-inch stack of hate

16         mail about Virginia Giuffre.

17                A.    I haven't read them.  I

18         haven't read them.

19     (Simultaneous speaking.)

20                A.    I could only tell you, I

21         get a lot of hate mail.  I get love

22         mail.  I get intellectual mail.  I

23         get -- I get mail.

24                Q.    Holy cow, do you get mail,

25         Mr. Dershowitz.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          A.    Yeah.
 3          Q.    But in -- Specifically, I'd
 4     like you to flip through that packet.
 5          A.    Well, I can't do that, I --
 6     It's --
 7          Q.    You don't --
 8                You don't have to read
 9     every one, but I'd like you to take a
10     look at them all.
11          A.    I'm going to take your word
12     for the fact that there's a lot of hate
13     mail.
14          Q.    And this is hate mail
15     related to Giuffre's allegations.
16                (Simultaneous speaking.)
17          A.    (Reading aloud) "How on
18     Earth does a piece of shit like you
19     sleep at night?"
20                "I pray that something evil
21     happens to you."
22                "You're a dirty and filthy
23     scummy pedophile."
24                "I pray to my God that he
25     strikes not only you but your family."
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2                    I mean, "I'd love to

3          torture you for weeks."

4                         "Hope to see you in hell,

5          you rat."

6                    I mean, I probably never

7          even read this.  My wife tells me not

8          to read this stuff.  But, you know,

9          first, as a Jew, I get an enormous

10         amount of antisemitic hate mail.  Some

11         of it disguises its antisemitism, some

12         of it does not.  I get hate mail

13         because I support Democrats.  I get

14         hate mail because I support Trump.  I

15         get hate mail because I support the Red

16         Sox.

17              Q.   You deserve those.

18              A.   I get hate mail from --

19         from so many people.  I'm

20         controversial, and I know that.  But I

21         never previously had been compared by

22         any responsible person to Hitler,

23         Mussolini and Stalin, or -- or been

24         accused -- it's a bad word, accused --

25         of being senile and crazy.
```

```
 1                    A. DERSHOWITZ

 2           Q.    Actually, if you took --

 3      take a look at that very first page,

 4      which is Bates numbered 3613, you'll

 5      see that the email from the bottom,

 6      from Patrick Maroney --

 7           A.    From --

 8           Q.    Patrick Maroney -- whoever

 9      he is -- he says, "From my observations

10      of you, by belief is that you are

11      fully-fledged psycho path."

12                Do you see that?

13           A.    "Fully-fledged psychopath,"

14      yeah, but this is not from -- This is a

15      troll.  I've been called all kinds of

16      names.  You have to admit, there's an

17      enormous difference called -- being

18      called a sociopath by somebody nobody's

19      ever heard of, and being called that by

20      CNN or people who have watched CNN, and

21      now think that they have a basis for

22      diagnosing me.

23           Q.    Sorry.  Is it your

24      testimony that you think someone on CNN

25      called you a sociopath?
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2           A.    Well, I think people on CNN

 3      said things that could easily be

 4      interpreted as being a sociopath.  Most

 5      people think Hitler and Mussolini and

 6      Stalin were sociopaths.  And by being

 7      compared to those three sociopaths, I

 8      think, implicitly I've been called a

 9      sociopath, yeah.

10           Q.    Okay.  You could away --

11      put Exhibit 10 aside.

12           A.    I also note that exhibit

13      talks about the dehumanization of

14      Palestinian's human rights.  I mean,

15      very often there's a mixture of

16      Giuffre, beings Jewish, rejecting

17      Jesus, being opposed to Palestinians --

18      which I'm not.  So you know, trolls --

19      People like that will throw anything at

20      you, and they do.

21                There's an enormous

22      difference between that and having a

23      serious network claim that you're like

24      Hitler, Stalin and -- and Mussolini.

25           Q.    Okay.
```

```
 1                  A. DERSHOWITZ

 2                  You can put that aside.

 3          A.    Yeah.

 4              MS. BOLGER:  I'm going to ask

 5      the court reporter to mark as

 6      Exhibit 11.

 7              THE WITNESS:  Mh-hm.

 8              MS. BOLGER:  An email exchange

 9      with Hal Miller-Jacobs and some other

10      people.

11              THE WITNESS:  Right.

12              MS. BOLGER:

13          Q.    Who first of all, who is

14      Hal Miller Jacobs?

15          A.    He's somebody I've known

16      for -- it's now close to 80 years.  We

17      went to kindergarten together and

18      elementary school together.  He's part

19      of a group of eight couples that get

20      together periodically.  One of them

21      tragically died.

22                  But we have seven couples

23      and -- and the widow.  And we Zoom

24      every once every few weeks, and we get

25      together on News Years and correspond
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          with each other, and we're old, old,

3          old friends.

4                    MS. BOLGER:  Great.  I'm going

5          to ask that to be 11.

6          (Whereupon, Hal  Miller-Jacobs  Email  exchange

7      with attachment, Bates number 59098, was  marked  as

8      Exhibit   11   for   identification,   as   of

9      September 13th, 2022.)

10     BY MS. BOLGER:

11                   Q.   As I said for the record,

12         this is a document, and it's produced

13         with the Bates number 59098?

14                   A.   Yeah.

15                   Q.   And it's correspondence

16         between Mr. Dershowitz and

17         Mr. Miller-Jacobs, and it has an

18         attachment.

19                   A.   Mh-hm.

20                   Q.   The end of the first page,

21         Mr. Dershowitz, you will see --

22                   A.   Can we read --

23                        Can we read the top of the

24         first page where it says, "You have

25         already disproved it conclusively.
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2        Writing about it again makes it" --

 3             Q.    No, no, wait.

 4             A.    -- "still linger."

 5             Q.    Wait.  I don't think you're

 6        looking at the same thing I'm looking

 7        at.

 8             A.    Yeah, we're looking at Hal

 9        Miller-Jacobs, the top number is

10        059098.

11             Q.    Right.

12                   Can we start at the bottom,

13        please?  So the start -- I want to

14        start at the bottom of the page.

15                   This is an email from you

16        to:  "Dear family and friends, I need

17        your confidential advice about the tone

18        and substance of this introduction to a

19        book I'm writing about the false

20        accusations against me.  Please respond

21        individually and not reply to all."

22                   And you'll see there's an

23        attachment, and I want to talk about

24        the attachment.

25             A.    Yeah.
```

Alan Dershowitz
September 13, 2022

```
1                     A. DERSHOWITZ

2            Q.    Okay.

3            A.    Yeah.

4            Q.    So you'll see on the second

5     page, 59099 is your "Introduction" to

6     Guilt by Accusation; do you see that?

7            A.    Yeah.

8            Q.    Okay.

9            A.    It's a draft.  I have no

10    idea what relationship it bears to what

11    was actually published.  I can't tell

12    you that.

13           Q.    Okay.

14                 But you wrote it, right?

15           A.    Yeah, of course.

16           Q.    Okay.

17                 So at the bottom of the

18    first graph it says (as read), "My

19    reputation has been trashed.  My family

20    has suffered.  My retirement has been

21    ruined."

22           A.    Yeah.

23           Q.    "My health has been

24    affected."  Do you see that?

25           A.    Yeah.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2            Q.    Okay.

 3                  Then on the next page you

 4       say, "In order to understand and feel

 5       how this false accusation has upended

 6       my life, the reader must be put in a

 7       position prior to the accusation being

 8       made.  I was a 76-year-old retired law

 9       professor.  I'm now 81 with a

10       controversial professional history."

11                  Do you see that?

12       (Simultaneous speaking.)

13            A.    Yeah.

14            Q.    Okay.  And you wrote that

15       about, right?

16            A.    Exactly what I have been

17       saying.

18            Q.    And on Page 59101, you say,

19       "Very few people are neutral about me.

20       I had fans and detractors.  People

21       either loved or hated my provocative

22       views and the ways in which I expressed

23       them.  Professionally, I was among the

24       most controversial professors and

25       lawyers in America, and I relished the
```

Alan Dershowitz
September 13, 2022

```
1                        A. DERSHOWITZ

2          status."

3                     Do you see that?

4              A.    Yes.

5              Q.    And that's true, right?

6              A.    Oh, absolutely, yeah.

7              Q.    And let if you turn two

8          pages --

9                     (Simultaneous speaking.)

10             A.    It's true that I'm

11         controversial, but --

12             Q.    You turn two -- Sorry.

13             A.     I wouldn't relish, though,

14         being controversial in the sense of

15         being compared to Hitler, Stalin and

16         Mussolini.  That's not the kind of

17         controversial I -- I meant.

18                     What I meant, controversial

19         in the sense of academic and

20         intellectual issues, whether it be my

21         advocacy of the torture warrant,

22         whether it be my support for changing

23         the law in various directions, my mixed

24         views on the Second Amendment, my views

25         on whether people should have the right
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        to be buried with their organs.  I've

3        written lots of controversial material,

4        and I love the fact that it has

5        stimulated debate.

6                    I remember once being

7        called in by the new president of

8        Harvard, and -- and he said to me that

9        I was one of the most quoted

10       professors, and he was commending me on

11       it.  And -- in order to say the whole

12       truth -- I said, "Yeah, but a lot of

13       the newspaper and other stories about

14       me are very critical."

15                   And he said, "That doesn't

16       matter.  You've stimulated debate, and

17       we're very proud of that and happy

18       about that."

19                   So my reputation was of

20       somebody who was always stimulating

21       debate, always provoking thought.  That

22       was my reputation as a teacher for

23       50 years.

24                   I remember starting one of

25       my classes saying, "If you expect to
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2          come out of this class feeling good
3          about yourself, feeling happy, feeling
4          satisfied -- If that's what you want,
5          there's a spa down the road.  If you
6          want every one of your views
7          challenged, if you want to come out of
8          this class angry and sweating and
9          not -- and shaken up, this is the class
10         for you."
11                    So, yes, I'm controversial,
12         and I'm proud of it.  But if somebody
13         ever said to me:  You're like Stalin,
14         Hitler, and Mussolini, that wouldn't
15         fit within this description at all, and
16         that's what was said about me.
17              Q.   Why not?  Why can't people
18         think what they want about you?  You
19         get to think what you want about them
20         and say what you want.  You get to
21         court controversy.
22                    Why can't someone court
23         controversy about you?
24                    MR. SCHWEIKERT:  Object to
25         form.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2               THE WITNESS:

 3               A.    There are limits to what

 4       one can say.  And I've always, myself,

 5       never made comparisons to -- to Hitler.

 6       I think they're a form of Holocaust

 7       denial.

 8                    If somebody says, I'm like

 9       Hitler, that's like saying there were

10       no gas Chambers -- because I never had

11       gas Chambers.  There were no killing

12       squads -- I have no killing squads.

13       There were no concentration camps -- I

14       don't have concentration camps.

15                    So comparing me to Hitler

16       is a form of Holocaust denial.

17       Comparing me to Stalin gulag denial.

18       It's form of denial that Stalin had the

19       leading Jewish intellectuals in the

20       Soviet Union arrested one night -- it's

21       called The Night of The Poets -- and

22       all murdered in cold blood.  It's

23       comparing me to the man who started

24       fascism in Italy.  Anybody can say what

25       they want about me, but they can't say
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2       it without being held responsible and
 3       without being held accountable and
 4       without --
 5            MS. BOLGER:
 6            Q.   Well, you purpor --
 7            A.    -- being sued for
 8       defamation.
 9            Q.   You purport to be a fan of
10       the First Amendment, right?
11            A.   More than a fan of the
12       First Amendment.  I am a very strong
13       supporter.  I've fought for the First
14       Amendment all of my life.  I probably
15       litigated many, many First amendment
16       cases, and I actually worked on the
17       opinion in The New York Times versus
18       Sullivan.  I was a law clerk for
19       Justice Goldberg when that monumental
20       opinion, which has given you your job,
21       has come down -- came down.
22                 So I'm more that a fan of
23       the First Amendment.
24            Q.    So -- So you say, but in
25       this case, you've -- you're going to
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2      challenge Sullivan if you lose, right?

3           A.   What I'm saying is --

4              MR. SCHWEIKERT:  Object to

5      form.

6              THE WITNESS:

7           A.   -- that within the concept

8      of Sullivan --

9           Q.   No.  Answer my question:

10     Are you going to challenge Sullivan if

11     you lose summary judgment in this case?

12          A.   I'm going to argue that

13     this comes within the concept of

14     Sullivan, that the defamation here was

15     willful, deliberate, knowingly false --

16     not only should have known, but

17     actually knew it was false, and that

18     not a single Justice of the Supreme

19     Court, then-sitting or now, including

20     Justice Hugo Black and including the

21     framers of the Constitution, would have

22     said that CNN has a right under the

23     First Amendment to turn what I said

24     into exactly the opposite for purposes

25     of destroying my credibility because of
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2       my support for Donald Trump's rights

 3       and the rights of others who disagree

 4       with me.

 5             Q.   Do you know what rhetorical

 6       hyperbole is?

 7             A.   What -- Say what?

 8             Q.   Do you know what rhetorical

 9       hyperbole is?

10       (Simultaneous speaking.)

11             A.   I do, yeah --

12             Q.   What's rhetorical

13       hyperbole?

14             A.   You're engaging in it right

15       now, yeah.

16             Q.   No.  As a -- as a legal

17       matter, do you know what rhetorical

18       hyperbole is?

19             A.   Rhetorical hyperbole?

20       Yeah.

21             Q.   What is it?

22             A.   You're allowed to say

23       things that are obviously designed not

24       to be taken seriously.

25             Q.   Okay.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2              A.    Just -- I mean, you could
3         be a comedian.  You could -- But
4         rhetorical hyperbole doesn't apply to
5         serious CNN people sitting in a chair
6         and comparing me to Hitler, Stalin, and
7         having said that -- exactly the
8         opposite from what I said, namely:
9         That I believe a president can engage
10        in any crime as long as he thinks it
11        will help his election.
12                  Everybody saying that knew
13        it was false.
14             Q.    The identity of the speaker
15        doesn't matter for --
16                  (Simultaneous speaking.)
17             A.    I'm sorry, I --
18             Q.    The identity of the speaker
19        doesn't matter for whether something is
20        rhetorical hyperbole; does it?
21             A.    I think it does.
22             Q.    As a matter of law, it
23        doesn't, though; does it?
24             A.    I think it does.
25             Q.    But it doesn't.  The
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        content of the speech matters, right?

 3                    (Simultaneous speaking.)

 4             A.    No.  I think it does.  I

 5        think the -- the person saying it -- If

 6        the Chief Rabbi, or the Pope, or the

 7        Cardinal says something, it's less

 8        likely to be deemed rhetorical

 9        hyperbole than if it's done by a

10        late-night comedian.

11                    So, no.  The person -- I

12        think you ought to check your law a

13        little better -- The person saying it

14        matters a great deal.

15             Q.    The -- If you --

16                    In this litigation, will

17        you seek to overturn New York Times

18        versus Sullivan?

19             MR. SCHWEIKERT:  Objection to

20        form.

21             THE WITNESS:

22             A.    I don't think I have

23        obligation to disclose my legal

24        strategy.

25             MS. BOLGER:
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2            Q.    In this litigation will you
 3       seek to overturn Curtis Publishing
 4       versus Butts?
 5            A.    What?
 6            Q.    Curtis Publishing versus
 7       Butts?
 8            A.    I have -- We've made no --
 9       We've made no decision beyond suing CNN
10       for violating the terms of New York
11       Times versus Sullivan.
12            Q.    Okay.
13                  I want you to turn to the
14       last -- penultimate page of this
15       exhibit, which is --
16            A.    The last -- I'm sorry.
17            Q.    Sorry, the penultimate page
18       of this exhibit, which is 59106?
19            A.    59101, 59102, I got it,
20       yeah.
21            Q.    106?
22            A.    Yeah.
23            Q.    You'll see the bottom says,
24       "So here is my story.  I invite the
25       readers to apply their critical skills
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2      to my evidence and arguments."
 3              And the last -- the
 4      penultimate sentence again is, "I know
 5      for some that will not be enough."
 6              Do you see that?
 7          A.  Yeah.
 8          Q.  Right.
 9              So that means you know
10      people can disagree with you, right?
11          A.  No.  It's not what I meant.
12          Q.  What do you mean?
13          A.  There're some people who
14      are so biased that they won't even
15      consider my arguments.  I don't think
16      I -- I don't think anybody could
17      disagree with the arguments that I made
18      in this book.  They are airtight,
19      they're bullet proof, they're
20      absolutely correct.
21              But some people are so
22      biased and bigoted that if you're
23      Jewish or you're a supporter of Donald
24      Trump's rights, they shut off and won't
25      listen any further.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                         That's what I meant when I

 3         said:  For some that won't be enough --

 4         that will not be enough.

 5               Q.    Okay.

 6                         Several of your friends

 7         advised you not to --

 8               A.    That's correct.

 9               Q.    -- publish the book,

10         correct?

11               A.    As did my wife, as did

12         my -- some of my children, yeah.

13               Q.    Okay.

14                         In fact, if you see on the

15         first page of that exhibit,

16         Mr. Miller-Jacobs says, "Don't publish

17         a book on this subject," correct?

18               A.    That's correct.  Yeah, they

19         wanted the issue to go away.  I didn't

20         want the issue to go away.  I wanted to

21         disprove the allegations.  I was not

22         satisfied just to make the issue fade

23         away and disappear.

24                         I wanted it to be

25         disproved.  If I had simply said on day
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         one:  I never met this woman.  I never

 3         heard of her.  I will make no further

 4         comment on this -- That might have

 5         eliminated some of the lawsuits we now

 6         have, but that's not who I am.

 7                    If people accuse me of

 8         being like Stalin, Hitler, and

 9         Mussolini, I'm going respond.  I'm not

10         going to let it go away.  And the same

11         thing is true if somebody falsely

12         accuses me of sexual impropriety.

13                    I'm not going to simply let

14         it be dropped.  I'm not satisfied to

15         make it disappear.  I need to respond

16         and disprove, and that's what I've

17         tried to do all my life.

18              Q.    And you've had plenty

19         opportunity to respond and disprove

20         Mr. Giuffre's allegations, correct?

21              A.    Ms. G  --

22              Q.    Ms. Giuffre's allegations?

23              A.    No.  No.  When I've

24         presented my evidence, those in the

25         media that are biased against me have
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2        refused to present it.  I have been

3        able to write a few things.  Like for

4        example, I wrote a controversial piece

5        in The Wall Street Journal, demanding

6        that the FBI investigate me.  Who ever

7        demands that the FBI investigate him?

8        I basically said, you know, Indict me.

9        There's no truth to this, so give me an

10       opportunity to respond, to respond

11       formally.  So I've not had

12       opportunities, really, to rebut except

13       in The Wall Street Journal.  The New

14       York Times hasn't given me that

15       opportunity.  CNN hasn't given me that

16       opportunity.  Others have --

17             Q.   Did you ask to appear on

18       CNN about the --

19             A.   Say that again.

20             Q.   Did you ask to appear on

21       CNN about the Giuffre allegations?

22       (Simultaneous speaking.)

23             A.   I don't generally ask to

24       appear on television.  They always ask

25       me.  I think, perhaps when my books
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2       come out my, my agent asks to be on

 3       CNN.  And perhaps they had me.  I don't

 4       know the answer.  I don't remember.

 5             Q.    Okay.

 6             A.    But CNN had me very

 7       frequently as a guest.  And I was a

 8       very popular guest along with my former

 9       student Jeffrey Toobin, and that was

10       widely-watched.  And once CNN compared

11       me to Hitler, Mussolini, and Stalin,

12       I -- I was no longer permitted to be on

13       CNN.

14                I was scheduled to be on

15       the Smerconish Show on a Saturday

16       morning after this, and I got a

17       plaintive call from the producer,

18       saying that my appearance had been

19       canceled by the higher-ups.

20             MS. BOLGER:  Yeah, well, we'll

21       talk about that later.  But in a

22       moment, I wouldn't mind taking a

23       five-minute break.

24             THE WITNESS:  Sure.  I could

25       use one, too.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2              THE VIDEOGRAPHER:  We're now

 3         off the record.  The time is 11:20.

 4      (Whereupon, a short recess was taken.)

 5              THE VIDEOGRAPHER:  We are now

 6         back on the record.  The time is 11:35.

 7   BY MS. BOLGER:

 8              Q.    Mr. Dershowitz, in about

 9         2017, you began to speak out in support

10         of what you described as

11         President Trump's civil liberties,

12         right?

13              A.    I can't give you the exact

14         date, but when his civil liberties were

15         being attacked, I spoke out on that

16         behalf.  I'm actually now writing a new

17         book on that whole issue, because it's

18         happening again.

19                  I defend the civil

20         liberties of those people who are

21         attacked, no matter who they are.  So

22         yes, I started to defend his civil

23         liberties after clearly announcing I

24         didn't vote for him.

25              Q.    So I -- I also like
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        people's civil liberties.  So I applaud

3        civil libertarians.  What were the

4        civil liberties that you felt were

5        under attack?

6               A.    I don't remember back in

7        19- -- 2017, but there were --

8                    There were those, like my

9        former colleague Lawrence Tribe, who I

10       think, announced Trump should be

11       impeached on the day of his

12       inauguration.  There were other members

13       of Congress and leaders of the

14       Democratic Party who were calling for

15       Trump's impeachment literally on the

16       day he got into office.

17                   And I actually,

18       interestingly enough, had started to

19       write a book in 2016 called, The Case

20       Against Impeaching Hillary Clinton,

21       because at that time, it appeared as if

22       Hillary Clinton would be elected

23       president, with my support and vote and

24       contributions.  And Republicans were

25       threatening to impeach her on the day
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        she was inaugurated.  So I started
 3        doing my research for a book that I was
 4        going to entitle The Case Against
 5        Impeaching Hillary Clinton.
 6                    And then when that didn't
 7        happen and Trump was elected and
 8        efforts were being made to impeach him
 9        without Constitutional basis, I began
10        to strongly oppose that.
11             Q.    Yeah, that's actually kind
12        of related to my question.  And this is
13        what I don't understand.  Are you
14        suggesting that there's a civil liberty
15        not to be impeached?
16             A.    Not to be impeached.
17             Q.    I don't understand the
18        connection.  What is the civil liberty
19        that you were --
20             A.    You really want to debate
21        me on Constitutional law?
22             Q.    No.  I actually just --
23                    I want to ask you to
24        explain to me:  Why is there a civil
25        liberty of not being I peached?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          A.    There is no civil liberty
 3      of not being impeached.  There's a
 4      civil liberty of not being impeached on
 5      conts- -- unconstitutional grounds.
 6                    I would favor everybody's
 7      impeachment who committed high
 8      crimes -- treason, high crimes, and
 9      misdemeanor.  There's no civil liberty
10      not to be impeached.
11                    There's a civil liberty not
12      to be impeached in violation of the
13      Constitution, not to be impeached if
14      you haven't committed treason, bribery,
15      or other high crimes and misdemeanors,
16      which my research indicates -- Justice
17      Benjamin Curtis and Dean of the
18      Columbia Law School, and various other
19      people -- back closer to the time of
20      the framing of the Constitution -- said
21      requires, if not specific statutory
22      crimes -- there was a debate about
23      that -- specific statutory crimes on
24      the one hand, or criminal-like behavior
25      on the other.
```

Alan Dershowitz
September 13, 2022

1              A. DERSHOWITZ

2                   And after I completed my

3          research, I concluded that the

4          appropriate Constitutional criteria

5          were treason, bribery, or other high

6          crimes and misdemeanors, which means

7          criminal-type behavior, not necessarily

8          prosecutable in criminal courts.

9                   For example -- I gave two

10         examples:  If a president gave or

11         accepted a bribe outside the physical

12         jurisdiction of the United States, that

13         would be enough to impeach, though it

14         might not be enough to prosecute.  Or

15         if he accepted a bribe beyond the

16         statute of limitations or gave a bribe,

17         so long he is president, those would

18         constitute impeachable offenses.

19                   So I disagreed with Justice

20         Curtis and with some others that there

21         has to be a prosecutable statutory

22         crime, but it can't be abuse of power

23         or obstruction of Congress.  That's

24         exactly what the framers argued should

25         not be a ground for impeachment.

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2                   So it is a civil liberty,

3         an important civil liberty, not to

4         violate the Constitutional criteria for

5         impeachment.  And Alexander Hamilton

6         shared my concerns.

7              Q.    That's not however when you

8         first started to speak out --

9              A.    I'm sorry.

10             Q.    When you first started to

11        speak up in support of

12        President Trump's civil liberties, you

13        were talking about the Special

14        Prosecutor and the Mueller Report,

15        right?

16                  MR. SCHWEIKERT:  Object to

17        form.

18                  THE WITNESS:

19             A.    Well, I have -- I wrote a

20        book about this, called Sexual

21        McCarthyism back in 1998 or so, in

22        which I strongly opposed special

23        prosecutors.  I thought at the time,

24        and think today, that the framers made

25        a terrible mistake by creating one
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2           justice department that, like most

3           European countries, the job of Attorney

4           General should be divided in two, one

5           political adviser to the incumbent

6           leader, mainly an administer of

7           justice-type job political cabinet

8           member; and the other, a director of

9           public prosecution, civil servant,

10          nothing -- not in the Cabinet, just

11          makes prosecutorial decisions.  That's

12          been my view for all the time that I've

13          been thinking about it, and so I've

14          always been opposed to special counsel,

15          because they have -- they put targets

16          on the back of a particular individual.

17          So that would be consistent with my

18          civil liberties views.

19                    My civil liberties views do

20          not change based on who the person is.

21          As you said about the law of hyperbole.

22          You're wrong about that, but you're

23          right about this.  When it comes to

24          civil liberties, person doesn't matter.

25          There's a wonderful phrase in the
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ
2      Torah.  It says, "lo tapir panim":  Do
3      not recognize faces.  Hence, the
4      blindfold on the Statue of Justice.
5      And I have never recognized faces,
6      places, races, genders, or anything
7      else in my defense of civil liberties.
8              Q.    Although a minute ago you
9      seemed to react to the mere thought
10     that might engage with you on a debate.
11             A.    That might be --
12             Q.    You reacted to the mere
13     thought that might engage with you on a
14     debate about civil libertarians?
15             A.    Funny.
16             (Simultaneous speaking.)
17             MR. SCHWEIKERT:  Object to
18     form.
19             Q.    Why is it funny,
20     Mr. Dershowitz?  Am I not smart enough
21     to talk to you?
22             A.    Because this is not an
23     appropriate occasion for us to debate.
24     I would be delighted.
25             Q.    Why do you get to decide
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          that?

3                    A.    Hm?

4                    Q.    Why do you get to decide

5          what's appropriate for me to say?

6                    A.    Because I'm a litigant in

7          this case, and I have rights, and one

8          of my rights is not to have to engage

9          in an academic debate about an issue.

10                         If you want to do it, I'm

11         happy to do it, but I'm going to be

12         critical of it.  That's not what

13         depositions --

14                    Q.    You have a civil liberty

15         not to have to debate me?

16                    A.    It's a waste of time.  We

17         have seven hours, and I want to be

18         finished on time.  And so having a

19         debate with me about the Constitution

20         doesn't seem to me the most productive

21         use of either your time or mine.  But

22         let's -- We can --

23                    Q.    But please, be --

24         Obviously, you should be able to

25         control what I say, right?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            A.    No.

 3            Q.    That's the -- That's the

 4       idea.

 5            A.    No.

 6            Q.    You're smarter than me, so

 7       you get to tell me what to say.

 8                 MR. SCHWEIKERT:  Object to

 9       form.

10                 THE WITNESS:

11            A.    This is not getting us

12        anywhere.

13        (Simultaneous speaking.)

14                 MR. SCHWEIKERT:  Argumentative

15        .

16                 MS. BOLGER:  Can we have can

17        you mark as Exhibit 12 a document

18        produced in this litigation bearing the

19        Bates number 1270.

20        (Simultaneous speaking.)

21                 THE WITNESS:  I want to put on

22        the record that the person deposing me

23        is quite deliberately trying to provoke

24        me into an argument.  I don't want to

25        be provoked, and I would like to keep
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2      this civil, and I would like to keep it
 3      in "question and answer format" and not
 4      get into debates about Constitutional
 5      issues or about what civil liberties
 6      means or about what the First Amendment
 7      means.
 8              If you have appropriate
 9      questions, I'm happy to answer them,
10      But please, I know that -- that part of
11      a tactic of deposition is to try to
12      provoke the witness.  I just want to
13      tell you, I -- I won't be provoked.  So
14      it won't do any good.
15              MS. BOLGER:  And I will remind
16      you that I get to ask the questions,
17      and you get to give the answers.
18              THE WITNESS:  That's right.
19              MS. BOLGER:  And that is the
20      rules.
21              So I'm going to ask the court
22      reporter to mark as Exhibit 12, 12704
23      which is a document produced in the
24      litigation by Mr. Dershowitz.  Here it
25      is.
```

Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ

2        (Whereupon, Dershowitz Email Record  of  Tweets

3   and  Op  Eds  in  Defense  of  Donald  Trump  with

4   attachments,  Bates  number  12704  was  marked  as

5   Exhibit   12   for   identification,   as   of

6   September 13th, 2022.)

7                    MR. SCHWEIKERT:  Thank you.

8        This is all one?  Oh, wow.

9                    THE WITNESS:  What is this?

10                    MS. BOLGER:  See it in a

11        second.

12                    MR. SCHWEIKERT:  It's a very

13        long.

14                    THE WITNESS:  Do I have it.

15                    MS. BOLGER:  No because you're

16        talking, so she's got to take down the

17        words.  Hold on one second.

18                    THE WITNESS:  You can pass

19        things to me while I'm talking.

20                    THE COURT REPORTER:  No, I

21        can't because I only have two hands.

22                    THE WITNESS:  Ah.  I didn't

23        realize that.  What is this?

24                    MS. BOLGER:  So for the

25        record, this is an email which covers a

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        document and several attachments, which
 3        seems to be every tweet and every Op Ed
 4        or links to every Op Ed that you
 5        published related to the defense of
 6        President Trump as of May 20th, 2018.
 7             Q.   If you'll see, the last
 8        thing says, "I need to finish my
 9        impeachment book this week.  How are
10        columns going?  I'm almost done with
11        draft of intro."
12                  And then it proceeds from
13        there.  And the top column, who is
14        from -- which is to Maura, who I
15        understand to be your assistant --
16             A.   Right.
17             Q.   -- reads, "The document
18        with all of the links to Alan's Op Eds,
19        media appearances and Tweets is
20        attached."
21                  And I'm wondering if you
22        remember receiving this document or
23        seeing this document.
24             A.   No.
25             Q.   Okay.
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2         A.    Not -- Not only don't I

3     remember it, I have never seen this

4     document before.

5         Q.    Okay.

6              Even though you are CC --

7     You are the originator of the request,

8     and it is -- you're CC'ed at the very

9     top?

10        A.    Oh, I thought you meant

11    this document.

12        Q.    That is the document.

13        A.    This whole document?

14        Q.    It was the attachment to

15    the email.

16        A.    Okay.  It's possible that I

17    was shown it, but assure you I didn't

18    read this whole thing.

19        Q.    Okay.

20              Was this the basis for one

21    of your books about the case against

22    impeaching Trump?

23        A.    Well, I think I wrote three

24    books that were variations on the

25    theme.  One, the case against
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2         impeaching Trump.  One had to do with a

3         case against the Democratic House

4         impeaching Trump.  One against the case

5         removing Trump, and they were

6         essentially the same book.

7                    I updated them

8         periodically.  And the editor -- The

9         publisher changed the title to make it

10        more relevant.  And what these books

11        were, were my introduction and then

12        usually, a compilation of Op Eds that I

13        had written about the subject.

14             Q.    Okay.

15                   Do you have any reason to

16        doubt that this is -- these were your

17        op Eds --

18             A.    No.

19             Q.    -- and tweets --

20             A.    No.

21             Q.    -- written before the

22        books?

23             A.    No.

24             Q.    Okay.

25                   So you ultimately did write
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2     a book.  Your first book -- You wrote

3     three as you said.  Your first book was

4     called The Case Against Impeaching

5     Trump.

6                   He had not been impeached

7     yet, right?

8            A.    That's right.  But I also

9     had done research on the case against

10    impeaching Hillary Clinton, and she

11    hadn't even been elected.

12           Q.    Then the next book you

13    published was called The Case Against

14    the Democratic House Impeaching Trump.

15           A.    Right.

16           Q.    And he had not yet been

17    impeached, right?

18           A.    That's right.

19           Q.    Okay.

20               MS. BOLGER:  I'm going to ask

21    the court reporter mark Exhibit 13 a

22    document produced in the litigation and

23    then given the Bates number 17748.

24    (Whereupon, Adam Bellow  Email  to  Dershowitz,

25  Bates number 17748 was  marked  as  Exhibit  13  for
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2   identification, as of September 13th, 2022.)
 3              THE WITNESS:  I have a
 4         suggestion for saving time, but maybe
 5         it won't work.
 6              MS. BOLGER:  We can talk about
 7         it off the record.  But just for now
 8         would you mind reading this email, so I
 9         can ask you a couple of questions about
10         it?
11              THE WITNESS:  Oh, sure, yeah.
12         Go ahead.
13              MS. BOLGER:
14         Q.    So the first email on the
15         string chronologically, which of course
16         is the last email.  The second email on
17         the page Adam Bellow --
18         A.    Yeah.
19         Q.    -- to you, Alan Dershowitz.
20         A.    Yeah.
21         Q.    Who is Adam Bellow?
22         A.    Adam Bellow was the
23         publisher of a book publishing company.
24         I forget the name of the company.
25         Q.    From his email address, it
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          would seem to be St. Martin's, right?

 3              A.    I don't see.  Adam -- No

 4          yeah, St. Martin's Press, yeah.

 5              Q.    Okay.

 6                    Saul Bellow's son, right?

 7              A.    Yes.

 8              Q.    Okay.

 9                    And you'll see the first

10          paragraph he says, "I'm sorry to say

11          that our publishing group is not

12          prepared to condone the release of

13          another column book, especially one

14          that would be published in the same

15          year as ours.

16                    "Readers cannot be expected

17          to buy three Dershowitz books in the

18          space of a year.  And our salespeople

19          think it will negatively impact our

20          ability to effectively position and

21          publish Defending Israel."

22                    Do you see that?

23              A.    Yeah.

24              Q.    Okay.

25                    Then the next one says, "I
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2        have to add that as a strict commercial

 3        proposition, I think it's a

 4        deeply-flawed idea.  The book is not

 5        nearly as well-focused as the first and

 6        not tied to an ongoing debate."

 7                  Do you see that?

 8             A.   Yes.

 9             Q.   Do you understand him to be

10        talking about that second book, The

11        Case Against the Democratic House

12        Impeaching Trump?

13             A.   I have no idea.

14             Q.   Okay.

15                  Well, the next paragraph

16        may help you.  It says:

17                  "In fact, with the

18        Democrats in control of Congress, I

19        think the impeachment book will take on

20        new relevance and have a second life.

21        Bringing out a second book will only

22        interfere with ongoing sales for the

23        first one.  In short, it is a

24        questionable strategy and smacks of

25        exploitation, more of exploitation than
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2         publishing sagacity."

 3                   Do you see that?

 4         A.    Yeah.  And that's why I

 5         switched to a different publisher who

 6         had a different strategy, and he did

 7         publish the three books.

 8         Q.    Okay.

 9                   But this is a reference to

10         the fact that he didn't want to publish

11         the second book?

12         A.    That's right.  That's what

13         it --

14         Q.    Because he thought "it

15         smacked of exploitation, rather of

16         publishing sagacity," correct?

17               MR. SCHWEIKERT:  Object to

18         form.

19               THE WITNESS:

20         A.    Well, that was his opinion.

21         Tony Lyons came to a different

22         conclusion and --

23               MS. BOLGER:

24         Q.    Do you understand what he

25         meant?  What did you -- What did you
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2      understand him to mean when he said
 3      "exploitation rather than publishing
 4      sagacity"?
 5              A.    I -- Just -- You have to
 6      ask him.
 7              Q.    Okay.
 8                    Then in the next
 9      paragraph -- skip the next paragraph.
10      Final graph reads (as read):
11                    "I understand very well
12      that this is not what you wanted to
13      hear, but I would ask that you consider
14      that we already made a very big
15      concession to you on the impeachment
16      book.  No other author would have been
17      granted that leeway, which, by the way,
18      was only granted due to my personal
19      advocacy and my assurances that this
20      was one-off and wouldn't happen again.
21      That is why we made it clear at the
22      time this was not to be a precedent."
23      Do you understand that?
24              A.    Yes.
25              Q.    Do you understand what
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         the -- what he made clear to you at the
 3         time?
 4              A.    No.
 5              Q.    Does it ring any bells
 6         whatsoever?
 7              A.    No, I mean, I hadn't even
 8         remembered -- If you had asked me
 9         without showing me this, I would have
10         said my impeachment books were all
11         published by Tony Lyons.  I didn't even
12         remember that I had tried to get the
13         impeachment book published by
14         St. Martin Press.  I don't know why I
15         did.  That didn't seem an appropriate
16         press for doing it.  Tony Lyons,
17         Skyhorse is much more appropriate, and
18         I've been very happy with them.
19              Q.    Okay.
20                    Why is it more appropriate?
21              A.    Because they turn out more
22         quick, topical books.  For example, I
23         did a book on the death of Ruth Bader
24         Ginsberg and the appointment of
25         Barrett, and it was submitted to the
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2          Guinness Book of Records.  Between the

 3          time I agreed to write the book and the

 4          time it appeared on Kindle was, I

 5          think, about two or three weeks.

 6                   And they -- They specialize

 7          in quick, very short, quick

 8          pamphlet-type books, which include

 9          columns.  And so they fit my needs

10          perfectly, and I've continued to

11          publish with them ever since.

12               Q.   Do they edit your work or

13          simply publish your work?

14               A.   Both.  I would say, not

15          like Adam Bellow.  He -- When I did my

16          big book for him, Defending Israel, he

17          really micromanaged it in many ways.

18                   But Skyhorse is different.

19          There's an editor.  And I'll get, you

20          know, calls and suggests, and I'll make

21          changes.  But not nearly as detailed

22          editing as others, yeah.

23               Q.   Okay.

24                   And.

25                   When you -- When you began
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         to publicly defend the President's --

 3         former President's civil liberties,

 4         there was a significant amount of press

 5         about your decision to defend

 6         President Trump, correct?

 7              A.    I don't remember that, no.

 8              Q.    Okay.  Let's --

 9              A.    You'll have to show me.

10              Q.    Yup.

11         (Whereupon, "HLS Prof," article,  The  Crimson,

12   January 26, 2018,  was  marked  as  Exhibit  14  for

13   identification, as of September 13th, 2022.)

14                   MS. BOLGER:  Going to mark as

15         Exhibit 14, an article called "HLS Prof

16         Dershowitz Becomes Loud Trump

17         Defender," dated January 26th, 2018.

18                   THE WITNESS:  Where is it?

19         Where does it appear?

20                   MS. BOLGER:  The Crimson.

21                   THE WITNESS:  The Crimson,

22         okay.  I wouldn't necessarily call

23         that --

24                   MS. BOLGER:  No pending

25         question.  No pending question.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        (Simultaneous speaking.)

 3                    THE WITNESS:  Well, the

 4        question was --

 5                    MR. SCHWEIKERT:  Yeah, hold on

 6        for a second.

 7                    THE WITNESS:  Okay.

 8                    Could you read the question

 9        back?

10                    MS. BOLGER:  I don't think

11        there is a pending question.

12                    THE WITNESS:  There was a

13        pending question.

14                    MS. BOLGER:  Can we just mark

15        the exhibit, please.

16                    THE WITNESS:  Well, can you

17        read it back, and we'll see if there

18        was a pending question.

19                    MS. BOLGER:  We're going to

20        mark the exhibit.

21                    THE WITNESS:  That's fine.

22                    MS. BOLGER:  Then you can read

23        back the question.

24                    THE WITNESS:  Yeah.  That's

25        all I ask.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2                MS. BOLGER:  But there was no
 3        pending question.
 4                THE WITNESS:  That's all I
 5        ask.
 6        (Whereupon,  the  requested  portion  was  read
 7    back by the reporter.)
 8                MS. BOLGER:  There was no
 9        pending question.
10                I said to you:  "Are you aware
11        that there was considerable press about
12        it?"
13                You said, "I'm not.  You'll
14        have to show me."
15                THE WITNESS:  I regard that as
16        a pending question.  I'm not going to
17        argue with you, but that seemed like a
18        pending question.  You were going to
19        show me something, and then I was going
20        to answer it.
21                MS. BOLGER:
22                Q.    Have you ever seen that
23        article before, Mr. Dershowitz?
24        (Simultaneous speaking.)
25                A.    I don't remember.
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          Q.    Okay.

 3                I'm going to show you as --

 4          MS. BOLGER:  What number am I

 5    on?

 6          THE COURT REPORTER:  Fifteen.

 7          MS. BOLGER:

 8          Q.    You have not seen that

 9    before, Mr. Dershowitz?

10          A.    Say that again.

11          Q.    You have not seen that

12    before?

13          A.    I don't remember.  There's

14    so many articles.  I don't remember.

15          MR. SCHWEIKERT:  Thank you.

16          THE WITNESS:

17          A.    I was not at Harvard when

18    this article was published, and I don't

19    subscribe to the Crimson.  So it's very

20    likely, somebody sent it to me, but I

21    have no direct recollection of it.

22          MS. BOLGER:  Okay.  I'm going

23    to ask the court reporter to mark as

24    Exhibit 15, a Politico article called

25    "What Happened to Alan Dershowitz?"
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        with the date of May 11th, 2018.
 3                 THE WITNESS:  Yeah, I remember
 4          that one.
 5        (Whereupon, "What Happened to Alan?"  article,
 6   Politico, May 11, 2018, was  marked  as  Exhibit  15
 7   for identification, as of September 13th, 2022.)
 8   BY MS. BOLGER:
 9                 Q.    Okay.  So taking a look at
10          Exhibit 15 --
11                 A.    You weren't going to ask me
12          any questions about this one?
13                 Q.    Nope.  You can put that one
14          aside.
15                 A.    Fine, yeah.
16                 Q.    You can look at Politico
17          article, and if you turn to the second
18          page of the exhibit --
19                 A.    Yeah.
20                 Q.    -- the third paragraph down
21          begins:
22                      "In certain circles The
23          Legal Academy, Defense Attorneys,
24          Martha's Vineyard it is the question:
25          What happened to Alan Dershowitz?
```

```
1                    A. DERSHOWITZ

2         Dershowitz an iconic civil libertarian

3         and criminal defense lawyer who

4         circulates between the liberal redoubts

5         of Miami, New York and the Vineyard,

6         has emerged in the past year as the

7         most distinguished legal defender of

8         Trump."

9                      And you'll see the next

10        paragraph reads:

11                      "'People everywhere ask,

12        what happened to him?' said Nancy

13        Gertner, a former Federal Judge and

14        lecturer at Harvard Law School, who has

15        known Dershowitz for years.  'I get

16        that from everyone who knows him.'"

17                      Do you see that?

18             A.    Yeah.

19             Q.    Okay.

20                      And then in the next page,

21        second paragraph down reads, "About a

22        year ago" -- Are you with me

23        Mr. Dershowitz?

24             A.    Yeah.

25             Q.    Okay.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    "After Mueller's

 3          appointment on May 17th that started to

 4          change."

 5                    If you read down, it says,

 6          "Dershowitz speaks openly of having

 7          been shunned by friends and condemned

 8          by relatives since then."

 9               A.   I'm missing that.  "Over a

10          year ago," and then I can't get to the

11          next thing.

12               Q.   "About a year" -- starts --

13                    Graph starts "about a year

14          ago."

15               A.   Yeah, and then?

16               Q.   The third line down --

17          fourth line down in that paragraph

18          starts, "The Liberal Intelligencia

19          Recoiled."

20               A.   Yeah.

21               Q.   "Dershowitz speaks openly

22          of having been shunned by friends and

23          condemned by relatives since then."

24               A.   Yeah.

25               Q.   "Even, he told me, at his
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          family recent Passover Seder."

3          There's --

4                    Goes on to say, "He's been

5          harshly critiqued by former Harvard

6          colleagues."

7                    Then it says:  "In late

8          March, when legal analyst, Jeffrey

9          Toobin confronted him directly on

10         Anderson Cooper 360:  'I don't know

11         what's going on with you.  That's not

12         who you used to be,' it felt like a

13         moment of collective catharsis for

14         liberals who see Trump as a threat to

15         democracy."

16                   Do you understand that?

17              A.   He doesn't understand me.

18         I haven't changed one bit.  I've done

19         exactly the same as I used to do.  I'm

20         just doing it on behalf of a person

21         they don't like.  If I were doing the

22         same thing on behalf of

23         President Hillary Clinton, they'd be

24         adoring me.

25                   I'm not a hypocrite.  I
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          don't believe in looking at faces,

3          races, names.  I defend civil liberties

4          without regard to who the object of the

5          civil liberties denial is.  I'm not a

6          Trump supporter.  I don't like his

7          policies.  I publicly opposed his

8          policies.  But I do support his civil

9          liberties without regard to my views on

10         his policies.  I'm very proud of that.

11              Q.   Great.

12              A.   I wish more professors did

13         that.

14              Q.   Now if you flip one to the

15         seventh page of the exhibit --

16              A.   Mh-hm.  Seventh page.

17              Q.   Seventh page.

18              A.   I have to count -- okay.

19         One second.

20              MR. SCHWEIKERT:  Are you

21         counting front and back.  Mine's

22         double-sided.

23              THE WITNESS:

24              A.   Seven.  Is this the one

25         that has in the beginning,
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2        "Dershowitz's Argument Isn't Crazy"?

 3              Q.    Yes, it is.

 4              A.    Okay.

 5              Q.    You -- There's a --

 6                    It's a discussion of your

 7        argument, and then there's a sentence,

 8        "Whether Dershowitz is right involves a

 9        complex" --

10              A.    Wait, wait, wait.  Where is

11        that sentence?

12              Q.    The final paragraph.

13              A.    Okay.

14              Q.    "Whether Dersh-" --

15              A.    I would like to also make

16        sure you put it in context.

17        "Dershowitz's Argument Isn't Crazy."

18        That's important because that's the

19        opposite of what CNN said later on.

20        So --

21              Q.    In 2018.

22              A.    Okay.

23              Q.    Yes.  This is four years

24        earlier -- three --

25                    Two years earlier.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          A.    Okay.

 3          Q.    But I want you to look

 4     at --

 5          A.    Yeah.

 6          Q.    It says, "Whether

 7     Dershowitz is right involves a complex

 8     legal argument that can't be resolved."

 9          A.    Yeah.

10          Q.    Do you agree with that?

11          A.    Yeah.

12          Q.    Okay.

13                Then if you switch to the

14     ninth page of the exhibit.

15          A.    They're all saying -- these

16     are controversial, interesting

17     arguments, yeah.

18          Q.    The ninth page of the

19     exhibit?

20          A.    Ninth page, what does that

21     start with?  Silver blade?

22          Q.    Yes.

23          A.    Yeah.

24          Q.    The next paragraph reads:

25     "'If Alan is right,' Newborn
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        concluded."  And that's Bert Newborn?
 3              A.    Yeah.
 4              Q.    Former direct of the ACLU,
 5        right?
 6              A.    Right.  Yeah.
 7              Q.    "'If Alan is right,'
 8        Newborn concluded, 'then the President
 9        is above the law.  And we have a very
10        different system than we think we
11        have,'" right?
12              A.    Yeah.  He's wrong.
13              Q.    That was in 2018 he was
14        saying that, right?
15              A.    Yeah, but he's wrong.  I
16        don't believe a President is above the
17        law.  I just want to apply the law
18        equally to this President as it would
19        have been applied to President Hillary
20        Clinton.
21              Q.    Sure.
22                    In 2018, Bert Newborn said
23        in Politico, "'If Alan is right, the
24        President is above the law,'" correct?
25              A.    He's wrong, but he said it,
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          yeah.

 3               Q.    Okay.  And if you read

 4          down --

 5               A.    But there's a big

 6          difference between saying the "The

 7          President is above the law," and saying

 8          that "the President is Hitler,

 9          Mussolini -- or I am Hitler or

10          Mussolini," yeah.

11               Q.    Okay.

12                     Then if you read down three

13          paragraphs below that, he says:

14                     "'When I asked Dershowitz

15          in early April why he appeared so often

16          on Fox News, he said he was furious

17          with CNN for not booking him more often

18          and had asked the network whether he

19          had been blacklisted.'"

20                     Do you see that?

21               A.    Yeah.

22               Q.    So as of 2018, you thought

23          you been blacklisted from CNN?

24               A.    No.  I just asked the

25          question.  I was angry at them because
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ
 2        if I had pulled a Lawrence Tribe, if I
 3        had opposed everything, all the civil
 4        liberties on behalf of Trump, CNN would
 5        be booking me all the time.
 6                    They continued to book me
 7        basically until the defamation on
 8        January -- whatever day it was.
 9            Q.    Okay.
10                    What's your source for the
11        fact that --
12            A.    What's my --
13            Q.    What is your source for
14        your statement that:  If you had
15        agreed -- If, like Larry Tribe, you had
16        been always critical of the President,
17        you would have been on CNN more?
18            A.    The most obvious thing in
19        the world.  I mean, I'm an intelligent
20        person.  I know how the world operates.
21        I know how academics operate.  I
22        coined -- I didn't coin the phrase, but
23        I popularized the phrase "shoe on the
24        other foot."
25                    I started writing about
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          that in 2000 in my book on Bush versus
 3          Gore.  And I always apply the shoe on
 4          the other foot test, and I don't think
 5          there is a rational human being in the
 6          world who would disagree with the
 7          following statement.
 8                    The same arguments that I
 9          made against Trump's impeachment, had I
10          made them against Hillary Clinton's
11          impeachment, many scholars would have
12          agreed with my argument.
13               Q.    Mr. Dershowitz, you must
14          have misunderstood my question.  I'm
15          sorry.
16               A.    I must have.
17               Q.    My question was:  What is
18          your source --
19               A.    I just answered.
20               Q.    -- for your belief that CNN
21          would have booked you more if you had
22          been -- I'm paraphrasing you --
23          critical of President Trump?
24               MR. SCHWEIKERT:  Object to
25          form.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2          THE WITNESS:

 3          A.    Because CNN booked me a lot

 4     before I was perceived as defending his

 5     civil liberties.  And then it slowed

 6     down, and they booked me less.  Every

 7     network does that.  Fox does it.  CNN

 8     does it.  MSNBC does it.  They book

 9     guests based on their political points

10     of view.

11          Q.    Wait, so you didn't have

12     someone tell you that.  That's what

13     you're think- -- you're articulating

14     you believed happened.

15          A.    I'm trying to remember.

16     I'm sure I discussed it with some

17     people, but I can't remember anybody

18     specifically telling me that.  But I

19     think if you look at the empirical

20     data, it'll bear it out.

21          Q.    I was using source in the

22     way of a -- of a reporter, rather than

23     a writer.  So I meant human source.

24          MS. BOLGER:  All right.  We're

25     going to take a look at Exhibit 16,
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          which is an article published in the
 3          Book Review Section of The New York
 4          Times called "Yet Another Book Takes on
 5          Impeachment:  This time, the case
 6          Against," published on July 8th, 2018.
 7         (Whereupon, "Yet Another  Book,"  article,  The
 8     New  York  Times,  July  8,  2018,  was  marked  as
 9     Exhibit    16    for    identification,    as    of
10     September 13th, 2022.)
11                    MS. BOLGER:  Mr. Dershowitz,
12          may I ask what you're reading on your
13          phone?
14                    THE WITNESS:  Checking my
15          emails.  I have a suggestion about how
16          to expedite this, but you don't want to
17          listen, so --
18                    MS. BOLGER:  I'll listen at
19          the break, but I want to get through
20          what I want to get through.
21                    THE WITNESS:  Okay.  I just
22          think it would make it quicker.  Right
23          now, there's a lot of down time.
24                    I don't have a document in
25          front of me.  I think I want to make
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2       this part of the record.

 3                    MR. SCHWEIKERT:  Hold on.  She

 4       needs to be --

 5                    MS. BOLGER:  You have to --

 6       Stop talking for one second so she can

 7       hand you the document.

 8                    THE WITNESS:  Yeah.  Can I

 9       make my point on the record?

10                    MS. BOLGER:  There's no

11       pending question.

12                    THE WITNESS:  Okay.

13                    MS. BOLGER:  So I'm going to

14       make my -- I'm going to ask my next

15       question.

16                    THE WITNESS:  Good.

17                    MS. BOLGER:

18            Q.    So if you take a look at

19       the -- This is a book review of the

20       book the Case Against Impeaching Trump?

21            A.    Yeah.

22            Q.    Have you seen this before?

23            A.    I don't remember, probably.

24            Q.    Okay.

25                    So, the seventh paragraph
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          down starts, "He has certainly become

 3          part of the debate."

 4                 A.    Yeah.

 5                 Q.    "Ever since he came out

 6          swinging against scholars, politicians

 7          and pundits who claim Mr. Trump has

 8          committed impeachable offenses,

 9          Mr. Dershowitz has been scorned by

10          fellow academics" --

11                 A.    Right.

12                 Q.    -- "and members of the

13          liberal establishment and by some in

14          the elite social circles he frequents."

15                     The next paragraph says,

16          "Mr. Dershowitz seems to be reveling in

17          his pariah status, pointing to it as

18          proof that he is committed to defending

19          Constitutional principles that

20          transcend partisan politics.

21                     "He joked in interview that

22          he's going to ask his publisher to

23          release a Martha's Vineyard edition of

24          the book sheathed in a brown paper bag,

25          so that the bashful but curious
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2        residents can hide it and read it in

 3        the privacy of their own homes."  Do

 4        you see that?

 5             A.    Yeah.  Absolutely.  I hear

 6        it and I stand by that.

 7             Q.    It's a funny joke,

 8        Mr. Dershowitz.

 9             A.    No, it wasn't that funny.

10             Q.    All right.  Then I'm going

11        to ask --

12             A.    Doesn't meet my usual

13        standards of humor, but it was

14        relevant.

15             Q.    I'm going to ask that the

16        court -- I actually think it's funny.

17        That was sincere.

18                  MS. BOLGER:  I'm going to ask

19        the court reporter to mark as

20        Exhibit 17 an article called "Reversal

21        of Reputation:  How Dershowitz is

22        taking liberties to defend Trump,"

23        dated October 15th, 2018.

24                  THE WITNESS:  What magazine is

25        that from?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2               MR. SCHWEIKERT:  Hold on.

 3        (Whereupon,   "Reversal   of   Reputation,"

 4   article, Justia, "Verdict" law  blog,   was  marked

 5   as  Exhibit  17  for   identification,   as   of

 6   September 13th, 2022.)

 7               MS. BOLGER:

 8               Q.   Okay.  This is from a law

 9        blog called Justia, and it's called

10        "Verdict."  The publication -- This

11        portion of the blog is called

12        "Verdict," and if you see on the third

13        paragraph on this page it says:

14                    "Why does this

15        much-lionized civil libertarian

16        regularly defend Donald Trump to a vast

17        television audience?  How did this

18        distinguished professor end up

19        embracing far out theories that would

20        put the president beyond the reach of

21        prosecution or even impeachment?  And

22        why has Dershowitz, the biggest

23        celebrity legal academia ever produced

24        risk social ostracism among the gentry

25        of Martha's Vineyard to make this
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         case?"

 3                    Do you see that?

 4              A.    Yeah.  It's exactly the

 5         point I've been making, that I'm

 6         controversial.  I'm risking ostracism

 7         because I'm a principled person.  I'm

 8         not crazy.  My arguments are

 9         interesting, they're rebutted, they

10         stimulate debate.  That's what I do.

11         That's what I do well.  That's what I'm

12         proud of doing.  That's what CNN

13         ruined.

14              Q.    Okay.

15                    Next paragraph says --

16         Final paragraph -- The third --

17                    The second full paragraph

18         on that page.

19              A.    Mh-hm.

20              Q.    Says, "Alas, the Case

21         Against Impeaching Trump is no common

22         sense."

23              A.    High standard.

24              Q.    (As read):  "It's more

25         j excuse that j accuse, for there's no
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         excuse too far-fetched for Dershowitz

 3         to ploy -- to deploy to get Trump off

 4         the hook, no fringe Constitutional

 5         argument he's not willing to push to

 6         the limits of credulity.  What sincere

 7         motives might have fueled his initial

 8         skepticism of the impeachment remedy,

 9         Dershowitz is now serving up pure

10         Kool-Aid for the Fox News faithful."

11              Do you see that?

12         A.   I do.  And it's just simply

13         wrong.  If you read my argument in

14         front of the Senate, it's scholarly,

15         balanced, Constitutionally sound, and

16         it's exactly the arguments that I've

17         been making throughout.  I'll stand by

18         those arguments, and I'll leave it to a

19         jury to decide whether my arguments are

20         Kool-Aid or whether my arguments are

21         Constitutionally much better than the

22         arguments of my opponents.  I think

23         they are.

24         Q.   Okay.

25              I'm going to ask -- And
```

Alan Dershowitz
September 13, 2022

```
1                  A. DERSHOWITZ
2        you've received a lot of emails --
3                  You received a lot of
4        emails critical of your decision to
5        defend President Trump's civil
6        liberties --
7              A.    That's right.
8              Q.    -- before you represented
9        him in the impeachment, correct?
10             A.    That's exactly right.  I'm
11       sure if there were emails, John Adams
12       would have received even more of them.
13       And I'm sure Jim Sinclair would have
14       received many of them for defending --
15       And I'm sure Abraham Lincoln would have
16       received many of them for defending
17       some of the people he defended.  And
18       Benjamin Curtis for defending Andrew
19       Johnson, who was probably the most
20       dangerous president in modern --
21       dangerous president in history, setting
22       back reconstruction -- a horrible,
23       horrible president, who I wish there
24       had been a Constitutional basis for
25       impeaching.
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2                  People who defend unpopular

 3          people get letters.  That's the nature

 4          of our First Amendment.  And they ought

 5          to get letters.  But are not to be

 6          compared to Hitler, Stalin or

 7          Mussolini.

 8              Q.    That's the second time I've

 9          heard you liken yourself to John Adams?

10              A.    Yeah.  I don't like him.

11              Q.    Generally --

12              A.    I learned from him.

13          Because he --

14              Q.    I said "liken" --

15              A.    -- inspired me.

16              Q.    I said "liken yourself to

17          John Adams."

18              A.    I don't liken myself to

19          him.  There are a lot of differences

20          between me and John Adams.  I'm a much

21          better lawyer than he was.  He was a

22          racist.  When he defended the Boston

23          Massacre Soldiers, he point to Crispus

24          Attucks, the only Black man who was

25          killed and blamed it on him, saying:
```

Alan Dershowitz
September 13, 2022

1                  A. DERSHOWITZ

2       He had a savage look in his eye.  I

3       would never have made the arguments

4       John Adams made.  John Adams also

5       passed the alien and sedition act --

6              Q.   Right.  That was the part I

7       thought maybe you guys had a little

8       something common on?

9              A.   No.  We have nothing in

10      common about that.  What we have in

11      common is we understand that an

12      important role of the lawyer -- this

13      was before the Sixth Amendment, and he

14      did it -- is to defend the Peter

15      Zengers of the world, the people who

16      are at the Boston Massacre, the Richard

17      Nixons of the world.  I very much

18      wanted to see Richard Nixon impeached,

19      but if I had been asked to defend him,

20      I would have.

21             MS. BOLGER:  I'm going to ask

22      the court reporter to mark as

23      Exhibit 18, again a composite exhibit

24      of emails produced by you in this

25      litigation, Mr. Dershowitz.  The top

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2           one bears the Number 23383.

 3           (Whereupon,  Composite   Dershowitz   emails,

 4      Bates number 23383 was  marked  as  Exhibit  18  for

 5      identification, as of September 13th, 2022.)

 6                      THE WITNESS:  While you're

 7              doing that, I'm going to do one -- just

 8              very quick.

 9                      MS. BOLGER:  Wait. Stop.

10                      THE WITNESS:  Yeah.

11                      MS. BOLGER:  You can't do it

12              while there's a pending question.  But

13              we can go off the record for -- I mean,

14              all I'm going to do is ask you to go

15              through the exhibit, so we can go off

16              the record for one minute.

17                      THE WITNESS:  I was only going

18              to do it because there's always time

19              that's unnecessary.  When she marks it,

20              it would be so much easier if you had

21              an extra copy, if you handed it to me.

22              I could read it while she was marking

23              it, and we would be saving probably a

24              half an hour.

25                      MS. BOLGER:  Okay.  Why don't
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2         we take a break so you can go to the

3         bathroom.

4                    THE VIDEOGRAPHER:  Off the

5         record.  The time is 12:12 p.m.

6         (Whereupon, a short recess was taken.)

7                    THE VIDEOGRAPHER:  We are now

8         bark on the record.  The time is

9         12:16 p.m.

10                   MS. BOLGER:  Sorry,

11        Mr. Dershowitz, I'm just making sure

12        you're holding Exhibit 18, right?

13                   THE WITNESS:  I'm holding --

14             Q.    It has a little number on

15        the bottom?

16                   THE WITNESS:  Eighteen, yeah.

17                   MS. BOLGER:  Great.

18             Q.    So this is a collection of

19        emails, as I said, that were

20        obtained -- received by you related to

21        your representation of Donald Trump

22        before the impeachment trial.

23             A.    That's right.

24             Q.    Who is Alan Zweibel?

25             A.    Another of my old friends.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        I met him -- I think my mother went out
 3        with his -- I think my father went out
 4        with his mother.  That's how far back
 5        we go, and we re-met in college.  We
 6        were in the same house plan.  And we
 7        remained contentious friends ever
 8        since.
 9             Q.    Okay.
10                   You'll see on the -- sort
11        of three quarters of the way down the
12        page, he says:
13                   "You have always fought to
14        a good fight.  I only hope that too
15        much schmutz doesn't rub off you from
16        this ill-chosen battle."
17                   You see that, right?
18             A.    Yes, I'm sure that John
19        Adams got similar messages.
20             Q.    Okay.
21                   And the next is an email
22        from a woman named Phyllis Heffner?
23             A.    Phyllis Chesler?
24             Q.    Hefner -- the next page.
25        Email from Phyllis Hefner?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          A.    I don't know --

 3                I don't know who Phyllis

 4      Hefner is.

 5          Q.    She says, "I feel so sad

 6      that a prominent Jewish lawyer who is a

 7      Harvard professor is going to leave a

 8      legacy like yours."

 9                Do you see that?

10          A.    Yeah.

11          Q.    Okay.

12                The next page, someone

13      named Matthew Steinbaum?

14          A.    I don't remember these

15      people.  Yeah.

16          Q.    Toward the end of the

17      email, says:

18                "You have let me down, and

19      many others who looked up to you, like

20      the thousands of students you mentored

21      and taught at Harvard."

22                Do you see that?

23          A.    They should never have

24      looked up to me.  They thought I was on

25      their side.  I was always on the side
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2        of civil liberties.  When people come

 3        up to me in the street and say, "We

 4        always looked up to you, and now we

 5        don't."  My answer is always, "You

 6        never should have looked up to me.  You

 7        didn't understand me.  I wasn't on your

 8        side.  I was on the side of civil

 9        liberties, whichever way they happen to

10        come out."

11                    And that's what I've been

12        doing all my life and will continue to

13        do for as many years as the good lord

14        gives me.

15            Q.    And the next -- the next --

16            A.    And I don't have that many

17        left.  And that's why I want to make

18        sure I get these papers as soon as

19        possible, so I don't have to waste any

20        more type time.

21            Q.    The next page is an email

22        from a man named George Oleka, who

23        says, "Your reputation" -- at the end

24        says a lot of stuff.  He says:

25                    "Don't be disgusting.
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2         Don't be like Ken Starr.  Do the right

 3         thing.  You are 83.  How do you want to

 4         remembered?  Most people are upset over

 5         the OJ situation.  Your reputation is

 6         already poor.  Join the Democrats."

 7              A.    Sure.

 8              Q.    "Save your reputation."

 9                    Do you see that?

10              A.    Sure.  I mean, that's

11         exactly the kind of letter I thrive on.

12         They're upset over the O.J. situation;

13         well, too bad.  That's my job.  I

14         defended -- I helped defend a man who

15         many people regard as guilty.

16                    "Join the Democrats"?  I'm

17         a Democrat, but I'm not allowing my

18         party affiliation to trump my civil

19         liberties.

20              Q.    Now you testified earlier

21         that you believed that CNN calling you

22         Nazi or Hitler --

23              A.    No.  They didn't call me --

24              Q.    -- or Stalin?

25              A.    Didn't call me Nazi or
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        Hitler.  Okay, go ahead.
 3                  MS. BOLGER:  Mr. Dershowitz,
 4        this is --
 5        (Simultaneous speaking.)
 6                  THE WITNESS:  Okay.
 7                  MS. BOLGER:  -- going to go a
 8        lot faster if you actually let me do
 9        this.
10                  THE WITNESS:  Yeah, I will.
11                  MR. SCHWEIKERT:  We talked
12        about that.  I asked him to --
13                  MS. BOLGER:  Well --
14                  THE WITNESS:  I don't like
15        being misquoted.  That's okay.
16                  MS. BOLGER:
17             Q.    You've talked a lot about
18        the fact that you feel that CNN's
19        likening you to Hitler and Stalin and,
20        I think you said Mussolini, were
21        unusual.  That had never happened
22        before, correct?
23                  MR. SCHWEIKERT:  Object to
24        form.
25                  THE WITNESS:
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2              A.    No.  I don't think that --

3         that's true.  People have called me

4         every name in the book.  There isn't a

5         single epithet that I haven't been

6         called.  But I've never been called --

7         I've never been compared to Hitler or

8         Stalin or Mussolini on national

9         television by reputable commentators

10        and paid CNN commentators.  That's the

11        big difference.

12                    I'll get mail.  I'm

13        compared to everybody in the world.

14              Q.    Okay.

15                    MS. BOLGER:  Let's take a look

16        at Exhibit 19, please.

17         (Whereupon,  Emails  from  acquaintances    was

18    marked as  Exhibit  19  for  identification,  as  of

19    September 13th, 2022.)

20                    THE WITNESS:  What's that?

21        How do I find that.

22                    MS. BOLGER:  You'll get it in

23        a second.

24                    THE WITNESS:  Oh, I'm sorry,

25        yeah.  I got this.  Okay.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2              MS. BOLGER:  This --
 3         Exhibit 19 is again a collection of
 4         emails --
 5              THE WITNESS:  Right.
 6              MS. BOLGER:  -- received from
 7         individuals largely who you know.  And
 8         they were produced in this litigation.
 9         You could flip through them, but they
10         were all produced by you, and I
11         understand that you all do not seek to
12         suggest that they weren't there --
13         inauthentic in know way.  So take a
14         look at the first page.
15              Q.   Do you know a person named
16         Ira Weiner?
17              A.    Not that I know of.
18              Q.    At the very bottom of the
19         page, the first page of the exhibit, he
20         says:
21              "As an observant Jew, a
22         Zionist and a Constitutional attorney,
23         since 1981, I have long admired you.  I
24         consequently feel great sadness that
25         you have chosen to become Trump's
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2          sonderkommando."

 3                       Do you see is that?

 4               A.    Yes.

 5               Q.    And who were the

 6          sonderkommandos?

 7               A.    They were the people who

 8          took the dead bodies of Jews who had

 9          already been killed and put -- brought

10          them to the crematorium.

11               Q.    Particularly --

12               A.    Crematorium.

13               Q.    Particularly horrible part

14          of the Holocaust history.  They were

15          also Jewish, right?

16               A.    No.  I would say it was one

17          of the least horrible parts.  They were

18          already dead.  The horrible parts were

19          the people who killed the Jews, and not

20          the people who took their bodies away.

21          It's no comparison.

22               Q.    Mr. Dershowitz, I don't

23          mean to debate with you about what's

24          horrible in the Holocaust.  It was all

25          horrible.  I'm just trying to say, it's
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        a horrible thing to be called, right?

3             A.    You said the most horrible,

4        thing --

5                  THE WITNESS:  Could you read

6        the question back?

7                  MS. BOLGER:

8             Q.    Right.  And I'm sorry.  I

9        don't mean to be debating with you

10       about what's horrible in the Holocaust.

11       What I'm saying is, this was a horrible

12       thing to be called, correct?

13            A.    Not nearly as horrible as

14       somebody who is a hands-on perpetrator,

15       no.  Being a sonderkommando is being a

16       victim.  It was a Jew who was told:  If

17       you want to live additional time, you

18       have to perform this terrible --

19            Q.    Horrible job.

20            A.    -- task.  But being called

21       a sonderkommando is not in anyway

22       comparable to being called --

23            Q.    Okay.

24                  Turn to the next page.

25            A.    -- not at all.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          Q.    -- turn to the next page.

 3          A.    Yeah.

 4          Q.    This is an email from

 5    Nicholas Negroponte, who is your former

 6    friend, correct?

 7          A.    No.  I would say former

 8    acquaintance, yeah.

 9          Q.    Okay.

10                And then the last thing --

11    the -- On the bottom paragraph of

12    Page 57918?

13          A.    Mh-hm.  5 --

14          Q.    He says --

15          A.    -- bottom paragraph, "You

16    are flapping on a fish --"

17          Q.    "You are flapping like a

18    fish on a dock.  All I have said is I

19    do not want to see you because it is

20    not a matter of issues, one by one.  It

21    is not the extreme left.  It is

22    disappointment in your complicity.

23    This happened during the Hitler years,"

24    correct?

25          A.    Well, this was ironic
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         coming from a man who has supported the

 3         Greek colonels.

 4                    He was closely related to

 5         the family that dominated Greek

 6         fascism.  And you know, he's calling me

 7         names.  But he's not a friend, and he's

 8         just dead wrong.

 9              Q.   The next -- If you skip one

10         page and go to the page with the Bates

11         number 57906?

12              A.   I'm trying to understand

13         your -- your theory.

14              Q.   You see another email from

15         Nicholas Negroponte to you?

16              A.   Yeah.

17              Q.   Which he says --

18              A.   What page is this?

19              Q.   57906.

20              A.   I'm having trouble.  So

21         it's not the next page, right?

22              Q.   Nope.  It's the page after

23         it, 57906.

24              A.   Yeah.

25              Q.   He's responding to you.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        You had said (as read):  "How dare you

 3        compare me to public intellectuals who

 4        facilitated dictatorship?"

 5                      And he says, "Yes, that is

 6        exactly what I'm doing."

 7             A.    What -- I -- okay.  "How

 8        dare you compare me to public

 9        intellectuals who facilitated

10        dictatorship?"  "Yes, that's" --

11             Q.    He says, Yes, that's

12        exactly what he's doing, right?

13             A.    Yeah.

14             Q.    Okay.

15                      Do you know a person named

16        Alan Raphael?

17                    (Simultaneous speaking.)

18             A.    Wait, wait, wait.

19        Remember, he doesn't -- He isn't

20        calling me Hitler or Mussolini.  He's

21        saying, "I'm comparing" -- I'm compared

22        to Heidegger or other philosophers or

23        intellectuals who facilitated

24        dictatorship, including you know,

25        Rocco, the man who created the term
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         fascism.

 3                    There's a big difference

 4         between that -- I mean, I reject it

 5         absolutely.  I never facilitated Trump

 6         or facilitated his policies.  But

 7         there's an enormous difference

 8         between -- wrong as bigoted what he's

 9         saying -- and what was said on CNN.

10              Q.    There's no -- Heidegger's

11         name is not on here.

12              A.    Who?

13              Q.    Heidegger's name is not in

14         this email, right?

15              A.    He's -- You're talking

16         about public intellectuals, and making

17         a refer- --

18              Q.    I'm asking you a question:

19         Is Heidegger's name in the email?

20              A.    No, but --

21              Q.    Is Rocco's name in the

22         email?

23              A.    So who?  No.  I don't

24         understand that point.  He talked about

25         public intellectuals, so I'm talking
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2        public intellectuals.

 3              Q.   Okay.

 4              A.   Go ahead.

 5              Q.   Do you know --

 6                   Do you know a person named

 7        Alan Rafael?

 8              A.   No.

 9              Q.   Okay.

10              A.   Not that I know of, yeah.

11              Q.   How about a man named

12        Andrew Goldstein?

13              A.   That's a very common name;

14        I don't know.

15              Q.   Okay.

16                   If you'll -- The last email

17        on this string is got the Bates number

18        18119.

19              A.   Yeah.

20              Q.   And it's an email exchange

21        between you and Mr. Goldstein.

22        Actually, Mr. Dershowitz, you very

23        frequently engage with people who email

24        you out of the blue.

25              A.   I would say one out of --
```

Alan Dershowitz
September 13, 2022

```
1                     A. DERSHOWITZ
2          one out of a thousand, maybe, times I
3          do.  Not -- not a lot, but --
4                   Q.    What's the criteria?
5                   A.    I get a lot of -- If I'm
6          interested.  If it sounds like an
7          interesting argument.  If it sounds
8          something that's worth responding to, I
9          do it.  Mostly, I don't even read the
10         emails I get.  Many of these I've never
11         seen before that I can remember.  But
12         sometimes I see one that's interesting,
13         and I decide to respond.  Obviously,
14         I'm going to respond to Negroponte
15         whose wife and my wife were friends.
16                  Q.    Okay.
17                  A.    I never liked him, but our
18         wives were friends.
19                  Q.    Okay.
20                        In the -- In this email,
21         which is final email in the packet,
22         bearing the Bates number 18819 --
23                  A.    Yeah.
24                  Q.    At the top.  It's a back
25         and forth between Mr. Goldberg and you,
```

```
 1                    A. DERSHOWITZ

 2        and if you look at second page --

 3                   MR. SCHWEIKERT:  Goldstein,

 4        right?

 5                   MS. BOLGER:  What did I say?

 6                   MR. SCHWEIKERT:  "Goldberg."

 7                   MS. BOLGER:  Goldstein.  Yep,

 8        sorry.

 9                   MR. SCHWEIKERT:  That's okay.

10                   MS. BOLGER:

11            Q.    If you look halfway down

12        the page --

13            A.    The second page, yeah.

14            Q.    Yes.  Because I can't see

15        with glasses on or off, so I apologize.

16        You'll see it says -- There's an email

17        from him to you, dated July 18th, 2019,

18        at --

19            A.    Mh-hm.

20            Q.    9:23.

21            A.    Wait a second.  July -- I

22        see July 17th, 1919; July 18th -- I'm

23        not sure I see what you're looking at.

24            Q.    In the middle of the page.

25            A.    In the middle of the page.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          Q.    On Page 18, 18120?

 3          A.    18120.  Oh, I'm on 18122

 4     okay.

 5          Q.    There's email that's him

 6     that's -- him that begins on July 18th,

 7     2019, at 9:23; do you see that?

 8          A.    Yeah.

 9          Q.    Okay.

10                And ends with him saying:

11                "Before you call me a

12     self-hating Jew, remember that this

13     type of condemnation was the one the

14     Nazis used.  The Nazis called Germans

15     who stood up for Jews self-hating

16     Germans."

17                Do you see that?

18          A.    I do, yeah.  Absurd

19     analogy.

20          Q.    You also said that you lost

21     friends by speaking out in favor of

22     Trump, even before the impeachment,

23     right?

24          A.    I also lost friends for

25     defending O.J. Simpson and defending
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         Mike Tyson, and defending Claus von

 3         Böulow, and defending Harry Reems, and

 4         defending Bill Clinton.  I lost friends

 5         on --

 6                    Every time I took on a

 7         defense, I lost friends.

 8              Q.    Okay.

 9                    You publicly said that you

10         lost friends as a result of

11         representing President Trump, right?

12              A.    I did.  And I did lose

13         friends as a result of that.  And I

14         lost friends as result of defending

15         other people as well.  And I publicly

16         stated it in my book on the O.J.

17         Simpson case.  I have emails from

18         people about that.  I had somebody walk

19         up to me on the beach and start

20         screaming at me for my defense of O.J.

21         Simpson.  It's part of the job of a

22         criminal defense lawyer.

23                    Every criminal defense

24         lawyer will tell you that they have

25         stories just like that.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2              Q.    Okay.

 3                    MS. BOLGER:  I'm going to just

 4         ask the court reporter to mark

 5         Exhibit 20 an article in The Washington

 6         Post, "Alan Dershowitz's New Reality:

 7         Tweeted by Trump, Shunned by Liberal

 8         Friends."

 9        (Whereupon, "Alan  Dershowitz's  New  Reality"

10    article,  The  Washington  Post,  was   marked    as

11    Exhibit    20    for    identification,    as    of

12    September 13th, 2022.)

13                    THE WITNESS:  Okay.  I got it.

14                    MS. BOLGER:  Okay.

15                    THE WITNESS:  Yeah, I got it.

16                    MS. BOLGER:

17              Q.    Mr. Dershowitz, have you

18         seen this article before?

19              A.    I don't -- I have no

20         recollection of this, but probably.

21              Q.    Okay.

22                    You're quote as saying,

23         "None of liberal friends invite me to

24         dinner any more."

25              A.    Show me.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            Q.    Sorry.

 3            A.    Yeah.

 4            Q.    "'None of my liberal

 5       friends invite me to dinner anymore,'

 6       he said.  'Thanks to Donald Trump, I've

 7       lost seven pounds.  I call it the

 8       Donald Trump diet.'"

 9            A.    That's right.

10            Q.    Do you see that?

11            A.    Yes.  I've said that many

12       times.

13            Q.    Yeah.

14                  And then -- I also think

15       that's funny, Mr. Dershowitz.  Then on

16       the second page --

17            A.    Yeah.

18            Q.    -- the sixth paragraph

19       down --

20            A.    Sixth, yeah.  "If that" --

21            Q.    "If that argument sounds

22       familiar, it's because" --

23            A.    Yeah.

24            Q.    -- "It was made last week

25       by Trump's personal lawyer, John Dowd,
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          who, in a statement that shocked many,

 3          declared the president can't

 4          obstruct -- cannot obstruct justice

 5          because he is the chief law enforcement

 6          under the Constitution's Article II.

 7                    "The novel interpretation

 8          of the law was immediately dubbed the

 9          Dershowitz-Dodd Theory.  It was

10          controversial enough that Trump's White

11          House lawyer, Ty Cobb, hastened to say

12          that it was not a theory adopted by the

13          President and not a defense he would

14          deploy.

15                    "Dershowitz's theory had

16          been roundly condemned and critiqued by

17          a number of legal scholars, most

18          thoroughly in an article by scholars

19          Daniel Hemmel and Eric Posner, in which

20          they wrote that it crumbles under

21          scrutiny."

22                    Do you see that?

23              A.    Yeah.  But they

24          mischaracterized completely my

25          argument.  What I said was:  If a
```

Alan Dershowitz
September 13, 2022

```
 1                     A. DERSHOWITZ

 2          president is doing what Article II

 3          allows him to do -- fire people, pardon

 4          people -- then it can't be an

 5          obstruction of justice.

 6                    And that's exactly what the

 7          Supreme Court held in the case,

 8          following the impeachment of Andrew

 9          Johnson, who was impeached for firing

10          the secretary of -- I can't remember

11          the army, or defense.  And he was

12          impeached for that but not removed.

13          And then the Supreme Court said he was

14          perfectly within his authority under

15          Article II to fire somebody, perfectly

16          within authority to pardon somebody.

17                    So all I said was:  A

18          president can't obstruct justice by

19          legally and lawfully carrying out his

20          responsibilities under Article II.

21                    MS. BOLGER:  I think I'm going

22          to move to strike most of that answer

23          as nonresponsive because I think my

24          only question was:  Do you see that,

25          Mr. Dershowitz?
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2            A.    You don't even have to ask

 3      me that question.  Of course, I see it.

 4            MS. BOLGER:  Let's mark the

 5      next exhibit as Exhibit 21.  It is an

 6      article published in The Hill with the

 7      headline "Maxine Waters Does not Speak

 8      for Democrats or Liberals," by Alan

 9      Dershowitz, June 27, 2018.

10            A.    I remember that, one yeah.

11      (Whereupon, "Maxine Waters," article  by  Alan

12  Dershowitz, The Hill, June 27, 2018, was  marked  as

13  Exhibit   21   for   identification,   as   of

14  September 13th, 2022.)

15            THE WITNESS:  Could we

16      stipulate that I see everything and

17      that I agree everything that you're

18      producing --

19            MS. BOLGER:  Mr. Dershowitz,

20      how about you look at the exhibit?

21            THE WITNESS:  If there's

22      something I've written, it seems to

23      be --

24            MS. BOLGER:  How about you

25      look at the exhibit.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    THE WITNESS:  -- an utter

 3          waste of time.

 4          (Simultaneous speaking.)

 5                    MS. BOLGER:  Again,

 6          Mr. Dershowitz, I'm going to do this,

 7          not you.

 8                    THE WITNESS:  To ask me if I

 9          see this, okay.  But then you're going

10          claim that there isn't enough to time

11          to -- to finish the deposition.  That's

12          what I'm concerned about.

13                    MS. BOLGER:  Stop talking and

14          we'll get it done.

15                    THE WITNESS:  I'm not the one

16          who is delaying it.

17                    I got this.  Yeah.

18                    MS. BOLGER:

19          Q.   Okay.  This is an article

20          you wrote that was published in The

21          Hill, right?

22          A.   That's correct, yeah.

23          Q.   You often publish in The

24          Hill, right?

25          A.   Yes, I do.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          Q.    Why is that?

3          A.    I like it.

4          Q.    Why?

5          A.    I love the editor, Frank

6     Gray, and it seems to have a readership

7     that's balanced and thoughtful.  It's

8     neither conservative nor liberal.  It

9     seems to publish pieces by people on

10    all parts of the political spectrum, so

11    it's one of my favorite places to

12    publish articles.

13         Q.    Do you have an agreement

14    with The Hill about a number of

15    articles you're published, or do you

16    just submit articles?

17         A.    I just submit articles.

18         Q.    Okay.

19               Do they ever reject

20    articles?

21         A.    Yes.  Yesterday.

22         Q.    Okay.

23               I just want to take a --

24         A.    Two days -- Two days ago,

25    sorry.  I think it was two days.  No,
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          maybe it was yesterday.  I think it was

3          yes, yeah.

4               Q.   On the second page of the

5          exhibit, "This is all familiar to me

6          since I lived through McCarthyism in

7          the 19 --

8               A.   Wait a minute, please let

9          me do it.

10              Q.   Third page of the exhibit.

11              A.   Third page.

12              Q.   Apologies.

13              A.   "That is all familiar to

14         me," yes, yes.

15              Q.   That -- "Since I lived

16         through McCarthyism in the '50s when

17         lawyers who represented alleged

18         communists on civil libertarian grounds

19         were shunned, some of these lawyers and

20         victims of McCarthyism lived on

21         Martha's Vineyard.  I never thought I

22         would see McCarthyism come to Martha's

23         Vineyard, but I have."

24              A.   That's right.

25              Q.   Right.
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2                       And then the next

 3          paragraph, you end by saying, "One good

 4          thing is that being shunned by some old

 5          friends on Martha's Vineyard has taught

 6          me" --

 7               A.    Wait.  Please, please.  I

 8          have to read it.  What paragraph are we

 9          on now?

10               Q.    The one right next to it --

11          right after it.  Starts, "These

12          trial" --

13               A.    "Being shunned by some old

14          friends," right.

15               Q.    "Some old friends on

16          Martha's Vineyard have taught me how

17          my -- who my real friends are and who

18          my fair weather friends are" (as read).

19               A.    True.

20               Q.    Okay.

21                    "From a personal point of

22          view I could not care less about being

23          shunned by people whose views regarding

24          dialogue I do not respect."

25               A.    Correct.
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2         Q.   Okay.

3              And you agree with that?

4         A.   I agree with that

5    completely.

6         Q.   And when you published this

7    article, it set off a little bit of a

8    tempest in the teapot in Martha's

9    Vineyard, correct?

10        A.   No.

11             MR. SCHWEIKERT:  Object to

12   form.

13             MS. BOLGER:

14        Q.   It did not?

15        A.   No.  I don't think anybody

16   reads The Hill on Martha's Vineyard, so

17   I don't think it set off a tempest in

18   Martha's Vineyard.  Not this article,

19   no.

20        Q.   Okay.

21             Did another article set off

22   a tempest in a teapot?

23        A.   I don't know.  I mean there

24   were stories in The New York Times that

25   would have had more of an impact.  I
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          don't know anybody on the Vineyard that
 3          reads The Hill.
 4               Q.   Okay.  Well, here you go.
 5          Here's --
 6               MS. BOLGER:  I'll ask the
 7          court reporter to mark as Exhibit 22,
 8          an article called, "Alan Dershowitz
 9          says Martha's Vineyard is Shunning him
10          over Trump," dated July 3rd, 2018.
11               THE WITNESS:  It's true, yeah.
12          I'm familiar with that article.
13        (Whereupon, "Alan  Dershowitz  says,"  article,
14      July  3,  2018,  was  marked  as  Exhibit  22   for
15      identification, as of September 13th, 2022.)
16               THE WITNESS:  Okay.
17               MS. BOLGER:  Okay.
18               THE WITNESS:  Yeah.
19               MS. BOLGER:
20               Q.   First line is, "It was not
21          the sort of complaint likely to draw
22          public sympathy, and it did not."
23                    Do you see that?
24               A.   Yes.
25               Q.   Okay.
```

Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ

2                    And it is an article which

3       embeds several tweets, as you will --

4       as you will notice.

5            A.    Mh-hm.

6            Q.    And you will see on the

7       seventh paragraph it reads (as read):

8                    "This claim only seemed to

9       draw a wave of mockery online that

10      crested just as many of the nation's

11      media and political elites headed to

12      The Cape for the Fourth of July."

13                    Do you see that?

14           A.    Yeah.

15           Q.    Okay.

16                    Were you interviewed for

17      the story?

18           A.    I can't -- I doubt it.  But

19      if I'm quoted, I was.  I can't tell you

20      that.

21           Q.    Okay.

22           A.    It looks like I was.  It

23      says, "'There's a whole cabal of people

24      who decided they would try to get

25      people to stop interacting with me,'

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2        Mr. Dershowitz said."

 3              Q.    You did an interview with

 4        The New York Times about being --

 5              A.    I can't remember --

 6              Q.    Shunned on Martha's

 7        Vineyard?

 8              A.    -- if I did an interview I

 9        think so, but they may have picked up

10        things that I said to other media, but

11        I'm just not sure.

12              Q.    Okay.

13              MS. BOLGER:  And I ask the

14        court reporter to mark as Exhibit 23

15        the article, "Alan Dershowitz is

16        Enjoying This," published by Jeremy

17        Peters on July 7th, 2018, in The New

18        York Times.

19        (Whereupon, "Alan  Dershowitz  is  Enjoying,"

20     article  by  Jeremy  Peters,  the  New  York  Times,

21     July  7,  2018,  was  marked  as  Exhibit  23   for

22     identification, as of September 13th, 2022.)

23     BY MS. BOLGER:

24              Q.    And there you are,

25        Mr. Dershowitz, wearing a T-shirt about
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        "Kids and Guns Don't Mix"; right?
 3             A.    That's right.
 4             Q.    I like your T-shirt.
 5                   And this is an -- actually
 6        an interview with you, correct?
 7             A.    Yes.
 8             Q.    Okay.
 9                   And how did this come to
10        pass?
11             A.    I don't know.  They called
12        me, I'm sure, and they asked me about
13        it.
14                   You know, I enjoy dialogue
15        and debate.  And I enjoy responding to
16        questions, even yours.  And I enjoy
17        having an opportunity to state my point
18        of view.
19                   I'm glad I had this
20        opportunity after the first article --
21        it was on July 3, 2018, and this was
22        July 7th.  It was a followup article.
23        And it gave me an opportunity to state
24        my point of view and indicate that I
25        don't care about friends who don't want
```

Alan Dershowitz
September 13, 2022

```
 1                       A. DERSHOWITZ

 2          to engage in -- in dialogue.  I care

 3          about thoughtful people.

 4                  Q.    On the second page of the

 5          exhibit --

 6                  A.    Yeah.

 7                  Q.    The fourth paragraph --

 8                  A.    Yeah.

 9                  Q.    You'll see you were quoted

10          as saying, "The local library" --

11                  A.    That's true.

12                  Q.    "Mr. Dershowitz had told

13          them that" --

14                  A.    Wait.  I'm on the second

15          page.

16                  Q.    -- in the fourth paragraph.

17                  A.    It says the fourth

18          paragraph of my interview?  No.

19                  Q.    Fourth full paragraph on

20          the page.

21                  A.    Yeah.

22                  Q.    It starts, "But whether" --

23                  A.    Yes, yes.

24                  Q.    -- "The local library,

25          Mr. Dershowitz said, told him that they
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2         couldn't find time for him to give his

3         regular summer talk this year."

4                   Do you see that?

5              A.   That's right.

6              Q.   And then, goes on to say:

7                   "And on Thursday, a local

8         paper The Martha's Vineyard Times,

9         published the results of an informal

10        poll that asked readers if they would

11        invite 'Dersh' -- as he is known to

12        friends -- to dinner.  37 percent said

13        they would, 63 percent said no."

14                  Do you see that?

15             A.   Yeah.

16             Q.   And that was in 2018,

17        before you represented President Trump

18        on the floor of the Senate, right?

19             A.   Oh, absolutely.  Yeah, I --

20        I knew that when I defended Trump's

21        civil liberties this would be the

22        reaction.  It hasn't hurt me; it's hurt

23        my wife, but not me.

24             Q.   Okay.

25                  MS. BOLGER:  Again I'll ask
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          the court reporter mark as Exhibit 24

 3          an article called "The Vineyard Gives

 4          Dershowitz a Cold Shoulder," published

 5          in The Boston Globe on July 4th, 2018.

 6          (Whereupon,  "The  Vineyard  Gives,"  article,

 7     The Boston  Globe,  July  4,  2018,  was  marked  as

 8     Exhibit   24   for   identification,   as   of

 9     September 13th, 2022.)

10                  THE WITNESS:  Okay.

11                  MS. BOLGER:  Okay.

12               Q.   And this is, as I said, an

13          article that was published in The

14          Boston Globe, and you'll see that it

15          begins (as read):

16                    "For years, former Harvard

17          Law Professor Alan Dershowitz and some

18          of his high-profile pals have spent

19          Summer afternoons opining on the porch

20          of the Chilmark General Store on

21          Martha's Vineyard."

22               A.   Yeah.

23               Q.   "Not this summer.  And

24          maybe never again.  As a result of

25          voc- -- Dershowitz's vocal opposition
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2         to the appointment of a special counsel

3         to investigate President Trump's ties

4         to Russia, the coffee klatch has turned

5         combative.  In recent days the clique

6         has been exchanging bitter emails that

7         lay bare the anger over Dershowitz's

8         seeming support for the President,

9         which is a no-no on the Vineyard, a

10        liberal enclave that has great

11        antipathy to Trump."

12                  Do you see that?

13             A.    Yeah, all true.

14             Q.    The article then goes on to

15        discuss an email thread, a dispute,

16        between Mr. Teller and Mr. Negroponte

17        and you.

18             A.    Yes.

19             Q.    You could check me, but

20        indeed that happened, correct?

21             A.    Yes.  But I don't see

22        the -- the reference.

23             Q.    Okay.

24                  I was trying to -- I was

25        trying to cut it short, Mr. Dershowitz.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2              A.    I just have to read it,
3       though, in context.
4              Q.    Okay, go ahead.  Read it.
5              A.    I can't find it.  How does
6       it start?
7              Q.    The next paragraph:
8       "Responding to an Op Ed" --
9              A.    "To an Op Ed" -- yeah,
10      yeah, yeah.
11             Q.    Right?  Okay.
12                   "In which he complained
13      that his island friends were shunning
14      him because of his relationship with
15      the President, Walter Keller" --
16             A.    Yeah, yeah.  I got it.
17             Q.    -- "a prominent Los Angeles
18      entertainment lawyer, and long-time
19      Vineyard resident, sent Dershowitz and
20      others in the circle an email
21      exchanging the sudden estrangement."
22             A.    That's right, yeah.
23             Q.    Okay.
24                   Then it goes on from there.
25      Mr. Negroponte appears on the second
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        page.

3             A.    Where are we up to now?

4        The next page?

5             Q.    Yes.  I was actually trying

6        to move away from the article, in hopes

7        that you would agree with me that it

8        characterizes a public dispute between

9        Mr. Teller, Mr. Negroponte and

10       yourself?

11            A.    That's right.

12            Q.    Okay.

13                  And that dispute happened?

14            A.    Yeah.  That -- That dispute

15       is still happening.

16            Q.    Right.

17                  And it happened -- It began

18       in 2018?

19            A.    That's right.

20            Q.    Okay.

21            A.    I will stipulate that these

22       oppositions to my point of view began

23       when I started to defend Trump's civil

24       liberties, as I would have defended any

25       President or anyone else's civil
```

Alan Dershowitz
September 13, 2022

```
1                        A. DERSHOWITZ

2          liberties.  That created controversy.

3                        If I had said exactly the

4          same thing about Hillary Clinton, I'd

5          have been loved, adored, hugged.  And

6          nobody would have -- They just -- You

7          know, the people who liked me for the

8          wrong reason didn't understand me.  And

9          the people who disliked me for the

10         wrong reason don't understand me.

11                       There are very few actual

12         civil libertarians around, certainly

13         very few in the Vineyard.  They just

14         want you to come down on their side.

15         That's the goal, our side.  It doesn't

16         matter what your arguments are.

17              Q.    Okay.

18                       Mr. Dershowitz, the reason

19         why I'm asking you these questions is

20         because in the Interrogatory Responses

21         in this litigation, you argued,

22         potentially, that your relationships

23         with Mr. Teller and Mr. Negroponte and

24         other people on Martha's Vineyard were

25         affected by the allegedly defamatory
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2        statements by --

 3              A.    What?

 4              Q.    -- Affected by the

 5        allegedly defamatory statements by CNN.

 6              A.    That's right.

 7              Q.    Okay.

 8                    Do you persist in saying --

 9                    Do you actually allege that

10        CNN, the statements made by CNN in 2020

11        had an effect on your relationships

12        with Mr. Teller and Mr. Negroponte?

13              MR. SCHWEIKERT:  Objection to

14        form.

15              A.    Yes.  I think it --

16                    I know they don't agree

17        with it, but I think that it gave them

18        ammunition with which to increase the

19        opposition to me.  It gave them

20        ammunition.

21              Q.    Okay.

22                    I was hoping to avoid this

23        because I think it's hard to say that

24        something in 2020 cause a rift in 2018,

25        but I'm -- We'll do it any way.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2              A.    Sure.

3                    MS. BOLGER:  So let's mark as

4         Exhibit 25 a series --

5                    THE WITNESS:  Excuse me --

6         wait a minute.  Wait a minute.

7                    MS. BOLGER:  -- produced in

8         the litigation --

9         (Simultaneous speaking.)

10             A.    Not --

11             Q.    Produced in this litigation

12        by Mr. Dershowitz.  The top one is

13        given --

14                   Mr. Dershowitz, I'm

15        talking.

16                   THE COURT:  One at a --

17        (Simultaneous speaking.)

18                   THE WITNESS:  I know, but you

19        mischaracterized what I said.

20                   MS. BOLGER:  You cannot talk

21        when I am talking.

22                   I'm marking a document.  The

23        top one has the Bates number 57864, and

24        it is a collection of emails, which I

25        have collated, which are emails between
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          Mr. Dershowitz and Mr. Negroponte or
 3          Mr. Teller that date from 2018.  So
 4          let's mark that as Exhibit 25, and
 5          that's for you.
 6                    MR. SCHWEIKERT:  And I will
 7          object to the characterization that
 8          preceded the marking of the exhibit.
 9          Please continue.
10          (Whereupon,  Dershowitz,  Negraponte,   Teller
11    Email chain, 2018  was  marked  as  Exhibit  25  for
12    identification, as of September 13th, 2022.)
13                    MS. BOLGER:  Okay.
14               Q.    So taking a look at the
15          first exhibit, which is an email -- an
16          email chain between you --
17               A.    Yeah.
18               Q.    -- Mr. Teller and a number
19          of other people.  I wanted to ask you
20          to turn to the second page of the
21          exhibit.
22               A.    Second page, okay.
23               Q.    Okay.
24               A.    Yeah.
25               Q.    It is an email dated
```

Alan Dershowitz
September 13, 2022

```
1                      A. DERSHOWITZ

2          June 30th, 2018.

3                  A.    Wait a minute.  I don't see

4          that.  The second page of the exhibit.

5          I just see "Alan, You write" --

6                  Q.    Yes.  Above that it says,

7          "on June 30th, 2018."

8                  A.    No, I don't see that.

9                  Q.    Right here?

10                 A.    Maybe we have different

11         things.  I don't see that.  This is

12         what mine says.

13                 Q.    Oh.  That's really weird.

14         Do you have June 30th?

15                 MR. SCHWEIKERT:  Yes, but I

16         wrote on mine already.

17                 THE WITNESS:  What page are we

18         on again?

19                 MS. BOLGER:  Could you just

20         check his exhibit, please?

21                 MR. SCHWEIKERT:  Can I see

22         that?

23                 MS. BOLGER:  Can I see it?

24                 THE WITNESS:  Why are you

25         doing that?
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2                 MS. BOLGER:  I don't want to

 3        grab.

 4                 THE WITNESS:  Do it one more

 5        time.  All right.  We'll go off the

 6        record.

 7                 THE VIDEOGRAPHER:  We're going

 8        off the record.  The time is 12:45.

 9        (Whereupon, a short recess was taken.)

10                 THE VIDEOGRAPHER:  We're back

11        on the record.  The time is 12:47.

12            Q.    Okay.  Mr. Dershowitz, in

13        front you is a document that bears the

14        Bates number 57853 on the top --

15            A.    Yes.

16            Q.    Upper left-hand side.

17            A.    Yeah.

18            Q.    And it's an email from

19        Walter Teller to you, dated June 30th,

20        2018; do you see that?

21            A.    Yeah.

22            Q.    Okay.

23                 It's actually in response

24        to The Hill article, which you can

25        actually see if you look at the next
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2      page, or you can take my word for it.
 3      I'm not misleading you.
 4             A.    I take your word for it.
 5             Q.    And you'll see it's -- This
 6      is the email that is discussed in The
 7      Boston Globe article, which is an email
 8      from Mr. Teller to you, being critical
 9      of your relationship with Donald Trump.
10      You're welcome --
11             A.    And also -- And also
12      critical of my relationship with
13      Benjamin Netanyahu.  Teller is virulent
14      anti-Israel zealot who hates the fact
15      that I have, in any way, befriended or
16      supported Netanyahu, and he has opposed
17      me and argued with me for years about
18      Israel.  Trump is Johnny-come-lately on
19      this issue.
20             Q.    Okay.
21                   On the second page of the
22      exhibit, you'll see there's -- I'm
23      sorry, on the third page.  The next
24      page, which bears the Bates
25      number 57854.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2         A.    Yeah.
 3         Q.    You'll see there's a
 4    paragraph that says (as read), "You
 5    assist -- You insist that if those of
 6    us who find fault with words and
 7    actions would only listen to you, we
 8    would understand and agree with you."
 9         A.    That's true.
10         Q.    "We know that to be untrue
11    because we have listened and found that
12    listening merely affirms what we
13    believe to be true.  What is that?
14    Sadly, it is a conviction that your
15    judgment is vitiated by your seemingly
16    insatiable need to be in public eye --
17    to have a seat at the table, even if
18    the table is at Fox News, Mar-a-lago,
19    the White House with BB or even at
20    certain dinner guests.
21                  Dinner parties in the
22    Vineyard, you proudly announce where
23    you have dined and with whom you're
24    going -- so with whom, going so far as
25    to send pictures of your menu of your
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2        meal with Trump at the White House.

3        And then you complain publicly that you

4        are not invited to dinner."

5                    Do you see that?

6              A.    Yeah.

7              Q.    And he sent this to a bunch

8        of people on Martha's Vineyard,

9        correct?

10             A.    Yeah.

11             Q.    Okay.

12             A.    I mean, he's an enemy, and

13       he takes enmity out in every way.  He

14       hates me because of my support for

15       Israel, for Netanyahu.  He is a

16       radical -- you know, hard left radical,

17       and he is totally intolerant of my

18       point of views.

19                   And the best thing that

20       ever happened to me is that I don't

21       have to talk to him any more.  I had to

22       talk to him because his wife and my

23       wife were friends, and the really good

24       thing that happened on the Vineyard is

25       that I was able to stop talking to
```

Alan Dershowitz
September 13, 2022

```
1                      A. DERSHOWITZ
2          these boring, rather vapid people, and
3          could maintain friendships with people
4          who I have had deeper connections to.
5                      I've lost a few of those,
6          too, as friends; but for the most part,
7          the people who have followed Walter
8          Teller have been people who I just
9          assume never -- never have to -- never
10         see again in my life.  This was one of
11         the best summers in my life because I
12         never laid eyes on Walter Teller or
13         some of the other people who previously
14         I had to interact with because of my
15         wife.
16              Q.    Sorry.  I thought you
17         testified earlier that -- and maybe
18         they both were -- that Mr. Negroponte's
19         friend -- wife is a friend of your
20         mother?
21              A.    That --
22              Q.    Sorry, Mr. Negraponte's
23         wife is a friend of your wife's.  Is
24         that same as Mr. Teller?
25              A.    That's right.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2           Q.    Okay.  I was confused.

3           A.    They both.

4           Q.    Okay.  All right.

5                 Mr. Dershowitz, I'm not

6    going to take the time to read all of

7    these.  I will note that they were all

8    circulated very widely.

9           A.    Having a lot of trouble

10   hearing you.

11          Q.    I said, I'm going to take

12   the time to go through all of these.

13   Although will note, that they

14   circulated fairly widely in your

15   community in Martha's Vineyard.

16          A.    There's no doubt about

17   that.

18          Q.    Right.

19                None of them date after you

20   spoke on the floor of the Senate?

21          A.    That's true, yeah.

22          Q.    Okay.

23                So there's been no further

24   public communications from Mr. Teller

25   or Mr. Negroponte related to you since
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2         then; are there?

 3              A.    We've cut off total -- Our

 4         relationship completely -- We've

 5         communicated about nothing after these

 6         letters.  I don't think you'll find

 7         anything in 1919, either.

 8              Q.    Actually, if you look at

 9         the --

10              A.    Or, you know.

11              Q.    If you look at -- Sorry

12         there's -- I've put them out of order

13         when I pick them up.  There is one

14         email --

15              A.    Mh-hm.

16              Q.    -- dated January 23rd,

17         2020, which bears the Bates number

18         59721 from you to Mr. Teller -- Sorry,

19         from Mr. Teller to you.

20              A.    Mh-hm.

21              Q.    But there's nothing after

22         that, correct?

23              A.    I don't know.  I've had

24         nothing to do with Teller for several

25         years now.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            Q.    Okay.

 3            A.    And I know that he

 4      bad-mouths me, and I also know that he

 5      has told people that he's used the CNN

 6      thing as ammunition against me.

 7            Q.    Okay.

 8                  In what way?

 9            A.    Saying, See, what I've been

10      saying correct.  Look at him.  He says

11      the President could do anything.

12                  It was a way of confirming.

13            Q.    To whom did he say that?

14            A.    I don't remember.

15            Q.    Who told you that?

16            A.    I don't remember, but I

17      remember being told it.

18            Q.    Are you seeking damages in

19      this lawsuit for the relation -- for

20      the damage to reputation -- damage to

21      your relationships with people on

22      Martha's Vineyard?

23            A.    No.

24            Q.    Okay.

25                  In your initial
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        disclosures, you said you felt that

 3        your relationship with Larry David had

 4        been affected by CNN's reporting.

 5             A.    That's true.

 6             Q.    You believe that's true?

 7             A.    I do.

 8             Q.    What's the basis?

 9             A.    I know he disagrees, but

10        I -- Let me put it this way:  Before

11        the CNN reporting, Larry and I, we

12        started having a very close

13        relationship.  He would come to our

14        house for dinner.  He would work out in

15        our gym.  I helped his daughter get

16        into college.  It was very, very

17        friendly.

18                   Once I started to defend

19        President Trump's civil liberties, it

20        was contentious, but we talked.  But it

21        was only after CNN that he refused to

22        talk to me, and he called me

23        disgusting, and we terminate our

24        relationship.

25             Q.    Although that fight was
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            about your patting Mike Pompeo on the

 3            back.

 4                    A.    That's what he said.  But

 5            that isn't true.

 6                    Q.    How do you know that's not

 7            true?

 8                    A.    Because I know.  It's

 9            just -- Pompeo was my former student.

10            It was -- And I patted him on the back

11            because of the Camp David Accords,

12            which I played a small role in he

13            played -- Did I say "Camp David"? --

14            Abraham Accords.  That was just an

15            excuse.  But that wasn't the --

16                    Q.    So --

17                    A.    The reason.

18                    Q.    It's you -- You're assuming

19            it wasn't because -- You're -- You're

20            assuming that he wasn't telling the

21            truth it was about Pompeo?

22                    A.    I know he's also -- I mean,

23            the Mike Pompeo thing was so

24            ridiculous.  I can't imagine anybody as

25            intelligent as Larry David taking that
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2         seriously.  I pat every student on the
3         back.  I contribute money to any of
4         student of mine who's running for
5         office even if I disagree with them.  I
6         feel a very close connection to my
7         students, and I'm proud of the fact
8         that I patted him on the back and said,
9         "This too will pass," and "You'll be
10        remembered for the great things you did
11        in the Abraham Accords."  That's not
12        the reason that I --
13             Q.   Mr. Dershowitz, you should
14        watch that video.
15             MS. BOLGER:  Will you mark
16        this as Exhibit 26, please?
17             THE WITNESS:  Say that again.
18        I missed what you said.
19             MS. BOLGER:  This is
20        exhibit 26.
21             THE WITNESS:  I'm entitled to
22        hear what you say.
23             Would you please read back
24        what she said?
25             MS. BOLGER:  I said:
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2          "Mr. Dershowitz, would you watch that

 3          video."

 4                 THE WITNESS:  I did.

 5                 MS. BOLGER:  And this is

 6          Exhibit 26.

 7         (Whereupon, Dershowitz and  David  Email  chain

 8    was marked as Exhibit 26 for identification,  as  of

 9    September 13th, 2022.)

10                 Q.   So for the record

11          Exhibit 26 is a series of emails

12          between Larry David and you,

13          Mr. Dershowitz?

14                 A.    Yeah.

15                 Q.    And the last of which is in

16          2018.  Have you gotten any emails from

17          Mr. David since then?

18                 A.    I think these are probably

19          the only emails. I got very few emails,

20          but I don't have an email relationship

21          with him.  I've sent him a few; he's

22          sent me a few.  But not very many.

23                 Q.    Okay.

24                       And the last -- the last

25          email of the exhibit is a longer
```

Alan Dershowitz
September 13, 2022

```
1                        A. DERSHOWITZ

2            exchange between you and Mr. David,

3            dated August 4th, 2018; are you with

4            me?  It's Bates number 58048.

5                   A.    Mh-hm.

6                   Q.    Okay.

7                         First in the paragraph you

8            say, "Let's find time to discuss."

9                   A.    Wait.  Yeah, I got it.

10           Okay.

11                  Q.    "I've never schmoozed with

12           Trump.  It's all been business.  I told

13           him both in person and on TV in the

14           strongest terms that he has to stop

15           separating families."

16                  A.    Yeah.

17                  Q.    "That he has to reunite

18           separated families, and he has to

19           impose a short deadline on detentions.

20           I have told him and written against

21           what he said in Charlottesville.  I

22           warned him against appointing Barrett

23           to the Supreme Court."

24                        Do you see that.

25                  A.    Yes.
```

Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ

2           Q.    Have you done those things?

3           A.    Yes.

4           Q.    Did he listen to you?

5           A.    Hm?

6           Q.    Did he listen to you?

7           A.    I'm sorry.

8           Q.    Did he listen to you?

9           A.    I don't know.  I mean, he

10     appointed Barrett to the Supreme Court.

11     He called me one day on the porch of

12     the Chilmark Store, and he said, "Hi,

13     Alan.  This is Donald."  I was tempted

14     to say, "Donald who?"  But I didn't.

15     And he asked me who I should put on the

16     Supreme Court.  This is when Kavanaugh

17     got appointed.  And I urged him not to

18     put Barrett on the Supreme Court

19     because I believed at the time that she

20     had come out in favor of there being a

21     right to a Constitutional right to

22     life, which wouldn't even allow the

23     states to permit abortion.  That was my

24     view based on an article that she had

25     written earlier, and I conveyed that to

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        President Trump and told him that the
 3        least of -- When he asked me who I
 4        should put on the Supreme Court, I gave
 5        him a very clear answer:  Merrick
 6        Garland.
 7                    He laughed.  And said,
 8        "That's a good one.  Now, here are the
 9        four."
10                    And I said -- "I thought
11        the least worst -- the least bad of the
12        four" -- and I wouldn't have picked any
13        of them myself -- was -- "was
14        Kavanaugh."
15              Q.    Okay.
16                    How often do did you talk
17        to President Trump on the phone?
18              A.    I'm not hearing you.
19              Q.    How often do you speak to
20        Trump on the phone?
21              A.    I probably spoke to him six
22        times in my life, maybe.  Something
23        like that, very few, very rare.
24              Q.    How often have you eaten at
25        Mar-a-Lago?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            A.    Never with Donald Trump.  I

 3       have a friend who is a member of

 4       Mar-a-Lago named Chris Ruddy, who is

 5       the owner of Newsmax.  And to my

 6       recollection, he has twice invited me

 7       to dinner.  One, on Christmas Eve, we

 8       were supposed to meet.  One was on

 9       Christmas Eve, and one was earlier on

10       with -- I forget who.  What's his name

11       now?  Give me a second.  Ralph Lauren's

12       brother.  He invited me to meet Ralph

13       Lauren's brother at Mar-a-Lago.  And we

14       were at a table with Ralph Lauren's

15       brother and a couple other people, and

16       Chris Ruddy and my wife.  I think those

17       are the only two times I ever --

18                    I once gave a speech there

19       for the Red Cross, I think.  Years and

20       years and years earlier, I gave a

21       speech --

22            Q.    Okay.

23            A.    -- for charity.

24            Q.    And who is Thomas Ashe or

25       Tom Ashe?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2              A.    Tom Ashe is a builder from

 3       Placitas, New Mexico, whose wife and my

 4       wife are very close friends -- Joanne,

 5       they remain among the few very close

 6       friends that Carolyn still sees four,

 7       five times a week.  And Tom and I were

 8       friendlier.  Now I would say we're

 9       still acquaintances.  We talk to each

10       other very politely and nicely.  But he

11       strongly disagrees with everything I've

12       done in relation to -- to Trump.

13              Q.    Okay.

14                    Do you claim that your

15       relationship with Mr. Ashe was affected

16       by the allegedly defamatory statements

17       on CNN?

18              A.    That's right.

19              Q.    Sorry?

20              A.    By.

21              Q.    The statements -- allegedly

22       defamatory statements on CNN?

23              A.    That's right.

24              Q.    You do?

25              A.    Yes.
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2           Q.    Okay.
 3                 So then I guess we'll mark
 4       some Exhibits.  Going to mark as
 5       Exhibit 27 a series of emails exchanged
 6       between you and Mr. Ashe?
 7                 THE WITNESS:  Okay.
 8        (Whereupon, Dershowitz and Ashe Email chain
 9    was marked as Exhibit 27 for identification, as of
10    September 13th, 2022.)
11                 MS. BOLGER:  Okay.
12           Q.    The very first email on the
13       pile is an email from Mr. Ashe -- Well,
14       it's an email string, but the top one
15       is from Mr. Ashe to you.
16           A.    Yeah.
17           Q.    Dated 11/22/2020.  And the
18       Bates number 55822; do you see that?
19           A.    11/22, yes.
20           Q.    Okay.
21                 And the email from Mr. Ashe
22       to you is dated 11/22/2020.  It says,
23       "You have lost it.  So sad."  And
24       attaches a Law and Crime --
25           A.    Wait.  Where does it say
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2      "you have lost it"?  Oh, that's on the

 3      bottom, yeah.

 4           Q.    Yep, "You have lost it.  So

 5      sad."

 6           A.    Yeah.

 7           Q.    And attaches an article

 8      from Law and Crime?

 9           A.    Yeah.

10           Q.    About "Alan Dershowitz

11      bizarrely goes along with Trump's

12      theory that SCOTUS could hand him the

13      presidency."

14                 Do you see that?

15           A.    That POTUS -- I'm not

16      hearing you.  I'm sorry.

17           Q.    "Alan Dershowitz bizarrely

18      goes along with Trump's theory that

19      SCOTUS could hand him the presidency."

20                 Do you see that?

21           A.    I never went along with

22      that theory.

23           Q.    Well, that's what the URL

24      says.  I'm not saying you did.  It's

25      what the URL says, right?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2           A.    Yeah.
 3           Q.    That's what he's forwarding
 4      to you, correct?
 5           A.    Yes.  Must be.
 6           Q.    And he's saying you've lost
 7      it based on that, right?
 8           A.    Yeah.  But I didn't say
 9      that.
10           Q.    Then you said, "Read what I
11      actually said.  Watch me on Fox right
12      now.  I didn't say what head line
13      says."
14           A.    Yeah.
15           Q.    To which he responds (as
16      read):
17                 "You have become a tool for
18      the worst regime imaginable.  There's
19      so much you could be talking about, and
20      you absolutely choose -- and you choose
21      absolutely the craziest shit.  I don't
22      know what happened to you, but you're
23      one notch behind Rudy Giuliani at this
24      point; it makes me so sad."
25                 You see that?
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2              A.    Yeah.

 3              Q.    Doesn't mention CNN, right?

 4              A.    Well, I mean, I don't think

 5       people were generally mentioned -- It

 6       doesn't mention anybody.  He sees this

 7       stuff, but he doesn't mention anybody.

 8              Q.    Okay.

 9                    And then the next page --

10       Actually, can turn to the last email of

11       the exhibit, which bears the Bates

12       number 57915?

13              A.    One second.  That's my

14       article about Martha's Vineyard; isn't

15       it?

16              Q.    Yep.  579185 -- Sorry,

17       57915.

18              A.    Yeah.

19              Q.    He forwards you an email,

20       at the bottom of the page on July 7th.

21       2018.

22              A.    Yeah.

23              Q.    "Alan Dershowitz is

24       Enjoying This."  And says, "Glad you're

25       enjoying it.  None of the rest of us
```

Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ

2         are."

3                A.    Okay, yeah.

4                Q.    Right?  You see that?

5                A.    Yeah.

6                Q.    And that was in 2018?

7                A.    Yeah.

8                Q.    Doesn't mention CNN.

9                A.    Of course not, didn't

10        happen.

11               Q.    Okay.

12               A.    And I said --

13               Q.    Then --

14               A.    "I've been saying this for

15        50 years," and I, you know -- Go ahead.

16               Q.    Okay.

17                     Then there's an email that

18        you -- is there, dated -- with the

19        Bates number 016359?

20               A.    359, yeah.  Okay, I have

21        that, yeah.

22               Q.    It's an email from you to

23        Mr. Ashe that says, "Trump's bid to

24        silence dissent violates spirit of

25        First Amendment."

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            A.    Wait.  Trump's bid to

 3        silence violates spirit of First

 4        Amendment, right.

 5            Q.    Right.

 6                  And you say to Mr. Ashe,

 7        "Please forward this and yesterday's

 8        Hill article to your friends who aren't

 9        talking to me."

10                  Do you see that?

11            A.    That's right.

12            Q.    What does that --

13                  What does that reference?

14            A.    Well, I had obviously

15        written an article, but I don't know

16        which one it was in The Hill.  And I

17        wanted him to send it to the people who

18        weren't talking to me.

19            Q.    Why?

20            A.    To see that I'm not a Trump

21        supporter.

22            Q.    Why did it matter?

23            A.    It matters that I want

24        people not to be -- If they're going to

25        hate me, at least have them hate me for
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        the right reason.  I'm not a Trump

3        supporter.  I don't support his

4        opposition to dissent or anything.

5        I -- You know, there are --

6                   There are very few people

7        who really believe in or understand

8        civil liberties.  Mostly it's:  "Civil

9        liberties for me, but not for thee."

10       This matter has proved that beyond any

11       doubt to me.

12                  The American Civil

13       Liberties Union has lost its function

14       and its role in America, unfortunately.

15       There's another organization called

16       FIRE.  But it's just persuaded me how

17       few people are there who are genuine,

18       neutral, non-partisan civil

19       libertarians.  And I am one of those,

20       and I pay a heavy price for that.

21            Q.    Okay.  Look at the --

22            A.    I do it on the basis of

23       principle.

24            Q.    -- the email, Bates

25       numbered 60412?
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          A.    412; yeah, okay.  We're

 3     going backwards, yeah.

 4          Q.    This is email Thomas Ashe

 5     to you --

 6          A.    Yeah.

 7          Q.    -- and to Ms. Cohen, and

 8     the subject is:  "Jeffrey Toobin and

 9     Alan Dershowitz examine impeachment

10     open arguments."

11          A.    Yeah.

12          Q.    So I just wanted to -- That

13     last sort -- There's sort of a last

14     paragraph that starts, "Yes, you are

15     smart"; do you see that?

16          A.    Yeah.

17          Q.    And you if you keep going

18     on in that paragraph it says, "There's

19     a foregone conclusion that GOP will

20     allow," right?

21          A.    Wait.

22          Q.    "There's a foregone

23     conclusion --"

24          A.    I'm having trouble finding

25     that.
```

Alan Dershowitz
September 13, 2022

```
1               A. DERSHOWITZ

2          Q.    Yeah, trying to help you

3     out.

4          A.    How far down is that?

5          Q.    It's one, two, three,

6     four -- five lines down in that

7     paragraph.

8          A.    Yeah, "There was a foregone

9     conclusion that the GOP would not

10    allow --"

11         Q.    -- "would not allow this

12    impeachment to go forward, but some how

13    you had to get into the mix and sell

14    your good name and legacy once again."

15         A.    Yeah.

16         Q.    "Many of us tried to warn

17    you but to no avail.  In your interview

18    with The Hill, you state:  'I have some

19    family members who have refused to have

20    anything to do with.  But it shows who

21    my real friends are.'.

22              "Just who are your real

23    friends?  You've created quite a litmus

24    test for friendship.  The sad part for

25    me is how you dismissed everyone who
```

Alan Dershowitz
September 13, 2022

```
 1                     A. DERSHOWITZ

 2          really cares or cared about you and who

 3          have stuck by you through thick and

 4          thin.  And for what?

 5                     You said, 'Don't question

 6          my motives,' but it's hard not to do

 7          that when you see a friend doing

 8          extremely detrimental things in their

 9          lives.  I sure don't understand what

10          you think you have gotten for what I

11          know you have given up, an old friend."

12                     Do you see that?

13               A.    Yes.

14               MR. SCHWEIKERT:  Object to

15          form.

16               MS. BOLGER:

17               Q.    Do you receiving seeing

18          that?

19               A.    Yes.

20               Q.    Did you respond?

21               A.    I don't remember.

22               Q.    Okay.

23                     And then the last email

24          there is an email dated -- That begins

25          with an email from you to --
```

Alan Dershowitz
September 13, 2022

```
 1                     A. DERSHOWITZ
 2            A.    What page is this?
 3            Q.    It's the Bates -- The
 4      document bears the Bates number 60976.
 5            A.    Yeah, got that.
 6            Q.    Okay.
 7                  In very first email in the
 8      string, which of course, is the last in
 9      the document --
10            A.    Yeah.
11            Q.    -- so it's on the second
12      page at the bottom?
13            A.    Yeah.
14            Q.    Okay -- is an email from
15      you to Tom, saying, "Dear Tom, this
16      book will have" --
17            A.    Wait, this is the bottom?
18            Q.    On 690 -- on the next page.
19            A.    On the next page, okay.
20      I'm sorry.  Yeah, "Dear Tom, this book
21      will have a long" --
22            Q.    -- "will have a long
23      chapter on the Vineyard.  I will not
24      attack you, but I have to include you
25      for completeness.  It will be fair.
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2        Happy to have your views and discuss
 3        it.  I have an open mind."
 4             A.    Yeah.
 5             Q.    What book taking about?
 6             A.    Price of Principle.
 7             Q.    And why are you telling him
 8        you're going to write a book about him?
 9             A.    Because I wanted to make
10        that I wasn't -- he wasn't surprised by
11        it.  I quote him very last chapter
12        saying something like, "Alan, you were
13        the king of the Vineyard.  You could
14        have had such an easy life, but you
15        decided to do these things."
16                  So you know, I quoted him
17        in the book, and I wanted him to make
18        sure he was aware of it.  I don't think
19        I quoted him by name, but I quoted him,
20        and I thought it was only fair for me
21        to tell him that I was going to be
22        quoting him.
23             Q.    If you see about a few
24        lines off of the -- a few lines from
25        the top of this document --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2           A.    Yeah.

 3           Q.    There's a one-line email

 4      from you, dated October 31st, 2020 --

 5           A.    Yeah.

 6           Q.    -- 1:56 p.m.

 7           A.    Yeah.

 8           Q.    You say, "I'm doing fine in

 9      the world.  It's only the Vineyard and

10      only the small celebrity cults."  Do

11      you see that?

12           A.    Yeah.

13           Q.    What is -- And he says,

14      "What celebrities are you referring

15      to?"

16                 And you respond, "The

17      entire rotten culture of your group,

18      where status matters more than

19      principle or loyalty.  I'm ashamed to

20      have been a part of it, and I will

21      expose it for all decent people to see.

22      I want no part of it.  I've moved on,

23      except for my book."  Do you see that?

24           A.    Yeah.

25           Q.    What were you exposing for
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2          "all decent people to see"?
3               A.    Hypocrisy of the Vineyard,
4          that they claim to believe in due
5          process, free speech, the Constitution,
6          but not when it helps -- serves to
7          advantage Donald Trump.
8               Q.    Just these private people.
9          You wanted to expose private people's
10         hypocrisy?
11              A.    Yeah.  If I know, I wanted
12         to expose their hypocrisy, yeah.
13         Because it reflects what's going on in
14         the country.  We are a divided nation,
15         and the biggest loser of civil
16         liberties, there's nobody left to stand
17         up for the civil liberties of people
18         who they oppose, politically.  And I
19         want to remain one of those.  And I
20         paid a heavy price for that.  I wrote a
21         whole book about it called the Price of
22         Principle:  Integrity is worth the
23         cost:  That's the thesis of the book.
24              Q.    And you wanted to expose
25         these just private people on Martha's
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2         Vineyard who were mean to you.

 3              A.    It didn't do it by name.

 4         Just the concept.  I want to show that

 5         this could happen here on the Vineyard,

 6         which was where there were many victims

 7         McCarthyism.  Lilian Helman lived on

 8         the Vineyard.  Thomas Benton lived on

 9         the Vineyard.  All these people were

10         either blacklisted or subject to all

11         kinds vilification -- some of the

12         lawyers who lived on the Vineyard.  And

13         then for them to turn around and become

14         leftwing McCarthyists, that hypocrisy

15         was important for me to expose.

16              Q.    But they're not the same

17         people.  Those were public people from

18         the 1950s.  These are just your friends

19         on Martha's Vineyard.

20              A.    I'm talking about their

21         intellectual descendants, the people

22         who identify with them on the Vineyard,

23         are doing the same thing that was done

24         to the people they have enormous

25         respect for.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    And I stand by my phrase:

 3           This is leftwing McCarthyism.  In fact,

 4           in my new book I argued that it's more

 5           dangerous than the original McCarthyism

 6           because the original McCarthyism is a

 7           thing of the past.  It involved old

 8           people, most of whom were evil.

 9                    The new McCarthyism comes

10           from young -- A lot of them young

11           people, professors, and reflects the

12           future of our country, and that's why

13           it's even more dangerous.

14                Q.   So, when McCarthy --

15                A.   You can disagree with me on

16           all of these things these.  But these

17           are my principles, and I stick by them,

18           and I've always stuck by them, and I

19           will always stick by them.

20                Q.   People who were caught up

21           in actual McCarthyism in the 1950s at

22           times lost jobs, at times imprisoned,

23           right?

24                A.   I'm talking about the

25           lawyers.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2           Q.    I'm asking you a question.

 3           A.    Yeah.

 4           Q.    People who were caught up

 5      in McCarthyism at times lost their

 6      jobs, were never able to work again,

 7      and some of them imprisoned, right?

 8           A.    Very few of them

 9      imprisoned.  I just actually recently

10      saw The Front again.  McCarthyism

11      lasted for a relatively short period of

12      time.

13           Q.    Three years.

14           A.    And the people who were

15      blacklisted were subjected to the

16      channels, not only went back and got

17      their jobs, most of them, but thrived.

18           Q.    McCarthyism no big deal

19      then?

20           A.    No.  It was a very big

21      deal --

22           Q.    Right.

23           A.    -- when it was happening.

24           Q.    Right.

25           A.    And the current McCarthyism
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         is different in many ways.  But it

 3         bears a striking similarity in terms of

 4         the way the lawyers were treated.

 5         People lick Leonard Boudin who was an

 6         anticommunist, but he represented

 7         notorious communists, Judith Coplon and

 8         others, and he was essentially canceled

 9         for his defense of something he

10         believed in.  I wasn't back then

11         because I was just a college student,

12         and I stood up for the right of

13         communist teachers even though I was a

14         virulent anticommunist.  I hated

15         communism.  This was at a time when

16         Stalin -- the memory of Stalin, having

17         killed so many people particularly, but

18         not exclusively obviously, Jews.  So I

19         was very anticommunist, but I defended

20         the rights of communists to speak out.

21         For that reason, the president of the

22         college, Brooklyn College, wouldn't

23         write me a letter of recommendation to

24         Yale, even though I was a top student

25         Brooklyn College and president of
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          student body.

3                Q.    Except for the 15 women?

4                A.    Hm?

5                Q.    Except for the fifteen

6          women who graduated ahead of you.

7                A.    Except for what?

8                Q.    Fifteen women who graduated

9          ahead of you.

10               A.    Right.

11               Q.    So you weren't the top

12         student.

13               A.    I was a top student.  But

14         he wouldn't recommend me to Yale Law

15         School or Harvard Law School because of

16         my support for the rights of communist

17         teachers to continue to teach French

18         literature and mathematics and the

19         subjects.

20               Q.    You're right.  This isn't a

21         lecture all, but I'm asking you --

22               A.    Sure.

23               Q.    You're really likening a

24         couple people not having dinner with

25         you --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            A.    No.

 3            Q.    -- on Martha's Vineyard to

 4       people blacklisted form ever being able

 5       to work again.

 6            A.    Let me answer that

 7       question.  I don't care about the

 8       people having dinner.  What I care

 9       about is being canceled by the library

10       where I used to speak to several

11       hundred people.  And the library banned

12       me and no longer allowed me to speak

13       and no longer allowed the people who

14       wanted to listen to me, to listen to

15       me.

16            Q.    And that happened in 2018,

17       right?

18            A.    No, no.  It was a

19       continuing process.  Let me tell you

20       what --

21            Q.    But it began in 2018.

22            A.    It began back then, but let

23       me tell you what else happened and

24       continued till very recently.  They

25       banned my books.  The library banned my
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          books.  They had 20 of my books written
 3          between my first book, The Best Defense
 4          and the time that I was perceived as
 5          defending Trump.  And after that, they
 6          didn't have a single one of my books.
 7          And finally I brought the books to them
 8          and contributed to them.  So that they
 9          would have no excuse.
10                    I don't know whether they
11          put the books in the stack or not, but
12          that's what I was complaining about.
13          What I was complaining -- Dinner
14          parties, I couldn't care less.  I don't
15          particularly enjoy dinner parties, and
16          I had to go to one this past weekend
17          and I hated it -- a cousin.
18                    What I care about is
19          institutional issues.  A public
20          library?  Imagine if a public library
21          in Texas banned pro-choice speakers or
22          antiracist speakers.  Civil
23          libertarians would be up in arms.  The
24          ACLU, the Library Association -- not a
25          word when I was banned from the
```

Alan Dershowitz
September 13, 2022

```
1                   A. DERSHOWITZ

2        library, not a word -- Because people

3        don't agree with who I defended, so --

4              Q.    Well, and the librarians

5        say they didn't ban you?

6              A.    Well --

7              Q.    The librarians say they

8        didn't ban you.

9              A.    Well, then how come I

10       haven't spoken?

11             Q.    Well, the articles have the

12       librarians giving comments that they

13       didn't ban you.

14             A.    Yeah, but why haven't I

15       spoken?  Why did I speak every year up

16       until that time?  And suddenly I

17       haven't spoken?  You know what their

18       excuse was?  I'm too popular.  That I

19       attracted too big a crowd.  The obvious

20       response was:  Limit the crowd.  Tell

21       me it's only a hundred people or 50

22       people.

23                   No, they banned me because

24       I defended Trump.  That is clear, and

25       anybody who disputes that is not
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          telling the truth.

 3               Q.    Okay.

 4               MS. BOLGER:  I'm going to ask

 5          the court reporter to mark as

 6          Exhibit 28, and I'm not going to ask

 7          you about these.  I just want to put

 8          them in the record.

 9               Q.    Who is Richard North

10          Patterson?

11               A.    Richard North Patterson is

12          a former lawyer who then became a

13          novelist.  He lives on another part of

14          the Island for the summer.

15               Q.    Okay.

16               Do you contend in the

17          lawsuit that your relationship with

18          Mr. Patterson --

19               A.    He and I are not --

20               (Simultaneous speaking.)

21               Q.    Do you contend in this

22          lawsuit that your relationship with

23          Mr. Patterson was affected by this

24          defamatory statements published by CNN?

25               A.    That's right.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2              Q.    Okay.

 3                    MS. BOLGER:  I'm going to ask

 4         the court reporter to mark Exhibit 28

 5         some correspondence with Mr. --

 6                    What 21 -- 28 --

 7         correspondence with Mr. Paterson.

 8                    THE WITNESS:  Yeah.

 9         (Whereupon,        Dershowitz,        Patterson

10    Correspondence  was  marked  as  Exhibit  28   for

11    identification, as of September 13th, 2022.)

12                    THE WITNESS:  Thank you.

13                    MS. BOLGER:

14              Q.    I'm not going to ask you

15         any particular questions other than to

16         say that all of the correspondence I

17         have dates from 2017 into 2018?

18              A.    Yup.

19              Q.    You could check me on that.

20              A.    I -- I believe you.

21              Q.    Have you had any

22         correspondence Mr. Patterson or any

23         conversations with Mr. Patterson about

24         CNN or Donald Trump at any point since

25         then?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            A.     Our relationship

 3       terminated, so there could be, I think,

 4       no real correspondence.  I'm not for a

 5       moment suggesting that these issues did

 6       not begin -- that these issues were not

 7       serious before CNN.

 8                    I am suggesting that CNN

 9       played a significant role in

10       reaffirming them with these people and

11       a major role in the academic approach

12       on -- not so much on my friendship

13       approach here, but much more on my

14       professional reputation on my academic

15       reputation, et cetera.  But it's all a

16       continuum.

17                    I'm not suggesting for a

18       moment that there was a single moment

19       in time when CNN defamed me that

20       everything changed.  What I am

21       suggesting is that it provided people

22       who were opposed to me with more

23       ammunition.  It solidified people's

24       views about me, and it had -- I had a

25       significant impact on my reputation
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2           among people who didn't know me who

3           were told I was comparable to Hitler,

4           Mussolini and Stalin and that I was

5           crazy.  That's my major claim, yeah.

6                Q.   Okay.  What did --

7                     What evidence do you have

8           that your relationship with Walter

9           Teller was affected by the allegedly

10          defamatory statements by CNN?

11               A.   I was just told that by

12          people.

13               Q.   Who?

14               A.   Again, I think Carolyn has

15          some friends who were friendly with the

16          Tellers and stuff like that, and I

17          just, you know, get information.  But I

18          don't remember right now a distinctive

19          conversation about that.

20               Q.   Okay.

21                    What evidence do you have

22          that your relationship or

23          Mr. Negroponte's opinion of you was

24          affected by the allegedly defamatory

25          statements published by CNN?
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         A.    Again, it's mostly through

 3    my wife, who continues to maintain

 4    connections to, particularly women on

 5    the Vineyard, some of whom are close

 6    to -- I mean, one of whom was married

 7    to Negroponte -- they've gotten

 8    divorced since -- but I mean, I've

 9    heard the word, "the last straw."

10         Q.    From whom?

11         A.    From my wife describing to

12    me how people describe it -- and

13    others.

14         Q.    Who?

15         A.    And my son.

16         Q.    And who were they talking

17    about two talking about?  Who are the

18    people they were talking about?

19         A.    They're talking about

20    people like Negroponte and Teller.

21         Q.    But you're not -- But your

22    wife was talking to Teller?

23         A.    No, talking to his -- The

24    way it comes, is my wife talks to

25    Joanna Ashe.  My wife talks to a Lisa
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        Miller.  They're close to Missus -- to

3        Negraponte's former wife, and they're

4        close to Teller's current wife.

5             Q.    Who -- what --

6             A.    Look, I've had fights with

7        Teller since the time he cheated my son

8        as a Hollywood agent.  I mean, I've had

9        terrible fights with him over the years

10       because of his anti-Israel views and

11       the fact that he cheated my son.  So he

12       was never my friend.

13                  I don't know why he decided

14       to get involved in -- in any of this,

15       except that he's a radical leftist who

16       felt that he had to have his say, but I

17       never had a relationship with Walter

18       Teller to speak of.  It was a

19       peripheral relationship, largely

20       through my wife.

21            Q.    Evidence do you have that

22       Larry David opinion of you was affected

23       by the allegedly defamatory statements

24       published by CNN?

25            A.    The timing.  And you know,
```

Alan Dershowitz
September 13, 2022

| | |
|---|---|
| 1 | A. DERSHOWITZ |
| 2 | you could say it was the pat on the |
| 3 | back because it happened a day before. |
| 4 | First of all, CNN -- |
| 5 | Q.    Because he says it's a pat |
| 6 | on the back. |
| 7 | A.    Hm? |
| 8 | Q.    Well, because he says it |
| 9 | was the pat on the back. |
| 10 | A.    Well, he said it once. |
| 11 | Q.    Yes. |
| 12 | A.    But he said -- He said on |
| 13 | many occasions that it was more than |
| 14 | that.  That was -- |
| 15 | Q.    To whom? |
| 16 | A.    A symbol. |
| 17 | (Simultaneous speaking.) |
| 18 | A.    Again, people whom I heard |
| 19 | it from -- the Ashes, et cetera, the -- |
| 20 | the pat on the back, you know -- CNN |
| 21 | chose to play that over and over and |
| 22 | over again and to -- |
| 23 | I was doing an interview |
| 24 | with CNN the first time, and I couldn't |
| 25 | see the television.  It was an |

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          interview in Congress, and so they

3          asked me about the pat on the back.  I

4          couldn't see it at all.

5               Q.    But you gave the pat on the

6          back, so it wasn't like you were

7          surprised.  You had done it.  It wasn't

8          like they were showing someone else

9          patting someone else on the back.  You

10         did the pat on the back.

11              A.    I patted probably 15 people

12         on the back that day.  I -- I patted

13         Jared Kirschner on the back.  I patted

14         on Ari Berkowitz on the back.

15              Q.    Were they, at the time,

16         cracking up about how the Secretary of

17         State harassed a female reporter?  Is

18         that what they were all cracking

19         about -- cracking up about when you

20         patted them on the back?

21              A.    I wasn't cracking up about

22         that at all.

23              Q.    Oh, you guys were cracking

24         up.  It was hysterical.

25              A.    Are you testifying?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    (Simultaneous speaking.)

 3            Q.    No, I want to -- You

 4      watched it.

 5                 MR. SCHWEIKERT:  One at a

 6      time, please, for the court reporter's

 7      sake.

 8                 MS. BOLGER:

 9            Q.    I saw the video,

10      Mr. Dershowitz.  You guys were cracking

11      up; weren't you?

12            A.    -- witness and testify.

13            Q.    No.  You were --

14      (Simultaneous speaking.)

15            A.    Jury could see.

16            Q.    -- cracking up.

17            A.    The jury could see the --

18            Q.    You're right,

19      Mr. Dershowitz, and --

20            A.    -- the -- my wife is a

21      Southerner.

22            Q.    And I don't know why you

23      don't just admit that you patted the

24      guy on the back because he was -- when

25      they were making a joke about a woman
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        reporter who he was harassing; just

 3        admit it?

 4              A.    That's not why I did it.

 5        Oh, what I said, "Was this too will

 6        pass" because I knew, and I had been

 7        one of the people who had criticized

 8        them.  I criticized them very strongly

 9        for doing that --

10              Q.    Where?

11              A.    NPR thing.  On television.

12              Q.    What television?

13              A.    CNN.

14              Q.    When?

15              A.    That night.

16              Q.    Before or after the video?

17              A.    I didn't know about it --

18              Q.    Before or after played the

19        video?

20              A.    -- until that night.

21              Q.    You did know about it.  You

22        patted the man on the back.

23              A.    I patted twenty people on

24        the back.  I patted everybody on the

25        back who had anything to do with the
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2         Abraham Accords.  That's why I was in
3         the White House.  That's what the
4         episode was.  I didn't seat myself
5         behind Mike Pompeo.  I was given an
6         assigned seat.
7                         My wife's from Charleston,
8         South Carolina.  She is very polite.
9         She was taught, and always -- and her
10        mother did the same thing:  If somebody
11        says something, and people smile and
12        people laugh, you smile and you laugh.
13        That's polite.  That doesn't show in
14        any way support for anything he did.
15                         I categorically reject and
16        always rejected what he did, what he is
17        alleged to have done, what he did do to
18        a reporter.  That was wrong.  And I was
19        not patting him on the back for that.
20        I was not giving him what Toobin
21        pointed to -- What did he say, an "atta
22        boy."  That wasn't it at all.  I was
23        appalled by what he did.  And I'm
24        opposed to what he did.
25             Q.   What evidence do you have
```

Alan Dershowitz
September 13, 2022

```
1                   A. DERSHOWITZ

2         that Thomas Ashe's opinion of you

3         changed --

4                A.    He told me.

5                Q.    -- as a result of the

6         allegedly defamatory statements

7         published by CNN?

8                A.    He told me.

9                Q.    When?

10               A.    He told me the summer after

11        it happened.

12               Q.    What did he say?

13               A.    Hm?

14               Q.    What did he say?

15               A.    He said, "Oh, my God, Alan.

16        How could you have said that the

17        President can do anything?  My God, it

18        just confirmed everything that people

19        have believed about you."

20               Q.    Did he say the word CNN?

21               A.    And I said, "I didn't say

22        it."  Hm?

23               Q.    Did he say the word "CNN"?

24               A.    Yes.

25               Q.    He said --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2            A.    Yes.
 3            Q.    "My opinion of you is
 4       affected what I saw CNN."
 5            A.    Don't put words in his
 6       mouth.  Here's what he said -- in
 7       effect.  I mean, I can't quote the
 8       exact words.
 9                  He said, "I was, as you
10       know, very critical of what you had
11       done, but when I saw on CNN that you
12       had said that a President can do
13       anything, that confirmed it for me that
14       I was right and that you have gone over
15       to the -- you know, gone over the edge,
16       gotten over the edge."
17                  That's my best recollection
18       of what he said.  It was on the porch
19       of the Chilmark Store, and it was the
20       summer of 2000.
21            Q.    His son-in-law is Seth
22       Meyers, right?
23            A.    That's right.
24            Q.    Seth Meyers did a program
25       the night of January 29th, 2020, in
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        which he also excerpted your speech on
 3        the floor of the Senate, right?
 4              A.    He what?
 5              Q.    He also excerpted your
 6        answer to Mr. Cruz's question, right?
 7              A.    Probably saw it on CNN,
 8        probably was just paraphrasing or
 9        quoting CNN.
10              Q.    Actually, it was C-SPAN in
11        his show; wasn't it?
12              A.    I don't know.
13                 MR. SCHWEIKERT:  Object to
14        form.
15              A.    Well, he couldn't use CNN.
16        Obviously, you can't put CNN on NBC, so
17        you use C-SPAN.  But he didn't -- I
18        assure you he didn't see it on C-SPAN.
19        Nobody sees anything on C-SPAN.
20                 MR. SCHWEIKERT:  Now, that's
21        funny.
22                 MS. BOLGER:
23              Q.    And what's your basis for
24        saying that Seth Meyers saw your -- saw
25        CNN and included it in his show?
```

Alan Dershowitz
September 13, 2022

```
 1                        A. DERSHOWITZ

 2              A.    Well, I'm trying to

 3         remember.  I know I had a conversation

 4         with Ashe about that.  Ashe and I had

 5         made a deal.  I had been very critical

 6         of Seth Meyers on a number of things.

 7         I was at his wedding.  You know, we had

 8         family connections.  I was --

 9              Q.    Very funny segue -- I was

10         very critical of him at his wedding.  I

11         know you didn't mean it, but it was a

12         funny segue.

13              A.    I had mentored his wife,

14         gotten her -- helped her get a job in

15         the Brooklyn DA's office.  And so, you

16         know, we didn't have a close

17         relationship, but we knew each other.

18         And we had a rule between the three of

19         us.  I would not attack him; he would

20         not attack me because we didn't want to

21         disrupt our family situation.  He broke

22         that rule, and Tom apologized to me for

23         him breaking the rules, saying I can't

24         control my son-in-law.

25                   And you know, he saw it on
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          TV; he saw it on CNN, and he had ago

 3          with it.  It was the news of the day.

 4          He had no choice but to go with it.

 5          And I for get if he mentioned the

 6          Dershowitz Doctrine, but that was one

 7          thing that was being quoted widely:

 8          "The Dershowitz Doctrine," which meant

 9          that a President could do anything as

10          long as he wants to get re-elected.

11          That was something that was promulgated

12          and promoted by CNN and widely quoted

13          by others.

14                Q.   Who at CNN promulgated

15          that?

16                A.   Begala, I think.  A couple

17          of people used the term.

18                Q.   You said "widely promoted,"

19          so you've named one person, Begala.

20                A.   It was done a number of

21          times.

22                Q.   By whom?

23                A.   By various commentators on

24          CNN.

25                Q.   Who?
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2              A.    But by Begala -- I don't

3      remember if it was also that woman who

4      is now head of the DEA.  She's been

5      deposed.  I think she used it -- I -- I

6      think if you go back and check.  It's

7      silly to ask me that question.

8              Q.    Well, you're the one

9      seeking $300 million in damages for it,

10     so I think you would remember.

11                   Who said it?

12             A.    I don't remember

13     everything.  I do remember that the

14     concept of -- that the Dershowitz

15     Doctrine means that a President can

16     kill, can stuff ballots, can engage in

17     all kinds of criminality as long as he

18     thinks it will help him get elected, if

19     he thinks his election is in the public

20     interest.  The Dershowitz Doctrine

21     became a mantra, became a focal point

22     and I suspect it was -- but again check

23     this against the tapes -- used by

24     Meyers, used by the other guy from

25     Charleston South Carolina, whose name I
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        can't remember, with a C, the light

 3        night comedian, Cobern -- cuppa --

 4        Whatever his name is.

 5              Q.    Who at CNN promulgated the

 6        use of the phrase The Dershowitz

 7        Doctrine?

 8              A.    I -- I've heard if from --

 9        there's been -- Check -- Check --

10              Q.    Who?

11              A.    I'm telling you I think I

12        heard it from -- I think -- I think I

13        heard it.

14              Q.    Right.

15                    But you're suing CNN for

16        $300 million, Mr. Dershowitz, and you

17        can't even remember who said it?

18                    MR. SCHWEIKERT:  Objection to

19        form.

20                    THE WITNESS:

21              A.    I remember it was said on

22        CNN, and I'm not suing any of the

23        individuals.  I don't have to know who

24        said it.  All I have to know is that

25        paid employees of CNN said it.  I think
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         the other person who said is somebody's
 3         whose name I don't remember.
 4              Q.    Actually, as a First
 5         Amendment scholar you would know that
 6         in defamation cases you must be able to
 7         plead and prove each element of your
 8         claim.
 9              A.    Say what?
10              Q.    You must be able to plead
11         and prove each element of your
12         defamation claim and home it to
13         speaker, so it isn't enough to say
14         CNN --
15                    (Simultaneous speaking.)
16              A.    That's just not true.
17              Q.    Okay.
18              A.    You're lecturing me about
19         the law again.  You're just wrong.
20              Q.    Home it.  Home it to
21         somebody.
22                    Who said it,
23         Mr. Dershowitz?
24              A.    The evidence show that --
25         that you don't have to home it to
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2     anybody if it was said on CNN.  And I

 3     can prove it was said on CNN, and it

 4     was said by somebody who was an

 5     employee.

 6              The fact that I don't

 7     remember her name is irrelevant to the

 8     law.  I think --

 9         Q.    It does rather undercut

10     your claim that were hurt by it,

11     though, doesn't it, Mr. Dershowitz?

12         A.    No.

13         Q.    If this -- something was so

14     grievous to you, wouldn't you remember

15     who said it?

16              MR. SCHWEIKERT:  Object to

17     form.

18              THE WITNESS:

19         A.    It was said by so many

20     people in so many different ways that I

21     have no reason to remember it.  If I

22     was suing individual people, I would

23     have gone back and -- and reviewed it.

24              My distinct recollection is

25     that it was said.  Even if it was said
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        by one person, it caught on, and it

 3        became something that people were

 4        quoting:  "The Dershowitz Doctrine."

 5        And The Dershowitz Doctrine, as defined

 6        by CNN -- by a person who is under

 7        respondeat superior of CNN -- said that

 8        The Dershowitz Doctrine is that a

 9        President can do anything if he wants

10        to get elected in the public interest.

11                    When you have something

12        like The Dershowitz Doctrine, its

13        alliterative, it's catching, and it has

14        an impact.  And that hurt me deeply --

15        The Dershowitz Doctrine.  There should

16        be a lot of Dershowitz Doctrines,

17        that's not one of them.

18             Q.    Okay.

19                    What evidence do you have

20        that your relationship with Bernard

21        Beck was affected by the allegedly

22        defamatory publications on CNN?

23             A.    I don't remember if emailed

24        me.  I suspect probably he did, but we

25        could check back and see.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          Q.    I -- I'm trying to save you
 3    time, Mr. Dershowitz, and not have you
 4    have to go through all these documents,
 5    but you keep resisting all my efforts.
 6          A.    I'm not resisting anything.
 7          Q.    So I'm going to try again.
 8                What evidence do you have
 9    that Mr. Beck's opinion of you changed
10    as a result of the allegedly defamatory
11    statements on CNN?
12          A.    I suspect -- I suspect that
13    he told me that.  I mean, I talked to
14    him all the time.
15                I suspect that he told me.
16    He would always talk to me, write to
17    me, call me, whenever there was a new
18    development, and I am pretty sure I
19    remember that after the CNN thing, a
20    number of my friends called me and
21    said, "Oh my God, is that what you
22    said?"  And I said, "no."
23          Q.    Who?
24          A.    Karl Mechenberg, I think
25    Bernie.  I think Hal.  I don't remember
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         whether Sal -- Sal.  I just said it or
 3         not.  I just can't remember.
 4              Q.    And they called you, and
 5         they said, "Oh my God, is that what you
 6         said?"  And you said, "No, it's not,"
 7         right?
 8              A.    No.  That's not.  They
 9         didn't say exactly what you said.  They
10         said, "That's what you said."
11              Q.    Okay.  And you said --
12              A.    And I said, "No, I didn't."
13              Q.    Then they believed you?
14              A.    And then -- I don't know if
15         they believed me or not.
16              Q.    Are they still your
17         friends?
18              A.    Friends don't always
19         believe people.  Look at --
20              Q.    Are they still your
21         friends?
22              A.    They're still my friends,
23         yeah.  They're close friends.
24              Q.    I'm going to ask the
25         court --
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2                 They're your close friends?

3         A.    Yes.  They're very close

4    friends, yeah.

5              MS. BOLGER:  I'm going to ask

6    the court reporter to mark as

7    Exhibit 29, email correspondence

8    between you and Mr. Beck, except I just

9    grabbed the wrong one.

10             THE WITNESS:  Let me add to

11   that answer, please.

12        A.    They're my close friends,

13   but it has affected my friendship with

14   them.

15             MS. BOLGER:

16        Q.    In what way?

17        A.    They are much more

18   contentious and less respectful in some

19   ways.  And if you read recent emails,

20   you'll see that.

21             MS. BOLGER:  So I'm going to

22   mark as 29 some email correspondence

23   with Mr. Beck.  It's two emails.

24      (Whereupon, Dershowitz, Beck  Email  chain  was

25  marked as  Exhibit  29  for  identification,  as  of
```

Alan Dershowitz
September 13, 2022

```
 1                     A. DERSHOWITZ
 2   September 13th, 2022.)
 3              THE WITNESS:  Okay.  I got it.
 4              MS. BOLGER:
 5         Q.   Okay.  You'll notice that
 6      both of these emails are between --
 7      Well, they're between --
 8              Both of these email strings
 9      are between you and Mr. Beck, and
10      they're dated in 2019 and 2020.
11         A.   Yup.
12         Q.   Do you see that?
13         A.   Yeah.
14         Q.   Do you have more recent
15      correspondence with Mr. Beck?
16         A.   I have no idea.  Oh, I'm
17      sure I do.  But I'm not -- I'm not -- I
18      mean, I think -- I'm trying to think if
19      they emailed me yesterday.  I think --
20      I Think both Karl and Bernie emailed me
21      in the last couple of days about the
22      special master.  I think Bernie was one
23      of them.  But I can't be absolutely
24      sure.
25         Q.   Okay.
```

Alan Dershowitz
September 13, 2022

```
1                 A. DERSHOWITZ
2                      Well, I think our
3        production -- our email would --
4                      Our request for production
5        would call for any emails with Mr. Beck
6        about -- about Trump or the CNN report,
7        so we would ask that those be produced.
8        (Request for production.)
9                 A.    No.  Problem.
10                Q.    Okay.
11                     Did you receive those at
12       the time they were sent,
13       Mr. Dershowitz?
14                A.    Did I what?
15                Q.    Receive those emails at the
16       time they were sent?
17                A.    I don't understand those
18       question.
19                Q.    Did you get those emails?
20                A.    These emails?
21                Q.    Yes.
22                A.    I have no idea.  If it was
23       sent, I probably got them, yeah.
24                Q.    Okay.
25                A.    I can't answer that.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            Q.    You could put that aside.

 3       Okay.

 4                    Who is Jay Theise?

 5            A.    Who.

 6            Q.    Jay Theise, I may be

 7       mis-pronouncing that.

 8            A.    Jay Theise is the most

 9       boring man in the history of Martha's

10       Vineyard.  He drove me crazy.  But

11       again, because my wife and his wife

12       Francoise were friends, I had to

13       tolerate him.  He would plead with me

14       to get him referrals.

15                    You know, he's a fifth-rate

16       lawyer and the most boring personal in

17       the world.

18                    And when I got that email

19       saying, he no longer wanted to be in my

20       society, I jumped up and down with Joy,

21       and I've never spoken to him since.

22            MS. BOLGER:  Okay.  Just for

23       completeness' sake, I'll ask the court

24       reporter to mark Exhibit 30 --

25            A.    Completeness' sake?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          What --

 3          (Simultaneous speaking.)

 4                    MS. BOLGER:  The email of Jay

 5          Theise.

 6                    THE WITNESS:  What did you say

 7          before that?

 8                    MS. BOLGER:  Completeness'

 9          sake.  Just to complete your story

10          about Jay Theise.

11                    THE WITNESS:  I'm having some

12          trouble.  I don't mean to be rude.  I'm

13          having trouble hearing through the --

14          yeah.

15          (Whereupon, Dershowitz, Theise Email  chain,

16   Bates number 60639 was  marked  as  Exhibit  30  for

17   identification, as of September 13th, 2022.)

18                    THE WITNESS:  Okay.  Okay this

19          is --

20                    MS. BOLGER:  For the record,

21          this is a document produced bearing the

22          Bates number 60639, and it is email

23          exchange between Jay Thiese and Alan

24          Dershowitz.

25                    This is the email you were
```

                           Alan Dershowitz
                          September 13, 2022

```
 1                     A. DERSHOWITZ

 2          referring to, right, Mr. Dershowitz?

 3          Where he says he does not want to

 4          associate with you, correct?

 5          (Simultaneous speaking.)

 6                  A.    "We no longer share each

 7          other's society."

 8                  Q.    Great.

 9                  A.    I mean, the pomposity of

10          that is unbelievable.

11                  Q.    And this is February of

12          2020, right?

13                  A.    Yeah.

14                  Q.    Okay.

15                  Who is David Fialkow --

16          fillcow -- F-I-A-L-K-O-W?

17                  A.    Fialkow.

18                  Q.    Oh, Fialkow.

19                  A.    David Fialkow.

20                  Q.    Apologies?

21                  A.    Yeah.

22                  Q.    Who is Mr. Fialkow?

23                  A.    He's the one whose wife --

24          one of the most ignorant people I

25          know -- saw my wife and I at a dinner
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         party.  She was invited.  As soon as

 3         she saw, she got up and left.

 4                   I've done a lot of things

 5         for David and his daughter, prevented

 6         her from being kicked out of high

 7         school.  And Ms. Fialkow said she

 8         didn't want me to be -- she didn't want

 9         to socialize with me.  David said he

10         wanted to, and then after the CNN

11         thing, David tended to agree with her,

12         and we no longer have any relationship.

13              Q.    Mr. Fialkow said that to

14         you in 2018, right?

15              A.    "That" what?

16              Q.    That he no longer wanted to

17         be friends.

18              A.    No, I don't think so.  Can

19         you show me that?

20              Q.    Yeah.

21              A.    Okay.

22              Q.    Oh, sorry.  I misstated.

23         You told him in 2018 that it seemed

24         like he wanted to end your friendship.

25              A.    That's because he didn't --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        What happened is they had a big party
 3        every year.  We always got invited.
 4        And when he didn't invite us, I wrote
 5        to him, and then invited us, saying
 6        that, you know, please, his wife didn't
 7        want us to be invited, but he did.  And
 8        so we did -- we did go.  But that was
 9        the last time I think I saw him.
10             Q.    The last time you saw him
11        was in 2018?
12             A.    That's right.  That I can
13        remember.  I contributed to his charity
14        a few times.  But I don't think -- I
15        don't -- maybe '19, it's possible.  '20
16        of course, nobody saw anybody because
17        of COVID.  Was it '20 that was COVID?
18        Yeah, so I think maybe '18 or '19.
19             Q.    Okay.
20             MS. BOLGER:  I'm just going to
21        ask the court reporter to mark as
22        Exhibit 31 an email exchange between
23        Alan Dershowitz, David Fialkow, dated
24        July 24th, 2018, and bearing the Bates
25        number 58027.
```

Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ

2        (Whereupon, Dershowitz, Fialkow Email chain,

3    Bates number 58027, July 24, 2018, was marked as

4    Exhibit  31  for  identification,  as  of

5    September 13th, 2022.)

6                    THE WITNESS:  Okay.

7                    MS. BOLGER:  That's the email

8         exchange I was just referencing?

9                    THE WITNESS:  Okay.  Yeah, let

10        me just look at it.

11                    MS. BOLGER:  I'm not going to

12        ask you any questions about it?

13                    THE WITNESS:  Okay.

14                    MS. BOLGER:  I just wanted to

15        authenticate it.

16             Q.    Do you claim that your

17        relationship with someone named Gary

18        Foster was affected by the --

19             A.    That's right.

20             Q.    -- allegedly if defamatory

21        statements?

22             A.    That's right.

23             Q.    Who is Gary Foster?

24             A.    Gary Foster is a TV

25        producer or movie producer.  I helped

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ
2     him a lot.  Again, his daughter was
3     about to be suspended from college, and
4     I got her unsuspended.  It's amazing
5     stuff.  And then after the CNN thing, I
6     saw him on the porch of the Chilmark
7     Store, and I said "hello," and he
8     turned his back and didn't say hello to
9     me.
10         Q.    Okay.
11         A.    He did before that, but
12    after CNN, he didn't.
13         Q.    Okay.
14               Did he tell you he turned
15    his back on you because of CNN?
16         A.    I never spoke to him.
17         Q.    How be big is the porch of
18    the Chilmark Store?
19         A.    How big?
20         Q.    How big is the porch of
21    Chilmark Store?
22         A.    Double the size of this
23    room.
24         Q.    Do you spend all day
25    sitting on it, Mr. Dershowitz?
```

Alan Dershowitz
September 13, 2022

```
1                     A. DERSHOWITZ

2              A.    No.  I usually spend

3         45 minutes.

4              Q.    All right.

5              A.    Usually my son and I go and

6         share a slice of deep dish pizza and

7         cup of decaf coffee.  And in the old

8         days, we used to sit and schmooze.

9         People like -- What's the name of the

10        guy who wrote Animal House?  Harold

11        Ramis was there.  We would see who had

12        better Jewish jokes.  Larry David would

13        come by from time to time.

14                   We all had a good time just

15        schmoozing for half an hour,

16        45 minutes -- men, women.  And that all

17        stopped as a result of this.

18             Q.    Well, as the result of your

19        representation of Trump.

20             A.    No.

21                   MR. SCHWEIKERT:  Object to

22        form.

23             Q.    Well, you wrote a whole

24        article about it.

25             A.    Yeah, I know, but I'd
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         still -- The article was not absolutely

 3         accurate.  Fewer people came to the

 4         porch, but I was still -- We were

 5         still --

 6                   The summer of 2019, we were

 7         still going to the porch four or

 8         five days a week.  And there would be a

 9         half-dozen people.  Obviously, when

10         Teller came he moved on the other side.

11         He wouldn't have anything to do with

12         me, and the same with Negraponte.  But

13         there were seven or eight regulars who

14         came, and we still -- We still

15         schmoozed.  That ended after CNN.

16                   That's not important to me.

17              Q.   It ended after you

18         represented president.

19              A.   I represented the

20         president --

21              Q.   On the same day as the

22         CNN --

23         (Simultaneous speaking.)

24              A.   At the same time.

25              Q.   -- report was aired.
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2          A.    A couple of days earlier,
 3     but --
 4          Q.    No.  You represented -- You
 5     answered Ted Cruz's question on
 6     January 29th, right?
 7          A.    I represented the President
 8     two days.  I represented the
 9     President --
10          Q.    Right.
11                My question was:  You
12     answered Ted Cruz's question on --
13          A.    In front of the Senate on a
14     Monday.
15          Q.    -- on January 29th, right?
16          A.    Yeah.  It was a Monday when
17     I made my speech in the Senate and a
18     Wednesday --
19          Q.    January 29th.
20          A.    When I answer the question,
21     yeah.
22          Q.    Right.
23                And then the CNN report was
24     on January 29th, right?
25          A.    Yes.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2           Q.    Okay.

 3                 So it was the same day?

 4           A.    That was -- Say what?

 5           Q.    So it the same day that you

 6      represented the President as the

 7      allegedly defamatory statements?

 8           A.    But what's confusing is:  I

 9      think if I represented the President on

10      the 27th, then I answered a question,

11      or questions, on the 29th.  It was the

12      same day as the questions, not the same

13      day as the presentation.  And the

14      presentation and the question -- My

15      answer to the question was identical to

16      what I had said two days earlier.

17           Q.    Okay.

18                 We'll talk about that in a

19      minute.

20           A.    Yeah.

21           Q.    Who is Debbie Porter?

22           A.    Debbie Porter is

23      Negroponte's wife.

24           Q.    Okay.

25                 This year you published a
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          book called the Price of Principle,

3          right?

4                  A.    That's right.

5                  Q.    Just a few months ago?

6                  A.    Say that again.

7                  Q.    Just a few months ago?

8                  A.    Yeah.

9                  Q.    Okay.

10                       And the subtitle is "Why

11         integrity is worth the consequences."

12                 A.    That's right.

13                 Q.    What does that mean?

14                 A.    It's not my subtitle.  I

15         had a different subtitle.  The editor

16         changed it to more a punchy subtitle.

17         It means that I'm a man of integrity

18         who maintains my positions without

19         regard to personalties, and that has

20         been costly, but it's worth the price

21         because I stand by my principles.  And

22         I wish more people stood by principles.

23                 Q.    And what was your subtitle?

24         Sorry.

25                 A.    Something like, How -- How
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2           maintaining honesty or something costs

 3           friends -- or something like that -- or

 4           jobs, and I don't remember.  I can find

 5           out.  I can find that out.

 6                 Q.    That's okay.  That's fine.

 7                 A.    The publisher would have it

 8           because I think the original cover had

 9           the original title.  And then it was

10           changed, if I'm not mistaken.

11                 Q.    Okay.  This is one of the

12           books published by Hot Books?  Is that

13           by Skyhorse?

14                 A.    By Skyhorse.  It's the

15           same.  I would say my last seven books

16           were published by them, probably, yeah.

17                 Q.    It has a -- Chapter two,

18           I'll just read to you from it.  It

19           says(as read):

20                      "Three events occurred over

21           the past several years --"

22                 A.    That's right.

23                 Q.    "-- that resulted in my

24           cancellation by many individuals and

25           institutions.  They are as follows:
```

Alan Dershowitz
September 13, 2022

1              A. DERSHOWITZ

2                   "1. I defended

3        President Trump against what I believe

4        was an unconstitutional impeachment."

5              A.    Yeah.

6              Q.    "2. I defended Jeffrey

7        Epstein and helped him get a favorable

8        plea bargain.

9                   "3. I was falsely accused

10       of having sex with a woman connected

11       with Epstein who I never met.

12                   "These are the only three

13       events that would possibly explain the

14       cancellations.  Some of the

15       institutions have tried to concoct

16       excuses -- crowded calendars, changing

17       priorities.  But none has come up with

18       any plausible justification, beyond the

19       three new events, for their refusal to

20       host one of their most frequent past

21       speakers."

22                   That's correct?

23             A.    Well, but you left out what

24       I said subsequently.  When I talked

25       about the defense of Trump, I also

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        talked about what CNN did.

 3             Q.    No that's just --

 4                   That's what that says in

 5        the book, right?

 6             A.    What?

 7             Q.    You said that in the book?

 8             A.    It says --

 9             Q.    Did you say that in the

10        book?

11             A.    It says both.

12             Q.    No.  It doesn't, actually.

13             A.    Yes, it does.

14             Q.    Can I have a copy of the

15        book?  Then it has a footnote.  I

16        thought we could just do this by having

17        you agree, but here we go.

18                   MS. BOLGER:  Let's mark

19        exhibit --

20                   THE WITNESS:  No more than

21        footnote.

22                   MS. BOLGER:  32?

23                   THE WITNESS:  I think you're

24        misreading it, yeah.

25                   MS. BOLGER:  Are we 32?
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2           MR. SCHWEIKERT:  Yes.

 3           THE WITNESS:  Go ahead.

 4           MS. BOLGER:

 5           Q.    This is the produced

 6      version of the book The Price of

 7      Principle?

 8           A.    Yeah.

 9           Q.    And I'm just opening it too

10      the relevant page.

11           A.    Well, I don't know if it's

12      the relevant page.

13           Q.    It is the one I was reading

14      from.

15           A.    That's what you're reading

16      from.

17           Q.    Right.

18           A.    I'm saying there was

19      another part of the book where I talked

20      about CNN.

21           Q.    I'm going to focus on this

22      page.

23           A.    Okay.

24           Q.    Then we can talk about the

25      other pages.
```

Alan Dershowitz
September 13, 2022

```
  1                     A. DERSHOWITZ

  2             A.    Focus on this page, yeah.

  3             Q.    Right.

  4                   So this is Exhibit 32?

  5             MR. SCHWEIKERT:  He's got me

  6        craving deep-dish pizza now.

  7             MS. BOLGER:  Oh, my God.  No

  8        one craves deep-dish pizza.  We have to

  9        have a conversation about that offline.

 10        I object, as a New Yorker, to deep-dish

 11        pizza.

 12                   It's 32.

 13        (Whereupon, Price of Principle,  excerpt,  Alan

 14   Dershowitz  was  marked  as   Exhibit   32   for

 15   identification, as of September 13th, 2022.)

 16   BY MS. BOLGER:

 17             Q.    Okay.

 18                   So Mr. Dershowitz, I --

 19             A.    Let me read this first.

 20                   Okay.

 21             Q.    Okay.

 22                   I just read from that first

 23        paragraph.

 24             A.    Yes.

 25             Q.    Chapter 2, I don't want to
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2      read it again, but I read it
 3      accurately; would you agree,
 4      Mr. Dershowitz?
 5              A.    You did, but you left --
 6      But there's.
 7              Q.    Then I -- Then I want to
 8      say there is a footnote there.
 9              A.    No, it's not a footnote I'm
10      talking about.
11              Q.    There is a footnote that
12      says, "I'm referring to the events
13      themselves, not the reporting or
14      misreporting about them, which has
15      given rise to lawsuits."
16                    So that is correct.
17              A.    Yeah.
18              Q.    I have correctly read your
19      book, right?
20              A.    You correctly read a
21      selected portion.
22              Q.    Yes.
23              A.    Of my book, not one that
24      mentions CNN specifically.
25              Q.    Right.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2                   And I'm talking about this
 3       page.
 4            A.    This page, yeah.
 5            Q.    Do you feel that this page
 6       is accurate?
 7            A.    It -- It was a
 8       generalization.  That is, I generalized
 9       about defending Trump.  But obviously,
10       within that generalization is the
11       reporting about it.  And in another
12       point in the book, I specifically point
13       out CNN's role.
14            Q.    Actually, the footnote
15       deliberately excerpts the reporting
16       from it?
17            A.    Does what?
18            Q.    Excerpts the reporting.
19       You say, "I'm referring to the events
20       themselves, not the reporting."
21            A.    I'm referring to it.  I'm
22       not saying --
23            Q.    Not the reporting.
24            A.    -- that's not important.
25       I'm saying here, I'm just talking
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        about -- In another point in the book,
 3        I talk about CNN.
 4             Q.    Right.
 5                   You are saying that these
 6        three events canceled you, right?
 7             A.    These three events,
 8        generally speaking.  That -- Look, when
 9        you talk -- for example, I was falsely
10        accused of having sex with a woman
11        connected with Epstein who I never met.
12        That and the Epstein -- and -- and the
13        Jeffrey Epstein -- There was more than
14        there too.  There was another woman
15        named Sarah Ransom who accused me.
16        There was a woman who had left Jeffrey
17        Epstein's employ six months before I
18        ever met him, who said she saw me going
19        up the stairs somewhere.
20                   This was a summary of
21        something I then elaborate on more, and
22        these were the generic headings.  And
23        that's when I say, "I refer here to
24        that."  But in a different place in the
25        book, I refer to CNN.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2            Q.    Yes, you do.

3            A.    Right.  Can you show me

4       that page?

5            Q.    No.  I'm not interested in

6       talking about that.  The book will

7       speak for itself.

8       (Simultaneous speaking.)

9            A.    You're not interested in

10      talking about that?

11           Q.    No, the book will speak for

12      itself.

13           A.    Only in this, okay.  That's

14      important.

15           Q.    Okay.

16                 It's actually not that

17      important.  We need to move on.

18                 MS. BOLGER:  I'm going to ask

19      you to look at Exhibit 33, which is an

20      email -- an article published in The --

21                 THE WITNESS:  I don't think

22      this is --

23                 MS. BOLGER:  New Yorker

24      magazine called, "Alan Dershowitz's

25      Martha's Vineyard Cancellation:
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2         Recently the emeritus Harvard Law

 3         Professor has felt shunned in his usual

 4         haunts.  Is it cancel culture or

 5         something else?"  By Isaac Chotiner,

 6         dated July 19th, 2022.

 7                 MR. SCHWEIKERT:  Just as a

 8         point of clarification, the printout of

 9         the book, is this the same as the

10         published version?  Or is this one of

11         the earlier copies?

12                 MS. BOLGER:  You gave it to

13         us.

14                 MR. SCHWEIKERT:  Well, I don't

15         know what email this came from.

16                 THE WITNESS:  Well, you have

17         the book there, right?

18                 MS. BOLGER:  I have the book,

19         yeah.

20                 THE WITNESS:  So you know that

21         there's a reference to CNN, yeah.

22                 MS. BOLGER:  The manuscript

23         is, as far as I can tell, the galleys

24         of the book.

25                 MR. SCHWEIKERT:  Okay.  That's
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2         fine.

 3                  THE WITNESS:  How did you get

 4         the galleys of the book?

 5                  MS. BOLGER:  Let her give you

 6         the exhibit, please, Mr. Dershowitz.

 7       (Whereupon,  "Alan   Dershowitz's   Martha's,"

 8     article, The New Yorker, Isaac  Chotiner,  July  19,

 9     2022, was marked as Exhibit 33  for  identification,

10     as of September 13th, 2022.)

11                  THE WITNESS:  What is this?

12         Oh, yeah this is --

13                  MS. BOLGER:  Okay.

14             Q.    This is an article that was

15         recently published by -- in New York

16         magazine.  And it's a Q and A.  Do you

17         remember sitting for this Q and A?

18             A.    Sitting for it?  No, it was

19         a telephone call.

20             Q.    Okay.

21                  I wasn't referring to your

22         physical position, apologies.

23                  Do -- You remember having

24         this Q and A, right?

25             A.    Yeah.  I didn't know it was
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2       a Q and A.  I just thought it was an

 3       interview, and I was surprised when it

 4       appeared as a Q and A, but that's okay.

 5            Q.    Okay.

 6                  And there's nothing in here

 7       that you think is incorrect, right?

 8            A.    I have no idea.  I haven't

 9       really, really looked at it.

10            Q.    Okay.  Well, feel free to

11       do so.

12            A.    Well, there are things that

13       are incorrect because I wrote a letter

14       to editor.

15            Q.    What was your letter to the

16       editor?

17            A.    So there were definitely

18       things that are incorrect.  But The New

19       Yorker didn't publish my letter.

20            Q.    What did you say in your

21       letter to editor?

22            A.    I don't remember.  But I

23       made corrections.  There were a number

24       of things that were incorrect.  We

25       would have to check.  We could probably
```

Alan Dershowitz
September 13, 2022

1            A. DERSHOWITZ

2      get the letter.

3            Q.    So I don't have the letter

4      to editor, but I would call for it.

5      (Request for production.)

6            A.    You could call if for it.

7      I don't remember -- Let's see -- I

8      mean, on the first sentence:

9                  "He has mashed himself into

10     political debates on subjects such as

11     torture and the Israeli occupation.  He

12     has defended both."

13                 Neither is correct.  I have

14     defended, neither.  So I made that

15     change, and I made a few -- The few

16     others, but they never got published.

17           Q.    Okay.

18                 Did any of those relate

19     to --

20           A.    I don't remember.

21           Q.    -- your statements about

22     Chilmark or the book or --

23           A.    Probably.  Probably, but I

24     don't remember.

25           Q.    Okay.  All right.

Alan Dershowitz
September 13, 2022

1           A. DERSHOWITZ

2               MS. BOLGER:  We can set that

3       aside.  Why don't we take a lunch

4       break.

5               THE VIDEOGRAPHER:  Going off

6       the record.  It's 1:53 p.m.

7       (Whereupon, a short recess was taken.)

8               THE VIDEOGRAPHER:  We are back

9       on the record.  The time is 2:35.

10  BY MS. BOLGER:

11          Q.   I hope you had a nice

12      lunch, Mr. Dershowitz?

13          A.   Yes.

14          Q.   Do you use Twitter?

15          A.   I don't even have a

16      Twitter.  I -- I don't even know my

17      password, but my secretary uses it

18      sometimes.  My wife will circulate my

19      articles on Twitter, but generally, I

20      don't myself use it.

21          Q.   People acting on your

22      behalf --

23          A.   Yes.

24          Q.   -- tweet on your behalf,

25      correct?

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          A.    Yes.  Mostly articles I've

 3    done?

 4          Q.    Okay.

 5          A.    Yeah, we rarely just do

 6    tweets.

 7          Q.    Okay.

 8          A.    But occasionally, we do?

 9          Q.    What is your Twitter

10    handle?

11          A.    I don't know.

12          Q.    Okay.

13                Do you know how many

14    followers you have?

15          A.    A lot.

16          Q.    What made you decide to

17    have a Twitter account?

18          A.    I didn't decide.  My

19    secretary and my wife -- My secretary

20    probably decided.  I'm not a big

21    Twitter fan.

22          Q.    Why do you have the account

23    then?

24          A.    Because I want to get my

25    articles out there.  You know, mostly
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2        that's what I do.  When I publish an
3        article in The Hill or any where else,
4        my wife then posts it two places:  On
5        Twitter and something called Substack.
6        But I don't read the -- Usually, don't
7        read what comes after that.
8             Q.    Okay.
9                   Long story short, you post
10       on Twitter so people read what you
11       write, right?
12            A.    I want people to read my
13       articles, yeah.
14            Q.    Right.  Okay.
15                  And it's a good way to get
16       people to read what you write?
17            A.    Among other things, yes.
18            Q.    Okay.
19                  Did there come a time when
20       you became involved in
21       President Trump's first impeachment
22       trial?
23            A.    Yes.
24            Q.    And how did that come to
25       pass?
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         A.    I had gotten a lot of phone

 3    calls from Trump lawyers, asking me if

 4    I would do it, and I was reluctant.

 5    And then a complete happenstance

 6    occurred.  I was supposed to have

 7    dinner with a client of mine in Miami.

 8    And one of that group of my friends,

 9    Saul, died.  And we had to go the

10    funeral in New York.  And as a result

11    of that, I couldn't do the scheduled

12    event with my client and his family

13    around Christmas.  So the client

14    invited me to join him for Christmas

15    dinner the night before.  So the night

16    before we were going to go to the

17    funeral.

18                   And the dinner was at

19    Mar-a-Lago.  And we were sitting at the

20    furthest, furthest possible area.  And

21    we didn't know whether the President

22    would show -- be there or not.  And he

23    was there and -- But we were like a

24    football field away from him.  And I

25    got online, and it was a buffet.  And I
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         got online for the buffet -- I think
 3         this is written up in my book -- I got
 4         online for the buffet, and who gets
 5         online back of me but Donald Trump,
 6         holding a plate -- not -- not holding a
 7         plate.
 8                    I said, "I'm surprised to
 9         see you standing online, don't you get
10         served here?"
11                    "No, I stand online."  And
12         I handed him my plate and got another
13         plate, just to be polite.
14                    And he said, "So, are you
15         going to be my lawyer and appear in
16         front of the Senate?"
17                    And I said, "My wife
18         doesn't want me to."
19                    He said, "Bring her over."
20                    So I got my food, went back
21         and had my main course, and I said,
22         "President wants to talk to you."
23                    And so she and I went back
24         across the football field.  And there
25         he was, finishing his desert.  And I
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          was waiting outside of the -- It was

3          like a velvet line protecting him.  And

4          I said, "Mr. President, I'll wait until

5          after you're finished," and my wife and

6          I got up.

7                    "No, no, no."  He took us

8          into a corner, and he said, "I want --

9          I want Alan to be -- It would be good

10         for the Country for him to be my

11         lawyer."

12                   My wife said, "I don't want

13         it."

14                   And he said something like,

15         "I know how much you love him, and he

16         loves you.  And whatever you want to

17         do, you could do, but I think it would

18         be the best thing for the Country, and

19         it would be very patriotic," et cetera.

20                   So on the ride back, we

21         talked about it.  And although she was

22         still reluctant, we decided that I

23         would make the speech in the Senate on

24         behalf of the Constitution, and that I

25         would not mention President Trump by
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         name, and I would not be an official

 3         part of his day-to-day legal team, that

 4         it would be announced that I was making

 5         the Constitutional argument about the

 6         criteria for impeachment, and that's

 7         what happened.

 8              Q.    Although you were

 9         suggesting that he does not qualify,

10         that the articles of impeachment did

11         not qualify under what you --

12              A.    It would be --

13              Q.    -- described a the

14         Constitutional impeachment standard.

15                    You were arguing that the

16         impeachment articles fell short of what

17         you believe the Constitutional standard

18         is, correct?

19              A.    Exactly right.  And what I

20         said:  It was the equivalent of in a

21         criminal case, a Motion to Dismiss.  So

22         I said, for example, in a criminal

23         case, if somebody was indicted for

24         Dishonesty, and then it listed a bunch

25         on things under Dishonesty, some of
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2        which were criminal, a defense lawyer

3        could make a Motion to Dismiss, which

4        you look at only what the actual

5        charges are, and Dishonesty is not a

6        crime.

7              And on Obstruction of

8        Congress and Abuse of Power are not --

9        are not qualified under the

10       Constitution.  So as I said in the

11       speech, there are three issues, you

12       know:  Did he commit the acts?  Do the

13       acts constitute, you know, an Abuse of

14       Power and Obstruction?  And are those

15       three -- Are those charges, except one,

16       in the Constitution.  I said, I'm going

17       to be speaking primarily to the third

18       of those.

19              So my talk was largely

20       about the criteria.  And I probably

21       mentioned -- I don't know, you could

22       count them, you had the speech, more

23       than a dozen times, probably -- that if

24       he did commit a crime, he could be

25       impeached.  If he committed Treason,
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2        Bribery or other high crime
3        misdemeanors.
4               Q.   So you wandered a bit far
5        from my question, which was:  How did
6        it come to pass that you represented
7        the President?  So I'm going to try to
8        rein you back in a little bit.
9               A.   Okay.
10              Q.   You told me that your wife
11       was against your representing the
12       President --
13              A.   Yes.
14              Q.   And so what your family.
15       Why?
16              A.    They thought it would
17       hurt -- hurt me, that it would hurt
18       them.  Particularly, my daughter who is
19       an actor and in an industry which is
20       very anti-Trump.  And it was a hard
21       decision.
22              Q.   When you joined -- When you
23       agreed to make the speech --
24              A.   Yeah.
25              Q.   -- you knew it would be
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2          very high profile, right?

 3                  A.    Yes.

 4                  Q.    And you knew it would draw

 5          a lot of attention?

 6                  A.    Yes.

 7                  Q.    And you knew it would

 8          probably draw a lot of criticism,

 9          right?

10                  A.    No.  I knew that the fact

11          that I was going to be making the

12          speech would draw criticism.  I did not

13          think the speech would draw criticism.

14          I thought the speech was very -- I have

15          never found anybody who has

16          substantively criticized anything I

17          said in the speech, itself, that the

18          arguments I made were compelling; they

19          cited, you know, previous justices of

20          the Supreme Court, or previous

21          secretary of the state, deans of law

22          schools.  I didn't think that the

23          argument, itself, if read or heard by

24          people would result in criticism.

25                      I did think the fact that I
```

```
 1                          A. DERSHOWITZ

 2          was representing him would result in

 3          criticism.

 4                  Q.    In this litigation, you

 5          asserted the Work Product Privilege

 6          Defense over your communications with

 7          President Trump.  I'll read to you what

 8          you said in the motion:

 9                      "President Trump certainly

10          viewed Dershowitz's advocacy as

11          providing him a legal defense.

12          President Trump would need to waive the

13          privilege."

14                      And that was the grounds by

15          which you withheld certain documents in

16          this litigation.  Were you his lawyer

17          or not?

18                  A.    I am not aware of that that

19          was withheld.  I have no -- I would

20          have no reason to withhold it, and I'm

21          happy to talk to my lawyers.  I have no

22          secrets.  I -- I would have to check

23          with Trump's --

24                  Q.    I don't care if you have

25          secrets or not, frankly.  But I'm
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        telling you represented to a Court that

 3        you were his lawyer in this case,

 4        Trump's lawyer.

 5             A.    What I represented to the

 6        Court is that any conversations with

 7        the President would be covered by

 8        lawyer-client privilege.  That's number

 9        one.  Number two, I don't think I had

10        any conversations with the President.

11             Q.    That's -- How can you have

12        a lawyer-client privilege if you

13        weren't his lawyer?

14             A.    Let me tell you.  I saved a

15        woman's life -- I saved a woman from

16        life in imprisonment.  Her name was

17        Sandy Murphy.  I won an appeal on her

18        behalf.  I never met her.

19             Q.    That's not the question.

20        How can you assert lawyer --

21        attorney-client privilege if you

22        weren't somebody's attorney?

23             A.    You could assert the

24        privilege if the client believes that

25        he is confiding in you legally-relevant
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2        communications, yeah.
 3                 Q.    How is that not an
 4        attorney-client relationship ethically?
 5                 A.    It's -- It's an
 6        attorney-client relationship for
 7        purposes of the privilege.
 8                 Q.    You think there's a way
 9        that you can have an attorney-client
10        relationship other than the privilege?
11                 A.    Yes.  I mean, when I'm a --
12                 When I'm a consultant of a
13        counsel in a case where I'm doing just
14        a limited role, privilege still
15        applies.  But if somebody were to ask
16        me, Was I his lawyer, I'd have to go
17        into a long explanation.  But in a
18        technical sense, I was one of Trump's
19        lawyers in the impeachment.
20                 Q.    Great.
21                 A.    In fact, I've said publicly
22        that I was the oldest person in
23        American history ever to defend a
24        president against impeachment on the
25        floor of the Senate.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2         Q.    In drafting the speech in
 3    your book, in an -- another thing I --
 4    and in your -- Actually in the floor --
 5              On the floor of the Senate,
 6    you referred to relying on dusty old
 7    volumes --
 8         A.    That's right.
 9         Q.    -- from 18th and 19th
10    Century?
11         A.    That's right.
12         Q.    Was that rhetorical?  Or
13    did you literally rely on dusty old
14    volumes?
15         A.    Literally.
16         Q.    What ones?
17         A.    I brought with them with
18    me.
19         Q.    What are were they?
20         A.    Federalist Papers,
21    Blackstone's Laws of England, the
22    Debates and The Constitutional
23    Convention.  Those were the primary
24    ones, but there were others as well.
25         Q.    Are you an Originalist?
```

Alan Dershowitz
September 13, 2022

```
 1                        A. DERSHOWITZ

 2              A.    Am I what?

 3              Q.    Are you an Originalist?

 4         Big fan of Originalism?

 5              A.    Everybody's an Originalist.

 6              Q.    I'm not.

 7              A.    Everybody's an originalist

 8         when it says:  The president has to be

 9         35, you're an Originalist.  You can't

10         interpret that in any way other than

11         that.

12                   Nobody is an Originalist

13         when it says:  Due process of the law,

14         equal protection of the laws, cruel and

15         unusual punishment.  You cannot be

16         Originalist.

17                   So the question is not a

18         meaningful one.  I'm an Originalist as

19         to some provisions of the Constitution,

20         but not as to other provisions of the

21         Constitution.  I am an Originalist on

22         the grounds of impeachment.  Let me put

23         it this way:  I think the grounds for

24         impeachment are not good ones.

25                        If I were at the
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        convention, I would not have voted for

3        them.  I think that the Constitution

4        could be amended to make it more

5        responsive to today's needs -- as

6        happened with the 25th amendment.

7                    Remember back in the

8        original debates, I think it was

9        Madison who raised the issue:  What

10       about incapacity?  What about a

11       president who is incapacitated?  And of

12       course, when it came to setting out the

13       criteria, they didn't include

14       incapacity.  And that was expressly

15       recognized by Congress and the country

16       when they passed the 25th amendment,

17       changing the grounds for removal, which

18       did not involve criminal behavior.

19            Q.    Just a minute ago you said

20       that there -- You had not seen a -- a

21       criticism of your speech, just your

22       speech --

23            A.    Right, the content of my

24       speech.

25            Q.    The content of your speech
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2      on the floor of the Senate, right?
 3            A.    Yeah, by which I mean,
 4      specifically focusing on any of the
 5      sources I cited or any of the
 6      conclusions I derived from the sources.
 7                 There was criticism of my
 8      general view, of course by CNN and
 9      others, that you needed to have
10      criminal or criminal-type behavior.
11      That was much criticized.  But the
12      quality of --
13                 I don't remember any
14      criticism, any legitimate criticism of
15      the quality of my speech.  There may
16      have been some, but --
17            Q.    Okay.
18            MS. BOLGER:  I'm going to mark
19      as Exhibit 34 the article called "The
20      Ugliest Part of Trump's Impeachment
21      Defense," written by Jonathan
22      Bernstein?
23            THE WITNESS:  I don't
24      remember.
25            MS. BOLGER:  Which is dated
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2        January 29th, 2020, at 8:53 a.m.  So it
3        is before the Q and A, and after your
4        argument on the floor of the Senate?
5                    THE WITNESS:  Okay.
6                    MS. BOLGER:  This a
7        Bloomberg -- Sorry.
8                    MR. SCHWEIKERT:  Alan, this is
9        entirely your call, but I know you've
10       been having trouble hearing her.  Do
11       you object to her not wearing a mask,
12       considering the distance she's sitting
13       from you?
14                   THE WITNESS:  I don't, no.
15                   MR. SCHWEIKERT:  You okay with
16       that?
17                   MS. BOLGER:  I also happen to
18       have taken a COVID test this morning,
19       Mr. Dershowitz because I have a
20       90-year-old mother, and I wanted to be
21       sensitive.  So I happen to know I do
22       not have COVID this morning.
23                   THE WITNESS:  It doesn't
24       impress me that she's 90.  I'm 84, and
25       that just a little bit older -- little
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         bit older, so --

 3                  MS. BOLGER:  She's great.

 4                  THE WITNESS:  Good.

 5                  MS. BOLGER:  So Exhibit 34 is

 6         "The Ugliest Part of Trump's

 7         Impeachment Defense."

 8         (Whereupon, "The   Ugliest    Part,"    Email,

 9  Bloomberg   Opinion,    by    Jonathan    Bernstein,

10  January 29, 2020, was  marked  as  Exhibit  34  for

11  identification, as of September 13th, 2022.)

12                  Q.   So this is an email, for

13         the record, that published Bloomberg

14         Opinion, so it is a column rather than

15         a news story.

16                  A.   I don't think I read this.

17                  Q.   Then it begins with the

18         sentence, "President Donald Trump's

19         legal team wrapped up its three-day

20         defense presentation in Senate

21         impeachment trial on Tuesday."

22                  A.   Yeah.

23                  Q.   And I'm going to ask you --

24         You're welcome to read the whole thing,

25         but I was going to ask you to look at
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          the second page of the article.
 3              A.    Yup.
 4              Q.    In the second full graph,
 5          begins:  "This gets us to what remains
 6          of the president's defense."
 7                   Do you see that?
 8              A.    Yeah.
 9              Q.    Okay.
10                   "The claim on Monday night
11          by defense lawyer Alan Dershowitz, that
12          Abusive of Power is not an impeachable
13          offense, as a serious position, it
14          falls flat.  Deputy White House Counsel
15          Patrick Philbin recapped the argument
16          on Tuesday, and it boiled down to two
17          preposterous assertions:  One is that
18          by eliminating maladministration from
19          the Constitutional grounds for
20          impeachment, the framers were also
21          removing Abuse of Power, even though --
22          and I'll admit no scholar -- not a
23          scholar of the 18th century legal
24          terms, but neither are they --
25          maladministration means something
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2        completely different."

 3                 And then it sort of goes on

 4        from there.  And then two paragraphs

 5        down it says:

 6                 "Dershowitz and Philbin are

 7        free to disagree and Republican

 8        Senators looking for any available life

 9        boat are free to clamber into this one.

10        That doesn't mean the rest of us have

11        to take it seriously."

12                 Do you see that?

13           A.   Well, the only thing I

14        agree with in this article is when he

15        says, "I'll admit I'm not a scholar of

16        18th century legal terms."  I am a

17        scholar of 18th century legal terms.  I

18        very carefully went through all the

19        terms used in the debate, not only

20        maladministration, but a range of other

21        terms that were very similar to Abuse

22        of Power, and they were all rejected by

23        Madison's argument that we don't want

24        to turn the presidency of the United

25        States into the Prime Ministership of
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2          England.  A prime minister can be
 3          removed by a vote of no confidence.  We
 4          wanted specific criteria that make it
 5          very difficult for the legislative
 6          branch to remove the elected head of
 7          the executive branch.
 8              Q.    Mr. --
 9              A.    So I stand by my argument.
10          (Simultaneous speaking.)
11              Q.    Mr. Dershowitz I, Kate
12          Bolger would love to talk to you about
13          the merits of your argument.
14              A.    Yeah.
15              Q.    It would be interesting.
16              A.    Yeah.
17              Q.    But that's not why we're
18          here today.
19              A.    Yeah.
20              Q.    I want to talk to you about
21          the fact that on this day --
22              A.    Yeah.
23              Q.    -- on January 29th, before
24          you were on the floor of the Senate,
25          this article was published.  And in
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2         this article, it talks -- It is

 3         critical, substantively, of the

 4         argument you made on the floor of the

 5         Senate, in fact, referring to it as

 6         "preposterous," correct?

 7              A.    I don't know who Jonathan

 8         Bernstein is, and he's just dead wrong.

 9              Q.    Okay.

10              A.    And so -- And I didn't -- I

11         was not aware of this article as far as

12         I know.  I don't remember reading it,

13         but I'm not surprised that people who

14         admit they're not experts in 18th and

15         19th century use of words would take

16         that position.

17                   Look, the plain meaning of

18         the Constitution could not be clearer.

19         Treason, Bribery, but it doesn't say

20         crimes and misdemeanors, or other high

21         crimes and misdemeanors.  Others

22         modify -- I made the argument, based on

23         Justice Scalia's analogy.  When you

24         have a group of people, when you Derek

25         Jeter and Judge and Mike Tyson and
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2        Larry Bird are great competitors, and
 3        then you ask who else is a great
 4        competitor, the answer is not Sam
 5        Walton.
 6             Q.   Mr. Dershowitz, again,
 7        we're not talking about -- We're not
 8        talking about your argument.
 9        (Simultaneous speaking.)
10             A.   I'm not finished with my
11        argument.
12             Q.   I want to talk about the --
13        I want to talk about this article.
14             A.   I'm --
15             Q.   I don't want cut -- I
16        don't -- I want to bring you back.  So
17        let's focus up on what I'm asking you
18        about, which is this article not your
19        argument?
20             A.   I don't think you're
21        allowed to cut me off in the middle
22        of --
23        (Simultaneous speaking.)
24             Q.   I'm not.  I'm not.  If you
25        want to continue, you can.  But it
```

Alan Dershowitz
September 13, 2022

```
 1                       A. DERSHOWITZ

 2           just --

 3                  A.     I just want to continue to

 4           say that the most logical reading of

 5           the Constitution is that the other

 6           crimes and misdemeanors have to be of a

 7           kind to Treason and Bribery.  That's

 8           the plain meaning.  That's the meaning

 9           given by Justice Curtis.  That's the

10           meaning given by the former Secretary

11           of State, former dean of Columbia Law

12           School.  That's the meaning that was

13           common and dominant in the 19th

14           century.  And that's the meaning that

15           would be given today if Hillary Clinton

16           would have been impeached because

17           Donald Trump, not Hillary Clinton,

18           alleged scholars, like Bowie at

19           Harvard, who wrote that a crime had to

20           be committed, then essentially went on

21           television and denied it, because he

22           didn't want to be associated with

23           Donald Trump.

24                  Q.     Lots and lots scholars

25           disagreed with your positioning, right?
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ
 2        A.    And they were all wrong.
 3        Q.    But it was something people
 4    were debating, right?
 5        A.    That's right.  And that's a
 6    great thing.  I helped stimulate a
 7    debate.  If I hadn't done that, there
 8    would be no debate, and the wrong view
 9    would have become, not only the
10    academic view -- and there dominant
11    academic views, and they often wrong.
12    And in my life and my experience, I've
13    exposed a lot of dominant academic
14    views that have been wrong.  And this
15    is one of them.
16        Q.    All right.
17              We're going to look at the
18    next article, which was published --
19        A.    But let me add one more
20    thing.
21        Q.    No, no.  There's no pending
22    question.
23        A.    Okay.
24        Q.    We are done with that
25    answer.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2           A.    I'm not done with that
 3      answer.
 4              MS. BOLGER:  I'm going to ask
 5      the court reporter to mark as
 6      Exhibit 35 an article "Don't be
 7      Confused by Trump's Defense:  What he
 8      is accused of are crimes," dated
 9      January 27th, 2020, and written by
10      Nikolas Bowie.
11       (Whereupon, "Don't  Be  Confused,"  article  by
12    Nikolas  Bowie,  The  New  York  Times,  January  27,
13    2020, was marked as Exhibit 35  for  identification,
14    as of September 13th, 2022.)
15              THE WITNESS:  I know the
16      article, and he couldn't be wronger
17      when he says Abuse of Power is a crime.
18      He doesn't know criminal law.  He would
19      never have said this --
20              MS. BOLGER:  No pending
21      question, Mr. Dershowitz.
22              THE WITNESS:  Oh okay.
23              MS. BOLGER:
24           Q.    Okay.  This article was
25      published on January 27th --
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2            A.    That's right.
3            Q.    After the conclusion of
4      your argument on the floor of the
5      Senate.
6            A.    That's right.
7            Q.    And Mr. Bowie is one of
8      your -- Professor Bowie is one of your
9      colleagues --
10           A.    I never met him.
11           Q.    Wait, he's a colleague at
12     Harvard Law School, though.
13           A.    I never my him.
14           Q.    But he still is a professor
15     at Harvard Law School as you were?
16           A.    I'm not.  I'm an emeritus
17     professor.  Larry Tribe is a colleague,
18     too, and he couldn't be wronger on most
19     of these issues, okay?  So --
20           Q.    He works at Harvard Law
21     School, right?
22           A.    That's a good question.  He
23     teaches at Harvard law school.  He just
24     got tenure.
25           Q.    Okay.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2            A.    I don't.  I'm emeritus.

3                 MR. SCHWEIKERT:  Objection to

4        form.

5            Q.    Do you consider colleagues

6        only people that you like?

7            A.    No.  Only people that I've

8        met, or have has some association, or

9        have been on the faculty same time.

10       I'm not a colleague of somebody when I

11       retired ten years ago, and he came on

12       the faculty after that.  I'm not his

13       colleague.

14           Q.    Okay.

15           A.    I don't want to be

16       associated with his views.

17                 This article represents the

18       lowest form of academic debasement.

19       Taking his scholarship and renouncing

20       his scholarship because of who the

21       person is.  That might benefit from

22       a -- In my 50 years of teaching at

23       Harvard, I've never seen a lower form

24       of scholarship than in this article.

25           Q.    But this "lower form of
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        scholarship" disagrees with what you

 3        said on the floor of the Senate, right?

 4              A.    No.  It agrees with what I

 5        said.  I said a crime was necessary.

 6        And then he makes up that somehow Abuse

 7        of Power is a crime.  It's not.

 8              Q.    Okay.

 9                    And this was published on

10        January 27th, right?

11              A.    That's right, yeah.

12              Q.    Okay.  You can put it

13        aside.

14              THE WITNESS:  He ought to have

15        been ashamed of himself for writing

16        this.

17              MS. BOLGER:  Next exhibit I'm

18        going to is Exhibit 36, which is an

19        article called "Madison, Hamilton,

20        Dershowitz:  One of these men is not

21        like the others.  But for the GOP, he a

22        better quote," dated January 29th,

23        2020, at 8:40 a.m. which again was

24        before you took the floor to answer

25        questions.
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2              THE WITNESS:  Who is it by?

3              MS. BOLGER:  Fred Barbash.

4         (Whereupon, "Madison, Hamilton, Dershowitz,"

5    analysis by Fred Barbash, The Washington Post,

6    January 29, 2020, was marked as Exhibit 36 for

7    identification, as of September 13th, 2022.)

8              Q.   Mr. Dershowitz, have you

9         seen this article before?

10             A.   No.  I might have, but I

11        don't remember it.

12             Q.   Okay.

13                  So the second graph of the

14        article reads (as read):

15                  "On Monday, Dershowitz, the

16        Harvard Law professor emeritus who is

17        part of Trump's legal team, delivered

18        what quickly became the favored speech

19        for quoting among GOP senators.  It

20        provided them cover, should they need

21        it, for refusing to allow witnesses in

22        the trial of Trump, for voting to

23        acquit him, in the event damaging

24        evidence emerges after the trial, for

25        slamming it as irrelevant."
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2                      And two paragraphs down --
 3          or three down, it says:
 4                      "Dershowitz is one of the
 5          only few scholars who accepts that
 6          theory.  Most regard it as absurd, a
 7          road map for a vast realm of
 8          nonpunishable bad behavior presidents.
 9          Dershowitz agreed with them during the
10          impeachment trial of
11          President Clinton."
12                      Do you see that?
13               A.    I have no idea what it
14          means when he says, "Dershowitz agreed
15          with them."  I disagreed with them.
16               Q.    No.
17               A.    What do I agree with them
18          about?
19               Q.    The most -- most who
20          regarded it as absurd.
21               A.    Most regard -- I don't
22          agree with that.
23               Q.    Right.
24                      This was published on
25          January 29th before you took the floor.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2            A.    Yeah.

 3            Q.    And you'll see on the third

 4      page, there's -- Beginning a graph that

 5      says, "Conceivably, the Dershowitz

 6      argument --"

 7            A.    Wait a minute.  Third page.

 8      I'm on the second page.

 9                  Yeah.

10            Q.    "Conceivably, the

11      Dershowitz argument could have an

12      impact on impeachments yet to come.

13      That would be remarkable for an

14      argument which with virtually no

15      scholars agree."

16            A.    Yeah.

17            Q.    "In that event, it will

18      have taken an astonishing journey from

19      widely discredited theory to received

20      wisdom from the Senate."

21                  Do you see that?

22            A.    But all this argument would

23      have been accepted if Clinton were the

24      Defendant.

25            Q.    And the next page --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2           A.    Total phoney hypocrisy by

 3       partisan academics, who would

 4       definitely support this argument.  And

 5       they did support an argument like it

 6       during the Clinton impeachment.  I

 7       mean, just --

 8           Q.    On the next page -- On the

 9       next page, the very top.

10           A.    Yeah.

11           Q.    Professor Laurence Tribe

12       called it an "'extreme and dangerous'"

13       theory in an MSNBC interview.  'There

14       is no scholar in the country other than

15       Dershowitz who believes it,' he said."

16           A.    I'm very proud of that.

17           Q.    "Acceptance would --"

18           A.    I'm very proud of that.

19       Sitting on the opposite side of

20       Laurence Tribe is usually a sign that

21       you're right.

22           Q.    "Acceptance would 'leave a

23       message for future presidents . . .

24       that any way they want to abuse the

25       powers of their office' is just fine,
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        tribe said, so long as it's not
 3        statutory crime."
 4             A.    Well, that's the point, so
 5        long as it's not a crime.  And that's
 6        what CNN said the opposite of.  So what
 7        CNN is relying on now is a statement
 8        which totally undercuts its reporting
 9        two days later.
10             Q.    I don't understand what --
11             A.    Yes, you do.
12             Q.    -- CNN has to do with this
13        document.  This document is dated
14        January, 29th at --
15             A.    It's --
16        (Simultaneous speaking.)
17             Q.    -- at 8:40 in the morning,
18        right?
19             A.    The argument says that so
20        long as it's not a statutory crime --
21        I'm sure the people at CNN were aware
22        of that.  And then they said, even if
23        it is a statutory crime, the President
24        can't be impeached if he wants to run
25        for office.  So this -- this totally
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2      supports my view.

 3            Q.    But this published

 4      January 29th 8:40 in the morning,

 5      right?

 6            A.    I understand that.

 7            Q.    Okay.

 8                  That's my question.

 9                  Okay.

10            A.    Yeah.

11            Q.    Then we're going to talk

12      about --

13                  Who is Jonathan Turley?

14            A.    He is -- I've never met

15      him, but I've seen him on television,

16      and he is I think the Fox legal

17      analyst.

18            Q.    And he was a witness during

19      the impeachment?

20            A.    That's right.

21            Q.    In the House, right?

22            A.    That's right.

23            Q.    He was the only witness for

24      the defense called by the impeachment

25      in the House?
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2          A.    I don't -- yeah.

 3          Q.    Okay.

 4                So he was a defense

 5     witness.  In other words, he was a

 6     witness called by Trump's lawyers?

 7          A.    That's right.

 8          Q.    Sorry?

 9          A.    That's right.

10          Q.    Sorry, I just didn't hear

11     you.

12          A.    I don't know if he was

13     called by Trump or by the committee.  I

14     don't know that.

15          Q.    He was --

16                He was a defense witness?

17          A.    I'm not sure if he was

18     called by Trump or by the committee.  I

19     don't know the answer to that, but --

20          Q.    Okay.

21                But he was a witness for

22     the defense, regardless of who called

23     him.

24          A.    I don't know the answer to

25     that.  He was a witness.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         Q.    I can represent to you, for

 3    the defense.  I'm not lying, but --

 4         A.    No.  I'm not suggesting --

 5    I never would suggest you're lying, and

 6    I haven't.

 7         Q.    Okay.

 8              MS. BOLGER:  This is

 9    Exhibit 38 -- 37?

10    (Whereupon,  "The  Senate    Should    Reject,"

11    opinion, by Jonathan Turley, The Hill,  January  22,

12    2020, was marked as Exhibit 37  for  identification,

13    as of September 13th, 2022.)

14              MS. BOLGER:  So, this is a --

15    I'm so sorry if I said this already.  I

16    had a brain freeze -- lack of caffeine?

17              THE WITNESS:  I not hearing

18    you even without your mask.

19              MS. BOLGER:  I'm sorry, I just

20    said I'm sorry if I said this already;

21    it's a brain freeze.  The name of this

22    article is "The Senate Should Reject

23    Dershowitz's Argument on Johnson

24    Impeachment."

25              THE WITNESS:  Mh-hm.
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2              MS. BOLGER:  And dated

3       January 22nd, and it's written by

4       Jonathan Turley who, again, was witness

5       in the impeachment.

6              Q.   And you'll see that the

7       first graph of the article --

8              A.   Yeah.

9              Q.   -- ends with "For the most

10      part, such claims will dissipate with

11      the fog of advocacy.  However, one

12      argument could have a more damaging

13      impact."

14             A.   Did you notice the date?

15             Q.   Yes.

16             "The White House briefs

17      appear structured around the claim, to

18      be argued by Harvard Law professor

19      emeritus Alan Dershowitz, that the

20      Constitution is literal when it refers

21      to 'high crimes and misdemeanors' as

22      criminal violations.  So Dershowitz

23      maintains without an article of

24      impeachment based on an actual crime,

25      there is no legitimate impeachment."
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    And if you look at the next

 3         page of the document, he says --

 4              A.    Yeah.

 5              Q.    -- in the one, two, three,

 6         fourth graph, "Dershowitz claimed that

 7         Curtis 'argued successfully to the

 8         Senate that criminal-like conduct is

 9         required.  That argument prevailed.'

10         But I believe Dershowitz is mistaken in

11         his interpretation of the argument,

12         along with the basis for the acquittal

13         of Johnson."

14                    Do you see that?

15              A.    Yes.

16              Q.    Okay.

17                    So this was published

18         January 22nd, 2020, right?

19              A.    A week -- A week before I

20         made my speech in the Senate.

21              Q.    Five days.

22              A.    Before I made --

23              Q.    Five days.

24              A.    -- my first speech --

25         Five days before I made my first speech
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2        in the Senate.  He had no idea what I

3        was talking about.  He was speculating.

4             Q.    That's the argument you

5        made on the floor of the Senate,

6        though.

7             A.    No.  No.

8             Q.    You did not make the

9        argument that the Constitution requires

10       a literal crime?

11            A.    No.  Absolutely not.  I

12       rejected that argument.  I had a

13       whole -- check the book.  I said, "I

14       reject Justice Curtis's argument.  I

15       disagree with it."  You need conduct

16       akin to, criminal-type conduct akin to.

17       You do not need a statutory crime.  You

18       do not need a prosecutable crime.  He

19       didn't know that because this article

20       appears five days before my speech.

21            Q.    What is crime-like conduct?

22            A.    Crime-like conduct is

23       conduct that would be criminal but for

24       some technical omission, like statute

25       of limitations, geography.  It would
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2         include extortion, it would include --
 3         Extortion would be the main one, but it
 4         would have to be something that there
 5         are criminal statutes covering.
 6         Although it could be a state crime, it
 7         could be a crime against humanity.  It
 8         doesn't have to be a statutory crime.
 9                  It could be a crime barred
10         by the statute of limitations, a crime
11         barred by geography, but it has to be
12         very close to Treason and Bribery.
13                  And that's why Clinton was
14         wrongly impeached.  He committed a
15         crime.  He fulfilled those
16         requirements, but it wasn't a high
17         crime.  It was a low crime.  And, I
18         argued against it, and I made
19         arguments -- literally arguments.  But,
20         of course, the issue of whether you
21         needed a crime was not before the
22         Senate or the House in the Clinton
23         case, and I hadn't done the research
24         that I did subsequently, which led me
25         to a different conclusion from the
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          conclusion that I had come to during

3          the Clinton impeachment.

4                    Q.   Okay.

5                    MS. BOLGER:  I'm going to ask

6          to mark as Exhibit 38 -- Oh, actually

7          before I do that.

8                    Q.   So inevitably,

9          Mr. Dershowitz, when you got off the

10         floor of the Senate, you were besieged

11         with the a flurry of emails that were

12         enormously critical of your response of

13         the floor of the Senate; do you

14         remember that?

15                   A.   I remember getting

16         incredibly praising emails and negative

17         emails, calls, congratulations from

18         Democrats and Republicans, yeah.

19                   Q.   I will tell you very

20         candidly that there's been no positive

21         emails produced to us related to your

22         commentary on the floor of the Senate

23         if they exist.

24                   A.   None?  That surprises me.

25                   Q.   Sorry, I'm wrong.  I got my
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         bucket of emails --

 3              A.    Understandable.

 4              Q.    -- mixed up.

 5              A.    Understandable.

 6              Q.    There's a lot of emails,

 7         Mr. Dershowitz.

 8                    Who are the Senators who

 9         congratulated you on the floor of the

10         Senate?

11              A.    Oh, I would say ten of

12         them.

13              Q.    Who?

14              A.    Even -- I'll start with the

15         one that was most extreme -- even

16         Romney, who voted for removal said I

17         had done a good job.  Obviously, Cruz,

18         Emhoff --

19              Q.    Sorry, Cruz, who?

20              A.    Cruz, Emhoff.

21              Q.    I didn't hear you.  That's

22         why I asked?

23              A.    Emhoff.  I think his name

24         is.

25              Q.    Right.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2              A.    The guy from South

3       Carolina, Lindsey Graham.  And my

4       recollection is that Klobuchar.  Did

5       too.

6              Q.    Who?

7              A.    Klobuchar, who is a

8       Democrat.

9              Q.    What did Klobuchar say?

10             A.    "Good job," just, you know,

11      something like that.  She may have been

12      the one -- I mean, one of them said,

13      "You didn't put me to sleep."  I didn't

14      think of that as a high compliment, but

15      one of them said that.

16             Q.    That was Klobuchar?

17             A.    No.  I don't think so.  I

18      think that was one of the Republicans.

19      And one of the House manager lawyers

20      from the Democrat side -- I'll think of

21      his name in a second.  He was the

22      ambassador to the Czeck Republic, but

23      I'll think of his name in a minute.

24             Q.    Okay.

25                   MS. BOLGER:  I'm going to mark
```

```
 1                    A. DERSHOWITZ

 2          as Exhibit 38 a packet of emails that

 3          was produced in the litigation.  These

 4          are emails that were received after

 5          your speech on the floor of the Senate

 6          before you were termed to answer

 7          questions --

 8                    THE WITNESS:  Right.

 9                    MS. BOLGER:  On the 29th.  It

10          is again, a composite exhibit made of

11          emails that you have received.

12          (Whereupon, Composite of Emails  to  Dershowitz

13    between  Senate    appearances    was    marked    as

14    Exhibit    38    for    identification,    as    of

15    September 13th, 2022.)

16                    MS. BOLGER:  For the record,

17          I'm just going to direct your attention

18          to the first emails from an individual

19          named Bruce Gallamore.  It's got the

20          Bates number 59810.  And it says:

21                    "I have always respected you.

22          Why would you associate yourself and

23          prodigious reputation with such a

24          specious legal position?"

25                    Do you see that?
```

Alan Dershowitz
September 13, 2022

```
 1                        A. DERSHOWITZ

 2              A.    Yeah.

 3              Q.    And on the next --

 4              A.    If you look further, "DJT

 5         is a reprobate devoid of --"  I mean,

 6         they're attacking Trump.

 7              Q.    Right.

 8              A.    Largely --

 9              Q.    As a -- "as a clear danger

10         to our republic."

11              A.    Hm?

12              Q.    He calls him a "clear

13         danger to our republic," right?

14              A.    Yeah.  I mean, this is all

15         ad hominem.  They're all attacks on the

16         person, not -- I mean, they're attacks

17         on my argument too, but these are not

18         attacks that would have occurred if I

19         had used the same legal arguments on

20         behalf of a Democrat who they liked.

21              Q.    Okay.

22                    The next email is -- bears

23         the production number 59818.

24              A.    Yes.

25              Q.    It's from a gentleman named
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2         David Eichler.  Do you know
 3         Mr. Eichler?
 4              A.    Not that I know of.
 5         Usually, you can tell by
 6         "Mr. Dershowitz" or "Alan," but I can't
 7         tell you.
 8              Q.    He emails you occasionally,
 9         quite respectfully and interestingly,
10         just in case you're wondering.
11                  "Number one is your
12         presentation to the senate did not
13         change my opinion.  You're way off-base
14         and the opinion of that vast majority
15         of legal experts appear to share.  The
16         high and high crimes and misdemeanors
17         is dispositive.  The term reference to
18         offenses against the state that may or
19         may not also be statutory criminal
20         based offenses which Blackstone
21         explains to.  Your statement that
22         you've only recently considered
23         Blackstone and Curtis's argument in the
24         Andrew Johnson impeachment trial in the
25         context of an impeachment trial, does
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2         not pass the laugh test."

 3              A.    I don't understand what

 4         he's saying.

 5              Q.    "And three, this is an

 6         impeachment trial, not a criminal

 7         trial.  If you genuinely care about the

 8         country and believe in your heart and

 9         mind that the president did commit the

10         specified offenses and is subject to

11         impeachment and removal from office,

12         you should refuse to provide him with

13         legal representation in the same way

14         you would represent a criminal

15         Defendant in a court of law."

16                   Do you see that?

17              A.    That's his opinion, yeah.

18              Q.    Okay.

19                   And you received it on the

20         28th, right?

21              A.    Yeah.

22              Q.    Okay.

23                   And you'll skip two pages

24         to an email that you received from Dave

25         Stewart, bearing the Bates number
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        59834.

 3              A.    Yup.

 4              Q.    (As read) "Counselor

 5        Dershowitz, I have followed you from

 6        year -- followed you for year from my

 7        very normal recliner in my very normal

 8        home in middle America, a human being

 9        who would never have a reason to

10        need -- reason to meet you nor

11        communicate with you.

12                    "You have stood as a

13        champion for civil liberties, taking

14        controversial cases and standing up for

15        people who have already been tried in

16        the public forum.  These actions have

17        always placed you in a revered position

18        in my view.

19                    "Your stand on the floor of

20        the Senate was, as expected, profound,

21        scholarly, insightful.  Moreover, I

22        more than agree with you that the use

23        of Constitutional rights of impeachment

24        should not be used as a partisan way to

25        divide the country.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2                   "There is always a 'but,'

 3         however, and here is my 'but.' The fact

 4         that you did it for a president that

 5         clearly has not a single care for the

 6         civil rights that you have been such an

 7         advocate for --"

 8              A.    Exactly what I was told.

 9              Q.    "-- convinces me that you

10         have sold out," correct?

11              A.    It's exactly what I was

12         told when I defended communists.  You

13         did a great job, but don't communist

14         want to take away our right, so they

15         shouldn't have any rights.  This is

16         very typical of my mail.

17              Q.    Nonetheless, on

18         January 28th, 2020, someone sitting in

19         a very normal recliner in America felt

20         the need to write you an email telling

21         you that he felt that his opinion of

22         you had changed.

23              A.    Well, opinions do change,

24         but the opinions changed even more

25         dramatically when people heard on
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          national news that I thought a

 3          president could commit any crime he

 4          wanted.  Here, these people are

 5          attacking me because I said the

 6          president can't commit a crime.  Now

 7          they're attacking me because I said the

 8          president can commit a crime.

 9               Q.    I don't think was an

10          attack, Mr. Dershowitz.  I think that

11          was --

12               A.    What was not an attack?

13               Q.    That email that I just read

14          to you from a very normal American in

15          middle America, who chose to reach out

16          to you as you stood on the floor of the

17          Senate and argued in the impeachment of

18          the President of the United States.

19          Probably one of most significant things

20          that's happened in the last ten years

21          of our history -- at least we thought

22          it would be until the Capital Riots --

23          he sat down to take the time to write

24          to you.  That's not attacking you,

25          Mr. Dershowitz.  That's just seeking to
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        talk to you.

 3                MR. SCHWEIKERT:  Object to

 4        form.

 5             A.    No, what he's doing is --

 6        Well, when you accuse somebody of

 7        being -- of selling out, that's an

 8        attack, sorry.  I've sold out.

 9             Q.    Mr. Dershowitz, you just

10        may think that people who disagreeing

11        with you are attacking you.

12             A.    No.  "Sold out."  You can

13        disagree with me.  "Sold out" sounds

14        like I'm getting money for having

15        defended the president, and I did it

16        because of the money.  That's an

17        attack.

18             Q.    You were paid to represent

19        the president, right?

20             A.    Money went to charity.

21             Q.    Who paid you?

22             A.    Republican National

23        Committee.

24             Q.    How much money did you

25        make?
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2             A.    I don't remember, but it

3       was my hourly fee.  I mean, it was just

4       my hourly fee.  Then --

5             Q.    What is you hourly fee?

6             A.    At that time, it's maybe

7       $1500, $1600, something like that, in

8       that range.  Now it's higher.

9             Q.    How much did you get paid,

10      Mr. Dershowitz?

11            A.    I don't remember, but it

12      was less than $200,000, because I know

13      I initially submitted a bill for around

14      $250,000, representing all the time I

15      had put in, which was a very reasonable

16      price for a project of this kind.

17                  And they said they wouldn't

18      pay for my travel, and they wouldn't

19      pay for my work that I did in

20      preparation, and they wouldn't pay for

21      my typing, so they got me down to a

22      figure below $200,000.

23            Q.    Your fee is higher now, you

24      said?

25            A.    It goes up a little bit
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2        every year.

 3              Q.    What is it now?

 4              A.    Still below $2,000 an hour.

 5        First of all, half of my cases are pro

 6        bono, so those I have no fee.  And

 7        other cases, I adjust and adapt to the

 8        needs of the client.  But -- So I

 9        have -- I have -- My fees range from

10        nothing up to less than $2,000 an hour.

11              Q.    Okay.

12                    But 2022 you can command a

13        higher fee than you could in 2020?

14              A.    Every year I command a

15        slightly higher fee just because of

16        inflation.  I don't usually raise my

17        fee once I establish it, but I have

18        many -- I have few cases now.

19              Q.    Okay.

20                    MS. BOLGER:  I'm going to ask

21        the court reporter to mark as

22        Exhibit 39 an article called "21 Hours

23        with Alan Dershowitz."

24                    THE WITNESS:  Yup.

25                    MS. BOLGER:  By Tom Chiarella?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    THE WITNESS:  I know the

 3           article, yeah.

 4                    MS. BOLGER:  Written on

 5           January 29th, 2020.  It was actually

 6           published before you were on the floor

 7            of the Senate.

 8          (Whereupon, "21 Hours  with,"  article  by  Tom

 9    Chiarella, Esquire, January  29,  2020,  was  marked

10    as  Exhibit  39   for   identification,   as   of

11    September 13th, 2022.)

12    BY MS. BOLGER:

13                    Q.   My first question,

14           Mr. Dershowitz, is how did this come to

15           pass?

16                    A.   Hell called me.

17                    Q.   Had you interacted with

18           Mr. Chiarella --

19           (Simultaneous speaking.)

20                    A.   No.

21                    Q.   -- beforehand?

22                    A.   No.  Never heard of him.

23                    Q.   Okay.

24                    What made you decide to do

25           the article?
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          A.    Well, he said it was a

 3      historical event and that it would be

 4      good to document the historic event for

 5      posterity.  I also -- A lot of people

 6      believed, at the time, that I was

 7      working closely with the Trump defense

 8      team, and that I was part of their

 9      factual strategy, et cetera.

10                    And I wanted to make clear

11      that that wasn't the case, that

12      everything I did, I did alone.  I never

13      showed my speech to the President or to

14      the President's lawyers until it was

15      delivered.

16                    And I thought it was

17      important for the people who are

18      interested to know that I did all my

19      own research.  You questioned me before

20      about whether I really read the

21      Federalist Papers or really read --

22          Q.    I didn't say that?

23          A.    -- arguments.  He saw me

24      doing it.  I mean, he was there when I

25      had the dusty books.  He saw me blow
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2         off the dust of the books and go -- and
3         look at each of them, and do all my own
4         work by hand.
5                    I'm very proud of the way I
6         work.  I don't generally use extensive
7         research assistance.  I write
8         everything by hand.  And every word of
9         my presentation was written by me.  And
10        I'm just proud of that.  And I saw no
11        reason not to --
12                   I told him the rules.  They
13        couldn't be -- I couldn't -- He
14        couldn't be there when there were any
15        lawyer-client communications, which
16        turned out, there were none.  That I
17        was just on my own.
18             Q.    Okay.
19                   Did you agree with him that
20        it was a historic event, that you were
21        speaking on the floor of the Senate?
22             A.    Yes.
23             Q.    I'm sorry?
24             A.    Yes.
25             Q.    Okay.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2              MS. BOLGER:  Do you all mind?

 3        I just need to take a one-minute break.

 4              THE VIDEOGRAPHER:  Going off

 5        the record the time is 3:20.

 6        (Whereupon, a short recess was taken.)

 7              THE VIDEOGRAPHER:  We are back

 8        on the record.  The time is 3:28.

 9   BY MS. BOLGER:

10              Q.   I want to just ask you two

11        things about this article.

12              A.   Which article are we on

13        now?  The 24 hours.

14              Q.   Yeah.  The 21 -- the

15        24 Hours, yeah.

16              A.   Yeah.

17              Q.   By the way, were you happy

18        with the way this article came out?

19              A.   I don't remember.

20              Q.   Okay.

21                   On page seven, you'll see

22        the --

23              A.   I don't see the -- Tell me

24        what time it is, date and time.

25              Q.   7:14 p.m.  The page --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2              A.    I got it.

 3              Q.    Number's on the bottom

 4         right corner.

 5              A.    "He climbs into a limo."

 6              Q.    If you go there's a -- The

 7         pull quote there is "In the O.J. case,

 8         people disagreed with what I did.

 9         Here, people disagree with who I am."

10              A.    Okay.  Where is that?

11              Q.    It's the pull quote, but we

12         don't have do that.  We can do --

13              A.    Yeah.

14              Q.    Okay.

15                    So below the pull quote, it

16         says:

17                    "'No question,' he says.

18         'My life was a lot happier before I did

19         this than now.  I had a lot more

20         friends.  I got a lot of grief during

21         the O.J. case.  I defended that guy for

22         murder, but it was nothing like this.

23         This is much worse.'  Is Trump held in

24         lower esteem than O.J. was?

25                    "Dershowitz shrugs.  'In
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2        the O.J. case, people disagreed with
3        what I did,' he said.  'Here, people
4        disagree with who I am.'"
5                    Do you see that?
6            A.    Yes.
7            Q.    And do you think that's
8        true?
9            A.    Yeah.
10           Q.    And that was true when you
11       said that to him?
12           A.     It was true people now
13       disagree even more with what I am.
14       After being compared to Hitler, et
15       cetera.
16           Q.    On Page 29 of the -- the
17       numbers are in the bottom-right corner?
18           A.     835, I see.
19           Q.    Twenty-nine out of 35
20       pages.
21              MS. BOLGER:  Do you have the
22       numbers?
23              MR. SCHWEIKERT:  Yeah.
24              MS. BOLGER:  Don't you have
25       numbers on the bottom right?
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2              THE WITNESS:  Yeah.  I see

3       935.

4              MS. BOLGER:  No, no.  I'm

5       asking you to go to Page 29 of 35.

6              THE WITNESS:  I don't know

7       what that is.

8              MR. SCHWEIKERT:  Down there in

9       the tiny, little corner.

10             THE WITNESS:  What page you

11      want me to go to?

12             MR. SCHWEIKERT:  Twenty-nine.

13             MS. BOLGER:  Twenty-nine,

14      please.

15             THE WITNESS:  Oh, i didn't

16      realize it went up that high.  Okay, I

17      got you.

18             MS. BOLGER:

19        Q.    The pull quote, which is

20      actually in the piece right above it,

21      "I have nobody.  No, I don't try to

22      foster a following."

23                Do you see that?

24        A.    Yes, that's true.

25        Q.    Okay.
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2                  Did you say that's true?

 3          A.    Mh-hm.

 4          Q.    What did you mean, "I don't

 5     try to foster a following"?

 6          A.    I'm not out there for the

 7     popularity.  I'm not -- I don't think

 8     about whether people will agree with me

 9     or disagree with me.  I try to do what

10     the right thing is.  I very much care

11     about my principles.

12          Q.    Now, we talked a little

13     earlier about Mike Pompeo.

14          A.    Mh-hm.

15          Q.    And the incident in which

16     you patted him on the back during the

17     press conference --

18          A.    No, no.  It wasn't a press

19     conference?

20          Q.    Sorry.  Announcement of the

21     peace plan.

22          A.    It was an event in the

23     White House.  I was actually invited to

24     the event by -- jointly by the Israeli

25     Government and the U.S. Government.  I
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          think it was the Israeli Government who
 3          actually extended the invitation, I'm
 4          not sure.
 5                    It had something to do with
 6          peace in the Middle East, but I can't
 7          remember right now if it was the
 8          Abraham Accords or the recognition, I
 9          don't remember.  It had something to do
10          with Israel.
11               Q.   Yes.
12                    And you and I disagree.
13          Let's put it that way, on what you did,
14          in terms of patting Mike Pompeo on the
15          back, right?
16               A.   Well, it's a silly to
17          disagree; there's a videotape.
18               Q.   Right.
19                    We don't have to agree
20          then?
21               A.   We don't have to agree.
22               Q.   Right.
23                    There was a lot of -- You
24          received a lot of emails related to
25          that incident as well; didn't you?
```

Alan Dershowitz
September 13, 2022

```
1           A. DERSHOWITZ
2           A.    No.  I received a lot of
3      emails related to CNN's coverage of
4      that incident.  Nobody would have
5      noticed it.  It was not something that
6      was in any way newsworthy.  Except CNN,
7      in its effort to discredit me -- which
8      continued on -- decided to focus on
9      that, and to kind of "gotcha" me in my
10     interview with Toobin.
11          Q.    You don't think it's
12     newsworthy that the President of the
13     United States was goading the Secretary
14     of State on to make fun of reporters?
15     You don't think that was newsworthy?
16          A.    That was newsworthy.  What
17     wasn't newsworthy is me patting my
18     former student on the back and telling
19     him:  You'll be remembered for your
20     role in the peace process.  That wasn't
21     newsworthy, that was "gotcha."
22          Q.    Is it your testimony that
23     the only reason anybody reported on
24     that really outrageous moment by the
25     President of the United States --
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2             A.    No --

3             Q.    As a -- Someone who is

4        relating -- As a free speech advocate,

5        that the only reason they reported on

6        that was because of you?

7             A.    No, of course not.

8                 MR. SCHWEIKERT:  Form.

9                 THE WITNESS:

10            A.    No, no.  Let me finish.

11       They should have focused on what the

12       President said.  But the idea of

13       focusing on the pat on the back, which

14       they showed independently over and over

15       again, was a "gotcha."

16            Q.    The reason that story was

17       in the news was because of the

18       President of the United States goaded

19       the Secretary of State into mocking and

20       barring an NPR reporter, who happens to

21       be a young woman, from his air plane,

22       right?

23            A.    No, that's not true.  The

24       reason the story was in the news was

25       the President -- and what he did was
```

1                    A. DERSHOWITZ

2        outrageous, and I think, to this day it

3        was outrageous.

4                    The fact that CNN replayed

5        the part of me patting him on the back

6        over and over again, had to do much

7        more with "gotcha" of me than the

8        president.

9                    MS. BOLGER:  Going to mark

10        as --

11                    It seems to me that the

12        newsworthiness of that moment was not

13        defined by you, Mr. Dershowitz, but I

14        suppose we could disagree.

15                    THE WITNESS:  Mh-hm.

16                    MS. BOLGER:  We're going to

17        mark this as Exhibit 40.

18                    THE WITNESS:  I think both.

19        It was defined by both.  The much more

20        newsworthy item was the President, but

21        then CNN chose to elevate the status of

22        the pat on the back in order to

23        "getcha" -- in order to have a "gotcha"

24        moment.

25

Alan Dershowitz
September 13, 2022

1              A. DERSHOWITZ

2       (Whereupon,  Dershowitz  Emails  re  Pat  on

3    Pompeo's  Back  was  marked  as  Exhibit  40  for

4    identification, as of September 13th, 2022.)

5              MS. BOLGER:  And I'm going to

6          just mark as Exhibit 40 a series of

7          emails that were produced in this

8          litigation related to coverage of the

9          pat on the back.

10             Q.    Okay.  This is as I said, a

11         group of emails that were received --

12         produced in the litigation from you,

13         and I just wanted to mark them for the

14         record, so we don't actually have to

15         talk about them.  We could just put

16         them to the side.

17             Okay.

18             Then on January 29th,

19     Mr. Dershowitz?

20             A.    Wait a minute.  I'm looking

21     at -- I'm looking at this.

22             Q.    On January 29th -- You can

23     put it aside, Mr. Dershowitz?

24             A.    Oh.

25             Q.    On January 29th, you

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2        returned to the floor of the Senate to

 3        answer questions, correct?

 4             A.    Am I not looking at this

 5        anymore?

 6             Q.    No.  You can put it aside.

 7             A.    Yeah.

 8             Q.    On January 29th, you

 9        returned to the floor of the Senate to

10        answer questions, right?

11             A.    Yeah.

12             Q.    Now, originally that was

13        not part of your agreement.  As I

14        understand it, you were just supposed

15        to give the speech on the first day; is

16        that correct?

17             A.    Then -- Then I was told

18        by -- by Pat Cipollone and by -- by Jay

19        Sekulow that I was obliged to come

20        back.  I didn't want to.  They both

21        said I was obliged, and it was part of

22        my duty, having presented, that there

23        were many questions, and that it would

24        not be fair to my client, or fair to

25        the Senate for me to appear to be
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          avoiding questions.  So I very

 3          reluctantly came back to answer

 4          questions.

 5                    I wish I hadn't, and I wish

 6          my wife had successfully persuaded me

 7          not to.  She didn't want me to.  My son

 8          went home.  He didn't wait for that.

 9                Q.   How could Pat Cipollone or

10          Jay Sekulow explain your obligations to

11          you?

12                A.   Well, when you make a

13          presentation, Senators have questions

14          about your presentation.  They argued,

15          it was obligatory on me.  I could tell

16          you who conveyed the message to me.

17          First, they talked to me, but then I

18          said, no.  And then Mitch Weber, who

19          was part of the legal counsel's office

20          called me and said, "Alan, you just

21          have no choice.  You go to do this.

22          You go to do this."

23                Q.   Why did you have no choice?

24                A.   Because it was felt that it

25          was part of my responsibility to answer
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2      questions about what I had said.
 3           Q.   But that's not the purpose
 4      of the questions on the floor of the
 5      Senate.  They're not about what you
 6      said.
 7           A.   Yes, they are.  The first
 8      question was exactly about what I said.
 9      The first --
10                In my talk on the 27th, I
11      had gone into detail about quid pro quo
12      argument.  And the question was:  Can a
13      quid pro quo in foreign policy ever be
14      a basis for impeachment? -- something
15      like that.
16                But I felt that -- I think
17      all the questions that were asked of
18      me -- were based, at least as I
19      remember, they were based on what I had
20      said.
21           Q.   You said it wouldn't be
22      fair to your client when you --
23           A.   I said.
24           Q.   You said that when
25      Mr. Cipollone and Sekulow told you that
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2         you were somehow obligated to return.
 3              A.    That's right.
 4              Q.    It was because it wouldn't
 5         be fair to your client.
 6              A.    And to the Senate.
 7              Q.    Your client, in that
 8         sentence, was the former president,
 9         right?
10              A.    That's what they said, yes,
11         yeah.
12              Q.    Well, wasn't he?
13              A.    Yes.  I mean, for purposes
14         of this -- that discussion, he was.
15         Look, because of my wife, I tried very
16         hard to make this a more abstract
17         presentation on behalf of the
18         Constitution.  But as my wife said to
19         me from the beginning, "That's not
20         going to work.  You're going to be his
21         lawyer."
22                   And -- But it was very
23         clear.  I did not participate in
24         tactical discussions.  I did not
25         participate in factual discussions.  My
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        role was extremely limited, not only to

 3        not present -- not only to present

 4        Constitutional arguments, but one

 5        aspect of the Constitutional arguments.

 6        That's all I spoke about:  Was the

 7        criteria for impeachment, period.

 8              Q.    You were nonetheless

 9        advocating, correct?

10              A.    I was against his

11        impeachment, as I would have been

12        against the impeachment of Hillary

13        Clinton had she been charged with the

14        same conduct, yes.

15              Q.    Right.

16                    So you were advocating that

17        he not be impeached.

18              A.    He was impeached.

19              Q.    Sorry, you were advocating

20        that he not be found guilty?

21              A.    That he not be removed.

22        But I was not advocating that he could

23        not have been impeached.  In fact, I

24        stated publicly:  If the House had been

25        smart, they would have charged him with
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          extortion or bribery.  And then I
 3          wouldn't have been in the case if they
 4          had done that.
 5                    But apparently -- I don't
 6          know why they didn't do it.  I could
 7          tell you why they didn't do it.  They
 8          were advised by Larry Tribe, and Larry
 9          is not a good lawyer.  And he doesn't
10          give good advice, and Pelosi was
11          advised by Tribe.
12                    Why they didn't go after
13          him for extortion and bribery, I'll
14          never know.  Had they done that -- and
15          my view, by the way, is they had broad
16          discretion in defining what constitutes
17          treason, bribery, or other high crimes
18          misdemeanors.  They just can't ignore
19          it.  And so had they charged him with
20          extorting the President of the Ukraine
21          and seeking a bribe from the President
22          of Ukraine, I wouldn't have been there
23          on the floor of the Senate.  That was
24          not my role.  I didn't know the facts.
25          I never familiarized myself.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2                        When I'm a lawyer, I know

3          more about what I'm arguing than

4          anybody in that room, whether it be a

5          judge, a juror, the prosecution, or

6          anybody else.  I pride myself in having

7          done -- I don't know 300 cases.  I

8          never been asked a question about the

9          record or anything about the record I

10         didn't know the answer to.

11                       So I would never want to

12         answer -- and I didn't answer any

13         questions -- about the facts of the

14         case.  It was all about the Motion to

15         Dismiss, the fact that there was not

16         proper Constitutional criteria alleged

17         by the House.  There could have been,

18         but they decided not to.

19              Q.    Did you know what Senator

20         Cruz was going to ask before he asked

21         it?

22              A.    No.

23              Q.    How come you answered that

24         question?

25              A.    I was assigned to answer it
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          by Pat Cipollone, but the question was

 3          clearly directed to me.

 4               Q.   How did you come to be that

 5          you were assigned?  You were pointed

 6          to?  Or how did that work?

 7               A.   They said, Here, get up and

 8          take that.  It's to you.  It's your

 9          question.

10                    Because I had spoken about

11          quid pro quo.

12               Q.   How long before the

13          question was asked did you have to

14          answer it?

15               A.   I don't understand the

16          question.

17               Q.   Did you have the question

18          before --

19               A.   No.

20               Q.   -- you were asked it by --

21          Before you were asked it by the Chief

22          Justice?

23               A.   No.  The first time I ever

24          heard it was when the Chief Justice

25          said it.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          Q.    Okay.

3                So you were an advocate on

4     the floor of the Senate responding to a

5     question, right?

6          A.    I was a Constitutional

7     scholar, who had been asked to present

8     the Constitutional argument.  I

9     presented the argument, and then I was

10    asked a series of questions about it.

11    This was the first one.

12         Q.    The question wasn't about

13    your argument.  The question was not --

14    Didn't say, Hey, Mr. Dershowitz, can

15    you clarify something you said two days

16    earlier, right?

17         A.    Everybody knew that it was

18    about what I said two days earlier was.

19         Q.    Who knew that?

20         A.    Hm?

21         Q.    Who knew that?

22         A.    All the lawyers on our

23    table, and probably all the lawyers on

24    the other side.  Because I had focused

25    on the quid pro quo argument.  I had
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2         given examples quid pro quo.  I had

 3         talked about -- I mean --

 4              Q.    The whole impeachment was

 5         about a quid pro quo, Mr. Dershowitz.

 6              A.    No, it no wasn't.

 7              Q.    So you weren't the only

 8         person who talked about quid pro quo.

 9              A.    I was the one who talked

10         primarily about quid pro quo and about

11         the criteria for impeachment, and the

12         question focused on that.  I didn't

13         volunteer.

14              Q.    Are you balking at saying

15         that you were an advocate?  You were

16         clearly an advocate?

17              A.    I was advocate not for --

18                    I was advocate against the

19         use of unconstitutional criteria for

20         impeachment.  The person who was the

21         subject of that unconstitutional

22         impeachment was Donald Trump.  I would

23         have made exactly the same argument had

24         the subject of the impeachment been a

25         Democrat.  I would have preferred to
```

Alan Dershowitz
September 13, 2022

```
1                  A. DERSHOWITZ
2        make that argument for a Democrat.  I
3        am a Democrat.
4             Q.   I don't want Democrats to
5        get impeached.  That's a strange --
6        That was a strange answer.
7        (Simultaneous speaking.)
8             A.   Impeached -- I'm saying if
9        president who is a Democrat had been
10       impeached, I would have preferred to
11       make that argument on behalf -- In
12       fact, one of the reasons that I became
13       interested in impeachment was because
14       somebody I regarded as a friend, and
15       somebody who I strongly supported,
16       Hillary Clinton, was being threatened
17       with impeachment.  And I decided to try
18       to do research and write a book on The
19       Case Against Impeaching Hillary
20       Clinton.  I would have made exactly the
21       same argument.
22             Q.   The speech you gave --
23                  The answer you gave on the
24       floor of the Senate January 29th in
25       response to Ted Cruz's question wasn't
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2        the same type of speech you would give

 3        in a classroom, right?  It was an

 4        advocacy piece.

 5              A.    No.  I would say it was

 6        pretty much what I would argue in a --

 7        in a classroom.  In a classroom, I

 8        might take the devil's advocate

 9        position.  But I would -- I mean, the

10        way I teach -- my Socratic technique --

11        was to take adversarial positions one

12        side or the other, sometimes switch

13        adversarial positions.

14                    I could have argued the

15        other side of this.  I don't think I

16        would have made a particularly

17        effective argument on the other side

18        because I don't think there is a

19        particularly effective argument on the

20        other side.

21                    I think there's a very

22        strong argument that Trump could have

23        been impeached for Bribery, and

24        Extortion.  I do think that was a

25        strong argument.  I don't think that
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        that was a strong argument that a
 3        president can be impeached for Abuse of
 4        Power and Obstruction of Congress.  I
 5        don't think that's a strong.  I could
 6        have made an argument, but I think it
 7        would have been a losing argument.
 8             Q.    What was your answer to
 9        senator Cruz's question?
10             A.    Basically to repeat what I
11        had said on the floor of the Senate
12        two days earlier.
13             Q.    Can you tell me what that
14        is?
15             A.    Sure.  In essence, my
16        argument was this:  Quid pro quos occur
17        every day.  I just came from the White
18        House where announcements were made
19        about peace.  If the president had said
20        to the Israelis:  Look, I'm going to
21        give you a $1 billion in aide, but you
22        have to stop the settlements.  That
23        would be a quid pro quo.  Or if he said
24        to the Palestinians, I'm going to give
25        you aide, but you have to stop
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         pay-for-slay policy.  That would have

 3         been quid pro quo.  Nobody would argue

 4         that that was an impeachable offense.

 5                    For it to be an impeachable

 6         offense, it has to be unlawful.  And

 7         for it to be unlawful, something has to

 8         be illegal.  The quid, the quo -- I

 9         forget which word I used -- but one of

10         them has to be illegal.  I used the

11         word unlawful and illegal, I think

12         three times all together.

13                    And then I gave the Lincoln

14         example again, the same example I'd

15         given on floor of the Senate.

16                    I talked about mixed

17         motives, and thrust of my argument is

18         this:  If the president does something

19         entirely lawful and legal, he cannot be

20         impeached.  If he has mixed motives,

21         one of which is to get reelected

22         because he believed that his reelection

23         was in the public interest.

24                    Best example:  Abraham

25         Lincoln, sending the troops home,
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2         putting other troops in harm's way --

3         In order to make sure that the troops

4         voted Republican in the Indiana

5         election.

6                   And I said:  To analyze the

7         president's motives,

8         President Lincoln's motives, would

9         require a psychoanalyst.  Obviously, he

10        thought it was in the best interest of

11        the United States for Indiana to stay

12        in the Union and remain Republican.

13        But obviously, he also thought that

14        would help his party and himself.  And

15        as I said -- I don't remember if I said

16        it the first time or the second time --

17        if we weren't concerned with that, why

18        would president have press relations?

19        Why would they have political

20        consultants?  All they would have to do

21        is think what's in the best interest of

22        the country.

23                   So the basic thesis was

24        that:  If a president engages in a

25        lawful constitutionally-authorized quid
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        pro quo, the fact that he had mixed
 3        motives does not turn an innocent act
 4        into an impeachable act if it was a
 5        guilty act, then motive doesn't matter.
 6                    In fact, the thrust of my
 7        argument is that motive isn't
 8        important.  Either the act is legal or
 9        illegal.  If it's illegal and it's a
10        high crime and misdemeanor, he should
11        be impeached.  If it was legal and
12        didn't partake of criminal conduct at
13        all, he should not be impeached.  And
14        the mere fact that he may have had
15        mixed motives, one of which is his own
16        political acceptance, is fine.
17                    I said, if the motive,
18        however, is financial -- I gave and
19        example, a hypothetical that bore no
20        relation to President Trump.  What if
21        an abstract president went to an
22        abstract country and said, Build a
23        hotel with my name on it? -- obviously,
24        it related to Trump -- and we'll give
25        you aide.  That would be -- That would
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2        be a cons -- That would be impeachable.

 3                    In fact, I was asked by

 4        some of the people:  Why don't I

 5        mention Biden?  Was Biden's a quid pro

 6        quo?  His giving money to Ukraine on

 7        the condition that they fire an

 8        investigator, and I refused to do that

 9        because I didn't want to get into

10        politics.  I didn't want to give

11        examples that would become political

12        fodder.  I wanted to stick to the

13        abstract issue of whether or not a quid

14        pro quo that was legal, lawful,

15        non-corrupt, could be a ground for

16        impeachment, if nothing illegal

17        happened.

18                    I was shocked, beyond

19        belief, then to hear on CNN that what I

20        said was that a president could commit

21        any unlawful act, as long as he thinks

22        it's in the national interest of his

23        being elected.  I knew for 100 percent

24        certainty that everybody who said that

25        knew it was a lie.  They said it
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2         deliberately.  They said it willfully

 3         in order to further discredit me, and

 4         they said it only because it was

 5         involving Trump.  They would never have

 6         said that if the same argument were

 7         made on behalf of Hillary Clinton.

 8         There was malice abounding in what they

 9         said.

10              Q.   In the Lincoln

11         hypothetical --

12              A.   What?  Yeah.

13              Q.   In the Lincoln

14         hypothetical --

15              A.   It wasn't a hypothetical.

16         It was a real case.

17              Q.   I think it's a little -- We

18         don't have to talk about Lincoln.

19                   What was the quid?  And

20         what was the quo?  Because I take your

21         point about the President exercising

22         his power as a way to get reelected in

23         that instance.  So I'll -- Let's agree

24         that --

25              A.   Yeah.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2          Q.    But just out of curiosity,
 3     why was --
 4                 How is that a quid pro quo?
 5     What was the quid?  And what was the
 6     quo?
 7          A.    The Lincoln example was not
 8     part of the quid pro quo answer, it was
 9     part of the mixed motive answer.
10                 There were two points that
11     I was making:
12                 One about quid pro quo, it
13     has to be illegal.
14                 The other was mixed motives
15     can't turn a legal act into something
16     illegal.
17                 The mixed motives there
18     were, Lincoln benefiting politically
19     and his party benefiting politically by
20     the president's legal act -- maybe
21     wrong act, maybe immoral act, of
22     putting soldiers who didn't come from
23     Indiana in harm's way.  That's for
24     people to vote on.  So --
25          Q.    So you're saying it wasn't.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         You agree with me the Lincoln example

 3         was not a quid pro quo?

 4              A.    It was -- My -- My argument

 5         was divided into two; they were

 6         related.

 7                    One was pure quid pro quo,

 8         and there I said, a quid pro quo can't

 9         be illegal.  If it's -- unless it has

10         unlawful, corrupt, et cetera --

11         motives.

12                    Then I said motives.  Now,

13         let's get to part two.  What are

14         motives?  Then I talked about mixed

15         motives.  And Lincoln was the example

16         of mixed motives related to quid pro

17         quo.

18              Q.    But it wasn't a quid pro

19         quo?

20              A.    It wasn't a quid pro quo,

21         but it was related to quid pro quo.  It

22         was part of the argument about mixed

23         motives and quid pro quo.

24                    MS. BOLGER:  I'm going to ask

25         the court reporter to mark Exhibit 41,
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        your book, Defending the Constitution.
 3                THE WITNESS:  Wow, you're
 4         selling well these days.  Got all my
 5         books here, thank you.
 6        (Whereupon,  Defending  the  Constitution,   by
 7  Alan  Dershowitz  was  marked  as  Exhibit  41   for
 8  identification, as of September 13th, 2022.)
 9                THE WITNESS:  Is this the
10         actual book or the galleys.
11                MS. BOLGER:  Your galleys, as
12         you sent them.
13                THE WITNESS:  Galleys again.
14                MS. BOLGER:  I actually have
15         the book, in case you're wondering
16         about your royalties.
17                THE WITNESS:  I'm sure it's
18         accurate.
19                MS. BOLGER:
20         Q.    And I'm going to ask you --
21         The answer to Senator Cruz's question
22         is at Page 106.
23         A.    Yeah.  Got it.
24         Q.    But I wanted to ask you --
25         If you take a look at the bottom of
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         Page 107 --

 3              A.    107, yeah.

 4              Q.    "The only thing that would

 5         make a quid pro quo unlawful is if the

 6         quo were in some way illegal."

 7                    Do you see that?

 8              A.    Yeah.

 9              Q.    I will tell you that you

10         added the italics from the

11         Congressional Record.  They're not

12         there, but that's fine.

13                    Is that the sentence that

14         you suggest somehow renders CNN's

15         understanding incorrect?

16              A.    Not alone.  Many, many,

17         many things were branded incorrect.

18         Reading the whole thing in context, let

19         me quote for you from your own

20         witness's deposition.  I forget which

21         witness it was, maybe you can remind

22         me.

23                    There was a witness -- over

24         and over again, who said, "You have to

25         read it in context.  You have to read
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        it in context.  You can't isolate one
 3        sentence.  You can't isolate one word.
 4        You have to read the whole thing in
 5        context."
 6                      I was applauding when he
 7        said that in deposition because, of
 8        course, that's my point.  When your
 9        read the whole answer in context, when
10        you read these words unlawful, illegal
11        corrupt, corrupt motive -- When you see
12        the whole thing obviously, what CNN did
13        was turned it into exactly the opposite
14        of what I said.
15                      And when you see that what
16        I said here was exactly the same as
17        what I said on the floor of the Senate
18        two days earlier.
19            Q.   Can I ask you another
20        question about that sentence that's
21        bothered me?
22                      "The only thing that would
23        make a quid pro quo unlawful is if the
24        quo were in some way illegal."
25                      Do you see that?
```

Alan Dershowitz
September 13, 2022

```
 1                     A. DERSHOWITZ

 2              A.    Yup.

 3              Q.    Are you saying if the quid

 4         were illegal it wouldn't make the quid

 5         pro quo unlawful?

 6              A.    It would.  It would. I -- I

 7         thought I had said if the quid or the

 8         quo, but I guess either I slipped up or

 9         reporter slipped up.  I thought I said

10         quid or quo.  That's what I meant.

11              Q.    I've seen the video.  You

12         didn't say it.

13              A.    Hm?

14              Q.    I've seen the video.  You

15         didn't say it.

16              A.    I didn't say it.  It's what

17         I meant.  I don't even know the

18         difference between quid and quo.

19         They're both Latin words; I don't know

20         which is which, but I meant one of them

21         has to be unlawful, obviously.

22              Q.    And then we talk about a

23         corrupt motive.  And this is on

24         Page 112 --

25              A.    Yeah.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2            Q.    -- but you know it, I'm

3    sure, better than I do.

4            A.    Yeah.

5            Q.    You refer to a corrupt

6    motive -- has to not involve personal

7    pecuniary interest?

8            A.    Well, wait a second.  Has

9    to involve --

10           Q.    Has to not involve?

11           A.    No.  I missed your

12   question.  I think --

13           Q.    Right.

14                 You say that "A corrupt

15   motive has to involve a personal

16   pecuniary interest."

17           A.    No.  That's an example of a

18   corrupt motive.  There are many others

19   that could be corrupt motives as well.

20           Q.    Well, read the sentence,

21   actually, because that -- that is sort

22   of my question.

23           A.    Yeah.  The whole sentence?

24           Q.    No.  So if you start on the

25   bottom of Page 11.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2              A.    Mh-hm.

 3              Q.    "For it to be impeachable,

 4        you would have to discern that he or

 5        she --"

 6              A.    Wait.  Let me find that.

 7              Q.    Bottom of the page, 111.

 8              A.    Yeah.

 9              Q.    "But for it to be

10        impeachable you would have to discern

11        that he or she made a decision based

12        solely --"  Sorry, I'll do that again.

13                    "But for it to be

14        impeachable, you would have to discern

15        that he or she made a decision solely

16        on the basis of -- as the House

17        managers put it -- corrupt motives.

18        And it cannot be a corrupt motive if

19        you have a mixed motive that partially

20        involves the national interest,

21        partially involves electoral, and does

22        not involve personal pecuniary

23        interest."

24              A.    Right.

25              Q.    So you're saying, for
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2        something not to be corrupt --
 3               MS. BOLGER:  I'm sorry, it's
 4        an awkward question.
 5               Q.   A corrupt motive has to
 6        involve a personal pecuniary interest?
 7               A.   No.  I didn't say that.  It
 8        has to involve one motive that is
 9        unlawful or illegal.  A good example of
10        that is anything involving a personal
11        pecuniary interest.  I have previously
12        given an example -- or maybe
13        subsequently, yeah -- I then gave -- I
14        made it clear.
15                    The House managers, as now
16        alleged in this decision quid pro quo,
17        as they call it.  Question is based on
18        a hypothesis it was good for --
19                    They never alleged it was
20        based on pure financial reasons.  It
21        would be a much harder case.
22               Q.   Right.  Pure financial
23        reasons are the same as pecuniary
24        reasons?
25               A.   Yes.  But I'm not
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2        suggesting that's the only -- This is

 3        purely corrupt, purely private

 4        interest.  I'm a giving a paradigm.

 5        That's a paradigm case, if it's purely

 6        financial --

 7                Q.   Well, it's the only case

 8        you give, right?  And you give three

 9        times.

10                A.   That's the only one that --

11        that was involved in this case.

12                Q.   That's the only case you

13        give.

14                A.   That's the only one that's

15        involved.

16                Q.   But you don't -- Your

17        answer doesn't contemplate a president

18        taking -- Sorry, paying a bribe?

19                A.   Well, of course it does.  I

20        mean, it's implicit.

21                Q.   How?  Where does it --

22                A.   I mean, it's absurd to say

23        if a president -- If a president would

24        be impeachable for bribery, that it

25        would not include giving a bribe.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        That's the most absurd --
 3             Q.    That's not what you said.
 4             A.    It's so self-evident, I
 5        don't have to go --
 6                    Remember, this is --
 7                    This is an answer to a
 8        question that is given spontaneously.
 9        It is not written out.  Obviously,
10        every single word of it can't be parsed
11        together.
12                    What I'm saying is that --
13        The thrust of the answer clearly is
14        that:  If it's not illegal, not
15        unlawful, and it doesn't have a corrupt
16        motive -- the corrupt motive I focused
17        was purely -- was -- was a personal --
18             Q.    It's the only motive you
19        mentioned.
20             A.    I didn't say personal; I
21        didn't say purely --
22                    And does not involve
23        personal pecuniary interest, That's
24        what we're talking about.
25                    Obviously, if a quid pro
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2     quo -- and I don't -- I can't think of
 3     anything offhand.  But if a quid pro
 4     quo involved something unlawful or
 5     corrupt that was not purely pecuniary,
 6     I'd have to consider every case on the
 7     merits.
 8              What I said:  There are
 9     easy cases, and there are hard cases.
10     I was giving the extremes.  The easy
11     case is a president wants to withhold
12     the funds unless a hotel.  That is an
13     easy case.  That is purely corrupt and
14     in the purely private interest.
15              Then I gave the hard case.
16     They never alleged it was based on pure
17     financial reasons.  That would be a
18     much harder case.
19              I'm not saying these are
20     the exclusive.  If I were writing an
21     article, I'd obviously have a footnote
22     going into every one of the possible
23     elements of a quid pro quo that would
24     be make it criminal.
25              The point is that no honest
```

Alan Dershowitz
September 13, 2022

```
1                      A. DERSHOWITZ
2          person can read this answer and say
3          that I said a president can commit any
4          crime, not be impeached.  Nobody can
5          read it that way.
6               Q.    Can I ask you a question
7          that I've never understood?  This is my
8          last question about your answer.
9               A.    Okay.
10              Q.    My big question was Lincoln
11         because I've never understood why there
12         was a quid pro quo, and I'm so glad
13         you've agreed with me that it wasn't.
14              A.    Okay.
15              Q.    But on Page 107, you say,
16         "The only thing that would make a quid
17         pro quo unlawful is if the quo were in
18         some way illegal."
19                    Isn't that a tautology?
20              A.    No, it's not.
21              Q.    Why not?
22              A.    You could have a quid pro
23         quo, which is perfectly legal.  If you
24         want it to be an unlawful, there has to
25         be something illegal about it.  It's
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        not a tautology.
 3             Q.    Unlawful and illegal are
 4        the same thing.
 5             A.    It doesn't matter.  What it
 6        is, is a statement that a quid pro quo,
 7        by itself, and it's obviously in
 8        context of what I said previously about
 9        the Palestinians and Israelis.
10                    A quid pro -- The question
11        is:  As a matter of law, does it matter
12        if there was a quid pro quo?
13                    The answer is:  Only if
14        there's something illegal or unlawful
15        about it.
16                    I could have left out
17        either of those things that:  The only
18        thing that would make a quid pro quo --
19        I could say, the only thing that would
20        make a quid pro quo impeachable is that
21        if it was in some way illegal or
22        unlawful it's some way impeachable.  I
23        use the word twice for emphasis, but
24        it's not a tautology.
25             Q.    I actually think you meant
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2        that to say:  The only thing that would

3        make a quid pro quo impeachable is if

4        it were illegal.  I think you misspoke.

5              A.    No, I didn't misspeak.

6        I -- I used the word unlawful twice.  I

7        used the word illegal once.  And CNN

8        deliberately and willfully took it out.

9        Let's remember one thing --

10             Q.    What's the difference

11       between unlawful and illegal -- when

12       you use those words?

13             A.    Well, there are

14       differences.  Something could be

15       unconstitutional but not illegal.  For

16       example, emoluments -- taking

17       emoluments is unconstitutional, but

18       there's nothing illegal about it.  That

19       is, there's no statute prohibiting it.

20                   So, there can be things --

21       The removal of the Secretary by

22       President Johnson was unlawful because

23       he did it without the consent of the

24       Senate when the Senate passed a statute

25       saying that --
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          Q.    President Trump's

 3    withholding of funds to Ukraine was

 4    unlawful; wasn't it?

 5          A.    So they should have charged

 6    him with that.  So they should have

 7    charged him with that.

 8          Q.    But it was unlawful,

 9    Mr. Dershowitz.

10          A.    It doesn't matter.  I

11    didn't -- I didn't get into that.

12                If it was, then it's the

13    House's fault.  They should have

14    charged him.  They should have said it

15    was unlawful --

16          Q.    It's not me saying that.

17    The government said that.

18          A.    Who saying that?  What did

19    the government say?

20          Q.    The National Budget Office

21    said it.

22          A.    But they didn't say it in

23    the Articles of Impeachment.

24          Q.    Okay.

25          A.    My job was to do the -- let
```

Alan Dershowitz
September 13, 2022

                    A. DERSHOWITZ

1

2       me --

3              Q.   Your job was to advocate a

4       position on the floor of the Senate,

5       right?

6              A.   No.  Let me tell you what

7       CNN's job was.  If CNN --

8              Q.   No, I'm not asking bout

9       CNN's job.  I'm asking your job.  Your

10      job was to advocate a position on the

11      floor of the Senate, right?

12             A.   No, my job was to make sure

13      that the Senate did not act

14      unconstitutionally.  That was my job.

15      The beneficiary of that, this time, was

16      President Trump.

17                  As I said, though, in the

18      statement that I said on the floor of

19      the Senate over and over again, I'm not

20      here on behalf of one president.  I'm

21      here on behalf --

22                  And I quoted Curtis.

23      Curtis said:  "This goes beyond any one

24      president."

25                  Remember that Johnson was

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2         hated, probably even more than Trump,
 3         and was much more -- in some ways, much
 4         more dangerous.  But Curtis, who was
 5         liberal and who quit the Supreme Court
 6         over Dred Scott, defended him and said,
 7         "I'm not here on his behalf.  I'm here
 8         to prevent a terrible act of
 9         unconstitutionality."  That was my
10         view.
11              Q.   Now as soon as you
12         finished, even before you were
13         finished -- while you were still on the
14         floor of the Senate -- everybody in
15         America went crazy, suggesting that
16         what you were saying was that the
17         president could do anything he wanted.
18              A.   Everybody?
19                 MR. SCHWEIKERT:  Object.
20              A.   Are you testifying that
21         everybody went crazy?
22              Q.   I'm going to ask a
23         question.
24              A.   Okay.  But you can't
25         preface a question by --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            Q.   No, no, no.  You can't tell

 3       me what to do, actually.  That's not

 4       how this works.

 5            A.    Maybe.

 6            Q.    No, you can't.

 7            A.    Well, I'm not sure.

 8            Q.    You can't.

 9                 (Simultaneous speaking.)

10            A.    You can't say to me

11       everybody.

12            Q.    You know, it's funny

13       actually.  You have a thing,

14       Mr. Dershowitz.  Whenever you're

15       deposed, you tell the other lawyer how

16       bad they are at deposing you.  It's

17       cute.

18            A.    You're pretty good.  You're

19       actually pretty good.

20            Q.    It's cute. It's cute.  It's

21       cute, Mr. Dershowitz.

22            A.    Boies was not.  But you're

23       really good.

24            Q.    Yeah, thanks a lot.

25            A.    Yeah, you are.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2          Q.   Yeah, that's what I was
 3      looking for.
 4               Right away, there was
 5      widespread criticism on of your
 6      comments on the Senate, right?
 7               MR. SCHWEIKERT:  Objection to
 8      form.
 9          A.   No.
10          Q.   Okay.
11          A.   No --
12          Q.   I'm going to --
13          A.   The New York Times and The
14      Wall Street Journal both got it right.
15               MS. BOLGER:  I'm going to ask
16      the court reporter to mark as
17      Exhibit 42 a collection of Tweets that
18      are in the hours before any CNN
19      commentary.
20               THE WITNESS:  What time was
21      CNN commentary?
22               MS. BOLGER:  I was just about
23      to tell you that.  You spoke on the
24      floor of the Senate at 2:10 p.m.
25               The first allegedly defamatory
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        statement made by CNN was at 6:33.  The

 3        first time there was a break in the

 4        proceedings was at about 6:00.

 5               THE WITNESS:  I'm not asking

 6        that question.  I'm asking when is the

 7        first time that CNN described what I

 8        said?

 9               MS. BOLGER:  The first

10        allegedly defamatory statement was

11        6:33.

12               THE WITNESS:  I'm not asking

13        that.  I'm asking what time CNN --

14               MS. BOLGER:  They aired your

15        comments.  They aired the impeachment

16        trial live.

17               THE WITNESS:  No.  But then my

18        recollection is on Wolf Blitzer they

19        then showed my whole comment in

20        context.

21               MS. BOLGER:  They did not.

22               THE WITNESS:  Well, I think

23        they did.

24               MS. BOLGER:  They did not

25        actually.  You're basing that on a
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          YouTube clip.  But there's been

 3          testimony -- and you may not have been

 4          here at the time -- that that YouTube

 5          clip didn't -- was put up days later.

 6          It was in the Brett Harmon testimony.

 7                    THE WITNESS:  So you're saying

 8          that I'm right, that our side is

 9          stronger, that they never gave the full

10          context --

11                    MS. BOLGER:  No.

12                    THE WITNESS:  Ever.

13                    MS. BOLGER:  They aired the

14          entire impeachment proceeding.

15                    THE WITNESS:  I know that.

16          Very few people saw that.

17                    MS. BOLGER:  We're going to

18          mark this as Exhibit 47  -- 42.

19          (Whereupon,  Tweets  re    Dershowitz    Second

20   Impeachment Appearance  was  marked  as  Exhibit  42

21   for identification, as of September 13th, 2022.)

22                    Q.   So, the first page of the

23          exhibit is a Tweet by a red-checked

24          commentator named Josh Rogan.

25                    A.   I don't see that.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            Q.    The very first --

 3            A.    I see Jackie McCay.

 4            Q.    Above that?

 5            A.    On the other side, okay.

 6                  (Simultaneous speaking.)

 7            Q.    "Dershowitz just argued

 8       that if Trump believed doing something

 9       corrupt was in the public interest

10       because it would get him reelected,

11       that makes it not corrupt."

12                  Do you see that?

13            A.    (Reading to self.)

14            Q.    2:14 p.m.  You go to the

15       next page.

16            A.    Okay.  Wait a minute.

17       That's different than saying something

18       illegal.  Not -- Corruption is not

19       illegal.

20            Q.    Next page.

21            A.    Yeah.

22            Q.    Robert Draper:  "By

23       Dershowitz's logic --"

24            A.    Wait a minute.  Let me get

25       to the next page.  Where is that?  The
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        back of the front page?

 3               Q.    No.  The second -- The --

 4               A.    There's this page, and then

 5        there's this page.

 6               Q.    Not the back.  The next

 7        page?

 8               A.    Oh the next page, yeah.

 9               Q.    Robert Draper, red check:

10        "By Dershowitz's logic, Nixon could not

11        be impeached for instigating a coverup

12        of the Watergate burglary since, in

13        Nixon's view, the public stood to

14        benefit from his reelection by any

15        means necessary."

16               A.    And as The New York Times

17        --

18               Q.    -- 2:18 p.m., right?

19               A.    -- and as The New York

20        Times pointed out, I explicitly

21        mentioned Nixon said he could be

22        impeached and should have been

23        impeached.  So people misunderstand.

24               Q.    Right.  Next page.

25                    Next page:  "Trump
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2         attorney" this is ABC News, blue check.

3              A.    What is it?

4              Q.    "Trump attorney Alan

5         Dershowitz --"

6              A.    Wait a minute.  Let me get

7         it -- Oh, the next full page.  Okay,

8         "Trump," yeah.

9              Q.    "Trump attorney Alan

10        Dershowitz:  If a president does

11        something which he believes will help

12        him get elected in the public interest,

13        that cannot be the kind of quid pro quo

14        that results in impeachments."

15             A.    Mh-hm.

16             Q.    And that one is at what

17        time, 2:19 p.m.?

18             A.    Right.

19             Q.    Okay.  Now I move on to a

20        couple pages.

21             A.    Two wrongs don't make a

22        right.

23             Q.    Now we get to the fourth or

24        fifth page of the exhibit.

25             A.    Fifth page.
```

```
  1                    A. DERSHOWITZ

  2           Q.    Fifth page of the Exhibit,

  3       there's a Tweet by Mo Elleithee, also a

  4       red-check commentator.

  5           A.    Wait a minute.  I don't

  6       have that.

  7           Q.    Blue-check commentator?

  8           A.    So, the next page.

  9           Q.    Keep --

 10           A.    I have a blank page.

 11           Q.    -- flipping.

 12           A.    Okay this one starts Mo.

 13           Q.    Mo Elleithee.

 14           A.    I got it, yeah.

 15           Q.    Blue check.  "Using

 16       Dershowitz's logic, couldn't Nixon have

 17       justified that both the break-in and

 18       the cover-up of Watergate, which were

 19       both purely for his political interest,

 20       as in the national interest and,

 21       therefore, not impeachable?"

 22                  It's at 2:23 p.m.

 23           A.    Yeah.

 24           Q.    And then if you look -- If

 25       you flip two pages, you're at -- You'll
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          get WFLA News, which one assumes is in

 3          Florida.

 4                  A.    Yup.

 5                  Q.    It says, "Question:  Does

 6          it matter if --"

 7                  A.    Wait.  Yeah.

 8                  Q.    "Question:  Does it matter

 9          if there's a quid pro quo?  Dershowitz:

10          If a president does something he

11          believes will help him get elected in

12          the public interest, that cannot be the

13          kind of quid pro quo that results in

14          impeachment."

15                  A.    And you --

16                  Q.    That's 2:23 p.m.

17                  A.    Wait.  Wait.  You're really

18          quoting that without the three dots?

19          Here you have --

20                  Q.    I'm sorry, I don't put

21          three dots.

22                  A.    -- a television station

23          that clearly cheats, according to

24          United States Supreme Court decision.

25                  Q.    I'm so sorry,
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2         Mr. Dershowitz, what three dots?

3              A.    -- three dots.

4              Q.    What three dots?

5              A.    Does it matter if there was

6         a quid pro quo?  That's the question.

7                    Then I gave a long answer.

8         You can't assume -- You know, it's

9         like --

10             Q.    I'm sorry?

11             A.    It's like, remember the

12        case in Florida, where they asked

13        the -- the guy --

14                   Who was it who was talking

15        on the phone?  And the guy said

16        something -- Oh, he was just calling

17        for help.  And then they -- And then

18        the commentator says, "What race was

19        he?"  And he says, "He was Black."

20                   And the -- I think this may

21        have been the same station -- left out

22        and didn't use three dots, saying "what

23        race was he?"  So they had him saying,

24        He was dangerous; he was black.

25                   And everybody condemned
```

Alan Dershowitz
September 13, 2022

```
1                         A. DERSHOWITZ
2            that in the worst terms, leaving out
3            the three dots.
4                         And same thing here.
5            Doesn't it matter if there was quid pro
6            quo?  That wasn't the next -- the first
7            statement.  There was a lot in between
8            that.
9                  Q.    Okay.
10                 A.    So you can't -- I mean,
11           that -- that just is -- just not
12           journalism.
13                 Q.    Okay.
14                       Skip two pages.  You'll see
15           next, you have Gary Kasparov.
16                 A.    He's a chess player.
17                 Q.    He says, "Wow.  Dershowitz
18           is actually making the King Louie the
19           14th argument right now.  Trump is good
20           for the country, so anything he does to
21           stay in power is the national interest,
22           even if it's corrupt or illegal?
23           That's the language of every king and
24           dictator:  I am the end, and the means
25           justify me."
```

Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ

2                Do you see that 2:29 p.m.

3           A.    Yeah.  That's just wrong.

4      Just because other people were wrong,

5      doesn't mean, you know -- I don't know

6      whether any of them saw the whole thing

7      or just watched another television

8      show.  We don't know.

9           Q.    Next page.  Well, we do

10     because it's at 2:36 p.m.

11          A.    It doesn't matter.

12          Q.    Next page,

13     "President Trump's counsel Alan

14     Dershowitz:  'If a president does

15     something which he believes will help

16     him get elected in the public interest,

17     that cannot be the kind of quid pro quo

18     that results in impeachment.'"

19          A.    That's not what I said.

20          Q.    Okay.

21                The next page, Bradley Moss

22     2:37 p.m., "Am I wrong to interpret

23     Dershowitz's argument to be that if a

24     president were to walk down the street

25     and start executing people at random,

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        it's still not impeachable if he claims

 3        he had a public interest motive?"

 4              A.    You see how absurd some of

 5        these things are?  We're talking about

 6        trolls.

 7              Q.    No, these are blue-check

 8        Twitter commentators.  Next page.

 9              A.    No, these are people who

10        say that I said that if a president

11        walked down the street executing

12        people -- I mean, you know, you are a

13        good lawyer.  But when you quote

14        something like this, it asks -- It has

15        me question something.

16              Q.    Next page, Mr. Dershowitz.

17              A.    Yeah, this doesn't help

18        you.

19              Q.    Tweet from Phil Gourevitch,

20        blue check.

21                    "Mr. Dershowitz is arguing

22        Nixon did no wrong?"

23                    See that?

24              A.    I see that.  And I argued

25        he should have been impeached.
```

Alan Dershowitz
September 13, 2022

```
 1                       A. DERSHOWITZ

 2              Q.    -- that's at 2:30 p.m.

 3              A.    I argued that he should be

 4       impeached.

 5              Q.    Okay.  Next page.

 6              A.    Mh-hm.

 7              Q.    John Dickerson, 2:40 p.m.

 8                    "If we go all the way down

 9       this road, isn't the maximum, then,

10       because a president thinks his

11       reelection is in the national interest,

12       he can take no action related to his

13       campaign that is not in the national

14       interest?

15              A.    What page is that?  What

16       page is that?

17                    (Simultaneous speaking.)

18              Q.    "President Donald Trump's

19       attorney Alan Dershowitz:  If a

20       president does something which he

21       believes will help get him elected in

22       the public interest that cannot be the

23       kind of quid pro quo that results in

24       impeachment."

25                    It's the next page.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          A.    What page is that?

3          Q.    The next page.

4          A.    What is the top thing?

5          Q.    John Dickerson.

6          A.    Yeah.

7          Q.    And let's see.  Well --

8          A.    I gotcha.

9          Q.    Right.

10               The point is, Tweet after

11    Tweet after Tweet, long before CNN,

12    saying --

13         A.    Well, you say, "Tweet after

14    Tweet after Tweet."  You'd have to look

15    to see how many Tweets there were all

16    together.  How many of them took the

17    opposite point of view?

18               The Wall Street Journal and

19    the New York Times took the opposite

20    point of view.  They both said that

21    Dershowitz said that Nixon could be

22    impeached.  And that if there was a

23    crime, he could be impeached.

24               So you know, if you're

25    asking me to compare New York Times,
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ
 2          Wall Street Journal reporting with some
 3          person on Tweet, yeah.
 4               Q.   Great.
 5               MS. BOLGER:  So we're going to
 6          mark as Exhibit 33 a series -- What's
 7          that?  43 -- a series of articles that
 8          were published before the CNN reporting
 9          at issue in this lawsuit.
10               THE WITNESS:  Where are these.
11               MS. BOLGER:  About to hand
12          them to you.
13               MR. SCHWEIKERT:  With the
14          tabs?
15               MS. BOLGER:  Yeah, the tabs --
16          It's just a voluminous thing.  I
17          thought it would be helpful.
18               MR. SCHWEIKERT:  No, sure.
19          (Whereupon,  Articles  published  before    CNN
20   commentary  was  marked  as    Exhibit   43   for
21   identification, as of September 13th, 2022.)
22               Q.   Okay.  The first article in
23          this Exhibit 43 was actually part of
24          our Motion to Dismiss, which is why you
25          see the --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2            A.    Which was denied.
 3            Q.    It was and the Court
      refused to take judicial notice of this
 4
 5    article.
 6            A.    Which?  Which?
 7            Q.    The -- This is an article,
 8    which is from MSNBC.
 9            A.    Which article is this?
10            Q.    It's called, "Dershowitz
11    Shocks with Argument about
12    Trump/Political interest."
13            A.    Wait.
14            Q.    The very first one.  It has
15    the Exhibit 2 coversheet.
16            A.    So I'm seeing Exhibit 2.
17            Q.    Right.  Turn the next --
18    There you go.
19            A.    Okay.
20            Q.    Right.
21            A.    "Dershowitz Shocks with
22    Argument about Trump/Political
23    interest."
24            Q.    Right.
25            A.    What is this?  What time?
```

```
 1                    A. DERSHOWITZ

 2          Q.    January 5th at 4:22 p.m.,

 3     by Steve Bennen.  "I naively thought

 4     Alan Dershowitz had gone about as far

 5     as he could go in Donald Trump's

 6     impeachment trial when he argued that

 7     Donald Trump can't be convicted even if

 8     he's guilty because presidential abuses

 9     of power are permissible --"

10          A.    How can you read that.  You

11     realize how absurd it is.

12          Q.    "Little did I know, the

13     argument he'd present on the Senate

14     floor today.  Alan Dershowitz argued

15     that a quid pro quo involving a

16     president's political benefit was fine,

17     because all presidents believe their

18     elections are in the public interest."

19     And it goes on from there.

20                You'll see on second page,

21     he refers to it -- he says, "The

22     problem, beyond the apparent fact that

23     this is crazy-pants bonkers, is how

24     such a position could be applied the

25     world -- real world."
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                Do you see that?

 3          A.   Wait, I'm sorry.  I'm

 4     missing the rest of that.  I got the

 5     beginning --

 6          Q.   Second page of the article.

 7          A.   Second page.

 8          Q.   In the fourth -- After the

 9     block quote, there's a very short

10     paragraph that says, "The problem,

11     beyond the apparent fact that this is

12     crazy-pant bonkers, is how such a

13     position could be applied in the real

14     world."

15          A.   I just want to make sure

16     I'm reading it right.

17                Well, this is accurate.

18     "President Trump has the authority to

19     use foreign policy to advance his

20     reelection prospects"; that's true.

21          Q.   Right.  They think it's --

22          A.   That's true.

23          Q.   But they think "it's crazy

24     pants bonkers."

25          A.   They're wrong.  That's just
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        what happens every day.  Why do you

 3        think the governments of both parties

 4        give so much money to Israel?  A.

 5        Because they think Israel is a

 6        democracy, but B.  Because obviously it

 7        helps the political prospects of either

 8        party.  That's true.  I don't dispute

 9        that.

10             Q.   Let's look at the next

11        article in my stack which happens to be

12        a New York Times article which you were

13        just referencing.

14             A.   Yeah.

15             Q.   If you look at the

16        sticky --

17             A.   Which -- Where is this

18        article now?

19             Q.   It's in the stack I just --

20        that's part of 43?

21             A.   I got -- this is Kate --

22        Katie Edmonson?

23             Q.   Kate Edmonson, yeah at

24        2:59 p.m --

25             A.   Wait a second.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2           Q.    "Anything a president

 3      does --"

 4           A.    I don't see stop, stop,

 5      stop.  I don't 2:59 p.m.  Can you show

 6      that to me?

 7           Q.    Sure, it's on the 13th page

 8      of this article.

 9           A.    Okay, I'm on 15.  Okay.

10      Let me go to 13.

11           Q.    Okay.

12           A.    I got four, five; then I

13      have 55; then I have 115.  What am I

14      looking at?

15           Q.    So go to 13 of 15?

16           A.    Thirteen of 15.

17           Q.    It should have a tab.  I

18      meant them to be helpful.

19           A.    John Bashing Bolter?

20                 No.

21           Q.    No.

22           A.    Oh, it's this --

23           Q.    "Anything a president does

24      to stay in powers is in the national

25      interest Dershowitz argues," and that's
```

Alan Dershowitz
September 13, 2022

```
 1                        A. DERSHOWITZ
 2            from Kate Edmonson at 2:59 p.m. on
 3            January 29th.  And you'll see if you --
 4            She quotes your statements, and then
 5            you'll see in the penultimate
 6            paragraph, on the page, she says, "The
 7            response went further, suggesting that
 8            nothing --"
 9                 A.   I'm not up to that yet.
10                      It's just again further --
11                 Q.   "But the response went far
12            further, suggesting that nothing a
13            president did could ever be considered
14            a corrupt abuse of power as long as he
15            or she considered it in a national
16            interest."
17                 A.   I never --
18                 Q.   "Representative Adam B.
19            Schiff of California the lead House
20            impeachment manager characterized
21            Mr. Dershowitz's arguments as very
22            odd."
23                      Do you see that?
24                 A.   Yes.  And then The Times
25            withdrew this and published a piece
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2        saying that what I said was correct.
 3             Q.    Times did not withdraw this
 4        article, Mr. Dershowitz?
 5             A.    Well, but in effect they
 6        did.  They wrote another article in
 7        which they said it was wrong.
 8             Q.    Did you sue them about
 9        this?
10             A.    Course not.
11             Q.    Did you sue MSNBC about
12        this article?
13             A.    If I sued everybody --
14        Where was MSNBC?  I don't think you
15        showed me?
16             Q.    That was first one that we
17        read -- that called you "crazy-pants
18        bonkers."
19             A.    My whole life would be
20        based on suing.  Just because other
21        people made mistakes about it, doesn't
22        justify your mistake.  You have a very
23        large audience, and your very large
24        audience --
25             Q.    I'm a lawyer.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2           A.    -- was influenced by it.

 3           Q.    I'm a lawyer.  I don't have

 4      an influence at all.

 5           A.    Okay.

 6           Q.    The next document is an

 7      article --

 8           A.    Are you the --

 9           Q.    -- in The Wall Street

10      Journal?

11           A.    Are you lawyer for CNN?

12           Q.    -- is an article in The

13      Wall Street Journal called "Dershowitz

14      Argues that a quid pro quo can't be

15      corrupt --"

16           A.    Wall Street Journal.

17           Q.    -- "if political motivation

18      is in the public interest."

19           A.    I don't have this.  I don't

20      have it.

21           Q.    Yes, you do.  It's the next

22      document.

23           A.    Wall Street Journal.

24           Q.    Next document.

25           A.    Is it with a tab?
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2              Q.    I don't think it has a tab.
3              A.    So, I'm -- "Dershowitz
4         argues a quid pro quo can't be corrupt
5         if political motivation is --"
6              Q.    -- "in the public
7         interest."  That's at 2:49 p.m. on
8         January 29th.  And you'll see that the
9         first graph reads:
10                   "Trump lawyer Alan
11        Dershowitz took a new line of argument
12        in the President's defense:  That
13        because President Trump believes his
14        reelection is in the public interest,
15        even if he had political motivations in
16        pressing Ukraine to open an
17        investigation into the Bidens, it
18        wouldn't be an impeachable offense."
19                   Do you see that?
20             A.    Yeah, that wasn't even
21        alleged in the articles of impeachment.
22        This has nothing to do with anything I
23        said about opening up argument.  I'm
24        just not aware of it.
25             Q.    Okay.
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2                   The next article in the

3       stack is from Vox.

4              A.    Mh-hm.

5              Q.    "Alan Dershowitz's latest

6       defense of Trump would let presidents

7       get away with almost anything."

8                   That's from January 29th at

9       4:30 p.m.

10             A.    Yup.

11             Q.    It says, "One of the

12      defenses presented by one of Trump's

13      lawyers during Wednesday's portion of

14      the Senate impeachment trial stood out

15      from the others bigtime.  That's

16      because it would give presidents almost

17      unlimited power to convert foreign

18      policy into dirty tricks, aimed at

19      boosting their political prospects by

20      defining anything they do to stay in

21      office as part of the national

22      interest."

23                  Do you see that?

24             A.    This is fairly accurate.

25      They can do a lot.  They just can't do
```

Alan Dershowitz
September 13, 2022

```
1                A. DERSHOWITZ

2        anything that's illegal.  That's what

3        CNN said I said they could do.  They

4        could.  I mean, presidents do

5        frequently pervert "foreign policy into

6        dirty tricks aimed at boosting their

7        prospects," by giving money to

8        countries that have popular followers

9        in the United States.  But I didn't say

10       that could do it if it's illegal.

11              Q.   Okay.

12              A.   And that's what CNN said.

13              Q.   Next article --

14              A.   Mh-hm.

15              Q.   -- is The Washington Post.

16       This one has tabs.  There's two tabs.

17              A.   This one's a tab?

18              Q.   There are two tabs, yup.

19              A.   Mh-hm.  Okay.  I got it.

20              Q.   One is at 4:00 p.m.

21              A.   Wait, wait.  I'm not -- is

22       this Colby Iskowitz or Elise Vebeck?

23                   No, it's the other side.

24       Okay.  I got it.

25              Q.   So it's the -- It's the
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2      4:00 p.m. blog post:  "Republican

 3      Senators --"

 4                  (Simultaneous speaking.)

 5          A.    It's a blog post.

 6          Q.    -- "Scramble to rationalize

 7      Dershowitz's Claims."

 8          A.    Yeah.

 9          Q.    You with me?

10          A.    Yeah, what time is this?

11          Q.    4:00.

12          A.    Yeah.

13          Q.    "Republican Senators

14      Scramble to Rationalize Dershowitz's

15      Claim."

16                  "Republican senators

17      scrambled Wednesday afternoon to

18      rationalize Alan Dershowitz's argument

19      that a president can do anything to

20      secure his reelection, if he believes

21      his being president serves the public

22      interest."

23          A.    Mh-hm.

24          Q.    And it goes on, quotes

25      Senator Braun and Scott.  And then it
```

Alan Dershowitz
September 13, 2022

```
1                  A. DERSHOWITZ

2        says:

3                       "Dershowitz made the

4        sweeping proposal Wednesday that if a

5        president does something which he

6        believes will help him get elected in

7        the public interest, that cannot be the

8        kind of quid pro quo that results in

9        impeachment.

10                      "Democratic senators

11       describe the argument as 'one of the

12       most bizarre things I have ever heard,'

13       in the words of Senator Mazie Hirono,

14       and 'a venture into the land of legal

15       absurdity,' said Senator Richard

16       Blumenthal, D-Conn., in a Tweet."

17                      Do you see that?

18            A.    Yeah.  But nobody says

19       anything about a crime.

20            Q.    And then the next article,

21       which was published in Fox News?

22            A.    What was that?

23            Q.    The next article in the

24       pack published in Fox News says,

25       "Dershowitz --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2           A.    Who wrote the article?  Is
 3      there another tab?
 4           Q.    Yup.  No, no.  Just another
 5      article.  Keep going.
 6           A.    This is by Elise Veback?
 7           Q.    Oh, there is another tab.
 8      I just wasn't going to talk about that
 9      one.
10           A.    Okay.  So it's -- This
11      is --
12           Q.    So I'm asking -- You can
13      move past The Washington Post and move
14      to next article, which is a Fox News
15      article.
16           A.    Yup.
17           Q.    "Dershowitz Mounts
18      Unconventional --"
19           A.    Wait.  Wait.  Wait.  I
20      don't have it.  I have a tab.
21           Q.    Keep going past the
22      Washington Post reporting?
23           A.    I can't follow, I'm sorry.
24           Q.    So --
25           A.    I have.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2           Q.    Turn the next page.
 3           A.    "Senator Portman asks about
 4      potentially prolonged.  Roberts clamps
 5      down on house manager's time."
 6           Q.    Keep flipping through the
 7      pages.
 8           A.    Right.
 9                 Yeah?
10           Q.    Keep flipping.
11           A.    Keep flipping.
12           Q.    Okay.  Find an article,
13      "Dershowitz Mounts Unconventional
14      Defense of Trump --"
15           A.    Right.
16           Q.    "As Senate impeachment
17      Trial Enters New Phase."  That's by
18      Marissa Schultz of Fox News.
19           A.    Yeah.  I got it.
20           Q.    January 29th 6:01.
21      "President Trump's defense lawyer Alan
22      Dershowitz argued Wednesday the
23      president can't be impeached for
24      exerting his executive powers to win an
25      election if he believes his victory is
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         in the national public interest."

 3              A.    That's true.  That's an

 4         accurate statement.

 5              Q.    Right.  If you read down --

 6              A.    That's an accurate --

 7         That's an accurate statement.

 8                    (Simultaneous speaking.)

 9              Q.    Read down a few --

10              A.    As long as it's not

11         illegal.

12              Q.    -- paragraphs.

13              A.    Mh-hm.

14              Q.    It refers to "Dershowitz's

15         unconventional defense came in the

16         question phase of the trial when

17         senators get to submit written

18         questions to both sides."

19                    Do you see that?

20              A.    Yeah.

21              Q.    Okay.

22                    And then the last article

23         in the stack is in The Washington

24         Examiner?

25              A.    That's --
```

Alan Dershowitz
September 13, 2022

```
1                     A. DERSHOWITZ

2          Q.    Called, "Alan Dershowitz

3     Presents the Worst Possible Defense of

4     Trump," by Tina Lowe, and it's

5     timestamped 4:04 p.m. on January 29.

6     And the first paragraph reads --

7          A.    I'm not getting it.

8          Q.    Okay.  Sorry.

9          A.    "Dershowitz --" Yeah, I got

10    it.  Okay.

11         Q.    And first paragraph reads,

12    "Of the myriad possible defenses of

13    President Trump, Alan Dershowitz

14    manages to make one of the worst

15    available."

16                Then you skip the

17    paragraph, "But Dershowitz decided to

18    embark on a bonkers aside, neither

19    defending Trump on the grounds of his

20    intent, nor even denying the existence

21    of the quid pro quo."

22         A.    That's true.

23         Q.    "Every public official that

24    I know believes that his election is in

25    the public interest.  And 'mostly,
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         you're right.  Your election is in the
 3         public interest,' Dershowitz said at
 4         the Senate impeachment trial.  'And if
 5         a president did something that he
 6         believes will help him get elected in
 7         the public interest, that cannot be the
 8         kind of quid pro quo that results in
 9         impeachment.'"
10              Do you see that?
11         A.    Yeah.  I'm looking one
12         second.  But it never mentioned
13         criminal.  I mean, none of these things
14         do what CNN did, which is to say that I
15         said a president can do something
16         criminal.
17         Q.    You skipped the paragraph
18         that said, "If Dershowitz intends this
19         is anything other than astoundingly
20         dumb hypothetical.  This means he's
21         conceding that Trump used his
22         presidential power to initiate a quid
23         pro quo."
24         A.    How do you speak to that
25         honestly?
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2          Q.    Do you see that?

 3          A.    Yeah.  I didn't make an

 4     argument about what Trump did.  I just

 5     made an argument about what the

 6     Constitutional criteria.

 7          Q.    You also got a significant

 8     number of emails before CNN aired

 9     anything.

10          A.    Well, we're going to find

11     out when CNN aired everything.  I'm

12     not -- We're not taking as a given

13     that -- My recollection is that they

14     may have had -- They may have had

15     something before that.  But I'm not

16     sure.

17          Q.    I'm representing to you

18     that the alleged -- first allegedly

19     defamatory statement.

20          A.    I'm not talking about --

21                (Simultaneous speaking.)

22          Q.    -- published in this

23     litigation was at 6:33 p.m.

24          A.    We have -- We have boats

25     passing in the night.  I'm not saying
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2      that the defamatory statements -- I'm

3      saying, I want to check to see when the

4      first time it was that CNN presented

5      the doctored clip.

6          Q.    There -- I, of course,

7      object to the term "doctored clip," but

8      I can tell you, and I can represent to

9      you that it was at 6:33 p.m.

10         A.    I doubt that.  But we'll

11     check it out.

12         Q.    I will specifically tell

13     you that when Jeff Toobin and Wolf

14     Blitzer spoke about your comments on

15     the floor of the Senate, there was no

16     clip.  They read from the transcript.

17         MS. BOLGER:  I'm going to ask

18     the court reporter to mark as

19     Exhibit 44 --

20         THE WITNESS:  And what did

21     they read from the transcript?

22         MS. BOLGER:  I don't remember

23     actually.

24         THE WITNESS:  Well, okay.  So

25     we have to check all this out,
```

Alan Dershowitz
September 13, 2022

```
1                     A. DERSHOWITZ
2          obviously.
3                     MS. BOLGER:  There was no clip
4          though.
5                     THE WITNESS:  Okay.
6                     MS. BOLGER:  This is
7          Exhibit 44.
8                     THE WITNESS:  This will be
9          determined at trial by evidence.
10                    MS. BOLGER:  We're not getting
11         to trial, Mr. Dershowitz.
12                    THE WITNESS:  What did you
13         say?
14                    MS. BOLGER:  I said, We're not
15         going to trial, Mr. Dershowitz.
16                    I was kidding.  I'm being
17         chummy.
18                    THE WITNESS:  You think you're
19         going to win a summary judgment here?
20                    MR. SCHWEIKERT:  Let's just
21         stick to the facts, please.
22                    MS. BOLGER:  Yes,
23         Mr. Dershowitz.
24                    THE WITNESS:  Okay.
25
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        (Whereupon,   Email   Exchanges       after
 3   Dershowitz's second  impeachment  appearance  before
 4   CNN  reporting  was  marked  as  Exhibit  44   for
 5   identification, as of September 13th, 2022.)
 6                MS. BOLGER:  Just for the
 7          record, Exhibit 44 is a collection of
 8          emails that were received or sent to or
 9          received by Mr. Dershowitz in the time
10          period after he left the floor of the
11          Senate and the CNN reporting began.
12                I will -- I don't really have
13          any questions.  We have a lot to do.
14          But I wanted to mark them for the
15          record.
16             Q.   You have no reason to
17          believe that these are not the
18          documents you received, correct?
19             A.    No reason to challenge
20          anything you've said.
21             Q.    All right.
22                We can set that aside.
23                MS. BOLGER:  I want to take a
24          break because I want to know how much
25          time I have left.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    THE VIDEOGRAPHER:  We're off

 3           the record.  The time is 4:27 p.m.

 4        (Whereupon, a short recess was taken.)

 5                    THE VIDEOGRAPHER:  We're back

 6           on the record.  The time is 4:37 p.m.

 7    BY MS. BOLGER:

 8                    Q.    Mr. Dershowitz, after the

 9           Q and A period, you were criticized by

10           other scholars for statements you made,

11           correct?

12                    A.    I've been criticized by

13           scholars since the day I started

14           teaching.

15                    Q.    Is that a "yes"?

16                    A.    Yes.

17                    Q.    Okay.

18                          So let's take a look at

19           some of them.

20                    MS. BOLGER:  I'm going to ask

21           the court reporter to mark as

22           Exhibit 45 a series of articles that

23           were published in the days after your

24           answer to Senator Cruz's question.

25                    THE WITNESS:  Right.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         Scholars?

 3                    MS. BOLGER:  Quoting scholars

 4         mostly.

 5                    THE WITNESS:  Okay.

 6         (Whereupon,  Legal   Expert    critiques    of

 7    Dershowitz  impeachment  argument  was   marked    as

 8    Exhibit    45    for    identification,    as    of

 9    September 13th, 2022.)

10                    Q.   So the first is an article

11         called, "Expert on Dershowitz's

12         Impeachment Defense:  Quid Pro Woah,"

13         by -- I guess it's "Quid Pro Woah," by

14         Mark Sherman; do you see that?

15                    A.   Yeah.  I don't know who he

16         is.  And what newspaper?

17                    Q.   I'm sorry?

18                    A.   I don't know who he is.

19                    Q.   This is in the Associated

20         Press?

21                    A.   Okay.

22                    Q.   Okay.

23                         I actually have a different

24         version of the article than you do.  It

25         comes of working too late at night, but
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          I want you to look at the -- on the

 3          second page --

 4                  A.    Yeah.

 5                  Q.    -- third page.  There's a

 6          paragraph with a guy named Robert

 7          Dallek.  Says.

 8                        "Robert Dallek, a

 9          presidential historian, who has written

10          books about five presidents, from

11          Franklin Delano Roosevelt to Ronald

12          Regan called Dershowitz's argument

13          'unique.'  Frankly --"

14                  A.    I'm not getting this.

15                  Q.    Sorry.  It's on the third

16          page, so just --

17                  A.    Oh, the third page, yeah.

18          I've never heard of Robert Dallek,

19          but --

20                  Q.    Okay.

21                        He says:

22                        "'Frankly, I've never seen

23          that before, that a president's power

24          extends to whatever his politics are,'

25          Dallek says.  'There is a pretty
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        well-defined idea of what a president
 3        can do and can't do.  And when he seems
 4        to overstep his bounds, he runs into
 5        great difficulty with Congress or the
 6        Judiciary.'"
 7                    Do you see that?
 8             A.    I do.  I agree with that.
 9        But great difficulty is different than
10        impeachment.
11             Q.    And the next page -- Not
12        the next page for you -- a little
13        further down on the page, actually just
14        the next graph, "Barbara Perry,
15        director of presidential studies at the
16        University of Virginia's Miller
17        Center --"
18             A.    I don't get -- What's
19        the -- Oh, Barbara -- Paragraph.
20             Q.    Next -- Next paragraph.
21                    "Barbara Perry, director of
22        presidential studies at the University
23        of Virginia's Miller Center, said
24        'Dershowitz had it backwards in
25        suggesting that the public interest is
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2         whatever serves the president's

 3         reelection campaign.'"

 4              A.   I didn't say that.

 5              Q.   "'What we hope is that at

 6         least they think in terms of the

 7         nation's interest and then align their

 8         personal interest with the public

 9         interest, the country's interest,'

10         Perry said."

11                   Do you see that?

12              A.   I agree with that.  That's

13         not what I said.

14              Q.   Okay.  Next paragraph:

15                   "What's more, she said,

16         Dershowitz's formulation can serve as a

17         dangerous precedent for future

18         presidents who might think they can do

19         anything they want in the political

20         arena, except for a violation of a

21         criminal statue.  'Then there's nothing

22         to be done about a president who can

23         make the case that I did it in my

24         self-interest,' she said."

25              A.   Well, that's exactly what I
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          said in original speech.  Yes, a

 3          president can do anything they want and

 4          not be impeached, unless they violate,

 5          not a criminal statute but criminal by

 6          behavior.  Amend the constitution, we

 7          should.

 8               Q.    Okay.

 9                     The next article --

10               A.    Yeah.

11               Q.    In the stack, is an NBC

12          News article, the subject -- the title

13          of which is, "Nonsense, Preposterous

14          Absurd --"

15               A.    Yeah.

16               Q.    "Critics lecture Dershowitz

17          about trial remarks."  It's by Alan

18          Smith and it's dated January 30th at

19          12:07 Eastern; do you see that?

20               A.    This is after CNN.

21               Q.    It is, sure.

22               A.    Okay.

23               Q.    And it quotes -- It quotes

24          Constitutional scholars on the third

25          page of the exhibit.  It says:
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2                 "Constitutional scholars
 3       slammed his idea, too.  Oren
 4       Chemerinsky, Dean of University of
 5       California Berkeley Law School, said
 6       that he thought Dershowitz's arguments
 7       was 'absurd and outrageous.  It means
 8       that president could break any law or
 9       abuse any power and say that it was for
10       the public interest, because the public
11       interest would be served by his or her
12       election.'"
13                 Do you see that?
14           A.    Obviously he listened to
15       CNN because he said the president could
16       break any law, and that's what --
17                 (Simultaneous speaking.)
18           Q.    Why is it obvious?
19           A.    Occurs after CNN.
20           Q.    Why is it --
21           A.    Because most of the people
22       who you quoted before CNN don't talk
23       about breaking the law, committing
24       crimes.  But now Chemerinsky suddenly
25       talks about how he can break the law.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2                    Now, Ed's a pretty good
 3        lawyer and very good dean.  And
 4        obviously, he didn't see my argument.
 5        He saw the CNN analysis of it.
 6             Q.    What is your basis for
 7        saying that Edward Chemerinsky --
 8                    (Simultaneous speaking.)
 9             A.    Because if he saw my
10        argument --
11             Q.    As you agree is a very good
12        lawyer and --
13             A.    He's a very good lawyer.
14             Q.    A very good dean would say
15        something like this without reading a
16        source material?
17             A.    Well, because if he read
18        it, he would see that I couldn't say he
19        could break the law, as The New York
20        Times and The Wall Street Journal
21        acknowledged.  I don't think the
22        president can break the law and not be
23        impeached.  And I've said that -- over,
24        and over, and over, and over again,
25        including for an hour and six minutes
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        on the 27th.  The president cannot be

 3        impeached.

 4              Q.    Other than your hunch that

 5        Mr. Chemerinsky watched CNN and didn't

 6        look -- watch the impeachment of the

 7        President of the United States, what is

 8        your basis for saying he based this on

 9        CNN's reporting?

10              A.    It's the only place that I

11        know of where the -- where they

12        introduced the concept of the

13        Dershowitz Doctrine and said that a

14        president can do anything, including

15        break the law and that I was -- that my

16        argument was akin to Hitler.  That's

17        the only place that I saw that.  There

18        may be others as well, but that doesn't

19        justify CNN.

20                    But clearly, this stuff

21        about breaking the law comes after CNN.

22              Q.    Okay.

23                    Then "Stanford Levitson, a

24        University of Texas law professor said

25        that Dershowitz's argument was, on its
```

Alan Dershowitz
September 13, 2022

```
 1                     A. DERSHOWITZ

 2        face, preposterous.  Levitson said in

 3        an interview that while candidates for

 4        office make a variety of deals that

 5        they would prefer not to on behalf of

 6        good causes of -- not to in behalf of

 7        the good cause of their election, we

 8        rely on certain moral compass that will

 9        stop at say, outright bribery and

10        suggesting assassination."

11             A.   So would I.  Bribery is one

12        of the grounds in the Constitution,

13        obviously.  So he was listening to CNN.

14        I mean, you're making my argument here.

15             Q.   I don't understand.  What's

16        your basis for saying he was listening

17        to CNN?

18             A.   Because he's too smart to

19        have made that conclusion about bribery

20        based on what I said.  I said

21        explicitly if the president engages in

22        bribery he can be impeached and should

23        be impeached.

24             Q.   Okay.  The next article --

25             A.   You just can't make stuff
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         up.

 3              Q.    The next article in the

 4         stack is "Alan Dershowitz's Performance

 5         in Trump's Defense Elicits Strong

 6         Reactions:  Patently Ridiculous,"

 7         January 30th, and you'll see on the --

 8         It's a very awkward exhibit, I'm sorry

 9         about that.

10              A.    No.

11              Q.    If you turn to the fifth

12         page, you'll see "Supreme Court

13         litigator and former acting U.S

14         Solicitor, Neil --"

15              A.    Wait, let me see.  I see

16         Constitutional scholar Frank Bowman,

17         who was a witness, an expert witness in

18         your case.

19              Q.    Before we get to Frank --

20              A.    He was a joke.

21              Q.    -- the page before that.

22              A.    Yeah.

23              Q.    "Supreme Court litigator

24         and former --"

25              A.    Wait.  Wait.  I can't --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2           Q.    It's on the fifth page of

 3      the exhibit.

 4           A.    On the fifth page of the

 5      Exhibit.  Okay, let me go to one, two,

 6      three, four, five, okay.

 7      Constitutional Scholar and University

 8      Missouri Law School professor --

 9           Q.    No.  Page before that.  I

10      don't know why --

11           A.    Upside down page.  Okay,

12      what are we saying?

13           Q.    "Supreme Court litigator."

14           A.    I don't see that.  Oh, at

15      the bottom, "litigator and Former

16      Acting Solicitor General --"

17           Q.    "Called the theory 'a

18      joke,' saying that 'no responsible

19      Constitutional scholar in two centuries

20      agrees with Dershowitz.'  It's just a

21      'ridiculous argument,' he added."

22           A.    Except for a Supreme Court

23      Justice, a dean of the Columbia Law

24      School and Professor Bowie, himself,

25      until he decided he couldn't live
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          without.

 3                 Q.    And then if you look at the

 4          seventh page of the exhibit, "Attorney

 5          and impeachment expert, Ross Barber

 6          called Dershowitz's --"

 7                 A.    Wait a minute.  I go to

 8          see -- I just see Ross Barber, this is

 9          patently ridiculous.  No, I don't see

10          what --

11                 Q.    Seven.  It's the middle the

12          page.

13                 A.    Seven.

14                 Q.    Page -- and they all have

15          numbers in the corn.  It's 7 of 34.

16                 A.    I see 7 of 22.  Maybe I

17          have the wrong thing.

18                 MR. SCHWEIKERT:  Yeah, ours is

19          only 22 pages long.

20                 MS. BOLGER:  What does it say

21          in the bottom of your corner?  5 of 22.

22                 THE WITNESS:  Get to that.

23                 MR. SCHWEIKERT:  Okay.

24                 MS. BOLGER:

25                 Q.    It says, "Attorney and
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2        impeachment expert Ross Garber called

3        Dershowitz's argument patently

4        ridiculous, saying a president can't

5        arrest opponents, block polls, break

6        into the DNC, or do lots of other

7        things to get a reck."

8              Do you see that?

9        A.    Of course.  That means he

10       watched CNN.  Break into the DNC?  I

11       mean, that's exactly the opposite of

12       what he said.  I said Nixon could be

13       impeached, should be impeached, and

14       that if a person commits a crime.  You

15       know, these are just made up things.

16             Just because they're

17       scholars and academics doesn't mean

18       they're not fools.  And I've lived with

19       many of those fools for 50 years.  And

20       they'll say anything that supports

21       their point of view, politically.

22       That's the difference between them and

23       me.

24       Q.    Funnily enough, if you turn

25       to the -- keep going, you'll see
```

Alan Dershowitz
September 13, 2022

```
 1                        A. DERSHOWITZ
 2          there's a Tweet from Elie Honig saying,
 3          "Dershowitz --"
 4                  A.    I don't know who Elie Honig
 5          is.  What page?
 6                  MS. BOLGER:  Dean of the law
 7          school.
 8                  It's -- I don't know what page
 9          it is on your exhibit.  I just have --
10                  MR. SCHWEIKERT:  6 of 22.
11                  MS. BOLGER:  6 of 22.
12                  MR. SCHWEIKERT:  Joyce Vance.
13          Elie Honig.
14                  MS. BOLGER:  No.
15                  Elie Honig.
16                  Q.    It says, "Dershowitz has
17          gotten entirely too much oxygen."
18                  A.    Wait a minute.
19                  MR. SCHWEIKERT:  Okay.  7.2,
20          Alan.
21                  THE WITNESS:  It's 7 or 6?  I
22          have 7.  Where does it --
23                  MR. SCHWEIKERT:  Upper
24          left-hand corner, "Dershowitz has
25          gotten --"
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2              THE WITNESS:  -- "entirely too

3     much oxygen."

4              MS. BOLGER:

5         Q.    "He makes up absurd,

6     intellectually dishonest theories.  And

7     both sides spend much of the day

8     arguing as if they were real."

9              Do you see that?

10        A.    She would have said, or he

11    would have said exactly opposite if I'd

12    made the same argument for Clinton.

13        Q.    Okay.  You can put that

14    aside.

15        A.    That's not aside.  That's

16    the key.

17        Q.    No.  I meant the article.

18    You could put it aside.

19        A.    Oh, okay.  Gotcha.

20        Q.    Okay.

21              The next argument is The

22    New York Times article published on

23    January 30th.

24        A.    Where is that?  I don't

25    think I have that.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2           Q.    Excuse me do you have it?

 3           A.    This one?

 4           Q.    That's the one.

 5           A.    Okay, it got it.  Yeah.

 6           Q.    Mr. Dershowitz?

 7           A.    Yeah.

 8                MS. BOLGER:  I think you may

 9      be interfering your microphone.

10                THE VIDEOGRAPHER:  No.  The

11      backdrop.

12                MS. BOLGER:  Backdrop.

13                THE WITNESS:  Oh, I'm sorry.

14                THE VIDEOGRAPHER:  He needs to

15      move it.

16                MS. BOLGER:  Although that

17      would have been funnier.

18           Q.    All right.

19                "Trump lawyer's impeachment

20      arguments stokes fears of unfettered

21      power."

22           A.    Yeah.

23           Q.    "An argument by one of

24      president's lawyers, Alan M. Dershowitz

25      prompted a backlash.  He says he was
```

Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ

2          misrepresented," right?

3               A.    Yeah.  Okay.  He was.

4               Q.    And I think this is the

5          argu- -- This is the Charlie Savage

6          article published on January 30th.  And

7          I think this is the article you were

8          referring to, where you said you felt

9          that The New York Times got it right,

10         for lack of a better term.

11              A.    Well, let me see if this is

12         the article.

13                    "At least one part of

14         Mr. Dershowitz's self-defense seemed

15         accurate.  Some Democratic senators and

16         other critics accused him of suggesting

17         that even Nixon was not impeachable,

18         despite clear crimes.  But that

19         accusation is incompatible with

20         Mr. Dershowitz's main argument that an

21         impeachable high crime and misdemeanor

22         requires and indictable offense."

23         Yeah, they got it right.

24              Q.    This is the article I think

25         you think got it right, right?

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2           A.    Yeah.

3           Q.    Okay.

4                 But you'll notice two

5      paragraphs down from that, it says,

6      "But the context of Mr. Dershowitz --"

7           A.    Wait, "the context," yeah.

8           Q.    -- "of Mr. Dershowitz's

9      view that abuse of power, absent an

10     indictable crime is not impeachable,

11     provides a guide for sorting through

12     his inflammatory remarks, which were

13     muddled in places."

14                Do you see that?

15          A.    That's an opinion.  I don't

16     think it was muddled.  I think it was

17     clear.

18          Q.    "Mr. Dershowitz made his

19     remark in response to a question posed

20     by a Republican senator about whether

21     quid pro quos are routine in foreign

22     policy.

23                "The President's defense

24     team has repeatedly pointed out that

25     administrations commonly withhold
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        assistance as leverage to induce

 3        another company to take some step --"

 4              A.    That's true.

 5              Q.    "The talking point elides

 6        the distinction between a president who

 7        is trying to achieve some public policy

 8        goal and one who is trying to obtain a

 9        personal benefit.

10                    "In his answer,

11        Mr. Dershowitz appeared to be

12        attempting to rebut that objection,

13        including by arguing that a president

14        may have more than one motivation for

15        acting."

16              A.    That's actually accurate.

17        I that wish CNN had just copied this.

18              Q.    Then three paragraph down.

19        You'll see, "But as he riffed,

20        Mr. Dershowitz went further than merely

21        observing that presidents routinely

22        think about public opinion, that is

23        voter sentiments -- as well as the

24        public good when they weigh potential

25        actions.
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2                     "He also collapsed any

 3          distinctions between those motives by

 4          saying that politicians often

 5          justifiably believe that their

 6          reelection would serve the public

 7          interest.  That part of his remarks

 8          went lawful -- went viral."

 9              A.    Well, that's perfectly

10          accurate.  If that's what CNN had put

11          on, that would be fine.

12                     If CNN had even said:

13          Dershowitz's remarks were muddled and

14          confusing, I would not have sued, but

15          CNN didn't say that.

16                     They said:  His remarks are

17          clear and precise, and the Dershowitz

18          Doctrine says that a president can

19          commit any crime and be like Hitler,

20          Mussolini or Stalin.  They didn't say

21          it was muddled.  They didn't say it was

22          confusing.  They didn't say it was

23          ambiguous.

24                     Your witnesses in

25          depositions said those things, but not
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2         on the air.  And you said that, in

 3         questioning me, but not on the air.  On

 4         the air, it was clear, crystal clear:

 5         Hitler, Mussolini, Stalin, crimes.  You

 6         can commit any crimes, it doesn't

 7         matter.  That's what CNN said.  None of

 8         this supports that.

 9                  Q.    Okay.

10                        I'm not suggesting this can

11         support it.  It was published

12         afterwards.

13                  A.    Yeah.

14                  Q.    But let's take a looked the

15         final document, the "United States

16         Senate."

17                  A.    Do I have that?

18                  Q.    The final document in that

19         pile.

20                  A.    I don't know that I got a

21         third document.

22                  Q.    Wasn't there a final

23         document?

24                  A.    "United States Senate," I

25         got it.  I'm sorry.
```

Alan Dershowitz
September 13, 2022

1              A. DERSHOWITZ

2              Q.    This is a letter dated

3       January 31st, 2020, to the United

4       States Senate.

5                   "The signatories of this

6       letter are professors of law and

7       scholars of American Constitution, who

8       write to clarify that impeachment does

9       not require proof of crime, that abuse

10      of power is an impeachable offense --"

11             A.    Right.

12             Q.    -- "and that a president

13      may not abuse the powers of his office

14      to secure reelection, what ever he may

15      believe about how beneficial his

16      continuance in power is to the

17      country."

18                   Do you see that?

19             A.    Yes.  And 90 percent of

20      these letters -- these arguments --

21      professors would have made exactly the

22      exact opposite argument if Hillary

23      Clinton had been impeached.  Ev- --

24      90 percent would make that exact

25      argument.  I could tell you for sure

Alan Dershowitz
September 13, 2022

```
  1                    A. DERSHOWITZ

  2          that Bowman would have, that Tribe

  3          would have.  I mean, the people I know

  4          are -- They're willing to make one

  5          argument for one person and another

  6          argument for another person.  That's

  7          exactly what the Bible says we

  8          shouldn't do.

  9                    Lo tech -- Do not recognize

 10          faces.

 11               Q.   The third page of the

 12          exhibit, which is the getting near the

 13          end of the letter --

 14               A.   Yeah.

 15               Q.   It says, "However, if a

 16          president employs his powers in a way

 17          that cannot be reasonably explained

 18          except as a means of promoting his own

 19          re-election, the president's private

 20          conviction that his maintenance of

 21          power is for the greater good does

 22          not --"

 23               A.   You'll have to show me

 24          that.  You'll have to show me that.

 25               Q.   Third page.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2            A.    Yeah.
3            Q.    At the end of the graph
4       that begins "finally."
5            A.    Yeah.  So I'll just read
6       that.
7            Q.    "Finally one of
8       President Trump's attorneys has
9       suggested --"  You with me?
10           A.    Yeah.
11           Q.    -- "so long as a president
12      believes that his re-election is in the
13      public interest, if a president did
14      something that he believes will help
15      get him elected in the public interest
16      that cannot be the kind of quid pro quo
17      that results in his impeachment.  It is
18      true that merely because a president
19      makes a policy choice he believes will
20      have beneficial political affects that
21      choice is not necessarily impeachable."
22           A.    That's what I said.
23           Q.    "However, if a president
24      employs his powers in a way that cannot
25      be reasonably explained except as a
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ
 2        means of promoting his own re-election,
 3        the president's private conviction that
 4        his maintenance of power is for the
 5        greater good does not insulate him from
 6        impeachment.  To accept such a view
 7        would be to give the president carte
 8        blanch corrupt American electoral
 9        democracy."
10                 Do you see that?
11           A.    Yeah.
12           Q.    Okay.
13           A.    That's just wrong.  I don't
14        care if there're 500, 1,000 or 10,000
15        people.  If a president employs his
16        powers that -- in a way that can only
17        be explained as a means of promoting
18        his own re-election, that is not an
19        impeachable offense.
20                 I don't care if 10,000
21        people say that.  I'm the one who read
22        the debates.  I'm the one who listened
23        to Curtis.  I'm the one who went back
24        and did all the research.  These are
25        folks who'll just sign any letter put
```

Alan Dershowitz
September 13, 2022

1          A. DERSHOWITZ

2       in front of them if the letter hurts

3       Trump and helps their political side,

4       so I give no weight whatsoever to this.

5          Q.   So there's five people who

6       signed it on the front page, and then

7       there's, one, two, three, four.

8          A.   It doesn't matter.  You can

9       count them.  There could be 10,000.

10         Q.   Five, six, seven, eight.

11         A.   Yeah.

12         Q.   Nine, ten, 11, 12, 13, 14,

13      15, 16, 17, 18, 19, 20, 21, 22, 23, 24,

14      and a half columns of names of --

15         A.   I'm surprised there

16      aren't --

17         Q.   Law professors throughout

18      the United States.

19         A.   I'm surprised there aren't

20      more.  Professor who doesn't sign this

21      letter is generally at risk.  The

22      interesting thing is who didn't sign

23      this letter.  And there are a few

24      courageous people in academia who don't

25      go along with the Tribe-led crowd.  But

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2        those are not the ones who are off this

 3        letter, so --

 4              Q.   Okay.

 5              A.    They're just wrong.   If

 6        they think that this Constitution --

 7        maybe an ideal Constitution.   This

 8        constitution does not permit the

 9        impeachment of a president who makes a

10        policy decision purely to help his

11        re-election.

12                   If President Biden made a

13        policy decision to allow all the kids

14        who borrowed money not to give their

15        money back, and there were a tape

16        recording of him saying, I'm doing this

17        because it will help me get the young

18        vote.  Not impeachable.  No matter what

19        all these people say.  It's not

20        impeachable.

21                   You can make it impeachable

22        if you amend the Constitution, but

23        these folks are not willing to debate

24        me --

25              Q.    Nonetheless, they felt they
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2       wanted -- They felt strongly enough

3       about what you said on the floor of the

4       Senate that they wrote and signed a

5       letter and gave it to the United States

6       Senate, correct?

7              A.    They would have written

8       that letter to anybody who had anything

9       that would help Trump.  That's the

10      point.  The point is, if I had made

11      exactly the same arguments --

12                  If it were Biden and Biden

13      were being impeached because they have

14      a tape recording of him saying, I'm

15      signing this legislation about

16      remitting college debt because I really

17      think that will help me win the

18      election, that would not be an

19      impeachable offense.

20             Q.    Okay.  How did you respond

21      to CNN's --

22                  First of all, how did you

23      first hear -- learn of CNN's reporting?

24             A.    People just called me off

25      the -- My phone wouldn't stop ringing,
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ
 2       and they would all just watch CNN.
 3            Q.    Where were you?
 4            A.    I think I was back in
 5       Florida.  I was either -- I was in one
 6       of three places.  I was either in --
 7       Well, I think -- Well, it depends on
 8       when.
 9            Q.    Well, that's my question.
10            A.    Okay.
11            Q.    Where were you when you
12       first heard about the CNN reporting on
13       your story -- on your speech?
14            A.    Probably in New York.  I'm
15       not positive.  Either in New York or in
16       Washington or in transit.
17            Q.    Mr. Dershowitz, you want to
18       jury to believe that you got damaged to
19       the tune of $300 million, and you can't
20       remember where you were when you heard
21       the defamatory statements?  Come on.
22                MR. SCHWEIKERT:  Object to
23       form.
24                THE WITNESS:
25            A.    I can tell you that I
```

Alan Dershowitz
September 13, 2022

```
1                  A. DERSHOWITZ
2        didn't hear directly on CNN at first.
3        I heard it from many people who called
4        me.  I then went back and saw the
5        tapes.  I may have been in transit when
6        that happened; I'm not sure.  I may or
7        may not have been in transit.
8                  So the speech was on 2:00
9        on Wednesday.  I think I took the Acela
10       back to New York that afternoon, but I
11       can check on that.
12             Q.    Who called you?
13             A.    Lots of people.  I just
14       don't remember names.
15             Q.    Name one.
16             A.    Lots of people called my
17       wife.  Lots of people.  Just --
18             Q.    Sure.  Name one.
19             A.    You'll have to ask my wife,
20       she'll remember.  But I don't remember
21       who called me, but lots of people
22       called me, and lots of people told me
23       about it.
24             Q.    Who?
25             A.    I think virtually all of my
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         friends, one way or another,
 3         communicated with me.
 4              Q.    Who?
 5              A.    Okay.
 6              Q.    And you're under oath, so
 7         you can't guess.  You got to tell me
 8         who they are.
 9              A.    Well, if you ask me -- If I
10         can't guess, then I can't say.  I'm not
11         sure.  I think I know who, but if you
12         told me I can't do anything other than
13         with absolute certainty, I will check.
14         But right now, I can't give you
15         anything more than a general statement
16         that lots of people called me.  But you
17         know --
18                   You saw these Tweets and
19         these emails.  Obviously, people were
20         talking about it.  Obviously, they
21         called me.
22              Q.    Those Tweets were before
23         you -- before CNN.
24              A.    Some before, some after.
25              Q.    No.  I didn't show you any
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        Tweets after.  I only showed you Tweets

 3        before.

 4               A.    You showed me articles

 5        after.

 6               Q.    I showed you articles

 7        after, but I didn't show you any Tweets

 8        after.

 9               A.    Okay.  We'll look it up and

10        find some.

11               Q.    Okay.

12                     But you responded by

13        Tweeting, right?

14               A.    No.

15               Q.    You responded by causing

16        your agents to Tweet?

17               A.    No.  I responded by talking

18        to people on the phone.

19               Q.    Sorry.  Do you deny that

20        you Tweeted a response to CNN's

21        reporting?

22               A.    I'm sure I Tweeted, but

23        that's not the way I responded.  I

24        responded in every possible way I

25        could, probably including Tweets.  I
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          don't have my Tweet password.  So in

 3          order for me to Tweet, I either have to

 4          call my wife or my assistant.

 5                  Q.   Did you draft the Tweet --

 6          Do you draft the Tweets --

 7                  A.   I don't -- If you show me

 8          the Tweet, I'll tell you if I drafted

 9          it.

10                  Q.   Okay.

11                  MS. BOLGER:  I'm going to ask

12          the court reporter to mark

13          Exhibit 47 -- 46, your Twitter feed,

14          and Mr. Dershowitz, to make this

15          easier, I'm going to fold the exhibit

16          to where the Tweet is.  You can look at

17          the whole thing, but I'm going to just

18          fold it to the relevant Tweets to make

19          it easier.

20                  THE WITNESS:  Yeah.

21                  I saw some bad news that Ken

22          Starr just died.

23                  MR. SCHWEIKERT:  Who is he?

24                  THE WITNESS:  He was a good

25          friend.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        (Whereupon,  an  email  chain  was  marked  as
 3    Exhibit  46  for  identification,  as  of  September
 4    13th, 2022.)
 5                    THE VIDEOGRAPHER:  We're going
 6         off the record.  The time is 5:01 p.m.
 7         (Whereupon, a short recess was taken.)
 8                    THE VIDEOGRAPHER:  We are back
 9         on the record.  The time is 5:19.
10                    MS. BOLGER:  Did I mark the
11         Exhibit?
12                    THE WITNESS:  Any chance we
13         could finish in time for -- I don't
14         know if we talk fast.
15                    MS. BOLGER:  I'll try.
16                    THE WITNESS:  Okay.
17                    MS. BOLGER:  I believe I
18         handed -- You got handed Exhibit 43 --
19         46, which is Tweets?
20                    THE WITNESS:  Which is what?
21                    MS. BOLGER:  The Tweets that
22         you tweeted on January 20th.
23                    THE WITNESS:
24             A.    Yeah.
25                    MS. BOLGER:
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          Q.    And I opened it to the

 3     relevant Tweet, but I have only one

 4     question about them.

 5          A.    Yeah.

 6          Q.    So first of all, they're on

 7     your Twitter feed for the world to see.

 8     As you sit here today, you have no

 9     reason to believe that they weren't

10     authored by you or someone acting on

11     your behalf, correct?

12          A.    I would have said

13     immediately, except that I got an email

14     today from the 11th circuit, saying

15     that somebody had filed a complaint

16     against the Judge with my signature on

17     it.  And it wasn't me, so I got to be a

18     little skeptical, but I assume this was

19     all me.

20          Q.    So if you -- On the page

21     that it should be open to --

22          A.    Yeah.

23          Q.     -- the -- Where's my

24     glasses?  The top Tweet on the page is

25     my point.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2           A.    Yeah, I got that.

3           Q.    So skip down to one, two,

4      three.  It says.

5                 "Taking advantage of the

6      fact that most of their viewers didn't

7      actually hear the Senate Q & A, CNN,

8      MSNBC and some other media willfully

9      distorted my answers.  More to come."

10                Do you see that?

11          A.    Yeah.

12          Q.    Then there's a long string

13     of Tweets above that.  I don't think

14     it's worth wasting our time to talk

15     about it right now because they exist.

16          A.    Sure.

17          Q.    So do you have any reason

18     to doubt that you wrote them?

19          A.    No.

20          Q.    Okay.  You mentioned MSNBC

21     here.  You see that?

22          A.    Yeah.

23          Q.    You didn't sue MSNBC?

24          A.    No.

25                Because they didn't come up
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2        with -- They didn't use Hitler, Stalin

 3        and Mussolini.  They didn't come up

 4        with the phoney concept of Dershowitz

 5        Doctrine.  They didn't say as

 6        maliciously and mendaciously that I

 7        could -- that I said they could commit

 8        any crime in the world.  They were bad,

 9        and you guys were much, much worse.

10             Q.    Okay.  You can set that

11        aside.

12                  You also wrote an Op Ed

13        that was published on The Hill, talking

14        about how badly CNN mischaracterized

15        your argument, correct?

16             A.    That's right.

17             Q.    Okay.

18             A.    And I think I also included

19        it in my book, maybe.

20             Q.    It is in your book.  The

21        name of the Op Ed was, "I never said

22        president could do anything to get

23        re-elected."

24             A.    That's true.

25             Q.    The Hill January 30th,
```

Alan Dershowitz
September 13, 2022

```
  1                    A. DERSHOWITZ

  2        2020, right?

  3              A.    Yeah.

  4              Q.    I will tell you that --

  5              A.    January --

  6              Q.    -- 30th, 2020?

  7              A.    Yeah.

  8              Q.    Will tell you that that Op

  9        Ed does not use CNN -- does not address

 10        CNN by name.

 11              A.    Okay.

 12              Q.    It just generally discusses

 13        the media.

 14              A.    Well, I was trying to

 15        respond to everything that was being

 16        said at the time.  It's different than

 17        a lawsuit.

 18              Q.    And lots of people were

 19        saying things that were critical of you

 20        at the time.

 21              A.    Lots of people saying it.

 22        Particularly, those who had seen CNN

 23        and people who didn't like the fact

 24        that I was defending Trump, yes, a lot

 25        of people were saying it.  Doesn't make
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2       it right.

 3              Q.    Okay.

 4                    In the Op Ed, you

 5       discuss -- You summarize your argument

 6       on the floor of the Senate.  Rather

 7       than take the time to look at it now,

 8       do you remember it well enough to tell

 9       me whether you think you accurately

10       summarized your argument?

11              A.    Can you just show me that

12       page and I'll be happy to look at it.

13              Q.    157.

14              A.    157.  I can tell you right

15       now that a summary in an Op Ed,

16       particularly one that's going to be

17       edited, is not going to capture all the

18       nuance.

19              Q.    In fact, it's quite

20       difficult to summarize; isn't it?

21              A.    It's very -- quite -- Well,

22       no.  It's not difficult to summarize.

23       It's difficult to get all the nuances.

24       It's very easy not to say that

25       Dershowitz said that the president can
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2      do anything, including commit crimes.
 3      That's easy to say.  That's not hard to
 4      say, yeah.
 5              Q.   Were you looking at it?
 6              A.   I'm looking at it now.  I
 7      see.  Yeah, okay.  What --
 8                  Do you have any questions
 9      based on it?
10              Q.   I asked you if it was -- if
11      you felt it correctly characterized you
12      argument?
13              A.   I would have to read the
14      whole thing.  I would think that it
15      generally does.  But unless I read it
16      very carefully -- and that would take
17      too much time -- I couldn't give you an
18      absolutely certain answer.  But I think
19      it probably summarizes it accurately.
20      It's my own words.
21              Q.   Do you have any reason to
22      believe that it's inaccurate?
23              A.   No.
24              Q.   In addition to publishing
25      the Op Ed, you actually published this
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2        book, Defending the Constitution?
 3              A.    I did, yes.
 4              Q.    I noticed that the
 5        commentators on this book are Senator
 6        Cruz and Senator Emhoff, right?
 7              A.    No.  More.  There are more.
 8              Q.    And the north -- No,
 9        actually -- Oh, Frank Hill from North
10        State Journal?
11              A.    Yeah.
12              Q.    But I don't think he's
13        actually -- Well, any way, okay.  Frank
14        Hill from North State Journal.  Okay.
15                    Why did you publish the
16        book?
17              A.    I wanted the public record
18        of what I had actually said, rather
19        than what CNN said I said.
20              Q.    Okay.
21                    Was the book actually
22        published in response to media
23        criticism, or was the book -- Would you
24        have published the book any way?
25              A.    I don't know.  I can't be
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2       sure.  I -- Clearly a factor was the

 3       CNN misinterpretation, and that's why

 4       two of the essays in the back deal with

 5       that, and I think in the introduction I

 6       deal with it.  That clearly was an

 7       impetus, perhaps not to only one.

 8                  I'm very proud of the

 9       speech I gave in front of the Senate.

10       And I really want that to become part

11       of my legacy and part of history.  I

12       don't think changed very many words in

13       it, and I wanted it to be out there.

14            Q.    Okay.

15                  You also went on CNN, not

16       once but twice, to discuss what you

17       believed was CNN mischaracterization of

18       your argument, right?

19            A.    I remember the time with

20       Chris Cuomo.  Tell me what the other

21       one was.

22            Q.    You also went on with Wolf

23       Blitzer.

24            A.    Wolf Blitzer.  Those are

25       two CNN people that I generally trust.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2              Q.    Okay.
3                   MS. BOLGER:  In fact, I will
4          ask the court reporter to mark as
5          Exhibit 47 an email exchange between
6          you and Mr. Blitzer.
7          (Whereupon, Dershowitz, Blitzer Email chain,
8      Bates number 1065 was marked as Exhibit 47 for
9      identification, as of September 13th, 2022.)
10                  THE WITNESS:  Mr. Blitzer.
11         But I was also scheduled to go on
12         Smerconish.
13                  MS. BOLGER:  I'm sorry.  It's
14         given the Bates number 1065.
15                  Okay.  We play a game in my
16         family, Mr. Dershowitz, where we try to
17         name the King in England based on the
18         year.
19                  THE WITNESS:  I'm sorry, say
20         that again.
21                  MS. BOLGER:  I said, in my
22         family we play a game where we try to
23         guess the King of England based on the
24         year.  If it's a four-digit year, but
25         in this case, there would have been no
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2         King of England, so this document

3         really let's me down.  Just in case

4         you're wondering.

5                    THE WITNESS:  Doesn't

6         everything?  I sat four rows in back of

7         the Queen of England on the 750th

8         anniversary of Magna Carta.

9                    MS. BOLGER:  I have strong

10        opinions about Magna Carta, actually,

11        Mr. Dershowitz, but not relevant to

12        this deposition.

13             Q.    Okay.  Document 1065,

14        you'll see the bottom email, which is

15        the first email you sent.

16             A.    Yeah.

17             Q.    "Dear Wolf, you and your

18        guest are completely mischaracterizing

19        my argument.  See Hill."

20             A.    Right.

21             Q.    "Please give me a quick

22        phone interview to correct the

23        record" -- and it gives your number --

24        "It's just not fear."

25             A.    Fair.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2           Q.    Right, I think you meant
 3     fair -- "to keep repeating false
 4     information about what my argument is."
 5           A.    Yeah.
 6           Q.    And he responded.
 7                 "Thanks Alan, I was on air
 8     when this email arrived.  Can you join
 9     me during this 6:30 dinner break?  I
10     would have Toobin join us on the
11     conversation.  What do you think?
12     Wolf."
13                 You respond:
14                 "I can do that time, but I
15     think I should be alone for an
16     interview.  Toobin, Lockheart, and
17     every other pundit have attacked and
18     mischaracterized my views all night and
19     day.  I need an opportunity to set the
20     record straight.  You ask me hard
21     questions.  Please advise."
22                 And he responded:
23                 "Thanks Alan, I certainly
24     understand your position, but I
25     strongly believe it would be much
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          better if I -- much better interview if

 3          I include Toobin in the conversation.

 4          I want a very smart and important

 5          discussion with you and Jeffrey.  The

 6          viewers will get a strong understanding

 7          of where exactly you stand.  This will

 8          be smart.  Okay?"

 9                    And you respond:

10                    "Can we have two segments:

11          The first with me alone to explain my

12          position then bring Toobin to critique

13          me.  I just need to respond to the

14          barrage of mischaracterizations over

15          past many hours.  Okay?"

16                    There's no subsequent

17          conversation.  But in fact, you did go

18          on Wolf Blitzer's show that night, and

19          you did debate Jeff Toobin.  And in

20          fact, you were on for about

21          ten minutes, right?

22          A.    I don't remember.

23          Q.    Okay.

24                    And no one told you what to

25          say, right?
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2          A.    Nobody ever tells me what

 3      to say.

 4          Q.    And nobody limited what you

 5      could say?

 6          A.    The time limits.

 7          Q.    But other than time limits,

 8      no one told you or stopped you from

 9      saying whatever you wanted, right?

10          A.    No.

11          Q.    Okay.

12                You were free to say

13      whatever you wanted about CNN in

14      rebuttal to what they had said about

15      your argument?

16          A.    That's fair.

17          Q.    What?

18          A.    That's a fair statement.

19      But I was not allowed to be on

20      Smerconish, where I would have also

21      wanted to say what I wanted to say, but

22      I was canceled by the higher-ups.

23          Q.    But you also -- You did go

24      on Chris Cuomo?

25          A.    Yes.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2           Q.    And you went on Chris
3    Cuomo's show on January 31st, so the
4    next day, right?
5           A.    Yeah.
6           Q.    And you were on his show
7    for 20 minutes.
8           A.    That's right, yeah.
9           Q.    And you were allowed to say
10   whatever you wanted to say about CNN
11   during that time, right?
12          A.    That was a very fair
13   interview, yeah.
14          Q.    Right.
15               And you were allowed to say
16   that you thought CNN was totally
17   misstating everything you said, and
18   Chris -- no one at Chris Cuomo or CNN
19   stopped you from saying it, correct?
20          A.    They couldn't have stopped
21   me from saying it.  I wouldn't have
22   gone on if they would try to stop me
23   from saying it, but they didn't.
24          Q.    But they did not try to
25   stop you from saying it?
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2          A.    No.

 3          Q.    Okay.  Now you have

 4      mentioned --

 5          A.    But I tried to get on

 6      Smerconish, and they canceled me.

 7          Q.    Right.

 8              MS. BOLGER:  Let's mark as

 9      Exhibit 48 an email exchange between

10      you and a woman named Carina Lamb?

11              THE WITNESS:  Yeah, that's who

12      it was, yeah.

13      (Whereupon,  Dershowitz,  Lamb  Email    chain,

14  Bates number 60336, January  31,  2020,  was  marked

15  as  Exhibit  48    for    identification,    as    of

16  September 13th, 2022.)

17              MS. BOLGER:  Okay.  For the

18      record, this is an email exchange

19      produced with the Bates number 60336?

20              THE WITNESS:  Yes.  Yup.

21              MS. BOLGER:

22          Q.    And it's an email exchange

23      between Corinna Lamb and Professor

24      Dershowitz, January 31st --

25          A.    Yeah.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            Q.    -- at 11 a.m.  So 24 hours

 3      in advance.  It says.

 4                  "Dear Professor Dershowitz,

 5      unfortunately we have to cancel

 6      tomorrow morning's 9:00 a.m. on CNN's

 7      Smerconish Show.  I'm looping in my

 8      colleague Kitty O'Keefe."

 9                  You responded four minutes

10      later:  "Why?"

11                  And then Corinna responded

12      20 minutes or so later:

13                  "Our show is still up in

14      the air right now, and we have to stay

15      fluid.  There is a chance our program

16      might be bumped again because of

17      special coverage.  If anything changes,

18      I will let you know."

19                  Do you see that?

20            A.    Yes.

21            Q.    Now it doesn't say anything

22      there that you've been banned from CNN.

23            A.    Of course not.

24            Q.    So why do you think you

25      were banned from CNN?
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2          A.    She told me.  She was very

 3     apologetic.  I don't know whether there

 4     were tears in her eyes or not, but

 5     there were certainly tears in her

 6     voice, saying that neither he --

 7     neither she nor Smerconish wanted to

 8     cancel me, but they had no choice.  The

 9     order came from above.

10          Q.    From whom?

11          A.    They didn't tell me.

12          Q.    Okay.

13                Did you have any

14     conversations with anyone else at CNN

15     ever that led you to believe that there

16     was some order that came from above

17     that you were not allowed on CNN?

18          A.    Yes.

19          Q.    Who?

20          A.    Chris.

21          Q.    What did Chris Cuomo say to

22     you?

23          A.    I think -- I can't -- I

24     think these were his exact words:  You

25     can't expect to attack my bosses and
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2         for them to invite you back.  I think

 3         those were his exact words.  You can't

 4         expect to attack my bosses and expect

 5         them to invite you back.

 6                      You're not.

 7              Q.    That's not quite the same

 8         thing as what I said.

 9                      Did he say, I am banned

10         from putting you on the air?

11              A.    No, not him.  CNN.  I had

12         asked him to go on the air, and he

13         couldn't do it any more.  He had put

14         me -- I was on his show all the time.

15         It's not a coincidence that after my

16         first interview, and after my criticism

17         of CNN that I never was asked to go

18         back again -- as far as I can remember,

19         maybe I was asked to go.

20              Q.    But you were asked to go

21         back to CNN?

22              A.    When?

23              Q.    Just the next couple days.

24              A.    Well, it was after that

25         that I had had the conversation.  It
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          was after I was no longer -- There
 3          was -- It really fell into three
 4          categories.
 5                    The first category was I
 6          was a regular guest.  I mean, I was in
 7          the green room frequently -- hair and
 8          make up people knew me.  I mean, I was
 9          there all the time.  The Toobin
10          Dershowitz show was very popular.
11                    Then there came a time I
12          was only asked to come on because I was
13          perceived to be a lawyer for, or a
14          defender of, Donald Trump.
15                    And then the -- there are
16          four categories.  And then the third
17          category was two or three times when I
18          was allowed on to defend what I had
19          said.  And then total stop, never
20          again.
21               Q.   Okay.
22                    MS. BOLGER:  I'm going to ask
23          court reporter to mark as Exhibit 49 --
24                    THE WITNESS:  When's the last
25          time I was on?
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2              MS. BOLGER:  An email exchange

 3         between Valerie Champagne and you.

 4              THE WITNESS:  Okay.

 5              MS. BOLGER:  Regarding -- and

 6         Kerry Rubin so it's got a lot of people

 7         in it, regarding your appearance on CNN

 8         on February 12th.

 9              THE WITNESS:  Okay.  Who is

10         this?

11         (Whereupon, Email re Dershowitz February 12,

12    2021 CNN appearance, Bates number 45495  was  marked

13    as  Exhibit  49   for   identification,   as   of

14    September 13th, 2022.)

15              THE WITNESS:  Who is the

16         person.

17              MS. BOLGER:  She can't.

18              THE WITNESS:  I'm sorry.

19              MR. SCHWEIKERT:  Thank you.

20              MS. BOLGER:  Okay.

21              THE WITNESS:  Bottom up.

22              MS. BOLGER:  For the record

23         this is email, given the Bates number

24         45495.  The first email in the string

25         is actually from February 12th at 11:30
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         a.m.

 3              Q.    And it says, "Terrific.

 4         Our ops director Brooke Turnbull was

 5         just in touch, and we are --"

 6              A.    Wait.  Wait.  Wait.  Where

 7         are we now?

 8              Q.    The very -- the back.  The

 9         very first email.

10              A.    Right.  The back.

11              Q.    Right.  The very first

12         email.

13              A.    Yeah.

14              Q.    February 12th, 11:30 a.m.

15              "Terrific, our Ops Director

16         Brooke Turnbull was just in touch and

17         we are confirmed to use your home

18         studio for the interview tonight with

19         Anderson Cooper on with Jeff Toobin."

20              A.    Mh-hm.

21              Q.    Okay.

22              And then you see there's a

23         followup email on February 12th, at

24         3:10 from Elise Miller saying:

25              "We're so glad you can join
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          us tonight with Jeff Toobin.  We will

3          confirm hit time in the 8:00 p.m. hour

4          as soon as we have it.  The topic is

5          DOJ, Roger Stone, should POTUS

6          intervene?  Et cetera.  Let us know if

7          you have any questions."

8                    And then you respond:

9          "Please show my book Guilt by

10         Accusation.  Please confirm."

11                   And Kerry responds:

12                   "Hello, sir.  We would

13         prefer to show one of book covers that

14         is more connected to the themes of the

15         segment.  The Case Against Impeaching

16         Trump or The New Forward to the

17         Constitution."

18                   And then you respond:

19                   "I have a new book out

20         today on Kindle and SoundCloud, it's

21         entitled, Defending the Constitution,

22         and it contains my speech to the

23         Senate.  I will the send you a photo."

24                   And Kerry Rubin says,

25         "Terrific we will use it."
```

Alan Dershowitz
September 13, 2022

```
1                   A. DERSHOWITZ

2                   Do you see that?

3          A.    Yes, yup.

4          Q.    And that's this book,

5     right?  Defending the Constitution?

6          A.    Yes.

7          Q.    The one where you say they

8     got it all wrong?

9          A.    That's right.

10         Q.    Okay.

11                   So, on February 12th, CNN

12    was showing -- was promoting the book

13    Defending the Constitution, right?

14         A.    Yes.

15         Q.    Okay.

16                   And then you'll see the

17    final email in the string says.

18                   "Professor Dershowitz,

19    Thank you for joining Anderson and Jeff

20    Toobin this evening.  I don't think you

21    heard them because your ear piece was

22    already off.  But they both said their

23    thanks after the interview as well --"

24         A.    Right.

25         Q.    -- "Here's a downloadable
```

Alan Dershowitz
September 13, 2022

```
 1                 A. DERSHOWITZ

 2     link to the segment."

 3               Do you see that?

 4          A.   Yeah.  I mean, I've been

 5     friendly with Jeff and Anderson

 6     throughout.  I never had any individual

 7     problems with any of them.  But that

 8     may have been the last time I was on

 9     CNN.  And the subject was not criticism

10     of CNN, whereas the subject on

11     Smerconish where I was canceled was

12     going to be criticism of CNN and what I

13     said.

14          Q.   Well, the subject of your

15     discussion with Wolf Blitzer and Jeff

16     Toobin was criticism of CNN.

17          A.   That's right.

18          Q.   Chris Cuomo was about

19     criticism of CNN.

20          A.   Then at the same time.

21               (Simultaneous speaking.)

22          Q.   Then when you put -- When

23     you put this image up, which is all

24     about your criticism of them, that was

25     on CNN, too.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2            A.    Nobody knows that.  It's
 3      just Defending the Constitution. Nobody
 4      talked about the book.  It was just --
 5            Q.    I thought you said you
 6      didn't remember the appearance?
 7            A.    I'm just telling you nobody
 8      talked tab book.  I would remember if
 9      they did.
10            Q.    Okay.
11            A.    I remember it now, by the
12      way.  I do remember it now.
13            Q.    Okay.
14            MS. BOLGER:  I'm going to ask
15      the court reporter to mark as
16      Exhibit 50 -- look at that, round
17      numbers -- an article published on
18      Newsmax on March 10th, 2020, with the
19      headline, "Dershowitz:  I'm thinking of
20      suing CNN for their lies."
21            THE WITNESS:  That's right.
22            MS. BOLGER:  Thank you.
23      (Whereupon,   "Dershowitz:   I'm   Thinking,"
24  article, Newsmax, March  10,  2020,  was  marked  as
25  Exhibit   50   for   identification,   as   of
```

```
 1                        A. DERSHOWITZ

 2    September 13th, 2022.)

 3    BY MS. BOLGER:

 4              Q.    Okay.  On the second page

 5         of the -- of the article --

 6              A.    Yeah.

 7              Q.    -- there was --

 8                    There's a paragraph that

 9         says, "Nor was this an inadvertent

10         lie --"

11              A.    Wait a second.  Yes.

12              Q.    "I am reli -- I was

13         reliably advised that the brass at CNN

14         made a deliberate, calculated" -- and

15         those words are italicized -- "decision

16         to edit the video by omitting what I

17         said before and after the words they

18         quoted for the explicit purpose of

19         misleading their viewers."

20                    Who were you -- By whom

21         were you "reliably advised that the

22         brass at CNN made a deliberate,

23         calculated decision to edit the video"?

24              A.    I'm trying to remember, but

25         somebody who used to work for CNN.  I'm
```

Alan Dershowitz
September 13, 2022

```
1                 A. DERSHOWITZ

2        trying to think -- I can't -- I'm

3        trying to think whether I actually

4        spoke to Jeffrey Zucker's former wife,

5        or somebody told me what Jeffrey

6        Zucker's former wife said, but I can

7        tell you that the information was that

8        Zucker made the decision.

9              Q.    But who told you it?  You

10       say you were "reliably --"

11             A.    Yes.

12             Q.    -- "advised."

13             A.    I was "reliably advised" in

14       the sense that, the statement wasn't

15       generally that CNN had done it, but the

16       statement was that Jeffrey Zucker had

17       made the decision.

18             Q.    Who made the statement?

19             A.    I -- I'm trying to

20       remember.  It was somebody -- either I

21       spoke to Zucker's wife, or somebody who

22       had worked for CNN; or somebody else

23       spoke to Zucker's wife.  Again, I'll

24       have to see if I have any notes that

25       reflect that, but that's my best memory
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          at this point.

 3               Q.    So you don't remember this

 4          name of the person who told you that

 5          there was a "deliberate, calculated

 6          decision to edit the video"?

 7               A.    I may have written it to my

 8          lawyer.  I have to check.  I may

 9          have --

10               Q.    I mean you --

11               A.    I can't tell you right now,

12          who the person was.  But I think the

13          source was Zucker's wife, former wife.

14          That's my current memory about that.

15               Q.    It was your conversation

16          with Zucker's wife?

17               A.    I don't remember if I had a

18          conversation or somebody I know had a

19          conversation.

20               Q.    Do you know Jeff Zucker's

21          wife?

22               A.    I do not.

23               Q.    Okay.

24               A.    I know Jeff Zucker.

25               Q.    So it's a -- This is a
```

Alan Dershowitz
September 13, 2022

```
1                      A. DERSHOWITZ
2      secondhand conversation you had?
3              A.    It was a secondhand
4      conversation, yes.
5              Q.    With someone whose name you
6      can't remember?
7              A.    I'll try to remember it.
8              Q.    So instead of being
9      "reliably advised," in fact, it's s
10     secondhand source whose name you can't
11     remember?
12             A.    It --
13                 MR. SCHWEIKERT:  Object to
14     form.
15             A.    It was something I believed
16     and may -- I can't get into
17     lawyer-client privileges, but I may
18     have communicated that information.
19     And I'll check on, and if it's not
20     privileged, I'll send it over.
21             Q.    So your definition of
22     reliably advised is:  I may have -- I
23     may be able to find somewhere the name
24     of a source I can't remember who was
25     secondhand, but I put in a publication
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2       I am -- "I was reliably advised that

 3       the brass CNN made a deliberate,

 4       calculated decision."

 5              A.    Right.  At the time --

 6                MR. SCHWEIKERT:  Object to

 7       form.

 8              A.    -- I wrote the article, I

 9       had it clearly in my mind that the

10       source was reliable, and I believed it,

11       and --

12              Q.    But it was always

13       secondhand?

14              A.    I can't remember -- Well,

15       it was always at least secondhand.

16       Because even if it was Zucker's wife,

17       it would be secondhand.  But it may

18       have been somebody who told me about

19       that.  But I will -- I may very well

20       have written an email about it, and if

21       so I will get back to you and check.

22              Q.    Okay.

23                Then if you skip down a

24       little bit, it says:

25                "At first CNN denied I was
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2          canceled for my criticism, claiming it

 3          was just a change in programming.  But

 4          eventually, several people at the

 5          network confided the truth to me:  You

 6          can't criticize CNN and expect to be on

 7          that network."

 8                    Who were those people?

 9          A.   One of them was Chris

10     Cuomo, and the other I'll try to

11     remember, but I can't remember.

12          Q.   Well, several is not two.

13          A.   There was more than one.

14          Q.   That would be two people.

15     (Simultaneous speaking.)

16          A.   There was more --

17          Q.   Several is more --

18          A.   There was 2 or three.

19          Q.   Okay.

20                    Well, who were they?

21          A.   I'm trying to remember.

22     One of them was Chris Cuomo.

23          Q.   Who else?

24          A.   I'm trying to remember.  I

25     don't know for sure, but I'll --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2            Q.    Okay, but you wrote in this
 3       article that you published --
 4                    (Simultaneous speaking.)
 5            A.    At the time --
 6            Q.    -- saying, "Eventually
 7       several people at the network confided
 8       the truth to me."
 9            A.    Yeah.
10            Q.    But I can't remember who
11       they were?
12            A.    I can't, but I'll check on
13       it.
14            Q.    Okay.
15                  So, so far we have you've
16       "reliably advised" by a secondhand
17       source, whose name you don't
18       remember -- and may have been a
19       thirdhand source.
20                  And then we have "several
21       people" who you can't name; those are
22       your sources?
23            MR. SCHWEIKERT:  Object to
24       form.
25            A.    I told you a name, Chris
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2      Cuomo, he was one of them.  And there

3      were others, but I'll try to get back

4      to you, if I have --

5                  I may have communicated

6      these names at the time I got them, but

7      I don't know that at this point.

8      That's not fresh in my mind right now.

9          Q.    Okay.

10                 Again you're seeking

11     $300 million in damages --

12                 (Simultaneous speaking.)

13         A.    Oh, wait a minute.  As far

14     as, I was canceled for criticism -- So

15     I have two sources:  One is Chris Cuomo

16     and the other is the woman who called

17     and told me.

18         Q.    Well, that says "several."

19     It doesn't say "two."

20         A.    Two.  Well, two --

21         Q.    Two is not several.

22                 And then next page you say,

23     "I could sue CNN for defamation, as

24     some have urged me to do.  They

25     maliciously --"
```

                            Alan Dershowitz
                           September 13, 2022

```
 1                    A. DERSHOWITZ

 2               A.    Wait.  Wait.  The next

 3        page -- Where is that?

 4               Q.    The next page.  In the

 5        third full graph.

 6               A.    "I could" -- yeah.

 7               Q.    Okay.

 8                     "They maliciously,

 9        intentionally lied about what I said

10        for the explicit purpose of defaming me

11        and misleading their viewers."

12               A.    Yeah.  I believe that as I

13        said, yeah.

14               Q.    What is -- What is the

15        defamatory statement or statements upon

16        which you base this lawsuit?

17               A.    Oh, several.  They're

18        listed, obviously, in my complaint,

19        which I don't have in front of me, but

20        the ones that are key to me is:

21                     The statement that I

22        said -- not that I may have said, not

23        that I could have said, not that I was

24        ambiguous -- but that I said:  That a

25        president could commit any crime, do
```

Alan Dershowitz
September 13, 2022

1              A. DERSHOWITZ

2      anything, as long as he believes his

3      re-election is in the public interest.

4      That was defamatory with malice.

5              Second, the statement that

6      what I said could have been said by

7      Hitler, Stalin, Mussolini.

8              Third, that there was a

9      Dershowitz Doctrine, which was that if

10     a president thinks his election is in

11     the national interest, he could do

12     anything, with no limitations, commit

13     any crimes, and do any wrongdoing,

14     including, you know, killing somebody.

15             Those three statements were

16     willfully, deliberately false --

17     knowingly false.  And they hurt my

18     reputation enormously in my profession.

19             My reputation had

20     previously been questioned because a

21     lot of people disagree with me because

22     of who I was representing, but this one

23     pushed it over the line.

24         Q.    Okay.

25             MS. BOLGER:  I'm going to mark

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2         as Exhibit -- Mark, you might want to
3         think about leaving soon, but I'm going
4         to mark as Exhibit 51.
5               For the record, the fact that
6         I just told the plaintiff's counsel to
7         leave is going to sound really weird
8         when we look back at this deposition
9         transcript.  So I want to be totally
10        clear, we had a colloquy, off the
11        record, about Mark needing to meet an
12        air plane, and I was meaning that as a
13        courtesy, not an effort to get
14        Mr. Dershowitz without counsel.
15              MR. SCHWEIKERT:  I take it as
16        a compliment that she doesn't want me
17        here because so I'm so effective.
18              THE WITNESS:  I'm leaving with
19        him, of course.
20              MS. BOLGER:  Right.  Do you
21        want to go off the record or do you
22        want to keep going?
23              MR. SCHWEIKERT:  I'll just
24        sneak out.  You keep doing your thing.
25              MS. BOLGER:  Okay.  That's
```

September 13, 2022

```
 1                   A. DERSHOWITZ

 2           fine.

 3                   MR. SCHWEIKERT:  You all right

 4           with that.

 5                   THE WITNESS:  Yeah.

 6                   MR. SCHWEIKERT:  Thanks, Alan.

 7                   MS. BOLGER:  Going to mark as

 8           Exhibit 51 -- It's actually a

 9           collection of emails between Chris

10           Cuomo and Alan Dershowitz.

11                   THE WITNESS:  Yeah.

12        (Whereupon,  Dershowitz,  Chris  Cuomo    Email

13     chain was marked as Exhibit 51  for  identification,

14     as of September 13th, 2022.)

15                   THE WITNESS:  When he leaves,

16           I'm just going to walk outside, use the

17           bathroom for a minute, just say good

18           bye to him.  That'll take two minutes,

19           three minutes.

20                   MS. BOLGER:  Why don't we do

21           that now.

22                   THE VIDEOGRAPHER:  We're going

23           off the record.  The time is 5:47 p.m.

24        (Whereupon, a short recess was taken.)

25                   THE VIDEOGRAPHER:  We're back
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         on the record.  The time is 5:50.

 3   BY MS. BOLGER:

 4              Q.   Okay.  Mr. Dershowitz, I

 5         just put in front of you a series of

 6         emails between you and Chris Cuomo.  It

 7         may be right next -- right on the top

 8         of your --

 9              A.   I got it.  I got it.

10              Q.   Okay.

11                   There's a bunch of them

12         over a series of days.  And I want to

13         start with the very first one.

14                   You write an email to

15         him -- actually, at the very bottom of

16         this page --

17              A.   Yeah.

18              Q.   Actually no.  On

19         January 30th, the back of that first

20         page.

21              A.   The back of -- yeah.

22              Q.   It says, On January 30th

23         Chris Cuomo wrote:

24                   "Yes, but I worry have no

25         show, but we could do it in a break
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2       like McConnell ordered last night."

3              A.    I'm not getting this.

4              Q.    I think you've got the

5       wrong document.

6              A.    Okay.

7              Q.    Put that one aside it's --

8              A.    Thank you for joining --

9              Q.    It's -- it's -- I'm sorry.

10             A.    Maybe it's.

11             Q.    It is that.

12             A.    Right.  I got you.  Okay.

13             Q.    So just to make sure, the

14      very first document bears the Bates

15      numbers 001049.

16             A.    Yes.

17             Q.    Okay.  And if you switch to

18      the back of that, or the second page of

19      that --

20             A.    Yeah.

21             Q.    -- which is 00150, you'll

22      see that there's an email from Chris

23      Cuomo to you on January 30th that says:

24                   "Yes, but I worry we have

25      no show.  But we can do it in a break
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2          like McConnell ordered last night.

 3          Otherwise, tomorrow would be more

 4          likely a full show.  Frankly, I want

 5          both, and I won't double-team you,"

 6          right?

 7                  So he's asking you to come

 8          on his show, right?

 9              A.   That's what it looks like,

10          yeah.

11              Q.   Okay.

12                  Then you respond on

13          February 1st?

14              A.   Which page is that, on the

15          next page?

16              Q.   It's the front page.

17              A.   Flit it over.

18              Q.   "Dear Chris, so I guess

19          I've been banned again from CNN for

20          criticizing its coverage of my Senate.

21          Answer.  Why is that not as bad as what

22          Pompeo was accused of going with NPR?"

23              A.   Yeah.

24              Q.   Okay.

25                  And above that, he
```

Alan Dershowitz
September 13, 2022

```
  1                  A. DERSHOWITZ
  2         responds:  "The longer you are in
  3         Trumpland --"
  4              A.   No. Oh, yeah.  I thought --
  5              Q.   Above that he says:
  6                   "The Longer you are in
  7         Trumpland, the more strained your
  8         arguments get, my friend.  You are no
  9         more a victim than your client.  You
 10         are not banned.  You were never banned.
 11         You have had more exposure than any
 12         Trump defender in this process.  Your
 13         shot at CNN was self-serving --
 14         although not self-dealing like Trump --
 15         and false.
 16                   "I appreciate your
 17         frustration, but you have never tried
 18         to offer a safe harbor --" Sorry, "I
 19         appreciate your frustration, but you
 20         have never tried to offer safe harbor
 21         to someone who has done and said as
 22         much to offend and fright as many
 23         Americans as Trump.  There's a price
 24         for that in politics, and that's where
 25         you are."
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    Do you see that?

 3          A.    Yeah.

 4          Q.    Okay.  Then you respond:

 5                    "I was banned.  I was

 6      scheduled on Smerconish, Car Range, Top

 7      of the Show -- suddenly canceled.  It

 8      obvious.  CNN doesn't like criticism.

 9      How is this different from Pompeo?

10      Let's not let this become personal.

11      You've always treated me fairly.  CNN

12      not so much."

13                    To which Cuomo responded:

14                    "That's not banned.  That's

15      a shift to Iowa."

16                    Do you see that?

17          A.    I don't know what that

18      means.

19          Q.    I do.

20                    It means it's a shift to

21      covering the Iowa Caucuses?

22          A.    I didn't get that.

23          Q.    Okay.

24                    So Chris Cuomo told you,

25      you weren't banned from CNN.
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          A.    But he -- But he wasn't

 3     telling me the accurate statement.  He

 4     was working for CNN at the time.  We'll

 5     see what he says now.  That's all I'm

 6     going to say now.

 7          Q.    Well, earlier you testified

 8     that he told you that you were banned.

 9                You testified here that

10     Chris Cuomo told you, you were banned

11     from CNN.

12          A.    I think I said that Chris

13     Cuomo -- Can you read back that

14     question?  I don't remember -- I said

15     that the woman told me --

16          Q.    No --

17          A.    I was banned.

18          Q.    You told me Chris Cuomo

19     told you, you were banned from CNN?

20          A.    What Chris Cuomo told me --

21     I think I have his exact words:  "You

22     can't" -- These are his exact:

23                "You can't attack my bosses

24     and expect them to put you on."

25     It's --
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    The first part of it is

 3          "you can't attack my bosses" are the

 4          exact words.  But I don't think I said

 5          that he explicitly said I was banned.

 6          I think he said, "You can't expect" --

 7          Read back my thing, and see if I say

 8          that.

 9              Q.    I'm not going to take the

10          time to do that, but you did say Chris

11          Cuomo said you were banned CNN.  So

12          let's clarify it.

13                    A.    What he told me -- In

14          effect, he told me that.  What he told

15          me -- When I asked him why I'm no

16          longer on, and this -- now I remember

17          occurred later.  When he said, "You

18          cannot attack my bosses," I'll never

19          for get that phrase because it was so

20          unusual.  "You cannot attack my bosses

21          and expect to be on," or something.  I

22          don't remember the last part.  But it

23          was to the effect of:  "You can't

24          attack my bosses" -- those words I

25          remember exactly -- and expect to be
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2       on, expect to be welcome, expect to be

 3       all that kind of -- something like

 4       that.  Which -- Which to me was a

 5       statement:  Of course you're banned.

 6              It was in response to my

 7       statement:  "I'm banned."

 8              His statement is:  "You

 9       can't expect to attack my bosses, and

10       be permitted on -- be on."

11          Q.   But Chris Cuomo here says,

12       "That's not banned"; you agree with me,

13       right?

14          A.   That's -- That's his view.

15          Q.   And he never said, "You

16       were banned," correct?

17          A.   This is February 1st.  What

18       I'm talking is weeks later.

19          Q.   In what context?

20          A.   After I was on his show --

21       because I was on CNN later.  Then for a

22       period of time I was never on.  I don't

23       remember whether my book publisher

24       tried to get me on or not, but I was

25       never on.  And I called him on the
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2         phone and asked them about it, and
 3         that's when we had that conversation.
 4                    So he confirmed, certainly
 5         in my mind, that I was banned.  And I
 6         never called him again to ask to be on
 7         the show, or Wolf Blitzer or anybody
 8         else, because I knew the reality.
 9              Q.    Okay.
10                    Why don't you take a look
11         at the last document in the stack.
12              A.    The last document in this
13         batch?
14              Q.    Yep.
15              A.    Yeah.
16              Q.    Which is dated 1/12/2021.
17              A.    January 11th, I have.
18              Q.    It starts on January 11th,
19         yes.
20              A.    Yes.
21              Q.    It's actually an email from
22         you, asking to be on.
23                    You say:
24                    "Dear Chris, I hope you and
25         your family are well.  Respectfully,
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2           you are wrong about shouting fire.  It

3           was overruled in Brandenburg and is an

4           apt and insulting argument.  Please

5           read my short article about it I wrote

6           many years ago and won the best essay

7           award.  Down may have read it because

8           he got it right," and it keeps going

9           from there, but you see that, yes?

10                 A.   Yes.

11                 Q.   You're talking about the

12          second impeachment, yes?

13                 A.   What's the date here?

14                 Q.   January 11th --

15                 A.   Yeah, that's right.

16                 Q.   -- 2021?

17                 A.   Yeah.

18                 Q.   You didn't represent

19          President Trump in the second

20          impeachment, right?

21                 A.   No, I refused to.

22                 Q.   Did he ask you to?

23                 A.   Yes.

24                 Q.   Why did you refuse?

25                 A.   Because I didn't want to be
```

Alan Dershowitz
September 13, 2022

```
1                     A. DERSHOWITZ
2          associated with the false claim that he
3          had won the election, or that the
4          election was stolen, or that Biden had
5          lost the election.  I categorically,
6          fundamentally disagree with that view,
7          and I didn't want to be in any way
8          associated with it.  And I feared that
9          if I defended him, I don't think the
10         grounds on which he was impeached were
11         impeachable grounds.  I agreed with his
12         lawyer's point of view.
13                    And in fact, I spoke to his
14         lawyers about it.  But I did not want
15         to be in any way associated with any
16         claim that the election was stolen or
17         fraud or anything like that.
18              Q.   So you actually advised his
19         lawyers on the impeachment?
20              A.   I didn't advise them.  They
21         called me, and they asked me some
22         questions.
23              Q.   Legal questions.
24              A.   They -- There's no
25         lawyer-client privilege, so:
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    They asked me about whether

 3         a president can be tried after he's

 4         left office.  I had written about that,

 5         so, you know, there was -- I didn't

 6         tell them anything I hadn't already

 7         written.

 8              Q.   Okay.  Can --

 9              A.   The point I'm making is I

10         didn't believe he was properly

11         impeached the second time, but I didn't

12         want to be associated with a defense

13         that could, in any way, claim that

14         there was a stolen election.

15              Q.   Okay.

16                    If you look at the -- the

17         55834, the first page.

18              A.   Say that again.

19              Q.   The --

20              A.   This is the beginning.

21              Q.   Yeah, the beginning.

22              A.   I got you.

23              Q.   It's actually the end of

24         that exchange, right?  But it's the

25         first page of that exchange.
```

```
 1                    A. DERSHOWITZ

 2            A.    Yeah.

 3            Q.    He says, on January 12th,

 4       2021, "Enjoy the continued decay of

 5       your pedigree."

 6            A.    Wait.  "Enjoy" -- where?

 7            Q.    In the middle of the page.

 8            A.    In the middle of the page.

 9       I -- Are we on the same page?

10       Exhibit -- we're on 51.

11            Q.    The page -- The Bates

12       number is 55834?

13            A.    55 -- No, I don't have

14       that.  I have 00149.

15            Q.    Okay, the last page of the

16       exhibit.

17            A.    The last page of the

18       exhibit.

19            Q.    Right.  You're looking at

20       the back.

21            A.    Five --

22            Q.    Flip it over.

23            A.    Turn it over.

24            Q.    In other words, it's the

25       penultimate page.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2            A.    Okay.  Yeah.

 3            Q.    He says -- So on 55334 he

 4       says, "Enjoy the continued --"

 5            A.    Woah, woah.  "Enjoy the

 6       continued decay of your pedigree"?

 7            Q.    Yes.

 8            A.    Yeah.

 9            Q.    Okay.

10            A.    And I say:  "If the decay

11       results from principle, I can deal with

12       that."

13            Q.    Okay.  I'm not sure --

14            A.    We're not talking about

15       being on a show, though.  We're

16       talking -- We're just having an

17       exchange between --

18            Q.    I got the wrong document.

19       I apologize.  If you look at the

20       document that's Bates numbered 1034,

21       which is also in this stack.

22            A.    1034.

23            Q.    Yeah, it's dated

24       February 1, 2020.

25            A.    10- I have -49, 1051, 1042.
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2      So this is getting close, 1034.

 3             Q.    That's it.  That's it.

 4             A.    Oh, -34.  Okay, yeah.

 5             Q.    Right.

 6                   You say:

 7                   "I can explain the thinking

 8      on why Hunter B is relevant either on

 9      or off the record.  Thanks for your

10      understanding.  I had your back when

11      you understandably blew up at that

12      plant."

13                   Do you see that?

14             A.    I don't understand.  Is

15      this to me?

16             Q.    No, that's to you to him.

17             A.    That's me to him?

18      "Understandably blew up at that plant"?

19      I don't even know what that means.  Do

20      you know what that means?

21             Q.    I don't.  I thought you

22      might.

23             A.    No.

24             Q.    Okay.

25             A.    It's probably a typo.
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2         Q.   Okay.  All right.  You can

3    put that correspondence aside.

4         A.   Okay.

5         Q.   I'm going to ask -- This is

6    just a -- I'm not going to ask you any

7    questions about this document -- these

8    documents, Mr. Dershowitz.  I just want

9    to get them in the record, and then I

10   will ask you some questions.

11             MS. BOLGER:  This is going to

12   be I Exhibit 52, and it's a series of

13   emails produced by you in this

14   litigation.

15             THE WITNESS:  Yeah.

16             MS. BOLGER:  And --

17             THE WITNESS:  What about it?

18   Oh, I have it?

19             MS. BOLGER:  Not yet, hold on.

20             THE WITNESS:  Okay.

21      (Whereupon,  Emails  to  Dershowitz  rejecting

22   his criticism  of  CNN's  reporting  was  marked  as

23   Exhibit    52    for    identification,    as    of

24   September 13th, 2022.)

25             THE WITNESS:  At 20 to
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2         7:00 I'm going to have to take another

3         short break.

4              MS. BOLGER:  We'll get you

5         done by then.

6              Q.   If you look at Exhibit 52,

7         this is actually a series of emails

8         that you received immediately after

9         your public -- you public statements

10        regarding CNN's mischaracterizing of

11        your argument, and they're emails from

12        individuals rejecting --

13             A.   Yeah.

14             Q.   -- your arguments.

15                  And we could set that

16        aside.  I'm not going to ask you about

17        that.

18             A.   Maybe you'd be lucky to get

19        jury.

20             Q.   I'm sorry?

21             A.   I was saying, maybe you'll

22        be lucky and get some of these people

23        on your jury.  Obviously, they disagree

24        with me, yeah.

25             Q.   And isn't disagreement what
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          makes this country great?

3                A.    Yeah.  Okay.

4                Q.    You have been a frequent

5          guest on Anderson Cooper, right?

6                A.    Yeah.

7                Q.    And Wolf blitzer?

8                A.    Yes.  Wolf Blitzer goes

9          back -- I don't know -- many, many,

10         many years, and before that Larry King.

11               Q.    And you -- you published an

12         Op Ed at some point called, "Why CNN

13         Misled its Viewers."  It was published

14         on March 27th, 2019.

15               A.    2019?

16               Q.    Yes.

17               A.    So this is before -- Yeah.

18                     I have to look at that; I

19         don't remember it.

20                     MS. BOLGER:  So this is

21         Exhibit 53.

22          (Whereupon, Email to  Dershowitz  re  "Why  CNN

23     Misled," Op Ed, by  Dershowitz,  January  29,  2020,

24     was marked as Exhibit 53 for identification,  as  of

25     September 13th, 2022.)
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2            THE WITNESS:  Say it again.

3            MS. BOLGER:  It's Exhibit 53.

4       I'm handing it to you now.

5            THE WITNESS:  Oh, we're

6       getting that.  Okay.  Okay.  Was this

7       actually published?

8            MS. BOLGER:

9            Q.   So I can represent to you

10      that the article, "Why CNN Mislead its

11      Viewers" was published on March 27th,

12      2019.  But this is an email from Maura

13      to you with the subject line "not

14      exactly."

15           A.   Yeah.

16           Q.   Dated 1/29/2020, at

17      9:00 a.m.?

18           A.   I get it, yeah.

19           Q.   Do you have any

20      understanding of why you and Ms. Kelly

21      were talking about this on January 29th

22      at 9:00 a.m.?

23           A.   I have no idea.  What day

24      is this?  29th -- This is the day of

25      the questions, right?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          Q.    Before the questions.
 3          A.    Yeah.  No.  No.
 4          Q.    If you look at the second
 5     page of the exhibit --
 6          A.    I probably wasn't talking
 7     to her.  I was probably just sending
 8     her drafts, back and forth.  I may have
 9     been talking to her, I don't know.
10          Q.    Well, it was -- It had
11     already been published, so it's not a
12     draft.  My confusion is why you all
13     would have been exchanging an already
14     published article from a year before?
15          A.    From a year before?
16          Q.    So --
17          A.    So this is 19 and this is
18     20.  I don't have the slightest idea.
19          Q.    Okay.
20                And it says, "not exactly";
21     does that ring any bells?
22          A.    No.
23          Q.    Okay.
24                On the second page of the
25     exhibit, just if you wouldn't mind
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        taking a look --

 3             A.    Sure.

 4             Q.    You say, "But then suddenly

 5        I was banned from CNN"; do you see

 6        that?

 7             A.    Yeah.

 8             Q.    Okay.

 9                   So back in 2019, you're

10        claiming you were banned from CNN,

11        right?

12             A.    For a period of time, I

13        was.  Yeah.

14             Q.    Okay.

15             A.    I told you, I went through

16        phases.  And I was called back when I

17        became newsworthy -- that is, when I

18        wasn't a commentator, an expert.  But

19        when I was a participant, I was called

20        back; that's my recollection.

21             Q.    It says, "Over the past

22        half year or so, I have never been once

23        asked to appear on a CNN program.

24        Initially, I wondered why and I asked

25        some of my friends at the network.
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ
2          They were evasive and the studiously
3          avoided any direct answer to my
4          question.
5                    "Then I received
6          off-the-record information that an
7          order had come from the very top:  Jeff
8          Zucker didn't want me on CNN anymore."
9                    Who was the person who gave
10         you the off-the-record information?
11              A.    I don't remember, but I do
12         remember meeting Jeff Zucker once in
13         the lobby.  He was carrying a suit and
14         was wearing kind of like an open shirt,
15         but he was clearly on the way to or
16         from something.  And he was just -- He
17         couldn't have been nastier to me.  I
18         had never had anything previously with
19         him.  And he basically said something
20         like:  We really don't want to have
21         anything more to do with you.
22                    It was words to that
23         effect, but I can't remember exactly
24         his words.  But it was in the elevator
25         bank in the CNN building.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2            Q.    And when was that?
 3            A.    I can't remember exactly,
 4       but it was during the time when it was
 5       very rare that I was on CNN.
 6            Q.    Are you suggesting there's
 7       some kind of constitutional right to be
 8       on CNN?
 9            A.    Of course not.  No, there
10       is a right not to -- The public has the
11       right to hear points of view of all
12       kind, and CNN just shouldn't -- And fox
13       shouldn't, and none of the networks
14       should pick their guests, based on a
15       political agenda.  It's not a
16       constitutional rights.
17            Q.    Who is source that CNN was
18       picking guests based on a political
19       agenda?
20            A.    Well, first it was obvious.
21       Everybody knows that.
22                  You watch CNN and you watch
23       Fox.  It's as if you're living in two
24       different universes.  You get the same
25       speech.  And on CNN, people are told
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2         that it's one thing; and on Fox, people

3         are told it's another thing.  It's

4         just -- I mean, I would say there must

5         be a hundred articles making that point

6         other than by me.

7              Q.   Who is your source for CNN

8         as picking guests based on a political

9         agenda?

10             A.   Where is that?

11             Q.   You just said it.

12             A.   Yeah.  Yeah, I'm just

13        wondering.  I don't -- As I sit here

14        now today, I don't remember.  And

15        because I didn't have a lawyer at the

16        time, I probably didn't write it.  But

17        I'll have to -- Again, I'll check.

18             Q.   Okay.

19             A.   My centrist nuance was

20        taken as anathema to the emerging brand

21        of anti-Trump network, yeah.

22                  That's -- Those facts are

23        true for that period of time.

24   (Interruption in proceedings.)

25             Q.   All right.  You could put
```

1                   A. DERSHOWITZ

2         that aside.

3              A.    Okay.



Alan Dershowitz
September 13, 2022

1                          A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1                          A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1                      A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1                          A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1                          A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1                          A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1                          A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1                          A. DERSHOWITZ



A. DERSHOWITZ



Alan Dershowitz
September 13, 2022

1          A. DERSHOWITZ



24          Q.    Okay.

25                Your friends or you set up

Alan Dershowitz
September 13, 2022

```
1                      A. DERSHOWITZ

2          a legal defense fund to help you with

3          the Giuffre litigations, right?

4               A.    My friends, basically.

5               Q.    Who set that up?

6               A.    A former student of mine,

7          named Alan Rothfeld.

8               Q.    And how did that come to

9          pass?

10              A.    My friends first saw the

11         accusations Giuffre.  They were

12         outraged.  They all knew it didn't

13         happen, and my colleagues at Harvard

14         wrote a letter.  And my friends

15         volunteered to help defray some of the

16         costs.

17              MS. BOLGER:  Okay.  I'll ask

18         you to mark this as Exhibit 62.

19       (Whereupon, email bearing the Bates number

20      58984 was marked as Exhibit 62  for  identification,

21      as of September 13th, 2022.)

22              THE WITNESS:  I know I wrote a

23         letter or a joint letter, maybe with

24         Alan Rothfeld.  I don't remember,

25         but --
```

Alan Dershowitz
September 13, 2022

1               A. DERSHOWITZ

2               MS. BOLGER:  Stop talking for

3         one second.

4               THE WITNESS:  Okay.  But you

5         asked me.

6               MS. BOLGER:  I know, but let

7         her mark the exhibit.

8               THE WITNESS:  Okay.

9               MS. BOLGER:  This is, for the

10        record, an email bearing the Bates

11        number 58984 from Alan Rothfeld to

12        CMB@Blackham.net, with the subject line

13        "Alan Dershowitz legal defense trust"

14        and the attachment "J'accuse (draft)."

15              A.    That's right.

16              Q.    And you'll see it's an

17        email from Mr. Rothfeld to someone

18        named Conrad saying -- maybe it's

19        Conrad Black -- saying:

20                   "Please read the attached

21        draft of Alan Dershowitz's article.  It

22        explains why our friend needs our

23        assistance in defending him against

24        unconscionable efforts to silence,

25        discredit, and bankrupt him.

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2                    "Your contribution to the

 3          Alan Dershowitz Legal Defense Trust

 4          would be appreciated greatly.  Checks

 5          should be mailed to me, the Trustee at

 6          the address below."

 7                    And you see there is an

 8          attached article.

 9               A.   Yes.

10               Q.   Correct?

11                    And you wrote the attached

12          article, right?

13               A.   I did, yes.

14               Q.   And it's actually -- Has as

15          its sort of instigation point, the idea

16          that you believe David Remnick is a

17          writing a hit piece against you, right?

18               A.   Yeah.  I knew that, yeah.

19               Q.   Is that The New Yorker

20          article that we marked --

21               A.   That's right.

22               Q.   -- as an exhibit earlier

23          today?

24               A.   That's right.

25               Q.   Okay.
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2                      How many people have

 3          contributed to your defense trust?

 4               A.    You have to talk to Alan

 5          about that.  I don't follow it, I don't

 6          know.

 7               Q.    How much money is in it?

 8               A.    I don't know.  Not much,

 9          very little.

10               Q.    Have you used the money in

11          the defense trust?

12               A.    I've used some of it, yeah.

13               Q.    How much did you use?

14               A.    I don't know, but I think

15          there's very little left now.

16               Q.    Okay.

17                     Well, this is sent in 2019,

18          right?

19               A.    Yeah.

20               Q.    Okay.  So, in 2019,

21          according to the tax returns we just

22          looked at, ███████████████.  So,

23          why were you asking other people to

24          cover your legal bills?

25               A.    Because I didn't make that
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        kind of money at all, and that's number

3        one.  Number two, this was such an

4        unfair charge that people were happy to

5        contribute a small amount and -- to

6        help defray the costs.  I didn't think

7        I had to take my children's money, my

8        family money, my inheritance.  I

9        support a lot of people, and so it

10       was -- I thought it necessary for me

11       to -- to do that, yeah.

12             Q.   Did you have a legal

13       defense fund related to your

14       litigation -- to this litigation

15       against CNN?

16             A.   Not specially for that, no.

17             Q.   Who's paying the legal

18       bills in this case?

19             A.   Not insurance.  As far as I

20       know, there's no insurance.  It's --

21                  It started out as purely

22       contingency fee.  And it's now almost

23       purely contingency fee.  So it's not

24       costing me, at the moment, a lot of

25       money.
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ
 2          Q.   And who's paying it?  Are
 3     you paying it?
 4          A.   I'm paying it, yeah.
 5          Q.   Do you have a litigation
 6     funder?
 7          A.   No.
 8          Q.   Do you have a fund that's
 9     providing money?
10          A.   Well, the -- some of the
11     people who contributed to the Giuffre
12     fund -- We asked them whether they
13     would allow us to defray some of the
14     expenses of this.  And I didn't do
15     this.  Rothfeld did, and the answer
16     was, yes.  So some small amounts of
17     money were paid for some of the
18     expenses in this case as well.
19          Q.   And who are the people who
20     have contributed to that fund?
21          A.   I don't remember.  I don't
22     know.  I don't think I know.  This is
23     something Alan has been doing for me as
24     a favor.
25          Q.   How much money have they
```

Alan Dershowitz
September 13, 2022

```
 1                A. DERSHOWITZ

 2      contributed to the defense of this

 3      litigation?

 4           A.   I don't know.  I don't

 5      know.

 6           Q.   Okay.  Mr. Dershowitz, I'm

 7      entitled to know this information as

 8      you -- as you well know.

 9           A.    You're just asking the

10      wrong person.

11           Q.    Well, I'm asking the only

12      person I know to ask these questions

13      of.  So we're going to have to get

14      answers to that question, either in a

15      short continued deposition or in some

16      other way.  But I am entitled to know

17      who's funding your litigation.

18           A.    I don't know the answers.

19      You won't be able to get it from me.

20      Probably you'll have to get it from the

21      person who is administering the funds.

22           Q.    How many people have paid

23      into the fund?

24           A.    I don't know.

25           Q.    Well, can you give me
```

Alan Dershowitz
September 13, 2022

```
 1                   A. DERSHOWITZ

 2        ballpark?

 3             A.    No.

 4             Q.    Can you give me five versus

 5        50?

 6             A.    No, it's not 50.

 7             Q.    Is it 20?

 8             A.    I can't -- I don't think

 9        so, but I don't know.  I don't know.  I

10        haven't been a hands-on person.  I try

11        my best to stay away from it.

12             Q.    Who did you give the money

13        that you --

14                   To whom did you give the

15        money you were paid by the RNC for

16        representing the former president?

17             A.    A range of organizations.

18        Again, I don't remember all of them,

19        but I could give you some of them.

20        Hatzalah, which is a rescue fund in

21        Israel.  Aleph which is a Chabad

22        Organization that defends people around

23        the world.  The Combined Jewish

24        Philanthropies.  I'll have to check to

25        see who else.
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ
 2          Q.    Is there any money left in
 3      the litigation fund right now?
 4          A.    Yes, but I think -- I could
 5      check, but I think it's a very small
 6      amount.
 7          Q.    What do you mean by "very
 8      small"?
 9          A.    A few thousand dollars, I
10      think, but I'm not sure.  You're asking
11      me not to guess, so I don't want to
12      guess.
13              MS. BOLGER:  I'm going to ask
14      to mark as Exhibit 63, an email that
15      was produced in this litigation Bates
16      number 60080.
17              THE WITNESS:  Mh-hm.
18      (Whereupon,  Shubauer  Email  to   Dershowitz,
19  Bates number 60080 was  marked  as  Exhibit  63  for
20  identification, as of September 13th, 2022.)
21              MS. BOLGER:  Okay.
22          Q.    This is an email dated
23      January 30th, 2020, with the subject
24      line "You disgust me."  The email is
25      from some person named Joseph Shubauer
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ

 2          who said:

 3                      "I'm disgusted by you.

 4          Harvard should be embarrassed to have

 5          you as a faculty member.  Your name

 6          will forever be marked in history as an

 7          enabler for would-be tyrants and

 8          oligarchs responsible for the U.S.

 9          Constitution.  Hope it's worth your 20

10          pieces of silver."

11                      To which you responded:

12                      "No silver, no fee."

13                      Do you see that?

14               A.     Yeah.

15               Q.     That's not true, though?

16               A.     What -- I don't even know

17          what case this was.

18               Q.     Well, it's January 30th,

19          2020.  So it's your --

20               A.     I don't think I got any --

21          I certainly didn't get a fee by that

22          point, not at all.  We were still

23          discussing it.  I didn't get any fee.

24          And whatever fee I ultimately got was

25          charity.
```

Alan Dershowitz
September 13, 2022

1                    A. DERSHOWITZ

2              Q.    Were you asking for money?

3              A.    I sent the bill, yeah.  At

4       some point, not at this point.  It was

5       later.

6              Q.    Okay.

7                    And had you always

8       understood that you would be paid for

9       representing the president?

10             A.    No.  It was always a little

11      up in the air.

12             Q.    Okay.

13                   What made you decide to

14      actually submit the bill?

15             A.    I don't -- I think my wife

16      said I should do it.  In fact, I

17      remember I had go back and reconstruct

18      the hours because I wasn't keeping

19      hours directly, at the time; and I was

20      able go back to my notes and

21      reconstruct the hours.

22             Q.    And do you remember what

23      Carolyn's reason -- Do you remember, if

24      she shared it with you, what Carolyn's

25      reasoning was for why you should go

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        back and get the fee?
 3             A.    I don't remember, no.
 4             Q.    Alan Zweibel is someone we
 5        talked about earlier, who you said is a
 6        childhood friend, right?
 7             A.    Not childhood, college.
 8             Q.    College.  Okay.
 9             A.    Yeah.
10             Q.    I feel like I'm getting so
11        old, Mr. Dershowitz, that that might
12        have been my childhood, the college
13        days.
14                  MS. BOLGER:  All right.  I'm
15        going to ask the court reporter to mark
16        as Exhibit 64, a document produced in
17        this litigation, bearing the Bates
18        number 23384.
19        (Whereupon, Dershowitz, Zweibel Email  chain,
20     Bates number 23384 was  marked  as  Exhibit  64  for
21     identification, as of September 13th, 2022.)
22                  MS. BOLGER:  And --
23                  THE WITNESS:  Yeah.
24             Q.    It's a friendly exchange,
25        but you'll see Mr. Zweibel says:
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ
2                   "The difference to me a
3         layman would not be one of everyone
4         being entitled to a defense, but the
5         right of lawyer to choose his clients.
6  (ambient noise interference)
7                   "I did an ad for you to
8         raise money for Reem's defense.  Is
9         this the one --"
10             A.    Yeah.
11             Q.    "And I agree with you about
12        Biden and Saunders, but your newest
13        client's egregious conduct and lying
14        and sexist behavior and flaunting his
15        omnipotent position, all suggest to me
16        not that he doesn't deserve a lawyer,
17        but needn't be you in this case.
18                   "I can only imagine how
19        tempting it must be, to be in the
20        incredible circle of ultimate
21        presidential power and fame, and I
22        appreciate the fact that it's nothing
23        new for you -- Sader on the Obama
24        boat -- but I wish there were someone
25        following you and whispering in your
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         ear, the dangers you face morally if

 3         you contribute to him skating free once

 4         again."

 5                    And you responded:

 6                    "My wife agrees with you,

 7         and she's not whispering; she's

 8         shouting."

 9                    What do you mean by that?

10         A.    Yeah, that's true.

11         Q.    What do you mean by that?

12         A.    My wife didn't agree.

13    She -- I told you that.  She didn't

14    want me to do it.  And she was very

15    firm about it, and then we had that

16    talk around Christmas.  This would have

17    been the next day, probably or

18    something like that.  And ultimately,

19    we made a decision to do what I did.

20         Q.    Okay.

21         A.    But she was still not happy

22    with it.  But she was -- She went along

23    with it.  She went along with it.

24         Q.    She continued to be not

25    happy with it, right?  So I'm going
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        to --

 3             A.    No, no.  She -- She loved

 4        my presentation in front of the Senate.

 5        She said she was so proud, that she

 6        thought I did a great job, that I

 7        knocked it out of the ballpark, and

 8        that I should be very proud of myself.

 9             Q.    Okay.

10             MS. BOLGER:  I'm going to ask

11        the court reporter to mark as

12        Exhibit 65, an email from Carolyn Cohen

13        to you on January 17th at 1:56 p.m.

14     (Whereupon,    Carolyn    Cohen    Email    to

15   Dershowitz,   January   17,   2021,   was   marked   as

16   Exhibit     65    for    identification,    as    of

17   September 13th, 2022.)

18             THE WITNESS:  Mh-hm.

19             Q.    You'll see she says:

20                   "What you said in this

21        interview below is not what you agreed

22        with me to say.  This is basically

23        saying you are Trump's lawyer."

24                   Do you see that?

25             A.    I do.
```

Alan Dershowitz
September 13, 2022

```
 1                  A. DERSHOWITZ

 2          Q.    Okay.

 3               Do you remember responding

 4      to that email?

 5          A.    I'm sure I responded

 6      orally.  You know, I -- It was a very

 7      difficult position to be in.  I

 8      didn't -- very complicated and very

 9      nuanced.  I didn't want to be Trump's

10      full lawyer.  I didn't want to be in

11      any way responsible for the facts of

12      the case.

13               On the other hand, I had to

14      be his lawyer to make a speech in front

15      of the Senate.  So this was a back and

16      forth.  And I probably stepped over a

17      line that I had said to Carolyn I

18      wouldn't step over, but I tried to

19      withdraw it, but this was a -- This was

20      a complex issue, yeah.

21               MS. BOLGER:  Okay.  We're

22      going to mark Exhibit 66, a document

23      produced in the litigation bearing the

24      Bates number 23994 and it's an email

25      from Ms. Cohen to you dated
```

Alan Dershowitz
September 13, 2022

1              A. DERSHOWITZ

2         January 17th, 2020?

3                   THE WITNESS:  Is this that

4         after this one?

5                   MS. BOLGER:  Yes.

6                   THE WITNESS:  Okay.  What time

7         is this one?

8                   MS. BOLGER:  5:13 and 5:15?

9                   THE WITNESS:  Yeah, I probably

10         answered in some way.

11         (Whereupon,   Carolyn   Cohen   Email   to

12    Dershowitz, Bates number  23994,  January  17,  2020

13    was marked as Exhibit 66 for identification,  as  of

14    September 13th, 2022.)

15                   THE WITNESS:  Thank you.

16                   MS. BOLGER:  Okay.

17              Q.   Mr. Dershowitz, the bottom

18         email, which is the first email sent at

19         5:13 read:

20                   "CNN just said Dershowitz

21         says he's not a member of the defense

22         team, but that's semantics since he

23         will be testifying on the Senate floor.

24                   "Please say it's not just a

25         matter of semantics, and that it's a

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2         very important distinction.  Shoe on

 3         other foot.  Thanks."

 4              A.    Yeah.

 5              Q.    And she follows up

 6         two minutes later:

 7                    "You think there's a gross

 8         injustice.  You are not a hired gun who

 9         is paid to defend his client regardless

10         of what you think."

11                    Do you see that?

12              A.    Yes.

13              Q.    And that's her telling you

14         what she would like you to say, right?

15              A.    That's right.

16              Q.    Okay.

17                    And did you do that?

18              A.    What?

19              Q.    Did you do that?

20              A.    Did I do what?

21              Q.    What she asked you to do?

22              A.    I tried my best.  It

23         never -- Yeah, I did do it, mostly.

24              Q.    It was a source of

25         contention between the two of you?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2              A.    I wouldn't say a source of

 3         contention.  It was a source of

 4         negotiation and dialogue.

 5              Q.    Okay.

 6                    THE WITNESS:  I'm going to ask

 7         that the court reporter mark as

 8         Exhibit 67, an email from Ms. Cohen to

 9         Mr. Dershowitz given the Bates number

10         26097, dated January 25th, 2020.

11        (Whereupon, Cohen Email  to  Dershowitz,  Bates

12   number  26097,  January  25,  2020  was  marked  as

13   Exhibit   67   for   identification,   as   of

14   September 13th, 2022.)

15              Q.    Just take a look at that.

16              A.    Okay.

17              Q.    And that's an email from

18         Ms. Cohen to you that says, "Two of

19         three facts are untrue."  Do you have

20         any memory of this email?

21              A.    What is this from?  I don't

22         know what this is from.

23              Q.    It is an email from your

24         wife to you.

25              A.    I know but this text is not
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2         written by my wife.  I don't know where

 3         this comes from.  It's utterly strange

 4         to me.  I have no idea.

 5              Q.    Do you remember any

 6         conversations about it?

 7              A.    No.  I never had any

 8         conversations about this, no.

 9              Q.    Okay.

10              MS. BOLGER:  I'm going to ask

11         you -- This will be my penultimate

12         document.

13              THE WITNESS:  Yeah.

14              MS. BOLGER:  Which is

15         Exhibit 68.  It's an email exchange

16         between Ella Dershowitz, Alan

17         Dershowitz, Carolyn Cohen, and it

18         attaches an email from Jamin

19         Dershowitz.  It's your family, and it

20         bears the Bates number 025340, and this

21         will be Exhibit 68?

22              THE WITNESS:  How will you be;

23         able to get these taxes to me?

24         (Whereupon, Family Email, Bates  number  125040

25    was marked as Exhibit 68 for identification,  as  of
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ

 2  September 13th, 2022.)

 3              THE WITNESS:  Oh, okay.  I got

 4       this.

 5              Q.   All right.  So, this is an

 6       email -- I wanted to look at Jamin's

 7       email.  So, Jamin is responding to your

 8       email, forwarding the rough draft of

 9       your speech on the floor of the Senate;

10       do you see that?

11              A.   Yeah.

12              Q.   Okay.

13              And Jamin's response is:

14              "Is it really true that you

15       considered writing a book against

16       impeaching Hillary in the summer of

17       2016?  That seems far-fetched to me.  I

18       don't recall any serious conversation

19       back then about impeachment, and it

20       could easily be used to discredit what

21       is otherwise a solid legal argument.

22              "Didn't you first talk

23       about writing a book about Hillary

24       after you started writing a book about

25       Trump as part of the shoe argument?
```

Alan Dershowitz
September 13, 2022

```
 1                      A. DERSHOWITZ
 2          Precision and attention to detail are
 3          crucial to credibility."
 4                      Do you see that?
 5               A.    Yeah.
 6               Q.    Okay.
 7                      Do you agree with that?
 8               A.    No.  Well, I agree that he
 9          did it in a loving way, but he's just
10          wrong about -- "I don't recall any
11          serious conversation back then about
12          impeachment."  There was very serious
13          conversation.  If you go back in the
14          record, you'll see, a number of
15          Republican leaders talked about
16          impeaching Hillary, and I did talk to
17          my publisher about it.
18                      In fact, my recollection is
19          my publisher did a mock book cover
20          based on The Case Against Impeaching
21          Hillary Clinton so --
22               Q.    There there's --
23               A.    But I didn't -- I don't
24          discuss everything with my children,
25          obviously.  You'll notice that in some
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          of my books, I dedicate them only to my

3          wife, some to my wife and my older son,

4          sometimes my younger son when he has

5          input, but sometimes he doesn't have

6          any input, like he did in this case.

7               Q.    Third paragraph, actually

8          he does have some input:

9                    "Please also consider my

10         thoughts about not just claiming that

11         you are a liberal, but it making clear

12         with specific, strong disagreements

13         with the sitting president.

14         Immigration is the most obvious example

15         because of how fundamental it is to

16         what you are trying to protect -- not

17         the status quo, like Trump -- but the

18         health of our evolving, diverse

19         democracy."

20              A.    I agree with that.

21              Q.    "You have never been afraid

22         of pissing off those in power, even

23         your own clients when there are bigger

24         issues at stake.  And I think it would

25         go a long way toward re-establishing
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2          your credibility with people of good

3          will who used to look to you to always

4          support the underdog and persecuted --

5          children at the Border, your

6          grandfather -- with more than just lip

7          service while also admiring your

8          broader career.

9                    "I think some of those

10         people are confused and others

11         concerned, and this could be a prime

12         opportunity to remind them of your

13         courage and to establish once and for

14         all, in front of the world, that unlike

15         the rest of Trump's defenders -- some

16         would say 'apologists' -- you are not

17         worried about his approval or your next

18         appointment."

19                    Do you see that?

20              A.    Yeah.  And that's true and

21         I did it, and got banned from the --

22         What's the name of that show on Fox

23         that has a guy with two first names?

24         The 8:00 guy on Fox.

25              Q.    Tucker Carlson?
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2          A.    Tucker Carlson, who banned
 3     any because I talked to immigration.
 4          Q.    Two first names was very
 5     funny, Mr. Dershowitz.
 6          A.    I attacked him and I
 7     attacked Trump -- you can get the video
 8     tape.  And he banned me after that.  So
 9     I listened to my son.
10          Q.    But you did not make the
11     changes he requested to the speech
12     correct?
13          A.    To what?
14          Q.    You did not make those
15     changes that he requested to the
16     speech, correct?
17          A.    He didn't -- What speech?
18          Q.    He's sending you an email,
19     commenting on the speech you're about
20     to give on the floor of the Senate.
21          A.    I don't -- Wait a second,
22     where does he say that?
23          Q.    Well, if you --
24          A.    List of typos you need
25     there have.
```

Alan Dershowitz
September 13, 2022

```
 1              A. DERSHOWITZ
 2         Q.    -- flip to the next page?
 3         A.    Oh, okay.  I didn't realize
 4      that.
 5         Q.    Yeah.  You didn't make
 6      those changes.
 7         A.    This was a very early -- I
 8      did.  I mean, I said -- I said in the
 9      speech:  I don't agree with his
10      policies on A, B, C, and I mentioned
11      immigration specifically.  I did add
12      that.
13              MS. BOLGER:  I'm going to add
14      one final document, which is 69, and it
15      bears the Bates number 26564 and it's
16      an email from Jamin Dershowitz to you.
17      (Whereupon,  Jamin  Dershowitz  Email  to  Alan
18  Dershowitz,  Bates  number  26564  was  marked   as
19  Exhibit   69   for   identification,   as   of
20  September 13th, 2022.)
21         Q.    And it reads, "From a very
22      quick look, none of my changes were
23      made," and then it goes on from there.
24         A.    But I made them afterward.
25      You could see in the speech that I did
```

Alan Dershowitz
September 13, 2022

```
1              A. DERSHOWITZ

2       add about immigration, about

3       disagreement with his policies.  He

4       thought I should have had more.  I

5       didn't think it was appropriate to have

6       more in a speech in the Senate, which

7       was about impeachment.  But life's full

8       of compromises.

9            Q.    Okay.

10              MS. BOLGER:  You have to take

11      your call?

12              THE WITNESS:  I do.

13              MS. BOLGER:  So, will it be a

14      long call?

15            A.    It'll be 15, 10 or

16      15 minutes, so can we finish.

17              MS. BOLGER:  I think we're

18      almost out of time.  But can we --

19      would you mind if we come back just to

20      close the record?

21              THE WITNESS:  Okay.  What --

22      How much time do we have left?

23              MS. BOLGER:  None.  I'm done.

24      But I want to just come back and go off

25      the record.  I'm not going to lie to
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ
 2        you.  I just want to come back and go
 3        off the record.
 4                    THE WITNESS:  Can't we do
 5        that?  My call hasn't come in yet,
 6        so -- Wait a minute.
 7                    Hello?
 8                    Let's wait.  Let's do what we
 9        have to do now.  When the call comes,
10        in I can tell him to hold for one
11        second.  Just go -- Do whatever you
12        need to do.
13                    MS. BOLGER:  Okay.  All right.
14        Marking this 69, but we could do it
15        afterwards.
16                    Let's go off the record.
17                    THE VIDEOGRAPHER:  Going off
18        the record the time is 6:44.
19        (Whereupon, a short recess was taken.)
20                    THE VIDEOGRAPHER:  We're back
21        on the record.  The time is 6:45.
22    BY MS. BOLGER:
23              Q.    Have you ever had any
24        Chris -- conversations with Chris Cuomo
25        or his representatives about this
```

Alan Dershowitz
September 13, 2022

```
 1                    A. DERSHOWITZ

 2        lawsuit?

 3             A.    Yes.

 4             Q.    What are those

 5        conversations?

 6             A.    I talked to him when he got

 7        fired.  I talked to his wife.  I told

 8        him I thought he was treated unfairly

 9        and that what Don Lemon had done was

10        much, much, much worse than what he was

11        accused of doing.  Don Lemon, my

12        understanding is, he gave advice to

13        that guy who made up a story about

14        being attacked, and he was a close

15        friend, and he was on the show and

16        never disclosed their relationship.

17                  And I thought that

18        everybody knew the Cuomo relationship,

19        so I thought he was treated unfairly,

20        and he sympathized with me.

21             Q.    What -- Did he -- Did you

22        discuss the substance of this lawsuit?

23             A.    Not really the substance.

24        He said that he's in litigation now or

25        negotiation, and he doesn't -- He'll
```

Alan Dershowitz
September 13, 2022

```
1                    A. DERSHOWITZ

2        have a lot to say to me at the right

3        time, but not right then.

4              Q.    Okay.

5                    Did he give you any

6        information to CNN or this lawsuit?

7              A.    Not for this lawsuit, no.

8              Q.    Okay.

9              MS. BOLGER:  Then finally, I

10       want to mark as Exhibit 70.

11             THE WITNESS:  Hello.  Okay.

12       Continue.

13             MS. BOLGER:  Okay.  We

14       shouldn't do that, but I just want to

15       know what this is --

16             A.    Please.

17             Q.    My last question.

18             MS. BOLGER:  I want to mark as

19       Exhibit 70 this police report from

20       Miami Beach.

21       (Whereupon,  Police  report  Miami  Beach   was

22   marked as  Exhibit  70  for  identification,  as  of

23   September 13th, 2022.)

24             Q.    I have no idea what this

25       is, Mr. Dershowitz.
```

Alan Dershowitz
September 13, 2022

```
 1                        A. DERSHOWITZ

 2              A.    Okay, yeah.  I know what it

 3         is.  So my wife was having a fight with

 4         a woman named Wendy Dawson about who

 5         should be on the board of our condo.

 6         And Dawson made some statement and --

 7         that I -- that I would look at pretty

 8         women on the beach, or something like

 9         that.  And my wife got furious at her,

10         and I -- She claims I said to her,

11         "Don't ever talk like that to my wife,"

12         and -- But I didn't talk to her.  I

13         only spoke to her in front of other

14         people, but she made a complaint to the

15         police.  The police dismissed her

16         complaint and never went -- It never

17         went further.  This -- You got this

18         from David Boies obviously.

19              Q.    I got it from an exhibit.

20         I got it from an exhibit.

21              A.    I'm not asking you.

22              Q.    I got it from you,

23         actually, as part of the deposition

24         transcript.

25                    (Simultaneous speaking.)
```

Alan Dershowitz
September 13, 2022

1

2          A.    I can't imagine. I don't

3     know what my lawyers.

4          Q.    All right.  Well, that is

5     the end of the deposition.  I have no

6     further questions.

7          A.    Thank you.

8          Q.    But subject to reopening

9     about the tax returns because we need

10    to understand what that is.

11          THE VIDEOGRAPHER:  This

12    concludes today's deposition.  The time

13    is 6:48 p.m.

14

15                -o0o-

16    (Whereupon,   the   examination   of   ALAN

17  DERSHOWITZ was concluded at 6:48 p.m.)

18

19

20          _____

21             ALAN DERSHOWITZ

22

23

24

25

```
1                    C E R T I F I C A T E

2                    I, AMBRIA IANAZZI, a Registered

3    Professional Reporter, Certified Realtime

4    Reporter, New York Association Certified Reporter,

5    New York Realtime Certified Reporter, Certified

6    Shorthand Reporter and Notary Public in New York

7    do hereby certify:

8                    That ALAN DERSHOWITZ whose

9    examination is hereinbefore set forth, was duly

10   sworn, and that such examination is a true record

11   of the testimony given by ALAN DERSHOWITZ.

12                    I further certify that I am not

13   related to any of the parties to this action by

14   blood or marriage; and that I am in no way

15   interested in the outcome of this matter.

16

17           In  witness  whereof,  I have hereunto

18   set my hand this 20th day of September, 2022.

19

20

21   _____

22           AMBRIA IANAZZI, RPR, CRR, CSR

23

24

25
```

```
 1   Errata Sheet

 2

 3   NAME OF CASE: ALAN DERSHOWITZ, vs CABLE NEWS NETWORK, INC.,

 4   DATE OF DEPOSITION: 09/13/2022

 5   NAME OF WITNESS: Alan  Dershowitz

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                              _____
```

Alan Dershowitz
September 13, 2022

```
1   Errata Sheet

2

3   NAME OF CASE: ALAN DERSHOWITZ, vs CABLE NEWS NETWORK, INC.,

4   DATE OF DEPOSITION: 09/13/2022

5   NAME OF WITNESS: Alan  Dershowitz

6   Reason Codes:

7       1. To clarify the record.

8       2. To conform to the facts.

9       3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                         _____
```

Alan Dershowitz
September 13, 2022

---

**Exhibits**

**EX 0001 Alan Dershowitz 09 1322**
  3:4 58:14
**EX 0002 Alan Dershowitz 09 1322**
  3:9 60:25
  426:15,16
**EX 0003 Alan Dershowitz 09 1322**
  3:14 62:15
**EX 0004 Alan Dershowitz 09 1322**
  3:19 69:5
**EX 0005 Alan Dershowitz 09 1322**
  4:4 76:5
**EX 0006 Alan Dershowitz 09 1322**
  4:7 80:10
**EX 0007 Alan Dershowitz 09 1322**
  4:12 82:25
**EX 0008 Alan Dershowitz 09 1322**
  4:17 85:5
**EX 0009 Alan Dershowitz 09 1322**
  5:4 90:2
  96:4
**EX 0010 Alan Dershowitz 09 1322**
  5:9 95:4,11
  96:5 101:11

**EX 0011 Alan Dershowitz 09 1322**
  5:12 102:6
**EX 0012 Alan Dershowitz 09 1322**
  5:17 131:17
  132:22
**EX 0013 Alan Dershowitz 09 1322**
  6:4 137:21
**EX 0014 Alan Dershowitz 09 1322**
  6:8 145:15
**EX 0015 Alan Dershowitz 09 1322**
  6:12 148:24
  149:10
**EX 0016 Alan Dershowitz 09 1322**
  6:17 160:25
**EX 0017 Alan Dershowitz 09 1322**
  7:4 164:20
**EX 0018 Alan Dershowitz 09 1322**
  7:9 170:23
  172:12
**EX 0019 Alan Dershowitz 09 1322**
  7:13 178:16
  179:3
**EX 0020 Alan Dershowitz 09 1322**
  7:16 191:5
**EX 0021 Alan Dershowitz 09 1322**
  8:4 195:5

**EX 0022 Alan Dershowitz 09 1322**
  8:9 201:7
**EX 0023 Alan Dershowitz 09 1322**
  8:13 203:14
**EX 0024 Alan Dershowitz 09 1322**
  8:19 207:2
**EX 0025 Alan Dershowitz 09 1322**
  9:4 213:4
  214:4
**EX 0026 Alan Dershowitz 09 1322**
  9:8 226:16,
  20 227:6,8,
  11
**EX 0027 Alan Dershowitz 09 1322**
  9:11 233:5,9
**EX 0028 Alan Dershowitz 09 1322**
  9:14 255:6
  256:4
**EX 0029 Alan Dershowitz 09 1322**
  9:18 278:7
**EX 0030 Alan Dershowitz 09 1322**
  9:21 281:24
**EX 0031 Alan Dershowitz 09 1322**
  10:4 285:22
**EX 0032 Alan Dershowitz 09 1322**
  10:9 297:4

**EX 0033 Alan Dershowitz 09 1322**
  10:13 301:19
  303:9 425:6
**EX 0034 Alan Dershowitz 09 1322**
  10:19 322:19
  324:5
**EX 0035 Alan Dershowitz 09 1322**
  11:4 332:6,
  13
**EX 0036 Alan Dershowitz 09 1322**
  11:10 335:18
**EX 0037 Alan Dershowitz 09 1322**
  11:17 343:12
**EX 0038 Alan Dershowitz 09 1322**
  12:4 343:9
  348:6 351:2
**EX 0039 Alan Dershowitz 09 1322**
  12:9 360:22
**EX 0040 Alan Dershowitz 09 1322**
  12:14 372:17
  373:6
**EX 0041 Alan Dershowitz 09 1322**
  12:17 393:25
**EX 0042 Alan Dershowitz 09 1322**
  12:21 411:17

---

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| **EX 0043 Alan Dershowitz 09 1322**<br>  13:4 425:23 482:18 | **EX 0053 Alan Dershowitz 09 1322**<br>  15:9 537:21, 24 538:3 | **EX 0063 Alan Dershowitz 09 1322**<br>  17:12 566:14 | **$1600**<br>  359:7 |
| **EX 0044 Alan Dershowitz 09 1322**<br>  13:8 445:19 446:7 447:7 | **EX 0054 Alan Dershowitz 09 1322**<br>  15:15 546:3, 5 | **EX 0064 Alan Dershowitz 09 1322**<br>  17:16 569:16 | **$2,000**<br>  360:4,10 |

**EX 0043 Alan Dershowitz 09 1322**
  13:4 425:23 482:18

**EX 0044 Alan Dershowitz 09 1322**
  13:8 445:19 446:7 447:7

**EX 0045 Alan Dershowitz 09 1322**
  13:14 448:22

**EX 0046 Alan Dershowitz 09 1322**
  13:19

**EX 0047 Alan Dershowitz 09 1322**
  13:21 413:18 481:13 491:5

**EX 0048 Alan Dershowitz 09 1322**
  14:4 497:9

**EX 0049 Alan Dershowitz 09 1322**
  14:9 501:23

**EX 0050 Alan Dershowitz 09 1322**
  14:14 507:16

**EX 0051 Alan Dershowitz 09 1322**
  14:19 518:4 519:8,13

**EX 0052 Alan Dershowitz 09 1322**
  15:4 535:12 536:6

**EX 0053 Alan Dershowitz 09 1322**
  15:9 537:21, 24 538:3

**EX 0054 Alan Dershowitz 09 1322**
  15:15 546:3, 5

**EX 0055 Alan Dershowitz 09 1322**
  15:19 547:4

**EX 0056 Alan Dershowitz 09 1322**
  16:4 549:7, 17 550:4

**EX 0057 Alan Dershowitz 09 1322**
  16:7 551:8

**EX 0058 Alan Dershowitz 09 1322**
  16:12 552:21 553:18

**EX 0059 Alan Dershowitz 09 1322**
  16:17

**EX 0060 Alan Dershowitz 09 1322**
  17:3 554:21

**EX 0061 Alan Dershowitz 09 1322**
  17:6 556:17

**EX 0062 Alan Dershowitz 09 1322**
  17:9 558:18, 20

**EX 0063 Alan Dershowitz 09 1322**
  17:12 566:14

**EX 0064 Alan Dershowitz 09 1322**
  17:16 569:16

**EX 0065 Alan Dershowitz 09 1322**
  17:20 572:12

**EX 0066 Alan Dershowitz 09 1322**
  18:4 573:22 574:13

**EX 0067 Alan Dershowitz 09 1322**
  18:9 576:8

**EX 0068 Alan Dershowitz 09 1322**
  18:14 577:15,21,25

**EX 0069 Alan Dershowitz 09 1322**
  18:17

**EX 0070 Alan Dershowitz 09 1322**
  18:22 587:10,19

---

**$**

**$1**
  386:21
**$100,000**
  557:12
**$12,512,500.96**
  552:12
**$1500**
  359:7

**$1600**
  359:7
**$2,000**
  360:4,10
**$200,000**
  359:12,22
**$250,000**
  359:14
**$3**
  547:24
**$3,567,327**
  554:25
**$3,869,401**
  555:14,20
**$3,981,941**
  553:24
**$300**
  271:9 272:16 477:19 515:11
**$4,126,138**
  556:15
**$4,382,582**
  547:15
**$5,170,025**
  546:20
**$5,915,000.63**
  552:9
**$52,000**
  545:8
**$6,597,533**
  550:20
**$7,689,148**
  561:22
**$9,500,000**
  545:6
**$9,552,607**
  547:18

---

**-**

**-34**
  534:4
**-49**
  533:25

Alan Dershowitz
September 13, 2022

-o0o-
589:15

_____

0

0
22:2,9
001049
521:15
00149
532:14
00150
521:21
016359
237:19
020CV61872
23:16
025340
577:20
059098
104:10

_____

1

1
58:14,20
76:9 294:2
533:24
1,000
473:14
1-inch
97:15
1/12/2021
528:16
1/29/2020
538:16
10
62:21 65:23
95:4,11,23
96:5 101:11
507:24
584:15
10,000
473:14,20
474:9

10-
533:25
100
390:23
1034
533:20,22
534:2
1040
546:5
1042
533:25
1051
533:25
106
116:21
394:22
1065
491:8,14
492:13
107
395:2,3
404:15
10:01
23:3
10th
62:19 507:18
11
60:13 64:23
102:6 103:5,
8 149:6
398:25
474:12 498:2
11/22
233:19
11/22/2020
233:17,22
11020s
554:21
111
399:7
112
397:24
1120S
547:9 556:12
115
430:13

11:20
122:3
11:30
502:25
503:14
11:35
122:6
11th
149:2 483:14
528:17,18
529:14
12
131:17
132:22 133:5
474:12
502:11
125040
577:24
1251
23:18
1270
131:19
12704
132:22 133:4
12:07
453:19
12:12
172:5
12:16
172:9
12:45
216:8
12:47
216:11
12th
502:8,25
503:14,23
505:11 532:3
13
137:21,25
430:10,15
474:12
13th
23:4 58:21
61:8 62:23
69:12 76:11
80:24 83:12

89:10 90:10
95:24 103:9
133:6 138:2
145:13 149:7
161:10 165:6
171:5 178:19
191:12
195:14
201:15
203:22 207:9
214:12 227:9
233:10
256:11 279:2
282:14 286:5
297:15
303:10
324:11
332:14 336:7
343:13
351:15
361:11 373:4
394:8 413:21
425:21 430:7
447:5 449:9
482:4 491:9
497:16
502:14 508:2
519:14
535:24
537:25
546:10 547:8
549:10
551:18
554:11 555:5
556:10
558:21
566:20
569:21
572:17
574:14
576:14 578:2
583:20
587:23
14
145:12,15
474:12
14th
25:3 420:19

Alan Dershowitz
September 13, 2022

**15**
  30:2 148:24
  149:6,10
  251:3 262:11
  430:9,15,16
  474:13
  584:15,16
**157**
  487:13,14
**15th**
  164:23
**16**
  59:16 160:25
  161:9 474:13
**16825**
  23:23
**17**
  47:11 164:20
  165:5 474:13
  572:15
  574:12
**17748**
  137:23,25
**17th**
  74:17 151:3
  188:22
  572:13 574:2
**18**
  170:23 171:4
  172:12 189:2
  285:18
  474:13
**18119**
  186:18
**18120**
  189:2,3
**18122**
  189:3
**18819**
  187:22
**18th**
  188:17,22
  189:6 319:9
  325:23
  326:16,17
  328:14

**19**
  61:17,19
  83:10
  178:16,18
  179:3 198:7
  285:15,18
  303:8 474:13
  539:17
  554:16
**19-**
  123:7
**1919**
  188:22 222:7
**1950s**
  247:18
  248:21
**1981**
  179:23
**1990**
  68:17
**1998**
  127:21
**19th**
  83:7 302:6
  319:9 328:15
  330:13
**1:53**
  306:6
**1:56**
  245:6 572:13
**1st**
  76:6 77:3
  522:13
  527:17

---

**2**

**2**
  60:25 61:7
  294:6 297:25
  426:15,16
  513:18
**20**
  30:3 191:5,
  11 253:2
  285:15,17
  474:13 496:7

  498:12
  535:25
  539:18
  556:16 565:7
  567:9
**2000**
  159:2 267:20
**2014**
  48:8
**2015**
  51:24
**2016**
  123:19
  578:17
**2017**
  122:9 123:7
  256:17
  544:23
  546:5,8
  547:5
**2018**
  76:6,10
  77:3,4 134:6
  145:12,17
  149:2,6
  154:21
  156:13,22
  157:22
  161:6,8
  164:23
  195:9,12
  201:10,14
  203:17,21
  204:21
  206:16
  207:5,7
  210:18
  212:24
  214:3,11
  215:2,7
  216:20
  227:16 228:3
  236:21 237:6
  252:16,21
  256:17
  284:14,23
  285:11,24
  286:3 549:7,

  8,21 550:24
  551:10,16
  552:11
**2019**
  48:13 68:7
  69:9,11
  74:17 75:18
  80:13,22
  83:8,10
  85:10 89:8
  188:17 189:7
  279:10 289:6
  537:14,15
  538:12 540:9
  553:18
  554:8,17,22
  555:2
  561:17,20
**2020**
  90:3,8 91:22
  212:10,24
  222:17 245:4
  267:25
  279:10
  283:12 323:2
  324:10
  332:9,13
  335:23 336:6
  343:12
  345:18
  356:18
  360:13
  361:5,9
  470:3 486:2,
  6 497:14
  507:18,24
  533:24
  537:23
  555:9,20,22,
  23 556:7,13,
  17 566:23
  567:19
  574:2,12
  576:10,12
**2021**
  502:12
  529:16 532:4
  555:25

572:15
**2022**
  23:4 58:16,
  19,21 59:4
  61:4,6,8
  62:21,23
  69:12 76:11
  80:24 83:12
  89:10 90:10
  95:24 103:9
  133:6 138:2
  145:13 149:7
  161:10 165:6
  171:5 178:19
  191:12
  195:14
  201:15
  203:22 207:9
  214:12 227:9
  233:10
  256:11 279:2
  282:17 286:5
  297:15 302:6
  303:9,10
  324:11
  332:14 336:7
  343:13
  351:15
  360:12
  361:11 373:4
  394:8 413:21
  425:21 447:5
  449:9 482:4
  491:9 497:16
  502:14 508:2
  519:14
  535:24
  537:25
  546:10 547:8
  549:10
  551:18
  554:11 555:5
  556:10
  558:21
  566:20
  569:21
  572:17
  574:14
  576:14 578:2

583:20
587:23
**20th**
  134:6 482:22
**21**
  195:5,13
  256:6 360:22
  361:8 364:14
  474:13
**22**
  201:7,14
  343:11
  460:16,19,21
  462:10,11
  474:13
  546:19
**22nd**
  59:3 344:3
  345:18
**23**
  203:14,21
  474:13
**23383**
  171:2,4
**23384**
  569:18,20
**23994**
  573:24
  574:12
**23rd**
  222:16
**24**
  207:2,8
  286:3
  364:13,15
  474:13 498:2
**24th**
  285:24
**25**
  213:4 214:4,
  11 576:12
**25th**
  321:6,16
  576:10
**26**
  145:12
  226:16,20

227:6,8,11
**26097**
  576:10,12
**26564**
  583:15,18
**26th**
  145:17
**27**
  195:9,12
  233:5,9
  332:12
**27th**
  291:10
  332:9,25
  335:10
  376:10 456:2
  537:14
  538:11
**28**
  255:6 256:4,
  6,10
**28th**
  354:20
  356:18
**29**
  89:8 278:7,
  22,25 324:10
  336:6 361:9
  366:16 367:5
  442:5 537:23
**29th**
  85:9 267:25
  290:6,15,19,
  24 291:11
  323:2 327:23
  335:22
  337:25
  340:14 341:4
  351:9 361:5
  373:18,22,25
  374:8 384:24
  431:3 434:8
  435:8 440:20
  538:21,24
**2:00**
  478:8
**2:10**

411:24
**2:14**
  414:14
**2:18**
  415:18
**2:19**
  416:17
**2:23**
  417:22
  418:16
**2:29**
  421:2
**2:30**
  423:2
**2:35**
  306:9
**2:36**
  421:10
**2:37**
  421:22
**2:40**
  423:7
**2:49**
  434:7
**2:59**
  429:24 430:5
  431:2

---

**3**

**3**
  62:15,22
  201:14
  204:21 294:9
**3,000**
  555:11
**3,869,000**
  555:10
**30**
  281:24
  282:16
**300**
  380:7
**30th**
  215:2,7,14
  216:19

Alan Dershowitz
September 13, 2022

453:18 458:7
463:23 465:6
485:25 486:6
520:19,22
521:23
566:23
567:18
**31**
285:22 286:4
497:14
**31st**
245:4 470:3
496:3 497:24
**32**
295:22,25
297:4,12,14
**33**
301:19 303:9
425:6
**34**
322:19
324:5,10
460:15
**347**
59:14,15
**349**
60:7,13
**35**
320:9 332:6,
13 366:19
367:5
**359**
237:20
**36**
34:14 335:18
336:6
**360**
152:10
**3606**
80:13,22
**3613**
100:4
**37**
206:12
343:9,12
**38**
343:9 348:6

351:2,14
**39**
360:22
361:10
**3:10**
503:24
**3:20**
364:5
**3:28**
364:8
**3rd**
201:10

———————

**4**

**4**
69:5,11
80:22 207:7
**40**
34:13 372:17
373:3,6
**41**
393:25 394:7
**412**
240:2
**42**
411:17
413:18,20
**43**
425:7,20,23
429:20
482:18
**44**
445:19 446:7
447:4,7
**442**
61:11
**45**
288:3,16
448:22 449:8
**45495**
502:12,24
**46**
481:13
482:3,19
**47**
413:18

481:13
491:5,8
**48**
497:9,15
**49**
501:23
502:13
**4:00**
436:20
437:2,11
**4:04**
442:5
**4:22**
427:2
**4:27**
448:3
**4:30**
435:9
**4:37**
448:6
**4th**
80:13 207:5
228:3

———————

**5**

**5**
58:19 76:5,
10 90:8
182:13
460:21
**50**
32:21 108:23
237:15
254:21
334:22
461:19
507:16,25
565:5,6
**500**
473:14
**50s**
198:16
**51**
518:4 519:8,
13 532:10

**52**
535:12,23
536:6
**53**
537:21,24
538:3
**54**
546:3,5,9
**54118**
90:8,20
**547**
63:2,3
**55**
430:13
532:13
547:4,7
**55334**
533:3
**55822**
233:18
**55834**
531:17
532:12
**56**
549:7,9,17
550:4
**57**
551:8,17
**57853**
216:14
**57854**
217:25
**57864**
213:23
**57906**
183:11,19,23
**57915**
236:12,17
**57918**
182:12
**579185**
236:16
**58**
552:21
553:18
554:10

Alan Dershowitz
September 13, 2022

**58027**
285:25 286:3
**58048**
228:4
**58984**
558:20
559:11
**59**
555:4
**59098**
103:7,13
**59099**
105:5
**59101**
106:18
116:19
**59102**
116:19
**59106**
116:18
**59721**
222:18
**59810**
351:20
**59818**
352:23
**59834**
355:2
**5:01**
482:6
**5:13**
574:8,19
**5:15**
574:8
**5:19**
482:9
**5:47**
519:23
**5:50**
520:2
**5th**
58:16 76:23
91:22 427:2

---
**6**
---
**6**
69:11 80:10,
23 462:10,
11,21 545:8
**60**
554:21 556:9
**60080**
566:16,19
**60336**
497:14,19
**60412**
239:25
**60639**
282:16,22
**60976**
243:4
**61**
555:7 556:17
**62**
558:18,20
**621**
64:17,23,25
**63**
206:13
566:14,19
**64**
569:16,20
**65**
572:12,16
**66**
573:22
574:13
**67**
576:8,13
**68**
577:15,21,25
**69**
583:14,19
585:14
**690**
243:18
**6:00**
412:4

**6:01**
440:20
**6:30**
493:9
**6:33**
412:2,11
444:23 445:9
**6:44**
585:18
**6:45**
585:21
**6:48**
589:13,17
**6th**
69:9

---
**7**
---
**7**
61:6 82:25
83:11 203:21
460:15,16
462:21,22
**7.2**
462:19
**70**
587:10,19,22
**750th**
492:7
**76-year-old**
106:8
**77060**
23:24
**7:00**
536:2
**7:14**
364:25
**7th**
61:4 203:17
204:22
236:20

---
**8**
---
**8**
85:5 89:9

**161:8**
**80**
102:16
**81**
106:9
**83**
176:3
**835**
366:18
**84**
323:24
**8:00**
504:3 581:24
**8:40**
335:23
340:17 341:4
**8:53**
323:2
**8th**
89:3 161:6

---
**9**
---
**9**
90:2,9 96:4
**90**
323:24
470:19,24
**90-year-old**
323:20
**900**
23:23
**92nd**
68:3,14
69:7,10
73:14,15
74:4 82:9
**935**
367:3
**9:00**
498:6
538:17,22
**9:23**
188:20 189:7
**9th**
89:3

Alan Dershowitz
September 13, 2022

**A**

**A-L-A-N**
  24:20
**a.m.**
  23:3 323:2
  335:23
  498:2,6
  503:2,14
  538:17,22
**ABC**
  416:2
**ability**
  33:23 65:18
  139:20
**able**
  120:3 130:24
  219:25 249:6
  252:4 273:6,
  10 511:23
  564:19
  568:20
  577:23
**abortion**
  229:23
**abounding**
  391:8
**above**
  156:9,16,24
  157:7 215:6
  367:20 414:4
  484:13
  499:9,16
  522:25 523:5
**Abraham**
  168:15
  225:14
  226:11 265:2
  369:8 387:24
**absent**
  466:9
**absolute**
  479:13
**absolutely**
  107:6 117:20
  164:5 185:5

  206:19
  235:20,21
  279:23 289:2
  346:11
  488:18
**abstract**
  377:16
  389:21,22
  390:13
**absurd**
  189:18
  337:6,20
  401:22 402:2
  422:4 427:11
  453:14 454:7
  463:5
**absurdity,'**
  438:15
**abuse**
  126:22
  313:8,13
  325:21
  326:21
  332:17 335:6
  339:24 386:3
  431:14 454:9
  466:9 470:9,
  13
**abuses**
  427:8
**Abusive**
  325:12
**academia**
  33:14 72:24
  165:23
  474:24
**academic**
  34:8 49:11,
  12 53:2
  54:11 55:22
  107:19 130:9
  257:11,14
  331:10,11,13
  334:18
**academics**
  72:21 73:2,
  10 158:21
  163:10 339:3

  461:17
**Academy**
  149:23
**accept**
  45:17 473:6
**acceptance**
  339:17,22
  389:16
**accepted**
  51:20
  126:11,15
  338:23
**accepts**
  337:5
**Accords**
  225:11,14
  226:11 265:2
  369:8
**account**
  307:17,22
**accountable**
  111:3
**accountant**
  549:25
  552:14,17
**accounting**
  549:12,14
  553:7
**accurate**
  32:20 57:14
  95:20 289:3
  299:6 394:18
  428:17
  435:24
  441:4,6,7
  465:15
  467:16
  468:10 525:3
  548:19
  550:23
**accurately**
  298:3 487:9
  488:19
**accusation**
  63:24 66:2,
  21 93:10,13
  105:6 106:5,

  7 465:19
  504:10
**accusations**
  60:10,16
  64:4 78:18
  79:11 104:20
  558:11
**accuse**
  66:4 119:7
  166:25 358:6
**accused**
  54:4 57:16
  74:6 76:22
  99:24 294:9
  300:10,15
  332:8 465:16
  522:22
  586:11
**accuses**
  119:12
**Acela**
  478:9
**achieve**
  467:7
**acknowledged**
  455:21
**ACLU**
  156:4 253:24
**acquaintance**
  182:8
**acquaintances**
  71:22 178:17
  232:9
**acquit**
  336:23
**acquittal**
  345:12
**across**
  310:24
**act**
  43:17 170:5
  389:3,4,5,8
  390:21
  392:15,20,21
  408:13 409:8
**acting**
  306:21

Alan Dershowitz
September 13, 2022

458:13
459:16
467:15
483:10
**action**
24:2 423:12
**actions**
218:7 355:16
467:25
**actor**
314:19
**acts**
91:4 313:12,
13
**actual**
211:11
248:21 313:4
344:24
394:10
**ad**
352:15 570:7
**Adam**
137:24
138:17,21,22
139:3 144:15
431:18
**Adams**
45:23 168:11
169:9,17,20
170:4 173:19
**adapt**
360:7
**add**
37:14 140:2
278:10
331:19
546:24
583:11,13
584:2
**added**
395:10
459:21
**addition**
67:2 74:15
488:24
**additional**
181:17

**address**
24:23 25:6
88:6 138:25
486:9 560:6
**addresses**
31:9,11
**adjust**
360:7
**administer**
128:6
**administering**
564:21
**administratio
ns**
466:25
**admired**
39:13 179:23
**admiring**
581:7
**admit**
97:13 100:16
263:23 264:3
325:22
326:15
328:14
**admitted**
48:2
**adopted**
193:12
**adored**
211:5
**adoring**
152:24
**advance**
428:19 498:3
**advantage**
246:7 484:5
**adversarial**
385:11,13
**advice**
104:17
379:10
586:12
**advise**
493:21
530:20

**advised**
69:24 118:7
379:8,11
508:13,21
509:12,13
511:9,22
512:2 514:16
530:18
**adviser**
128:5
**advocacy**
107:21
142:19
316:10
344:11 385:4
**advocate**
85:6 89:8
356:7 371:4
382:3
383:15,16,
17,18 385:8
408:3,10
**advocating**
378:9,16,19,
22
**affect**
63:15 64:5
**affected**
40:2 41:6
49:11 57:24
58:2 60:3
61:24 65:7,
15,16,17,18
66:16,19
105:24
211:25 212:4
224:4 232:15
255:23
258:9,24
260:22 267:4
275:21
278:13
286:18
**affects**
58:8 472:20
**affiliation**
176:18

**affirms**
218:12
**afraid**
580:21
**afternoon**
437:17
478:10
**afternoons**
207:19
**afterward**
583:24
**afterwards**
469:12
585:15
**age**
79:5,8
**agenda**
542:15,19
543:9
**agent**
68:18,23,24
74:3 121:2
260:8
**agents**
480:16
**ago**
26:25 28:10
59:4 129:8
150:22
151:10,14
197:24 270:2
292:5,7
321:19
334:11 529:6
**agree**
23:6 155:10
195:17
200:3,4
210:7 212:16
218:8 254:3
284:11
295:17 298:3
326:14
337:17,22
338:15
355:22
363:19 368:8

Alan Dershowitz
September 13, 2022

369:19,21
391:23 393:2
451:8 452:12
455:11
527:12
570:11
571:12
579:7,8
580:20 583:9
**agreed**
48:20,22
51:13 144:3
158:15
159:12
314:23
337:9,14
404:13
530:11
572:21
**agreement**
197:13
374:13
**agrees**
335:4 459:20
571:6
**ahead**
138:12 177:2
186:4 209:4
237:15
251:6,9
296:3 550:10
**aid**
64:9
**aide**
386:21,25
389:25
**aimed**
435:18 436:6
**air**
91:7,9
371:21
469:2,3,4
493:7 498:14
500:10,12
518:12
568:11
**aired**
289:25

412:14,15
413:13
444:8,11
**airtight**
117:18
**akin**
346:16
456:16
**Alan**
23:11 24:11,
20 41:3
69:23 76:17,
21 83:5 85:5
89:7 138:19
148:25
149:5,25
155:25
156:7,23
172:24
184:16 186:7
191:6,9
195:8,11
201:8,13
203:15,19
207:17 215:5
229:13
234:10,17
236:23 240:9
244:12
266:15
282:23
285:23
297:13
301:24 303:7
311:9 323:8
325:11
344:19 353:6
360:23
375:20 394:7
416:4,9
421:13
423:19
427:4,14
434:10 435:5
437:18
440:21
442:2,13
453:17 458:4

462:20
464:24
493:7,23
519:6,10
544:25 545:4
546:6,24
547:5,11
550:19
551:9,16
552:8 553:20
554:8,23
555:2,8
556:7,13,18
558:7,24
559:11,13,21
560:3 561:4
563:23 569:4
577:16
583:17
589:16,21
**Alan's**
134:18
**Alandersh@**
**gmail.com**
31:14
**Alas**
166:20
**Aleph**
565:21
**Alexander**
127:5
**alien**
170:5
**align**
452:7
**alleg-**
92:21
**allegation**
57:7,11
**allegations**
47:7,8,9,15
48:4,6,9
52:7 53:7,22
54:16 55:9
56:10,15,17
57:19 59:23,
24 61:22
65:5 67:3,14

78:9 79:25
82:16 92:22
96:19 98:15
118:21
119:20,22
120:21
**allege**
212:9
**alleged**
37:23 38:12
39:8 47:10,
16 59:7
198:17
265:17
330:18
380:16
400:16,19
403:16
434:21
444:18
**allegedly**
33:3 211:25
212:5
232:16,21
258:9,24
260:23 266:6
275:21
276:10
286:20 291:7
411:25
412:10
444:18
**alliterative**
275:13
**allow**
74:4 229:22
240:20
241:10,11
336:21
475:13
563:13
**allowed**
64:8 113:22
252:12,13
329:21
495:19
496:9,15
499:17

501:18

**allowing**
176:17

**allows**
194:3

**aloud**
98:17

**am.'**
366:4

**amazing**
287:4

**ambassador**
350:22

**ambient**
570:6

**ambiguous**
468:23
516:24

**Ambria**
24:4

**amend**
453:6 475:22

**amended**
321:4

**amendment**
107:24
111:10,12,
14,15,23
112:23 132:6
169:4 170:13
237:25 238:4
273:5 321:6,
16

**America**
106:25
239:14 355:8
356:19
357:15
409:15

**American**
239:12
318:23
357:14 470:7
473:8

**Americans**
523:23

**ammunition**
212:18,20
223:6 257:23

**amount**
99:10 145:4
549:2 562:5
566:6

**amounts**
563:16

**analogy**
53:18 189:19
328:23

**analysis**
336:5 455:5

**analyst**
152:8 341:17

**analyze**
388:6

**anathema**
543:20

**Anderson**
152:10
503:19
505:19 506:5
537:5

**Andrew**
168:18
186:12 194:8
353:24

**Angeles**
209:17

**anger**
208:7

**angry**
109:8 157:25

**Animal**
288:10

**anniversary**
492:8

**announce**
218:22

**announced**
123:10 312:4

**Announcement**
368:20

**announcements**
386:18

**announcing**
122:23

**answer**
29:18 30:8
33:7 44:16
55:25 56:12
65:10 67:22
112:9 121:4
132:3,9
147:20 175:5
194:22 230:5
252:6 268:6
278:11
280:25
290:20
291:15 329:4
331:25 332:3
335:24
342:19,24
351:6 374:3,
10 375:3,25
380:10,12,25
381:14
384:6,23
386:8 392:8,
9 394:21
396:9 401:17
402:7,13
404:2,8
405:13 419:7
448:24
467:10
488:18
522:21 541:3
563:15

**answered**
159:19
290:5,12
291:10
380:23
574:10

**answering**
56:4

**answers**
132:17 484:9
564:14,18

**anti-israel**
217:14

260:10

**anti-trump**
314:20
543:21

**anticommunist**
250:6,14,19

**antipathy**
208:11

**antiracist**
253:22

**antisemites**
39:22

**antisemitic**
99:10

**antisemitism**
99:11

**anybody**
110:24
117:16
160:17
200:15 201:2
225:24
236:6,7
254:25 274:2
285:16
315:15
370:23
380:4,6
476:8 528:7
557:8

**anymore**
54:15 374:5
541:8

**anymore,'**
192:5

**anyone**
42:9 210:25
499:14

**apologetic**
499:3

**apologies**
198:12
283:20
303:22

**apologists**
581:16

| | | | |
|---|---|---|---|
| apologize | appointing | 427:6,14 | 444:4,5 |
| 188:15 | 228:22 | 440:22 | 449:7 450:12 |
| 533:19 | appointment | argues | 455:4,10 |
| apologized | 143:24 151:3 | 430:25 | 456:16,25 |
| 269:22 | 208:2 581:18 | 433:14 434:4 | 457:14 |
| appalled | appreciate | arguing | 459:21 461:3 |
| 265:23 | 523:16,19 | 312:15 380:3 | 463:12,21 |
| apparent | 570:22 | 422:21 463:8 | 464:23 |
| 427:22 | appreciated | 467:13 | 465:20 |
| 428:11 | 560:4 | argument | 470:22,25 |
| apparently | approach | 131:24 | 471:5,6 |
| 379:5 | 257:11,13 | 154:2,7,17 | 485:15 |
| appeal | appropriate | 155:8 159:12 | 487:5,10 |
| 317:17 | 126:4 129:23 | 167:5,13 | 488:12 |
| appearance | 130:5 132:8 | 187:7 192:21 | 490:18 |
| 121:18 | 143:15,17,20 | 193:25 312:5 | 492:19 493:4 |
| 413:20 447:3 | 584:5 | 315:23 323:4 | 495:15 529:4 |
| 502:7,12 | approval | 325:15 | 536:11 |
| 507:6 | 581:17 | 326:23 | 578:21,25 |
| appearances | April | 327:9,13 | Argumentative |
| 24:7 134:19 | 157:15 | 328:4,22 | 131:14 |
| 351:13 | apt | 329:8,11,19 | arguments |
| appeared | 529:4 | 333:4 338:6, | 117:2,15,17 |
| 123:21 144:4 | are,' | 11,14,22 | 155:17 159:8 |
| 157:15 304:4 | 450:24 | 339:4,5 | 166:8 |
| 467:11 | are.'. | 340:19 | 167:16,18, |
| appears | 241:21 | 343:23 | 19,20,22 |
| 209:25 | area | 344:12 | 170:3 211:16 |
| 346:20 | 309:20 | 345:9,11 | 240:10 |
| applaud | arena | 346:4,9,12, | 315:18 |
| 123:2 | 452:20 | 14 352:17 | 347:19 |
| applauding | argu- | 353:23 | 352:19 |
| 396:6 | 465:5 | 376:12 | 362:23 |
| application | argue | 382:8,9,13, | 378:4,5 |
| 68:22 | 112:12 | 25 383:23 | 431:21 454:6 |
| applied | 147:17 385:6 | 384:2,11,21 | 464:20 |
| 156:19 | 387:3 | 385:17,19, | 470:20 |
| 427:24 | argued | 22,25 386:2, | 476:11 523:8 |
| 428:13 | 126:24 | 6,7,16 | 536:14 |
| applies | 211:21 | 387:17 389:7 | Ari |
| 318:15 | 217:17 248:4 | 391:6 393:4, | 262:14 |
| apply | 344:18 345:7 | 22 420:19 | arms |
| 114:4 116:25 | 347:18 | 421:23 | 253:23 |
| 156:17 159:3 | 357:17 | 426:11,22 | army |
| appointed | 375:14 | 427:13 | 194:11 |
| 229:10,17 | 385:14 414:7 | 434:11,23 | around |
| | 422:24 423:3 | 437:18 | 35:25 41:13 |
| | | 438:11 | 44:3 46:9 |

Alan Dershowitz
September 13, 2022

65:14 211:12
247:13
309:13
344:17
359:13
565:22
571:16
**arrangements**
91:14
**arrest**
83:7,15
461:5
**arrested**
110:20
**arrests**
49:4
**arrived**
493:8
**article**
81:11 83:2,
20,21 85:5
86:3 88:16
90:3 92:3,9,
17 145:11,15
147:23
148:18,24
149:5,17
161:2,7
164:20 165:4
191:5,10,18
193:6,18
194:2,15,20
195:6,11
196:19
200:7,18,21
201:8,12,13
202:2
203:15,20
204:20,22
207:3,6,13
208:14 210:6
216:24 217:7
229:24 234:7
236:14
238:8,15
288:24 289:2
301:20
303:8,14

308:3 322:19
325:2 326:14
327:25
328:2,11
329:13,18
331:18
332:6,11,16,
24 334:17,24
335:19
336:9,14
343:22
344:7,23
346:19
360:22
361:3,8,25
364:11,12,18
403:21
425:22
426:5,7,9
428:6
429:11,12,18
430:8 432:4,
6,12 433:7,
12 435:2
436:13
438:20,23
439:2,5,14,
15 440:12
441:22
449:10,24
453:9,12
457:24 458:3
463:17,22
465:6,7,12,
24 507:17,24
508:5 512:8
514:3 529:5
538:10
539:14
559:21
560:8,12,20
**articles**
82:15,21
89:20,23
148:14
197:12,15,
16,17,20
254:11
306:19

307:2,25
308:13
312:10,16
407:23
425:7,19
434:21
448:22
480:4,6
543:5
**articulating**
160:13
**ashamed**
245:19
335:15
**Ashe**
231:24,25
232:2,15
233:6,8,13,
15,21 237:23
238:6 240:4
259:25 269:4
**Ashe's**
266:2
**Ashes**
261:19
**asked**
34:21 37:17,
20 68:18
79:15 81:14,
18 143:8
157:14,18,24
170:19
177:12
204:12
206:10
229:15 230:3
262:3 349:22
376:17
380:8,20
381:13,20,21
382:7,10
390:3 419:12
488:10
500:12,17,
19,20 501:12
526:15 528:2
530:21 531:2
540:23,24

559:5 563:12
575:21
**asking**
94:15 185:18
211:19 249:2
251:21 309:3
329:17 367:5
408:8,9
412:5,6,12,
13 424:25
439:12 522:7
528:22
561:23
564:9,11
566:10 568:2
588:21
**asks**
121:2 422:14
440:3
**aspect**
32:12 54:8
378:5
**aspects**
40:21 58:9
**assassination**
457:10
**assert**
317:20,23
**asserted**
316:5
**assertions**
325:17
**assigned**
265:6 380:25
381:5
**assist**
218:5
**assistance**
363:7 467:2
559:23
**assistant**
134:15 481:4
**associate**
283:4 351:22
**associated**
330:22
334:16

Alan Dershowitz
September 13, 2022

449:19
530:2,8,15
531:12
**associates**
91:16
**association**
92:25 253:24
334:8
**assume**
220:9 419:8
483:18
**assumes**
418:2
**assuming**
225:18,20
**assurances**
142:19
**assure**
135:17
268:18
**astonishing**
338:18
**astoundingly**
443:19
**atta**
265:21
**attached**
134:20
559:20
560:8,11
**attaches**
233:24 234:7
577:18
**attachment**
103:7,18
104:23,24
135:14
559:14
**attachments**
133:4 134:2
**attack**
56:19 57:7
86:12 123:5
243:24
269:19,20
357:10,12
358:8,17

499:25 500:4
525:23
526:3,18,20,
24 527:9
**attacked**
52:2 122:15,
21 493:17
582:6,7
586:14
**attacking**
352:6 357:5,
7,24 358:11
**attacks**
352:15,16,18
**attempting**
467:12
**attended**
30:11,13,14,
17,20
**attention**
315:5 351:17
579:2
**attorney**
36:17 90:5
128:3 179:22
317:22
416:2,4,9
423:19
460:4,25
**attorney-**
**client**
317:21
318:4,6,9
**attorneys**
60:2 149:23
472:8
**attracted**
254:19
**attribute**
40:6,7
**attributed**
35:15
**attributing**
46:17
**Attucks**
169:24

**audience**
165:17
432:23,24
**Audio**
23:4
**August**
228:3
**authentic**
95:21
**authenticate**
286:15
**authenticity**
94:17 95:14,
18
**author**
142:16
**authored**
483:10
**authority**
194:14,16
428:18
**avail**
241:17
**available**
326:8 442:15
**Avenue**
23:18
**avoid**
95:2 212:22
**avoided**
541:3
**avoiding**
375:2
**award**
529:7
**aware**
76:12 91:20
147:10
244:18
316:18
328:11
340:21
434:24
546:13
**awkward**
400:4 458:8

---

**B**

---

**back**
31:20 46:10
68:17 87:17,
18 122:6
123:6 125:19
127:21
128:16
146:9,17,23
147:7 153:21
168:22 173:4
181:6 187:24
216:10
225:3,10
226:3,8,23
249:16
250:10
252:22
261:3,6,9,20
262:3,6,9,
10,12,13,14,
20 263:24
264:22,24,25
265:19 271:6
274:23
275:25
287:8,15
306:8 310:5,
20,23 311:20
314:8 321:7
329:16 364:7
368:16
369:15
370:18
371:13
372:5,22
373:3,9
374:20 375:3
415:2,6
448:5 473:23
475:15 477:4
478:4,10
482:8 490:4
492:6 500:2,
5,18,21
503:8,10

Alan Dershowitz
September 13, 2022

512:21 515:3
518:8 519:25
520:19,21
521:18
525:13 526:7
532:20
534:10 537:9
539:8 540:9,
16,20 544:15
550:15
568:17,20
569:2 573:15
578:19
579:11,13
584:19,24
585:2,20
**backdrop**
464:11,12
**background**
39:19
**backlash**
464:25
**backwards**
240:3 451:24
**bad**
69:23 99:24
176:13
230:11 337:8
410:16
481:21 485:8
522:21
**bad-mouths**
223:4
**Bader**
143:23
**badly**
485:14
**bag**
163:24
**bait**
69:8
**balanced**
167:15 197:7
**balking**
383:14
**ballots**
271:16

**ballpark**
565:2 572:7
**ban**
254:5,8,13
**bank**
541:25
**bankrupt**
559:25
**banned**
252:11,25
253:21,25
254:23
498:22,25
500:9 522:19
523:10
524:5,14,25
525:8,10,17,
19 526:5,11
527:5,7,12,
16 528:5
540:5,10
581:21
582:2,8
**Barbara**
451:14,19,21
**Barbash**
336:3,5
**Barber**
460:5,8
**bare**
208:7
**bargain**
294:8
**bark**
172:8
**barrage**
494:14
**barred**
347:9,11
**Barrett**
143:25
228:22
229:10,18
**barring**
371:20
**base**
516:16

**based**
65:25 128:20
160:9 229:24
235:7 328:22
344:24
353:20
376:18,19
399:11
400:17,20
403:16
432:20 456:8
457:20 488:9
491:17,23
542:14,18
543:8 579:20
**bashful**
163:25
**Bashing**
430:19
**basic**
388:23
**basically**
73:3 120:8
158:7 386:10
541:19 558:4
572:22
**basing**
412:25
**basis**
100:21 124:9
135:20
168:24 224:8
239:22
268:23
345:12
376:14
399:16 455:6
456:8 457:16
**batch**
528:13
**Bates**
80:12,22
90:8 100:4
103:7,13
131:19 133:4
137:23,25
171:4 183:10
186:17

187:22
213:23
216:14
217:24
222:17 228:4
233:18
236:11
237:19
239:24
243:3,4
282:16,22
285:24 286:3
351:20
354:25
491:8,14
497:14,19
502:12,23
521:14
532:11
533:20
558:19
559:10
566:15,19
569:17,20
573:24
574:12
576:9,11
577:20,24
583:15,18
**bathroom**
172:3 519:17
**battle**
83:4 173:16
**BB**
218:19
**be,'**
152:12
**beach**
25:4,5
190:19
587:20,21
588:8
**bear**
160:20
**bearing**
80:12 131:18
187:22
282:21

Alan Dershowitz
September 13, 2022

285:24
354:25
558:19
559:10
569:17
573:23
**bears**
105:10 171:2
216:13
217:24
222:17
236:11 243:4
250:3 352:22
521:14
552:14 553:5
577:20
583:15
**Beck**
80:15,17,19,
21 81:13
82:5 275:21
278:8,23,24
279:9,15
280:5
**Beck's**
276:9
**befriended**
217:15
**Begala**
270:16,19
271:2
**began**
31:4 122:9
124:9 144:25
210:17,22
252:21,22
447:11
**begin**
65:9 257:6
**beginning**
153:25 338:4
377:19 428:5
531:20,21
**begins**
73:22 149:21
189:6 207:15
242:24
324:17 325:5

472:4
**behalf**
23:21 24:4,
15 122:16
152:20,22
158:4
306:22,24
311:24
317:18
352:20
377:17
384:11 391:7
408:20,21
409:7 457:5,
6 483:11
**behavior**
125:24 126:7
321:18
322:10 337:8
453:6 570:14
**behind**
61:14 235:23
265:5
**beings**
101:16
**belief**
92:21 100:10
159:20
390:19
**believe**
40:9 41:25
46:18,19,21,
23 114:9
153:2 156:16
218:13 224:6
239:7 246:4
256:20
277:19 294:3
312:17
345:10 354:8
427:17
447:17 468:5
470:15
477:18
482:17 483:9
488:22
493:25
499:15

516:12
531:10
560:16
**believed**
36:3 41:15
160:14
176:21
229:19
250:10
266:19
277:13,15
362:6 387:22
414:8 490:17
511:15
512:10
**believes**
317:24
339:15
416:11
418:11
421:15
423:21
434:13
437:20 438:6
440:25
442:24 443:6
472:12,14,19
517:2
**Bellow**
137:24
138:17,21,22
144:15
**Bellow's**
139:6
**bells**
143:5 539:21
**below**
157:13
359:22 360:4
365:15 560:6
572:21
**beneficial**
470:15
472:20
**beneficiary**
408:15
**benefit**
334:21

415:14
427:16 467:9
**benefiting**
392:18,19
**Benjamin**
125:17
168:18
217:13
**Bennen**
427:3
**Benton**
247:8
**Berkeley**
454:5
**Berkowitz**
262:14
**Bernard**
80:15,17,19,
21 81:13
275:20
**Bernie**
276:25
279:20,22
**Bernstein**
322:22 324:9
328:8
**Bert**
156:2,22
**besieged**
348:10
**best**
219:19
220:11 253:3
267:17
311:18
387:24
388:10,21
509:25 529:6
565:11
575:22
**better**
34:20 115:13
167:21
169:21
288:12
335:22 398:3
465:10 494:2

biased
  117:14,22
  119:25
Bible
  471:7
bid
  237:23 238:2
Biden
  390:5 475:12
  476:12 530:4
  570:12
Biden's
  390:5
Bidens
  434:17
big
  35:22 142:14
  144:16 157:5
  178:11 185:3
  249:18,20
  254:19 285:2
  287:17,19,20
  307:20 320:4
  404:10
bigger
  580:23
biggest
  165:22
  246:15
bigoted
  117:22 185:8
bigtime
  435:15
bill
  45:21 53:19,
  20 190:4
  359:13
  568:3,14
billion
  386:21
bills
  561:24
  562:18
Bird
  329:2
bit
  31:20 36:7

46:9 78:19
152:18 200:7
314:4,8
323:25 324:2
359:25
512:24
bitter
  208:6
bizarre
  438:12
bizarrely
  234:11,17
black
  112:20
  169:24
  419:19,24
  559:19
blacklisted
  157:23
  247:10
  249:15 252:4
blacklisted.'
  157:19
Blackstone
  353:20,23
Blackstone's
  319:21
blade
  155:21
blamed
  169:25
blanch
  473:8
blank
  417:10
blew
  534:11,18
blindfold
  129:4
blitzer
  412:18
  445:14
  490:23,24
  491:6,7,10
  506:15 528:7
  537:7,8

Blitzer's
  494:18
block
  428:9 461:5
blog
  165:4,9,11
  437:2,5
blood
  110:22
Bloomberg
  323:7 324:9,
  13
blow
  362:25
blue
  186:24 416:2
  417:15
  422:20
blue-check
  417:7 422:7
Blumenthal
  438:16
board
  588:5
boat
  326:9 570:24
boats
  444:24
bodies
  180:8,20
body
  251:2
Boies
  26:16 27:8
  51:3 58:15,
  18 60:2
  61:2,6
  62:16,21
  83:6 84:2
  410:22
  588:18
Boies's
  84:13
boiled
  325:16
Bolger
  24:13 26:3,5

29:11 32:14
38:22 44:24
45:13 50:2
53:5 54:24
56:6,16
58:12,22
60:24 61:9,
12,16 62:14,
24 69:3,13
70:7 76:3,14
77:19 80:9,
17,25 82:24
83:16 85:4,
9,15,21
87:12,22
88:7,11
89:11,25
90:16 94:14,
25 96:2
102:4,8,12
103:4,10
111:5 115:25
121:20 122:7
131:16
132:15,19
133:10,15,24
137:20
138:6,13
141:23
145:14,20,24
146:10,14,
19,22 147:2,
8,21 148:4,
7,22 149:8
160:24
161:11,18
162:5,10,13,
17 164:18
165:7 170:21
171:9,11,25
172:10,17
177:3,7,13,
16 178:15,22
179:2,6
181:7 188:5,
7,10 191:3,
14,16 194:21
195:4,19,24
196:5,13,18

200:13
201:6,17,19
203:13,23
206:25
207:11
213:3,7,20
214:13
215:19,23
216:2
226:15,19,25
227:5 233:11
242:16 255:4
256:3,13
263:8 268:22
278:5,15,21
279:4 281:22
282:4,8,20
285:20
286:7,11,14
295:18,22,25
296:4 297:7,
16 301:18,23
302:12,18,22
303:5,13
306:2,10
322:18,25
323:6,17
324:3,5
327:12
332:4,20,23
335:17 336:3
343:8,14,19
344:2 348:5
350:25
351:9,16
360:20,25
361:4,12
364:2,9
366:21,24
367:4,13,18
372:9,16
373:5 393:24
394:11,14,19
400:3
411:15,22
412:9,14,21,
24 413:11,
13,17 425:5,
11,15

445:17,22
446:3,6,10,
14,22 447:6,
23 448:7,20
449:3
460:20,24
462:6,11,14
463:4 464:8,
12,16 481:11
482:10,15,
17,21,25
491:3,13,21
492:9 497:8,
17,21 501:22
502:2,5,17,
20,22
507:14,22
508:3 517:25
518:20,25
519:7,20
520:3
535:11,16,19
536:4 537:20
538:3,8
544:4,10,19
546:4,14,17
547:4 549:6,
16,19 550:3,
24 551:7,13,
22,25 552:5,
19 553:13,17
554:3,7,13,
17,19 555:6,
12,19,23
556:2,11,19
558:17
559:2,6,9
566:13,21
569:14,22
572:10
573:21
574:5,8,16
577:10,14
583:13
584:10,13,
17,23
585:13,22
587:9,13,18

Bolter
  430:19
bombing
  91:11
bonkers
  427:23
  428:12,24
  432:18
  442:18
bono
  360:6
book
  57:24 68:12,
  16,17 82:8
  92:24 93:7,
  9,14,15,18,
  19 104:19
  117:18
  118:9,17
  122:17
  123:19 124:3
  127:20 134:9
  136:6 137:2,
  3,12 138:23
  139:13
  140:4,10,19,
  21 141:11
  142:16
  143:13,23
  144:2,3,16
  158:6 159:2
  160:8 161:3,
  4,7 162:19,
  20 163:24
  178:4 190:16
  243:16,20
  244:5,8,17
  245:23
  246:21,23
  248:4 253:3
  292:2 295:5,
  7,10,15
  296:6,19
  298:19,23
  299:12
  300:2,25
  301:6,11
  302:9,17,18,

24 303:4
305:22 310:3
319:3 346:13
384:18
394:2,10,15
485:19,20
489:2,5,16,
21,23,24
504:9,13,19
505:4,12
507:4,8
527:23
557:15
578:15,23,24
579:19
booked
  159:21
  160:3,6
booking
  157:17 158:5
books
  32:18,20
  35:7 57:25
  66:17,18
  120:25
  135:21,24
  136:10,22
  139:17 141:7
  143:10,22
  144:8 252:25
  253:2,6,7,11
  293:12,15
  362:25 363:2
  394:5 450:10
  580:2
boosting
  435:19 436:6
Border
  581:5
bore
  389:19
boring
  220:2 281:9,
  16
borrowed
  475:14
bosses
  499:25 500:4

Alan Dershowitz
September 13, 2022

525:23
526:3,18,20,
24 527:9
**Boston**
45:25 169:22
170:16
207:5,7,14
217:7
**bothered**
396:21
**bottom**
81:9 100:5
104:12,14
105:17
116:23
172:15
179:18
182:11,15
234:3 236:20
243:12,17
365:3 366:25
394:25
398:25 399:7
459:15
460:21
492:14
502:21
520:15
574:17
**bottom-right**
366:17
**Boudin**
250:5
**bounds**
451:4
**bout**
408:8
**Bowie**
330:18
332:10,12
333:7,8
459:24
**Bowman**
458:16 471:2
**boy**
265:22
**Bradley**

421:21
**brain**
65:22
343:16,21
**branch**
327:6,7
**brand**
543:20
**branded**
395:17
**Brandenburg**
529:3
**brass**
508:13,22
512:3
**Braun**
437:25
**break**
88:6 121:23
161:19 172:2
306:4 364:3
412:3 447:24
454:8,16,25
455:19,22
456:15
461:5,10
493:9 520:25
521:25 536:3
**break-in**
417:17
**breaking**
269:23
454:23
456:21
**Brett**
413:6
**bribe**
126:11,15,16
379:21
401:18,25
**bribery**
125:14 126:5
314:2 328:19
330:7 347:12
379:2,13,17
385:23
401:24

457:9,11,19,
22
**briefs**
344:16
**brilliance**
44:7
**bring**
52:4 92:16
310:19
329:16
494:12
**Bringing**
140:21
**broad**
379:15
**broader**
37:20 581:8
**broke**
269:21
**Brook**
86:11
**Brooke**
503:4,16
**Brooklyn**
250:22,25
269:15
**brother**
231:12,13,15
**brought**
92:10,23
180:9 253:7
319:17
552:10
**brown**
163:24
**Bruce**
351:19
**BS**
81:21
**bucket**
349:2
**Budget**
407:20
**buffet**
309:25
310:2,4

**Build**
389:22
**builder**
232:2
**building**
42:21 541:25
**bullet**
117:19
**bumped**
498:16
**bunch**
36:22 219:7
312:24
520:11
**burglary**
415:12
**buried**
108:2
**Bush**
159:2
**business**
228:12
**Butts**
116:4,7
**buy**
139:17
**bye**
519:18
**Böulow**
190:3

---

### C

**C-SPAN**
268:10,17,
18,19
**cabal**
202:23
**cabinet**
128:7,10
**Cable**
23:13
**caffeine**
343:16
**calculated**
508:14,23

510:5  512:4
**calendar**
544:23
**calendars**
294:16
**California**
431:19  454:5
**call**
43:18,21
86:3  121:17
145:22
176:23,25
189:11  192:7
276:17  280:5
303:19
305:4,6
323:9  400:17
481:4  556:3
584:11,14
585:5,9
**called**
33:22  39:16
90:5  92:24
100:15,17,
18,19,25
101:8  108:7
110:21
123:19
127:20
137:4,13
145:15
148:24  161:4
164:20
165:9,11
178:3,6
181:2,12,20,
22  189:14
201:8  204:11
207:3  224:22
229:11
239:15
246:21
276:20  277:4
292:2  301:24
308:5  322:19
335:19
339:12
341:24

342:6,13,18,
22  360:22
361:16
375:20
426:10
432:17
433:13  442:2
449:11
450:12
459:17  460:6
461:2  476:24
478:3,12,16,
21,22
479:16,21
515:16
527:25  528:6
530:21
537:12
540:16,19
**calling**
75:22  123:14
176:21  183:6
184:20
419:16
**calls**
144:20  309:3
348:17
352:12
**Cambridge**
47:23  557:21
**Camp**
225:11,13
**campaign**
423:13
**campaign.'**
452:3
**camps**
110:13,14
**campus**
75:22
**cancel**
68:13  302:4
498:5  499:8
**canceled**
62:7  67:13
68:4  74:16,
23,25  121:19
250:8  252:9

300:6  495:22
497:6  506:11
513:2  515:14
524:7
**cancellation**
293:24
301:25
**cancellations**
294:14
**cancer**
65:22
**candidates**
457:3
**candidly**
348:20
**Cape**
202:12
**Capital**
357:22
**capture**
487:17
**car**
47:22  524:6
**Cardinal**
115:7
**care**
199:22
204:25  205:2
252:7,8
253:14,18
316:24  354:7
356:5  368:10
473:14,20
**cared**
242:2
**career**
42:5  49:12
57:23  66:15
67:4  86:22
581:8
**careful**
32:2
**carefully**
93:13  326:18
488:16
**cares**
242:2

**Carina**
497:10
**Carlson**
581:25  582:2
**Carolina**
265:8  271:25
350:3
**Caroline**
546:6
**Carolyn**
232:6  258:14
544:25
550:20
553:20  554:9
555:9  556:8
572:12,14
573:17
574:11
577:17
**Carolyn's**
568:23,24
**carrying**
194:19
541:13
**Carta**
492:8,10
**carte**
473:7
**case**
23:15  27:13,
20  28:9,14
30:12,14
48:19  83:3,9
111:25
112:11
123:19  124:4
130:7
135:21,25
136:3,4
137:4,9,13
140:11  161:5
162:20
166:2,20
190:17  194:7
312:21,23
317:3  318:13
347:23
353:10

Alan Dershowitz
September 13, 2022

362:11
365:7,21
366:2 379:3
380:14
384:19
391:16
394:15
400:21
401:5,7,11,
12 403:6,11,
13,15,18
419:12
452:23
458:18
491:25 492:3
504:15
562:18
563:18
567:17
570:17
573:12
579:20 580:6
**cases**
35:5 111:16
273:6 355:14
360:5,7,18
380:7 403:9
**Cassell**
49:19 50:4,
14
**catching**
275:13
**categorically**
265:15 530:5
**categories**
501:4,16
**category**
501:5,17
**catharsis**
152:13
**Caucuses**
524:21
**caught**
77:20 248:20
249:4 275:2
**caused**
40:3,4

**causing**
480:15
**CC**
135:6
**CC'ED**
135:8
**celebrities**
245:14
**celebrity**
165:23
245:10
**censorship**
73:17
**Center**
74:16 75:8
77:7 451:17,
23
**centrist**
543:19
**centuries**
459:19
**century**
319:10
325:23
326:16,17
328:15
330:14
**certain**
47:6 72:24
149:22
218:20
316:15 457:8
488:18
**certainly**
46:22 163:2
211:12 316:9
493:23 499:5
528:4 567:21
**certainty**
390:24
479:13
**cetera**
257:15
261:19
311:19 362:9
366:15
393:10 504:6

**Chabad**
565:21
**chain**
214:11,16
227:7 233:8
278:24
282:15 286:2
482:2 491:7
497:13
519:13
569:19
**chair**
114:5
**challenge**
95:17 112:2,
10 447:19
**challenged**
109:7
**Chambers**
110:10,11
**Champagne**
502:3
**champion**
355:13
**chance**
482:12
498:15
**change**
44:12,13
128:20 151:4
305:15
353:13
356:23 513:3
**changed**
40:18 41:11
42:10 43:2,
15 44:15,20
45:5 46:2,4
136:9 152:18
257:20 266:3
276:9 292:16
293:10
356:22,24
490:12
**changes**
144:21
498:17

582:11,15
583:6,22
**changing**
107:22
294:16
321:17
**channels**
249:16
**chapter**
243:23
244:11
293:17
297:25
**characterizat
ion**
70:18 96:23
214:7
**characterize**
96:21
**characterized**
33:19 431:20
488:11
**characterizes**
210:8
**charge**
556:22 562:4
**charged**
378:13,25
379:19
407:5,7,14
**charges**
313:5,15
**charity**
231:23
285:13
358:20
567:25
**Charleston**
265:7 271:25
**Charlie**
465:5
**Charlottesvil
le**
228:21
**Chase**
23:23

cheated
  260:7,11
cheats
  418:23
check
  46:11,12
  71:11 115:12
  208:19
  215:20
  256:19
  271:6,22
  272:9 275:25
  304:25
  316:22
  346:13 415:9
  416:2 417:15
  422:20
  445:3,11,25
  478:11
  479:13 510:8
  511:19
  512:21
  514:12
  543:17
  544:21
  548:14
  549:25
  565:24 566:5
Checking
  161:14
Checks
  560:4
Chemerinsky
  454:4,24
  455:7 456:5
Chesler
  173:23
chess
  420:16
Chiarella
  360:25
  361:9,18
chief
  115:6 193:5
  381:21,24
child
  75:22 76:22

childhood
  569:6,7,12
children
  41:6 42:15
  93:22 118:12
  579:24 581:5
children's
  562:7
Chilmark
  207:20
  229:12
  267:19
  287:6,18,21
  305:22
choice
  77:20 270:4
  375:21,23
  472:19,21
  499:8
choose
  235:20 570:5
chose
  261:21
  357:15
  372:21
chosen
  179:25
Chotiner
  302:5 303:8
Chris
  231:4,16
  490:20
  495:24
  496:2,18
  499:20,21
  506:18
  513:9,22
  514:25
  515:15
  519:9,12
  520:6,23
  521:22
  522:18
  524:24
  525:10,12,
  18,20 526:10
  527:11
  528:24

585:24
Christmas
  231:7,9
  309:13,14
  571:16
chronological
ly
  138:15
chronology
  43:23
chummy
  446:17
Chutzpah
  68:17
Cipollone
  374:18 375:9
  376:25 381:2
circle
  209:20
  570:20
circles
  149:22
  163:14
circuit
  483:14
circulate
  71:14 306:18
circulated
  221:8,14
circulates
  150:4
cited
  315:19 322:5
civil
  78:15 79:5,7
  122:11,14,
  19,22 123:2,
  3,4 124:14,
  18,24 125:2,
  4,9,11
  127:2,3,12
  128:9,18,19,
  24 129:7,14
  130:14
  132:2,5
  145:3 150:2
  153:3,5,8

158:3 160:5
165:15 168:5
175:2,8
176:18
198:18
206:21
210:23,25
211:12
224:19
239:8,12,18
246:15,17
253:22
355:13 356:6
Civilization
  77:8
claim
  37:3 101:23
  163:7 196:10
  202:8 232:14
  246:4 258:5
  273:8,12
  274:10
  286:16
  325:10
  344:17
  437:15
  530:2,16
  531:13
claimed
  35:17 345:6
claiming
  513:2 540:10
  580:10
claims
  344:10 422:2
  437:7 588:10
Clair
  45:19
clamber
  326:9
clamps
  440:4
clarification
  302:8
clarify
  382:15 470:8
  526:12

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| **class**<br>109:2,8,9<br>**classes**<br>77:22 108:25<br>**classroom**<br>385:3,7<br>**Claus**<br>190:2<br>**clear**<br>38:4 43:24<br>68:13 142:21<br>143:2 230:5<br>254:24<br>352:9,12<br>362:10<br>377:23<br>400:14<br>465:18<br>466:17<br>468:17 469:4<br>518:10<br>580:11<br>**clearer**<br>328:18<br>**clearly**<br>122:23 356:5<br>381:3 383:16<br>402:13<br>418:23<br>456:20<br>490:2,6<br>512:9 541:15<br>**clerk**<br>111:18<br>**client**<br>309:7,12,13<br>317:24 360:8<br>374:24<br>376:22<br>377:5,7<br>523:9 575:9<br>**client's**<br>570:13<br>**clients**<br>34:25 570:5<br>580:23<br>**climbs** | 365:5<br>**Clinton**<br>45:21 53:19<br>123:20,22<br>124:5 137:10<br>152:23<br>156:20 190:4<br>211:4<br>330:15,17<br>337:11<br>338:23 339:6<br>347:13,22<br>348:3 378:13<br>384:16,20<br>391:7 463:12<br>470:23<br>579:21<br>**Clinton's**<br>53:20 159:10<br>**clip**<br>413:2,5<br>445:5,7,16<br>446:3<br>**clique**<br>208:5<br>**close**<br>71:17 102:16<br>224:12 226:6<br>232:4,5<br>259:5 260:2,<br>4 269:16<br>277:23<br>278:2,3,12<br>347:12 534:2<br>584:20<br>586:14<br>**closely**<br>183:4 362:7<br>**closer**<br>125:19<br>**CMB@BLACKHAM.**<br>**NET**<br>559:12<br>**CNN**<br>24:15,16<br>33:4 34:2,18<br>35:10,15,17,<br>23 36:11 | 37:3 40:9<br>41:12 42:3,<br>11 43:2,22<br>44:2 46:3,22<br>53:4 54:9<br>56:19 58:10<br>59:8 94:8<br>100:20,24<br>101:2 112:22<br>114:5 116:9<br>120:15,18,21<br>121:3,6,10,<br>13 154:19<br>157:17,23<br>158:4,17<br>159:20<br>160:3,7<br>166:12<br>176:21<br>178:10 185:9<br>212:5,10<br>223:5<br>224:11,21<br>232:17,22<br>236:3 237:8<br>255:24<br>256:24<br>257:7,8,19<br>258:10,25<br>260:24<br>261:4,20,24<br>264:13<br>266:7,20,23<br>267:4,11<br>268:7,9,15,<br>16,25 270:2,<br>12,14,24<br>272:5,15,22,<br>25 273:14<br>274:2,3<br>275:6,7,22<br>276:11,19<br>280:6 284:10<br>287:5,12,15<br>289:15,22<br>290:23 295:2<br>296:20<br>298:24<br>300:3,25 | 302:21 322:8<br>340:6,7,12,<br>21 370:6<br>372:4,21<br>390:19<br>396:12 406:7<br>408:7<br>411:18,21<br>412:2,7,13<br>424:11<br>425:8,19<br>433:11<br>436:3,12<br>443:14<br>444:8,11<br>445:4 447:4,<br>11 453:20<br>454:15,19,22<br>455:5 456:5,<br>19,21<br>457:13,17<br>461:10<br>467:17<br>468:10,12,15<br>469:7 477:2,<br>12 478:2<br>479:23 484:7<br>485:14<br>486:9,10,22<br>489:19<br>490:3,15,17,<br>25 495:13<br>496:10,16,18<br>498:22,25<br>499:14,17<br>500:11,17,21<br>502:7,12<br>505:11<br>506:9,10,12,<br>16,19,25<br>507:20<br>508:13,22,25<br>509:15,22<br>512:3,25<br>513:6 515:23<br>522:19<br>523:13<br>524:8,11,25<br>525:4,11,19 |

526:11
527:21
537:12,22
538:10
540:5,10,23
541:8,25
542:5,8,12,
17,22,25
543:7 562:15
574:20 587:6
CNN's
38:11 39:8
44:15,20
45:6 94:9
177:18 224:4
299:13 370:3
395:14
408:7,9
456:9
476:21,23
480:20 498:6
535:22
536:10
Cobb
193:11
Cobern
272:3
coffee
208:4 288:7
Cohen
91:2 240:7
544:25
546:6,9
550:20
553:20 554:9
555:9 556:8
572:12,14
573:25
574:11
576:8,11,18
577:17
coin
158:22
coincidence
500:15
coined
158:22

Colby
436:22
cold
110:22 207:4
Colgate
75:21 76:5,
9,21
collapsed
468:2
collated
213:25
colleague
123:9
333:11,17
334:10,13
498:8
colleagues
152:6 333:9
334:5 558:13
collected
51:15
collection
95:4,8,23
97:14 172:18
179:3 213:24
411:17 447:7
519:9
collective
152:13
college
173:5 224:16
250:11,22,25
287:3 476:16
569:7,8,12
colloquy
60:5 518:10
colonels
183:3
Columbia
125:18
330:11
459:23
column
134:13
139:13
324:14

columns
134:10 144:9
474:14
combative
208:5
combination
557:2
combined
53:13 565:23
come
35:2 39:19
42:18,22
46:25 47:5
109:2,7
111:21 121:2
175:2,10
198:22 204:9
211:14
224:13
229:20 254:9
288:13
294:17
308:19,24
314:6 338:12
348:2 361:14
374:19
380:23 381:4
392:22
477:21
484:9,25
485:3 501:12
522:7 541:7
556:25 558:8
584:19,24
585:2,5
comedian
114:3 115:10
272:3
comes
112:13
128:23 248:9
259:24 308:7
449:25
456:21
544:15 577:3
585:9
command
360:12,14

commended
44:6
commending
108:10
comment
119:4 412:19
commentary
348:22
411:19,21
425:20
commentator
413:24
417:4,7
419:18
540:18
commentators
178:9,10
270:23 422:8
489:5
commenting
582:19
comments
254:12 411:6
412:15
445:14
commercial
140:2
commissioned
86:11,17
commit
41:21 46:20
313:12,24
354:9 357:3,
6,8 390:20
404:3 468:19
469:6 485:7
488:2 516:25
517:12
commits
461:14
committed
45:25 125:7,
14 163:8,18
313:25
330:20
347:14

committee
  342:13,18
  358:23
committing
  55:20 454:23
common
  166:21
  170:8,10,11
  186:13
  330:13
commonly
  466:25
communicate
  355:11
communicated
  222:5 479:3
  511:18 515:5
communication
s
  221:24 316:6
  318:2 363:15
communism
  250:15
communist
  250:13
  251:16
  356:13
communists
  198:18
  250:7,20
  356:12
community
  221:15
company
  138:23,24
  467:3 546:25
  547:6 554:24
comparable
  181:22 258:3
compare
  55:17 184:3,
  8 424:25
compared
  39:25 45:22
  87:6 99:21
  101:7 107:15
  121:10 169:6

178:7,13
  184:21
  366:14
comparing
  110:15,17,23
  114:6 184:21
comparison
  180:21
comparisons
  110:5
compass
  457:8
compelling
  315:18
compensation
  37:9
competitor
  329:4
competitors
  329:2
compilation
  136:12
complain
  219:3
complained
  209:12
complaining
  253:12,13
complaint
  48:22,24
  201:21
  483:15
  516:18
  588:14,16
complete
  28:2,6,13,15
  94:23 282:9
  309:5
completed
  126:2
completely
  193:24 200:5
  222:4 326:2
  492:18
completeness
  243:25

completeness'
  281:23,25
  282:8
complex
  154:9 155:7
  573:20
complicated
  573:8
complicity
  182:22
compliment
  350:14
  518:16
composite
  170:23 171:3
  351:10,12
compromises
  584:8
conceding
  443:21
Conceivably
  338:5,10
concentration
  110:13,14
concept
  112:7,13
  247:4 271:14
  456:12 485:4
concerned
  196:12
  388:17
  581:11
concerns
  127:6
concession
  142:15
conclude
  59:21
concluded
  126:3 156:2,
  8 589:17
concludes
  589:12
conclusion
  141:22
  240:19,23
  241:9 333:3

347:25 348:2
  457:19
conclusions
  322:6
conclusively
  103:25
concoct
  294:15
condemnation
  189:13
condemned
  151:7,23
  193:16
  419:25
condition
  390:7
condo
  588:5
condone
  139:12
conduct
  41:23 345:8
  346:15,16,
  21,22,23
  378:14
  389:12
  570:13
conference
  368:17,19
confided
  513:5 514:7
confidence
  327:3
confidential
  104:17
  544:7,12
confiding
  317:25
confirm
  504:3,10
confirmed
  266:18
  267:13
  503:17 528:4
confirming
  223:12

Alan Dershowitz
September 13, 2022

confronted
  152:9
confused
  221:2 332:7,
  11 581:10
confusing
  291:8
  468:14,22
confusion
  539:12
congratulated
  349:9
congratulations
  348:17
Congress
  123:13
  126:23
  140:18 262:2
  313:8 321:15
  386:4 451:5
Congressional
  395:11
connected
  294:10
  300:11
  504:14
connection
  124:18 226:6
connections
  220:4 259:4
  269:8
Conrad
  559:18,19
cons
  390:2
consecutive
  95:7
consent
  406:23
consequence
  36:21
consequences
  292:11
conservative
  197:8

consider
  117:15
  142:13 334:5
  403:6 580:9
considerable
  147:11
considered
  353:22
  431:13,15
  578:15
considering
  323:12
consistent
  128:17
constantly
  42:22
constitute
  126:18
  313:13
constitutes
  379:16
constitution
  54:15 55:7,
  15 56:9
  63:23 112:21
  125:13,20
  130:19 246:5
  311:24
  313:10,16
  320:19,21
  321:3 328:18
  330:5 344:20
  346:9 377:18
  394:2,6
  453:6 457:12
  470:7 475:6,
  7,8,22 489:2
  504:17,21
  505:5,13
  507:3 567:9
Constitution's
  193:6
constitutional
  124:9,21
  126:4 127:4
  132:4 163:19

167:4 168:24
  179:22
  229:21
  312:5,14,17
  319:22
  325:19
  355:23
  378:4,5
  380:16
  382:6,8
  444:6 453:24
  454:2 458:16
  459:7,19
  542:7,16
Constitutionally
  167:15,21
constitutionally-
authorized
  388:25
consultant
  318:12
consultants
  388:20
consulting
  545:5 546:25
  547:6,11
  551:10,17
  552:8 554:23
  555:3
  556:14,18
  557:22
contains
  504:22
contemplate
  401:17
contend
  255:16,21
content
  85:13 115:2
  321:23,25
contention
  575:25 576:3
contentious
  71:5 173:7
  224:20

278:18
context
  154:16 209:3
  353:25
  395:18,25
  396:2,5,9
  405:8 412:20
  413:10
  466:6,7
  527:19
contingency
  562:22,23
continuance
  470:16
continue
  23:5 175:12
  214:9 251:17
  329:25 330:3
  587:12
continued
  53:25 61:2,5
  62:15,20
  97:10 144:10
  158:6 252:24
  370:8 532:4
  533:4,6
  564:15
  571:24
continues
  259:3
continuing
  252:19
continuum
  257:16
contribute
  226:3 562:5
  571:3
contributed
  40:10 253:8
  285:13 561:3
  563:11,20
  564:2
contribution
  560:2
contributions
  123:24

Alan Dershowitz
September 13, 2022

control
130:25
140:18
269:24
controversial
33:11 34:3
46:5 87:2,5
99:20
106:10,24
107:11,14,
17,18 108:3
109:11 120:4
155:16 166:6
193:10
355:14
controversy
109:21,23
211:2
conts-
125:5
convention
319:23 321:2
conversation
258:19 269:3
297:9 493:11
494:3,17
500:25
510:15,18,19
511:2,4
528:3 578:18
579:11,13
conversations
23:9 256:23
317:6,10
499:14
577:6,8
585:24 586:5
convert
435:17
conveyed
229:25
375:16
convicted
427:7
conviction
218:14
471:20 473:3

convinces
356:9
Cooper
152:10
503:19 537:5
copied
467:17
copies
95:20 302:11
549:24
Coplon
250:7
copy
75:2 171:21
295:14
core
68:21
Corinna
497:23
498:11
corn
460:15
corner
311:8 365:4
366:17 367:9
460:21
462:24
Corp
556:13,18
Corporation
551:9 554:22
555:3
correct
26:10 31:2,
15 35:20
37:24 48:11
53:9 55:9
58:3 67:10
68:5 85:25
92:25 93:3
117:20
118:8,10,17,
18 119:20
141:16 145:6
156:24 168:9
177:22
181:12

182:6,24
196:22
199:25 200:9
204:6 208:20
219:9 222:22
223:10 235:4
283:4 294:22
298:16
305:13
306:25
312:18 328:6
356:10
374:3,16
378:9 432:2
447:18
448:11 476:6
483:11
485:15
492:22
496:19
527:16
560:10
582:12,16
corrections
304:23
correctly
298:18,20
488:11
correspond
102:25
correspondenc
e
72:8 103:15
256:5,7,10,
16,22 257:4
278:7,22
279:15 535:3
corrupt
393:10
396:11
397:23
398:5,14,18,
19 399:17,18
400:2,5
401:3
402:15,16
403:5,13
414:9,11

420:22
431:14
433:15 434:4
473:8
Corruption
414:18
cost
246:23
costing
562:24
costly
292:20
costs
293:2 558:16
562:6
counsel
23:12 24:6
128:14 208:2
318:13
325:14
421:13
518:6,14
counsel's
375:19
Counselor
95:19 355:4
count
153:18
313:22 474:9
Counter
50:20
counterclaim
50:23 51:5
counting
153:21
countries
128:3 436:8
country
246:14
248:12
311:10,18
321:15
339:14 354:8
355:25
388:22
389:22
420:20

470:17 537:2
**country's**
452:9
**couple**
48:8 138:9
231:15
251:24
270:16
279:21 290:2
416:20
500:23
**couples**
102:19,22
**courage**
581:13
**courageous**
474:24
**course**
28:18,20
29:3 32:16
42:12 43:14
48:3 70:12
96:16 105:15
138:15 195:3
237:9 243:8
285:16
310:21
321:12 322:8
347:20 371:7
396:8 401:19
432:10 445:6
461:9 498:23
518:19 527:5
542:9
**court**
24:3,8,17,22
38:25 58:13
60:25 69:4
76:4 80:10
82:25 90:2
95:3 102:5
109:21,22
112:19
132:21
133:20
137:21
148:6,23
164:16,19

170:22 191:4
194:7,13
201:7 203:14
207:2 213:16
228:23
229:10,16,18
230:4 255:5
256:4 263:6
277:25 278:6
281:23
285:21
315:20
317:2,6
332:5 354:15
360:21
393:25 409:5
411:16
418:24 426:3
445:18
448:21
458:12,23
459:13,22
481:12 491:4
501:23
507:15
569:15
572:11 576:7
**courtesy**
518:13
**courts**
126:8
**cousin**
253:17
**cover**
293:8 336:20
561:24
579:19
**cover-up**
417:18
**coverage**
370:3 373:8
498:17
522:20
**covered**
317:7
**covering**
347:5 524:21

**covers**
133:25
504:13
**coversheet**
426:15
**coverup**
415:11
**COVID**
75:14,15
285:17
323:18,22
**cow**
97:24
**crack**
557:4
**cracking**
262:16,18,
19,21,23
263:10,16
**craves**
297:8
**craving**
297:6
**craziest**
235:21
**crazy**
99:25 154:2,
17 166:8
258:5 281:10
409:15,21
428:23 550:2
**crazy-pant**
428:12
**crazy-pants**
427:23
432:17
**create**
71:3
**created**
184:25 211:2
241:23
**creating**
127:25
**credibility**
112:25 579:3
581:2

**credulity**
167:6
**crematorium**
180:10,12
**crested**
202:10
**crime**
66:8 114:10
126:22
233:24 234:8
313:6,24
314:2 330:19
332:17
335:5,7
340:3,5,20,
23 344:24
346:10,17,18
347:6,7,8,9,
10,15,17,21
357:3,6,8
389:10 404:4
424:23
438:19
461:14
465:21
466:10
468:19 470:9
485:8 516:25
**crime-like**
346:21,22
**crimes**
41:22 46:21
55:20 125:8,
15,22,23
126:6
328:20,21
330:6 332:8
344:21
353:16
379:17
454:24
465:18
469:5,6
488:2 517:13
**criminal**
41:23 126:8
150:3
190:22,23

312:21,22
313:2 321:18
322:10
332:18
344:22
346:23 347:5
353:19
354:6,14
389:12
403:24
443:13,16
452:21 453:5
**criminal-like**
125:24 345:8
**criminal-type**
126:7 322:10
346:16
**criminality**
271:17
**Crimson**
145:11,20,21
148:19
**Crispus**
169:23
**criteria**
81:11 126:4
127:4 187:4
312:6 313:20
321:13 327:4
378:7 380:16
383:11,19
444:6
**critical**
73:10 87:19
94:11 108:14
116:25
130:12
158:16
159:23 168:4
217:8,12
267:10
269:5,10
328:3 348:12
486:19
**criticism**
46:15 315:8,
12,13,24
316:3 321:21

322:7,14
411:5 489:23
500:16
506:9,12,16,
19,24 513:2
515:14 524:8
535:22
**criticize**
513:6
**criticized**
33:17 264:7,
8 315:16
322:11
448:9,12
**criticizing**
522:20
**critics**
453:16
465:16
**critique**
494:12
**critiqued**
152:5 193:16
**critiques**
449:6
**Cross**
231:19
**crowd**
254:19,20
474:25
**crowded**
294:16
**crucial**
579:3
**cruel**
320:14
**crumbles**
193:20
**Cruz**
349:17,19,20
380:20 489:6
**Cruz's**
30:8 44:17
268:6 290:5,
12 384:25
386:9 394:21
448:24

**crystal**
469:4
**cults**
245:10
**culture**
245:17 302:4
**Cuomo**
490:20
495:24
496:18
499:21
506:18
513:10,22
515:2,15
519:10,12
520:6,23
521:23
524:13,24
525:10,13,
18,20 526:11
527:11
585:24
586:18
**Cuomo's**
496:3
**cup**
288:7
**cuppa**
272:3
**curated**
95:6,22
**curiosity**
392:2
**curious**
163:25
**current**
71:10 249:25
260:4 510:14
548:21
551:21
**Curtis**
116:3,6
125:17
126:20
168:18 330:9
345:7
408:22,23

409:4 473:23
**Curtis's**
346:14
353:23
**cut**
208:25 222:3
329:15,21
**cute**
410:17,20,21
**Czeck**
350:22

---

**D**

**D-CONN**
438:16
**D-E-R-S-H-R-**
**O-W-I-T-Z**
24:21
**DA's**
269:15
**Dallek**
450:7,8,18,
25
**damage**
37:4 40:4
223:20
**damaged**
33:2 34:23,
24 36:13,18
37:2,5,7,10
40:16 53:22
63:20 65:12
477:18
**damages**
36:9,19
37:18,23
38:11,17,18,
19 39:5,7,11
51:15 65:7
223:18 271:9
515:11
**damaging**
336:23
344:12
**Dana**
24:16

Alan Dershowitz
September 13, 2022

danger
  352:9,13
dangerous
  168:20,21
  248:5,13
  409:4 419:24
  452:17
dangerous'
  339:12
dangers
  571:2
Daniel
  193:19
Danny
  90:7,22
  91:2,3
dare
  184:2,8
data
  160:20
date
  68:8 71:8
  122:14 149:2
  214:3 221:19
  344:14
  364:24
  529:13
dated
  61:3 62:19
  69:7 80:13
  83:7 91:22
  145:17
  164:23
  188:17
  201:10
  214:25
  216:19
  222:16 228:3
  233:17,22
  237:18
  242:24 245:4
  279:10
  285:23 302:6
  322:25 332:8
  335:22
  340:13 344:2
  453:18 470:2
  528:16

533:23
538:16
566:22
573:25
576:10
dates
  256:17
daughter
  224:15 284:5
  287:2 314:18
Dave
  354:24
Daves
  84:13
David
  60:2 83:6
  86:9 224:3
  225:11,13,25
  227:7,12,17
  228:2 260:22
  283:15,19
  284:5,9,11
  285:23
  288:12 353:2
  560:16
  588:18
Davis
  23:17 24:14
Dawson
  588:4,6
day
  31:21 48:7
  59:22 64:20,
  21 73:4
  84:13 118:25
  123:11,16,25
  158:8 229:11
  261:3 262:12
  270:3 287:24
  289:21
  291:3,5,12,
  13 327:21
  372:2 374:15
  386:17 429:2
  448:13 463:7
  493:19 496:4
  538:23,24
  571:17

day-to-day
  312:3
days
  29:18 48:8
  197:24,25
  208:5 279:21
  288:8 289:8
  290:2,8
  291:16 340:9
  345:21,23,25
  346:20
  382:15,18
  386:12 394:4
  396:18 413:5
  448:23
  500:23
  520:12
  569:13
de
  63:13
DEA
  271:4
dead
  180:8,18
  183:8 328:8
deadline
  228:19
deal
  65:19 115:14
  249:18,21
  269:5 490:4,
  6 533:11
deals
  457:4
dean
  125:17
  330:11 454:4
  455:3,14
  459:23 462:6
deans
  315:21
Dear
  104:16
  243:15,20
  492:17 498:4
  522:18
  528:24

death
  72:19 143:23
debasement
  334:18
debate
  76:17 108:5,
  16,21 124:20
  125:22
  129:10,14,23
  130:9,15,19
  140:6 163:3
  166:10
  180:23
  204:15
  326:19
  331:7,8
  475:23
  494:19
debates
  132:4 305:10
  319:22 321:8
  473:22
debating
  181:9 331:4
Debbie
  23:20
  291:21,22
debt
  476:16
decaf
  288:7
decay
  532:4 533:6,
  10
December
  80:13,22
decent
  245:21 246:2
decide
  93:17 129:25
  130:4 167:19
  187:13
  307:16,18
  361:24
  568:13
decided
  66:3,10

Alan Dershowitz
September 13, 2022

93:19 202:24
244:15
260:13
307:20
311:22 370:8
380:18
384:17
442:17
459:25
**decision**
116:9 145:5
168:4 314:21
399:11,15
400:16
418:24
475:10,13
508:15,23
509:8,17
510:6 512:4
571:19
**decisions**
128:11
**declared**
193:3
**dedicate**
580:2
**deemed**
115:8
**deep**
288:6
**deep-dish**
297:6,8,10
**deeper**
220:4
**deeply**
40:3 275:14
**deeply-flawed**
140:4
**defamation**
34:2,18
38:12 40:9
41:13 49:20
50:5,17,18,
25 51:6,11
53:4 58:10
59:8 94:9
111:8 112:14

158:7 273:6,
12 515:23
**defamatory**
33:3 39:8
211:25 212:5
232:16,22
255:24
258:10,24
260:23 266:6
275:22
276:10
286:20 291:7
411:25
412:10
444:19 445:2
477:21
516:15 517:4
**defamed**
257:19
**defaming**
516:10
**defend**
92:22
122:19,22
145:2,5
153:3 164:22
165:16 168:5
169:2
170:14,19
176:14
210:23
224:18
318:23
501:18 575:9
**Defendant**
23:12 338:24
354:15
**defended**
168:17
169:22
176:14
206:20
210:24
250:19
254:3,24
294:2,6
305:12,14
356:12

358:15
365:21 409:6
530:9
**defender**
145:17 150:7
501:14
523:12
**defenders**
581:15
**defending**
68:12,19
139:21
144:16 160:4
163:18
168:14,16,18
189:25
190:2,3,4,14
253:5 299:9
394:2,6
442:19
486:24 489:2
504:21
505:5,13
507:3 559:23
**defends**
565:22
**defense**
129:7 133:3
134:5 149:23
150:3 190:7,
20,22,23
193:13
194:11 250:9
253:3 294:25
313:2 316:6,
11 322:21
324:7,20
325:6,11
332:7 341:24
342:4,16,22
343:3 362:7
434:12 435:6
440:14,21
441:15 442:3
449:12 458:5
466:23
531:12 558:2
559:13 560:3

561:3,11
562:13 564:2
570:4,8
574:21
**defenses**
435:12
442:12
**defined**
275:5
372:13,19
**defining**
379:16
435:20
**definitely**
304:17 339:4
**definition**
511:21
**defray**
558:15 562:6
563:13
**degree**
52:25 58:8
**dehumanizatio
n**
101:13
**Delano**
450:11
**delaying**
196:16
**deliberate**
32:25 41:12
112:15
508:14,22
510:5 512:3
**deliberately**
35:24 131:23
299:15 391:2
406:8 517:16
**delighted**
129:24
**deliver**
79:4
**delivered**
336:17
362:15
**demanded**
86:5

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| **demanding** | 410:15 | 14,22 51:1,4 | 136:1 137:1, |
| 120:5 | **deposing** | 52:1 53:1 | 24 138:1,19 |
| **demands** | 131:22 | 54:1 55:1,25 | 139:1,17 |
| 120:7 | 410:16 | 56:1 57:1 | 140:1 141:1 |
| **democracy** | **deposition** | 58:1,15,18, | 142:1 143:1 |
| 152:15 429:6 | 27:25 28:5, | 19,23 59:1 | 144:1 145:1, |
| 473:9 580:19 | 12,15,18 | 60:1 61:1,3, | 16 146:1 |
| **Democrat** | 29:13 30:12, | 5,6 62:1,17, | 147:1,23 |
| 176:17 | 14,21 58:14, | 20,21 63:1,7 | 148:1,9,25 |
| 350:8,20 | 18,25 61:2,5 | 64:1 65:1,4 | 149:1,25 |
| 352:20 | 62:16,20 | 66:1 67:1,18 | 150:1,2,15, |
| 383:25 | 132:11 | 68:1 69:1,10 | 23 151:1,6, |
| 384:2,3,9 | 196:11 | 70:1,10 71:1 | 21 152:1 |
| **Democratic** | 395:20 396:7 | 72:1 73:1 | 153:1 154:1, |
| 123:14 136:3 | 492:12 518:8 | 74:1 75:1 | 8 155:1,7 |
| 137:14 | 544:12 | 76:1,18,21 | 156:1 157:1, |
| 140:11 | 564:15 | 77:1,19 78:1 | 14 158:1 |
| 438:10 | 588:23 | 79:1 80:1 | 159:1,13 |
| 465:15 | 589:5,12 | 81:1 82:1 | 160:1 161:1, |
| **Democrats** | **depositions** | 83:1,5 84:1 | 11 162:1 |
| 99:13 140:18 | 29:2 130:13 | 85:1,6 86:1, | 163:1,9,16 |
| 176:6,16 | 468:25 | 24 87:1 88:1 | 164:1,8,21 |
| 195:8 348:18 | **Deputy** | 89:1,7 90:1, | 165:1,22 |
| 384:4 | 325:14 | 19,25 91:1 | 166:1 167:1, |
| **denial** | **Derek** | 92:1 93:1,11 | 2,9 168:1 |
| 110:7,16,17, | 328:24 | 94:1,18 | 169:1 170:1, |
| 18 153:5 | **derived** | 95:1,5,9,22 | 25 171:1,3 |
| **denials** | 322:6 | 96:1,3 97:1, | 172:1,11 |
| 49:7,8 | **Dersh** | 25 98:1 99:1 | 173:1 174:1 |
| **denied** | 50:12 206:11 | 100:1 101:1 | 175:1 176:1 |
| 330:21 426:2 | **Dersh-** | 102:1 103:1, | 177:1,3 |
| 512:25 | 154:14 | 16,21 104:1 | 178:1 179:1 |
| **deny** | **Dershowitz** | 105:1 106:1 | 180:1,22 |
| 480:19 | 23:11,13 | 107:1 108:1 | 181:1 182:1 |
| **denying** | 24:12,21 | 109:1 110:1 | 183:1 184:1 |
| 442:20 | 26:1,4,16 | 111:1 112:1 | 185:1 186:1, |
| **department** | 27:1,8 28:1 | 113:1 114:1 | 22 187:1 |
| 128:2 | 29:1 30:1 | 115:1 116:1 | 188:1 189:1 |
| **depends** | 31:1 32:1 | 117:1 118:1 | 190:1 191:1, |
| 477:7 | 33:1 34:1 | 119:1 120:1 | 17 192:1,15 |
| **deploy** | 35:1 36:1 | 121:1 122:1, | 193:1 194:1, |
| 167:3 193:14 | 37:1 38:1 | 8 123:1 | 25 195:1,9, |
| **deposed** | 39:1 40:1 | 124:1 125:1 | 12,19 196:1, |
| 26:9,15,19, | 41:1 42:1 | 126:1 127:1 | 6 197:1 |
| 23,24,25 | 43:1 44:1 | 128:1 129:1, | 198:1 199:1 |
| 27:7,12,20 | 45:1 46:1 | 20 130:1 | 200:1 201:1, |
| 28:8 271:5 | 47:1 48:1 | 131:1 132:1, | 8,13 202:1 |
| | 49:1 50:1,5, | 24 133:1,2 | 203:1,2,15, |
| | | 134:1 135:1 | 19,25 204:1 |

| | | | |
|---|---|---|---|
| 205:1,12,25 | 24 279:1 | 350:1 351:1, | 424:1,21 |
| 206:1 207:1, | 280:1,13 | 12 352:1 | 425:1 426:1, |
| 4,17 208:1, | 281:1 282:1, | 353:1,6 | 10,21 427:1, |
| 25 209:1,19 | 15,24 283:1, | 354:1 355:1, | 4,14 428:1 |
| 210:1 211:1, | 2 284:1 | 5 356:1 | 429:1 430:1, |
| 18 212:1 | 285:1,23 | 357:1,10,25 | 25 431:1 |
| 213:1,12,14 | 286:1,2 | 358:1,9 | 432:1,4 |
| 214:1,2,10 | 287:1,25 | 359:1,10 | 433:1,13 |
| 215:1 216:1, | 288:1 289:1 | 360:1,23 | 434:1,3,11 |
| 12 217:1 | 290:1 291:1 | 361:1,14 | 435:1 436:1 |
| 218:1 219:1 | 292:1 293:1 | 362:1 363:1 | 437:1 438:1, |
| 220:1 221:1, | 294:1 295:1 | 364:1 365:1, | 3,25 439:1, |
| 5 222:1 | 296:1 297:1, | 25 366:1 | 17 440:1,13, |
| 223:1 224:1 | 14,18 298:1, | 367:1 368:1 | 22 441:1 |
| 225:1 226:1, | 4 299:1 | 369:1 370:1 | 442:1,2,9, |
| 13 227:1,2, | 300:1 301:1 | 371:1 372:1, | 13,17 443:1, |
| 7,13 228:1 | 302:1 303:1, | 13 373:1,2, | 3,18 444:1 |
| 229:1 230:1 | 6 304:1 | 19,23 374:1 | 445:1 446:1, |
| 231:1 232:1 | 305:1 306:1, | 375:1 376:1 | 11,15,23 |
| 233:1,8 | 12 307:1 | 377:1 378:1 | 447:1,9 |
| 234:1,10,17 | 308:1 309:1 | 379:1 380:1 | 448:1,8 |
| 235:1 236:1, | 310:1 311:1 | 381:1 382:1, | 449:1,7 |
| 23 237:1 | 312:1 313:1 | 14 383:1,5 | 450:1 451:1, |
| 238:1 239:1 | 314:1 315:1 | 384:1 385:1 | 24 452:1 |
| 240:1,9 | 316:1 317:1 | 386:1 387:1 | 453:1,16 |
| 241:1 242:1 | 318:1 319:1 | 388:1 389:1 | 454:1 455:1 |
| 243:1 244:1 | 320:1 321:1 | 390:1 391:1 | 456:1,13 |
| 245:1 246:1 | 322:1 323:1, | 392:1 393:1 | 457:1 458:1 |
| 247:1 248:1 | 19 324:1 | 394:1,7 | 459:1 460:1 |
| 249:1 250:1 | 325:1,11 | 395:1 396:1 | 461:1 462:1, |
| 251:1 252:1 | 326:1,6 | 397:1 398:1 | 3,16,24 |
| 253:1 254:1 | 327:1,11 | 399:1 400:1 | 463:1 464:1, |
| 255:1 256:1, | 328:1 329:1, | 401:1 402:1 | 6,24 465:1 |
| 9 257:1 | 6 330:1 | 403:1 404:1 | 466:1,6,18 |
| 258:1 259:1 | 331:1 332:1, | 405:1 406:1 | 467:1,11,20 |
| 260:1 261:1 | 21 333:1 | 407:1,9 | 468:1,17 |
| 262:1 263:1, | 334:1 335:1, | 408:1 409:1 | 469:1 470:1 |
| 10,19 264:1 | 20 336:1,4, | 410:1,14,21 | 471:1 472:1 |
| 265:1 266:1 | 8,15 337:1, | 411:1 412:1 | 473:1 474:1 |
| 267:1 268:1 | 4,9,14 | 413:1,19 | 475:1 476:1 |
| 269:1 270:1, | 338:1,5,11 | 414:1,7 | 477:1,17 |
| 6,8 271:1, | 339:1,15 | 415:1 416:1, | 478:1 479:1 |
| 14,20 272:1, | 340:1 341:1 | 5,10 417:1 | 480:1 481:1, |
| 6,16 273:1, | 342:1 343:1 | 418:1,9 | 14 482:1 |
| 23 274:1,11 | 344:1,19,22 | 419:1,2 | 483:1 484:1 |
| 275:1,4,5,8, | 345:1,6,10 | 420:1,17 | 485:1,4 |
| 12,15,16 | 346:1 347:1 | 421:1,14 | 486:1 487:1, |
| 276:1,3 | 348:1,9 | 422:1,16,21 | 25 488:1 |
| 277:1 278:1, | 349:1,7 | 423:1,19 | 489:1 490:1 |

491:1,7,16
492:1,11
493:1 494:1
495:1 496:1
497:1,13,24
498:1,4
499:1 500:1
501:1,10
502:1,11
503:1 504:1
505:1,18
506:1 507:1,
19,23 508:1
509:1 510:1
511:1 512:1
513:1 514:1
515:1 516:1
517:1,9
518:1,14
519:1,10,12
520:1,4
521:1 522:1
523:1 524:1
525:1 526:1
527:1 528:1
529:1 530:1
531:1 532:1
533:1 534:1
535:1,8,21
536:1 537:1,
22,23 538:1
539:1 540:1
541:1 542:1
543:1 544:1,
4,25 545:1,4
546:1,6,9
547:1,6,11
548:1,2
549:1,5,9
550:1,19
551:1,10,17
552:1,6,8
553:1,9,20
554:1,9,23
555:1,3,8
556:1,8,14,
18,20 557:1
558:1 559:1,
13 560:1,3

561:1 562:1
563:1 564:1,
6 565:1
566:1,18
567:1 568:1
569:1,11,19
570:1 571:1
572:1,15
573:1 574:1,
12,17,20
575:1 576:1,
9,11 577:1,
16,17,19
578:1 579:1
580:1 581:1
582:1,5
583:1,16,17,
18 584:1
585:1 586:1
587:1,25
588:1
589:17,21

**Dershowitz's**
41:4 154:2,
17 191:6,9
193:15
207:25 208:7
301:24 303:7
316:10
343:23
414:23
415:10
417:16
421:23
431:21 435:5
437:7,14,18
441:14 447:3
449:11
450:12
452:16 454:6
456:25 458:4
460:6 461:3
465:14,20
466:8 468:13
546:25
559:21

**Dershowitz-
dodd**

193:9
**Dershowitz.'**
459:20
**Dershowitz.
law.harvard.
edu**
31:10
**descendants**
247:21
**descender**
33:15
**describe**
259:12
438:11
**described**
122:10
312:13 412:7
**describing**
259:11
**description**
109:15
**desert**
310:25
**deserve**
99:17 570:16
**designate**
544:11
**designated**
544:6,14
**designed**
113:23
**destroy**
66:10 84:4,
5,6
**destroyed**
42:4 52:9,
15,17,20
53:9,11
57:13,20,21,
22 60:19,20
62:4 65:24
66:12,13,14,
15
**destroying**
67:4 112:25
**detail**
376:11 579:2

**detailed**
144:21
**detentions**
228:19
**determined**
446:9
**detractors**
106:20
**detrimental**
242:8
**devastating**
64:2 86:12
**development**
276:18
**Devil**
90:6
**devil's**
85:6 89:7
385:8
**devoid**
352:5
**diagnosing**
100:22
**diagnosis**
65:22
**dialogue**
199:24
204:14 205:2
576:4
**Dickerson**
423:7 424:5
**dictator**
420:24
**dictatorship**
184:4,10,24
**did,'**
366:3
**die**
72:19
**died**
73:5 102:21
309:9 481:22
**diet.'**
192:8
**difference**
87:10 100:17
101:22 157:6

178:11
185:3,7
397:18
406:10
461:22 570:2
**differences**
169:19
406:14
**different**
31:8 38:23
88:21 141:5,
6,21 144:18
156:10
215:10 250:2
274:20
292:15
300:24 326:2
347:25
414:17
449:23 451:9
486:16 524:9
542:24
**difficult**
327:5
487:20,22,23
573:7
**difficulty**
451:5,9
**dined**
218:23
**dinner**
191:24 192:5
206:12
218:20,21
219:4 224:14
231:7 251:24
252:8
253:13,15
283:25
309:7,15,18
493:9
**direct**
148:21 156:4
351:17 541:3
**directed**
381:3
**directions**
107:23

**directly**
34:17 77:25
152:9 478:2
568:19
**director**
128:8
451:15,21
503:4,15
**dirty**
98:22 435:18
436:6
**disagree**
113:3
117:10,17
159:6 226:5
248:15 326:7
346:15
358:13 365:9
366:4,13
368:9
369:12,17
372:14
517:21 530:6
536:23
**disagreed**
32:23 46:5
126:19
330:25
337:15 365:8
366:2
**disagreeing**
358:10
**disagreement**
536:25 584:3
**disagreements**
580:12
**disagrees**
224:9 232:11
335:2
**disappear**
118:23
119:15
**disappointmen**
**t**
182:22
**discern**
399:4,10,14

**disclose**
115:23
**disclosed**
586:16
**disclosures**
224:2
**discovered**
30:24
**discovery**
36:22
**discredit**
370:7 391:3
559:25
578:20
**discredited**
338:19
**discretion**
379:16
**discuss**
208:15 228:8
244:2 487:5
490:16
579:24
586:22
**discussed**
39:6 160:16
217:6
**discusses**
486:12
**discussing**
567:23
**discussion**
154:6 377:14
494:5 506:15
**discussions**
377:24,25
**disguises**
99:11
**disgust**
566:24
**disgusted**
567:3
**disgusting**
175:25
224:23
**dish**
288:6

**dishonest**
463:6
**Dishonesty**
312:24,25
313:5
**disliked**
211:9
**Dismiss**
312:21 313:3
380:15
425:24
**dismissed**
241:25
588:15
**displayed**
97:8
**dispositive**
353:17
**disprove**
118:21
119:16,19
**disproved**
103:25
118:25
**dispute**
208:15
210:8,13,14
429:8
**disputes**
254:25
**disregarded**
35:12
**disrupt**
269:21
**dissent**
237:24 239:4
**dissipate**
344:10
**distance**
323:12
**distinct**
90:14 274:24
**distinction**
467:6 575:2
**distinctions**
468:3

distinctive
    258:18
distinguished
    86:8 150:7
    165:18
distorted
    35:24 484:9
District
    23:15
disturbed
    46:7
diverse
    580:18
divide
    355:25
divided
    54:7 128:4
    246:14 393:5
divorced
    259:8
DJT
    352:4
DNC
    461:6,10
dock
    182:18
doctored
    445:5,7
Doctrine
    270:6,8
    271:15,20
    272:7 275:4,
    5,8,12,15
    456:13
    468:18 485:5
    517:9
Doctrines
    275:16
document
    90:20 103:12
    131:17
    132:23
    134:2,17,22,
    23 135:4,11,
    12,13 137:22
    161:24 162:7
    213:22

216:13
243:4,9
244:25
282:21
340:13 345:3
362:4 433:6,
22,24
469:15,18,
21,23 492:2,
13 521:5,14
528:11,12
533:18,20
535:7 554:20
569:16
573:22
577:12
583:14
documents
    30:7 95:20
    96:12 276:4
    316:15
    447:18 535:8
    548:12,19
doing
    60:17 124:3
    143:16
    152:20,21
    166:12 171:7
    175:12
    184:6,12
    194:2 215:25
    242:7 245:8
    247:23
    261:23 264:9
    318:13 358:5
    362:24 414:8
    475:16
    518:24
    552:14,25
    553:23
    555:12
    563:23
    586:11
DOJ
    504:5
dollars
    566:9

dominant
    330:13
    331:10,13
dominated
    183:5
Don
    586:9,11
Donald
    113:2 117:23
    133:3 165:16
    172:21
    192:6,8
    217:9
    229:13,14
    231:2 246:7
    256:24 310:5
    324:18
    330:17,23
    383:22
    423:18
    427:5,7
    501:14
door
    97:2
dots
    418:18,21
    419:2,3,4,22
    420:3
Double
    287:22
double-sided
    153:22
double-team
    522:5
doubt
    136:16
    202:18
    221:16
    239:11
    445:10
    484:18
Dowd
    192:25
downloadable
    505:25
dozen
    313:23

draft
    105:9 134:11
    481:5,6
    539:12
    559:14,21
    578:8
drafted
    481:8
drafting
    319:2
drafts
    539:8
drama
    553:24
dramatically
    34:9 356:25
Draper
    414:22 415:9
draw
    201:21 202:9
    315:4,8,12,
    13
Dred
    409:6
Drive
    23:23 25:5
driving
    47:22
dropped
    37:2 119:14
drove
    281:10
dubbed
    193:8
due
    142:18 246:4
    320:13
duly
    22:5
dumb
    443:20
dust
    363:2
dusty
    319:6,13
    362:25

Alan Dershowitz
September 13, 2022

duty
  374:22

——————————

              E

——————————

ear
  505:21 571:2
earlier
  154:24,25
  176:20
  220:17
  229:25
  231:9,20
  290:2 291:16
  302:11
  368:13
  382:16,18
  386:12
  396:18 525:7
  560:22 569:5
early
  71:10 157:15
  583:7
earned
  557:9,12,13
earnings
  38:20
earns
  557:10
Earth
  98:18
easier
  171:20
  481:15,19
easily
  101:3 578:20
East
  369:6
Eastern
  453:19
easy
  244:14
  403:9,10,13
  487:24 488:3
eaten
  230:24

economic
  84:6
Ed
  134:3,4
  209:8,9
  485:12,21
  486:9 487:4,
  15 488:25
  537:12,23
Ed's
  455:2
edge
  267:15,16
edit
  144:12
  508:16,23
  510:6
edited
  487:17
editing
  144:22
edition
  163:23
editor
  136:8 144:19
  197:5 292:15
  304:14,16,21
  305:4
Edmonson
  429:22,23
  431:2
Eds
  133:3 134:18
  136:12,17
Edward
  455:7
Edwards
  28:9 49:19
  50:4,15
effect
  52:25 64:2
  212:11 267:7
  432:5
  526:14,23
  541:23
effective
  385:17,19

  518:17
effectively
  139:20
effects
  62:8
effort
  370:7 518:13
efforts
  124:8 276:5
  559:24
egregious
  570:13
Eichler
  353:2,3
eight
  51:12 59:4
  102:19
  289:13
  474:10
Eighteen
  172:16
eighth
  88:23,25
  89:2
either
  67:21 106:21
  130:21 222:7
  247:10 389:8
  397:8 405:17
  429:7 477:5,
  6,15 481:3
  509:20 534:8
  557:14
  564:14
elaborate
  300:21
elected
  123:22 124:7
  137:11
  271:18
  275:10 327:6
  390:23
  416:12
  418:11
  421:16
  423:21 438:6
  443:6 472:15

election
  114:11
  271:19 388:5
  440:25
  442:24 443:2
  457:7 476:18
  517:10
  530:3,4,5,16
  531:14
election.'
  454:12
elections
  427:18
electoral
  399:21 473:8
element
  273:7,11
elementary
  102:18
elements
  403:23
elevate
  372:21
  549:14
elevator
  541:24
Eleven
  60:14
Elicits
  458:5
elides
  467:5
Elie
  462:2,4,13,
  15
eliminated
  71:6 119:5
eliminating
  325:18
Elise
  436:22 439:6
  503:24
elite
  163:14
elites
  202:11

**Elizabeth**
  72:19
**Ella**
  577:16
**Elleithee**
  417:3,13
**else's**
  210:25
**email**
  31:8,11,18
  69:5,10
  70:10 73:15
  80:11,14,21
  81:6 90:7,22
  94:15 100:5
  102:8 103:6
  104:15
  133:2,25
  135:15
  137:24
  138:8,14,16,
  25 173:21,25
  174:17
  175:21 182:4
  183:14
  185:14,19,22
  186:16,20,23
  187:20,21
  188:16 189:5
  208:15
  209:20
  214:11,15,
  16,25 216:18
  217:6,7
  222:14
  227:7,20,25
  233:8,12,13,
  14,21
  236:10,19
  237:17,22
  239:24 240:4
  242:23,24,25
  243:7,14
  245:3 278:7,
  22,24 279:8
  280:3 281:18
  282:4,15,22,
  25 285:22

286:2,7
301:20
302:15
324:8,12
352:22
354:24
356:20
357:13 447:2
482:2 483:13
491:5,7
492:14,15
493:8 497:9,
13,18,22
502:2,11,23,
24 503:9,12,
23 505:17
512:20
519:12
520:14
521:22
528:21
537:22
538:12
558:19
559:10,17
566:14,18,
22,24 569:19
572:12,14
573:4,24
574:11,18
576:8,11,17,
20,23
577:15,18,24
578:6,7,8
582:18
583:16,17
**emailed**
  72:16 275:23
  279:19,20
**emails**
  31:2,4,5,7,
  24 32:8,15,
  17 70:13,15
  71:2 94:17
  95:4,8,22
  96:15 161:15
  168:2,4,11
  170:24 171:3

172:19
178:17 179:4
187:10
190:17 208:6
213:24,25
227:11,16,19
233:5
278:19,23
279:6 280:5,
15,19,20
348:11,16,
17,21 349:2,
6 351:2,4,
11,12,18
353:8 369:24
370:3 373:2,
7,11 444:8
447:8 479:19
519:9 520:6
535:13,21
536:7,11
**embark**
  442:18
**embarrassed**
  567:4
**embeds**
  202:3
**embracing**
  165:19
**emerged**
  150:6
**emerges**
  336:24
**emerging**
  543:20
**emeritus**
  302:2 333:16
  334:2 336:16
  344:19
**Emhoff**
  349:18,20,23
  489:6
**emoluments**
  406:16,17
**emotional**
  57:15

**emotionally**
  42:6
**emphasis**
  405:23
**empirical**
  160:19
**employ**
  300:17
**employee**
  274:5
**employees**
  272:25
**employs**
  471:16
  472:24
  473:15
**enabler**
  567:7
**enclave**
  208:10
**end**
  36:7 103:20
  165:18
  174:16
  175:23 199:3
  284:24
  420:24
  471:13 472:3
  531:23 553:3
  589:5
**ended**
  289:15,17
**ends**
  189:10 344:9
**enemies**
  97:11
**enemy**
  219:12
**enforcement**
  193:5
**engage**
  114:9
  129:10,13
  130:8 186:23
  205:2 271:16
**engagement**
  74:17

engagements
  67:13
engages
  73:16 388:24
  457:21
engaging
  113:14
England
  51:15 319:21
  327:2
  491:17,23
  492:2,7
English
  90:4
enjoy
  204:14,15,16
  253:15
  532:4,6
  533:4,5
enjoying
  203:16,19
  236:24,25
enmity
  219:13
enormous
  35:22 99:9
  100:17
  101:21 185:7
  247:24
enormously
  65:13 348:12
  517:18
Enters
  440:17
entertainment
  209:18
entire
  52:8,14 53:8
  60:18,19
  245:17
  413:14
entirely
  323:9 387:19
  462:17 463:2
entitle
  124:4

entitled
  85:5 226:21
  504:21
  564:7,16
  570:4
episode
  265:4
epithet
  178:5
Epstein
  47:13 48:11
  79:25 81:21
  83:3,9
  294:7,11
  300:11,12,13
Epstein's
  47:18,20
  49:5 83:14
  300:17
equal
  320:14
equally
  156:18
equivalent
  312:20
Eric
  193:19
Esquire
  361:9
essay
  529:6
essays
  490:4
essence
  386:15
essentially
  33:22 35:9
  136:6 250:8
  330:20
establish
  360:17
  581:13
establishment
  163:13
esteem
  365:24

estrangement
  209:21
et
  257:15
  261:19
  311:19 362:9
  366:14
  393:10 504:6
ethically
  318:4
European
  128:3
Ev-
  470:23
evasive
  541:2
Eve
  231:7,9
evening
  505:20
event
  40:8 77:6
  309:12
  336:23
  338:17
  362:3,4
  363:20
  368:22,24
events
  293:20
  294:13,19
  298:12
  299:19
  300:6,7
eventually
  513:4 514:6
everybody
  114:12
  178:13
  264:24
  382:17
  390:24
  409:14,18,21
  410:11
  419:25
  432:13
  542:21

  586:18
everybody's
  125:6 320:5,
  7
everyone
  150:16
  241:25 570:3
evidence
  93:23,25
  117:2 119:24
  258:7,21
  260:21
  265:25
  273:24
  275:19 276:8
  336:24 446:9
evil
  98:20 248:8
evolving
  580:18
exact
  25:5,6
  122:13 267:8
  470:22,24
  499:24 500:3
  525:21,22
  526:4
exactly
  35:22 36:2
  41:14 42:2
  106:16
  112:24 114:7
  126:24
  152:19 166:4
  167:16
  168:10
  176:11
  184:6,12
  194:6 211:3
  277:9 312:19
  356:8,11
  376:8 383:23
  384:20
  396:13,16
  452:25
  461:11
  463:11
  470:21 471:7

Alan Dershowitz
September 13, 2022

476:11 494:7
526:25
538:14
539:20
541:23 542:3
examination
26:2 589:16
examine
240:9
examined
22:6
Examiner
441:24
examples
126:10 383:2
390:11
excellent
54:2
excerpt
297:13
excerpted
268:2,5
excerpts
299:15,18
exchange
80:14,21
90:7,22
102:8 103:6
186:20 228:2
282:23
285:22 286:8
491:5 497:9,
18,22 502:2
531:24,25
533:17
569:24
577:15
exchanged
233:5
Exchanges
447:2
exchanging
208:6 209:21
539:13
exclusive
403:20

exclusively
250:18
exculpatory
93:24
excuse
87:24 166:25
167:2 213:5
225:15 253:9
254:18 464:2
excuses
68:21 294:16
executing
421:25
422:11
executive
327:7 440:24
exercising
391:21
exerting
440:24
exhibit
58:14,20
60:25 61:7
62:15,22
69:5,11
76:5,10
80:10,23
82:25 83:11
85:5 87:14,
23 88:9 89:9
90:2,9 95:4,
11,23 96:4,5
101:11,12
102:6 103:8
116:15,18
118:15
131:17
132:22 133:5
137:21,25
145:12,15
146:15,20
148:24
149:6,10,18
153:15
155:14,19
160:25 161:9
164:20 165:5
170:23

171:4,15
172:12
178:16,18
179:3,19
191:5,11
195:5,13,20,
25 198:5,10
201:7,14
203:14,21
205:5 207:2,
8 213:4
214:4,8,11,
15,21 215:4,
20 217:22
226:16,20
227:6,8,11,
25 233:5,9
236:11 255:6
256:4,10
278:7,25
281:24
282:16
285:22 286:4
295:19
297:4,14
301:19
303:6,9
322:19
324:5,10
332:6,13
335:17,18
336:6 343:9,
12 348:6
351:2,10,14
360:22
361:10
372:17
373:3,6
393:25 394:7
411:17
413:18,20,23
416:24 417:2
425:6,20,23
426:15,16
445:19 446:7
447:4,7
448:22 449:8
453:25 458:8
459:3,5

460:4 462:9
471:12
481:13,15
482:3,11,18
491:5,8
497:9,15
501:23
502:13
507:16,25
518:2,4
519:8,13
532:10,16,18
535:12,23
536:6
537:21,24
538:3 539:5,
25 546:3,5,
9,15 547:4,7
549:7,9,17
550:4 551:2,
8,14,17
552:21
553:18
554:10,21
555:4 556:9,
17 558:18,20
559:7 560:22
566:14,19
569:16,20
572:12,16
573:22
574:13
576:8,13
577:15,21,25
583:19
587:10,19,22
588:19,20
Exhibits
233:4
exist
348:23
484:15
existence
442:20
expect
108:25
499:25 500:4
513:6 525:24

Alan Dershowitz
September 13, 2022

526:6,21,25
527:2,9
**expected**
139:16
355:20
**expedite**
161:16
**expenses**
554:6
563:14,18
**experience**
331:12
**experienced**
40:11 65:8
**expert**
449:6,11
458:17 460:5
461:2 540:18
**experts**
328:14
353:15
**explain**
124:24
294:13
375:10
494:11 534:7
**explained**
471:17
472:25
473:17
**explains**
353:21
559:22
**explanation**
318:17
**explicit**
508:18
516:10
**explicitly**
67:14 415:20
457:21 526:5
**exploitation**
140:25
141:15 142:3
**expose**
245:21
246:9,12,24

247:15
**exposed**
331:13
**exposing**
245:25
**exposure**
523:11
**expressed**
71:19 106:22
**expressly**
321:14
**extended**
369:3
**extends**
450:24
**extensive**
363:6
**extensively**
33:7
**extent**
95:14
**extorting**
379:20
**extortion**
347:2,3
379:2,13
385:24
**extra**
171:21
**extreme**
182:21
339:12
349:15
**extremely**
44:7 242:8
378:2
**extremes**
403:10
**eye**
170:2 218:16
**eyes**
220:12 499:4

---

**F**

F-I-A-L-K-O-W

283:16
**face**
42:23 457:2
571:2
**faces**
129:3,5
153:2 471:10
**facilitated**
184:4,9,23
185:5,6
**fact**
26:12 35:15
45:17 46:18
57:19 63:18
67:12 85:24
98:12 108:4
118:14
140:17
141:10
158:11
177:18
217:14 226:7
248:3 260:11
274:6
315:10,25
318:21
327:21 328:5
356:3 372:4
378:23
380:15
384:12
389:2,6,14
390:3 427:22
428:11 484:6
486:23
487:19 491:3
494:17,20
511:9 518:5
530:13
568:16
570:22
579:18
**factor**
490:2
**factors**
53:14
**facts**
379:24

380:13
446:21
543:22
573:11
576:19
**factual**
362:9 377:25
**faculty**
334:9,12
567:5
**fade**
118:22
**fair**
199:18
243:25
244:20
374:24
376:22 377:5
492:25 493:3
495:16,18
496:12
**fairest**
38:21
**fairly**
221:14
435:24
524:11
**faithful**
84:25 167:10
**falls**
325:14
**false**
47:8 51:16,
17 60:10,16
63:24 64:4
66:2,20
78:18 79:11
104:19 106:5
112:15,17
114:13 493:3
517:16,17
523:15 530:2
**falsely**
57:16 66:4
119:11 294:9
300:9
**fame**

570:21

**familiar**
85:13 192:22
198:5,13
201:12

**familiarized**
379:25

**families**
228:15,18

**family**
30:25 60:3
62:5 65:14
98:25 104:16
105:19 152:2
183:5 241:19
269:8,21
309:12
314:14
491:16,22
528:25 562:8
577:19,24

**fan**
111:9,11,22
307:21 320:4

**fans**
106:20

**far**
165:19 173:4
218:24 241:4
302:23 314:4
328:11 427:4
431:11
500:18
514:15
515:13
562:19

**far-fetched**
167:2 578:17

**fascism**
110:24 183:6
185:2

**fast**
482:14

**faster**
177:8

**father**
173:3

**fault**
218:6 407:13

**favor**
125:6 189:21
229:20
549:23
563:24

**favorable**
294:7

**favored**
336:18

**favorite**
197:11

**FBI**
120:6,7

**fear**
492:24

**feared**
530:8

**fears**
464:20

**February**
283:11
502:8,11,25
503:14,23
505:11
522:13
527:17
533:24

**Federal**
150:13 546:8
547:5 549:8
551:16 554:8
555:2 556:7,
17

**Federalist**
319:20
362:21

**fee**
359:3,4,5,23
360:6,13,15,
17 562:22,23
567:12,21,
23,24 569:2

**feed**
481:13 483:7

**feel**
106:4 174:5
177:18
179:24 226:6
299:5 304:10
569:10

**feeling**
109:2,3

**fees**
360:9
557:14,15,23

**fell**
312:16 501:3

**fellow**
163:10

**felt**
123:4 152:12
224:2 260:16
302:3
356:19,21
375:24
376:16 465:8
475:25 476:2
488:11

**female**
262:17

**Feud**
83:4

**fewer**
34:25 35:5,
6,7 289:3

**Fialkow**
283:15,17,
18,19,22
284:7,13
285:23 286:2

**field**
309:24
310:24

**fifteen**
148:6 251:5,
8

**fifth**
416:24,25
417:2 458:11
459:2,4

**fifth-rate**
281:15

**fight**
39:2 173:14
224:25 588:3

**fights**
260:6,9

**figure**
34:3 53:24
359:22
553:15

**filed**
23:14 483:15
548:4,12

**filing**
48:21

**fill**
50:3

**fillcow**
283:16

**filthy**
98:22

**final**
142:10
154:12
166:16
187:21
469:15,18,22
505:17
583:14

**finally**
253:7 472:4,
7 587:9

**finances**
552:23

**financial**
36:19 37:3,
23 38:11
389:18
400:20,22
401:6 403:17

**financially**
24:2 34:25
36:14,19
37:2,6,8,10

**financier's**
83:6

Alan Dershowitz
September 13, 2022

find
60:11,12
178:21 206:2
209:5 218:6
222:6 228:8
293:4,5
399:6 440:12
444:10
480:10
511:23
552:17
finding
240:24
fine
146:21
149:15 245:8
293:6 303:2
339:25
389:16
395:12
427:16
468:11 519:2
finish
56:4 87:22
134:8 196:11
371:10
482:13
584:16
finished
130:18 311:5
329:10
409:12,13
finishing
310:25
fire
194:3,15
239:16 390:7
529:2
fired
586:7
firing
194:9
firm
49:7 571:15
first
22:5 24:18
29:18 70:9
81:3 99:9

100:3 102:13
103:20,24
105:18
111:10,12,
13,15,23
112:23
118:15
127:8,10
132:6 137:2,
3 138:14
139:9 140:5,
23 169:4
179:14,19
201:20
204:20
214:15 228:7
233:12
237:25 238:3
243:7 253:3
261:4,24
273:4
297:19,22
305:8 308:21
344:7
345:24,25
351:18 360:5
361:13
374:15
375:17
376:7,9
381:23
382:11
388:16
411:25
412:3,7,9
413:22 414:2
420:6 425:22
426:14
432:16 434:9
442:6,11
444:18 445:4
449:10
476:22,23
477:12 478:2
483:6 492:15
494:11
500:16 501:5
502:24
503:9,11

512:25
520:13,19
521:14 526:2
531:17,25
542:20
550:15
558:10
574:18
578:22
581:23 582:4
fish
182:16,18
fit
109:15 144:9
five
49:14,17
63:10,11
88:22 232:7
241:6 289:8
345:21,23,25
346:20
430:12
450:10 459:6
474:5,10
532:21 565:4
five-minute
121:23
flapping
182:16,17
flat
325:14
flaunting
570:14
flip
96:9 98:4
153:14 179:9
417:25
532:22 583:2
flipping
417:11
440:6,10,11
Flit
522:17
floor
36:4 206:18
221:20 268:3
318:25

319:4,5
322:2 323:4
327:24 328:4
333:4 335:3,
24 337:25
346:5
348:10,13,22
349:9 351:5
355:19
357:16 361:6
363:21
374:2,9
376:4 379:23
382:4 384:24
386:11
387:15
396:17
408:4,11,18
409:14
411:24
427:14
445:15
447:10 476:3
487:6 574:23
578:9 582:20
Florida
23:15 418:3
419:12 477:5
fluid
498:15
flurry
348:11
focal
271:21
focus
296:21 297:2
329:17 370:8
focused
371:11
382:24
383:12
402:16
focusing
322:4 371:13
fodder
390:12
fog
344:11

Alan Dershowitz
September 13, 2022

fold
    481:15,18
folks
    473:25
    475:23
follow
    439:23 561:5
followed
    220:7 355:5,
6
followers
    307:14 436:8
following
    159:7 194:8
    367:22 368:5
    570:25
follows
    293:25 575:5
followup
    204:22
    503:23
food
    310:20
fools
    461:18,19
foot
    158:24 159:4
    575:3
football
    309:24
    310:24
footnote
    295:15,21
    298:8,9,11
    299:14
    403:21
Force
    91:8,9
foregone
    240:19,22
    241:8
foreign
    376:13
    428:19
    435:17 436:5
    466:21

forever
    567:6
forget
    89:12 138:24
    231:10 387:9
    395:20
forgive
    77:24
form
    32:9 38:14
    44:23 45:8
    49:23 52:12
    54:20 55:11
    58:5 109:25
    110:6,16,18
    112:5 115:20
    127:17
    129:18 131:9
    141:18
    159:25
    177:24
    200:12
    212:14
    242:15 252:4
    268:14
    272:19
    274:17
    288:22
    334:4,18,23,
    25 358:4
    371:8 411:8
    477:23
    511:14 512:7
    514:24
formally
    120:11
format
    132:3
formulation
    452:16
forth
    187:25 539:8
    573:16
forum
    355:16
forward
    238:7 241:12
    504:16

forwarding
    81:10 235:3
    578:8
forwards
    236:19
foster
    286:18,23,24
    367:22 368:5
fought
    39:20 111:13
    173:13
found
    218:11
    315:15
    378:20
four
    88:22 154:23
    230:9,12
    232:6 241:6
    289:7 430:12
    459:6 474:7
    492:6 498:9
    501:16
four-digit
    491:24
fourth
    83:25 151:17
    202:12
    205:7,16,17,
    19 345:6
    416:23 428:8
fox
    157:16 160:7
    167:10
    218:18
    235:11
    341:16
    438:21,24
    439:14
    440:18
    542:12,23
    543:2
    581:22,24
framers
    112:21
    126:24
    127:24
    325:20

framing
    125:20
Francoise
    281:12
Frank
    197:5
    458:16,19
    489:9,13
Franklin
    450:11
frankly
    316:25
    450:13,22
    522:4
fraud
    530:17
Fred
    336:3,5
free
    77:13 78:16
    246:5 304:10
    326:7,9
    371:4 495:12
    571:3
Freedom
    77:7
freeze
    343:16,21
French
    251:17
frequent
    31:2 294:20
    537:4
frequently
    70:15 89:22
    121:7 186:23
    436:5 501:7
frequents
    163:14
fresh
    515:8
friend
    182:6 183:7
    220:19,23
    231:3 242:7,
    11 260:12
    384:14

481:25  523:8
559:22  569:6
586:15
**friendlier**
232:8
**friendly**
224:17
258:15  506:5
569:24
**friends**
42:15  45:12
71:14,16,17,
21  91:16
97:12  103:3
104:16  118:6
151:7,22
172:25  173:7
187:15,18
189:21,24
190:4,7,10,
13,14  191:8,
23  192:5
199:5,14,15,
17,18  204:25
206:12
209:13
219:23  220:6
232:4,6
238:8
241:21,23
247:18
258:15
276:20
277:17,18,
21,22,23
278:2,4,12
281:12
284:17  293:3
309:8  365:20
479:2  540:25
557:25
558:4,10,14
**friendship**
241:24
257:12
278:13
284:24

**friendships**
220:3
**fright**
523:22
**fringe**
167:4
**front**
29:16  69:15,
17  70:5
97:14  153:21
161:25
167:14
216:13
249:10
290:13
310:16  415:2
474:2,6
490:9  516:19
520:5  522:16
572:4  573:14
581:14
588:13
**frustration**
523:17,19
**fueled**
167:7
**fulfilled**
347:15
**full**
166:17
205:19  325:4
413:9  416:7
516:5  522:4
573:10  584:7
**fully-fledged**
100:11,13
**fun**
370:14
**function**
45:18  239:13
**fund**
558:2  562:13
563:8,12,20
564:23
565:20  566:3
**fundamental**
580:15

**fundamentally**
530:6
**funder**
563:6
**funding**
564:17
**funds**
403:12  407:3
564:21
**funeral**
309:10,17
**funnier**
464:17
**Funnily**
461:24
**funny**
129:15,19
164:7,9,16
192:15
268:21
269:9,12
410:12  582:5
**furious**
157:16  588:9
**furthest**
309:20
**future**
248:12
339:23
452:17

---

**G**

**Gallamore**
351:19
**galleys**
302:23  303:4
394:10,11,13
**game**
491:15,22
**Garber**
461:2
**Garland**
230:6
**Gary**
286:17,23,24
420:15

**gas**
110:10,11
**gave**
126:9,10,16
204:23
212:17,19
230:4
231:18,20
262:5  302:12
384:22,23
387:13
389:18
400:13
403:15  413:9
419:7  476:5
490:9  541:9
586:12
**genders**
129:6
**general**
34:22  53:14
128:4  207:20
322:8  459:16
479:15
**generalizatio
n**
299:8,10
**generalized**
299:8
**generally**
32:6,11  65:5
120:23
169:11  236:5
300:8  306:19
363:6  474:21
486:12
488:15
490:25
509:15
**generic**
300:22
**gentleman**
352:25
**gentry**
165:24
**genuine**
239:17

Alan Dershowitz
September 13, 2022

genuinely
  354:7
geography
  346:25
  347:11
George
  175:22
Germans
  189:14,16
Gertner
  150:13
get all
  487:23
getcha
  372:23
getting
  35:8 88:4
  131:11
  348:15
  358:14 442:7
  446:10
  450:14
  471:12 521:3
  534:2 538:6
  555:14
  569:10
Ginsberg
  143:24
Giuffre
  27:2,20
  47:2,6
  50:11,21
  51:16 52:8
  53:8 54:7,16
  57:3,5,6,10
  59:25 61:24
  63:13 65:6
  67:4,15 74:7
  78:24 92:23
  96:20 97:16
  101:16
  120:21
  558:3,11
  563:11
Giuffre's
  55:8 56:10,
  14,17 82:16
  98:15

119:20,22
Giuliani
  235:23
give
  25:6 64:24
  68:5 72:4
  120:9 122:13
  132:17 206:2
  231:11 303:5
  374:15
  379:10 385:2
  386:21,24
  389:24
  390:10
  401:8,13
  429:4 435:16
  473:7 474:4
  475:14
  479:14
  488:17
  492:21
  564:25
  565:4,12,14,
  19 582:20
  587:5
given
  111:20
  120:14,15
  137:23
  213:13
  242:11 265:5
  298:15
  330:9,10,15
  383:2 387:15
  400:12 402:8
  444:12
  491:14
  502:23 576:9
giving
  254:12
  265:20 390:6
  401:4,25
  403:10 436:7
glad
  204:19
  236:24
  404:12
  503:25

glasses
  77:21,23
  188:15
  483:24
Globe
  207:5,7,14
  217:7
goaded
  371:18
goading
  370:13
goal
  211:15 467:8
God
  41:3 98:24
  266:15,17
  276:21 277:5
  297:7
goes
  65:10 152:4
  206:6 208:14
  209:24
  234:11,18
  326:3 359:25
  408:23
  427:19
  437:24 537:8
  583:23
going
  27:9,10
  58:12 60:24
  62:14,25
  66:10 69:4
  76:3 77:17
  78:4,6,13
  80:9 81:2
  82:9,24
  83:20,22,24
  87:13 95:3,
  10 96:7,8
  98:11 102:4
  103:4 111:25
  112:10,12
  119:9,10,13
  124:4 130:11
  132:21
  134:10
  137:20

145:14
146:19
147:16,18,19
148:3,22
149:11
152:11
160:25
162:13,14
163:22
164:10,15,18
167:25
170:21
171:7,14,17
174:7 177:7
187:14 191:3
194:21
196:6,9
216:7 218:24
221:6,11
233:4 238:24
240:3,17
244:8,21
246:13
255:4,6
256:3,14
276:7 277:24
278:5,21
285:20
286:11 289:7
296:21
300:18
301:18 306:5
309:16
310:15
313:16 314:7
315:11
322:18
324:23,25
331:17 332:4
335:18
341:11 348:5
350:25
351:17
360:20 364:4
372:9,16
373:5 377:20
380:20
386:20,24
393:24

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| 394:20 | **good** | **grabbed** | 560:4 |
| 403:22 | 109:2 132:14 | 278:9 | **Greek** |
| 409:22 | 162:16 | **gradual** | 183:3,5 |
| 411:12,15 | 173:14 | 48:17 | **green** |
| 413:17 425:5 | 175:13 199:3 | **graduated** | 501:7 |
| 439:5,8,21 | 219:23 230:8 | 251:6,8 | **grief** |
| 444:10 | 241:14 | **Graham** | 365:20 |
| 445:17 | 288:14 | 350:3 | **grievous** |
| 446:15,19 | 308:15 311:9 | **grandchildren** | 274:14 |
| 448:20 | 320:24 324:4 | 93:22 | **gross** |
| 461:25 | 333:22 | **grandfather** | 551:12 |
| 481:11,15,17 | 349:17 | 581:6 | 553:25 575:7 |
| 482:5 | 350:10 362:4 | **granted** | **Grossman** |
| 487:16,17 | 379:9,10 | 142:17,18 | 90:7,23 |
| 501:22 | 400:9,18 | **graph** | 91:2,3 |
| 506:12 | 410:18,19,23 | 73:22 88:23, | **ground** |
| 507:14 | 420:19 | 25 105:18 | 126:25 |
| 517:25 | 422:13 | 142:10 | 390:15 |
| 518:3,7,22 | 455:2,3,11, | 151:13 325:4 | **grounds** |
| 519:7,16,22 | 13,14 457:6, | 336:13 338:4 | 125:5 198:18 |
| 522:22 525:6 | 7 467:24 | 344:7 345:6 | 316:14 |
| 526:9 529:8 | 471:21 473:5 | 434:9 451:14 | 320:22,23 |
| 535:5,6,11 | 481:24 | 472:3 516:5 | 321:17 |
| 536:2,16 | 519:17 | **Gray** | 325:19 |
| 544:5,10 | 552:24 | 197:6 | 442:19 |
| 546:24 | 553:13 | **great** | 457:12 |
| 549:19 | 557:16 581:2 | 53:3 62:13 | 530:10,11 |
| 550:25 551:7 | **GOP** | 64:14 66:24 | **group** |
| 552:15,17,20 | 240:19 241:9 | 70:8 78:11 | 69:6 70:11, |
| 553:10,13,17 | 335:21 | 84:10 92:18 | 14,21,23 |
| 554:20 555:7 | 336:19 | 93:16 97:9 | 71:3,4,6,10, |
| 556:3 564:13 | **Gore** | 103:4 115:14 | 13 72:17 |
| 566:13 | 159:3 | 153:11 | 102:19 |
| 569:15 | **gotcha** | 172:17 | 139:11 |
| 571:25 | 370:9,21 | 179:24 | 245:17 309:8 |
| 572:10 | 371:15 | 208:10 | 328:24 |
| 573:22 576:6 | 372:7,23 | 226:10 283:8 | 373:11 |
| 577:10 | 424:8 463:19 | 318:20 324:3 | **guarantee** |
| 583:13 | **Gourevitch** | 329:2,3 | 545:14 |
| 584:25 | 422:19 | 331:6 356:13 | **guess** |
| 585:17 | **government** | 425:4 451:5, | 233:3 397:8 |
| **Goldberg** | 368:25 369:2 | 9 537:2 | 449:13 |
| 111:19 | 407:17,19 | 572:6 | 479:7,10 |
| 187:25 188:6 | **governments** | **greater** | 491:23 |
| **Goldstein** | 429:3 | 54:10 471:21 | 522:18 |
| 186:12,21 | **grab** | 473:5 | 566:11,12 |
| 188:3,7 | 216:3 | **greatly** | |

guest
 121:7,8
 492:18 501:6
 537:5
guests
 30:19 160:9
 218:20
 542:14,18
 543:8
guide
 466:11
Guilt
 92:24 93:10,
 13 105:6
 504:9
guilty
 176:15
 378:20 389:5
 427:8
Guinness
 144:2
gulag
 110:17
gun
 91:7 575:8
Guns
 204:2
guy
 263:24
 271:24
 288:10 350:2
 365:21
 419:13,15
 450:6
 581:23,24
 586:13
guys
 170:7 262:23
 263:10 485:9
gym
 41:2 224:15

————————

H

hair
 501:7

Hal
 102:9,14
 103:6 104:8
 276:25
half
 171:24
 288:15 360:5
 474:14
 540:22
half-dozen
 289:9
halfway
 188:11
Hamilton
 127:5 335:19
 336:4
hand
 41:19 125:24
 162:7
 234:12,19
 363:4,8
 425:11
 573:13
handed
 171:21
 310:12
 482:18
handing
 538:4
handle
 307:10
 552:23
hands
 133:21
hands-on
 181:14
 565:10
happen
 124:7 142:20
 175:9 237:10
 247:5
 323:17,21
 558:13
happened
 40:12 46:17
 48:16 65:21
 148:25

149:5,25
150:12
160:14
177:21
182:23
208:20
210:13,17
219:20,24
235:22
252:16,23
261:3 266:11
285:2 312:7
321:6 357:20
390:17 478:6
happening
 122:18
 210:15
 249:23
happenstance
 309:5
happier
 365:18
happiness
 57:21 65:18
 66:13
happy
 108:17 109:3
 130:11 132:9
 143:18 244:2
 316:21
 364:17
 487:12 562:4
 571:21,25
harassed
 262:17
harassing
 264:2
harbor
 523:18,20
hard
 40:17 41:9
 212:23
 219:16 242:6
 314:20
 377:16
 403:9,15
 488:3 493:20
 556:22,23

harder
 400:21
 403:18
harm
 37:23
harm's
 388:2 392:23
Harmon
 413:6
harms
 40:6,8
Harold
 288:10
Harry
 190:3
harshly
 152:5
Harvard
 81:16 97:3,5
 108:8 148:17
 150:14 152:5
 174:7,21
 207:16
 251:15 302:2
 330:19
 333:12,15,
 20,23 334:23
 336:16
 344:18
 558:13 567:4
hastened
 193:11
hate
 96:22 97:2,
 7,15,21
 98:12,14
 99:10,12,14,
 15,18 238:25
hated
 106:21
 250:14
 253:17 409:2
hates
 217:14
 219:14
Hatzalah
 565:20

haunts
302:4
have,'
156:11
He'll
586:25
head
86:18 235:12
271:4 327:6
555:14
headed
202:11
headings
300:22
headline
76:18 195:7
507:19
health
40:10 57:21
65:16 66:14
105:23
580:18
hear
28:4 47:3,4
142:13 164:5
226:22
342:10
349:21
390:19
476:23 478:2
484:7 542:11
heard
47:14 67:23
100:19 119:3
169:9 259:9
261:18
272:8,12,13
315:23
356:25
361:22
381:24
450:18
477:12,20
478:3 505:21
549:13
heard,'
438:12

hearing
79:18,19
221:10
230:18
234:16
282:13
323:10
343:17
heart
354:8
heavy
239:20
246:20
Hebrew
90:4
Heffner
173:22
Hefner
173:24,25
174:4
Heidegger
184:22
Heidegger's
185:10,13,19
held
23:17 111:2,
3 194:7
365:23
hell
99:4 361:16
hello
287:7,8
504:12 585:7
587:11
Helman
247:7
help
114:11
140:16 241:2
271:18
388:14
416:11
418:11
419:17
421:15
422:17
423:21 438:6

443:6 472:14
475:10,17
476:9,17
558:2,15
562:6
helped
176:14
224:15
269:14
286:25 294:7
331:6
helpful
67:7 425:17
430:18
helps
246:6 429:7
474:3
Hemmel
193:19
Hence
129:3
hero
91:12
Hey
382:14
hide
164:2
high
83:4 125:7,
8,15 126:5
166:23 284:6
314:2 315:2
328:20
344:21
347:16
350:14
353:16
367:16
379:17
389:10
465:21
high-profile
207:18
higher
359:8,23
360:13,15

higher-ups
121:19
495:22
highly
33:14 39:12
544:6,12
Hill
81:10 195:6,
12 196:21,24
197:14
200:16 201:3
216:24
238:8,16
241:18 308:3
343:11
485:13,25
489:9,14
492:19
Hillary
24:16
123:20,22
124:5 137:10
152:23
156:19
159:10 211:4
330:15,17
378:12
384:16,19
391:7 470:22
544:15
578:16,23
579:16,21
him.'
150:16
him?'
150:12
hire
43:18
hired
78:23 79:3
86:10 575:8
hiring
76:21
Hirono
438:13
historian
450:9

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| historic<br>  362:4 363:20<br>historical<br>  362:3<br>historically<br>  44:9<br>history<br>  106:10<br>  168:21<br>  180:14 281:9<br>  318:23<br>  357:21<br>  490:11 567:6<br>hit<br>  86:10,17,23<br>  87:10,11,18,<br>  20 91:21<br>  504:3 560:17<br>Hitler<br>  33:20 35:18<br>  39:16,21<br>  40:2 55:17<br>  87:6 99:22<br>  101:5,24<br>  107:15<br>  109:14<br>  110:5,9,15<br>  114:6 119:8<br>  121:11<br>  157:8,9<br>  169:6 176:22<br>  177:2,19<br>  178:7 182:23<br>  184:20 258:3<br>  366:14<br>  456:16<br>  468:19 469:5<br>  485:2 517:7<br>HLS<br>  145:11,15<br>Hm<br>  130:3 229:5<br>  251:4 261:7<br>  266:13,22<br>  352:11<br>  382:20<br>  397:13 | Hobson's<br>  77:20<br>hold<br>  41:19 56:11<br>  133:17 146:5<br>  162:3 165:2<br>  535:19<br>  551:13<br>  585:10<br>holding<br>  172:12,13<br>  310:6<br>Hollywood<br>  260:8<br>Holocaust<br>  110:6,16<br>  180:14,24<br>  181:10<br>Holy<br>  97:24<br>home<br>  273:12,20,25<br>  355:8 375:8<br>  387:25<br>  503:17<br>homes<br>  164:3<br>hominem<br>  352:15<br>honest<br>  403:25<br>honestly<br>  443:25<br>honesty<br>  293:2<br>Honig<br>  462:2,4,13,<br>  15<br>hook<br>  167:4<br>hope<br>  33:8 93:14<br>  99:4 173:14<br>  306:11 452:5<br>  528:24 567:9<br>hopes<br>  210:6 | hoping<br>  33:9 95:2<br>  212:22<br>horrendous<br>  91:21<br>horrible<br>  57:17<br>  168:22,23<br>  180:13,17,<br>  18,24,25<br>  181:2,3,10,<br>  11,13,19<br>horribly<br>  41:6<br>host<br>  294:20<br>Hot<br>  293:12<br>hotel<br>  389:23<br>  403:12<br>hour<br>  171:24<br>  288:15<br>  360:4,10<br>  455:25 504:3<br>  556:23<br>hourly<br>  359:3,4,5<br>  557:14,22<br>hours<br>  62:6 130:17<br>  360:22 361:8<br>  364:13,15<br>  411:18<br>  494:15 498:2<br>  568:18,19,21<br>house<br>  47:23 53:24<br>  79:24 136:3<br>  137:14<br>  140:11 173:6<br>  193:11<br>  218:19 219:2<br>  224:14 265:3<br>  288:10<br>  325:14<br>  341:21,25 | 344:16<br>  347:22<br>  350:19<br>  368:23<br>  378:24<br>  380:17<br>  386:18<br>  399:16<br>  400:15<br>  431:19 440:5<br>  545:17<br>  557:19,20<br>House's<br>  407:13<br>Houston<br>  23:24<br>hugged<br>  211:5<br>Hugo<br>  112:20<br>human<br>  77:13 101:14<br>  159:5 160:23<br>  355:8<br>humanity<br>  347:7<br>humor<br>  164:13<br>hunch<br>  456:4<br>hundred<br>  252:11<br>  254:21 543:5<br>hundreds<br>  72:20<br>Hunter<br>  534:8<br>hurt<br>  42:5 62:5<br>  65:14,15<br>  206:22<br>  274:10<br>  275:14<br>  314:17<br>  517:17<br>hurts<br>  474:2 |

Alan Dershowitz
September 13, 2022

hyperbole
113:6,9,13,
18,19 114:4,
20 115:9
128:21
hypocrisy
246:3,10,12
247:14 339:2
hypocrite
152:25
hypothesis
400:18
hypothetical
389:19
391:11,14,15
443:20
hysterical
262:24

I

Ianazzi
24:4
iconic
150:2
idea
105:10 131:4
140:4,13
279:16
280:22 304:8
337:13 346:2
371:12 451:2
454:3 538:23
539:18
548:24
551:23
560:15 577:4
587:24
ideal
475:7
ideas
71:14
identical
95:15,16
291:15

identificatio
n
58:20 61:7
62:22 69:12
76:10 80:23
83:11 89:9
90:9 95:24
103:8 133:5
138:2 145:13
149:7 161:9
165:5 171:5
178:18
191:11
195:13
201:15
203:22 207:8
214:12 227:8
233:9 256:11
278:25
282:17 286:4
297:15 303:9
324:11
332:13 336:7
343:12
351:14
361:10 373:4
394:8 413:21
425:21 447:5
449:8 482:3
491:9 497:15
502:13
507:25
519:13
535:23
537:24
546:10 547:7
549:10
551:18
554:10 555:4
556:9 558:20
566:20
569:21
572:16
574:13
576:13
577:25
583:19
587:22

identify
247:22
identity
114:14,18
ideological
35:4
ignorant
283:24
ignore
379:18
II
193:6 194:2,
15,20
ill-chosen
173:16
illegal
387:8,10,11
389:9 390:16
392:13,16
393:9 395:6
396:10,24
397:4 400:9
402:14
404:18,25
405:3,14,21
406:4,7,11,
15,18
414:18,19
420:22
436:2,10
441:11
image
76:20 506:23
imaginable
235:18
imagine
41:10 225:24
253:20
570:18 589:2
immediately
193:8 483:13
536:8 552:16
immigration
580:14 582:3
583:11 584:2
immoral
392:21

impact
52:21 53:12,
14,16 54:8,
10 139:19
200:25
257:25
275:14
338:12
344:13
impeach
123:25 124:8
126:13
impeachable
126:18 163:8
325:12
387:4,5
389:4 390:2
399:3,10,14
401:24
405:20,22
406:3 417:21
422:2 434:18
465:17,21
466:10
470:10
472:21
473:19
475:18,20,21
476:19
530:11
impeached
41:24 123:11
124:15,16
125:3,4,10,
12,13 137:6,
17 170:18
194:9,12
313:25
330:16
340:24
347:14
378:17,18,23
384:5,8,10
385:23 386:3
387:20
389:11,13
404:4
415:11,22,23

422:25 423:4
424:22,23
440:23 453:4
455:23 456:3
457:22,23
461:13
470:23
476:13
530:10
531:11
**impeaching**
123:20 124:5
135:22
136:2,4
137:4,10,14
140:12
162:20
166:21
168:25
384:19
504:15
578:16
579:16,20
**impeachment**
44:11 79:22
81:12 123:15
125:7 126:25
127:5 134:9
140:19
142:15
143:10,13
159:9,11
161:5 165:21
167:8 168:9
172:22
189:22 194:8
240:9 241:12
294:4 308:21
312:6,10,14,
16 318:19,24
320:22,24
322:20
324:7,21
325:20
337:10 339:6
341:19,24
343:24
344:5,24,25

348:3
353:24,25
354:6,11
355:23
357:17
376:14
378:7,11,12
383:4,11,20,
22,24
384:13,17
390:16
407:23
412:15
413:14,20
418:14
423:24 427:6
431:20
434:21
435:14 438:9
440:16 443:4
447:3 449:7,
12 451:10
456:6 460:5
461:2 464:19
470:8 472:17
473:6 475:9
529:12,20
530:19
578:19
579:12 584:7
**impeachment.'**
421:18 443:9
**impeachments**
338:12
416:14
**impetus**
490:7
**implicit**
401:20
**implicitly**
101:8
**imply**
41:21
**important**
43:13 53:16
54:8 127:3
154:18
170:12

247:15
289:16
299:24
301:14,17
362:17 389:8
494:4 575:2
**Importantly**
53:15
**impose**
228:19
**impress**
323:24
**impressive**
545:22
**imprisoned**
248:22
249:7,9
**imprisonment**
317:16
**improprieties**
54:4
**impropriety**
119:12
**inaccuracies**
32:25
**inaccurate**
488:22
**inadvertent**
508:9
**inaugurated**
124:2
**inauguration**
123:12
**inauthentic**
179:13
**incapacitated**
321:11
**incapacity**
321:10,14
**incident**
368:15
369:25 370:4
**include**
144:8 243:24
321:13 347:2
401:25 494:3

**included**
79:11 268:25
485:18
**including**
32:15,16
41:23 55:20
112:19,20
184:24
455:25
456:14
467:13
480:25 488:2
517:14
**income**
38:20 545:5
546:12,19,20
547:15
549:15,20,21
550:19 551:8
552:9,10
553:19,22
554:4,14,21,
24 555:10,20
556:12,15,25
**incompatible**
465:19
**incorporates**
40:20
**incorrect**
93:5 304:7,
13,18,24
395:15,17
**increase**
212:18
**incredible**
570:20
**incredibly**
39:15 348:16
**incumbent**
128:5
**indeed**
208:20
**independently**
371:14
**Indiana**
388:4,11
392:23

indicate
    204:24
indicates
    125:16
Indict
    120:8
indictable
    465:22
    466:10
indicted
    312:23
individual
    128:16
    274:22
    351:18 506:6
    549:20
    553:19
    555:7,21
individually
    70:25 104:21
individuals
    179:7 272:23
    293:24
    536:12
induce
    467:2
industry
    314:19
inevitably
    348:8
infected
    65:17
inflammatory
    466:12
inflation
    360:16
influence
    433:4
influenced
    433:2
informal
    206:9
information
    258:17 493:4
    509:7 511:18
    541:6,10
    564:7 587:6

informed
    74:3
inheritance
    557:6 562:8
inherited
    557:3
initial
    167:7 223:25
initially
    42:14 359:13
    540:24
initiate
    443:22
injustice
    575:8
innocent
    389:3
input
    580:5,6,8
insane
    33:22 35:13,
    16 87:8
insatiable
    218:16
insightful
    355:21
insist
    218:5
inspired
    169:15
instance
    74:21 391:23
instigating
    415:11
instigation
    560:15
institutional
    253:19
institutions
    293:25
    294:15
insulate
    473:5
insulting
    529:4
insurance

562:19,20
integrity
    246:22
    292:11,17
intellectual
    52:22,23
    53:2 54:2,12
    97:22 107:20
    247:21
intellectuall
y
    463:6
intellectuals
    110:19
    184:3,9,23
    185:16,25
    186:2
Intelligencia
    151:18
intelligent
    158:19
    225:25
intends
    443:18
intent
    442:20
intentionally
    516:9
interact
    220:14
interacted
    361:17
interacting
    202:25
interest
    71:19 271:20
    275:10
    387:23
    388:10,21
    390:22
    398:7,16
    399:20,23
    400:6,11
    401:4 402:23
    403:14 414:9
    416:12
    417:19,20

418:12
420:21
421:16 422:3
423:11,14,22
426:12,23
427:18
430:25
431:16
433:18
434:7,14
435:22
437:22 438:7
441:2 442:25
443:7 451:25
452:7,8,9
454:10,11
468:7
472:13,15
517:3,11
interest,'
    443:3 452:9
interested
    24:3 187:6
    301:5,9
    362:18
    384:13
interesting
    72:25 155:16
    166:9 187:7,
    12 327:15
    474:22
interestingly
    123:18 353:9
interfere
    140:22
interference
    570:6
interfering
    464:9
interpret
    320:10
    421:22
interpretatio
n
    193:7 345:11
interpreted
    101:4

Interrogatory
  211:20
interruption
  96:24 543:24
intervene
  504:6
interview
  86:6,19
  163:21
  203:3,8
  204:6 205:18
  241:17
  261:23 262:2
  304:3 339:13
  370:10 457:3
  492:22
  493:16 494:2
  496:13
  500:16
  503:18
  505:23
  572:21
interviewed
  34:6 85:25
  86:5,20
  202:16
interviews
  94:2
intolerant
  219:17
intro
  134:11
introduced
  456:12
introduction
  104:18 105:5
  136:11 490:5
investigate
  120:6,7
  208:3
investigation
  434:17
investigator
  390:8
investments
  557:16,17

invitation
  79:16,21
  81:20 369:3
invite
  68:19 116:24
  191:23 192:5
  206:11 285:4
  500:2,5
invited
  34:7 68:15,
  16 219:4
  231:6,12
  284:2 285:3,
  5,7 309:14
  368:23
involve
  321:18
  398:6,9,10,
  15 399:22
  400:6,8
  402:22
involved
  91:11 248:7
  260:14
  308:20
  401:11,15
  403:4
involves
  154:8 155:7
  399:20,21
involving
  391:5 400:10
  427:15
Iowa
  524:15,21
Ira
  179:16
ironic
  182:25
irrelevant
  274:7 336:25
IRS
  548:5,13
Isaac
  302:5 303:8
Iskowitz
  436:22

island
  47:18 209:13
  255:14
isolate
  396:2,3
Israel
  51:17 68:12,
  20 77:14
  78:16 86:13
  89:21,23
  91:5,6,13,15
  92:7,11
  139:21
  144:16
  217:18
  219:15
  369:10
  429:4,5
  565:21
Israeli
  91:9 305:11
  368:24 369:2
Israelis
  386:20 405:9
issue
  36:20 44:11
  118:19,20,22
  122:17 130:9
  217:19 321:9
  347:20
  390:13 425:9
  573:20
issues
  107:20 132:5
  182:20
  253:19
  257:5,6
  313:11
  333:19
  580:24
it,'
  339:15
italicized
  508:15
italics
  395:10
Italy
  110:24

item
  372:20

___

J

J'ACCUSE
  559:14
jacket
  550:8
Jackie
  414:3
Jacobs
  102:14
James
  45:19
Jamin
  577:18 578:7
  583:16,17
Jamin's
  578:6,13
Janet
  86:7
January
  58:16,19
  59:3 61:4,6
  62:19,21
  145:12,17
  158:8 222:16
  267:25
  290:6,15,19,
  24 323:2
  324:10
  327:23
  332:9,12,25
  335:10,22
  336:6 337:25
  340:14 341:4
  343:11 344:3
  345:18
  356:18
  361:5,9
  373:18,22,25
  374:8 384:24
  427:2 431:3
  434:8 435:8
  440:20 442:5
  453:18 458:7

Alan Dershowitz
September 13, 2022

463:23 465:6
470:3 482:22
485:25 486:5
496:3
497:14,24
520:19,22
521:23
528:17,18
529:14 532:3
537:23
538:21
566:23
567:18
572:13,15
574:2,12
576:10,12
**Jared**
262:13
**Jay**
281:4,6,8
282:4,10,23
374:18
375:10
**Jeff**
445:13
494:19
503:19 504:2
505:19
506:5,15
510:20,24
541:7,12
**Jefferson**
57:2
**Jeffrey**
47:12,17,20
121:9 152:8
240:8 294:6
300:13,16
494:5 509:4,
5,16
**Jeremy**
203:16,20
**Jerusalem**
557:5
**Jesus**
101:17
**Jeter**
328:25

**Jew**
99:9 179:21
181:16
189:12
**Jewish**
39:19 101:16
110:19
117:23 174:6
180:15
288:12
565:23
**Jews**
39:24 180:8,
19 189:15
250:18
**Jim**
168:13
**Joanna**
259:25
**Joanne**
232:4
**job**
41:7 111:20
128:3,7
176:13
181:19
190:21
269:14
349:17
350:10
356:13
407:25
408:3,7,9,
10,12,14
572:6
**jobs**
248:22
249:6,17
293:4
**John**
45:23 69:22
168:11
169:9,17,20
170:4 173:18
192:25 423:7
424:5 430:19

**Johnny-come-
lately**
217:18
**Johnson**
168:19 194:9
343:23
345:13
353:24
406:22
408:25
**join**
176:6,16
309:14
493:8,10
503:25
**joined**
314:22
**joining**
505:19 521:8
**joint**
558:23
**jointly**
368:24
**joke**
164:7 263:25
458:20
**joke,'**
459:18
**joked**
163:21
**jokes**
288:12
**Jonathan**
322:21 324:9
328:7 341:13
343:11 344:4
**Joseph**
566:25
**Josh**
413:24
**Journal**
83:2,10
120:5,13
411:14
424:18 425:2
433:10,13,
16,23 455:20

489:10,14
**journalism**
420:12
**journey**
338:18
**Joy**
281:20
**Joyce**
462:12
**judge**
150:13
328:25 380:5
483:16
**judgment**
112:11
218:15
446:19
**judicial**
426:4
**Judiciary.'**
451:6
**Judith**
250:7
**July**
83:7,10 85:9
89:8 161:6,8
188:17,21,22
189:6
201:10,14
202:12
203:17,21
204:21,22
207:5,7
236:20
285:24 286:3
302:6 303:8
**jumped**
281:20
**June**
90:8 91:22
195:9,12
215:2,7,14
216:19
**jurisdiction**
126:12
**juror**
380:5

| | | | |
|---|---|---|---|
| **jury**<br>59:22 167:19<br>263:15,17<br>477:18<br>536:19,23<br>**Justia**<br>165:4,9<br>**justice**<br>111:19<br>112:18,20<br>125:16<br>126:19 128:2<br>129:4 193:4<br>194:5,18<br>328:23 330:9<br>346:14<br>381:22,24<br>459:23<br>**justice-type**<br>128:7<br>**justices**<br>315:19<br>**justifiably**<br>468:5<br>**justification**<br>294:18<br>**justified**<br>417:17<br>**justify**<br>420:25<br>432:22<br>456:19<br><br>**K**<br><br>**Karl**<br>276:24<br>279:20<br>**Kasparov**<br>420:15<br>**Kate**<br>26:5 327:11<br>429:21,23<br>431:2<br>**Katherine**<br>24:13 | **Katie**<br>429:22<br>**Kavanaugh**<br>229:16<br>230:14<br>**keep**<br>131:25 132:2<br>240:17 276:5<br>417:9 439:5,<br>21 440:6,10,<br>11 461:25<br>493:3<br>518:22,24<br>552:20,25<br>555:12<br>**keeping**<br>568:18<br>**Keller**<br>209:15<br>**Kelly**<br>538:20<br>**Ken**<br>176:2 481:21<br>**Kerry**<br>502:6<br>504:11,24<br>**key**<br>463:16<br>516:20<br>**kicked**<br>284:6<br>**kidding**<br>446:16<br>**kids**<br>204:2 475:13<br>**kill**<br>271:16<br>**killed**<br>169:25<br>180:9,19<br>250:17<br>**killing**<br>110:11,12<br>517:14<br>**kind**<br>66:9 70:11<br>73:6 91:4 | 107:16<br>124:11<br>176:11 330:7<br>359:16 370:9<br>416:13<br>418:13<br>421:17<br>423:23 438:8<br>443:8 472:16<br>527:3 541:14<br>542:7,12<br>549:12<br>550:14 562:2<br>**kindergarten**<br>102:17<br>**Kindle**<br>144:4 504:20<br>**kinds**<br>46:14,15<br>63:21 100:15<br>247:11<br>271:17<br>**king**<br>244:13<br>420:18,23<br>491:17,23<br>492:2 537:10<br>**Kirschner**<br>262:13<br>**Kitty**<br>498:8<br>**klatch**<br>208:4<br>**Klobuchar**<br>350:4,7,9,16<br>**knew**<br>66:5 112:17<br>114:12<br>206:20 264:6<br>269:17<br>314:25<br>315:4,7,10<br>382:17,19,21<br>390:23,25<br>501:8 528:8<br>558:12<br>560:18<br>586:18 | **knocked**<br>572:7<br>**know**<br>27:17 31:21<br>37:5 40:16<br>42:18 43:12<br>46:10 53:25<br>57:4 63:19<br>64:3,4 67:6,<br>19,24 70:2,<br>12,13 71:18<br>72:15 74:25<br>77:10 78:25<br>84:17,18,20,<br>23 85:15<br>88:2,3,20<br>89:12 90:11<br>99:8,20<br>101:18<br>113:5,8,17<br>117:4,9<br>120:8 121:4<br>132:10<br>143:14<br>144:20<br>152:10<br>158:20,21<br>174:2,3<br>179:7,13,15,<br>17 183:6<br>184:15,24<br>186:5,6,10,<br>14 200:23<br>201:2<br>204:11,14<br>211:7 212:16<br>213:18<br>218:10<br>219:16<br>222:10,23<br>223:3,4<br>224:9 225:6,<br>8,22 229:9<br>235:22<br>237:15<br>238:15 239:5<br>242:11<br>244:16<br>246:11 |

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| 253:10 | 462:4,8 | **Lamb** | 115:12 |
| 254:17 | 469:20 471:3 | 497:10,13,23 | 124:21 |
| 258:2,17 | 479:11,17 | **land** | 125:18 |
| 260:13,25 | 482:14 | 438:14 | 128:21 |
| 261:20 | 489:25 | **language** | 150:14 |
| 263:22 | 498:18 499:3 | 420:23 | 156:9,17 |
| 264:17,21 | 504:6 | **large** | 157:7 165:4, |
| 267:10,15 | 510:18,20,24 | 432:23 | 8 193:5,8 |
| 268:12 | 513:25 515:7 | **largely** | 207:17 |
| 269:3,7,11, | 517:14 | 97:15 179:7 | 233:24 234:8 |
| 16,25 | 524:17 531:5 | 260:19 | 251:14,15 |
| 272:23,24 | 534:19,20 | 313:19 352:8 | 273:19 274:8 |
| 273:5 277:14 | 537:9 539:9 | **Larry** | 302:2 315:21 |
| 281:15 | 548:10,23 | 158:15 | 320:13 |
| 283:25 285:6 | 549:13 551:3 | 224:3,11 | 330:11 |
| 288:25 | 552:13 | 225:25 | 332:18 |
| 296:11 | 553:3,6,7, | 227:12 | 333:12,15, |
| 302:15,20 | 12,14 558:22 | 260:22 | 20,23 336:16 |
| 303:25 | 559:6 561:6, | 288:12 329:2 | 344:18 |
| 306:16 | 8,14 562:20 | 333:17 379:8 | 354:15 |
| 307:11,13,25 | 563:22 | 537:10 | 405:11 |
| 309:21 | 564:4,5,7,8, | **lasted** | 454:5,8,16, |
| 311:15 | 12,16,18,24 | 249:11 | 23,25 |
| 313:12,13,21 | 565:9 567:16 | **late** | 455:19,22 |
| 315:19 | 573:6 | 68:22 152:7 | 456:15,21,24 |
| 323:9,21 | 576:22,25 | 449:25 | 459:8,23 |
| 328:7,12 | 577:2 587:15 | **late-night** | 462:6 470:6 |
| 332:15,18 | 588:2 589:3 | 115:10 | 474:17 |
| 342:12,14, | **knowingly** | **latest** | **law,'** |
| 19,24 346:19 | 112:15 | 435:5 | 156:24 |
| 350:10 | 517:17 | **Latin** | **lawful** |
| 353:2,4 | **knowledge** | 397:19 | 387:19 |
| 359:12 361:2 | 548:21 | **laugh** | 388:25 |
| 362:18 367:6 | **known** | 265:12 354:2 | 390:14 468:8 |
| 379:6,14,24 | 102:15 | **laughed** | **lawfully** |
| 380:2,7,10, | 112:16 | 230:7 | 194:19 |
| 19 397:17,19 | 150:15 | **Lauren's** | **Lawrence** |
| 398:2 410:12 | 206:11 | 231:11,13,14 | 123:9 158:2 |
| 413:15 419:8 | **Kool-aid** | **Laurence** | **laws** |
| 421:5,8 | 167:10,20 | 339:11,20 | 319:21 |
| 422:12 | | **law** | 320:14 |
| 424:24 | | 54:15 55:7 | **lawsuit** |
| 427:12 | **L** | 56:9 63:23 | 49:19,21 |
| 442:24 | | 97:3,5 106:8 | 50:6,19 |
| 447:24 | **lack** | 107:23 | 51:23 92:10, |
| 449:15,18 | 343:16 | 111:18 | 16 223:19 |
| 456:11 | 465:10 | 114:22 | 255:17,22 |
| 459:10 | **laid** | | 425:9 486:17 |
| 461:15 | 220:12 | | |

Alan Dershowitz
September 13, 2022

516:16
586:2,22
587:6,7
**lawsuits**
49:15,18,25
51:22 119:5
298:15
**lawyer**
29:21,24
69:23 94:2,3
150:3 169:21
170:12 174:6
190:22,24
192:25
193:11
209:18
255:12
281:16
310:15
311:11 313:2
316:16
317:3,4,13,
20 318:16
325:11
377:21 379:9
380:2 410:15
422:13
432:25
433:3,11
434:10
440:21
455:3,12,13
501:13 510:8
543:15
551:21,22
570:5,16
572:23
573:10,14
**lawyer's**
464:19
530:12
**lawyer-client**
317:8,12
363:15
511:17
530:25
**lawyers**
31:25 36:25

37:4 38:2,24
48:2,20 66:5
83:5 106:25
198:17,19
247:12
248:25 250:4
309:3 316:21
318:19 342:6
350:19
362:14
382:22,23
435:13
464:24
530:14,19
548:15 589:3
**lay**
208:7
**layman**
570:3
**lead**
431:19
**leader**
128:6
**leaders**
123:13
579:15
**leading**
110:19
**learn**
476:23
**learned**
86:7 169:12
**leave**
30:16 61:13
84:15 167:18
174:7 339:22
518:7 549:24
**leaves**
519:15
**leaving**
34:17 420:2
518:3,18
**lecture**
76:18 79:4
251:21
453:16

**lecturer**
150:14
**lecturing**
273:18
**led**
49:14,17
347:24
499:15
**leeway**
142:17
**left**
84:11 175:17
182:21
219:16
246:16 284:3
294:23 298:5
300:16
405:16
419:21
447:10,25
531:4 561:15
566:2 584:22
**left-hand**
216:16
462:24
**leftist**
260:15
**leftwing**
247:14 248:3
**legacies**
54:6
**legacy**
52:8,15,18,
21 53:3,20
54:9,11,12
57:13 60:19
174:8 241:14
490:11
**legal**
23:22 24:5
38:16 48:23
86:16 113:16
115:23
149:23 150:7
152:8 155:8
165:23
193:17 312:3
316:11

324:19
325:23
326:16,17
336:17
341:16
351:24
352:19
353:15
354:13
375:19
387:19
389:8,11
390:14
392:15,20
404:23
438:14 449:6
530:23 558:2
559:13 560:3
561:24
562:12,17
578:21
**legally**
194:19
**legally-
relevant**
317:25
**legislation**
476:15
**legislative**
327:5
**legitimate**
322:14
344:25
**Lemon**
586:9,11
**Leonard**
250:5
**letter**
176:11
250:23
304:13,15,
19,21 305:2,
3 470:2,6
471:13
473:25
474:2,21,23
475:3 476:5,
8 558:14,23

Alan Dershowitz
September 13, 2022

letters
  169:3,5
  222:6 470:20
leverage
  467:2
Levitson
  456:23 457:2
Lewinsky
  54:5
liberal
  150:4 151:18
  163:13
  191:7,23
  192:4 197:8
  208:10 409:5
  580:11
liberals
  152:14 195:8
libertarian
  150:2 165:15
  198:18
libertarians
  123:3 129:14
  211:12
  239:19
  253:23
liberties
  78:15 79:5,7
  122:11,14,
  20,23 123:2,
  4 127:12
  128:18,19,24
  129:7 132:5
  145:3 153:3,
  5,9 158:4
  160:5 164:22
  168:6 175:2,
  9 176:19
  206:21
  210:24 211:2
  224:19
  239:8,9,13
  246:16,17
  355:13
liberty
  124:14,18,25
  125:2,4,9,11
  127:2,3

130:14
librarians
  254:4,7,12
library
  205:10,24
  252:9,11,25
  253:20,24
  254:2
lick
  250:5
lie
  390:25
  508:10
  584:25
lied
  516:9
lies
  73:17 507:20
life
  32:13 33:12,
  19,25 34:9,
  12 39:12,20
  40:18,19,21
  41:10,16,17,
  18,20,25
  44:13 51:24
  52:20 53:17,
  18 54:6,9
  57:20 58:2,
  9,11 62:4
  65:13,25
  66:12,19
  78:5 106:6
  111:14
  119:17
  140:20
  175:12
  220:10,11
  229:22
  230:22
  244:14
  317:15,16
  326:8 331:12
  365:18
  432:19
  547:23 549:3
life's
  584:7

light
  272:2
liken
  169:9,14,16,
  18
likening
  177:19
  251:23
Lilian
  247:7
Limit
  254:20
limitations
  126:16
  346:25
  347:10
  517:12
limited
  53:15 318:14
  378:2 495:4
limits
  35:18,19
  110:3 167:6
  495:6,7
limo
  365:5
Lincoln
  168:15
  387:13,25
  391:10,13,18
  392:7,18
  393:2,15
  404:10
Lincoln's
  388:8
Lindsey
  350:3
line
  45:16 59:16
  60:13 61:17,
  18 63:9
  64:23,25
  151:16,17
  201:20
  235:12 311:3
  434:11
  517:23

538:13
  546:19
  559:12
  566:24
  573:17
lines
  241:6 244:24
linger
  104:4
link
  506:2
links
  134:4,18
lip
  581:6
Lisa
  259:25
List
  582:24
listed
  312:24
  516:18
listen
  117:25
  161:17,18
  218:7 229:4,
  6,8 252:14
listened
  218:11
  454:14
  473:22 582:9
listening
  218:12
  457:13,16
literal
  344:20
  346:10
literally
  123:15
  319:13,15
  347:19
literature
  251:18
litigant
  130:6
litigated
  111:15

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| litigation | live | 381:12 | 352:4 363:3 |
| 26:7 36:16 | 181:17 | 390:21 419:7 | 377:15 |
| 37:24 80:12 | 412:16 | 424:11 | 386:20 |
| 94:18 95:6,9 | 459:25 | 431:14 | 394:25 |
| 96:14 115:16 | lived | 441:10 | 417:24 |
| 116:2 131:18 | 198:6,15,20 | 460:19 | 424:14 |
| 132:24 | 247:7,8,12 | 472:11 | 429:10,15 |
| 137:22 | 461:18 | 484:12 517:2 | 448:18 450:2 |
| 170:25 179:8 | lives | 580:25 | 456:6 460:3 |
| 211:21 | 242:9 255:13 | 584:14 | 480:9 481:16 |
| 213:8,11 | living | long-time | 487:7,12 |
| 316:4,16 | 542:23 | 209:18 | 507:16 518:8 |
| 351:3 373:8, | LLC | longer | 528:10 |
| 12 444:23 | 545:5 547:12 | 34:4,5 48:24 | 531:16 |
| 535:14 | 552:8 556:14 | 121:12 | 533:19 536:6 |
| 562:14 563:5 | LLP | 227:25 | 537:18 539:4 |
| 564:3,17 | 23:18 | 252:12,13 | 540:2 546:18 |
| 566:3,15 | lo | 281:19 283:6 | 550:11,13 |
| 569:17 | 129:2 471:9 | 284:12,16 | 552:2 576:15 |
| 573:23 | lobby | 501:2 523:2, | 578:6 581:3 |
| 586:24 | 541:13 | 6 526:16 | 583:22 588:7 |
| litigations | local | longevity | looked |
| 558:3 | 205:10,24 | 65:16 | 70:12 |
| litigator | 206:7 | look | 174:19,24 |
| 458:13,23 | located | 56:24,25 | 175:4,6 |
| 459:13,15 | 23:18,22 | 71:8 73:14 | 304:9 469:14 |
| litigious | Lockheart | 81:9 85:18 | 561:22 |
| 51:25 | 493:16 | 88:13 89:5 | looking |
| litmus | logic | 90:18 98:10 | 77:25 88:21 |
| 241:23 | 414:23 | 100:3 149:9, | 104:6,8 |
| little | 415:10 | 16 155:3 | 153:2 188:23 |
| 29:9 31:20 | 417:16 | 160:19,25 | 326:8 |
| 36:7 53:12 | logical | 162:18 170:2 | 373:20,21 |
| 71:5 115:13 | 330:4 | 178:15 | 374:4 411:3 |
| 170:7 172:14 | long | 179:14 | 430:14 |
| 200:7 314:8 | 26:24 27:16 | 188:2,11 | 443:11 |
| 323:25 | 28:10 29:23 | 195:20,25 | 488:5,6 |
| 359:25 367:9 | 60:4 64:20 | 214:14 | 532:19 |
| 368:12 | 114:10 | 216:25 | looks |
| 391:17 | 126:17 | 222:8,11 | 202:22 522:9 |
| 427:12 | 133:13 | 223:10 | looping |
| 451:12 | 179:23 | 239:21 260:6 | 498:7 |
| 483:18 | 243:21,22 | 277:19 | lord |
| 512:24 | 270:10 | 286:10 300:8 | 175:13 |
| 552:25 557:3 | 271:17 308:9 | 301:19 313:4 | Los |
| 561:9,15 | 318:17 | 324:25 | 209:17 |
| 568:10 | 340:2,5,20 | 328:17 | lose |
| | | 331:17 345:2 | 40:3 112:2, |

11 190:12
**loser**
246:15
**losing**
386:7
**loss**
38:19
**lost**
189:20,24
190:4,7,10,
14 192:7
220:5 233:23
234:2,4
235:6 239:13
248:22 249:5
530:5 553:22
**lot**
82:15 97:21
98:12 108:12
160:3 161:23
168:2,3
169:19
175:24
177:8,17
187:3,5
221:9 248:10
275:16 284:4
287:2 307:15
309:2 315:5,
8 331:13
349:6 362:5
365:18,19,20
369:23,24
370:2 410:24
420:7 435:25
447:13
486:24 502:6
517:21
556:21
562:9,24
587:2
**lots**
108:3 330:24
461:6
478:13,16,
17,21,22
479:16
486:18,21

**Loud**
145:16
**Louie**
420:18
**love**
97:21 99:2
108:4 197:5
311:15
327:12
**loved**
106:21 211:5
572:3
**loves**
311:16
**loving**
579:9
**low**
347:17
**Lowe**
442:4
**lower**
334:23,25
365:24
**lowest**
334:18
**loyalty**
245:19
**lucky**
536:18,22
**lunch**
306:3,12
**lying**
343:3,5
570:13
**Lyons**
141:21
143:11,16

**M**

**made**
44:4 47:6,14
52:7 53:7
55:16 59:24
60:10,16
61:23 63:12
65:5 66:20

67:3,15
68:21 73:4
106:8 110:5
116:8,9
117:17 124:8
127:24
142:14,21
143:2 159:9,
10 170:3,4
192:24
212:10 269:5
290:17
304:23
305:14,15
307:16
315:18
328:4,22
345:20,22,25
346:5 347:18
351:10
361:24
383:23
384:20
385:16
386:6,18
391:7
399:11,15
400:14 412:2
432:21 438:3
444:5 448:10
457:19
461:15
463:12
466:18
470:21
475:12
476:10
508:14,22
509:8,17,18
512:3 545:9,
20 547:23,25
548:22
549:2,5
553:2,4
561:22
568:13
571:19
583:23,24
586:13

588:6,14
**Madison**
321:9 335:19
336:4
**Madison's**
326:23
**magazine**
90:12 164:24
301:24
303:16
**Magna**
492:8,10
**mail**
96:22 97:2,
7,16,21,22,
23,24 98:13,
14 99:10,12,
14,15,18
178:12
356:16
**mailed**
560:5
**main**
310:21 347:3
465:20
**mainstream**
33:13 34:7
**maintain**
220:3 259:3
**maintaining**
293:2
**maintains**
292:18
344:23
**maintenance**
471:20 473:4
**major**
257:11 258:5
**majority**
353:14
**make**
36:2 37:21
48:5 53:19
64:3 85:22
87:13 93:21
118:22
119:3,15

Alan Dershowitz
September 13, 2022

| | | |
|---|---|---|
| 136:9 144:20 | 167:17 | Mar-a-lago |
| 154:15 | 172:11 | 218:18 |
| 161:22,25 | 185:16 | 230:25 |
| 162:9,14 | 263:25 312:4 | 231:4,13 |
| 165:25 | 315:11 | 309:19 |
| 175:17 | 392:11 | March |
| 244:9,17 | 420:18 | 152:8 |
| 311:23 313:3 | 457:14 531:9 | 507:18,24 |
| 314:23 321:4 | 543:5 580:11 | 537:14 |
| 327:4 346:8 | maladministra | 538:11 |
| 358:25 | tion | Marissa |
| 362:10 | 325:18,25 | 440:18 |
| 370:14 | 326:20 | marital |
| 375:12 | Malcolm | 34:12 |
| 377:16 | 86:8 | mark |
| 384:2,11 | malice | 24:10 58:13 |
| 388:3 395:5 | 391:8 517:4 | 60:25 61:12 |
| 396:23 397:4 | malicious | 62:15 64:8 |
| 403:24 | 41:12 | 69:5,7 76:4 |
| 404:16 | maliciously | 80:10 82:25 |
| 405:18,20 | 35:24 485:6 | 85:16 87:13 |
| 406:3 408:12 | 515:25 516:8 | 88:2 90:2 |
| 416:21 | man | 95:3,10 |
| 428:15 | 110:23 | 102:5 131:17 |
| 442:14 444:3 | 169:24 | 132:22 |
| 452:23 | 175:22 | 137:21 |
| 457:4,25 | 176:14 183:2 | 145:14 |
| 470:24 471:4 | 184:25 | 146:14,20 |
| 475:21 | 186:11 | 148:23 |
| 481:14,18 | 264:22 281:9 | 164:19 |
| 486:25 501:8 | 292:17 | 170:22 191:4 |
| 521:13 | manager | 195:4 201:7 |
| 544:13 550:8 | 350:19 | 203:14 207:2 |
| 556:21 | 431:20 | 213:3 214:4 |
| 561:25 | manager's | 226:15 |
| 573:14 | 440:5 | 233:3,4 |
| 582:10,14 | managers | 255:5 256:4 |
| 583:5 | 399:17 | 278:6,22 |
| makes | 400:15 | 281:24 |
| 91:14 104:2 | manages | 285:21 |
| 128:11 | 442:14 | 295:18 |
| 235:24 335:6 | mantra | 322:18 332:5 |
| 414:11 463:5 | 271:21 | 348:6 350:25 |
| 472:19 475:9 | manuscript | 360:21 |
| 537:2 | 302:22 | 372:9,17 |
| making | map | 373:6,13 |
| 41:14 48:4 | 337:7 | 393:25 |
| 69:19 166:5 | | 411:16 |

| |
|---|
| 413:18 425:6 |
| 445:18 |
| 447:14 |
| 448:21 |
| 449:14 |
| 481:12 |
| 482:10 491:4 |
| 497:8 501:23 |
| 507:15 |
| 517:25 |
| 518:2,4,11 |
| 519:7 544:16 |
| 546:15 549:6 |
| 550:4,25 |
| 551:8,14 |
| 552:21 |
| 553:18 |
| 554:7,20 |
| 555:7 558:18 |
| 559:7 566:14 |
| 569:15 |
| 572:11 |
| 573:22 576:7 |
| 587:10,18 |
| Mark's |
| 549:23 |
| marked |
| 58:19 61:7 |
| 62:22 69:11 |
| 76:10 80:22 |
| 83:10 89:9 |
| 90:8 95:23 |
| 103:7 133:4 |
| 137:25 |
| 145:12 149:6 |
| 161:8 165:4 |
| 171:4 178:18 |
| 191:10 |
| 195:12 |
| 201:14 |
| 203:21 207:7 |
| 214:11 227:8 |
| 233:9 256:10 |
| 278:25 |
| 282:16 286:3 |
| 297:14 303:9 |
| 324:10 |
| 332:13 336:6 |

343:12
351:13 361:9
373:3 394:7
413:20
425:20 447:4
449:7 482:2
491:8 497:14
502:12
507:24
519:13
535:22
537:24 546:9
547:6 549:9
551:17 554:9
555:3 556:8,
18 558:20
560:20
566:19 567:6
569:20
572:15
574:13
576:12
577:25
583:18
587:22
**marking**
87:23 171:22
213:22 214:8
552:20
585:14
**marks**
171:19
**Maroney**
100:6,8
**Maroon**
76:9
**Maroon-news**
76:5
**married**
34:15 259:6
**Martha's**
149:24
163:23
165:25
198:21,22
199:5,16
200:8,16,18
201:9 203:6

206:8 207:21
211:24 219:8
221:15
223:22
236:14
246:25
247:19 252:3
281:9 301:25
303:7
**Martin**
143:14
**Martin's**
139:2,4
**mashed**
305:9
**mask**
323:11
343:18
**Massacre**
46:2 169:23
170:16
**master**
279:22
**material**
97:14 108:3
455:16
**math**
544:21
547:17
552:11
**mathematics**
251:18
**matter**
23:13 26:16,
20 27:2,8
52:25 58:7,
15 61:3
62:17 90:21
108:16
113:17
114:15,19,22
122:21
128:24
182:20
211:16
238:22
239:10 389:5
405:5,11

407:10
418:6,8
419:5 420:5
421:11 469:7
474:8 475:18
574:25
**matters**
115:2,14
238:23
245:18
**Matthew**
174:13
**Maura**
134:14
538:12
**maximum**
423:9
**Maxine**
195:7,11
**Mazie**
438:13
**Mccarthy**
248:14
**Mccarthyism**
127:21
198:6,16,20,
22 247:7
248:3,5,6,9,
21 249:5,10,
18,25
**Mccarthyists**
247:14
**Mccarthyite**
73:16
**Mccay**
414:3
**Mcconnell**
521:2 522:2
**me,'**
202:25
**meal**
219:2
**mean**
32:19,23
48:16 53:12
62:5 78:25
84:22 94:21

99:2,6
101:14 114:2
117:12 142:2
143:7 158:19
171:13
176:10
180:23 181:9
185:4 200:23
219:12
225:22 229:9
236:4 247:2
259:6,8
260:8 267:7
269:11
276:13
279:18
282:12 283:9
292:13 305:8
318:11 322:3
326:10 339:7
350:12
352:5,14,16
359:3 362:24
368:4 377:13
383:3 385:9
401:20,22
420:10 421:5
422:12 436:4
443:13
457:14
461:11,17
471:3 501:6,
8 506:4
510:10 543:4
566:7 571:9,
11 583:8
**meaning**
328:17
330:8,10,12,
14 518:12
**meaningful**
320:18
**means**
84:19,21,25
85:3 117:9
126:6 132:6,
7 271:15
292:17

325:25
337:14
415:15
420:24
443:20 454:7
461:9 471:18
473:2,17
524:18,20
534:19,20
**meant**
107:17,18
117:11 118:2
135:10
141:25
160:23 270:8
397:10,17,20
405:25
430:18
463:17 493:2
**Mechenberg**
276:24
**media**
34:7 93:23
119:25
134:19
202:11
203:10 484:8
486:13
489:22
**meet**
164:12
231:8,12
355:10
518:11
**meeting**
541:12
**member**
128:8 231:3
567:5 574:21
**members**
123:12
163:12
241:19
**memory**
77:15 90:14
250:16
509:25
510:14

576:20
**men**
288:16
335:20
**mendaciously**
485:6
**mention**
236:3,6,7
237:8 311:25
390:5
**mentioned**
49:5 236:5
270:5 313:21
402:19
415:21
443:12
484:20 497:4
583:10
**mentions**
298:24
**mentored**
174:20
269:13
**menu**
218:25
**mere**
129:9,12
389:14
**merits**
327:13 403:7
**Merrick**
230:5
**message**
339:23
375:16
**messages**
173:19
**met**
26:4 47:13
60:17 67:23
74:8 119:2
173:2 294:11
300:11,18
317:18
333:10 334:8
341:14

**Mexico**
232:3
**Meyers**
267:22,24
268:24 269:6
271:24
**Mh-hm**
60:22 102:7
103:19
153:16
166:19
182:13
188:19 202:5
222:15,20
228:5 343:25
368:3,14
372:15 399:2
416:15 423:6
435:4
436:14,19
437:23
441:13
503:20
566:17
572:18
**Miami**
25:4,5 150:5
309:7
587:20,21
**micromanaged**
144:17
**microphone**
464:9
**microphones**
23:7
**middle**
188:24,25
329:21 355:8
357:15 369:6
460:11
532:7,8
**Mike**
190:2 225:2,
23 265:5
328:25
368:13
369:14

**Miller**
102:14 260:2
451:16,23
503:24
**Miller-jacobs**
102:9 103:6,
17 104:9
118:16
**million**
60:18 271:9
272:16
477:19
515:11
547:24
**millions**
39:24
**mind**
33:16 121:22
138:8 244:3
354:9 364:2
512:9 515:8
528:5 539:25
584:19
**mine**
91:4 130:21
215:12,16
226:4 309:7
558:6
**Mine's**
153:21
**minister**
327:2
**Ministership**
326:25
**minute**
30:22 129:8
171:16 198:8
213:6 215:3
291:19
321:19 338:7
350:23
373:20
414:16,24
416:6 417:5
460:7 462:18
515:13
519:17 585:6

Alan Dershowitz
September 13, 2022

minutes
    30:2,3
    288:3,16
    455:25
    494:21 496:7
    498:9,12
    519:18,19
    575:6 584:16
mis-
pronouncing
    281:7
mischaracteri
zation
    490:17
mischaracteri
zations
    494:14
mischaracteri
zed
    193:24
    213:19
    485:14
    493:18
mischaracteri
zing
    44:16 492:18
    536:10
misdemeanor
    125:9 389:10
    465:21
misdemeanors
    125:15 126:6
    314:3
    328:20,21
    330:6 344:21
    353:16
    379:18
misheard
    38:7
misinterpreta
tion
    490:3
Mislead
    538:10
misleading
    217:3 508:19
    516:11

Misled
    537:13,23
misquoted
    177:15
misreading
    295:24
misreporting
    298:14
misrepresente
d
    465:2
missed
    226:18
    398:11
missing
    151:9 428:4
Missouri
    459:8
misspeak
    406:5
misspoke
    406:4
misstated
    284:22
misstating
    496:17
Missus
    260:2
mistake
    127:25
    432:22 546:2
mistaken
    36:24 293:10
    345:10
mistakes
    432:21
misunderstand
    415:23
misunderstood
    159:14
Mitch
    375:18
mix
    204:2 241:13
mixed
    107:23 349:4
    387:16,20

    389:2,15
    392:9,14,17
    393:14,16,22
    399:19
mixture
    101:15
Mo
    417:3,12,13
mock
    579:19
mockery
    202:9
mocking
    371:19
modern
    168:20
modify
    328:22
moment
    121:22
    152:13
    257:5,18
    370:24
    372:12,24
    562:24
Monday
    290:14,16
    325:10
    336:15
monetary
    38:18
money
    226:3
    358:14,16,
    20,24 390:6
    429:4 436:7
    475:14,15
    548:22 549:2
    550:9 556:21
    557:6,8,9
    561:7,10
    562:2,7,8,25
    563:9,17,25
    565:12,15
    566:2 568:2
    570:8

Monica
    54:5
months
    59:4 292:5,7
    300:17
monumental
    111:19
moral
    457:8
morally
    571:2
morning
    30:3 42:20,
    22 121:16
    323:18,22
    340:17 341:4
morning's
    498:6
Morton
    545:3
Moss
    421:21
mother
    173:2,4
    220:20
    265:10
    323:20
motion
    312:21 313:3
    316:8 380:14
    425:24
motivation
    433:17 434:5
    467:14
motivations
    434:15
motive
    389:5,7,17
    392:9 396:11
    397:23
    398:6,15,18
    399:18,19
    400:5,8
    402:16,18
    422:3
motives
    167:7

387:17,20
388:7,8
389:3,15
392:14,17
393:11,12,
14,15,16,23
398:19
399:17 468:3
**motives,'**
242:6
**Mounts**
439:17
440:13
**mouth**
42:4 267:6
**move**
39:4 194:22
210:6 301:17
416:19
439:13
464:15
**moved**
245:22
289:10
**Movement**
49:3
**movie**
286:25
**MSNBC**
160:8 339:13
426:8
432:11,14
484:8,20,23
**much-lionized**
165:15
**muddled**
466:13,16
468:13,21
**Mueller**
127:14
**Mueller's**
151:2
**murder**
39:23 66:7
365:22
**murdered**
110:22

**Murphy**
317:17
**Mussolini**
33:21 35:19
39:17,21
40:2 55:18
87:7 99:23
101:5,24
107:16
109:14 119:9
121:11
157:9,10
169:7 177:20
178:8 184:20
258:4 468:20
469:5 485:3
517:7
**mutual**
51:13
**myriad**
442:12

---

**N**

**naively**
427:3
**name**
23:20 24:19
26:5 44:18,
25 45:3 49:5
67:18,25
83:3 138:24
178:4
185:11,13,
19,21 186:13
231:10
241:14
244:19 247:3
271:25 272:4
273:3 274:7
288:9 312:2
317:16
343:21
349:23
350:21,23
389:23
478:15,18
485:21

486:10
491:17 510:4
511:5,10,23
514:17,21,25
567:5 581:22
**named**
74:7 173:22
174:13
175:22
179:15
184:15
186:6,11
231:4 270:19
286:17
300:15
351:19
352:25
413:24 450:6
497:10 558:7
559:18
566:25 588:4
**names**
100:16 153:3
183:7 474:14
478:14 515:6
581:23 582:4
**Nancy**
150:12
**nastier**
541:17
**nation**
246:14
**nation's**
202:10 452:7
**national**
178:8 357:2
358:22
390:22
399:20
407:20
417:20
420:21
423:11,13
430:24
431:15
435:21 441:2
517:11

**nature**
169:3
**Nazi**
176:22,25
**Nazis**
189:14
**NBC**
268:16
453:11
**necessarily**
37:15 72:2
126:7 145:22
472:21
**necessary**
335:5 415:15
562:10
**need**
39:2 85:16
104:16
119:15 134:8
218:16
301:17
316:12
336:20
346:15,17,18
355:10
356:20 364:3
493:19
494:13
582:24
585:12 589:9
**needed**
92:21 322:9
347:21
**needing**
518:11
**needn't**
570:17
**needs**
144:9 162:4
321:5 360:8
464:14
559:22
**negative**
40:20 43:16
62:8 348:16

| | | | |
|---|---|---|---|
| negatively<br>139:19<br>negotiation<br>576:4 586:25<br>Negraponte<br>214:10<br>289:12<br>Negraponte's<br>220:22 260:3<br>Negroponte<br>182:5 183:15<br>187:14<br>208:16<br>209:25 210:9<br>211:23<br>212:12 214:2<br>221:25<br>259:7,20<br>Negroponte's<br>220:18<br>258:23<br>291:23<br>Neil<br>458:14<br>net<br>551:11 554:2<br>Netanyahu<br>86:14<br>217:13,16<br>219:15<br>Netflix<br>49:3 51:10,<br>11,12<br>netted<br>547:22<br>network<br>23:14 101:23<br>157:18 160:7<br>513:5,7<br>514:7 540:25<br>543:21<br>networks<br>542:13<br>neuropsycholo<br>gist<br>557:10 | neutral<br>106:19<br>239:18<br>never<br>31:23 33:13,<br>18,21,23<br>36:25 41:18,<br>19,24 47:13,<br>18,21 57:18<br>60:17,18<br>67:23 74:7<br>87:5 99:6,21<br>110:5,10<br>119:2 129:5<br>135:3 170:3<br>174:23 175:6<br>177:21<br>178:6,7<br>185:5<br>187:10,17<br>198:21<br>207:24<br>220:9,12<br>228:11 231:2<br>234:21 249:6<br>260:12,17<br>281:21<br>287:16<br>294:11<br>300:11<br>305:16<br>315:15<br>317:18<br>332:19<br>333:10,13<br>334:23<br>341:14 343:5<br>355:9 361:22<br>362:12<br>379:14,25<br>380:8,11<br>391:5 400:19<br>403:16<br>404:7,11<br>413:9 431:17<br>443:12<br>450:18,22<br>485:21<br>500:17 | 501:19 506:6<br>523:10,17,20<br>526:18<br>527:15,22,25<br>528:6 540:22<br>541:18<br>545:9,20<br>548:25 551:4<br>557:11<br>575:23 577:7<br>580:21<br>586:16<br>588:16<br>Newborn<br>155:25<br>156:2,8,22<br>newest<br>570:12<br>news<br>23:13 76:9<br>83:3,9 87:10<br>102:25<br>157:16<br>167:10<br>218:18 270:3<br>324:15 357:2<br>371:17,24<br>416:2 418:2<br>438:21,24<br>439:14<br>440:18<br>453:12<br>481:21<br>Newsmax<br>231:5<br>507:18,24<br>newspaper<br>82:15,20<br>108:13<br>449:16<br>newsworthines<br>s<br>372:12<br>newsworthy<br>370:6,12,15,<br>16,17,21<br>372:20<br>540:17 | nice<br>306:11<br>557:20<br>nicely<br>232:10<br>Nicholas<br>182:5 183:15<br>night<br>98:19<br>110:20,21<br>264:15,20<br>267:25 272:3<br>309:15<br>325:10<br>444:25<br>449:25<br>493:18<br>494:18 521:2<br>522:2<br>Nikolas<br>332:10,12<br>nine<br>27:13 474:12<br>546:23<br>ninth<br>155:14,18,20<br>Nixon<br>45:20 170:18<br>415:10,21<br>417:16<br>422:22<br>424:21<br>461:12<br>465:17<br>Nixon's<br>415:13<br>Nixons<br>170:17<br>no-no<br>208:9<br>nobody's<br>100:18<br>noise<br>570:6<br>Nolan<br>24:16 |

Alan Dershowitz
September 13, 2022

non-corrupt
  390:15
non-partisan
  239:18
nonetheless
  356:17 378:8
  475:25
nonpunishable
  337:8
nonresponsive
  194:23
Nonsense
  453:13
normal
  355:7 356:19
  357:14
north
  23:23 255:9,
  11 489:8,9,
  14
Notary
  22:5
notch
  235:23
note
  23:7 69:20
  101:12
  221:7,13
notebook
  553:2
notes
  509:24
  568:20
notice
  73:2 202:4
  279:5 344:14
  426:4 466:4
  579:25
noticed
  31:23 370:5
  489:4
notorious
  250:7
novel
  193:7
novelist
  255:13

November
  69:9,11
  74:17 75:18
  76:6,9,23
  77:3
NPR
  264:11
  371:20
  522:22
nuance
  487:18
  543:19
nuanced
  573:9
nuances
  487:23
number
  23:16 47:24
  70:13 80:12,
  22 90:8
  96:12 103:7,
  13 104:9
  131:19 133:4
  137:23,25
  148:4 171:2,
  4 172:14
  183:11
  186:17
  187:22
  193:17
  197:14
  213:23
  214:18
  216:14
  217:25
  222:17 228:4
  233:18
  236:12
  237:19 243:4
  269:6 270:20
  276:20
  282:16,22
  285:25 286:3
  304:23
  317:8,9
  351:20
  352:23
  353:11

  354:25 444:8
  491:8,14
  492:23
  497:14,19
  502:12,23
  532:12
  558:19
  559:11
  562:2,3
  566:16,19
  569:18,20
  573:24
  574:12
  576:9,12
  577:20,24
  579:14
  583:15,18
Number's
  365:3
numbered
  100:4 239:25
  533:20
numbers
  366:17,22,25
  460:15
  507:17
  521:15

_____

O

O'KEEFE
  498:8
O'TOOLE
  23:20
O.J.
  176:12
  189:25
  190:16,20
  365:7,21,24
  366:2
oath
  28:19 59:10
  479:6 548:25
Obama
  570:23
object
  55:10 70:17

  109:24 112:4
  127:16
  129:17 131:8
  141:17 153:4
  159:24
  177:23
  200:11 214:7
  242:14
  268:13
  274:16
  288:21
  297:10
  323:11 358:3
  409:19 445:7
  477:22
  511:13 512:6
  514:23
objection
  38:13 44:22
  45:7 49:22
  52:11 54:19
  58:4 115:19
  212:13
  272:18 334:3
  411:7 467:12
obligated
  377:2
obligation
  115:23
obligations
  375:10
obligatory
  375:15
obliged
  374:19,21
observant
  179:21
observations
  100:9
observing
  467:21
obstruct
  193:4 194:18
obstruction
  126:23 194:5
  313:7,14
  386:4

obtain
  467:8
obtained
  172:20
obvious
  158:18
  254:19
  454:18  524:8
  542:20
  580:14
obviously
  49:2  53:13,
  23  68:20
  113:23
  130:24
  187:13
  238:14
  250:18
  268:16  289:9
  299:9  349:17
  388:9,13
  389:23
  396:12
  397:21
  402:9,25
  403:21  405:7
  429:6  446:2
  454:14  455:4
  457:13
  479:19,20
  516:18
  536:23
  579:25
  588:18
occasion
  129:23
occasionally
  307:8  353:8
occasions
  261:13
occupation
  305:11
occur
  386:16
occurred
  48:25  293:20
  309:6  352:18
  526:17

Occurs
  454:19
Ocean
  25:5
October
  164:23  245:4
odd
  431:22
off-base
  353:13
off-the-
record
  541:6,10
offend
  523:22
offense
  325:13
  387:4,6
  434:18
  465:22
  470:10
  473:19
  476:19
offenses
  126:18  163:8
  353:18,20
  354:10
offer
  51:19
  523:18,20
offered
  35:6  39:14
offhand
  403:3
office
  97:2,6
  123:16  226:5
  269:15
  340:25
  354:11
  375:19
  407:20
  435:21  457:4
  470:13  531:4
office'
  339:25

official
  312:2  442:23
offline
  297:9
OJ
  176:5
okay
  27:3,11,18
  28:16  29:7,
  22  30:5,10,
  23  31:7  32:5
  33:6  36:5
  37:11  38:3,9
  40:13  42:8
  43:8  50:10,
  16  55:2,4
  58:12  59:13
  60:23  61:20
  62:25  64:11,
  22  65:2
  67:11,20
  68:2,10
  69:2,14
  70:3,5
  71:12,23
  72:6  73:13,
  20,25  74:13,
  20  75:6,13,
  19  76:15
  77:4,16
  78:22  79:9,
  12  80:3,8
  81:7,24
  82:4,13,19
  83:18,23
  84:19  86:25
  87:12  88:10
  89:17,18,24
  90:17  91:18,
  25  92:13
  94:13  95:2
  96:10
  101:10,25
  105:2,8,13,
  16  106:2,14
  113:25
  116:12
  118:5,13

  121:5  134:25
  135:5,16,19
  136:14,24
  137:19
  139:5,8,24
  140:14  141:8
  142:7  143:19
  144:23
  145:8,22
  146:7  148:2,
  22  149:9
  150:19,25
  153:18
  154:4,13,22
  155:2,12
  157:3,11
  158:9  161:21
  162:12,24
  165:8  166:14
  167:24
  171:25
  173:9,20
  174:11
  177:2,6,15
  178:14,25
  181:23  182:9
  184:7,14
  186:3,9,15
  187:16,19
  188:9  189:4,
  9  190:8
  191:2,13,14,
  21  196:9,19
  197:18,22
  199:20
  200:2,20
  201:4,16,17,
  25  202:15,21
  203:12  204:8
  206:24
  207:10,11
  208:23
  209:4,11,23
  210:12,20
  211:17
  212:7,21
  214:13,22,23
  216:12,22
  217:20

Alan Dershowitz
September 13, 2022

219:11
221:2,4,22
223:2,7,24
227:23
228:6,10
230:15
231:22
232:13
233:2,7,11,
20 236:8
237:3,11,16,
20 239:21
240:2 242:22
243:6,14,19
255:3,15
256:2 258:6,
20 273:17
275:18
277:11
279:3,5,25
280:10,24
281:3,22
282:18
283:14
284:21
285:19
286:6,9,13
287:10,13
291:2,17,24
292:9 293:6,
11 296:23
297:17,20,21
301:13,15
302:25
303:13,20
304:4,5,10
305:17,25
307:4,7,12
308:8,14,18
314:9 322:17
323:5,15
325:9 328:9
331:23
332:22,24
333:19,25
334:14
335:8,12
336:12
341:7,9

342:3,20
343:7 345:16
348:4 350:24
352:21
354:18,22
360:11,19
361:23
363:18,25
364:20
365:10,14
367:16,25
373:10,17
382:2 404:9,
14 407:24
409:24
411:10
414:5,16
416:7,19
417:12
420:9,13
421:20 423:5
425:22
426:19
430:9,11
433:5 434:25
436:11,19,24
439:10
440:12
441:21
442:8,10
445:24
446:5,24
448:17
449:5,21,22
450:20
452:14
453:8,22
456:22
457:24
459:5,6,11
460:23
462:19
463:13,19,20
464:5 465:3
466:3 469:9
473:12 475:4
476:20
477:10 479:5
480:9,11

481:10
482:16
484:20
485:10,17
486:11 487:3
488:7
489:13,14,20
490:14
491:2,15
492:13
494:8,15,23
495:11
497:3,17
499:12
501:21
502:4,9,20
503:21
505:10,15
507:10,13
508:4 510:23
512:22
513:19
514:2,14
515:9 516:7
517:24
518:25
520:4,10
521:6,12,17
522:11,24
524:4,23
528:9 531:8,
15 532:15
533:2,9,13
534:4,24
535:2,4,20
537:3 538:6
539:19,23
540:8,14
543:18 544:3
545:11,15,24
546:3,17,21
548:16
549:16
550:6,13,22
551:25
552:19
554:18
556:16,20
557:24

558:17
559:4,8
560:25
561:16,20
564:6 566:21
568:6,12
569:8 571:20
572:9 573:2,
21 574:6,16
575:16
576:5,16
577:9 578:3,
12 579:6
583:3 584:9,
21 585:13
587:4,8,11,
13 588:2
older
  323:25 324:2
  580:3
oldest
  318:22
Oleka
  175:22
oligarchs
  567:8
omission
  346:24
omitting
  508:16
omnipotent
  570:15
on-camera
  30:18
once
  41:18,19
  102:24 108:6
  121:10
  224:18
  231:18
  241:14
  261:10
  360:17 406:7
  490:16
  540:22
  541:12
  544:22 571:3
  581:13

Alan Dershowitz
September 13, 2022

**one**
27:5 30:17
31:10,13,22,
23 40:8 63:3
64:15,24
71:4 72:11
74:21,22,24,
25 87:24
88:13,15,22
89:6 91:6,10
92:14,19
98:9 102:20
108:9,24
109:6 110:4,
20 119:2
121:25
125:24
127:25 128:4
130:7 133:8,
17 135:20,25
136:2,4
139:13,25
140:23
149:4,12,13
152:18
153:14,19,24
162:6 171:2,
7,16 180:16
182:20 183:9
186:25
187:2,12
189:13
195:10
196:15
197:11
199:3,10
213:12,16,23
216:4 220:10
222:13
229:11 230:8
231:7,8,9
233:14
235:23
236:13
238:16
239:19 241:5
246:19
253:6,16
259:6 263:5

264:7 270:6,
19 271:8
275:2,17
278:9 279:22
283:23,24
293:11
294:20
296:13 297:8
298:23
302:10 309:8
313:15 317:9
318:18
320:18
325:17 326:9
331:15,19
333:7,8
335:20 337:4
344:11 345:5
347:3 349:15
350:12,15,
18,19 353:11
357:19 378:4
382:11 383:9
384:12
385:11
387:9,21
389:15
392:12 393:7
396:2,3
397:20 400:8
401:10,14
403:22 406:9
408:20,23
416:16
417:12 418:2
426:14
432:16
435:11,12
436:16,20
438:11 439:9
442:14
443:11
457:11 459:5
464:3,4,23
465:13
467:8,14
471:4,5
472:7
473:21,22,23

474:7 477:5
478:15,18
479:2 483:3
484:3 487:16
490:7,21
494:24 495:8
496:18
504:13 505:7
513:9,13,22
515:2,15
517:22
520:13 521:7
543:2 556:11
557:18 559:3
562:3 570:3,
9 574:4,7
583:14
585:10
**one's**
436:17
**one-line**
245:3
**one-minute**
364:3
**one-off**
142:20
**one-way**
72:8
**ones**
319:16,24
320:24 475:2
516:20
**ongoing**
140:6,22
**online**
202:9 309:25
310:2,4,5,9,
11
**op**
133:3 134:3,
4,18 136:12,
17 209:8,9
485:12,21
486:8 487:4,
15 488:25
537:12,23
**open**
240:10 244:3

434:16
483:21
541:14
**opened**
483:2
**opening**
296:9 434:23
**openly**
151:6,21
**operate**
158:21
**operates**
158:20
**opining**
207:19
**opinion**
42:10,25
44:19 45:5
111:17,20
141:20
258:23
260:22 266:2
267:3 276:9
324:9,14
343:11
353:13,14
354:17
356:21
466:15
467:22
**opinions**
43:15 71:25
72:4 356:23,
24 492:10
**opponents**
167:22 461:5
**opportunities**
39:15 41:8
120:12
**opportunity**
119:19
120:10,15,16
204:17,20,23
493:19
581:12
**oppose**
57:9 124:10

246:18

**opposed**
101:17
127:22
128:14  153:7
158:3  217:16
257:22
265:24

**opposing**
44:6

**opposite**
35:23  36:2
41:15  42:3
112:24  114:8
154:19
339:19  340:6
396:13
424:17,19
461:11
463:11
470:22

**opposition**
207:25
212:19  239:4

**oppositions**
210:22

**ops**
503:4,15

**orally**
573:6

**Oran**
24:16

**order**
106:4  108:11
222:12
372:22,23
388:3  391:3
481:3  499:9,
16  541:7
544:8

**ordered**
521:2  522:2

**Oren**
454:3

**organization**
239:15
565:22

**organizations**
565:17

**organs**
108:2

**original**
248:5,6
293:8,9
321:8  453:2

**Originalism**
320:4

**originalist**
319:25
320:3,5,7,9,
12,16,18,21

**originally**
374:12

**originator**
135:7

**Osirak**
91:11

**ostracism**
165:24  166:6

**other's**
283:7

**outcome**
24:3

**outline**
34:22

**outraged**
558:12

**outrageous**
73:4  370:24
372:2,3
454:7

**outright**
457:9

**outside**
126:11  311:2
519:16

**overpaying**
551:5

**overruled**
529:3

**overstatement**
56:21

**overstep**
451:4

**overturn**
115:17  116:3

**owner**
231:5

**oxygen**
462:17  463:3

---

**P**

**p.m**
429:24

**p.m.**
172:5,9
245:6  306:6
364:25
411:24
414:14
415:18
416:17
417:22
418:16
421:2,10,22
423:2,7
427:2  430:5
431:2  434:7
435:9  436:20
437:2  442:5
444:23  445:9
448:3,6
482:6  504:3
519:23
572:13
589:13,17

**pack**
438:24

**packet**
98:4  187:21
351:2

**page**
59:14  60:7
61:11  62:3
63:2  64:17
77:2  88:19
100:3
103:20,24
104:14  105:5
106:3,18
116:14,17

118:15
138:17
149:18
150:20
153:15,16,17
155:14,18,20
165:13
166:18
173:12,24
174:12
175:21
179:14,19
181:24
182:2,12
183:10,18,
21,22  188:2,
12,13,24,25
189:2  192:16
198:4,10,11
205:4,15,20
210:2,4
214:20,22
215:4,17
217:2,21,23,
24  236:9,20
243:2,12,18,
19  296:10,
12,22  297:2
299:3,4,5
301:4  325:2
338:4,7,8,25
339:8,9
345:3
364:21,25
366:16
367:5,10
394:22  395:2
397:24
398:25  399:7
404:15
413:22
414:15,20,25
415:2,4,5,7,
8,24,25
416:7,24,25
417:2,8,10
421:9,12,21
422:8,16
423:5,15,16,

```
25  424:2,3          Palestinians        452:14               partake
427:20                 101:17            467:18 508:8          389:12
428:6,7              386:24 405:9        580:7                partially
430:7 431:6          pals               paragraphs             399:19,21
440:2 450:3,          207:18              157:13 326:4        participant
5,16,17              pamphlet-type       337:2 441:12          540:19
451:11,12,13           144:8             466:5                participate
453:25              panel              paraphrasing           377:23,25
458:12,21           79:17,22            159:22 268:8         particular
459:2,4,9,11        81:15 82:2         pardon                 35:3 70:21
460:4,12,14         panim               194:3,16              78:21 128:16
462:5,8              129:2             parents                256:15
471:11,25          pants               557:7                 parties
474:6               428:24            pariah                  23:6 218:21
483:20,24          paper               163:17                253:14,15
487:12 508:4        163:24 206:8      parsed                  429:3
515:22             papers              402:10                partisan
516:3,4             175:18            part                    163:20 339:3
520:16,20           319:20             48:15 52:16            355:24
521:18              362:21             58:2 66:19            parts
522:14,15,16       paradigm            84:12 97:3             30:15,17
531:17,25           401:4,5            102:18                180:17,18
532:7,8,9,         paragraph           132:10 162:2          197:10
11,15,17,25         83:25 89:2         163:3 170:6          party
539:5,24            139:10             180:13                 23:25 44:6
583:2               140:15 142:9       190:21 220:6          123:14
pages               149:20             241:24                176:18 284:2
107:8 296:25        150:10,21          245:20,22            285:2 388:14
354:23              151:17             255:13                392:19 429:8
366:20              154:12             296:19 312:3         pass
416:20              155:24             322:20                133:18
417:25              162:25             324:6,8              204:10 226:9
420:14 440:7        163:15             336:17                264:6 308:25
460:19              165:13             344:10 362:8          314:6 354:2
paid                166:15,16,17       372:5                 361:15 558:9
178:10              182:11,15          374:13,21           passed
246:20              192:18             375:19,25            170:5 321:16
272:25              199:3,8            392:8,9              406:24
358:18,21           202:7 205:7,      393:13,22           passing
359:9 563:17        16,18,19           425:23                444:25
564:22              209:7 218:4        429:20             Passover
565:15 568:8        228:7              435:21                152:2
575:9               240:14,18          465:13 468:7       password
painful             241:7 297:23       490:10,11            306:17 481:2
72:19               428:10 431:6       526:2,22           past
Palestinian's       442:6,11,17        578:25               45:23 150:6
101:14              443:17 450:6       588:23                248:7 253:16
                    451:19,20
```

Alan Dershowitz
September 13, 2022

293:21
294:20
439:13,21
494:15
540:21
**pat**
226:2 261:2,
5,9,20
262:3,5,10
371:13
372:22
373:2,9
374:18 375:9
381:2
**patently**
458:6 460:9
461:3
**Paterson**
256:7
**path**
100:11
**Patrick**
100:6,8
325:15
**patriotic**
311:19
**patted**
225:10 226:8
262:11,12,
13,20 263:23
264:22,23,24
368:16
**Patterson**
255:10,11,
18,23 256:9,
22,23
**patting**
225:2 262:9
265:19
369:14
370:17 372:5
**pay**
239:20
359:18,19,20
**pay-for-slay**
387:2

**paying**
401:18
562:17
563:2,3,4
**peace**
368:21 369:6
370:20
386:19
**peached**
124:25
**pecuniary**
398:7,16
399:22
400:6,11,23
402:23 403:5
**pedigree**
532:5 533:6
**pedophile**
98:23
**peers**
41:7
**Pelosi**
379:10
**pending**
145:24,25
146:11,13,18
147:3,9,16,
18 162:11
171:12
331:21
332:20
**penny**
557:13
**penultimate**
116:14,17
117:4 431:5
532:25
577:11
**people**
30:19 32:23
40:22 42:16,
18,19,20,22
43:5,11,12,
14,24 44:5
45:16,20,21,
22 46:18,19
53:13 55:13,

21,23 56:23
57:6,8,9
63:19,21
64:3 65:19
69:6 70:11,
14,15,22,24
71:18 72:15
86:22 87:3,
20 94:5
96:17 99:19
100:20
101:2,5,19
102:10
106:19,20
107:25
109:17 114:5
117:10,13,21
119:7 122:20
125:19
150:11
160:17
168:17
169:2,3
170:15
174:15 175:2
176:4,15
178:3 180:7,
19,20 186:23
190:15,18
194:3,4
197:19 199:23
202:23,25
205:3 211:7,
9,24 214:19
219:8 220:2,
3,7,8,13
223:5,21
231:15 236:5
238:17,24
239:6,17
245:21
246:2,8,17,
25 247:9,17,
21,24 248:8,
11,20 249:4,
14 250:5,17
251:24
252:4,8,11,
13 254:2,21,

22 257:10,21
258:2,12
259:12,18,20
261:18
262:11
264:7,23
265:11,12
266:18
270:17
274:20,22
275:3 277:19
283:24 288:9
289:3,9
292:22
306:21
308:10,12,16
315:24
328:13,24
331:3 334:6,
7 340:21
355:15
356:25 357:4
358:10
362:5,17
365:8,9
366:2,3,12
368:8 390:4
392:24
413:16
415:23
421:4,25
422:9,12
432:21
454:21 471:3
473:15,21
474:5,24
475:19
476:24
478:3,13,16,
17,21,22
479:16,19
480:18
486:18,21,
23,25 490:25
501:8 502:6
513:4,8,14
514:7,21
517:21
536:22

542:25 543:2
561:2,23
562:4,9
563:11,19
564:22
565:22
581:2,10
588:14
**people's**
48:18 123:2
246:9 257:23
**perceived**
160:4 253:4
501:13
**percent**
206:12,13
390:23
470:19,24
**perfectly**
144:10
194:14,15
404:23 468:9
**perform**
181:18
**Performance**
458:4
**performing**
45:18
**period**
34:16 65:10
249:11 378:7
447:10 448:9
527:22
540:12
543:23
**periodically**
102:20 136:8
**peripheral**
260:19
**permanently**
34:11
**permissible**
427:9
**permit**
229:23 475:8
**permitted**
121:12

527:10
**perpetrator**
181:14
**Perry**
451:14,21
452:10
**persecuted**
581:4
**persist**
212:8
**person**
31:5 33:12
39:13 44:19
45:4 51:25
52:18 53:10
86:20 87:3,5
99:22 115:5,
11,13
128:20,24
131:22
152:20
158:20 166:7
179:15
184:15 186:6
228:13
270:19 273:2
275:2,6
318:22
334:21
352:16
383:8,20
404:2 425:3
461:14
471:5,6
502:16
510:4,12
541:9
564:10,12,21
565:10
566:25
**person's**
30:20
**personal**
40:22 52:19
53:17 78:5
142:18
192:25
199:21

281:16
398:6,15
399:22
400:6,10
402:17,20,23
452:8 467:9
524:10
544:23
549:20
**personally**
61:25
**personalties**
292:19
**persuaded**
239:16 375:6
**pervert**
436:5
**Peter**
170:14
**Peters**
203:17,20
**phase**
440:17
441:16
**phases**
540:16
**Phil**
422:19
**Philanthropie
s**
565:24
**Philbin**
325:15 326:6
**philosophers**
184:22
**phone**
43:21 86:21
161:13
230:17,20
309:2 419:15
476:25
480:18
492:22 528:2
**phoney**
339:2 485:4
**photo**
504:23

**phrase**
128:25
158:22,23
248:2 272:6
526:19
**Phyllis**
173:22,23,25
174:3
**physical**
40:4,6,7
126:11
303:22
**physically**
42:7 65:15
**pick**
23:8 96:4
222:13
542:14
**picked**
203:9 230:12
**picking**
29:9 542:18
543:8
**picture**
557:4
**pictures**
218:25
**piece**
44:10 86:10,
17 91:21
98:18 120:4
367:20 385:4
431:25
505:21
560:17
**pieces**
86:23 87:10,
11,18,19,20
197:9 567:10
**pile**
233:13
469:19
**pilot**
91:8
**pissing**
580:22

pitting
 83:5
Pittsburgh
 72:18
pizza
 288:6 297:6,
 8,11
place
 23:5 35:4
 300:24
 456:10,17
places
 47:25 129:6
 197:11 308:4
 466:13 477:6
Placitas
 232:3
plain
 328:17 330:8
plaintiff
 24:11 90:21
plaintiff's
 518:6
plaintive
 121:17
plan
 173:6 368:21
plane
 371:21
 518:12
plant
 534:12,18
plate
 310:6,7,12,
 13 557:3
plausible
 294:18
play
 261:21
 491:15,22
played
 225:12,13
 257:9 264:18
player
 420:16
plea
 294:8

plead
 273:7,10
 281:13
pleadings
 37:16,17
pleas
 555:13
please
 23:7 32:2
 56:4 63:9
 64:24
 104:13,20
 130:23
 132:10
 146:15
 178:16 198:8
 199:7 214:9
 215:20
 226:16,23
 238:7 263:6
 278:11 285:6
 303:6 367:14
 446:21
 492:21
 493:21
 504:9,10
 529:4 550:11
 555:17,18
 559:20
 574:24 580:9
 587:16
plenty
 119:18
ploy
 167:3
pocket
 552:25
Poets
 110:21
point
 48:18,23
 72:9 79:24
 82:21 162:9
 166:5 169:23
 185:24
 199:21
 204:17,24
 210:22

219:18
235:24
256:24
271:21
299:12 300:2
302:8 340:4
391:21 396:8
403:25
424:10,17,20
461:21 467:5
476:10
483:25 510:2
515:7 530:12
531:9 537:12
543:5 560:15
567:22 568:4
pointed
 32:24 265:21
 381:5 415:20
 466:24
pointing
 32:22 163:17
points
 33:18 160:9
 392:10
 542:11
police
 587:19,21
 588:15
policies
 153:7,8,10
 185:6 583:10
 584:3
policy
 376:13 387:2
 428:19
 435:18 436:5
 466:22 467:7
 472:19
 475:10,13
polite
 265:8,13
 310:13
politely
 232:10
political
 35:3 128:5,7
 160:9 197:10

202:11
305:10
388:19
389:16
390:11
417:19
427:16 429:7
433:17
434:5,15
435:19
452:19
472:20 474:3
542:15,18
543:8
politically
 246:18
 392:18,19
 461:21
politicians
 163:6 468:4
Politico
 148:24
 149:6,16
 156:23
politics
 163:20
 390:10
 450:24
 523:24
poll
 206:10
polls
 461:5
Pompeo
 225:2,9,21,
 23 265:5
 368:13
 369:14
 522:22 524:9
Pompeo's
 373:3
pomposity
 283:9
poor
 176:6
Pope
 115:6

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| popped | positive | 326:22 | preparation |
| 30:22 31:23 | 30:18 40:19 | 332:17 335:7 | 359:20 |
| popular | 348:20 | 386:4 391:22 | prepare |
| 121:8 254:18 | 477:15 | 420:21 427:9 | 29:13 |
| 436:8 501:10 | Posner | 431:14 | prepared |
| popularity | 193:19 | 435:17 | 45:17 139:12 |
| 368:7 | possible | 443:22 | preposterous |
| popularized | 62:9 74:19 | 450:23 454:9 | 325:17 328:6 |
| 158:23 | 135:16 | 464:21 466:9 | 453:13 457:2 |
| porch | 175:19 | 470:10,16 | present |
| 207:19 | 285:15 | 471:21 473:4 | 120:2 378:3 |
| 229:11 | 309:20 | 570:21 | 382:7 427:13 |
| 267:18 | 403:22 | 580:22 | presentation |
| 287:6,17,20 | 442:3,12 | powers | 291:13,14 |
| 289:4,7 | 480:24 | 339:25 | 324:20 |
| Porter | possibly | 430:24 | 353:12 363:9 |
| 291:21,22 | 294:13 | 440:24 | 375:13,14 |
| portion | post | 470:13 | 377:17 572:4 |
| 96:15 147:6 | 63:8 96:25 | 471:16 | presented |
| 165:11 | 191:6,10 | 472:24 | 119:24 |
| 298:21 | 308:9 336:5 | 473:16 | 374:22 382:9 |
| 435:13 | 436:15 | practice | 435:12 445:4 |
| 544:11 | 437:2,5 | 32:7,11 | presenting |
| Portman | 439:13,22 | praise | 82:21 |
| 440:3 | Poster | 73:2 | Presents |
| posed | 76:17 | praising | 442:3 |
| 466:19 | posterity | 348:16 | presidency |
| position | 362:5 | pray | 234:13,19 |
| 36:18 106:7 | posters | 98:20,24 | 326:24 |
| 139:20 | 75:21 | preceded | president |
| 303:22 | posts | 214:8 | 41:21 46:20 |
| 325:13 | 63:12,14,17 | precedent | 53:21 54:3 |
| 328:16 | 308:4 | 142:22 | 55:19 108:7 |
| 351:24 | potential | 452:17 | 114:9 122:11 |
| 355:17 385:9 | 467:24 | precise | 123:23 |
| 408:4,10 | potentially | 468:17 | 126:10,17 |
| 427:24 | 211:22 440:4 | Precision | 127:12 134:6 |
| 428:13 | POTUS | 579:2 | 145:6 152:23 |
| 493:24 | 234:15 504:5 | preface | 156:8,16,18, |
| 494:12 | pounds | 59:20 409:25 | 19,24 157:7, |
| 570:15 573:7 | 192:7 | prefer | 8 158:16 |
| positioning | poverty | 457:5 504:13 | 159:23 |
| 330:25 | 555:13 | preferred | 165:20 |
| positions | power | 383:25 | 168:5,20,21, |
| 292:18 | 126:22 | 384:10 | 23 190:11 |
| 385:11,13 | 313:8,14 | premeditated | 193:3,13 |
| | 325:12,21 | 66:3,7,8 | 194:2,18 |
| | | | 206:17 |

Alan Dershowitz
September 13, 2022

208:3,8
209:15
210:25
223:11
224:19
230:2,17
250:21,25
266:17
267:12 270:9
271:15 275:9
289:18,20
290:7,9
291:6,9
294:3 308:21
309:21
310:22
311:4,25
314:7,12
316:7,9,12
317:7,10
318:24 320:8
321:11
324:18
337:11
340:23 354:9
356:4 357:3,
6,8,18
358:15,19
362:13
370:12,25
371:12,18,25
372:8,20
377:8
379:20,21
384:9 386:3,
19 387:18
388:8,18,24
389:20,21
390:20
391:21
401:17,23
403:11 404:3
406:22 407:2
408:16,20,24
409:17
416:10
418:10
421:13,14,24
422:10

423:10,18,20
428:18
430:2,23
431:13
434:13
437:19,21
438:5
440:21,23
442:13
443:5,15
451:2 452:22
453:3 454:8,
15 455:22
456:2,7,14
457:21 461:4
467:6,13
468:18
470:12
471:16
472:8,11,13,
18,23 473:7,
15 475:9,12
485:22
487:25
516:25
517:10
529:19 531:3
565:16 568:9
580:13
**president's**
145:2,3
325:6 362:14
388:7 392:20
427:16
434:12
450:23 452:2
464:24
466:23
471:19 473:3
**presidential**
427:8 443:22
450:9
451:15,22
570:21
**presidents**
337:8 339:23
427:17
435:6,16

436:4 450:10
452:18
467:21
**press**
139:4
143:14,16
145:4 147:11
368:17,18
388:18
449:20
**pressing**
434:16
**prestigious**
39:15
**pretty**
26:12 276:18
385:6
410:18,19
450:25 455:2
588:7
**prevailed.'**
345:9
**prevent**
409:8
**prevented**
284:5
**previous**
315:19,20
**previously**
99:21 220:13
400:11 405:8
517:20
541:18
**price**
239:20 244:6
246:20,21
292:2,20
296:6 297:13
359:16
523:23
**pride**
32:19 380:6
**primarily**
313:17
383:10
**primary**
319:23

**prime**
326:25 327:2
581:11
**principle**
239:23 244:6
245:19
246:22 292:2
296:7 297:13
533:11
**principled**
166:7
**principles**
163:19
248:17
292:21,22
368:11
**printed**
95:19
**printout**
302:8
**prior**
51:24 106:7
551:20,22
**priorities**
294:17
**privacy**
164:3
**private**
23:9 53:18
246:8,9,25
401:3 403:14
471:19 473:3
546:12
**privilege**
316:5,13
317:8,12,21,
24 318:7,10,
14 530:25
**privileged**
511:20
**privileges**
511:17
**pro**
360:5
376:11,13
381:11
382:25

Alan Dershowitz
September 13, 2022

383:2,5,8,10
386:16,23
387:3 389:2
390:5,14
392:4,8,12
393:3,7,8,
16,18,20,21,
23 395:5
396:23 397:5
400:16
402:25
403:3,23
404:12,17,22
405:6,10,12,
18,20 406:3
416:13
418:9,13
419:6 420:5
421:17
423:23
427:15
433:14 434:4
438:8 442:21
443:8,23
449:12,13
466:21
472:16
**pro-choice**
253:21
**probably**
56:19 57:15
67:6 71:11
79:11 99:6
111:14
162:23
168:19
171:23
191:20
227:18
230:21
262:11
268:7,8
275:24
280:23
293:16
304:25
305:23
307:20

313:20,23
315:8 357:19
382:23 409:2
477:14
480:25
488:19
534:25
539:6,7
543:16
557:19
564:20
571:17
573:16 574:9
**probity**
53:11 84:13
**problem**
35:21,22
280:9 427:22
428:10
**problems**
40:11 506:7
**proceeding**
23:11,16
413:14
**proceedings**
96:24 412:4
543:24
**proceeds**
134:12
**process**
48:17 49:10
246:5 252:19
320:13
370:20
523:12
**prodigious**
351:23
**produced**
80:11 90:20
94:17 95:5,
15,21 96:13
103:12
131:18
132:23
137:22
165:23
170:24
179:8,10

213:7,11
280:7 282:21
296:5 348:21
351:3 373:7,
12 497:19
535:13 548:3
551:20
566:15
569:16
573:23
**producer**
121:17
286:25
**producing**
195:18
**Product**
316:5
**production**
280:3,4,8
305:5 352:23
556:3,6
**productive**
130:20
**Prof**
145:11,15
**profession**
517:18
**professional**
49:13 53:2
54:11 58:11
106:10
257:14
**Professionall
y**
106:23
**professor**
63:7 65:4
72:17 106:9
165:18 174:7
207:17 302:3
333:8,14,17
336:16
339:11
344:18
456:24
459:8,24
474:20
497:23 498:4

505:18
**professors**
106:24
108:10
153:12
248:11
470:6,21
474:17
**profile**
83:4 315:2
**profound**
355:20
**program**
267:24
498:15
540:23
**programming**
513:3
**prohibiting**
406:19
**project**
359:16
**prolonged**
440:4
**prominent**
94:4 174:6
209:17
**promoted**
270:12,18
**promoting**
471:18
473:2,17
505:12
**prompted**
464:25
**promulgated**
270:11,14
272:5
**proof**
49:7 117:19
163:18 470:9
**proper**
380:16
**properly**
531:10
**property**
547:21

proposal
  438:4
proposed
  51:19
proposition
  140:3
propriety
  52:19
prosecutable
  126:8,21
  346:18
prosecute
  126:14
prosecution
  128:9 165:21
  380:5
Prosecutor
  127:14
prosecutorial
  128:11
prosecutors
  127:23
prospects
  428:20 429:7
  435:19 436:7
protect
  580:16
protecting
  311:3
protection
  320:14
protective
  544:8
proud
  44:8 97:11
  108:17
  109:12
  153:10
  166:12 226:7
  339:16,18
  363:5,10
  490:8 572:5,
  8
proudly
  96:25 97:7
  218:22

prove
  273:7,11
  274:3
proved
  239:10
provide
  354:12
provided
  257:21
  336:20
provides
  466:11
providing
  316:11 563:9
provisions
  320:19,20
provocative
  106:21
provoke
  131:23
  132:12
provoked
  131:25
  132:13
provoking
  108:21
psyche
  40:3
psycho
  100:11
psychoanalyst
  388:9
psychological
  39:11
psychologica
ly
  42:6 46:7
psychologist
  557:11
psychopath
  100:13
public
  22:6 52:22
  53:24 57:23
  63:8,12,14
  66:16 128:9
  184:3,8

185:16,25
186:2 201:22
210:8 218:16
221:24
247:17
253:19,20
271:19
275:10
355:16
387:23 414:9
415:13
416:12
418:12
421:16 422:3
423:22
427:18
433:18
434:6,14
437:21 438:7
441:2
442:23,25
443:3,7
451:25 452:8
454:10
467:7,22,24
468:6
472:13,15
489:17 517:3
536:9 542:10
publication
  33:3 165:10
  511:25
publications
  275:22
publicly
  145:2 153:7
  190:9,15
  219:3 318:21
  378:24
publish
  93:24 94:10
  118:9,16
  139:21
  141:7,10
  144:11,13
  196:23
  197:9,12
  304:19 308:2

489:15
published
  68:11 85:7
  86:4 89:20,
  23 90:3,12
  92:24 94:8
  105:11 134:5
  137:13
  139:14
  143:11,13
  148:18
  161:2,6
  195:6 196:20
  197:15 200:6
  203:16 206:9
  207:4,13
  255:24
  258:25
  260:24 266:7
  291:25
  293:12,16
  301:20
  302:10
  303:15
  305:16
  324:13
  327:25
  331:18
  332:25 335:9
  337:24 341:3
  345:17 361:6
  425:8,19
  431:25
  438:21,24
  444:22
  448:23
  463:22 465:6
  469:11
  485:13
  488:25
  489:22,24
  507:17 514:3
  537:11,13
  538:7,11
  539:11,14
publisher
  136:9 138:23
  141:5 163:22

Alan Dershowitz
September 13, 2022

293:7 527:23
579:17,19

**publishing**
116:3,6
138:23
139:11
141:2,16
142:3 488:24

**pull**
365:7,11,15
367:19

**pulled**
158:2

**punchy**
292:16

**pundit**
493:17

**pundits**
163:7

**punishment**
320:15

**pure**
167:9 393:7
400:20,22
403:16

**purely**
401:3,5
402:17,21
403:5,13,14
417:19
475:10
562:21,23

**purpor**
111:6

**purport**
111:9

**purpose**
72:13 376:3
508:18
516:10

**purposes**
112:24 318:7
377:13

**push**
167:5

**pushed**
517:23

**put**
35:10 38:21
64:14 66:24
69:22 70:24
74:13 79:12
84:10,12
86:9 89:13,
15 92:14,18
96:4 101:11
102:2 106:6
128:15
131:21
149:13
154:16
165:20 180:9
222:12
224:10
229:15,18
230:4 253:11
255:7 267:5
268:16 281:2
320:22
335:12
350:13
359:15
369:13
373:15,23
374:6 399:17
413:5 418:20
463:13,18
468:10
473:25
500:13
506:22,23
511:25 520:5
521:7 525:24
535:3 543:25

**putting**
42:3 388:2
392:22
500:10

---

**Q**

---

**qualified**
313:9

**qualify**
312:9,11

**qualitative**
87:9

**quality**
322:12,15

**quarters**
173:11

**Queen**
72:18 73:5
492:7

**question**
29:18 30:8
34:21 36:6
38:6,17
44:17 54:23,
25 55:24
56:2,7,12
59:18 63:6
65:3 85:12
112:9 124:12
132:3 145:25
146:4,8,11,
13,18,23
147:3,9,16,
18 149:24
157:25
159:14,17
162:11,15
171:12 181:6
185:18
194:24 195:3
242:5 249:2
252:7 268:6
271:7 280:18
290:5,11,12,
20 291:10,
14,15 314:5
317:19
320:17
331:22
332:21
333:22 341:8
361:13
376:8,12
380:8,24
381:2,9,13,
16,17 382:5,
12,13 383:12
384:25 386:9

394:21
396:20
398:12,22
400:4,17
402:8 404:6,
8,10 405:10
409:23,25
412:6 418:5,
8 419:6
422:15
441:16
448:24
466:19 477:9
483:4 525:14
541:4 564:14
587:17

**question,'**
365:17

**questionable**
140:24

**questioned**
33:24 362:19
517:20

**questioning**
469:3

**questions**
26:6 132:9,
16 138:9
149:12
204:16
211:19
256:15
286:12
291:11,12
335:25 351:7
374:3,10,23
375:2,4,13
376:2,4,17
380:13
382:10
441:18
447:13 488:8
493:21 504:7
530:22,23
535:7,10
538:25 539:2
564:12 589:6

Alan Dershowitz
September 13, 2022

quick
  88:13 143:22
  144:7 171:8
  492:21
  583:22
quicker
  161:22
quickly
  336:18
quid
  376:11,13
  381:11
  382:25
  383:2,5,8,10
  386:16,23
  387:3,8
  388:25
  390:5,13
  391:19
  392:4,5,8,12
  393:3,7,8,
  16,18,20,21,
  23 395:5
  396:23
  397:3,4,7,
  10,18 400:16
  402:25
  403:3,23
  404:12,16,22
  405:6,10,12,
  18,20 406:3
  416:13
  418:9,13
  419:6 420:5
  421:17
  423:23
  427:15
  433:14 434:4
  438:8 442:21
  443:8,22
  449:12,13
  466:21
  472:16
quit
  409:5
quite
  33:7 46:9
  82:14,20

91:12 131:23
241:23 353:9
487:19,21
500:7
quo
376:11,13
381:11
382:25
383:2,5,8,10
386:23
387:3,8
389:2 390:6,
14 391:20
392:4,6,8,12
393:3,7,8,
17,19,20,21,
23 395:5,6
396:23,24
397:5,8,10,
18 400:16
403:2,4,23
404:12,17,23
405:6,12,18,
20 406:3
416:13
418:9,13
419:6 420:6
421:17
423:23
427:15
433:14 434:4
438:8 442:21
443:8,23
472:16
580:17
quos
386:16
466:21
quote
84:2 191:22
244:11 267:7
335:22
365:7,11,15
367:19
395:19
422:13 428:9
quoted
108:9 202:19

205:9
244:16,19
270:7,12
408:22
454:22
508:18
quotes
431:4 437:24
453:23
quoting
244:22 268:9
275:4 336:19
418:18 449:3

_____

**R**

Rabbi
115:6
race
419:18,23
races
129:6 153:3
racist
169:22
radical
219:16
260:15
Rafael
186:7
railing
72:23
raise
360:16 570:8
raised
321:9
Ralph
231:11,12,14
Ramis
288:11
ranch
47:20
random
96:17 421:25
range
71:16 326:20
359:8 360:9
524:6 565:17

ranging
71:21
Ransom
300:15
Ransome
59:25
Raphael
184:16
rapist
75:22 76:22
rare
40:7 43:20
230:23 542:5
rarely
94:11 307:5
rat
99:5
rational
159:5
rationalize
437:6,14,18
re-elected
270:10
485:23
re-election
471:19
472:12
473:2,18
475:11 517:3
re-
establishing
580:25
re-met
173:5
reach
165:20
357:15
react
129:9
reacted
129:12
reaction
57:15 206:22
Reactions
458:6
Reactor
91:12

read
29:16 59:20
63:17 69:25
77:21,24
81:3 83:19
93:12,14,15
97:7,17,18
98:8 99:7,8
103:22,23
105:18
135:18
142:10
146:8,17,22
147:6 151:5
157:3,12
164:2 166:24
167:13
171:22 181:5
184:2 187:9
199:8,18
202:7 207:15
209:2,4
218:4 221:6
226:23
235:10,16
278:19
293:18,19
297:19,22
298:2,18,20
308:6,7,10,
12,16 315:23
316:7
324:16,24
336:14 355:4
357:13
362:20,21
395:25
396:4,9,10
398:20
404:2,5
427:10
432:17
441:5,9
445:16,21
455:17 472:5
473:21
488:13,15
525:13 526:7
529:5,7

559:20
574:19
reader
106:6
readers
116:25
139:16
206:10
readership
66:18 197:6
readerships
57:25
reading
98:17 138:8
161:12
296:13,15
328:12 330:4
395:18
414:13
428:16
455:15
reads
134:17
142:10
150:10,21
155:24
200:16 201:3
202:7 336:14
434:9 442:6,
11 583:21
reaffirming
257:10
real
199:17
241:21,22
257:4 391:16
427:25
428:13 463:8
reality
191:6,9
528:8 552:15
realize
133:23
367:16
427:11 583:3
realm
337:7

rearrested
48:11,13
reason
33:24 136:15
211:8,10,18
225:17
226:12 239:2
250:21
274:21
316:20
355:9,10
363:11
370:23
371:5,16,24
447:16,19
483:9 484:17
488:21
568:23
reasonable
359:15
reasoning
568:25
reasons
384:12
400:20,23,24
403:17
rebut
120:12
467:12
rebuttal
495:14
rebutted
166:9
recall
28:7 32:22
69:23 578:18
579:10
recapped
325:15
receive
280:11,15
received
95:8 96:16
168:2,3,12,
14,16 172:20
179:6 338:19
351:4,11

354:19,24
369:24 370:2
373:11
447:8,9,18
536:8 541:5
receiving
134:22
242:17
recent
152:2 208:5
278:19
279:14
recently
26:12,15,21,
25 27:19
249:9 252:24
302:2 303:15
353:22
recess
122:4 172:6
216:9 306:7
364:6 448:4
482:7 519:24
585:19
reck
461:7
recliner
355:7 356:19
recognition
369:8
recognizable
42:23
recognize
129:3 471:9
recognized
129:5 321:15
Recoiled
151:19
recollection
81:6 148:21
191:20 231:6
267:17
274:24 350:4
412:18
444:13
540:20
579:18

recommend
  251:14
recommendatio
n
  250:23
reconstruct
  568:17,21
reconstructio
n
  168:22
record
  23:3,7 24:7,
  25 69:22
  88:8 90:19
  93:20 94:5
  96:11 103:11
  122:3,6
  131:22
  133:2,25
  138:7 162:2,
  9 171:13,16
  172:5,8
  216:6,8,11
  227:10 255:8
  282:20
  306:6,9
  324:13
  351:16
  364:5,8
  373:14 380:9
  395:11
  447:7,15
  448:3,6
  482:6,9
  489:17
  492:23
  493:20
  497:18
  502:22
  518:5,11,21
  519:23 520:2
  534:9 535:9
  544:17
  559:10
  579:14
  584:20,25
  585:3,16,18,
  21

recording
  23:5 94:2
  475:16
  476:14
records
  93:25 144:2
red
  57:4 99:15
  231:19 415:9
red-check
  417:4
red-checked
  413:23
redoubts
  150:4
reelected
  387:21
  391:22
  414:10
reelection
  387:22
  415:14
  423:11
  428:20
  434:14
  437:20 452:3
  468:6 470:14
Reem's
  570:8
Reems
  190:3
refer
  73:15
  300:23,25
  398:5
refer-
  185:17
reference
  141:9 208:22
  238:13
  302:21
  353:17
referencing
  84:2 286:8
  429:13
referrals
  281:14

referred
  67:3 319:6
referring
  245:14 283:2
  298:12
  299:19,21
  303:21 328:5
  465:8
refers
  344:20
  427:21
  441:14
reflect
  63:18 509:25
  548:20
  557:17
reflected
  557:20
reflects
  246:13
  248:11
refusal
  294:19
refuse
  354:12
  529:24
refused
  93:24 120:2
  224:21
  241:19 390:8
  426:4 529:21
refusing
  336:21
Regan
  450:12
regard
  147:15
  153:4,9
  176:15
  292:19
  337:6,21
regarded
  33:15 34:5
  46:6 337:20
  384:14
regarding
  51:16,17

199:23
  502:5,7
  536:10
regime
  235:18
regular
  206:3 501:6
regularly
  165:16
regulars
  289:13
rein
  314:8
reject
  185:4 197:19
  265:15
  343:10,22
  346:14
rejected
  265:16
  326:22
  346:12
rejecting
  101:16
  535:21
  536:12
relate
  305:18
related
  23:25 96:19
  98:15 124:12
  134:5 172:20
  183:4 221:25
  348:21
  369:24 370:3
  373:8 389:24
  393:6,16,21
  423:12
  562:13
relating
  371:4
relation
  223:19
  232:12
  389:20
relations
  388:18

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| relationship | relished | 194:10 | 558:24 |
| 105:10 | 106:25 | 195:10 203:5 | 563:21 |
| 209:14 | reluctant | 223:14,16,17 | 565:18 |
| 217:9,12 | 309:4 311:22 | 242:21 | 568:17,22,23 |
| 222:4 224:3, | reluctantly | 258:18 269:3 | 569:3 573:3 |
| 13,24 227:20 | 375:3 | 271:3,10,12, | 577:5 |
| 232:15 | rely | 13 272:2,17, | remembered |
| 255:17,22 | 319:13 457:8 | 21 273:3 | 44:9 143:8 |
| 257:2 258:8, | relying | 274:7,14,21 | 176:4 226:10 |
| 22 260:17,19 | 319:6 340:7 | 275:23 | 370:19 |
| 269:17 | remain | 276:19,25 | remind |
| 275:20 | 232:5 246:19 | 277:3 285:13 | 132:15 |
| 284:12 | 388:12 | 293:4 | 395:21 |
| 286:17 | remained | 303:17,23 | 581:12 |
| 318:4,6,10 | 173:7 | 304:22 | remitting |
| 552:15 553:5 | remains | 305:7,20,24 | 476:16 |
| 586:16,18 | 325:5 | 321:7 | Remnick |
| relationships | remark | 322:13,24 | 86:9 560:16 |
| 211:22 | 466:19 | 328:12 | removal |
| 212:11 | remarkable | 336:11 | 321:17 |
| 223:21 | 338:13 | 348:14,15 | 349:16 |
| relatives | remarks | 359:2,11 | 354:11 |
| 71:17 151:8, | 453:17 | 364:19 | 406:21 |
| 23 | 466:12 | 369:7,9 | remove |
| release | 468:7,13,16 | 376:19 | 327:6 |
| 139:12 | remedy | 388:15 402:6 | removed |
| 163:23 | 167:8 | 406:9 408:25 | 194:12 327:3 |
| relevance | remember | 419:11 | 378:21 |
| 140:20 | 27:14 30:18 | 445:22 | removing |
| relevant | 67:9 68:8 | 477:20 | 136:5 325:21 |
| 47:19,22 | 71:9 74:18 | 478:14,20 | renders |
| 84:23 136:10 | 75:4,10,11, | 487:8 490:19 | 395:14 |
| 164:14 | 17 78:17 | 494:22 | renouncing |
| 296:10,12 | 80:2 81:25 | 500:18 | 334:19 |
| 481:18 483:3 | 108:6,24 | 507:6,8,11, | reopening |
| 492:11 534:8 | 121:4 123:6 | 12 508:24 | 589:8 |
| reli | 134:22 135:3 | 509:20 | repeat |
| 508:12 | 143:12 145:7 | 510:3,17 | 38:6 49:6 |
| reliable | 147:25 | 511:6,7,11, | 386:10 |
| 512:10 | 148:13,14 | 24 512:14 | repeatedly |
| reliably | 149:3 | 513:11,21,24 | 36:17 466:24 |
| 508:13,21 | 160:15,17 | 514:10,18 | repeating |
| 509:10,13 | 162:23 | 525:14 | 493:3 |
| 511:9,22 | 174:14 | 526:16,22,25 | replayed |
| 512:2 514:16 | 184:19 | 527:23 | 372:4 |
| relish | 187:11 | 537:19 | reply |
| 107:13 | 189:12 | 541:11,12,23 | 104:21 |
| | | 542:3 543:14 | |
| | | 551:19 | |

report
  127:14 280:6
  289:25
  290:23
  587:19,21
reported
  46:10 370:23
  371:5
reporter
  24:4,8,17,22
  58:13 60:25
  69:4 76:4
  80:10 82:25
  86:9 90:2
  95:3 102:5
  132:22
  133:20
  137:21 147:7
  148:6,23
  160:22
  164:19
  170:22 191:4
  201:7 203:14
  207:2 255:5
  256:4 262:17
  264:2 265:18
  278:6 281:24
  285:21 332:5
  360:21
  371:20
  393:25 397:9
  411:16
  445:18
  448:21
  481:12 491:4
  501:23
  507:15
  569:15
  572:11 576:7
reporter's
  263:6
reporters
  370:14
reporting
  44:21 45:6
  224:4,11
  298:13
  299:11,15,

18,20,23
  340:8 425:2,
  8 439:22
  447:4,11
  456:9 476:23
  477:12
  480:21
  535:22
represent
  96:14 343:2
  354:14
  358:18 445:8
  529:18 538:9
representatio
n
  172:21
  288:19
  354:13
representativ
e
  91:5 431:18
representativ
es
  585:25
represented
  38:24 45:19,
  21,22 168:8
  198:17
  206:17 250:6
  289:18,19
  290:4,7,8
  291:6,9
  314:6 317:2,
  5
representing
  45:24 190:11
  314:11 316:2
  359:14
  444:17
  517:22
  565:16 568:9
represents
  334:17
reprobate
  352:5
republic
  350:22
  352:10,13

Republican
  326:7 358:22
  388:4,12
  437:2,13,16
  466:20
  579:15
Republicans
  123:24
  348:18
  350:18
reputable
  178:9
reputation
  49:13 53:8,
  10 54:2
  57:22 60:20
  63:15,20
  64:2 66:15
  84:5 105:19
  108:19,22
  164:21 165:3
  175:23
  176:5,8
  223:20
  257:14,15,25
  351:23
  517:18,19
reputations
  52:2
request
  135:7 280:4,
  8 305:5
  556:6
requested
  147:6
  582:11,15
require
  388:9 470:9
required
  345:9
requirements
  347:16
requires
  125:21 346:9
  465:22
rescue
  565:20

research
  124:3 125:16
  126:3 137:9
  347:23
  362:19 363:7
  384:18
  473:24
  557:11
reserve
  95:17
resident
  209:19
residents
  164:2
resisting
  276:5,6
resolved
  28:14 155:8
respect
  199:24
  247:25
respected
  34:3,5 39:13
  351:21
respectful
  278:18
respectfully
  353:9 528:25
respond
  52:3 82:7
  94:12 104:20
  119:9,15,19
  120:10
  187:13,14
  242:20
  245:16
  476:20
  486:15
  493:13
  494:9,13
  504:8,18
  522:12 524:4
respondeat
  275:7
responded
  63:16 81:19
  480:12,15,

Alan Dershowitz
September 13, 2022

17,23,24
493:6,22
498:9,11
524:13
567:11 571:5
573:5
responding
183:25 187:8
204:15 209:8
382:4 573:3
578:7
responds
81:14 82:5
235:15
504:11 523:2
response
74:10 94:8,
19 216:23
254:20
348:12
384:25
431:7,11
466:19
480:20
489:22 527:6
578:13
responses
34:18 94:10
211:20
responsibilit
ies
194:20
responsibilit
y
375:25
responsible
39:23 99:22
111:2 459:18
567:8 573:11
responsive
321:5
rest
236:25
326:10 428:4
581:15
restaurant
40:24

restricted
544:7,13
result
34:17 35:8
39:8 41:12
43:22 44:13,
15,20 45:5
52:6 53:6
55:21 60:9,
15 92:20
190:10,13,14
207:24 266:5
276:10
288:17,18
309:10
315:24 316:2
resulted
62:6,8
293:23
results
206:9 416:14
418:13
421:18
423:23 438:8
443:8 472:17
533:11
resurfaced
48:10
retired
106:8 334:11
retirement
62:4 105:20
return
377:2 546:8
549:8,21
550:25
553:19
554:8,22
555:2,8,21
556:7,12,17
returned
374:2,9
returns
544:6,16,20,
22,24 545:12
547:5 548:3
549:5,7
551:9,16

552:7 561:21
589:9
reunite
228:17
reveling
163:16
revered
355:17
Reversal
164:20 165:3
review
30:6 161:3
162:19
reviewed
35:8 274:23
reviews
32:22
rhetorical
113:5,8,12,
17,19 114:4,
20 115:8
319:12
Richard
45:19
170:16,18
255:9,11
438:15
ride
311:20
ridiculous
225:24 458:6
459:21 460:9
461:4
riffed
467:19
rift
212:24
right
25:2 26:13,
17 27:9,21
28:9,19,22
29:2 30:12
31:9,12
46:16 49:15,
18,20 50:6,
7,8,24 51:2,
8 52:9 54:17

55:3 59:5,8,
11 67:5,15
68:6 70:16,
20 73:12,13,
19 74:12
75:23,24
78:6,14 79:6
82:17,18
85:4 89:21
90:17 92:13
93:12 95:17
96:3 102:11
104:11
105:14
106:15
107:5,25
111:10
112:2,22
113:14 115:2
117:8,10
122:12
127:15
128:23
130:25
132:18
134:16
137:7,8,15,
17,18 139:2,
6 141:12
154:8 155:7
156:5,6,11,
14,23 160:24
161:22
163:11
164:10
168:7,10
170:6
172:12,23
173:17 176:2
179:5 180:15
181:2,8
183:21
184:12
185:14 188:4
189:23
190:11 192:9
196:21,24
198:24,25
199:10,11,14

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| 204:2,3 | 339:21 | 505:5,9,13, | **Riots** |
| 206:5,18 | 340:18 | 24 506:17 | 357:22 |
| 209:11,22 | 341:5,20,21, | 507:21 | **rise** |
| 210:11,16,19 | 22 342:7,9 | 510:11 512:5 | 298:15 |
| 212:6 215:9 | 345:18 | 515:8 518:20 | **risk** |
| 216:5 220:25 | 349:25 351:8 | 519:3 520:7 | 165:24 |
| 221:4,18 | 352:7,13 | 521:12 | 474:21 |
| 229:21 | 354:20 | 522:6,8 | **risking** |
| 232:18,23 | 356:14 | 527:13 | 166:6 |
| 234:25 | 358:19 365:4 | 529:8,15,20 | **RNC** |
| 235:7,11 | 366:25 | 531:24 | 565:15 |
| 236:3 237:4 | 367:20 | 532:19 534:5 | **road** |
| 238:4,5,11 | 368:10 | 535:2 537:5 | 109:5 337:7 |
| 239:2 240:20 | 369:7,15,18, | 538:25 | 423:9 |
| 248:23 | 22 371:22 | 540:11 | **robbery** |
| 249:7,22,24 | 374:10 | 542:7,10,11 | 66:8 |
| 250:12 | 377:3,9 | 543:25 | **Robert** |
| 251:10,20 | 378:15 | 544:9,18 | 414:22 415:9 |
| 252:17 | 382:5,16 | 545:18 | 450:6,8,18 |
| 255:25 | 385:3 398:13 | 550:15 558:3 | **Roberts** |
| 258:18 | 399:24 | 559:15 | 440:4 |
| 263:18 | 400:22 401:8 | 560:12,17, | **Rocco** |
| 267:14,22,23 | 408:5,11 | 21,24 561:18 | 184:25 |
| 268:3,6 | 411:4,6,14 | 566:3 569:6, | **Rocco's** |
| 272:14 277:7 | 413:8 | 14 570:5 | 185:21 |
| 283:2,12 | 415:18,24 | 571:25 | **Rogan** |
| 284:14 | 416:18,22 | 575:14,15 | 413:24 |
| 285:12 | 420:19 424:9 | 578:5 585:13 | **Roger** |
| 286:19,22 | 426:17,20,24 | 587:2,3 | 504:5 |
| 288:4 290:6, | 428:16,21 | 589:4 | **role** |
| 10,15,22,24 | 440:8,15 | **right,'** | 170:12 |
| 292:3,4,12 | 441:5 443:2 | 155:25 156:7 | 225:12 |
| 293:22 295:5 | 447:21 | **rights** | 239:14 |
| 296:17 297:3 | 448:25 | 77:13 78:16 | 257:9,11 |
| 298:19,25 | 464:18 | 86:16 101:14 | 299:13 |
| 300:4,6 | 465:2,9,23, | 113:2,3 | 318:14 |
| 301:3 302:17 | 25 470:11 | 117:24 | 370:20 378:2 |
| 303:24 304:7 | 479:14 | 130:7,8 | 379:24 |
| 305:25 | 480:13 | 250:20 | **Romney** |
| 308:11,14 | 484:15 | 251:16 | 349:16 |
| 312:19 | 485:16 486:2 | 355:23 | **Ronald** |
| 315:2,9 | 487:2,14 | 356:6,15 | 450:11 |
| 319:8,11 | 489:6 490:18 | 542:16 | **room** |
| 321:23 322:2 | 492:20 493:2 | **ring** | 41:5 287:23 |
| 330:25 | 494:21,25 | 143:5 539:21 | 380:4 501:7 |
| 331:4,5,16 | 495:9 496:4, | **ringing** | **Roosevelt** |
| 333:2,6,21 | 8,11,14 | 476:25 | 450:11 |
| 335:3,10,11 | 497:7 498:14 | | |
| 337:23 | 503:10,11 | | |

Alan Dershowitz
September 13, 2022

Ross
  460:5,8
  461:2
Rothfeld
  558:7,24
  559:11,17
  563:15
rotten
  245:17
rough
  578:8
round
  507:16
roundly
  193:16
routine
  466:21
routinely
  467:21
rows
  492:6
royalties
  394:16
rub
  173:15
Rubin
  502:6 504:24
Ruddy
  231:4,16
rude
  282:12
Rudy
  235:23
ruined
  62:3 105:21
  166:13
rule
  269:18,22
rules
  132:20
  269:23
  363:12
Rumble
  46:13
run
  340:24

running
  226:4
runs
  451:4
Russia
  208:4
Ruth
  143:23

_____

        S

sad
  174:5 233:23
  234:5 235:24
  241:24
Sader
  570:23
Sadly
  218:14
sadness
  179:24
safe
  523:18,20
sagacity
  141:2,16
  142:4
sake
  263:7
  281:23,25
  282:9
Sal
  277:2
sale
  545:16
  547:21
sales
  57:24 66:17
  140:22
salespeople
  139:18
Sam
  329:4
Sandy
  317:17
Sarah
  59:25 300:15

sat
  66:2,9
  357:23 492:6
satisfied
  109:4 118:22
  119:14
Saturday
  121:15
Saul
  139:6 309:9
Saunders
  570:12
savage
  170:2 465:5
save
  176:8 276:2
saved
  317:14,15
saving
  138:4 171:23
saying
  40:23 41:3
  85:17 86:3
  106:17
  108:25 110:9
  112:3 114:12
  115:5,13
  121:18
  155:15
  156:14
  157:6,7
  169:25
  181:11
  184:21 185:9
  189:10
  191:22 199:3
  205:10 212:8
  223:9,10
  234:24 235:6
  237:14
  243:15
  244:12
  268:24
  269:23
  281:19 285:5
  296:18
  299:22,25
  300:5 354:4

383:14 384:8
392:25 397:3
399:25
402:12
403:19
406:25
407:16,18
409:16 413:7
414:17
419:22,23
424:12 432:2
444:25 445:3
455:7 456:8
457:16
459:12,18
461:4 462:2
468:4 475:16
476:14
483:14
486:19,21,25
495:9
496:19,21,
23,25 499:6
503:24 514:6
536:21
548:18
559:18,19
572:23
says
  59:20 63:13
  67:24 74:3
  76:16,23
  77:3,6 91:19
  100:9 103:24
  105:18 110:8
  115:7 116:23
  118:16 129:2
  134:8
  139:10,25
  140:16 151:5
  152:7 155:6
  157:13
  163:15
  165:13
  166:15,20
  173:12
  174:5,17
  175:23,24
  179:20

Alan Dershowitz
September 13, 2022

182:14
183:17
184:5,11
188:16
201:9,13
202:23
205:17
215:6,12
218:4 223:10
233:22
234:24,25
235:13
236:24
237:23
240:18
245:13
261:5,8
265:11 283:3
295:4,8,11
298:12
320:8,13
326:5,15
332:17
337:3,14
338:5 340:19
345:3 351:20
365:16,17
418:5
419:18,19
420:17
427:21
428:10 431:6
435:11
438:2,18,24
450:7,21,25
453:25
460:25
462:16
464:25 466:5
468:18
471:7,15
484:4 498:3
503:3 504:24
505:17 508:9
512:24
515:18
520:22
521:23 523:5
525:5 527:11

532:3 533:3,
4 539:20
540:21
546:19
550:18
569:25
572:19
574:21
576:18
**Scalia's**
328:23
**scheduled**
121:14
309:11
491:11 524:6
**Schiff**
431:19
**schmooze**
288:8
**schmoozed**
228:11
289:15
**schmoozing**
288:15
**schmutz**
173:15
**scholar**
52:22 273:5
325:22,23
326:15,17
339:14 382:7
458:16
459:7,19
**scholarly**
167:14
355:21
**scholars**
159:11 163:6
193:17,18
330:18,24
337:5 338:15
448:10,13
449:2,3
453:24 454:2
461:17 470:7
**scholarship**
44:10

334:19,20,24
335:2
**school**
97:3,5
102:18
125:18
150:14
251:15 284:7
330:12
333:12,15,
21,23 454:5
459:8,24
462:7
**schools**
315:22
**Schultz**
440:18
**Schweikert**
24:10,11,24
29:8 32:9
38:13 44:22
45:7 49:22
52:11 54:19
55:10 56:3,
11 58:4
61:15 69:21
70:3 88:5
94:15,21
95:12 109:24
112:4 115:19
127:16
129:17
131:8,14
133:7,12
141:17 146:5
148:15
153:20
159:24 162:3
165:2
177:11,23
188:3,6,9
200:11
212:13 214:6
215:15,21
242:14 263:5
268:13,20
272:18
274:16

288:21 296:2
297:5 302:7,
14,25 323:8,
15 334:3
358:3 366:23
367:8,12
371:8 409:19
411:7
425:13,18
446:20
460:18,23
462:10,12,
19,23 477:22
481:23
502:19
511:13 512:6
514:23
518:15,23
519:3,6
**scorned**
163:9
**Scott**
409:6 437:25
**SCOTUS**
234:12,19
**Scramble**
437:6,14
**scrambled**
437:17
**screaming**
190:20
**scrutiny**
193:21
**scummy**
98:23
**seat**
218:17
265:4,6
**second**
63:3 64:24
87:25 105:4
107:24
133:11,17
138:16
140:10,20,21
141:11 146:6
149:17
150:21

Alan Dershowitz
September 13, 2022

153:19 162:6
166:17 169:8
178:23
188:2,13,21
192:16 198:4
205:4,14
209:25
214:20,22
215:4 217:21
231:11
236:13
243:11
325:2,4
336:13 338:8
350:21
388:16 398:8
413:19 415:3
427:20
428:6,7
429:25
443:12 447:3
450:3 508:4,
11 517:5
521:18
529:12,19
531:11
539:4,24
559:3 582:21
585:11
**secondhand**
511:2,3,10,
25 512:13,
15,17 514:16
**secretary**
194:10
262:16
306:17
307:19
315:21
330:10
370:13
371:19
406:21
**secrets**
316:22,25
**Section**
161:3

**secure**
437:20
470:14
**Seder**
152:2
**sedition**
170:5
**see**
59:18 60:21
61:17 62:3,
11 63:2,6
64:6,12
66:22 73:18,
21 74:9,11
76:16 77:2,
8,9,22,23
81:8,22
82:11 84:8
91:19,23
99:4 100:5,
12 103:21
104:22
105:4,6,24
106:11 107:3
116:23 117:6
118:14
133:10 134:7
139:3,9,22
140:7 141:3
146:17
150:9,17
152:14
157:20 164:4
165:12 166:3
167:11
170:18
173:10,17
174:9,22
176:9 180:3
182:19
183:14
187:12
188:14,16,
22,23 189:7,
17 192:10
193:22
194:24
195:3,16

196:9 198:22
201:23
202:6,13
205:9 206:4,
14 207:14
208:12,21
215:3,5,8,
11,21,23
216:20,25
217:5,22
218:3 219:5
220:10 223:9
228:24
233:18
234:14,20
235:25 237:4
238:10,20
240:15
242:7,12
244:23
245:11,21,23
246:2 261:25
262:4
263:15,17
268:18
275:25
278:20
279:12
288:11 305:7
310:9 325:7
326:12
337:12
338:3,21
344:6 345:14
351:25
354:16
364:21,23
366:5,18
367:2,23
395:7
396:11,15,25
413:25
414:3,12
420:14 421:2
422:4,23,24
424:7,15
425:25
427:20 428:2
430:4 431:3,

5,23 434:8,
19 435:23
438:17
441:19
443:10 444:2
445:3 449:14
451:7 452:11
453:19
454:13
455:4,18
458:7,12,15
459:14
460:8,9,16
461:8,25
463:9 465:11
466:14
467:19
470:18
473:10 483:7
484:10,21
488:7
492:14,19
498:19
503:22
505:2,16
506:3 509:24
521:22
524:2,16
525:5 526:7
529:9 534:13
540:5 546:2,
18 547:14
550:18 552:7
555:13
559:16 560:7
565:25
567:13
569:25
572:19,24
575:11
578:10
579:4,14
581:19
583:25
**seeing**
134:23
242:17
426:16

Alan Dershowitz
September 13, 2022

seek
  115:17 116:3
  179:11
seeking
  37:8,22
  38:10,17,18,
  19 223:18
  271:9 357:25
  379:21
  515:10
seemingly
  218:15
sees
  232:6 236:6
  268:19
segment
  504:15 506:2
segments
  494:10
segue
  269:9,12
Sekulow
  374:19
  375:10
  376:25
selected
  298:21
self-dealing
  523:14
self-defense
  465:14
self-evident
  44:2 402:4
self-hating
  189:12,15
self-
interest,'
  452:24
self-serving
  523:13
sell
  241:13
selling
  358:7 394:4
semantics
  574:22,25

senate
  29:17 36:4
  44:5,14
  79:23 167:14
  206:18
  221:20 268:3
  290:13,17
  310:16
  311:23
  318:25 319:5
  322:2 323:4
  324:20
  327:24 328:5
  333:5 335:3
  338:20
  343:10,22
  345:8,20
  346:2,5
  347:22
  348:10,13,22
  349:10
  351:5,13
  353:12
  355:20
  357:17 361:7
  363:21
  374:2,9,25
  376:5 377:6
  379:23 382:4
  384:24
  386:11
  387:15
  396:17
  406:24
  408:4,11,13,
  19 409:14
  411:6,24
  427:13
  435:14
  440:16 443:4
  445:15
  447:11
  469:16,24
  470:4 476:4,
  6 484:7
  487:6 490:9
  504:23
  522:20 572:4
  573:15

  574:23 578:9
  582:20 584:6
senator
  44:16 380:19
  386:9 394:21
  437:25
  438:13,15
  440:3 448:24
  466:20
  489:5,6
senators
  326:8 336:19
  349:8 375:13
  437:3,13,16
  438:10
  441:17
  465:15
send
  31:5 70:15
  72:25 73:7
  218:25
  238:17
  504:23
  511:20
  552:16
sender
  31:2
sending
  31:3 70:25
  72:3,14
  387:25 539:7
  582:18
senile
  46:6 87:8
  99:25
sense
  107:14,19
  166:22
  318:18
  509:14
sensitive
  23:8 323:21
sentence
  74:2 93:6
  117:4 154:7,
  11 305:8
  324:18 377:8
  395:13

  396:3,20
  398:20,23
sentiments
  467:23
separate
  32:3 547:10
separated
  228:18
separating
  228:15
September
  23:4 58:21
  61:8 62:23
  69:12 76:11
  80:24 83:12
  89:10 90:10
  95:24 103:9
  133:6 138:2
  145:13 149:7
  161:10 165:6
  171:5 178:19
  191:12
  195:14
  201:15
  203:22 207:9
  214:12 227:9
  233:10
  256:11 279:2
  282:17 286:5
  297:15
  303:10
  324:11
  332:14 336:7
  343:13
  351:15
  361:11 373:4
  394:8 413:21
  425:21 447:5
  449:9 482:3
  491:9 497:16
  502:14 508:2
  519:14
  535:24
  537:25
  546:10 547:8
  549:10
  551:18
  554:11 555:5

Alan Dershowitz
September 13, 2022

556:9 558:21
566:20
569:21
572:17
574:14
576:14 578:2
583:20
587:23
**series**
213:4 227:11
233:5 373:6
382:10
425:6,7
448:22
520:5,12
535:12 536:7
**serious**
57:8 101:23
114:5 257:7
325:13
578:18
579:11,12
**seriously**
35:11 54:13
55:6,14,22
56:8 63:20,
22 113:24
226:2 326:11
**servant**
128:9
**serve**
452:16 468:6
**served**
310:10
454:11
**serves**
246:6 437:21
452:2
**service**
581:7
**serving**
167:9
**sessions**
34:8
**set**
93:20 94:6
200:7,17,21

306:2 447:22
485:10
493:19
536:15
557:25 558:5
**Seth**
267:21,24
268:24 269:6
**setting**
168:21
321:12
**settled**
48:20
**settlement**
48:25 51:18
**settlements**
386:22
**seven**
102:22
130:17
153:24 192:7
289:13
293:15
364:21
460:11,13
474:10
**seventh**
88:23,24
153:15,16,17
162:25 202:7
460:4
**several**
67:12 89:20
118:6 134:2
202:3 222:24
252:10
293:21
513:4,12,17
514:7,20
515:18,21
516:17
**sex**
47:17 74:6
94:4 294:10
300:10
**sexist**
570:14

**sexual**
52:19 53:11,
17 54:4 78:5
84:12 119:12
127:20
**shaken**
109:9
**share**
35:5 283:6
288:6 353:15
**shared**
127:6 568:24
**sharpens**
83:6
**she'll**
478:20
**sheathed**
163:24
**Sherman**
449:14
**shift**
524:15,20
**shirt**
541:14
**shit**
98:18 235:21
**shocked**
193:2 390:18
**Shocks**
426:11,21
**shoe**
158:23 159:3
575:2 578:25
**short**
122:4 140:23
144:7 172:6
208:25 216:9
228:19
249:11 306:7
308:9 312:16
364:6 428:9
448:4 482:7
519:24 529:5
536:3 564:15
585:19
**shot**
523:13

**Shoulder**
207:4
**shouting**
529:2 571:8
**show**
80:6 85:14
121:15 145:9
147:14,19
148:3 191:25
247:4 265:13
268:11,25
273:24
284:19 301:3
309:22 421:8
430:5
471:23,24
479:25 480:7
481:7 487:11
494:18
496:3,6
498:7,13
500:14
501:10
504:9,13
520:25
521:25
522:4,8
524:7 527:20
528:7 533:15
545:11,19
552:4 553:21
581:22
586:15
**showed**
362:13
371:14
412:19
432:15
480:2,4,6
**showing**
143:9 262:8
505:12
**shown**
135:17
**shows**
241:20
554:12,24
555:9

Alan Dershowitz
September 13, 2022

shrugs
  365:25
Shubauer
  566:18,25
shunned
  151:7,22
  191:7 198:19
  199:4,13,23
  203:6 302:3
shunning
  201:9 209:13
shut
  117:24
sic
  552:12
  554:21 555:7
side
  84:10 174:25
  175:8
  211:14,15
  216:16
  289:10
  339:19
  350:20
  373:16
  382:24
  385:12,15,
  17,20 413:8
  414:5 436:23
  474:3
sides
  441:18 463:7
sign
  339:20
  473:25
  474:20,22
signatories
  470:5
signature
  483:16
signed
  474:6 476:4
significant
  44:10 145:4
  257:9,25
  357:19 444:7

significantly
  40:10
signing
  476:15
silence
  237:24 238:3
  559:24
silly
  271:7 369:16
silver
  155:21
  567:10,12
similar
  45:18,20
  173:19
  326:21
similarities
  77:13
similarity
  250:3
Simon
  74:15 75:8
simply
  48:3 118:25
  119:13
  144:13
  167:12
Simpson
  189:25
  190:17,21
simultaneous
  54:18 56:5
  72:12 75:9
  87:15 97:19
  98:16 106:12
  107:9 113:10
  114:16 115:3
  120:22
  129:16
  131:13,20
  146:2 147:24
  177:5 184:17
  196:4 213:9,
  17 255:20
  261:17
  263:2,14
  273:15 282:3

283:5 289:23
  301:8 327:10
  329:9,23
  340:16
  361:19 384:7
  410:9 414:6
  423:17 437:4
  441:8 444:21
  454:17 455:8
  506:21
  513:15 514:4
  515:12
  545:25
  547:19
  555:15
  588:25
sincere
  164:17 167:6
Sinclair
  168:13
single
  44:18 45:3
  112:18 178:5
  253:6 257:18
  356:5 402:10
sir
  63:4 504:12
sit
  288:8 483:8
  543:13
sitting
  114:5 287:25
  303:17,18
  309:19
  323:12
  339:19
  356:18
  580:13
situation
  84:6 176:5,
  12 269:21
sixth
  23:18 170:13
  192:18,20
size
  287:22
skating
  571:3

skeptical
  483:18
skepticism
  167:8
skills
  116:25
skip
  142:9 183:9
  354:23
  420:14
  442:16 484:3
  512:23
skipped
  443:17
Skyhorse
  143:17
  144:18
  293:13,14
slammed
  454:3
slamming
  336:25
sleep
  40:4 98:19
  350:13
slice
  288:6
slightest
  539:18
slightly
  360:15
slipped
  397:8,9
slowed
  160:5
smacked
  141:15
smacks
  140:24
small
  225:12
  245:10 562:5
  563:16
  566:5,8
smart
  129:20
  240:15

Alan Dershowitz
September 13, 2022

378:25
457:18
494:4,8
**smarter**
131:6
**Smerconish**
121:15
491:12
495:20 497:6
498:7 499:7
506:11 524:6
**smile**
265:11,12
**Smith**
453:18
**sneak**
518:24
**social**
163:14
165:24
**socialize**
284:9
**society**
281:20 283:7
**sociopath**
100:18,25
101:4,9
**sociopaths**
101:6,7
**Socratic**
385:10
**softly**
29:10
**sold**
35:7 356:10
358:8,12,13
557:18,19
**soldiers**
45:25 169:23
392:22
**sole**
557:5
**solely**
399:12,15
**soliciting**
71:24

**Solicitor**
458:14
459:16
**solid**
578:21
**solidified**
257:23
**somebody's**
273:2 317:22
**son**
139:6 259:15
260:7,11
288:5 375:7
580:3,4
582:9
**son's**
65:22
**son-in-law**
267:21
269:24
**sonderkommand
o**
180:2
181:15,21
**sonderkommand
os**
180:6
**sort**
48:10 173:10
201:21
240:13 326:3
398:21
560:15
**sorting**
466:11
**sound**
167:15 518:7
**Soundcloud**
504:20
**sounds**
74:19 187:6,
7 192:21
358:13
**source**
158:10,13
159:18
160:21,23

455:16
510:13
511:10,24
512:10
514:17,19
542:17 543:7
546:12
575:24
576:2,3
**sources**
322:5,6
514:22
515:15 557:2
**South**
265:8 271:25
350:2
**Southern**
23:15
**Southerner**
263:21
**Soviet**
110:20
**Sox**
57:4 99:16
**spa**
109:5
**space**
139:18
**Sparks**
76:17
**Spawns**
83:4
**speak**
29:24 34:8
43:19 68:19
74:5 75:20
76:22 77:12
78:5,8,19
79:2 82:10
122:9 127:8,
11 195:7
230:19
250:20
252:10,12
254:15
260:18
301:7,11

443:24
**speaker**
57:23 66:16
114:14,18
273:13
**speaker's**
557:15
**speakers**
253:21,22
294:21
**speaking**
29:9 54:18
56:5 67:13
72:12 75:9
77:11 87:15
97:19 98:16
106:12 107:9
113:10
114:16 115:3
120:22
129:16
131:13,20
146:2 147:24
177:5 184:17
189:21 196:4
213:9,17
255:20
261:17
263:2,14
273:15 282:3
283:5 289:23
300:8 301:8
313:17
327:10
329:9,23
340:16
361:19
363:21 384:7
410:9 414:6
423:17 437:4
441:8 444:21
454:17 455:8
506:21
513:17 514:4
515:12
545:25
547:19
555:15

Alan Dershowitz
September 13, 2022

588:25

**speaks**
33:16 151:6,
21

**special**
127:13,22
128:14 208:2
279:22
498:17

**specialize**
144:6

**specially**
562:16

**specific**
34:21 40:8
77:15
125:21,23
327:4 580:12

**specifically**
98:3 160:18
298:24
299:12 322:4
445:12
583:11

**specified**
354:10

**specious**
351:24

**spectrum**
197:10

**speculating**
346:3

**speech**
29:16 30:7
44:4,7,8,14
68:4 77:14
78:16,21
115:2
231:18,21
246:5 268:2
290:17
311:23
313:11,22
314:23
315:12,13,
14,17 319:2
321:21,22,

24,25 322:15
336:18
345:20,24,25
346:20 351:5
362:13 371:4
374:15
384:22 385:2
453:2 477:13
478:8 490:9
504:22
542:25
573:14 578:9
582:11,16,
17,19 583:9,
25 584:6

**spend**
62:6 287:24
288:2 463:7

**spent**
207:18 553:4

**spirit**
237:24 238:3

**spiting**
40:23

**spoke**
29:21,25
122:15
221:20
230:21
287:16 378:6
411:23
445:14
509:4,21,23
530:13
588:13

**spoken**
75:11
254:10,15,17
281:21
381:10

**sponsored**
77:7

**spontaneously**
402:8

**squads**
110:12

**St**
45:19 139:2,

4 143:14

**stack**
97:15 253:11
429:11,19
435:3 441:23
453:11 458:4
528:11
533:21

**stairs**
300:19

**stake**
580:24

**Stalin**
33:21 35:18
39:16,21
40:2 55:17
87:7 99:23
101:6,24
107:15
109:13
110:17,18
114:6 119:8
121:11 169:6
176:24
177:19 178:8
250:16 258:4
468:20 469:5
485:2 517:7

**stand**
164:6 167:17
246:16 248:2
292:21
310:11 327:9
355:19 494:7
545:2

**standard**
166:23
312:14,17

**standards**
164:13

**standing**
49:12 310:9
355:14

**Stanford**
456:23

**Starr**
176:2 481:22

**start**
104:12,13,14
155:21
190:19 209:6
349:14
398:24
421:25
520:13

**started**
31:3 71:6
110:23
122:22
123:18 124:2
127:8,10
151:1 158:25
210:23
224:12,18
448:13
562:21
578:24

**starting**
68:16 108:24

**starts**
151:12,13,18
163:2 199:11
205:22
240:14
417:12
528:18

**state**
22:6 24:6
204:17,23
241:18
262:17
315:21
330:11 347:6
353:18
370:14
371:19
489:10,14
548:21

**stated**
36:3 190:16
378:24

**statement**
51:16,18
73:4 158:14
159:7 193:2

Alan Dershowitz
September 13, 2022

340:7 353:21
405:6 408:18
412:2,10
420:7 441:4,
7 444:19
479:15
495:18
509:14,16,18
516:15,21
517:5 525:3
527:5,7,8
588:6
**statements**
33:4 39:9
42:11 55:16,
22 212:2,5,
10 232:16,
21,22 255:24
258:10,25
260:23 266:6
276:11
286:21 291:7
305:21 431:4
445:2 448:10
477:21
516:15
517:15 536:9
**states**
29:17 53:21
91:8 126:12
229:23
326:25
357:18
370:13,25
371:18
388:11
418:24 436:9
456:7
469:15,24
470:4 474:18
476:5 553:19
**station**
418:22
419:21
**statue**
129:4 452:21
**status**
35:9 107:2

163:17
245:18
372:21
580:17
**statute**
126:16
346:24
347:10
406:19,24
453:5
**statutes**
347:5
**statutory**
125:21,23
126:21
340:3,20,23
346:17 347:8
353:19
**stay**
388:11
420:21
430:24
435:20
498:14
565:11
**Steinbaum**
174:13
**step**
467:3 573:18
**stepped**
573:16
**Steve**
427:3
**Stewart**
354:25
**stick**
248:17,19
390:12
446:21
**sticky**
429:16
**stimulate**
166:10 331:6
**stimulated**
108:5,16
**stimulating**
108:20

**stipulate**
94:16,20
95:13 195:16
210:21
**stokes**
464:20
**stolen**
530:4,16
531:14
**Stone**
504:5
**stood**
189:15
250:12
292:22
355:12
357:16
415:13
435:14
**stop**
162:6 171:9
196:13
202:25
219:25
228:14
386:22,25
430:4,5
457:9 476:25
496:22,25
501:19 559:2
**stopped**
288:17 495:8
496:19,20
**Store**
207:20
229:12
267:19
287:7,18,21
**stories**
108:13
190:25
200:24
**story**
49:6 86:2
116:24
202:17 282:9
308:9 324:15
371:16,24

477:13
586:13
**straight**
93:21 94:6
493:20
**strained**
523:7
**strange**
384:5,6
577:3
**strategy**
115:24
140:24 141:6
362:9
**straw**
259:9
**street**
25:3 40:23
42:16,20
43:6,12
68:3,15
69:7,10
73:15,16
74:4 82:9
83:2,10
120:5,13
175:3 411:14
421:24
422:11
424:18 425:2
433:9,13,16,
23 455:20
**strict**
140:2
**strike**
194:22
**strikes**
98:25
**striking**
250:3
**string**
138:15
186:17
233:14 243:8
484:12
502:24
505:17

Alan Dershowitz
September 13, 2022

strings
  279:8
strong
  111:12
  385:22,25
  386:2,5
  458:5 492:9
  494:6 580:12
stronger
  413:9
strongest
  228:14
strongly
  124:10
  127:22
  232:11 264:8
  384:15 476:2
  493:25
structured
  344:17
stuck
  242:3 248:18
student
  91:4,17
  121:9 225:9
  226:2,4
  250:11,24
  251:2,12,13
  370:18 558:6
students
  174:20 226:7
studies
  451:15,22
studio
  503:18
studiously
  541:2
stuff
  99:8 175:24
  236:7 258:16
  271:16 287:5
  456:20
  457:25
subject
  28:7 69:6
  78:20 89:22
  118:17

136:13 240:8
247:10
354:10
383:21,24
453:12
506:9,10,14
538:13
559:12
566:23 589:8
subjected
  249:15
subjects
  251:19
  305:10
submit
  197:16,17
  441:17
  568:14
submitted
  143:25
  359:13
subpoenaed
  31:25
subscribe
  148:19
subsequent
  494:16
subsequently
  294:24
  347:24
  400:13
Substack
  308:5
substance
  104:18
  586:22,23
substantively
  315:16 328:3
subtitle
  292:10,14,
  15,16,23
subtle
  40:17
successful
  556:24
successfully
  345:7 375:6

sucks
  82:6
sudden
  209:21
suddenly
  254:16
  454:24 524:7
  540:4
sue
  94:11 432:8,
  11 484:23
  515:23
sued
  51:11,12,14,
  17 92:4,6
  111:7 432:13
  468:14
suffered
  39:7,10
  105:20
suggest
  179:12 343:5
  395:14
  570:15
suggested
  71:3 472:9
suggesting
  124:14
  257:5,8,17,
  21 312:9
  343:4 401:2
  409:15
  431:7,12
  451:25
  457:10
  465:16
  469:10 542:6
suggestion
  41:20 138:4
  161:15
suggests
  144:20
suicide
  49:4
suing
  116:9
  272:15,22

274:22
432:20
507:20
suit
  541:13
suite
  23:23 50:20
Sullivan
  111:18
  112:2,8,10,
  14 115:18
  116:11
summarize
  487:5,20,22
summarized
  487:10
summarizes
  488:19
summary
  112:11
  300:20
  446:19
  487:15
summer
  73:23 206:3
  207:19,23
  255:14
  266:10
  267:20 289:6
  578:16
summers
  220:11
superior
  275:7
support
  23:22 24:5
  73:3 86:13,
  14,15,16
  99:13,14,15
  107:22 113:2
  122:9 123:23
  127:11 153:8
  208:8 219:14
  239:3 251:16
  265:14
  339:4,5
  469:11 562:9

Alan Dershowitz
September 13, 2022

581:4

**supported**
72:21 183:2
217:16
384:15 557:7

**supporter**
111:13
117:23 153:6
238:21 239:3

**supporting**
73:11

**supports**
341:2 461:20
469:8

**suppose**
372:14

**supposed**
68:5 231:8
309:6 374:14

**Supreme**
112:18
194:7,13
228:23
229:10,16,18
230:4 315:20
409:5 418:24
458:12,23
459:13,22

**sure**
26:8 30:21
37:21 39:3
40:15 64:10
74:22,24
78:20 82:23
85:22 87:13
88:14 91:20
93:21 94:24
96:6 121:24
138:11
154:16
156:21
160:16
168:11,13,15
172:11
173:18
175:18
176:7,10
188:23

203:11
204:12 213:2
242:9 244:18
251:22
276:18
279:17,24
340:21
342:17 369:4
386:15 388:3
394:17 398:3
408:12 410:7
425:18
428:15 430:7
444:16
453:21
470:25
478:6,18
479:11
480:22
484:16 490:2
513:25
521:13
533:13 540:3
550:3,6
551:15 556:4
566:10 573:5

**surprised**
244:10 262:7
304:3 310:8
328:13
474:15,19

**surprises**
348:24

**suspect**
271:22
275:24
276:12,15

**suspended**
287:3

**swear**
24:8

**sweating**
109:8

**sweeping**
438:4

**swinging**
163:6

**switch**
69:8 155:13
385:12
521:17

**switched**
141:5

**swore**
51:13

**sworn**
22:5 37:12

**symbol**
261:16

**sympathized**
586:20

**sympathy**
201:22

**system**
31:17 156:10

---

**T**

---

**T-SHIRT**
203:25 204:4

**tab**
430:17
433:25 434:2
436:17
439:3,7,20
507:8

**table**
218:17,18
231:14
382:23

**tabs**
425:14,15
436:16,18

**tactic**
132:11

**tactical**
377:24

**take**
23:5 55:14,
21 63:22
77:22 87:17
88:13 90:18
98:9,11
100:3 133:16

140:19
160:25
162:18 172:2
178:15
179:13
197:23
217:2,4
221:6,11
306:3 326:11
328:15
356:14
357:23 364:3
381:8 385:8,
11 391:20
394:25
423:12 426:4
447:23
448:18 467:3
469:14 487:7
488:16
518:15
519:18 526:9
528:10 536:2
550:11,13
551:25 562:7
576:15
584:10

**taken**
23:11 35:11
36:17 58:15
59:3 113:24
122:4 172:6
216:9 306:7
323:18
338:18 364:6
448:4 482:7
519:24
543:20
585:19

**takes**
54:13 55:5
56:8 161:4
219:13

**taking**
121:22 149:9
164:22
214:14
225:25 244:5

Alan Dershowitz
September 13, 2022

334:19
355:13
401:18
406:16
444:12 484:5
540:2
**talk**
36:8,12
40:18 78:6,
14,15,24
79:4 104:23
121:21
129:21 138:6
206:3 213:20
219:21,22
224:22
230:16 232:9
276:16
291:18
296:24
300:3,9
310:22
313:19
316:21
327:12,20
329:12,13
341:11 358:2
373:15
376:10
391:18
397:22 439:8
454:22
482:14
484:14 544:5
561:4 571:16
578:22
579:16
588:11,12
**talked**
36:11
177:11,17
185:24
224:20
276:13
294:24 295:2
296:19
311:21
368:12

375:17
383:3,8,9
387:16
393:14
507:4,8
569:5 579:15
582:3 586:6,
7
**talking**
57:2,4
127:13
133:16,19
140:10 162:6
185:15,25
196:13
213:15,21
219:25
235:19
238:9,18
247:20
248:24
259:16,17,
18,19,22,23
298:10
299:2,25
301:6,10
329:7,8
346:3 402:24
419:14 422:5
444:20 467:5
479:20
480:17
485:13
527:18
529:11
533:14,16
538:21
539:6,9
559:2
**talks**
101:13
259:24,25
328:2 454:25
**tape**
93:25 475:15
476:14 582:8
**tapes**
271:23 478:5

**tapir**
129:2
**targets**
128:15
**task**
181:20
**taught**
174:21
199:5,16
265:9
**tautology**
404:19
405:2,24
**tax**
544:5,16,20,
22 545:12
546:8,19
547:5 548:3
549:4,7,8,21
550:25
551:8,16
552:7 553:19
554:8,21
555:2,8,21
556:7,12,17
561:21 589:9
**taxable**
553:22
554:3,5,13
555:10,19
**taxes**
577:23
**teach**
251:17
385:10
**teacher**
108:22
**teachers**
250:13
251:17
**teaches**
333:23
**teaching**
334:22
448:14
**team**
95:19 312:3

324:19
336:17 362:8
466:24
574:22
**teapot**
200:8,22
**tears**
499:4,5
**tech**
471:9
**technical**
30:20 31:5
37:19 318:18
346:24
**technically**
37:22
**technique**
385:10
**Ted**
290:5,12
384:25
**telephone**
303:19
**television**
120:24
165:17 178:9
261:25
264:11,12
330:21
341:15
418:22 421:7
**tell**
37:12 43:16
51:14 59:22
84:24 97:20
105:11 131:7
132:13
160:12
190:24
202:19
244:21
252:19,23
254:20
287:14
302:23
317:14
348:19
353:5,7

Alan Dershowitz
September 13, 2022

364:23
375:15 379:7
386:13 395:9
408:6 410:2,
15 411:23
445:8,12
470:25
477:25 479:7
481:8 486:4,
8 487:8,14
490:20
499:11 509:7
510:11 531:6
552:22
585:10
**Teller**
208:16 210:9
211:23
212:12
214:3,10,18
216:19
217:8,13
220:8,12,24
221:24
222:18,19,24
258:9
259:20,22
260:7,18
289:10
**Teller's**
260:4
**Tellers**
258:16
**telling**
160:18
225:20 244:7
255:2 272:11
317:2 356:20
370:18 507:7
525:3 548:7,
24 575:13
**tells**
99:7 495:2
**tempest**
200:8,17,22
**tempted**
229:13

**tempting**
570:19
**ten**
334:11
349:11
357:20
474:12
494:21
**tend**
35:2 54:6
94:9
**tended**
284:11
**tenure**
333:24
**term**
37:19,20
184:25
270:17
353:17 445:7
465:10
**termed**
351:6
**terminate**
224:23
**terminated**
257:3
**terms**
65:7 116:10
228:14 250:3
325:24
326:16,17,
19,21 369:14
420:2 452:6
**terrible**
127:25
181:18 260:9
409:8
**Terrific**
503:3,15
504:25
**test**
159:4 241:24
323:18 354:2
**testified**
22:7 28:25
30:25 61:22

176:20
220:17
525:7,9
**testify**
28:22,23
29:4 79:16,
22 81:20
263:12 548:6
**testifying**
262:25
409:20
574:23
**testimony**
54:22 100:24
370:22
413:3,6
**Texas**
23:24 253:21
456:24
**text**
576:25
**texts**
31:6
**thank**
133:7 148:15
256:12 394:5
502:19
505:19
507:22 521:8
574:15 589:7
**thankfully**
34:11
**thanks**
192:6 410:24
493:7,23
505:23 519:6
534:9 575:3
**That'll**
519:18
**thee**
239:9
**Theise**
281:4,6,8
282:5,10,15
**theme**
135:25

**themes**
504:14
**then-sitting**
112:19
**theories**
165:19 463:6
**theory**
183:13
193:9,12,15
234:12,18,22
337:6 338:19
339:13
459:17
**there're**
46:14 117:13
473:14
**thereabouts**
30:4
**thesis**
246:23
388:23
**thick**
242:3
**Thiese**
282:23
**thin**
242:4
**thing**
43:13 54:7,9
65:20 73:6,9
88:15 104:6
119:11 134:8
135:18
151:11
152:22
158:18 176:3
181:2,4,12
182:10 199:4
211:4
219:19,24
223:6 225:23
247:23 248:7
264:11
265:10 270:7
276:19
284:11 287:5
311:18 319:3
324:24

326:13
331:6,20
368:10
395:4,18
396:4,12,22
404:16
405:4,18,19
406:2,9
410:13 420:4
421:6 424:4
425:16
460:17
474:22
481:17
488:14 500:8
518:24 526:7
543:2,3
549:12 553:7
**things**
37:14 40:16
41:8 46:10,
14 56:25
71:25 94:10
101:3 113:23
120:3 133:19
203:10
215:11
226:10 229:2
242:8 244:15
248:16 269:6
284:4
304:12,18,24
308:17
312:25
357:19
364:11
395:17
405:17
406:20 422:5
438:12
443:13
461:7,15
468:25
486:19
549:14 551:4
**think**
27:23 30:16,
19 32:24

33:24 37:4
38:6,20,23,
25 44:8
51:22,23
55:16 66:18
69:22 70:19
71:2 81:17
86:19,20
100:21,24
101:2,5,8
104:5
109:18,19
110:6
114:21,24
115:4,5,12,
22 117:15,16
120:25
123:10
127:24
135:23
139:19
140:3,19
144:5 146:10
156:10 159:4
160:19
161:22,25
164:16
167:22
173:2,3
177:20 178:2
192:14
194:21,23
197:25 198:2
200:15,17
203:9
212:15,17,23
222:6 227:18
231:16,19
236:4 242:10
244:18 257:3
258:14
270:16
271:5,6,10
272:11,12,25
274:8
276:24,25
279:18,19,
20,22 280:2
284:18

285:9,14,18
291:9 293:8
295:23
301:21 304:7
310:2 311:17
315:13,22,25
317:9 318:8
320:23
321:3,8
324:16
329:20
341:16
349:23
350:14,17,
18,20,23
357:9,10
358:10 366:7
368:7 369:2
370:11,15
372:2,18
376:16
385:15,18,
21,24,25
386:5,6
387:11
388:21
391:17
398:12 403:2
405:25 406:4
412:22
419:20
428:21,23
429:3,5
432:14 434:2
446:18
452:6,18
455:21
463:25 464:8
465:4,7,24,
25 466:16
467:22 475:6
476:17
477:4,7
478:9,25
479:11
484:13
485:18 487:9
488:14,18
489:12

490:5,12
493:2,11,15
498:24
499:23,24
500:2 505:20
509:2,3
510:12 518:3
521:4
525:12,21
526:4,6
530:9
547:23,24
551:6 561:14
562:6 563:22
565:8 566:4,
5,10 567:20
568:15
575:7,10
580:24 581:9
584:5,17
**think-**
160:13
**thinking**
128:13
507:19,23
534:7
**thinks**
114:10
271:18,19
390:21
423:10
517:10
**third**
73:22 149:20
151:16
165:12
166:16
198:10,11
217:23
313:17
338:3,7
450:5,15,17
453:24
469:21
471:11,25
501:16 516:5
517:8 580:7

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| **thirdhand** | **threat** | **tie** | 8,24 381:23 |
| 514:19 | 152:14 | 550:7 | 388:16 |
| **Thirteen** | **threatened** | **tied** | 408:15 |
| 430:16 | 384:16 | 140:6 | 411:20 |
| **Thomas** | **threatening** | **ties** | 412:3,7,13 |
| 57:2 231:24 | 123:25 | 208:3 | 413:4 416:17 |
| 240:4 247:8 | **three** | **till** | 426:25 |
| 266:2 | 39:22 88:22 | 252:24 | 437:10 440:5 |
| **thoroughly** | 101:7 135:23 | **time** | 445:4 447:9, |
| 193:18 | 137:3 139:17 | 26:24 28:10 | 25 448:3,6 |
| **thought** | 141:7 144:5 | 34:12,15,16 | 482:6,9,13 |
| 34:16 72:25 | 154:24 | 46:25 47:5 | 484:14 |
| 87:7 108:21 | 157:12 | 49:4 65:11 | 486:16,20 |
| 127:23 | 173:11 241:5 | 68:15 70:24 | 487:7 488:17 |
| 129:9,13 | 249:13 | 96:17 122:3, | 490:19 |
| 135:10 | 269:18 | 6 123:21 | 493:14 |
| 141:14 | 293:20 | 125:19 | 495:6,7 |
| 157:22 170:7 | 294:12,19 | 127:23 | 496:11 |
| 174:24 | 300:6,7 | 128:12 | 500:14 |
| 198:21 | 313:11,15 | 130:16,18,21 | 501:9,11,25 |
| 220:16 | 337:3 345:5 | 138:4 142:22 | 504:3 506:8, |
| 230:10 | 354:5 387:12 | 143:3 144:3, | 20 512:5 |
| 244:20 | 401:8 | 4 158:5 | 514:5 515:6 |
| 295:16 304:2 | 418:18,21 | 161:5,23 | 519:23 520:2 |
| 314:16 | 419:2,3,4,22 | 169:8 171:18 | 525:4 526:10 |
| 315:14 | 420:3 459:6 | 172:5,8 | 527:22 |
| 357:2,21 | 467:18 474:7 | 175:20 | 531:11 |
| 362:16 | 477:6 484:4 | 181:17 190:6 | 540:12 542:4 |
| 388:10,13 | 501:3,17 | 196:3,10 | 543:16,23 |
| 397:7,9 | 513:18 | 206:2 216:5, | 550:16 |
| 425:17 427:3 | 517:15 | 8,11 221:6, | 568:19 574:6 |
| 454:6 496:16 | 519:19 | 12 228:8 | 584:18,22 |
| 507:5 523:4 | 576:19 | 229:19 | 585:18,21 |
| 534:21 | **three-day** | 249:12 | 587:3 589:12 |
| 562:10 572:6 | 324:19 | 250:15 253:4 | **time-period** |
| 584:4 586:8, | **thrive** | 254:16 | 47:20,22 |
| 17,19 | 176:11 | 257:19 260:7 | **times** |
| **thoughtful** | **thrived** | 261:24 | 27:13 43:4 |
| 197:7 205:3 | 249:17 | 262:15 263:6 | 75:11 111:17 |
| **thoughts** | **throw** | 276:3,14 | 115:17 |
| 580:10 | 101:19 | 280:12,16 | 116:11 |
| **thousand** | **thrown** | 285:9,10 | 120:14 |
| 187:2 566:9 | 46:9 | 288:13,14 | 161:4,8 |
| **thousands** | **thrust** | 289:24 306:9 | 187:2 192:12 |
| 72:20 174:20 | 387:17 389:6 | 308:19 334:9 | 200:24 |
| **thread** | 402:13 | 357:23 | 203:4,18,20 |
| 208:15 | **Thursday** | 359:6,14 | 206:8 230:22 |
| | 27:24 206:7 | 362:6 364:5, | 231:17 232:7 |

Alan Dershowitz
September 13, 2022

248:22 249:5
270:21
285:14
313:23
332:12
387:12 401:9
411:13
415:16,20
424:19,25
429:12
431:24 432:3
455:20
463:22 465:9
501:17
**timestamped**
442:5
**timing**
260:25
**Tina**
442:4
**tiny**
367:9
**title**
90:15 93:7,8
136:9 293:9
453:12
**titled**
79:4
**today**
24:15 29:5
33:5 42:20,
21 43:5,6
72:11,16
127:24
327:18
330:15
427:14
483:8,14
504:20
543:14
560:23
**today's**
29:13 81:15
321:5 589:12
**told**
42:9 43:24
44:19 45:4,
10,11,12

68:23 151:25
181:16
205:12,25
223:5,15,17
228:12,20
230:2 258:3,
11 266:4,8,
10 276:13,15
284:23
314:10
356:8,12
363:12
374:17
376:25
478:22
479:12
494:24 495:8
499:2 509:5,
9 510:4
512:18
514:25
515:17 518:6
524:24
525:8,10,15,
18,19,20
526:13,14
540:15
542:25 543:3
571:13 586:7
**tolerate**
281:13
**Tom**
231:25
232:2,7
243:15,20
269:22
360:25 361:8
**tomorrow**
498:6 522:3
**tone**
104:17
**tonight**
503:18 504:2
**Tony**
141:21
143:11,16
**Toobin**
121:9 152:9

240:8 265:20
370:10
445:13
493:10,16
494:3,12,19
501:9 503:19
504:2 505:20
506:16
**tool**
235:17
**top**
91:7 103:23
104:9 134:13
135:9 170:25
187:24
213:12,23
216:14
233:14
244:25
250:24
251:11,13
339:9 424:4
483:24 520:7
524:6 541:7
**topic**
78:14,15
504:4
**topical**
143:22
**Torah**
129:2
**Toronto**
74:16
**torture**
99:3 107:21
305:11
**total**
222:3 339:2
501:19 545:5
546:20
547:15
550:19
552:9,10
553:21
554:3,13,24
555:19
556:15

**totally**
35:12 57:13
60:9,15
66:20 82:6
219:17
340:8,25
496:16 518:9
**touch**
503:5,16
**tour**
97:4
**trafficked**
47:11,12
**tragically**
102:21
**trajectory**
40:19
**transcend**
163:20
**transcript**
58:24
445:16,21
518:9 588:24
**transformed**
34:9,10
**transit**
477:16
478:5,7
**trashed**
105:19
**travel**
93:25 359:18
**treason**
125:8,14
126:5 313:25
328:19 330:7
347:12
379:17
**treated**
250:4 524:11
586:8,19
**Tremain**
24:14
**Tremaine**
23:17
**trends**
72:24

Alan Dershowitz
September 13, 2022

tri
  79:16
trial
  172:22
  199:12
  308:22
  324:21
  336:22,24
  337:10
  353:24,25
  354:6,7
  412:16  427:6
  435:14
  440:17
  441:16  443:4
  446:9,11,15
  453:17
tribe
  123:9  158:2,
  15  333:17
  339:11,20
  340:2  379:8,
  11  471:2
Tribe-led
  474:25
trick
  70:19
tricks
  435:18  436:6
troll
  100:15
trolls
  57:9  101:18
  422:6
troops
  387:25
  388:2,3
trouble
  68:25  88:4
  183:20  221:9
  240:24
  282:12,13
  323:10
true
  56:22  76:8
  82:12  107:5,
  10  119:11
  178:3  199:19

201:11
205:11
208:13
218:9,13
221:21
224:5,6
225:5,7
273:16
366:8,10,12
367:24  368:2
371:23
428:20,22
429:8  441:3
442:22  467:4
472:18
485:24
543:23
545:23
546:16  548:8
567:15
571:10
578:14
581:20
trump
  79:5,8  86:15
  99:14  123:10
  124:7  133:3
  134:6  135:22
  136:2,4,5
  137:5,14
  140:12
  145:6,16
  150:8  152:14
  153:6  158:4
  159:23
  162:20  163:7
  164:22
  165:16
  166:21  167:3
  172:21
  176:18  185:5
  189:22
  190:11  191:7
  192:6,8
  201:10
  206:17
  208:11
  217:9,18
  219:2  228:12

230:2,17,20
231:2  232:12
238:20  239:2
246:7  253:5
254:24
256:24  280:6
288:19
294:3,25
299:9  309:3
310:5  311:25
316:7,9,12
330:17,23
336:22
342:13,18
352:6  362:7
365:23
383:22
385:22
389:20,24
391:5  408:16
409:2  414:8
415:25
416:4,8,9
420:19  427:7
428:18
434:10,13
435:6  440:14
442:4,13,19
443:21  444:4
464:19  474:3
476:9  486:24
501:14
504:16
523:12,14,23
529:19
578:25
580:17  582:7
Trump's
  113:2  117:24
  122:11
  123:15
  127:12  159:9
  168:5  179:25
  192:25
  193:10
  206:20  208:3
  210:23
  224:19
  234:11,18

237:23  238:2
308:21
316:23  317:4
318:18
322:20
324:6,18
332:7  336:17
342:6  407:2
421:13
423:18  427:5
435:12
440:21  458:5
472:8  572:23
573:9  581:15
Trump/
political
  426:12,22
Trumpland
  523:3,7
trust
  95:18  490:25
  559:13  560:3
  561:3,11
Trustee
  560:5
truth
  37:13,14
  51:14  52:5
  108:12  120:9
  225:21  255:2
  513:5  514:8
truthful
  32:7,12
truthfully
  28:22,24
  29:2,5  548:7
try
  32:3  132:11
  202:24  276:7
  314:7  367:21
  368:5,9
  384:17
  482:15
  491:16,22
  496:22,24
  511:7  513:10
  515:3  565:10

trying
  70:18 84:4
  131:23
  160:15
  180:25
  183:12
  208:24,25
  210:5 241:2
  269:2 276:2
  279:18
  467:7,8
  486:14
  508:24
  509:2,3,19
  513:21,24
  580:16
Tucker
  581:25 582:2
Tuesday
  324:21
  325:16
tune
  477:19
Turley
  341:13
  343:11 344:4
turn
  35:25 59:14
  61:10 62:2,
  25 107:7,12
  112:23
  116:13
  143:21
  149:17
  181:24 182:2
  214:20
  236:10
  247:13
  326:24 389:3
  392:15
  426:17 440:2
  458:11
  461:24
  532:23
Turnbull
  503:4,16
turned
  34:2 44:2

65:13 208:4
  287:8,14
  363:16
  396:13
turning
  41:13
TV
  228:13 270:2
  286:24
tweet
  134:3 306:24
  413:23 417:3
  422:19
  424:10,11,
  13,14 425:3
  438:16 462:2
  480:16
  481:2,3,5,8,
  16 483:3,24
tweeted
  191:7
  480:20,22
  482:22
Tweeting
  480:13
tweets
  46:11 56:24
  133:2 134:19
  136:19 202:3
  307:6 411:17
  413:19
  424:15
  479:18,22
  480:2,7,25
  481:6,18
  482:19,21
  484:13
twenty
  264:23
Twenty-nine
  366:19
  367:12,13
twice
  231:6 405:23
  406:6 490:16
Twitter
  46:13
  306:14,16,19

307:9,17,21
  308:5,10
  422:8 481:13
  483:7
two
  29:18 31:8
  32:3 88:22
  107:7,12
  126:9 128:4
  133:21 144:5
  154:25
  197:24,25
  231:17 241:5
  259:17
  278:23 290:8
  291:16
  293:17 308:4
  317:9 325:16
  326:4 337:2
  340:9 345:5
  354:23
  364:10
  382:15,18
  386:12
  392:10
  393:5,13
  396:18
  416:21
  417:25
  420:14
  436:16,18
  459:5,19
  466:4 474:7
  484:3 490:4,
  25 494:10
  501:17
  513:12,14
  515:15,19,
  20,21 519:18
  542:23 562:3
  575:6,25
  576:18
  581:23 582:4
Ty
  193:11
type
  175:20
  189:13 385:2

typical
  356:16
typing
  359:21
typo
  534:25
typos
  582:24
tyrants
  567:7
Tyson
  190:2 328:25

_____

U

U.s
  458:13
U.S.
  23:14,21
  24:5 83:3,9
  368:25 551:8
  556:12 567:8
Ugliest
  322:20
  324:6,8
Ukraine
  379:20,22
  390:6 407:3
  434:16
ultimate
  570:20
ultimately
  47:16 136:25
  567:24
  571:18
unbelievable
  283:10
uncanceled
  74:23 75:3
unconscionabl
e
  559:24
unconstitutio
nal
  125:5 294:4
  383:19,21
  406:15,17

Alan Dershowitz
September 13, 2022

unconstitutio
nality
    409:9
unconstitutio
nally
    408:14
unconventiona
l
    439:18
    440:13
    441:15
undercut
    274:9
undercuts
    340:8
underdog
    581:4
understand
    28:17 33:10
    36:7 78:3
    87:2 106:4
    124:13,17
    134:15 140:9
    141:24
    142:2,11,23,
    25 152:16,17
    170:11 175:7
    179:11
    183:12
    185:24
    211:8,10
    218:8 239:7
    242:9 280:17
    340:10 341:6
    354:3 374:14
    381:15
    457:15
    493:24
    534:14
    589:10
Understandabl
e
    349:3,5
understandabl
y
    534:11,18
understanding
    37:25 395:15

494:6 534:10
538:20
586:12
understood
    404:7,11
    568:8
unfair
    562:4
unfairly
    586:8,19
unfettered
    464:20
Union
    110:20
    239:13
    388:12
unique
    450:13
United
    29:17 53:21
    91:8 126:12
    326:24
    357:18
    370:13,25
    371:18
    388:11
    418:24 436:9
    456:7
    469:15,24
    470:3 474:18
    476:5 553:18
universes
    542:24
University
    451:16,22
    454:4 456:24
    459:7
unlawful
    387:6,7,11
    390:21
    393:10 395:5
    396:10,23
    397:5,21
    400:9 402:15
    403:4
    404:17,24
    405:3,14,22
    406:6,11,22

407:4,8,15
unlike
    581:14
unlimited
    435:17
unnecessary
    171:19
unpopular
    45:24 169:2
unsuspended
    287:4
unthinkable
    47:24
untrue
    218:10
    576:19
unusual
    177:21
    320:15
    526:20
updated
    136:7
upended
    106:5
Upper
    216:16
    462:23
upset
    96:18 176:4,
    12
Upside
    459:11
urged
    229:17
    515:24
URL
    234:23,25
usual
    164:12 302:3
utter
    196:2
utterly
    577:3

V

Valerie
    502:3
Vance
    462:12
vapid
    220:2
variations
    135:24
variety
    457:4
various
    62:7 107:23
    125:18
    270:23
    548:22
vast
    165:16 337:7
    353:14
Veback
    439:6
Vebeck
    436:22
veer
    36:10
Veered
    36:6
velvet
    311:3
venture
    438:14
venues
    62:7
Verdict
    165:4,10,12
verify
    94:22
version
    88:21 89:5
    296:6 302:10
    449:24
versus
    23:13 26:16
    27:8 50:4,
    11,14,21

Alan Dershowitz
September 13, 2022

51:3,5
58:15,19
61:3,6
62:16,21
111:17
115:18
116:4,6,11
159:2 565:4
**victim**
181:16 523:9
**victims**
198:20 247:6
**victory**
440:25
**video**
23:4 226:14
227:3 263:9
264:16,19
397:11,14
508:16,23
510:6 582:7
**video-**
**recorded**
23:10
**videographer**
23:2,21
122:2,5
172:4,7
216:7,10
306:5,8
364:4,7
448:2,5
464:10,14
482:5,8
519:22,25
585:17,20
589:11
**videotape**
369:17
**view**
33:18 48:19,
23 72:10
82:21 128:12
160:10
199:22
204:18,24
210:22
229:24 322:8

331:8,10
341:2 355:18
379:15
409:10
415:13
424:17,20
461:21 466:9
473:6 527:14
530:6,12
542:11
**viewed**
316:10
**viewers**
484:6 494:6
508:19
516:11
537:13
538:11
**views**
35:13,14
72:16 106:22
107:24 109:6
128:18,19
153:9 199:23
219:18 244:2
257:24
260:10
331:11,14
334:16
493:18
**vilification**
247:11
**Vineyard**
149:24 150:5
163:23
165:25
198:21,23
199:5,16
200:9,16,18
201:2,9
203:7 206:8
207:3,6,21
208:9 209:19
211:13,24
218:22
219:8,24
221:15
223:22

236:14
243:23
244:13 245:9
246:3 247:2,
5,8,9,12,19,
22 252:3
259:5 281:10
301:25
**violate**
127:4 453:4
**violates**
237:24 238:3
**violating**
116:10
**violation**
125:12
452:20
**violations**
344:22
**viral**
468:8
**Virginia**
47:2,6 52:8
53:8 59:25
61:24 63:13
65:6 67:15
74:7 78:24
96:19 97:16
**Virginia's**
451:16,23
**virtually**
338:14
478:25
**virulent**
39:22 217:13
250:14
**visited**
47:19,21
**visitors**
97:4
**vitiated**
218:15
**voc-**
207:25
**vocal**
207:25

**voice**
499:6
**volumes**
319:7,14
**voluminous**
425:16
**volunteer**
383:13
**volunteered**
558:15
**von**
190:2
**vote**
122:24
123:23 327:3
392:24
475:18
**voted**
321:2 349:16
388:4
**voter**
467:23
**voting**
336:22
**Vox**
435:3

---

**W**

**wait**
73:24 88:24
104:3,5
154:10
160:11 171:9
184:18
188:21 198:8
199:7 205:14
213:6 215:3
228:9 233:25
238:2 240:21
243:17 311:4
333:11 338:7
373:20 375:8
398:8 399:6
414:16,24
416:6 417:5
418:7,17

426:13  428:3
429:25
436:21
439:19
458:15,25
460:7  462:18
466:7  503:6
508:11
515:13  516:2
532:6  582:21
585:6,8
**waiting**
311:2
**waive**
316:12
**walk**
190:18
421:24
519:16
**walked**
422:11
**walking**
40:22  41:2,5
43:11
**Wall**
83:2,10
120:5,13
411:14
424:18  425:2
433:9,13,16,
23  455:20
**Walter**
209:15
216:19
220:7,12
258:8  260:17
**Walton**
329:5
**wandered**
314:4
**want**
36:8  37:21
61:13  68:24
72:15  85:19,
22  88:12
104:13,23
109:4,6,7,
18,19,20

110:25
116:13
118:20
124:20,23
130:10,17
131:21,24
132:12
141:10  155:3
156:17
161:16,19,
20,25  175:17
176:3  181:17
182:19
197:23
204:25
211:14  216:2
238:23
245:22
246:19  247:4
255:7  263:3
269:20  283:3
284:8  285:7
297:25  298:7
307:24
308:12
310:18
311:8,9,12,
16  326:23
327:20
329:12,13,
15,16,25
330:3,22
334:15
339:24
356:14
364:10
367:11
374:20  375:7
380:11  384:4
390:9,10
404:24
428:15  445:3
447:23,24
450:2  452:19
453:3  477:17
490:10  494:4
518:2,9,16,
21,22  520:12
522:4  529:25

530:7,14
531:12  535:8
541:8,20
552:3  554:7
566:11
571:14
573:9,10
584:24  585:2
587:10,14,18
**wanted**
41:23  93:20,
21  94:5
118:19,20,24
142:12
170:18
214:19
238:17
240:12
244:9,17
246:9,11,24
252:14
281:19
284:10,16,24
286:14
323:20  327:4
357:4  362:10
373:13
390:12
394:24
409:17
447:14  476:2
489:17
490:13
495:9,13,21
496:10  499:7
578:6
**warn**
241:16
**warned**
31:25  228:22
**warrant**
107:21
**Washington**
191:5,10
336:5  436:15
439:13,22
441:23
477:16

**waste**
130:16
175:19  196:3
**wasting**
484:14
**watch**
226:14  227:2
235:11  456:6
477:2  542:22
**watched**
100:20  263:4
421:7  456:5
461:10
**Watergate**
415:12
417:18
**Waters**
195:7,11
**wave**
202:9
**way**
38:21  42:7
43:17  49:11
52:3,23
57:7,10,14
61:25  62:9
66:3  87:6
142:17
160:22
173:11  175:9
179:13
212:25
217:15
219:13
223:8,12
224:10  250:4
259:24
265:14
278:16
308:15  318:8
320:10,23
339:24
353:13
354:13
355:24  363:5
364:17,18
369:13  370:6
379:15

Alan Dershowitz
September 13, 2022

385:10  388:2
391:22
392:23  395:6
396:24
404:5,18
405:21,22
423:8  471:16
472:24
473:16  479:2
480:23,24
489:13,24
507:12
530:7,15
531:13
541:15
544:14  545:2
564:16
573:11
574:10  579:9
580:25
ways
  40:17  42:5
  106:22
  144:17  250:2
  274:20
  278:19  409:3
wear
  77:21
wearing
  203:25
  323:11
  541:14  550:7
weather
  199:18
Weber
  375:18
wedding
  269:7,10
Wednesday
  27:24  290:18
  437:17  438:4
  440:22  478:9
Wednesday's
  435:13
week
  27:23  84:14
  134:9  192:24
  232:7  289:8

345:19
weekend
  253:16
weekend's
  91:21
weeks
  99:3  102:24
  144:5  527:18
weigh
  467:24
weight
  474:4
Weiner
  179:16
weird
  215:13  518:7
Weisenthal
  75:4,8
well-defined
  451:2
well-focused
  140:5
Wendy
  588:4
went
  75:12,20
  102:17
  173:2,3
  234:21
  249:16
  310:20,23
  326:18
  330:20
  358:20
  367:16  375:8
  389:21
  409:15,21
  431:7,11
  467:20  468:8
  473:23  478:4
  490:15,22
  496:2  540:15
  571:22,23
  588:16,17
Western
  77:8

WFLA
  418:2
whatsoever
  143:6  474:4
When's
  501:24
whichever
  31:22  175:9
whispering
  23:9  570:25
  571:7
White
  53:24  193:10
  218:19  219:2
  265:3  325:14
  344:16
  368:23
  386:17
who'll
  473:25
widely
  39:13  221:8,
  14  270:7,12,
  18  338:19
widely-
watched
  121:10
widespread
  411:5
widow
  102:23
Wiesenthal
  74:16
wife
  34:16  40:25
  41:4  42:14
  45:10  70:24
  71:2  85:2
  99:7  118:11
  187:15
  206:23
  219:22,23
  220:15,19,23
  231:16
  232:3,4
  259:3,11,22,
  24,25  260:3,

4,20  263:20
269:13
281:11
283:23,25
285:6  291:23
306:18
307:19  308:4
310:17
311:5,12
314:10  375:6
377:15,18
478:17,19
481:4  509:4,
6,21,23
510:13,16,21
512:16  557:9
568:15
571:6,12
576:24  577:2
580:3  586:7
588:3,9,11
wife's
  88:2  220:23
  265:7
willful
  112:15
willfully
  35:23  391:2
  406:8  484:8
  517:16
win
  440:24
  446:19
  476:17
wisdom
  338:20
withdraw
  48:22  432:3
  573:19
withdrawn
  79:23,24
  81:20
withdrew
  431:25
withheld
  316:15,19
withhold
  316:20

Alan Dershowitz
September 13, 2022

403:11
466:25
**withholding**
407:3
**witness**
24:9,20 25:3
32:10 38:15
45:9 49:24
52:13 54:21
55:12 56:13
58:6,17
70:2,4 76:7,
12 78:2
80:16,19
83:13 85:8,
11,17 87:16,
24 88:10
90:11 102:7,
11 110:2
112:6 115:21
121:24
127:18
131:10,21
132:12,18
133:9,14,18,
22 138:3,11
141:19
145:18,21
146:3,7,12,
16,21,24
147:4,15
148:16 149:3
153:23 160:2
161:14,21
162:8,12,16
164:24
171:6,10,17
172:13,16
177:6,10,14,
25 178:20,24
179:5 181:5
191:13,15
195:15,21
196:2,8,15
201:11,16,18
207:10
213:5,18
215:17,24

216:4
226:17,21
227:4 233:7
256:8,12
263:12
272:20
274:18
278:10 279:3
282:6,11,18
286:6,9,13
295:20,23
296:3 301:21
302:16,20
303:3,11
322:23
323:5,14,23
324:4
332:15,22
335:14 336:2
341:18,23
342:5,6,16,
21,25
343:17,25
344:4 351:8
360:24 361:2
367:2,6,10,
15 371:9
372:15,18
394:3,9,13,
17 395:21,23
411:20
412:5,12,17,
22 413:7,12,
15 425:10
445:20,24
446:5,8,12,
18,24 448:25
449:5 458:17
460:22
462:21 463:2
464:13
477:24
481:20,24
482:12,16,
20,23
491:10,19
492:5
497:11,20
501:24

502:4,9,15,
18,21 507:21
518:18
519:5,11,15
535:15,17,
20,25 538:2,
5 544:9,18
546:7,11,16
549:11,18,22
550:5 551:3,
11,15,19,23
552:3,22
553:11,15,25
554:5,12,15,
18 555:11,
16,22,24
556:4,16
558:22
559:4,8
566:17
569:23
572:18
574:3,6,9,15
576:6
577:13,22
578:3
584:12,21
585:4 587:11
**witness's**
395:20
**witnesses**
336:21
468:24
**wives**
187:18
**woah**
449:12,13
533:5
**Wolf**
412:18
445:13
490:22,24
492:17
493:12
494:18
506:15 528:7
537:7,8

**woman**
60:16 73:3
74:6 119:2
173:22
263:25 271:3
294:10
300:10,14,16
317:15
371:21
497:10
515:16
525:15 588:4
**woman's**
317:15
**women**
60:10 251:3,
6,8 259:4
288:16 588:8
**won**
317:17 529:6
530:3
**wonder**
551:5
**wondered**
67:21 540:24
**wonderful**
128:25
**wondering**
134:21
353:10
394:15 492:4
543:13
**word**
44:12 46:7
98:11 99:24
217:2,4
253:25 254:2
259:9
266:20,23
363:8 387:9,
11 396:3
402:10
405:23
406:6,7
**words**
46:8 133:17
218:6 267:5,
8 328:15

Alan Dershowitz
September 13, 2022

342:5 396:10
397:19
406:12
438:13
488:20
490:12
499:24 500:3
508:15,17
525:21
526:4,24
532:24
541:22,24
**work**
138:5
144:12,13
224:14 249:6
252:5 316:5
359:19
363:4,6
377:20 381:6
508:25
556:22,23
**worked**
89:6 111:16
509:22
**working**
40:25 362:7
449:25 525:4
**works**
333:20 410:4
**world**
158:19,20
159:6
170:15,17
178:13 245:9
281:17
427:25
428:14 483:7
485:8 565:23
581:14
**worried**
581:17
**worry**
520:24
521:24
**worse**
41:11 485:9
586:10

**worse.'**
365:23
**worst**
65:20 230:11
235:18 420:2
442:3,14
**worth**
187:8 246:22
292:11,20
484:14 567:9
**would-be**
567:7
**wow**
133:8 394:3
420:17
**wrapped**
324:19
**Wright**
23:17 24:14
**write**
32:7 69:24
82:8 86:11
93:18,19
120:3 123:19
136:25 144:3
215:5 244:8
250:23
276:16
308:11,16
356:20
357:23 363:7
384:18 470:8
520:14
543:16
**writer**
160:23
**writing**
57:24 66:17
71:20 104:2,
19 122:16
158:25
335:15
403:20
557:15
560:17
578:15,23,24
**written**
32:21 108:3

136:13,21
195:22
228:20
229:25
238:15 253:2
310:3 322:21
332:9 344:3
361:4 363:9
402:9 441:17
450:9 476:7
510:7 512:20
531:4,7
577:2
**wrong**
42:2 48:3,4,
21 89:4
128:22
156:12,15,25
167:13 183:8
185:8 211:8,
10 265:18
273:19 278:9
328:8 331:2,
8,11,14
348:25
392:21
421:3,4,22
422:22
428:25 432:7
460:17
473:13 475:5
505:8 521:5
529:2 533:18
545:13
547:20
548:15,17
564:10
579:10
**wrongdoing**
517:13
**wronger**
332:16
333:18
**wrongly**
347:14
**wrongs**
416:21

**wrote**
36:3 74:12
75:2 105:14
106:14 120:4
127:19
135:23 137:2
193:20
196:20
215:16
246:20 285:4
288:10,23
304:13
330:19 432:6
439:2 476:4
484:18
485:12 512:8
514:2 520:23
529:5
558:14,22
560:11

---

**Y**

---

**Yale**
250:24
251:14
**yeah**
27:4,10
28:10,11
30:22 31:6
33:10 38:2
50:20 51:7
59:2,6,15,17
60:6,14
61:15 62:10,
12,18 63:5,
11 64:16,20,
25 66:23
68:9 73:19,
24 76:2,13,
19 77:4,5,9
78:10 79:7,8
80:20 81:4,
23 82:12
84:3,16
86:25 88:17
90:24 91:24
93:2 94:21,

Alan Dershowitz
September 13, 2022

| | | | |
|---|---|---|---|
| 23 95:13 | 206:15,19 | 339:10 | 486:3,7 |
| 98:2 100:14 | 207:22 | 341:10 342:2 | 488:4,7 |
| 101:9 102:3 | 208:13 | 344:8 345:4 | 489:11 |
| 103:14 | 209:9,10,16, | 348:18 | 492:16 493:5 |
| 104:8,25 | 22 210:14 | 352:2,14 | 496:5,8,13 |
| 105:3,7,15, | 214:17,24 | 354:17,21 | 497:11,12,25 |
| 22,25 106:13 | 216:17,21 | 361:3 | 503:13 506:4 |
| 107:6 108:12 | 218:2 219:6, | 364:14,15,16 | 508:6 514:9 |
| 113:11,15,20 | 10 221:21 | 365:13 | 516:6,12,13 |
| 116:20,22 | 227:14 | 366:9,23 | 519:5,11 |
| 117:7 | 228:9,16 | 367:2 374:7, | 520:17,21 |
| 118:12,18 | 233:16 | 11 377:11 | 521:20 |
| 121:20 | 234:3,6,9 | 391:12,25 | 522:10,23 |
| 124:11 | 235:2,8,14 | 394:23 | 523:4 524:3 |
| 138:11,18,20 | 236:2,18,22 | 395:3,8 | 528:15 |
| 139:4,23 | 237:3,5,7, | 397:25 | 529:15,17 |
| 141:4 144:22 | 20,21 240:2, | 398:4,23 | 531:21 532:2 |
| 146:5,24 | 3,6,11,16 | 399:8 400:13 | 533:2,8,23 |
| 149:3,15,19 | 241:2,8,15 | 410:24,25 | 534:4 535:15 |
| 150:18,24 | 243:5,10,13, | 411:2 414:21 | 536:13,24 |
| 151:15,20,24 | 20 244:4 | 415:8 416:8 | 537:3,6,17 |
| 155:5,9,11, | 245:2,5,7, | 417:14,23 | 538:15,18 |
| 17,23 156:3, | 12,24 | 418:7 421:3 | 539:3 540:7, |
| 6,12,15 | 246:11,12 | 422:17 424:6 | 13 543:12,21 |
| 157:2,10,21 | 249:3 254:14 | 425:3,15 | 547:13,16 |
| 162:8,21 | 256:8 258:5 | 429:14,23 | 549:11,18 |
| 163:4 164:5 | 277:23 278:4 | 434:20 | 550:5,17,21 |
| 166:4 169:10 | 279:13 | 437:8,10,12 | 554:6 556:24 |
| 171:10 | 280:23 | 438:18 | 557:23 |
| 172:16 | 282:14 | 440:9,19 | 560:18 |
| 174:10,15 | 283:13,21 | 441:20 442:9 | 561:12,19 |
| 177:10 | 284:20 | 443:11 444:3 | 562:11 563:4 |
| 178:25 | 285:18 286:9 | 449:15 | 567:14 568:3 |
| 182:3,8 | 288:25 | 450:4,17 | 569:9,23 |
| 183:16,24 | 290:16,21 | 453:10,15 | 570:10 |
| 184:13 | 291:20 292:8 | 458:22 | 571:10 |
| 186:10,19 | 293:16 294:5 | 460:18 | 573:20 574:9 |
| 187:23 | 295:24 296:8 | 464:5,7,22 | 575:4,23 |
| 188:13 | 297:2 298:17 | 465:3,23 | 577:13 |
| 189:8,18 | 299:4 | 466:2,7 | 578:11 579:5 |
| 191:15 | 302:19,21 | 469:13 | 581:20 583:5 |
| 192:3,13,17, | 303:12,25 | 471:14 | 588:2 |
| 20,23 193:23 | 307:5 308:13 | 472:2,5,10 | **year** |
| 195:10 | 314:24 318:2 | 473:11 | 68:14 74:5 |
| 196:17,22 | 322:3 324:22 | 474:11 | 76:24 |
| 198:3 | 325:8 | 481:20 | 139:15,18 |
| 201:11,18 | 327:14,16, | 482:24 | 150:6,22 |
| 202:14 | 19,22 335:11 | 483:5,22 | 151:10,12,13 |
| 205:6,8,21 | 338:2,9,16 | 484:2,11,22 | 206:3 254:15 |

Alan Dershowitz
September 13, 2022

285:3 291:25
355:6 360:2,
14 491:18,24
539:14,15
540:22
544:23
552:11 553:3
554:15
557:18
**years**
31:4 34:13
47:11 60:18
65:23
102:16,25
108:23
150:15
154:23,25
175:13
182:23
207:16
217:17
222:25
231:19,20
237:15
249:13 260:9
293:21
334:11,22
357:20
461:19 529:6
537:10
548:23 551:6
**yesterday**
29:25 94:15
197:21 198:2
279:19
**yesterday's**
238:7
**York**
22:6 23:19
111:17
115:17
116:10
120:14 150:5
161:3,8
200:24
203:4,18,20
303:15
309:10

332:12
411:13
415:16,19
424:19,25
429:12
455:19
463:22 465:9
477:14,15
478:10
**Yorker**
85:7 86:18
89:8 297:10
301:23 303:8
304:19
560:19
**young**
248:10
371:21
475:17
**younger**
580:4
**Youtube**
413:2,4
**yup**
58:17 145:10
256:18
279:11 325:3
355:3 360:24
397:2 418:4
435:10
436:18
439:4,16
497:20 505:3
546:7,22
550:12

--- Z ---

**zealot**
217:14
**Zengers**
170:15
**Zionist**
179:22
**Zoom**
88:3 102:23

**Zucker**
509:8,16
510:24
541:8,12
**Zucker's**
509:4,6,21,
23 510:13,
16,20 512:16
**Zweibel**
172:24
569:4,19,25