UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL/HUNT

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

## **FINAL JUDGMENT**

**THIS CAUSE** is before the Court following entry of the Order granting Defendant's Motion for Summary Judgment (DE [290]). The Court enters this separate final judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant Cable News Network, Inc., and against Plaintiff Alan Dershowitz. Plaintiff shall take nothing by this action.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of April 2023.

                                                                                         RAAG SINGHAL
                                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF