UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-AHS

ALAN DERSHOWITZ

       Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

       Defendant.

_____/

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4, notice is hereby given that Plaintiff Alan Dershowitz appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment (ECF No. 291) in this action and from the Order (ECF No. 290) of this Court entered on April 4, 2023, granting Defendant Cable News Network, Inc.'s motion for summary judgment.

Respectfully submitted,

*/s/ Mark A. Schweikert*
Mark A. Schweiker (FNN 70555)
SCHWEIKERT LAW PLLC
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel. (305) 999-1906
mark@schweikertlaw.com

John B. Williams (*pro hac vice*)
WILLIAMS LOPATTO PLLC
1629 K Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 296-1665
jbwilliams@williamslopatto.com
fnkitton@williamslopatto.com

Neil H. Koslowe (*pro hac vice*)

POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, N.W., Suite 700
Washington D.C. 20004
Tel: (202) 320-8907
nkoslowe@potomaclaw.com

*Counsel for Plaintiff Alan Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 13, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

/s/ Mark A. Schweikert
