UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61872-AHS

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

### CABLE NEWS NETWORK, INC.'S MEMORANDUM IN SUPPORT OF BILL OF COSTS

Pursuant to Local Rule 7.3(c) and Federal Rule of Civil Procedure 54(d)(1), Defendant, CABLE NEWS NETWORK, INC. ("CNN"), hereby files this Memorandum in Support of its contemporaneously filed Bill of Costs and attached supporting documentation. CNN states the following in support of its entitlement to recover the costs set forth on its Bill of Costs.

    **A.**    **Background**

On April 4, 2023, this Court entered final judgment in favor of CNN. ECF No. 291. Thus, CNN is the "prevailing party" with respect to the litigation instituted by Plaintiff, ALAN DERSHOWITZ ("Plaintiff"). As such, CNN is entitled to certain costs under 28 U.S.C. § 1920. CNN files this Memorandum supporting its Bill of Costs in compliance with Local Rule 7.3(c)'s requirement that it do so.

    **B.**    **CNN Is Entitled to Taxable Costs**

Federal Rule of Civil Procedure 54(d)(1) directs that "costs . . . should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1). This rule "creates a presumption in favor of awarding costs to a prevailing party." *Matthews v. State Farm Fire & Cas. Co.*, 500 F. App'x 836, 842 (11th

Cir. 2012). To overcome that presumption, "the losing party must demonstrate that there is some fault, misconduct, default or action worthy of penalty on the part of the prevailing party." *Snipes v. Volusia Cnty.*, 2016 WL 4203857, at *1 (M.D. Fla. July 7, 2016) (citation omitted), *report and recommendation adopted*, 2016 WL 4162746 (M.D. Fla. Aug. 4, 2016). "[W]hen challenging whether costs are properly taxable, the burden lies with the losing party." *S & S Packing, Inc. v. Spring Lake Ratite Ranch, Inc.*, 2016 WL 7733982, at *4 (M.D. Fla. Oct. 28, 2016) (citation omitted), *report and recommendation adopted*, 2017 WL 111593 (M.D. Fla. Jan. 11, 2017). "To defeat the presumption and deny full costs, a district court must have and state a sound basis for doing so." *Chapman v. AI Transp.*, 229 F.3d 1012, 1039 (11th Cir. 2000).

There is no dispute that CNN is the prevailing party in this action on all claims. *See* ECF Nos. 290, 291. Thus, CNN is entitled to recover its costs incurred in defending against this action. CNN has filed its Bill of Costs, which includes an itemized summary of the costs it seeks to recover, follows the form AO 133 format, and attaches supporting documentation, as required by Local Rule 7.3(c). Awardable costs are those enumerated in 28 U.S.C. § 1920, which include, *inter alia*, fees for the clerk of court, service of subpoenas, transcripts, witnesses, and photocopying. Specifically, CNN seeks to recover the following costs, which are awardable as confirmed in the case law cited below:

- *Pro hac vice* filing fees. *See Hamilton v. Sikorsky Aircraft Corp.*, 2019 WL 8641131, at *1 (S.D. Fla. Mar. 21, 2019); *Mardegan v. Mylan, Inc.*, 2012 WL 12850765, at *2 (S.D. Fla. Apr. 20, 2012), *report and recommendation adopted*, 2012 WL 12850766 (S.D. Fla. May 15, 2012).

- Fees for the service of subpoenas via private process server.[1] *See U.S. E.E.O.C. v. W&O, Inc.*, 213 F.3d 600, 624 (11th Cir. 2000).

- Fees for court hearing transcripts, and deposition transcripts, videos, court reporter attendance, and expedited delivery.[2] *See Zendejas v. Redman*, 2018 WL 5808706, at *4 (S.D. Fla. Nov. 6, 2018).

- Statutory witness fees. *See Zendejas*, 2018 WL 5808706, at *3.

- Copying costs for deposition exhibits. *See R.M. v. Miami-Dade Cnty.*, 2022 WL 2669489, at *3 (S.D. Fla. June 20, 2022), *report and recommendation adopted*, 2022 WL 2666887 (S.D. Fla. July 11, 2022).

In addition, the costs set forth in CNN's Bill of Costs should bear interest from the date of the final judgment, through the date of payment. *See BankAtlantic v. Blythe Eastman Paine Webber, Inc.*, 12 F.3d 1045, 1052 (11th Cir. 1994) ("Supreme Court and this circuit's precedent is clear: 'When a district court taxes costs against a losing party, the award of costs bears interest from the date of the original judgment.'").

Based on the foregoing, CNN respectfully requests that this Court enter an order awarding CNN recovery from Plaintiff in the total amount identified in its Bill of Costs, plus interest.

---

[1] CNN only seeks to recover $65 for each subpoena served personally and $8 for each subpoena served by mail pursuant to 28 C.F.R. § 0.114(a)(2)–(3), even though CNN's actual costs exceeded those amounts.

[2] During counsel's meet-and-confer, Plaintiff's counsel asserted that the cancellation fee for Plaintiff's deposition is not recoverable, even though Plaintiff himself caused the last-minute cancellation just days before the scheduled deposition. *See* ECF No. 192, at 4–5. Under these circumstances, Plaintiff should bear the cost of his cancellation. *See Nicholas v. Allianceone Receivables, Mgmt., Inc.*, 2011 WL 13175103, at *5 (S.D. Fla. May 13, 2011), *aff'd*, 450 F. App'x 887 (11th Cir. 2012).

## LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3) and Local Rule 7.3(c), I certify that counsel for CNN has made a good faith effort to confer with counsel for Plaintiff regarding the relief sought herein, and the parties did so confer via email and telephone. The parties were unable to reach agreement on the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 4th day of May 2023 to Mark Schweickert, Esq., mark@schweikertlaw.com, Schweickert Law, 1111 Brickell Avenue, Suite 1550, Miami, Florida 33131, and John B. Williams, Esq., jbwilliams@williamslopatto.com, Williams Lopatto PLLC, 1629 K Street, NW, Suite 300, Washington, DC 20006, *Counsel for Plaintiff*.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s/ Eric C. Edison, Esq.
      George S. LeMieux, Esq.
      Florida Bar No. 16403
      Email: glemieux@gunster.com
      Eric C. Edison, Esq.
      Florida Bar No. 010379
      Email: eedison@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger, Esq.
(*pro hac vice admitted*)
Email: katebolger@dwt.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230

*Counsel for Defendant Cable News Network, Inc.*