### Discovery Hearing Transcript (ECF No. 297-1 at 46)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Daily | $1,210.00 | $1,210.00 | N/A |
| Total | **$1,210.00** | **$1,210.00** | |

### Transcript of Deposition of Elon Dershowitz (ECF No. 297-1 at 12-13)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Appearance Fee | $75.00 | $0.00 | 1 |
| RemoteDepo | $295.00 | $0.00 | 3 |
| Original Transcript | $852.50 | $852.50 | N/A |
| Exhibit | $176.80 | $0.00 | 4, 6, 7 |
| Shipping | $25.00 | $0.00 | 6, 7 |
| Litigation Tech., Support, and Security Mgmt. | $55.00 | $0.00 | 6 |
| Transcript Handling & Processing | $65.00 | $0.00 | 6 |
| Video Pages | $122.55 | $0.00 | 5 |
| Condensed Transcript | $30.00 | $0.00 | 2, 4, 7 |
| Total | **$1,696.85** | **$852.50** | |

### Video of Deposition of Elon Dershowitz (ECF No. 297-1 at 14)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Media Stock | $25.00 | $0.00 | 5 |
| Professional Legal Videography | $1,125.00 | $0.00 | 5 |
| Video Handling & Processing | $65.95 | $0.00 | 6 |
| Video Technology Package | $47.50 | $0.00 | 4, 5, 6 |
| Total | **$1,263.45** | **$0.00** | |

### Transcript Deposition of Ella Dershowitz (ECF No. 297-1 at 15-16)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Appearance Fee | $90.00 | $0.00 | 1 |
| RemoteDepo | $220.00 | $0.00 | 3 |
| Original Transcript | $495.00 | $495.00 | N/A |
| Exhibit | $60.00 | $0.00 | 4, 6, 7 |
| Exhibit Color | $1.00 | $0.00 | 4, 6, 7 |
| Rough Draft | $120.00 | $0.00 | 4 |
| RealTime Feed - Streaming | $120.00 | $0.00 | 4 |
| Shipping | $25.00 | $0.00 | 6, 7 |
| Transcript Handling & Processing | $65.00 | $0.00 | 6 |
| RealTime Feed - Connectivity Fee | $150.00 | $0.00 | 4 |
| Total | **$1,346.00** | **$495.00** | |

### Transcript of Deposition of Jamin Dershowitz (ECF No. 297-1 at 17-18)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| RemoteDepo | $220.00 | $0.00 | 3 |
| Appearance Fee | $90.00 | $0.00 | 1 |
| Non-traditional hours | $97.50 | $0.00 | 1 |
| Original Transcript | $623.70 | $623.70 | N/A |
| Exhibit | $3.25 | $0.00 | 4, 6, 7 |
| Shipping | $25.00 | $0.00 | 6, 7 |
| RealTime Feed - Streaming | $154.50 | $0.00 | 4 |
| Transcript Handling & Processing | $65.00 | $0.00 | 6 |
| RealTime Feed - Connectivity Fee | $150.00 | $0.00 | 4 |
| Video Pages | $20.60 | $0.00 | 5 |
| **Total** | **$1,449.55** | **$623.70** | |

### Video of Deposition of Jamin Dershowitz (ECF No. 297-1 at 19)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Professional Legal Videography | $280.00 | $0.00 | 5 |
| Video Technology Package | $47.50 | $0.00 | 4, 5, 6 |
| Video Non-Traditional Hours | $337.50 | $0.00 | 1 |
| Video Handling & Processing | $65.95 | $0.00 | 6 |
| **Total** | **$730.95** | **$0.00** | |

### Transcript of Deposition of Anne Meigs Ross (ECF No. 297-1 at 20-21)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| RemoteDepo | $295.00 | $0.00 | 3 |
| Appearance Fee | $75.00 | $0.00 | 1 |
| Original Transcript | $1,353.00 | $1,353.00 | N/A |
| Exhibit | $27.30 | $0.00 | 4, 6, 7 |
| Shipping | $25.00 | $0.00 | 6, 7 |
| Litigation Tech., Support, and Security Mgmt. | $55.00 | $0.00 | 6 |
| Transcript Handling & Processing | $65.00 | $0.00 | 6 |
| Video Pages | $194.75 | $0.00 | 5 |
| Condensed Transcript | $30.00 | $0.00 | 2, 4, 7 |
| **Total** | **$2,120.05** | **$1,353.00** | |

