UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:20-CV-61872-AHS**

ALAN DERSHOWITZ

       Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

       Defendant.

_____/

## NOTICE OF FILING

Pursuant to an order of the United States Court of Appeals for the Eleventh Circuit, Plaintiff-Appellant Alan Dershowitz hereby gives notice of filing the attached Order issued by the Eleventh Circuit on July 11, 2023, which granted the parties' joint motion to supplement the record to establish diversity jurisdiction.

Respectfully submitted,

*/s/ Mark A. Schweikert*
Mark A. Schweiker (FNN 70555)
SCHWEIKERT LAW PLLC
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel. (305) 999-1906
mark@schweikertlaw.com

John B. Williams (*pro hac vice*)
WILLIAMS LOPATTO PLLC
1629 K Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 296-1665
jbwilliams@williamslopatto.com
fnkitton@williamslopatto.com

Neil H. Koslowe (*pro hac vice*)

POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, N.W., Suite 700
Washington D.C. 20004
Tel: (202) 320-8907
nkoslowe@potomaclaw.com

*Counsel for Plaintiff Alan Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 11, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Mark A. Schweikert*

# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 23-11270

ALAN M. DERSHOWITZ,

                                                Plaintiff-Appellant,

*versus*

CABLE NEWS NETWORK, INC.,

                                                Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:20-cv-61872-AHS

Before WILSON and LAGOA, Circuit Judges.

BY THE COURT:

The parties' motion to supplement the record, construed from their joint response to the jurisdictional questions, is GRANTED. We accept the declaration from the Delaware Secretary of State submitted with the joint response and deem the record so supplemented. *See CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1330 (11th Cir. 2000) (explaining that we may supplement the record on appeal with information not reviewed by the district court if it is in the interest of justice, particularly if the proffered material would "establish beyond any doubt the proper resolution of the pending issues"). We deem the evidence submitted as sufficient to establish that Cable News Network, Inc. was incorporated in Delaware and thus there was complete diversity of citizenship such that the district court had subject matter jurisdiction over this action in the first instance. *See* 28 U.S.C. § 1332(a)(1), (c) (providing that a corporation is deemed a citizen of its state of incorporation and the state where it has its principal place of business); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005) (explaining that for subject matter jurisdiction to exist under § 1332(a)(1), there must be complete diversity of citizenship between all plaintiffs and all defendants). This appeal may therefore proceed.

Appellant is DIRECTED to file a notice of this order in the district court.