UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61872-CIV-SINGHAL

ALAN DERSHOWITZ,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Defendant Cable News Network, Inc.'s Motion for Bill of Costs. (DE [297]). The motion is fully briefed and ripe for review. For the reasons discussed below, the motion is granted in part and denied in part.

Generally, "costs—other than attorney's fees—should be allowed to the prevailing party," Fed. R. Civ. P. 54(d)(1), and 28 U.S.C. § 1920 enumerates the recoverable costs. *Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 441 (1987). The court has the "discretion to refuse to tax costs in favor of the prevailing party." *Id.* at 442. Nevertheless, "Rule 54(d) establishes 'a presumption that costs are to be awarded to a prevailing party,' and that '[t]o defeat the presumption and deny full costs, a district court must have and state a sound basis for doing so.'" *Holton v. City of Thomasville Sch. Dist.*, 425 F.3d 1325, 1355 (11th Cir. 2005) (alteration in original) (quoting *Chapman v. AI Transp.*, 229 F.3d 1012, 1038–39 (11th Cir. 2000)).

CNN is the prevailing party in this case and has submitted a Bill of Costs pursuant to 28 U.S.C. § 1920, seeking $61,139.99 in costs:

        $1,200 for Fees of the Clerk

        $479.00 for service of summons and subpoena

$57,882.04 for printed or electronically recorded transcripts[1]

$1,458.95 for exemplification and the costs of making copies[1]

$120.00 for witness fees

Plaintiff Alan Dershowitz ("Dershowitz") objects to $12,155.65 of those costs.[2] (DE [299]). The Court has considered Dershowitz' objections and has conducted its own review of the costs requested. Each category of costs is set forth below.

1. <u>Fees of the Clerk</u>

Fees of the Clerk are taxable under 28 U.S.C. § 1920(1). CNN seeks $1,200 in *pro hac vice* fees for six attorneys. Although Plaintiff does not object to these costs, this Court considers *pro hac vice* fees to be "an expense of counsel, not the client, and are not recoverable as a fee of the clerk." *Exhibit Icons, LLC v. XP Companies, LLC,* 2009 WL 3877667 at *1 (S.D. Fla. Nov. 18, 2009). The Court will not tax the $1,200 Fees of the Clerk.

2. <u>Service of summons</u>

CNN seeks to recover $479.00 for service of deposition subpoenas. "Private process server fees may be taxed" under § 1920(1), as long as they "do not exceed the statutory fees authorized in [28 U.S.C.] § 1921." *See W & O, Inc.*, 213 F.3d at 624. Under 28 C.F.R. § 0.114(a)(3), the U.S. Marshal's statutory fee is $65 per hour for each item served, "plus travel costs and any other out-of-pocket expenses." Although the fee reflected on the invoice of the process server exceeds the permissible fee, CNN has reduced the amount requested to comply with the maximum rate and seeks only $65 for subpoenas served personally and $8.00 for subpoenas served by U.S. Mail. (DE [298]).

---

[1] These items must have been "necessarily obtained for use in the case." 28 U.S.C. § 1920(2) and (4).
[2] CNN agrees that certain of its costs are not taxable and has agreed to reduce their request by $4,942.56.

Additionally, Dershowitz does not object to these fees. **A total of $429.00 fees for service of summons and subpoenas will be taxed.**

      3.    <u>Fees for printed or electronically recorded transcripts</u>

CNN seeks $57,882.04 for transcripts and videotaped depositions. CNN also seeks to tax $1,458.95 for copying of deposition exhibits.[3] (DE [298]). Dershowitz objects to most of the deposition-related charges. Although CNN has agreed to reduce its request by $4,942.65, the Court has undertaken its own review of this request.

"Taxation of deposition costs is authorized by § 1920(2), so long as the depositions were 'necessarily obtained for use in the case.'" *Chase Bank USA, N.A. v. Jacucci,* 2021 WL 2689961, at *1 (S.D. Fla. Apr. 6, 2021); 28 U.S.C. § 1920(2); *U.S. Equal Emp. Opportunity Comm'n v. W & O, Inc.*, 213 F.3d 600, 620–21 (11th Cir. 2000)). Dershowitz does not challenge the necessity of any of the depositions taken and the Court finds they were all reasonably necessary.

Dershowitz does challenge the taxability of the administrative costs included on the court reporter's transcripts, charges for both transcription and videography, charges for exhibit copying, and charges for expedited and mini transcripts. CNN agrees that mini transcript and real time charges are not proper and has agreed to withdraw those charges. Dershowitz' remaining challenges are addressed below.

      A.    <u>Videography</u>

The Court finds that the video depositions of each of the witnesses are properly taxable. The Eleventh Circuit has held that "... when a party notices a deposition to be recorded by non-stenographic means, or by both stenographic and non-stenographic

---

[3] Because these costs are contained on the same exhibits, the Court will address the photocopying charges in this section.

means, and no objection is raised at that time by the other party to the method of recordation pursuant to Federal Rule of Civil Procedure 26(c), it is appropriate under § 1920 to award the cost of conducting the deposition in the manner noticed." *Suppa v. Costa Crociere, S.p.A.,* 2008 WL 4629078 at *2 (S.D. Fla. Oct. 17, 2008) (*quoting Morrison v. Reichhold Chems., Inc.*, 97 F.3d 460, 465 (11th Cir.1996)). The Court will, therefore tax the following video depositions:

| | |
|---:|---|
| Elon Dershowitz | $1,263.45 |
| Jamin Dershowitz | $  730.95 |
| Anne Meigs Ross | $1,713.45 |
| Carolyn Cohen | $1,600.95 |
| Pat Wiedenkeller | $1,303.75 |
| Brett Harman | $  707.50 |
| Alan Dershowitz | $2,500.95 |
| **TOTAL** | **$9,821.00** |