### Video of Deposition of Anne Meigs Ross (ECF No. 297-1 at 22)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Professional Legal Videography | $1,575.00 | $0.00 | 5 |
| Media Stock | $25.00 | $0.00 | 5 |
| Video Technology Package | $47.50 | $0.00 | 5 |
| Video Handling & Processing | $65.95 | $0.00 | 6 |
| Total | **$1,713.45** | **$0.00** | |

### Cancellation Fee (ECF No. 297-1 at 23)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Video Late Cancellation | $300.00 | $0.00 | 3 |
| Total | **$300.00** | **$0.00** | |

### Conference Room (ECF No. 297-1 at 24)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Conference Room | $32.50 | $0.00 | 4 |
| Total | **$32.50** | **$0.00** | |

### Transcript of Deposition of Carolyn Cohen (ECF No. 297-1 at 25-26)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| RemoteDepo | $220.00 | $0.00 | 3 |
| Appearance Fee | $180.00 | $0.00 | 1 |
| Original Transcript | $1,291.95 | $1,291.95 | N/A |
| Exhibit | $16.00 | $0.00 | 4, 6, 7 |
| Exhibit Color | $8.50 | $0.00 | 4, 6, 7 |
| Rough Draft | $319.50 | $0.00 | 4 |
| RealTime Feed - Streaming | $319.50 | $0.00 | 4 |
| Shipping | $25.00 | $0.00 | 6, 7 |
| Transcript Handling & Processing | $65.00 | $0.00 | 6 |
| RealTime Feed - Connectivity | $150.00 | $0.00 | 4 |
| Video Pages | $127.80 | $0.00 | 5 |
| Total | **$2,723.25** | **$1,291.95** | |

### Video of Deposition of Carolyn Cohen (ECF No. 297-1 at 27)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Professional Legal Videography | $1,462.50 | $0.00 | 5 |
| Video Technology Package | $47.50 | $0.00 | 4, 5, 6 |
| Video Handling & Processing | $65.95 | $0.00 | 6 |
| Media Stock | $25.00 | $0.00 | 5 |
| Total | **$1,600.95** | **$0.00** | |

### Video and Transcript of Deposition of John Berman (ECF No. 297-1 at 28)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Expedited Legal Support Services (Expedited Transcripts, Video) | $3,720.60 | $0.00 | 2, 5 |
| Total | **$3,720.60** | **$0.00** | |

### Transcript of Deposition of Pat Wiedenkeller (ECF No. 297-1 at 29)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcript) | $1,507.75 | $1,507.75 | N/A |
| Total | **$1,507.75** | **$1,507.75** | |

### Video of Deposition of Pat Wiedenkeller (ECF No. 297-1 at 30)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Video) | $1,303.75 | $0.00 | 5 |
| Total | **$1,303.75** | **$0.00** | |

### Video and Transcript of Deposition of Paul Begala (ECF No. 297-1 at 31)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcripts, Video) | $2,754.70 | $0.00 | 5 |
| Total | **$2,754.70** | **$0.00** | |

### Transcript of Deposition of Brett Harman (ECF No. 297-1 at 32)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcripts) | $955.25 | $955.25 | N/A |
| Total | **$955.25** | **$955.25** | |

### Video of Deposition of Brett Harman (ECF No. 297-1 at 33)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Video) | $707.50 | $0.00 | 5 |
| Total | **$707.50** | **$0.00** | |

### Video and Transcript of Deposition of Jeff Zucker (ECF No. 297-1 at 34)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Expedited Legal Support Services (Expedited Transcripts, Video) | $1,619.72 | $0.00 | 2, 5 |
| Total | $1,619.72 | $0.00 | |