CNN presents a combined cost for transcripts and video of witnesses deposed by Plaintiff. The Court finds that the following charges for transcripts and video of Defendant's employees and personalities are properly taxable:

| | |
|---:|---|
| John Berman | $3,720.60 |
| Paul Begala | $2,754.70 |
| Jeff Zucker | $1,619.72 |
| Anderson Cooper | $2,585.25 |
| Susie Xu | $1,705.60 |
| Erin Burnett | $1,824.60 |
| Joe Lockhart | $1,697.55 |

4

Chuck Hadad    $1,417.90

Isabella Povich    $1,417.90

Anne Milgram    $854.00

**TOTAL    $19,597.82**

The charges for written transcripts are a bit more problematic. Like airlines and wireless companies, court reporters add numerous fees and charges for miscellaneous services. The problem is that the statute authorizes only "fees for printed or electronically recorded transcripts." 28 U.S.C. § 1920(2). Although the cost of the transcript and, necessarily, the appearance of the court reporter are properly taxable, other pass-through charges and expenses incurred for the convenience of counsel are not. *Chase Bank U.S.A., N.A.* 2021 WL 2689961, at *2 (quoting cases). Charges for handling, expediting, copies of exhibits, and shipping are not properly taxable. *Id.*

One recurring charge for the depositions taken by CNN was for a virtual room because the depositions were taken remotely. This charge ranged between $200 and $295 for each remote deposition. Dershowitz objects to these charges, but CNN argues that remote depositions were necessary to protect witness' and attorneys' health during the COVID-19 pandemic. Although the Court could accept this argument for depositions taken when the courts were closed, the depositions in question were taken in May, June, and July 2022. Court was in session during these months and, in fact, the parties attended an in-person discovery hearing in Fort Lauderdale on April 21, 2022. (DE [99] and [100]). The Court finds that taking the depositions remotely was done for the convenience of counsel and the charges for taking remote depositions will not be taxable. Further, the Court declines to tax the court reporter's $200 "COVID in-person fee." The deposition was taken on June 30, 2022, and for the same reasons there was no impediment to taking the

5

deposition in person. (DE [297-1] p. 24). This "COVID in person" fee is not a charge authorized by the statute and the Court is not inclined to enable court stenographers to charge excessive fees. It will not be taxed against Dershowitz.

In sum, the Court will tax the costs of the court reporter's attendance and the cost of the transcripts for the following depositions:

| | |
|---:|---:|
| Elon Dershowitz | $927.50 |
| Ella Dershowitz | $585.00 |
| Jamin Dershowitz | $811.20 |
| Anne Meigs Ross | $1,428.00 |
| Carolyn Cohen | $1,471.95 |
| Pat Wiedenkeller | $1,507.75 |
| Brett Harman | $955.25 |
| Alan Dershowitz | $7,737.85[4] |
| **TOTAL** | **$15,424.50** |

There are two deposition related charges that must be addressed: a $32.50 charge for a conference room rental and a $300.00 cancellation fee. Both of those arise from Dershowitz' deposition. Dershowitz' June 29, 2022, deposition was cancelled by him at the last minute due to health issues. The cancellation fee is, therefore, reasonably related to the cost of taking the deposition. Likewise, the rental of the conference room charge will be taxable. Although CNN was willing to take the deposition in either New York or Florida, the deposition was ultimately taken on Martha's Vineyard at Dershowitz' request.

---

[4] The Court has included the expedited fee for Alan Dershowitz' transcript. That deposition was postponed by the Plaintiff and occurred extremely close to (if not after) the close of discovery. The dispositive motion deadline was looming. The Court finds that the expedited transcript was reasonably necessary and not requested for the convenience of counsel.

These charges were necessarily and reasonably incurred as accommodation to Dershowitz and are properly taxable. **The Court will tax $332.50 as costs incurred in connection with Dershowitz' deposition.**

Finally, CNN seeks to recover the cost for transcripts of two court hearings. The first was an expedited transcript for a discovery hearing before the magistrate judge. The Court finds that the $1,210 expedited transcript for the April 21, 2022, discovery hearing (DE [297-1, p. 11) was reasonably necessary for use in this case. That hearing generated much progress on discovery issues as well as appeals to this Court. The transcript was necessary and given the scope of the matters considered and the brief timetable for filing an appeal, expediting the transcript was not unreasonable. **The Court will tax the $1,210 expedited discovery hearing transcript.**

The second transcript charge is for the transcript of the summary judgment hearing.[5]  The Court finds that the transcript of the summary judgment hearing was not reasonably necessary for use in the case. Although counsel understandably wanted to review the Court's colloquy during trial preparation, that transcript was more for the benefit of counsel than necessary for trial and will not be taxed.

Finally, Dershowitz asks the Court to delay ruling on this motion until the pending appeal is resolved. The Court declines to wait. Accordingly, it is hereby

---

[5] CNN originally sought to recover costs for an expedited transcript of the summary judgment hearing but has revised its request and only seek the cost of a regular transcript.

**ORDERED AND ADJUDGED** that CNN's Motion to Tax Costs (DE [297] is **GRANTED IN PART AND DENIED IN PART.** Costs are taxed in favor of Cable News Network, Inc., and against Alan Dershowitz in the amount of $46,814.82.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE


Copies furnished counsel via CM/ECF