### Video and Transcript of Deposition of Anderson Cooper (ECF No. 297-1 at 35)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcripts, Video) | $2,585.25 | $0.00 | 5 |
| Total | $2,585.25 | $0.00 | |

### Video and Transcript of Deposition of Susie Xu (ECF No. 297-1 at 36)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcripts, Video) | $1,705.60 | $0.00 | 5 |
| Total | $1,705.60 | $0.00 | |

### Video and Transcript of Deposition of Erin Burnett (ECF No. 297-1 at 37)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcripts, Video) | $1,824.60 | $0.00 | 5 |
| Total | $1,824.60 | $0.00 | |

### Video and Transcript of Deposition of Joe Lockhart (ECF No. 297-1 at 38)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcripts, Video) | $1,697.55 | $0.00 | 5 |
| Total | $1,697.55 | $0.00 | |

### Video and Transcript of Deposition of Chuck Hadad (ECF No. 297-1 at 39)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcripts, Video) | $1,417.90 | $0.00 | 5 |
| Total | $1,417.90 | $0.00 | |

### Video and Transcript of Deposition of Isabella Povich (ECF No. 297-1 at 40)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Legal Support Services (Transcripts, Video) | $1,838.40 | $0.00 | 5 |
| **Total** | **$1,838.40** | **$0.00** | |

### Video and Transcript of Deposition of Anne Milgram (ECF No. 297-1 at 41)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Legal Support Services (Transcripts, Video) | $854.00 | $0.00 | 5 |
| **Total** | **$854.00** | **$0.00** | |

### Video of Deposition of Alan Dershowitz (ECF No. 297-1 at 42)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Media Stock | $25.00 | $0.00 | 5 |
| Professional Legal Videography | $1,687.50 | $0.00 | 5 |
| Video Handling & Processing | $65.95 | $0.00 | 6 |
| Video Technology Package | $47.50 | $0.00 | 4, 5, 6 |
| Video Non-Traditional Hours | $675.00 | $0.00 | 4, 5 |
| **Total** | **$2,500.95** | **$0.00** | |

### Transcript of Deposition of Alan Dershowitz (ECF No. 297-1 at 43-44)

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Laptop Rental | $225.00 | $0.00 | 4 |
| COVID in-person fee | $200.00 | $0.00 | 1 |
| Appearance Fee | $225.00 | $0.00 | 1 |
| Original | $3,866.50 | $3,866.50 | N/A |
| 2 Business Day Expedite | $3,479.85 | $0.00 | 4 |
| Exhibit | $1,166.10 | $0.00 | 4, 6, 7 |
| Realtime Feed - Streaming | $1,182.00 | $0.00 | 4 |
| Rough Draft | $1,182.00 | $0.00 | 4 |
| Shipping | $25.00 | $0.00 | 6, 7 |
| Overtime Pages | $166.50 | $0.00 | 1, 4 |
| Realtime Feed - Streaming | $1,182.00 | $0.00 | 4 |
| Condensed Transcript | $30.00 | $0.00 | 2, 4, 7 |
| Security Mgmt. | $55.00 | $0.00 | 6 |
| Transcript Handling & Processing | $65.00 | $0.00 | 6 |
| Video Pages | $561.45 | $0.00 | 4, 5 |
| Expert/Technical Pages | $561.45 | $0.00 | 4 |
| Realtime Feed - Streaming | $1,182.00 | $0.00 | 4 |
| **Total** | **$15,354.85** | **$3,866.50** | |

**Expedited Discovery Hearing Transcript (ECF No. 297-1 at 45)**

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| 3-Day Expedite | $228.90 | $0.00 | 2 |
| Total | **$228.90** | **$0.00** | |

**Expedited Summary Judgment Hearing Transcript (ECF No. 297-1 at 46)**

| Description | Amount Claimed by CNN | Taxable Amount | Objection Paragraph |
|---|---|---|---|
| Expedited | $576.72 | $0.00 | 2 |
| Total | **$576.72** | **$0.00** | |

**GRAND TOTAL NON-OBJECTIONABLE COSTS        $12,155.65**